IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| ÉLAN PHARMACEUTICAL INTERNATIONAL LIMITED, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 06-438-GMS |
| ABRAXIS BIOSCIENCE, INC., | ) ) ) | |
| Defendant. | ) | |

### SUBSTITUTION OF COUNSEL

Pursuant to Local Rule 83.7, Potter Anderson & Corroon hereby withdraws its appearance, and Ashby & Geddes hereby enters its appearance, as Delaware counsel to the plaintiff in the above action.

| POTTER ANDERSON & CORROON LLP | ASHBY & GEDDES |
|---|---|
| */s/ Richard L. Horwitz* | */s/ Steven J. Balick* |
| Richard L. Horwitz (I.D. # 2246) | Steven J. Balick (I.D. # 2114) |
| Kenneth L. Dorsney (I.D. # 3726) | John G. Day (I.D. # 2403) |
| 1313 North Market Street | Tiffany Geyer Lydon (I.D. #3950) |
| Hercules Plaza | 222 Delaware Avenue, 17th Floor |
| P.O. Box 951 | P.O. Box 1150 |
| Wilmington, DE 19899 | Wilmington, DE 19899 |
| 302-984-6000 | 302-654-1888 |

Dated: July 27, 2006