IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ÉLAN PHARMACEUTICAL INTERNATIONAL LIMITED, <br><br> Plaintiff, <br><br> v. <br><br> ABRAXIS BIOSCIENCE, INC., <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) C.A. No.: 06-438-GMS |

## STIPULATION AND ORDER

WHEREAS defendant's counsel in this action are in the process of investigating the factual and legal allegations in suit, in order to fashion an appropriate response to the complaint, and have requested a two week extension of their time to respond in order to do so; and

WHEREAS, plaintiff does not oppose this extension;

Accordingly, it is hereby stipulated, subject to the approval of the Court, that defendant shall answer, move or otherwise respond to the complaint by August 22, 2006.

| ASHBY & GEDDES | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
|---|---|
| /s/ Steven J. Balick (No. 2114) | [signature] |
| Steven J. Balick (No. 2114) <br> 222 Delaware Avenue <br> P.O. Box 1150 <br> Wilmington, DE 19899 <br> sbalick@ashby-geddes.com <br> Attorneys for Élan Pharmaceutical International Limited | Josy W. Ingersoll (No. 1088) <br> Elena C. Norman (No. 4780) <br> The Brandywine Building, 17th Floor <br> 1000 West Street <br> Wilmington, DE 19801 <br> enorman@ycst.com <br> Attorneys for Abraxis Bioscience, Inc. |

Dated: July 28, 2006

SO ORDERED this ___ day of _____, 2006.

_____
District Court Judge