IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ÉLAN PHARMACEUTICAL INTERNATIONAL LIMITED,    )<br>)<br>Plaintiff,    )<br>)<br>v.    )<br>)<br>ABRAXIS BIOSCIENCE, INC.,    )<br>)<br>Defendant.    ) | C.A. No. 06-438-GMS |

**STIPULATED ORDER**

WHEREAS, plaintiff's name was typed incorrectly on the complaint in this action, and as a result, plaintiff's name has been repeated in incorrect form in subsequent filings;

WHEREAS, to be specific, plaintiff's official registered name does not include an accent mark over the "E," the second word in plaintiff's name is "Pharma," not "Pharmaceutical," and plaintiff's correct full name is "Elan Pharma International Limited;"

WHEREAS, plaintiff's counsel represent that no entity affiliated with their client bears the name "Élan Pharmaceutical International Limited;" and

WHEREAS, plaintiff desires to amend the case caption to reflect its correct corporate name, and defendant consents to that amendment; now therefore,

IT IS HEREBY STIPULATED AND AGREED, subject to the approval and order of the Court, that:

1.  The caption and pleadings in this case are amended to reflect that plaintiff's name is: Elan Pharma International Limited.

2.  The Clerk of the Court shall revise the docket to reflect the new caption.

| ASHBY & GEDDES | YOUNG CONAWAY STARGATT & TAYLOR LLP |
|---|---|
| */s/ Steven J. Balick* | */s/ Josy W. Ingersoll* |
| Steven J. Balick (I.D. #2114)<br>John G. Day (I.D. #2403)<br>Tiffany Geyer Lydon (I.D. #3950)<br>222 Delaware Avenue, 17th Floor<br>P.O. Box 1150<br>Wilmington, DE  19899<br>302-654-1888<br>sbalick@ashby-geddes.com<br>jday@ashby-geddes.com<br>tlydon@ashby-geddes.com<br><br>*Attorneys for Plaintiff* | Josy W. Ingersoll (I.D. #1088)<br>Elena C. Norman (I.D. #4780)<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>P.O. Box 391<br>Wilmington, DE  19801<br>302-571-6600<br>jingersoll@ycst.com<br>enorman@ycst.com<br><br>*Attorneys for Defendant* |

SO ORDERED this _____ day of _____, 2006.

_____
United States District Judge

172879.1