IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ÉLAN PHARMACEUTICAL INTERNATIONAL LIMITED,    )<br>)<br>Plaintiff,    )<br>)<br>v.    )<br>)<br>ABRAXIS BIOSCIENCE, INC.,    )<br>)<br>Defendant.    ) | C.A. No.: 06-438-GMS |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves for the admission *pro hac vice* for Emily A. Evans and Michael A. Jacobs to represent Abraxis BioScience, Inc. in this matter. In accordance with Standing Order for District Court Fund, I further certify that the annual fee of $25.00 for Ms. Evans will be submitted to the Clerk's Office upon the filing of this motion.

YOUNG CONAWAY
STARGATT & TAYLOR, LLP

*Karen E. Keller*
Josy W. Ingersoll (No. 1088)
jingersoll@ycst.com
Elena C. Norman (No. 4780)
enorman@ycst.com
Karen E. Keller (No. 4489)
kkeller@ycst.com
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, DE 19801
Attorneys for Abraxis Bioscience, Inc.

Dated: November 3, 2006

## ORDER

      IT IS HEREBY ORDERED that counsel's motion is granted, and that the foregoing attorneys are admitted *pro hac vice*.

Dated: _____, 2006

                                                _____
                                                United States District Judge

## CERTIFICATE OF SERVICE

I, Karen E. Keller, Esquire, hereby certify that on November 3, 2006, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Steven J. Balick, Esquire
> ASHBY & GEDDES
> 222 Delaware Avenue, 17th Floor
> Wilmington, DE 19801

I further certify that on November 3, 2006, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the following non-registered participants in the manner indicated:

### BY E-MAIL

> Stephen Scheve, Esquire
> BAKER BOTTS L.L.P.
> One Shell Plaza
> 910 Louisiana Street
> Houston, TX 77002-4995
> steve.scheve@bakerbotts.com
>
> Paul F. Fehlner
> BAKER BOTTS L.L.P.
> 30 Rockefeller Plaza
> New York, NY 10112-4498
> paul.fehlner@bakerbotts.com

William J. Sipio, Esquire
1375 Brentwood Road
Yardley, PA 19067
sipz25@aol.cm

        YOUNG CONAWAY STARGATT
         & TAYLOR, LLP

        */s/ Karen E. Keller*

        Josy W. Ingersoll (No. 1088)
        jingersoll@ycst.com
        Elena C. Norman (No. 4780)
        enorman@ycst.com
        Karen E. Keller (No. 4489)
        kkeller@ycst.com
        The Brandywine Building
        1000 West Street, 17th Floor
        Wilmington, Delaware 19899
        (302) 571-6600
        Attorneys for Defendant
        ABRAXIS BIOSCIENCE, INC.