## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

      Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the State Bar of New York and the State Bar of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

                                                Emily A. Evans  
                                                Morrison & Foerster LLP  
                                                755 Page Mill Road  
                                                Palo Alto, CA 94304  
                                                Telephone: (650) 813-5600  
                                                Fax: (650) 494-0792  
Dated: October 30, 2006              EEvans@mofo.com