**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| ELAN PHARMA INTERNATIONAL LIMITED, <br><br> Plaintiff, <br><br> v. <br><br> ABRAXIS BIOSCIENCE, INC., <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) Case No. 06-438-GMS |

## NOTICE OF SERVICE

The undersigned hereby certifies that on the 10th day of November, 2006, **PLAINTIFF ELAN PHARMA INTERNATIONAL LIMITED'S FIRST SET OF INTERROGATORIES (Nos. 1-8) AND REQUESTS FOR PRODUCTION (Nos. 1-34)** were served upon the following counsel of record at the address and in the manner indicated:

| | |
|---|---|
| Josy W. Ingersoll, Esquire <br> Young Conaway Stargatt & Taylor <br> The Brandywine Building <br> 1000 West Street, 17th Floor <br> Wilmington, DE  19801 | HAND DELIVERY |
| Michael A. Jacobs, Esquire <br> Morrison & Foerster, LLP <br> 425 Market Street <br> San Francisco, CA  94105-2482 | VIA FEDERAL EXPRESS |
| Emily A. Evans, Esquire <br> Morrison & Foerster, LLP <br> 755 Page Mill Road <br> Palo Alto, CA  94304-1018 | VIA FEDERAL EXPRESS |

        ASHBY & GEDDES

        */s/ Tiffany Geyer Lydon*
        _____
        Steven J. Balick (I.D. #2114)
        John G. Day (I.D. #2403)
        Tiffany Geyer Lydon (I.D. #3950)
        222 Delaware Avenue, 17th Floor
        P.O. Box 1150
        Wilmington, Delaware 19899-1150
        (302) 654-1888

*Of Counsel:*         *Attorneys for Plaintiff*
        *Elan Pharma International Limited*

Stephen Scheve
BAKER BOTTS LLP
One Shell Plaza
910 Lousiana Street
Houston, TX 77042-4995
(713) 229-1659

Paul F. Fehlner
BAKER BOTTS LLP
30 Rockefeller Plaza
New York, NY 10112-4498
(212) 408-2527

William J. Sipio
1375 Brentwood Road
Yardley, PA 19067
(215) 801-3625


Dated: November 10, 2006

## CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of November, 2006, the attached **ELAN PHARMA INTERNATIONAL LIMITED'S FIRST SET OF INTERROGATORIES (Nos. 1-8) AND REQUESTS FOR PRODUCTION (Nos. 1-34)** was served upon the below-named counsel of record at the addresses and in the manner indicated:

Josy W. Ingersoll, Esquire                                           <u>VIA HAND DELIVERY</u>
Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE  19801

Michael A. Jacobs, Esquire                                         <u>VIA FEDERAL EXPRESS</u>
Morrison & Foerster, LLP
425 Market Street
San Francisco, CA  94105-2482

Emily A. Evans, Esquire                                              <u>VIA FEDERAL EXPRESS</u>
Morrison & Foerster, LLP
755 Page Mill Road
Palo Alto, CA  94304-1018

*/s/ Tiffany Geyer Lydon*

Tiffany Geyer Lydon