# ASHBY & GEDDES

ATTORNEYS AND COUNSELLORS AT LAW

222 DELAWARE AVENUE

P. O. BOX 1150

WILMINGTON, DELAWARE 19899

TELEPHONE
302-654-1888

FACSIMILE
302-654-2067

November 13, 2006

The Honorable Gregory M. Sleet  
United States District Court  
844 King Street  
Wilmington, Delaware 19801

VIA E-FILING

Re: *Elan Pharma International, Ltd. v. Abraxis Bioscience, Inc.*  
C.A. No. 06-438-GMS

Dear Judge Sleet:

I enclose the parties' proposed Scheduling Order in the above action, which reflects the direction and dates provided by the Court during the November 6, 2006 Rule 16 conference.

Respectfully,

/s/ *John G. Day*

John G. Day (I.D. #2403)

JGD/nml  
Enclosure  
175132.1

c:  Clerk of the Court (by hand; w/enc.)  
Josie W. Ingersoll, Esquire (by hand; w/enc.)  
William J. Sipio, Esquire (via electronic mail; w/enc.)  
Steven Scheve, Esquire (via electronic mail; w/enc.)  
Paul F. Fehlner, Esquire (via electronic mail; w/enc.)  
Michael A. Jacobs, Esquire (via electronic mail; w/enc.)  
Emily A. Evans, Esquire (via electronic mail; w/enc.)