IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ELAN PHARMA INTERNATIONAL LIMITED,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>ABRAXIS BIOSCIENCE, INC.,<br><br>　　　　　　Defendant. | )<br>)<br>)<br>)<br>)　Civil Action No. 06-438-GMS<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on November 16, 2006, true and correct copies of Abraxis's Initial Disclosures Under Federal Rule of Civil Procedure 26(a)(1) were caused to be served upon the following counsel of record as indicated below:

### BY E-MAIL AND HAND DELIVERY

Steven J. Balick, Esquire
ASHBY & GEDDES
222 Delaware Avenue, 17th Floor
Wilmington, DE 19801
*sbalick@ashby-geddes.com*

### BY E-MAIL

Stephen Scheve, Esquire
BAKER BOTTS L.L.P.
One Shell Plaza
910 Louisiana Street
Houston, TX 77002-4995
*steve.scheve@bakerbotts.com*

Paul F. Fehlner, Esquire
BAKER BOTTS L.L.P.
30 Rockefeller Plaza
New York, NY 10112-4498
*paul.fehlner@bakerbotts.com*

William J. Sipio, Esquire
1375 Brentwood Road
Yardley, PA 19067
*sipz25@aol.cm*

PLEASE TAKE FURTHER NOTICE that on November 16, 2006, a true and correct copy of this Notice of Service was electronically filed with the Clerk of the Court using CM/ECF which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Steven J. Balick, Esquire
>ASHBY & GEDDES
>222 Delaware Avenue, 17th Floor
>Wilmington, DE 19801

Additionally, this Notice of Service was served by hand delivery on the above listed local counsel and on the following counsel in the manner indicated:

**BY E-MAIL**

Stephen Scheve, Esquire
BAKER BOTTS L.L.P.
One Shell Plaza
910 Louisiana Street
Houston, TX 77002-4995
steve.scheve@bakerbotts.com

William J. Sipio, Esquire
1375 Brentwood Road
Yardley, PA 19067
sipz25@aol.cm

Paul F. Fehlner, Esquire
BAKER BOTTS L.L.P.
30 Rockefeller Plaza
New York, NY 10112-4498
paul.fehlner@bakerbotts.com

>YOUNG CONAWAY STARGATT & TAYLOR, LLP
>
>/s/ 
>
>Josy W. Ingersoll (No. 1088)
>jingersoll@ycst.com
>Elena C. Norman (No. 4780)
>enorman@ycst.com
>Andrew A. Lundgren (No. 4429)
>alundgren@ycst.com
>The Brandywine Building, 17th Floor
>1000 West Street
>Wilmington, DE 19801
>302-571-6600
>
>*Attorneys for Defendant*
>*ABRAXIS BIOSCIENCE, INC.*

Dated: November 16, 2006