IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ELAN PHARMA INTERNATIONAL LIMITED, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 06-438-GMS |
| ABRAXIS BIOSCIENCE, INC., | ) ) ) | |
| Defendant. | ) | |

**STIPULATION AND PROPOSED ORDER FOR
EXTENSION OF TIME TO FILE STIPULATED PROTECTIVE ORDER**

WHEREAS, the parties have been negotiating the form of a proposed order governing the terms and conditions for the disclosure of confidential information, but need some additional time to conclude the negotiations;

IT IS HEREBY STIPULATED AND AGREED, subject to the Order of the Court, that the time within which the parties may file a stipulated proposed form of order governing the terms and conditions for the disclosure of confidential information shall be extended to and though December 8, 2006.

<div style="display: flex;">

<div>

ASHBY & GEDDES


*/s/ Tiffany Geyer Lydon*
_____
Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Tiffany Geyer Lydon (I.D. #3950)
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, Delaware  19899-1150
(302) 654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com
tlydon@ashby-geddes.com

*Attorneys for Plaintiff*
*Elan Pharma International Limited*

</div>

<div>

YOUNG CONAWAY STARGATT
  & TAYLOR, LLP


*/s/ Elena C. Norman*
_____
Josy W. Ingersoll (I.D. #1088)
Elena C. Norman (I.D. #4780)
The Brandywine Building, 17th Floor
1000 West Street
P.O. Box 391
Wilmington, DE  19899-0391
(302) 571-6600
jingersoll@ycst.com
enorman@ycst.com

*Attorneys for Defendant*
*Abraxis Bioscience, Inc.*

</div>

</div>

175625.1