IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ELAN PHARMA INTERNATIONAL LIMITED,  )<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>ABRAXIS BIOSCIENCE, INC.,  )<br>)<br>Defendant.  ) | Case No. 06-438-GMS |

## NOTICE OF SERVICE

The undersigned hereby certifies that on the 4th day of December, 2006, copies of **PLAINTIFF ELAN PHARMA INTERNATIONAL LIMITED'S RESPONSES AND OBJECTIONS TO DEFENDANT ABRAXIS'S FIRST SET OF INTERROGATORIES (No. 1)** were served upon the following counsel of record at the address and in the manner indicated:

| | |
|---|---|
| Josy W. Ingersoll, Esquire<br>Young Conaway Stargatt & Taylor<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE  19801 | HAND DELIVERY |
| Michael A. Jacobs, Esquire<br>Morrison & Foerster, LLP<br>425 Market Street<br>San Francisco, CA  94105-2482 | VIA FEDERAL EXPRESS |
| Emily A. Evans, Esquire<br>Morrison & Foerster, LLP<br>755 Page Mill Road<br>Palo Alto, CA  94304-1018 | VIA FEDERAL EXPRESS |

|  | ASHBY & GEDDES |
|---|---|
|  | /s/ Tiffany Geyer Lydon |
|  | _____ |
|  | Steven J. Balick (I.D. #2114) |
|  | John G. Day (I.D. #2403) |
|  | Tiffany Geyer Lydon (I.D. #3950) |
|  | 222 Delaware Avenue, 17th Floor |
|  | P.O. Box 1150 |
|  | Wilmington, Delaware 19899-1150 |
|  | (302) 654-1888 |
| *Of Counsel:* | *Attorneys for Plaintiff* |
|  | *Elan Pharma International Limited* |
| Stephen Scheve |  |
| BAKER BOTTS LLP |  |
| One Shell Plaza |  |
| 910 Lousiana Street |  |
| Houston, TX 77042-4995 |  |
| (713) 229-1659 |  |
|  |  |
| Paul F. Fehlner |  |
| BAKER BOTTS LLP |  |
| 30 Rockefeller Plaza |  |
| New York, NY 10112-4498 |  |
| (212) 408-2527 |  |
|  |  |
| William J. Sipio |  |
| 1375 Brentwood Road |  |
| Yardley, PA 19067 |  |
| (215) 801-3625 |  |

Dated: December 4, 2006

## CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of December, 2006, the attached **NOTICE OF SERVICE** was served upon the below-named counsel of record at the addresses and in the manner indicated:

| | |
|---|---|
| Josy W. Ingersoll, Esquire<br>Young, Conaway, Stargatt & Taylor<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE 19801 | <u>VIA HAND DELIVERY</u> |
| Michael A. Jacobs, Esquire<br>Morrison & Foerster, LLP<br>425 Market Street<br>San Francisco, CA 94105-2482 | <u>VIA FEDERAL EXPRESS</u> |
| Emily A. Evans, Esquire<br>Morrison & Foerster, LLP<br>755 Page Mill Road<br>Palo Alto, CA 94304-1018 | <u>VIA FEDERAL EXPRESS</u> |

/s/ *Tiffany Geyer Lydon*
_____
Tiffany Geyer Lydon