IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ELAN PHARMA INTERNATIONAL LIMITED, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Case No. 06-438-GMS<br>) |
| ABRAXIS BIOSCIENCE, INC., | )<br>) |
| Defendant. | ) |

## NOTICE OF CHANGE OF FIRM ADDRESS

PLEASE TAKE NOTICE that the law firm of Ashby & Geddes is moving to new offices.

Effective December 18, 2006, the firm's address will be as follows:

> Ashby & Geddes
> 500 Delaware Avenue, 8th Floor
> P.O. Box 1150
> Wilmington, DE 19899 (19801 for hand deliveries)

The firm's telephone number, facsimile number, and e-mail address will remain unchanged.

> ASHBY & GEDDES
>
> */s/ Steven J. Balick*
> _____
> Steven J. Balick (I.D. #2114)
> John G. Day (I.D. #2403)
> Tiffany Geyer Lydon (I.D. #3950)
> 222 Delaware Avenue, 17th Floor
> P.O. Box 1150
> Wilmington, Delaware  19899-1150
> (302) 654-1888
>
> *Attorneys for Plaintiff*
> *Elan Pharma International Limited*

*Of Counsel:*

Stephen Scheve
BAKER BOTTS LLP
One Shell Plaza
910 Lousiana Street
Houston, TX 77042-4995
Telephone: (713) 229-1659

Paul F. Fehlner
BAKER BOTTS LLP
30 Rockefeller Plaza
New York, NY 10112-4498
Telephone: (212) 408-2527

William J. Sipio
1375 Brentwood Road
Yardley, PA 19067
Telephone: (215) 801-3625
Facsimile: (866) 317-2059

Dated: December 14, 2006
175953.1

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of December, 2006, the attached **NOTICE OF CHANGE OF FIRM ADDRESS** was served upon the below-named counsel of record at the addresses and in the manner indicated:

| | |
|---|---|
| Josy W. Ingersoll, Esquire<br>Young, Conaway, Stargatt & Taylor<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE  19801 | **VIA ELECTRONIC MAIL** |
| Michael A. Jacobs, Esquire<br>Morrison & Foerster, LLP<br>425 Market Street<br>San Francisco, CA  94105-2482 | **VIA ELECTRONIC MAIL** |
| Emily A. Evans, Esquire<br>Morrison & Foerster, LLP<br>755 Page Mill Road<br>Palo Alto, CA  94304-1018 | **VIA ELECTRONIC MAIL** |

*/s/ Steven J. Balick*
_____
Steven J. Balick