IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ÉLAN PHARMACEUTICAL INTERNATIONAL LIMITED, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ABRAXIS BIOSCIENCE, INC., )<br>)<br>Defendant. ) | C.A. No.: 06-438-GMS |

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves for the admission *pro hac vice* for Eric Walters, Diana Kruze and Paul Coyne to represent Abraxis BioScience, Inc. in this matter. In accordance with Standing Order for District Court Fund, I further certify that the annual fee of $25.00 for each attorney will be submitted to the Clerk's Office upon the filing of this motion.

YOUNG CONAWAY
STARGATT & TAYLOR, LLP

/s/ Karen E. Keller
_____
Josy W. Ingersoll (No. 1088)
Elena C. Norman (No. 4780)
Karen E. Keller (No. 4489
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
jingersoll@ycst.com
enorman@ycst.com
kkeller@ycst.com
Attorneys for Abraxis Bioscience, Inc.

Dated: January 16, 2007

## **ORDER**

IT IS HEREBY ORDERED that counsel's motion is granted, and that the foregoing attorneys are admitted *pro hac vice*.

Dated: _____, 2007

_____
United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the State Bar of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Eric S. Walters
Morrison & Foerster LLP
755 Page Mill Road
Palo Alto, CA  94304
Telephone:  (650) 813-5600
Fax:  (650) 494-0792
EWalters@mofo.com

Dated:  January 5, 2007

pa-1122372

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

  Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the State Bar of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

                     _____
                     Diana B. Kruze
                     Morrison & Foerster LLP
                     755 Page Mill Road
                     Palo Alto, CA 94304
                     Telephone: (650) 813-5649
                     Fax: (650) 494-0792

Dated: January 5, 2007          DKruze@mofo.com

pa-1122379

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the State Bar of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Paul F. Coyne
Morrison & Foerster LLP
755 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 813-5600
Fax: (650) 494-0792
PCoyne@mofo.com

Dated: January 5, 2007

pa-1122481

## CERTIFICATE OF SERVICE

I, Karen E. Keller, Esquire, hereby certify that on January 16, 2007, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Steven J. Balick, Esquire
> ASHBY & GEDDES
> 500 Delaware Avenue, 8th Floor
> Wilmington, DE 19801

I further certify that on January 16, 2007, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the following non-registered participants in the manner indicated:

### BY E-MAIL

> Stephen Scheve, Esquire
> BAKER BOTTS L.L.P.
> One Shell Plaza
> 910 Louisiana Street
> Houston, TX 77002-4995
> steve.scheve@bakerbotts.com

> Paul F. Fehlner, Esquire
> BAKER BOTTS L.L.P.
> 30 Rockefeller Plaza
> New York, NY 10112-4498
> paul.fehlner@bakerbotts.com

William J. Sipio, Esquire
1375 Brentwood Road
Yardley, PA 19067
sipz25@aol.cm

                    YOUNG CONAWAY STARGATT
                      & TAYLOR, LLP

                      */s/ Karen E. Keller*

                      Josy W. Ingersoll (No. 1088)
                      jingersoll@ycst.com
                      Elena C. Norman (No. 4780)
                      enorman@ycst.com
                      Karen E. Keller (No. 4489)
                      kkeller@ycst.com
                      The Brandywine Building
                      1000 West Street, 17th Floor
                      Wilmington, Delaware 19899
                      (302) 571-6600
                      Attorneys for Defendant
                      ABRAXIS BIOSCIENCE, INC.