## NOTICE OF SCHEDULING

IT IS HEREBY ORDERED that a discovery dispute telephone conference in this matter has been set. Counsel for the plaintiff(s) is directed to coordinate and initiate the telephone conference call to chambers at (302) 573-6470.

IT IS FURTHER ORDERED that not less than forty-eight hours prior to the teleconference, the parties shall file with the court, by electronic means, a **joint**, **non-argumentative** letter agenda (a sample letter can be found on the court's website (www.ded.uscourts.gov)), not to exceed two pages in length, outlining the issues in dispute. Should the court find briefing necessary upon conclusion of the telephone conference, the court shall order the party seeking relief to file with the court a two page letter, exclusive of exhibits, describing the issues in contention.

/s/ Gregory M. Sleet
UNITED STATES DISTRICT JUDGE
