IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ELAN PHARMA INTERNATIONAL LTD, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 06-438 GMS |
| ABRAXIS BIOSCIENCE, INC, | ) ) ) | |
| Defendant. | ) ) | |

## **ORDER**

WHEREAS, on February 16, 2007, the court held a discovery teleconference with the parties in the above-captioned action;

WHEREAS, the plaintiff requested an order compelling the defendant to produce documents regarding the manufacturing process of the accused product, Abraxane®;

WHEREAS, the court heard argument from both parties and concluded that counsel should meet and confer to try to resolve the issue;

WHEREAS, the court further advised the parties to submit a proposed schedule for written submissions if they could not come to an agreement on the issue; and

WHEREAS, upon further reflection, the court concludes that, if the parties are unable to resolve the issue, they should not submit a briefing schedule, but call for another discovery teleconference;

IT IS HEREBY ORDERED that:

1. The parties shall not submit a proposed schedule for written submissions regarding the request for an order to compel the production of the defendant's manufacturing documents.

2. Should the parties reach an impasse on the manufacturing document issue, they should call the court to schedule another discovery teleconference.

Dated: February 20, 2007                              /s/ Gregory M. Sleet
                                                                      UNITED STATES DISTRICT JUDGE