IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ELAN PHARMA INTERNATIONAL LIMITED, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No. 06-438-GMS |
| ABRAXIS BIOSCIENCE, INC., | ) ) ) | |
| Defendant. | ) ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that on the 1st day of March, 2007, copies of **PLAINTIFF ELAN PHARMA INTERNATIONAL LIMITED'S SECOND SET OF REQUESTS FOR ADMISSION (27-34) TO DEFENDANT ABRAXIS BIOSCIENCE INC.** were served upon the following counsel of record at the address and in the manner indicated:

Josy W. Ingersoll, Esquire           HAND DELIVERY
Young Conaway Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE  19801

Michael A. Jacobs, Esquire           VIA FEDERAL EXPRESS
Morrison & Foerster, LLP
425 Market Street
San Francisco, CA  94105-2482

Emily A. Evans, Esquire              VIA FEDERAL EXPRESS
Morrison & Foerster, LLP
755 Page Mill Road
Palo Alto, CA  94304-1018

|  |  |
|---|---|
| | ASHBY & GEDDES |
| | /s/ Tiffany Geyer Lydon |
| | _____ |
| | Steven J. Balick (I.D. #2114) |
| | John G. Day (I.D. #2403) |
| | Tiffany Geyer Lydon (I.D. #3950) |
| | 500 Delaware Avenue, 8th Floor |
| | P.O. Box 1150 |
| | Wilmington, DE 19899 |
| | (302) 654-1888 |
| | sbalick@ashby-geddes.com |
| *Of Counsel:* | jday@ashby-geddes.com |
| | tlydon@ashby-geddes.com |
| Stephen Scheve | |
| BAKER BOTTS LLP | *Attorneys for Plaintiff* |
| One Shell Plaza | *Elan Pharma International Limited* |
| 910 Lousiana Street | |
| Houston, TX 77042-4995 | |
| Telephone: (713) 229-1659 | |
| | |
| Paul F. Fehlner | |
| BAKER BOTTS LLP | |
| 30 Rockefeller Plaza | |
| New York, NY 10112-4498 | |
| Telephone: (212) 408-2527 | |
| | |
| William J. Sipio | |
| 1375 Brentwood Road | |
| Yardley, PA 19067 | |
| Telephone: (215) 801-3625 | |
| Facsimile: (866) 317-2059 | |
| | |
| Dated: March 1, 2007 | |

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 1st day of March, 2007, the attached **NOTICE OF SERVICE** was served upon the below-named counsel of record at the addresses and in the manner indicated:

| | |
|---|---|
| Josy W. Ingersoll, Esquire<br>Young, Conaway, Stargatt & Taylor<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE  19801 | <u>VIA HAND DELIVERY</u> |
| Michael A. Jacobs, Esquire<br>Morrison & Foerster, LLP<br>425 Market Street<br>San Francisco, CA  94105-2482 | <u>VIA FEDERAL EXPRESS</u> |
| Emily A. Evans, Esquire<br>Morrison & Foerster, LLP<br>755 Page Mill Road<br>Palo Alto, CA  94304-1018 | <u>VIA FEDERAL EXPRESS</u> |

*/s/ Tiffany Geyer Lydon*
_____
Tiffany Geyer Lydon