IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ELAN PHARMA INTERNATIONAL LIMITED,          ) <br> ) <br> ) <br> Plaintiff,          ) <br> ) <br> v.          ) <br> ) <br> ABRAXIS BIOSCIENCE, INC.,          ) <br> ) <br> Defendant.          ) | C.A. No. 06-438-GMS |

### NOTICE OF SERVICE

The undersigned hereby certifies that on the 2nd day of March, 2007, **PLAINTIFF ELAN PHARMA INTERNATIONAL LIMITED'S SECOND AMENDED RESPONSES AND OBJECTIONS TO DEFENDANT ABRAXIS'S SECOND SET OF INTERROGATORIES (Nos. 2-9)** was served upon the following counsel of record at the address and in the manner indicated:

| | |
|---|---|
| Josy W. Ingersoll, Esquire <br> Young Conaway Stargatt & Taylor <br> The Brandywine Building <br> 1000 West Street, 17th Floor <br> Wilmington, DE 19801 | **HAND DELIVERY** |
| Michael A. Jacobs, Esquire <br> Morrison & Foerster, LLP <br> 425 Market Street <br> San Francisco, CA 94105-2482 | **VIA ELECTRONIC MAIL** |
| Emily A. Evans, Esquire <br> Morrison & Foerster, LLP <br> 755 Page Mill Road <br> Palo Alto, CA 94304-1018 | **VIA ELECTRONIC MAIL** |

|  |  |
|---|---|
| *Of Counsel:*<br><br>Stephen Scheve<br>BAKER BOTTS LLP<br>One Shell Plaza<br>910 Lousiana Street<br>Houston, TX 77042-4995<br>Telephone: (713) 229-1659<br><br>Paul F. Fehlner<br>BAKER BOTTS LLP<br>30 Rockefeller Plaza<br>New York, NY 10112-4498<br>Telephone: (212) 408-2527<br><br>William J. Sipio<br>1375 Brentwood Road<br>Yardley, PA 19067<br>Telephone: (215) 801-3625<br>Facsimile: (866) 317-2059<br><br>Dated: March 2, 2007 | ASHBY & GEDDES<br><br>/s/ *John G. Day*<br>_____<br>Steven J. Balick (I.D. #2114)<br>John G. Day (I.D. #2403)<br>Tiffany Geyer Lydon (I.D. #3950)<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, DE 19899<br>(302) 654-1888<br>sbalick@ashby-geddes.com<br>jday@ashby-geddes.com<br>tlydon@ashby-geddes.com<br><br>*Attorneys for Plaintiff*<br>*Elan Pharma International Limited* |