**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| ELAN PHARMA INTERNATIONAL LIMITED, | ) <br> ) <br> )    C.A. No. 06-438-GMS |
| Plaintiff, | ) <br> ) |
| v. | ) <br> ) |
| ABRAXIS BIOSCIENCE, INC., | ) <br> ) |
| Defendant. | ) |

**NOTICE OF SERVICE**

The undersigned hereby certifies that on the 28th day of February, 2007, **NOTICE OF INTENTION (Notice of Subpoena to University of Texas M.D. Anderson Cancer Center, Department of Breast Medical Oncology, Unit 424)** was served upon the following counsel of record at the address and in the manner indicated:

Josy W. Ingersoll, Esquire                          UPS-SIGNATURE REQUIRED
Young Conaway Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE  19801

Michael A. Jacobs, Esquire                         UPS-SIGNATURE REQUIRED
Morrison & Foerster, LLP
425 Market Street
San Francisco, CA  94105-2482

Emily A. Evans, Esquire                            UPS-SIGNATURE REQUIRED
Morrison & Foerster, LLP
755 Page Mill Road
Palo Alto, CA  94304-1018

|  |  |
|---|---|
|  | ASHBY & GEDDES |
|  |  |
|  | */s/ Tiffany Geyer Lydon* |
|  | _____ |
|  | Steven J. Balick (I.D. #2114) |
|  | John G. Day (I.D. #2403) |
|  | Tiffany Geyer Lydon (I.D. #3950) |
|  | 500 Delaware Avenue, 8th Floor |
|  | P.O. Box 1150 |
|  | Wilmington, DE 19899 |
|  | (302) 654-1888 |
|  | sbalick@ashby-geddes.com |
| *Of Counsel:* | jday@ashby-geddes.com |
|  | tlydon@ashby-geddes.com |
| Stephen Scheve |  |
| BAKER BOTTS LLP | *Attorneys for Plaintiff* |
| One Shell Plaza | *Elan Pharma International Limited* |
| 910 Lousiana Street |  |
| Houston, TX 77042-4995 |  |
| Telephone:  (713) 229-1659 |  |

Paul F. Fehlner
BAKER BOTTS LLP
30 Rockefeller Plaza
New York, NY 10112-4498
Telephone:  (212) 408-2527

William J. Sipio
1375 Brentwood Road
Yardley, PA 19067
Telephone:  (215) 801-3625
Facsimile:  (866) 317-2059

Dated:  March 6, 2007

**CERTIFICATE OF SERVICE**

I hereby certify that on the 6th day of March, 2007, the attached **NOTICE OF SERVICE** was served upon the below-named counsel of record at the addresses and in the manner indicated:

| | |
|---|---|
| Josy W. Ingersoll, Esquire<br>Young, Conaway, Stargatt & Taylor<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE  19801 | HAND DELIVERY |
| Michael A. Jacobs, Esquire<br>Morrison & Foerster, LLP<br>425 Market Street<br>San Francisco, CA  94105-2482 | VIA ELECTRONIC MAIL |
| Emily A. Evans, Esquire<br>Morrison & Foerster, LLP<br>755 Page Mill Road<br>Palo Alto, CA  94304-1018 | VIA ELECTRONIC MAIL |

*/s/ Tiffany Geyer Lydon*
_____
Tiffany Geyer Lydon