IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ELAN PHARMA INTERNATIONAL LIMITED,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ABRAXIS BIOSCIENCE, INC.,<br><br>　　　　Defendant. | )<br>)<br>)　C.A. No. 06-438-GMS<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### NOTICE OF SERVICE

The undersigned hereby certifies that on the 7th day of March, 2007, **NOTICE OF SUBPOENA DIRECTED TO NORTHWESTERN UNIVERSITY** was served upon the following counsel of record at the address and in the manner indicated:

Josy W. Ingersoll, Esquire　　　　　　　BY HAND and ELECTRONIC MAIL
Young Conaway Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE  19801

Michael A. Jacobs, Esquire　　　　　VIA FEDERAL EXPRESS and ELECTRONIC MAIL
Morrison & Foerster, LLP
425 Market Street
San Francisco, CA  94105-2482

Emily A. Evans, Esquire　　　　　　VIA FEDERAL EXPRESS and ELECTRONIC MAIL
Morrison & Foerster, LLP
755 Page Mill Road
Palo Alto, CA  94304-1018

|  |  |
|---|---|
|  | ASHBY & GEDDES |
|  | /s/ Tiffany Geyer Lydon |
|  | _____ |
|  | Steven J. Balick (I.D. #2114) |
|  | John G. Day (I.D. #2403) |
|  | Tiffany Geyer Lydon (I.D. #3950) |
|  | 500 Delaware Avenue, 8th Floor |
|  | P.O. Box 1150 |
|  | Wilmington, DE 19899 |
|  | (302) 654-1888 |
|  | sbalick@ashby-geddes.com |
| *Of Counsel:* | jday@ashby-geddes.com |
|  | tlydon@ashby-geddes.com |
| Stephen Scheve |  |
| BAKER BOTTS LLP | *Attorneys for Plaintiff* |
| One Shell Plaza | *Elan Pharma International Limited* |
| 910 Lousiana Street |  |
| Houston, TX 77042-4995 |  |
| Telephone: (713) 229-1659 |  |

Paul F. Fehlner
BAKER BOTTS LLP
30 Rockefeller Plaza
New York, NY 10112-4498
Telephone: (212) 408-2527

William J. Sipio
1375 Brentwood Road
Yardley, PA 19067
Telephone: (215) 801-3625
Facsimile: (866) 317-2059

Dated: March 7, 2007

## CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of March, 2007, the attached **NOTICE OF SERVICE** was served upon the below-named counsel of record at the addresses and in the manner indicated:

| | |
|---|---|
| Josy W. Ingersoll, Esquire<br>Young, Conaway, Stargatt & Taylor<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE 19801 | <u>BY HAND and ELECTRONIC MAIL</u> |
| Michael A. Jacobs, Esquire<br>Morrison & Foerster, LLP<br>425 Market Street<br>San Francisco, CA 94105-2482 | <u>VIA FEDERAL EXPRESS and ELECTRONIC MAIL</u> |
| Emily A. Evans, Esquire<br>Morrison & Foerster, LLP<br>755 Page Mill Road<br>Palo Alto, CA 94304-1018 | <u>VIA FEDERAL EXPRESS and ELECTRONIC MAIL</u> |

*/s/ Tiffany Geyer Lydon*
_____
Tiffany Geyer Lydon