IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ELAN PHARMA INTERNATIONAL LIMITED, | ) ) ) | |
| Plaintiff, | ) ) ) | C.A. No. 06-438-GMS |
| v. | ) ) | |
| ABRAXIS BIOSCIENCE, INC., | ) ) | |
| Defendant. | ) ) ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on April 4, 2007, true and correct copies of 1) Response of Abraxis Bioscience, Inc. to Elan Pharma International Limited's Second Set of Interrogatories and Requests for Production, and 2)  Response of Abraxis Bioscience, Inc. to Elan Pharma International Limited's Second Set of Requests for Admission were caused to be served upon the following counsel of record as indicated below:

**BY E-MAIL AND HAND DELIVERY**

Steven J. Balick, Esquire
ASHBY & GEDDES
500 Delaware Avenue
Wilmington, DE 19801
*sbalick@ashby-geddes.com*

**BY E-MAIL**

Stephen Scheve, Esquire
BAKER BOTTS L.L.P.
One Shell Plaza
910 Louisiana Street
Houston, TX  77002-4995
*steve.scheve@bakerbotts.com*

Paul F. Fehlner
BAKER BOTTS L.L.P.
30 Rockefeller Plaza
New York, NY  10112-4498
*paul.fehlner@bakerbotts.com*

William J. Sipio, Esquire
1375 Brentwood Road
Yardley, PA  19067
*sipz25@aol.cm*

PLEASE TAKE FURTHER NOTICE that on April 4, 2007, a true and correct copy of this Notice of Service was electronically filed with the Clerk of the Court using CM/ECF which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Steven J. Balick, Esquire
> ASHBY & GEDDES
> 500 Delaware Avenue
> Wilmington, DE 19801

Additionally, this Notice of Service was served by hand delivery on the above listed local counsel and on the following counsel in the manner indicated:

**BY E-MAIL**

Stephen Scheve, Esquire
BAKER BOTTS L.L.P.
One Shell Plaza
910 Louisiana Street
Houston, TX 77002-4995
steve.scheve@bakerbotts.com

Paul F. Fehlner
BAKER BOTTS L.L.P.
30 Rockefeller Plaza
New York, NY 10112-4498
paul.fehlner@bakerbotts.com

William J. Sipio, Esquire
1375 Brentwood Road
Yardley, PA 19067
sipz25@aol.cm

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Josy W. Ingersoll (No. 1088)
*jingersoll@ycst.com*
Elena C. Norman (No. 4780)
*enorman@ycst.com*
Karen E. Keller (No. 4489)
*kkeller@ycst.com*
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, DE 19801
302-571-6600

*Attorneys for Defendant*
*ABRAXIS BIOSCIENCE, INC.*

Dated: April 4, 2007

DB02:5888889.1

065496.1001