# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ELAN PHARMA INTERNATIONAL LIMITED, ) ) ) | |
| Plaintiff, ) ) | C.A. No. 06-438-GMS |
| v. ) ) | |
| ABRAXIS BIOSCIENCE, INC., ) ) | |
| Defendant. ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that on the 13th day of April, 2007, **PLAINTIFF ELAN PHARMA INTERNATIONAL LIMITED'S RESPONSES AND OBJECTIONS TO DEFENDANT ABRAXIS'S SECOND SET OF REQUESTS FOR PRODUCTION (Nos. 78-135)** was served upon the following counsel of record at the address and in the manner indicated:

Josy W. Ingersoll, Esquire                                                                HAND DELIVERY
Young Conaway Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE  19801

Michael A. Jacobs, Esquire                                                          VIA FEDERAL EXPRESS
Morrison & Foerster, LLP
425 Market Street
San Francisco, CA  94105-2482

Emily A. Evans, Esquire                                                              VIA FEDERAL EXPRESS
Morrison & Foerster, LLP
755 Page Mill Road
Palo Alto, CA  94304-1018

|  |  |
|---|---|
| | ASHBY & GEDDES |
| | */s/ Tiffany Geyer Lydon* |
| | _____ |
| | Steven J. Balick (I.D. #2114) |
| | John G. Day (I.D. #2403) |
| | Tiffany Geyer Lydon (I.D. #3950) |
| | 500 Delaware Avenue, 8th Floor |
| | P.O. Box 1150 |
| | Wilmington, DE 19899 |
| | (302) 654-1888 |
| | sbalick@ashby-geddes.com |
| *Of Counsel:* | jday@ashby-geddes.com |
| | tlydon@ashby-geddes.com |
| Stephen Scheve | |
| BAKER BOTTS LLP | *Attorneys for Plaintiff* |
| One Shell Plaza | *Elan Pharma International Limited* |
| 910 Lousiana Street | |
| Houston, TX 77042-4995 | |
| Telephone: (713) 229-1659 | |
| | |
| Paul F. Fehlner | |
| BAKER BOTTS LLP | |
| 30 Rockefeller Plaza | |
| New York, NY 10112-4498 | |
| Telephone: (212) 408-2527 | |
| | |
| William J. Sipio | |
| 1375 Brentwood Road | |
| Yardley, PA 19067 | |
| Telephone: (215) 801-3625 | |
| Facsimile: (866) 317-2059 | |
| | |
| Dated: April 13, 2007 | |