IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ELAN PHARMA INTERNATIONAL LIMITED, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | C.A. No. 06-438-GMS |
| ABRAXIS BIOSCIENCE, INC., | ) ) ) | |
| Defendant. | ) | |

## PLAINTIFF'S RESPONSE TO DEFENDANT'S
## MOTION FOR LEAVE TO AMEND ITS ANSWER AND COUNTERCLAIMS

On March 30, 2007, defendant Abraxis Bioscience, Inc. ("Abraxis") filed under seal its Unopposed Motion for Leave to Amend Answer to Complaint and Counterclaims (D.I. 84; the "Motion"). To avoid any confusion concerning plaintiff Elan Pharma International Limited's ("Elan") position on the Motion, and consistent with what it advised Abraxis before the Motion's filing, Elan does not oppose the filing of Abraxis's Amended Complaint and Counterclaims.

ASHBY & GEDDES

/s/ *John G. Day*

---

Steven J. Balick (I.D.#2114)
John G. Day (I.D. #2403)
Tiffany Geyer Lydon (I.D. #3950)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
Tel: (302) 654-1888
Fax: (302) 654-2067

*Attorneys for Plaintiff*

*Of Counsel:*

Stephen Scheve
BAKER BOTTS LLP
One Shell Plaza
910 Louisiana Street
Houston, TX 77042-49995
(713) 229-1659 Telephone

Paul F. Fehlner
BAKER BOTTS LLP
30 Rockefeller Plaza
New York, NY 10112-4498
(212) 408-2527 Telephone

William J. Sipio
1375 Brentwood Road
Yardley, PA 19067
(215) 801-3625 Telephone

Dated: April 18, 2007
179811.1