**THIS IS A SEALED DOCUMENT.**

**THIS IS A SEALED DOCUMENT.**

Case 1:06-cv-00438-GMS    Document 106-2    Filed 05/11/2007    Page 1 of 1