IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ELAN PHARMA INTERNATIONAL LIMITED,<br><br>        Plaintiff,<br><br>        v.<br><br>ABRAXIS BIOSCIENCE, INC.,<br><br>        Defendant. | )<br>)<br>)  C.A. No. 06-438-GMS<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFF ELAN PHARMA INTERNATIONAL LIMITED'S NOTICE OF
RULE 30(b)(6) DEPOSITION OF ABRAXIS BIOSCIENCE, INC.**

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 30(b)(6), Elan Pharma International Limited ("Elan") will take the continuing deposition by oral testimony of Defendant Abraxis Bioscience, Inc. ("Abraxis"), through one or more of its officers, directors, managing agents, or other persons consenting to testify on the matters listed on Attachment A.

The deposition shall take place at the offices of Esquire Deposition Services, 6222 Wilshire Blvd, 2nd FL, Los Angeles, California 90048 on June 1, 2007 at 9:00 a.m. PST, or at such other place, date and time mutually agreed upon or ordered by the Court, before a notary public or other officer authorized to administer oaths. The testimony shall be recorded by stenographic and/or video graphic means and shall continue from day to day until completed.

At least seven days before the deposition, Abraxis is requested to produce to undersigned counsel a list of proposed witnesses for each topic identified in Attachment A.

<table>
<tr><td>

*Of Counsel:*

Stephen Scheve, Esquire
Linda M. Glover, Esquire
BAKER BOTTS LLP
One Shell Plaza
910 Louisiana Street
Houston, TX 77042-4995
(713) 229-1659 Telephone
(713) 229-2859 Facsimile
Steve.Scheve@bakerbotts.com
Linda.Glover@bakerbotts.com

Paul F. Fehlner, Esquire
BAKER BOTTS LLP
30 Rockefeller Plaza
New York, NY 10112-4498
(212) 408-2527 Telephone
(212) 408-2501 Facsimile
Paul.Fehlner@bakerbotts.com

William J. Sipio, Esquire
1375 Brentwood Road
Yardley, PA 19067
(215) 801-3625 Telephone
Sipz25@aol.com

Dated: May 16, 2007
180604.1

</td><td>

ASHBY & GEDDES

/s/ *Lauren E. Maguire*
_____
Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Lauren E. Maguire (I.D. #4261)
300 Delaware Avenue, 8th Floor
Wilmington, Delaware 19899-1150
(302) 654-1888 Telephone
sbalick@ashby-geddes.com
jday@ashby-geddes.com
lmaguire@ashby-geddes.com

*Attorneys for Plaintiff*
*Elan Pharma International Limited*

</td></tr>
</table>

2

## ATTACHMENT A

## DEFINITIONS

1. As used herein, "Abraxis," "Abraxis Bioscience," "Abraxis," "you," or "your" shall refer to Defendant Abraxis Bioscience, Inc., and any present or former parent, subsidiary, department, division, subdivision, branch, affiliate, predecessor, successors-in-interest, or other related company, any consultant, or representative of Abraxis Bioscience, Inc., and any other person acting on or purporting to act on its behalf.

2. As used herein, the term "Abraxane®" shall mean the human serum albumin-bound paclitaxel product that is sold by Abraxis.

3. As used herein, the terms "all," "any" or "each" shall be construed as any, all, and each inclusively.

## SUBJECT MATTER

1. The joint sales meeting between Astra Zeneca and Abraxis relating to Abraxane®, which took place in December 2006 in Pittsburgh, Pennsylvania.

2. The identities of those attending the joint sales meeting between Astra Zeneca and Abraxis relating to Abraxane®, which took place in December 2006 in Pittsburgh, Pennsylvania.

3. The fees paid oncologists who attended the joint sales meeting between Astra Zeneca and Abraxis relating to Abraxane®, which took place in December 2006 in Pittsburgh, Pennsylvania.

4. Abraxis's investigation into allegations that Abraxis employees promoted off-label use of Abraxane® at the joint sales meeting between Astra Zeneca and Abraxis, which took place in December 2006 in Pittsburgh, Pennsylvania.

5. The results of any Abraxis investigation into allegations that Abraxis employees promoted off-label use of Abraxane® at the joint sales meeting between Astra Zeneca and Abraxis, which took place in December 2006 in Pittsburgh, Pennsylvania.

6. Identification of all published articles for which Abraxis purchased reprints to be used in responding to physician inquiries about Abraxane®.