## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ELAN PHARMA INTERNATIONAL LIMITED, | ) ) ) | |
| | ) | C.A. No. 06-438-GMS |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| ABRAXIS BIOSCIENCE, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## PLAINTIFF ELAN PHARMA INTERNATIONAL LIMITED'S FIRST AMENDED NOTICE OF RULE 30(b)(6) DEPOSITION OF ABRAXIS BIOSCIENCE, INC.

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 30(b)(6), Elan Pharma International Limited ("Elan") will take the continuing deposition by oral testimony of Defendant Abraxis Bioscience, Inc. ("Abraxis"), through one or more of its officers, directors, managing agents, or other persons consenting to testify on the matters listed on Attachment A.

The deposition shall take place at the offices of Esquire Deposition Services, 6222 Wilshire Blvd, 2nd FL, Los Angeles, California 90048 on May 31, 2007, at 9:00 a.m. PST, or at such other place, date and time mutually agreed upon or ordered by the Court, before a notary public or other officer authorized to administer oaths. The testimony shall be recorded by stenographic and/or videographic means and shall continue from day to day until completed.

At least seven days before the deposition, Abraxis is requested to produce to undersigned counsel a list of proposed witnesses for each topic identified in Attachment A.

ASHBY & GEDDES

/s/ *Lauren E. Maguire*

_____

Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Lauren E. Maguire (I.D. #4261)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com
lmaguire@ashby-geddes.com

*Attorneys for Plaintiff*
*Elan Pharma International Limited*

*Of Counsel:*

Stephen Scheve
Linda M. Glover
BAKER BOTTS LLP
One Shell Plaza
910 Lousiana Street
Houston, TX 77042-4995
Telephone: (713) 229-1659

Paul F. Fehlner
BAKER BOTTS LLP
30 Rockefeller Plaza
New York, NY 10112-4498
Telephone: (212) 408-2527

William J. Sipio
1375 Brentwood Road
Yardley, PA 19067
Telephone: (215) 801-3625
Facsimile: (866) 317-2059

Dated: May 17, 2007
180665.1

2

## ATTACHMENT A

## DEFINITIONS

1.    As used herein, the term "Abraxane®" shall mean the human serum albumin-bound paclitaxel product that is sold by Abraxis, any intermediates created during manufacturing, and any of its predecessors, including but not limited to ABI-007 and Capxol.

2.    As used herein, the terms "and" and "or" shall be construed either disjunctively or conjunctively so as to acquire the broadest possible meaning.

3.    As used herein, the phrase "by you" shall refer to Defendant Abraxis Bioscience, Inc., and any present or former parent, subsidiary, department, division, subdivision, affiliate, predecessor, or other related company, and includes any present or former consultant or representative of Abraxis Bioscience, Inc.; and any other person acting on or purporting to act on its behalf.

**SUBJECT MATTER**

1.     All infrared spectroscopy testing of Abraxane® (and/or the nanoparticles therein) performed by you between November 1, 2001 and May 1, 2007.

2.     All near infrared spectroscopy testing of Abraxane® (and/or the nanoparticles therein) performed by you between November 1, 2001 and May 1, 2007.

3.     All raman spectroscopy testing of Abraxane® (and/or the nanoparticles therein) performed by you between November 1, 2001 and May 1, 2007.

4.     All solid phase NMR spectroscopy testing of Abraxane® (and/or the nanoparticles therein) performed by you between November 1, 2001 and May 1, 2007.

5.     All diffraction transmission electron microscopy testing of Abraxane® (and/or the nanoparticles therein) performed by you between November 1, 2001 and May 1, 2007.

6.     All freeze-fracture electron microscopy testing of Abraxane® (and/or the nanoparticles therein) performed by you between November 1, 2001 and May 1, 2007.

7.     All x-ray diffraction testing of Abraxane® (and/or the nanoparticles therein) performed by you between November 1, 2001 and May 1, 2007.

8.     All differential scanning calorimetry testing of Abraxane® (and/or the nanoparticles therein) performed by you between November 1, 2001 and May 1, 2007.

9.     All modulated differential scanning calorimetry testing of Abraxane® (and/or the nanoparticles therein) performed by you between November 1, 2001 and May 1, 2007.

10.       All thermogravimetric testing of Abraxane® (and/or the nanoparticles therein) performed by you between November 1, 2001 and May 1, 2007.

11.       To the extent not described above, any analytical testing of Abraxane® (and/or the nanoparticles therein) performed by you between November 1, 2001 and May 1, 2007.

12.       All particle size distribution data / tests for Abraxane® performed by you between November 1, 2001 and May 1, 2007.