UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ELAN PHARMA INTERNATIONAL LIMITED, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No. 06-438-GMS ) |
| ABRAXIS BIOSCIENCE, INC., | ) ) |
| Defendant. | ) ) ) |

## NOTICE OF DEPOSITION OF LAWRENCE DE GARAVILLA

PLEASE TAKE NOTICE that, pursuant to Rules 30 and 45 of the Federal Rules of Civil Procedure, commencing at 9:00 a.m. on June 27, 2007, at the Philadelphia Marriott Downtown, 1201 Market Street, Philadelphia, PA 19107, Defendant Abraxis BioScience, Inc. will take the deposition by oral examination of Lawrence de Garavilla.

The deposition will be taken before a person authorized to administer an oath and will continue from day to day, Saturdays, Sundays, and holidays excepted, until completed. The deposition will be recorded by video, audio, and stenographic means. You are invited to attend and cross-examine the witness.

| | |
|---|---|
| Dated: May 29, 2007 | YOUNG CONAWAY STARGATT<br>  & TAYLOR, LLP<br><br>/s/ *Elena C. Norman*<br>Josy W. Ingersoll (#1088)<br>Elena C. Norman (#4780)<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE  19801<br>(302) 571-6672  Telephone<br>(302) 576-3301  Facsimile<br>jingersoll@ycst.com<br>enorman@ycst.com<br><br>Michael A. Jacobs<br>MORRISON & FOERSTER, LLP<br>425 Market Street<br>San Francisco, CA  94105-2482<br>(415) 268-7000   Telephone<br>(415) 268-7522  Facsimile<br>MJacobs@mofo.com<br><br>Emily A. Evans<br>MORRISON & FOERSTER, LLP<br>755 Page Mill Road<br>Palo Alto, CA  94304-1018<br>(650) 813-5600  Telephone<br>(650) 494-0792  Facsimile<br>EEvans@mofo.com<br><br>Attorneys for Defendant<br>ABRAXIS BIOSCIENCE, INC. |

pa-1166832

## CERTIFICATE OF SERVICE

I, Elena C. Norman, Esquire, hereby certify that on May 29, 2007, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Steven J. Balick, Esquire
>ASHBY & GEDDES
>500 Delaware Avenue, 8th Floor
>Wilmington, DE 19801

I further certify that on May 29, 2007, I caused a copy of the foregoing document to be served by hand delivery and e-mail on the above-listed counsel of record and on the following non-registered participants in the manner indicated:

**BY E-MAIL**

>Stephen Scheve, Esquire
>BAKER BOTTS L.L.P.
>One Shell Plaza
>910 Louisiana Street
>Houston, TX  77002-4995
>steve.scheve@bakerbotts.com

>Paul F. Fehlner
>BAKER BOTTS L.L.P.
>30 Rockefeller Plaza
>New York, NY  10112-4498
>paul.fehlner@bakerbotts.com

2

William J. Sipio, Esquire
1375 Brentwood Road
Yardley, PA  19067
sipz25@aol.cm

        YOUNG CONAWAY STARGATT
         & TAYLOR, LLP

/s/ *Elena C. Norman*
Josy W. Ingersoll (No. 1088)
jingersoll@ycst.com
Elena C. Norman (No. 4780)
enorman@ycst.com
Karen E. Keller (No. 4489)
kkeller@ycst.com
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware  19899
(302) 571-6600
Attorneys for Defendant
ABRAXIS BIOSCIENCE, INC.

2