# YOUNG CONAWAY STARGATT & TAYLOR, LLP

BEN T. CASTLE
SHELDON N. SANDLER
RICHARD A. LEVINE
RICHARD A. ZAPPA
FREDERICK W. IOBST
RICHARD H. MORSE
DAVID C. McBRIDE
JOSEPH M. NICHOLSON
CRAIG A. KARSNITZ
BARRY M. WILLOUGHBY
JOSY W. INGERSOLL
ANTHONY G. FLYNN
JEROME K. GROSSMAN
EUGENE A. DIPRINZIO
JAMES L. PATTON, JR.
ROBERT L. THOMAS
WILLIAM D. JOHNSTON
TIMOTHY J. SNYDER
BRUCE L. SILVERSTEIN
WILLIAM W. BOWSER
LARRY J. TARABICOS
RICHARD A. DiLIBERTO, JR.
MELANIE K. SHARP
CASSANDRA F. ROBERTS
RICHARD J A. POPPER
TERESA A. CHEEK
NEILLI MULLEN WALSH

JANET Z. CHARLTON
ROBERT S. BRADY
JOEL A. WAITE
BRENT C. SHAFFER
DANIEL P. JOHNSON
CRAIG D. GREAR
TIMOTHY JAY HOUSEAL
MARTIN S. LESSNER
PAULINE K. MORGAN
C. BARR FLINN
NATALIE WOLF
LISA B. GOODMAN
JOHN W. SHAW
JAMES P. HUGHES, JR.
EDWIN J. HARRON
MICHAEL R. NESTOR
MAUREEN D. LUKE
ROLIN P. BISSELL
SCOTT A. HOLT
JOHN T. DORSEY
M. BLAKE CLEARY
CHRISTIAN DOUGLAS WRIGHT
DANIELLE GIBBS
JOHN J. PASCHETTO
NORMAN M. POWELL
ELENA C. NORMAN

THE BRANDYWINE BUILDING
1000 WEST STREET, 17TH FLOOR
WILMINGTON, DELAWARE  19801

P.O. BOX 391
WILMINGTON, DELAWARE  19899-0391

(302) 571-6600
(800) 253-2234 (DE ONLY)
FAX: (302) 571-1253

———————

110 WEST PINE STREET
P.O. BOX 594
GEORGETOWN, DELAWARE 19947
(302) 856-3571
(800) 255-2234 (DE ONLY)
FAX: (302) 856-9338

WWW.YOUNGCONAWAY.COM

JOSEPH M. BARRY
SEAN M. BEACH
SANJAY BHATNAGAR
DONALD J. BOWMAN, JR.
JEFFREY T. CASTELLANO
KARA HAMMOND COYLE
KRISTEN SALVATORE DePALMA
MARGARET M. DiBIANCA
MARY F. DUGAN
ERIN EDWARDS
KENNETH J. ENOS
IAN S. FREDERICKS
JAMES J. GALLAGHER
SEAN T. GREECHER
STEPHANIE L. HANSEN
DAWN M. JONES
KAREN E. KELLER
JENNIFER M. KINKUS
EDWARD J. KOSMOWSKI
JOHN C. KUFFEL
KAREN LANTZ
TIMOTHY E. LENGKEEK
ANDREW A. LUNDGREN

SPECIAL COUNSEL
JOHN D. McLAUGHLIN, JR.
KAREN L. PASCALE
PATRICIA A. WIDDOSS

MATTHEW B. LUNN
JOSEPH A. MALFITANO
ADRIA B. MARTINELLI
MICHAEL W. McDERMOTT
TAMMY L. MERCER
MARIBETH L. MINELLA
EDMON L. MORTON
D. FON MUTTAMARA-WALKER
JENNIFER R. NOEL
ADAM W. POFF
SETH J. REIDENBERG
SARA BETH A. REYBURN
CHERYL A. SANTANIELLO
    (NJ & PA ONLY)
MICHELE SHERRETTA
MONTE T. SQUIRE
MICHAEL P. STAFFORD
CHAD S.C. STOVER
JOHN E. TRACEY
TRAVIS N. TURNER
MARGARET B. WHITEMAN
SHARON M. ZIEG

SENIOR COUNSEL
CURTIS J. CROWTHER

OF COUNSEL
BRUCE M. STARGATT
STUART B. YOUNG
EDWARD B. MAXWELL, 2ND

May 30, 2007

**BY CM/ECF**

The Honorable Gregory M. Sleet
United States District Court for the District of Delaware
844 North King Street
Wilmington, DE 19801

Re:     Elan Pharma Int'l Ltd. v. Abraxis Bioscience, Inc. – C.A. No. 06-438-GMS

Dear Judge Sleet:

Abraxis requests that the Court continue the recent discovery hearing to address a missed agenda item, "Elan's responses to Abraxis's document requests," before being referred to a discovery master.

