# ASHBY & GEDDES

ATTORNEYS AND COUNSELLORS AT LAW

500 DELAWARE AVENUE

P. O. BOX 1150

WILMINGTON, DELAWARE 19899

TELEPHONE
302-654-1888

FACSIMILE
302-654-2067

June 1, 2007

The Honorable Gregory M. Sleet
United States District Court
844 N. King Street
Wilmington, DE 19801

<u>VIA ELECTRONIC FILING</u>

Re:    *Elan Pharma International, Ltd. v. Abraxis Bioscience, Inc.*
C.A. No. 06-438-GMS

Dear Judge Sleet:

This responds to Abraxis's May 30 letter to Your Honor.

It has been nine days since the May 23 discovery teleconference. During a May 24 *meet and confer* between the parties, Abraxis promised to expeditiously provide Elan with a formal proposal regarding additional security measures to be applied to Abraxis's manufacturing detail documents. Elan received Abraxis's first proposal today. The proposal includes unacceptable restrictions on Elan's ability to work with its experts (e.g., Elan's experts would need to be "pre-approved" by Abraxis; then, the experts could only view the details of the manufacturing process at the offices of Abraxis's counsel, they could not make copies to take back to their laboratories).

During the May 24 *meet and confer*, Abraxis promised to promptly address deficiencies in its production of laboratory notebooks. Elan received a letter from Abraxis yesterday stating that Abraxis would respond to Elan's requests regarding the laboratory notebooks "shortly." A full year into this litigation and Elan has yet to receive a single notebook from seven named inventors on the patents covering Abraxane.® Abraxis has also failed to provide Elan with alternative dates for depositions originally noticed for May 30, May 31 and June 1 (a topic also covered during the May 24 *meet and confer*).

To avoid further burdening this Court with policing discovery, Elan agrees to, and requests the appointment of, a discovery master, the cost of which should be borne equally by both parties.

Respectfully,

/s/ John G. Day

John G. Day

JGD/dmf
181172.1

cc:    Clerk of the Court (via electronic filing)
        Josy W. Ingersoll, Esquire (via electronic mail)
        William J. Sipio, Esquire (via electronic mail)
        Steven Scheve, Esquire (via electronic mail)
        Paul F. Fehlner, Esquire (via electronic mail)
        Michael A. Jacobs, Esquire (via electronic mail)
        Emily A. Evans, Esquire (via electronic mail)