IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ELAN PHARMA INTERNATIONAL LIMITED, | ) ) ) ) ) ) ) ) ) ) ) ) | |
| Plaintiff, | | |
| v. | | C.A. No. 06-438-GMS |
| ABRAXIS BIOSCIENCE, INC., | | |
| Defendant. | | |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that on May 31, 2007, copies of *(1) Abraxis' Objections to Elan's First Amended Notice of Rule 30(b)(6) Deposition of Abraxis Bioscience, Inc. served on May 17, 2007 (D.I. 110); (2) Abraxis' Objections to Elan's Notice of Rule 30(b)(6) Deposition of Abraxis Bioscience, Inc. served on May 16, 2007 (D.I. 109); and (3) Abraxis' Objections to Elan's Notice of Rule 30(b)(6) Deposition of Abraxis Bioscience, Inc., served on May 17, 2007 (D.I. 111)*, were caused to be served upon the following counsel of record as indicated below:

**BY E-MAIL AND FIRST CLASS MAIL**

Linda M. Glover, Esquire
BAKER BOTTS L.L.P.
One Shell Plaza
910 Louisiana Street
Houston, TX  77002-4995
*steve.scheve@bakerbotts.com*

PLEASE TAKE FURTHER NOTICE that on June 8, 2007, a true and correct copy of this Notice of Service was electronically filed with the Clerk of the Court using CM/ECF which will send notification that such filing is available for viewing and downloading to the following counsel of record:

Steven J. Balick, Esquire
ASHBY & GEDDES
500 Delaware Avenue
Wilmington, DE 19801

2

Additionally, this Notice of Service was served by hand delivery on the above listed local counsel and on the following counsel in the manner indicated:

**BY E-MAIL**

Stephen Scheve, Esquire
BAKER BOTTS L.L.P.
One Shell Plaza
910 Louisiana Street
Houston, TX 77002-4995
steve.scheve@bakerbotts.com

William J. Sipio, Esquire
1375 Brentwood Road
Yardley, PA 19067
sipz25@aol.cm

Paul F. Fehlner
BAKER BOTTS L.L.P.
30 Rockefeller Plaza
New York, NY 10112-4498
paul.fehlner@bakerbotts.com

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Karen E. Keller

Josy W. Ingersoll (No. 1088)
*jingersoll@ycst.com*
Elena C. Norman (No. 4780)
*enorman@ycst.com*
Karen E. Keller (No. 4489)
*kkeller@ycst.com*
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, DE 19801
302-571-6600

*Attorneys for Defendant*
*ABRAXIS BIOSCIENCE, INC.*

Dated: June 8, 2007