## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ELAN PHARMA INTERNATIONAL LIMITED, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No. 06-438-GMS |
| ABRAXIS BIOSCIENCE, INC., | ) ) ) | |
| Defendant. | ) ) ) | |

## PLAINTIFF ELAN PHARMA INTERNATIONAL LIMITED'S AMENDED NOTICE OF RULE 30(b)(6) DEPOSITION OF ABRAXIS BIOSCIENCE, INC.

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 30(b)(6), Elan Pharma International Limited ("Elan") will take the continuing deposition by oral testimony of Defendant Abraxis Bioscience, Inc. ("Abraxis"), through one or more of its officers, directors, managing agents, or other persons consenting to testify on the matters listed on Attachment A.

The deposition shall take place at the offices of Esquire Deposition Services, 6222 Wilshire Blvd, 2nd FL, Los Angeles, California 90048 on June 22, 2007, at 9:00 a.m. PST and June 29, 2007, at 9:00 a.m. PST, before a notary public or other officer authorized to administer oaths. The testimony shall be recorded by stenographic and/or videographic means and shall continue from day to day until completed.

ASHBY & GEDDES

/s/ *Lauren E. Maguire*

_____

Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Lauren E. Maguire (I.D. #4261)
300 Delaware Avenue, 8th Floor
Wilmington, Delaware  19899-1150
(302) 654-1888 Telephone
sbalick@ashby-geddes.com
jday@ashby-geddes.com
lmaguire@ashby-geddes.com

*Attorneys for Plaintiff*
*Elan Pharma International Limited*

*Of Counsel:*

Stephen Scheve, Esquire
Linda M. Glover, Esquire
BAKER BOTTS LLP
One Shell Plaza
910 Louisiana Street
Houston, TX 77042-4995
Telephone:  (713) 229-1659

Paul F. Fehlner, Esquire
BAKER BOTTS LLP
30 Rockefeller Plaza
New York, NY 10112-4498
Telephone:  (212) 408-2527

William J. Sipio, Esquire
1375 Brentwood Road
Yardley, PA 19067
Telephone:  (215) 801-3625

Dated: June 20, 2007

## ATTACHMENT A

## DEFINITIONS

1.    As used herein, each of the terms, "Defendant," Abraxis Bioscience, Inc.," "Abraxis Bioscience," "Abraxis," "you," or "your" shall refer to Defendant Abraxis Bioscience, Inc., and any present or former parent, subsidiary, department, division, subdivision, branch, affiliate, predecessor, successors-in-interest, or other related company, including but not limited to American Pharmaceutical Partners and American Bioscience; and includes any present or former officer, director, agent, employee, consultant, or representative of Abraxis Bioscience, Inc., and any other person acting on or purporting to act on its behalf.

2.    As used herein, the term "Elan" shall refer to Plaintiff Elan Pharma International Limited.

3.    As used herein, the terms "all," "any" or "each" shall be construed as any, all, and each inclusively.

4.    As used herein, the terms "and" and "or" shall be construed either disjunctively or conjunctively so as to acquire the broadest possible meaning.

5.    As used herein, the term "communication" shall refer to any and all exchanges of information between two or more persons by any medium, including, but not limited, meetings, telephone conversations, correspondence, memoranda, computer, or verbal actions intended to or actually conveying information or data.

6.    As used herein, the term "documents" shall have the broadest possible meaning afforded under the Federal Rules of Civil Procedure and shall include, but not be limited to, every writing or record of any kind that is in your possession, custody and control and that is kept by electronic, photographic, mechanical, or other means.

7.    As used herein, the term "subject matter" shall mean and include the following:

    a      the claims of the '363 and '025 patents;

    b      the validity and/or invalidity of the '363 and '025 patents;

    c      Abraxane®.

8.    As used herein, the term "Relevant Time Period" shall mean January 1, 1998 to July 19, 2006.

9.    As used herein, the term "agreed electronic search terms/strings" refers to the search terms that the Abraxis agreed to use for locating responsive electronic documents in the possession of the e-custodians as reflected in the parties' March 9, 2007 and March 12, 2007 letters, and the April 17, 2007 email.

10.    As used herein, the term "agreed e-custodians" refers to the custodians whose electronic documents will be searched with the agreed electronic search terms/strings as reflected in the parties' March 9, 2007 and March 12, 2007 letters.

11.    As used herein, the term "drug information requests" refers to requests to Abraxis made by physicians, pharmacists or other healthcare professionals about Abraxane®, including, but not limited to, requests for scientific literature reprints, Abraxane®'s labeled and unlabeled clinical uses, drug composition, clinical dosage inquiries, drug administration, and adverse reactions.

