# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ELAN PHARMA INTERNATIONAL LIMITED, ) ) ) | |
| Plaintiff, ) ) | C.A. No. 06-438-GMS |
| v. ) ) | |
| ABRAXIS BIOSCIENCE, INC., ) ) | |
| Defendant. ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that on the 28th day of June, 2007, **PLAINTIFF ELAN PHARMA INTERNATIONAL LIMITED'S RESPONSES AND OBJECTIONS TO DEFENDANT ABRAXIS'S THIRD SET OF REQUESTS FOR PRODUCTION (No. 136)** was served upon the following counsel of record at the address and in the manner indicated:

Josy W. Ingersoll, Esquire                                    HAND DELIVERY
Young Conaway Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE  19801

Michael A. Jacobs, Esquire                                    VIA ELECTRONIC MAIL
Morrison & Foerster, LLP
425 Market Street
San Francisco, CA  94105-2482

Emily A. Evans, Esquire                                       VIA ELECTRONIC MAIL
Morrison & Foerster, LLP
755 Page Mill Road
Palo Alto, CA  94304-1018

Anders T. Aannestad, Esquire                                  VIA ELECTRONIC MAIL
Morrison & Foerster, LLP
12531 High Bluff Drive, Suite 100
San Diego, CA  92130

        ASHBY & GEDDES

        */s/ John G. Day*
        _____
        Steven J. Balick (I.D. #2114)
        John G. Day (I.D. #2403)
        Tiffany Geyer Lydon (I.D. #3950)
        Lauren E. Maguire (I.D. #4261)
        500 Delaware Avenue, 8th Floor
        P.O. Box 1150
        Wilmington, DE 19899
        (302) 654-1888

*Of Counsel:*    sbalick@ashby-geddes.com
        jday@ashby-geddes.com
Stephen Scheve    tlydon@ashby-geddes.com
Linda M. Glover    lmaguire@ashby-geddes.com
BAKER BOTTS LLP
One Shell Plaza    *Attorneys for Plaintiff*
910 Lousiana Street    *Elan Pharma International Limited*
Houston, TX 77042-4995
Telephone: (713) 229-1659

Paul F. Fehlner
BAKER BOTTS LLP
30 Rockefeller Plaza
New York, NY 10112-4498
Telephone: (212) 408-2527

William J. Sipio
1375 Brentwood Road
Yardley, PA 19067
Telephone: (215) 801-3625
Dated: June 28, 2007
175073.1

## CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of June, 2007, the attached **NOTICE OF SERVICE** was served upon the below-named counsel of record at the addresses and in the manner indicated:

| | |
|---|---|
| Josy W. Ingersoll, Esquire<br>Young, Conaway, Stargatt & Taylor<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE  19801 | HAND DELIVERY |
| Michael A. Jacobs, Esquire<br>Morrison & Foerster, LLP<br>425 Market Street<br>San Francisco, CA  94105-2482 | VIA ELECTRONIC MAIL |
| Emily A. Evans, Esquire<br>Morrison & Foerster, LLP<br>755 Page Mill Road<br>Palo Alto, CA  94304-1018 | VIA ELECTRONIC MAIL |
| Anders T. Aannestad, Esquire<br>Morrison & Foerster, LLP<br>12531 High Bluff Drive, Suite 100<br>San Diego, CA  92130 | VIA ELECTRONIC MAIL |

*/s/ John G. Day*
_____
John G. Day