IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ELAN PHARMA INTERNATIONAL LIMITED, | ) ) ) | |
| Plaintiff, | ) ) | C.A. No. 06-438-GMS |
| v. | ) ) | |
| ABRAXIS BIOSCIENCE, INC., | ) ) ) | |
| Defendant. | ) ) ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on June 29, 2007, true and correct copies of 1) Abraxis's Fourth Set of Interrogatories [Nos. 14-42]; 2) Abraxis's Fourth Set of Requests for Production (Nos. 137-145), and 3) Abraxis's Second Set of Requests for Admission [Nos. 6-36] were caused to be served upon the following counsel of record as indicated below:

**BY E-MAIL AND HAND DELIVERY**

Steven J. Balick, Esquire
ASHBY & GEDDES
500 Delaware Avenue
Wilmington, DE 19801
*sbalick@ashby-geddes.com*

**BY E-MAIL**

| | |
|---|---|
| Stephen Scheve, Esquire<br>BAKER BOTTS L.L.P.<br>One Shell Plaza<br>910 Louisiana Street<br>Houston, TX  77002-4995<br>*steve.scheve@bakerbotts.com* | Paul F. Fehlner<br>BAKER BOTTS L.L.P.<br>30 Rockefeller Plaza<br>New York, NY  10112-4498<br>*paul.fehlner@bakerbotts.com* |

William J. Sipio, Esquire
1375 Brentwood Road
Yardley, PA  19067
*sipz25@aol.cm*

PLEASE TAKE FURTHER NOTICE that on June 29, 2007, a true and correct copy of this Notice of Service was electronically filed with the Clerk of the Court using CM/ECF which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Steven J. Balick, Esquire
> ASHBY & GEDDES
> 500 Delaware Avenue
> Wilmington, DE 19801

Additionally, this Notice of Service was served by hand delivery on the above listed local counsel and on the following counsel in the manner indicated:

**BY E-MAIL**

Stephen Scheve, Esquire
BAKER BOTTS L.L.P.
One Shell Plaza
910 Louisiana Street
Houston, TX 77002-4995
steve.scheve@bakerbotts.com

William J. Sipio, Esquire
1375 Brentwood Road
Yardley, PA 19067
sipz25@aol.cm

Paul F. Fehlner
BAKER BOTTS L.L.P.
30 Rockefeller Plaza
New York, NY 10112-4498
paul.fehlner@bakerbotts.com

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ *Karen E. Keller*
Josy W. Ingersoll (No. 1088)
*jingersoll@ycst.com*
Elena C. Norman (No. 4780)
*enorman@ycst.com*
Karen E. Keller (No. 4489)
*kkeller@ycst.com*
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, DE 19801
302-571-6600

*Attorneys for Defendant*
*ABRAXIS BIOSCIENCE, INC.*

Dated: June 29, 2007