Good cause exists because this agenda item was set to be heard by the Court but was missed during the call, there are only two months left for fact discovery, and Elan's deficient responses are impairing Abraxis's ability to prepare for trial. A copy of the Agenda Letter dated May 21, 2007 (D.I. 112) is enclosed for the Court's convenience. Abraxis sought Elan's consent for this conference yesterday, but Elan has not yet indicated whether it is willing to consent.

In the alternative, Abraxis requests that this issue be referred to a discovery master as soon as possible.

Respectfully submitted,

*Elena C. Norman Chy Karen L. Keller #4489*

Elena C. Norman  (#4780)

YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Honorable Gregory M. Sleet
May 30, 2007
Page 2

Enclosure

cc:    Clerk of Court (by CM/ECF)
       John G. Day, Esq. (by CM/ECF and electronic mail)
       Steven J. Balick, Esq. (by CM/ECF and electronic mail)
       Tiffany Geyer Lydon, Esq. (by CM/ECF and electronic mail)
       Stephen Scheve, Esq. (by electronic mail)
       Paul F. Fehlner, Esq. (by electronic mail)
       William J. Sipio, Esq. (by electronic mail)
       Emily A. Evans, Esq. (by electronic mail)
       Diana B. Kruze, Esq. (by electronic mail)

# ASHBY & GEDDES

ATTORNEYS AND COUNSELLORS AT LAW

500 DELAWARE AVENUE

P. O. BOX 1150

WILMINGTON, DELAWARE 19899

TELEPHONE
302-654-1888

FACSIMILE
302-654-2067

May 21, 2007

The Honorable Gregory M. Sleet
United States District Court
844 N. King Street
Wilmington, DE 19801

VIA ELECTRONIC FILING

Re:    *Elan Pharma International, Ltd. v. Abraxis Bioscience, Inc.*
       C.A. No. 06-438-GMS

Dear Judge Sleet:

In anticipation of the discovery teleconference scheduled for May 23, 2007 at 11 a.m. EST in the above-captioned matter, the parties jointly submit the following items to be presented to the Court:

### Plaintiff's Issues:

1.    Plaintiff requests access to full details of defendant's manufacturing process for Abraxane®, including analyses of intermediates created during that process.

2.    Plaintiff moves to compel Defendant to produce documents as agreed during the February 16, 2007 discovery teleconference and as compelled and agreed during the March 15, 2007 discovery teleconference, including:

     • internal communications to and from sales force and detail personnel (D.I. 47:26-28);
     • communications with clinicians about Abraxane ® (*id.* at 22-26);
     • laboratory notebooks (D.I. 89:18-23);
     • internal marketing and sales plans (*id.* at 24-26)and
     • internal communications about infusion rates (*id.*).

3.    Permission to remove stay of third party subpoenas due to Defendant's failure to produce documents as agreed during the March 15, 2007 hearing and as sought in Plaintiff's Request for Production Nos. 39-50 (D.I. 89:42-51).

4.    Plaintiff moves to overrule Defendant's objections to producing documents beyond those sent to or received from FDA or otherwise publicly distributed in response to Plaintiff's Request Nos. 7-8, 19-20, 30, 53-56. Documents responsive to these requests include, but are not limited to:

The Honorable Gregory M. Sleet
May 21, 2007
Page 2

- internal sales and marketing memoranda, letters to and from physicians (Request No. 7);
- post approval studies of Abraxane® (Request No. 8);
- information given to and communications with contract research organizations employed by or on behalf of Abraxis to test Abraxane® (Request Nos. 19, 20);
- internal documents about instructions or advice given to physicians about administering Abraxane® (Request No. 30).
- internal drafts of and communications regarding public presentations concerning Abraxane®. (Request Nos. 53-56).

Plaintiff also moves to overrule Defendant's objections to producing agreements with third parties in response to Plaintiff's Request Nos. 51-52.

5.     Plaintiff moves to compel Defendant to supplement its Interrogatory Responses as agreed in January 2007.

## Defendant's Issues

1.     Elan's abuse of the discovery hearing process;

2.     Elan's responses to Abraxis's interrogatories;

3.     Elan's responses to Abraxis's document requests;

4.     Stay of damages discovery and bifurcation of trial on damages.

Respectfully,

/s/ *John G. Day*

John G. Day

JGD: nml
180734.1
cc:     Clerk of the Court (via electronic filing)
        Josy W. Ingersoll, Esquire (via electronic mail)
        William J. Sipio, Esquire (via electronic mail)
        Steven Scheve, Esquire (via electronic mail)
        Paul F. Fehlner, Esquire (via electronic mail)
        Michael A. Jacobs, Esquire (via electronic mail)
        Emily A. Evans, Esquire (via electronic mail)