12.    As used herein, the term "call detail reports" refers to documents reflecting communications between Abraxis's sales representatives and/or medical science liaisons and physicians, pharmacists and/or other healthcare professionals, about the clinical use of Abraxane®.

13.    As used herein, the term "Oncology Proprietary Marketing Non-Sales" refers to the Abraxis department reflected on ABRX 0168285.

14.    As used herein, the term "Oncology Global Clinical Development & Medical Affairs" refers to the Abraxis department reflected on ABRX 0168282.

15.    As used herein, the term "Oncology Global Commercial Operations" refers to the Abraxis department reflected on ABRX 0168284.

16.    As used herein, the term "Drug Safety" refers to the Abraxis department reflected on ABRX 0168293.

17.    As used herein, the term "Oncology Sales - East" refers to the Abraxis department reflected on ABRX 0168288.

18.    As used herein, the term "Oncology Sales - West" refers to the Abraxis department reflected on ABRX 0168289.

19.    As used herein, the term "Oncology Sales - Training" refers to the Abraxis department reflected on ABRX 0168290.

20.    As used herein, the term "U.S. Sales and Marketing" refers to the Abraxis department reflected on ABRX 0168286.

21.    As used herein, the term "Research and Development" refers to the Abraxis department reflected on ABRX 0168276.

22.    As used herein, the term "Chemistry" refers to the Abraxis department reflected on ABRX 0168343.

23.    As used herein, the term "Nanotechnology" refers to the Abraxis department reflected on ABRX 0168355-56.

24.    As used herein, the term "Research Product Development" refers to the Abraxis department reflected on ABRX 0168382.

25.   As used herein, the term "Research Formulation Development" refers to the Abraxis department reflected on ABRX 0168383.

26.   As used herein, the term "Oncology Leadership" refers to the Abraxis department reflected on ABRX 0168281.

27.   As used herein, the term "Regulatory Affairs" refers to the Abraxis department reflected on ABRX 0168372 and ABRX 0168291.

## SUBJECT MATTER

1.   The current and historical corporate organizational structure of Abraxis.

2.   The identities of persons within Abraxis involved in the:

   a.   formulation development of Abraxane®;
   b.   development of Abraxane®'s manufacturing process;
   c.   development of Abraxane®'s marketing plans;
   d.   development of Abraxane®'s sales training manuals;
   e.   development of Abraxane®'s promotional materials;
   f.   purchase of scientific literature reprints about Abraxane® for distribution to physicans, pharmacists and/or other healthcare professionals;
   g.   dissemination of scientific literature reprints about Abraxane® to physicans, pharmacists and/or other healthcare professionals.

3.   The identity of all individuals asked to search for documents responsive to Elan's First and Second Sets of Requests for Production of Documents.

4.   The identities of all individuals whose files were searched for documents responsive to Elan's First and Second Sets of Requests for Production of Documents.

5.   The identifies of all individuals who provided documents responsive to Elan's First and Second Sets of Requests for Production of Documents.

6.   Identification of likely locations of documents relevant to the subject matter of this action.

7.   Identification of likely locations of documents responsive to Elan's First and Second Sets of Requests for Production of Documents.

8.   Identification of the personal and/or group network storage space, including any shared drives, hard drives, and/or network folders to be searched using the agreed electronic search terms/strings for each of the agreed e-custodians.

4

9.  Identification of electronic documents relevant to the subject matter of this action and not collected or searched using the agreed electronic search terms/strings for each of the agreed e-custodians.

10. The process used to identify documents responsive to Elan's First and Second Sets of Requests for Production created and/or stored electronically in the following Abraxis departments:

    a.    Oncology Proprietary Marketing Non-Sales;
    b.    Oncology Global Clinical Development & Medical Affairs;
    c.    Oncology Global Commercial Operations;
    d.    Drug Safety;
    e.    Oncology Sales - East;
    f.    Oncology Sales - West;
    g.    Oncology Sales - Training;
    h.    U.S. Sales and Marketing;
    i.    Research and Development;
    j.    Chemistry;
    k.    Nanotechnology;
    l.    Research Product Development;
    m.    Research Formulation Development;
    n.    Oncology Leadership;
    o.    Regulatory Affairs.

11. The process for tracking and responding to drug information requests made to the following Abraxis departments:

    a.    Oncology Global Clinical Development & Medical Affairs;
    b.    Oncology Sales - East;
    c.    Oncology Sales - West.

12. Abraxis's process for tracking call detail reports.