# YOUNG CONAWAY STARGATT & TAYLOR, LLP

BEN T. CASTLE
SHELDON N. SANDLER
RICHARD A. LEVINE
RICHARD A. ZAPPA
FREDERICK W. IOBST
RICHARD H. MORSE
DAVID C. MCBRIDE
JOSEPH M. NICHOLSON
CRAIG A. KARSNITZ
BARRY M. WILLOUGHBY
JOSY W. INGERSOLL
ANTHONY G. FLYNN
JEROME K. GROSSMAN
EUGENE A. DIPRINZIO
JAMES L. PATTON, JR.
ROBERT L. THOMAS
WILLIAM D. JOHNSTON
TIMOTHY J. SNYDER
BRUCE L. SILVERSTEIN
WILLIAM W. BOWSER
LARRY J. TARABICOS
RICHARD A. DILIBERTO, JR.
MELANIE K. SHARP
CASSANDRA F. ROBERTS
RICHARD J.A. POPPER
TERESA A. CHEEK
NEILLI MULLEN WALSH

JANET Z. CHARLTON
ROBERT S. BRADY
JOEL A. WAITE
BRENT C. SHAFFER
DANIEL P. JOHNSON
CRAIG D. GREAR
TIMOTHY JAY HOUSEAL
MARTIN S. LESSNER
PAULINE K. MORGAN
C. BARR FLINN
NATALIE WOLF
LISA B. GOODMAN
JOHN W. SHAW
JAMES P. HUGHES, JR.
EDWIN J. HARRON
MICHAEL R. NESTOR
MAUREEN D. LUKE
ROLIN P. BISSELL
SCOTT A. HOLT
JOHN T. DORSEY
M. BLAKE CLEARY
CHRISTIAN DOUGLAS WRIGHT
DANIELLE GIBBS
JOHN J. PASCHETTO
NORMAN M. POWELL
ELENA C. NORMAN

THE BRANDYWINE BUILDING
1000 WEST STREET, 17TH FLOOR
WILMINGTON, DELAWARE 19801

P.O. BOX 391
WILMINGTON, DELAWARE 19899-0391

(302) 571-6600
(800) 253-2234 (DE ONLY)
FAX: (302) 571-1253

110 WEST PINE STREET
P.O. BOX 594
GEORGETOWN, DELAWARE 19947
(302) 856-3571
(800) 255-2234 (DE ONLY)
FAX: (302) 856-9338

WWW.YOUNGCONAWAY.COM

DIRECT DIAL: (302) 571-6554
DIRECT FAX: (302) 576-3467
kkeller@ycst.com

JOSEPH M. BARRY
SEAN M. BEACH
SANJAY BHATNAGAR
DONALD J. BOWMAN, JR.
JEFFREY T. CASTELLANO
KARA HAMMOND COYLE
KRISTEN SALVATORE DEPALMA
MARGARET M. DIBIANCA
MARY F. DUGAN
ERIN EDWARDS
KENNETH J. ENOS
IAN S. FREDERICKS
JAMES J. GALLAGHER
SEAN T. GREECHER
STEPHANIE L. HANSEN
DAWN M. JONES
KAREN E. KELLER
JENNIFER M. KINKUS
EDWARD J. KOSMOWSKI
JOHN C. KUFFEL
KAREN LANTZ
TIMOTHY E. LENGKEEK
ANDREW A. LUNDGREN

MATTHEW B. LUNN
JOSEPH A. MALFITANO
ADRIA B. MARTINELLI
MICHAEL W. MCDERMOTT
TAMMY L. MERCER
MARIBETH L. MINELLA
EDMON L. MORTON
D. FON MUTTAMARA-WALKER
JENNIFER R. NOEL
ADAM W. POFF
SETH J. REIDENBERG
SARA BETH A. REYBURN
CHERYL A. SANTANIELLO
  (NJ & PA ONLY)
MICHELE SHERRETTA
MONTÉ T. SQUIRE
MICHAEL P. STAFFORD
CHAD S.C. STOVER
JOHN E. TRACEY
TRAVIS N. TURNER
MARGARET B. WHITEMAN
SHARON M. ZIEG

SPECIAL COUNSEL
JOHN D. MCLAUGHLIN, JR.
KAREN L. PASCALE
PATRICIA A. WIDDOSS

SENIOR COUNSEL
CURTIS J. CROWTHER

OF COUNSEL
BRUCE M. STARGATT
STUART B. YOUNG
EDWARD B. MAXWELL, 2ND

July 9, 2007

**BY CM/ECF**

The Honorable Gregory M. Sleet
United States District Court for the District of Delaware
844 North King Street
Wilmington, DE 19801

Re:    <u>Elan Pharma Int'l Ltd. v. Abraxis Bioscience, Inc. – C.A. No. 06-438-GMS</u>

Dear Judge Sleet:

  Defendant Abraxis Bioscience, Inc. respectfully requests that the court hold a fourth discovery conference. In addition to the issues raised in our letter of May 29, 2007, Abraxis requests a conference to address: (1) issuance of a protective order to prevent further harassment of Abraxis witnesses and counsel during depositions as well as improper coaching of witnesses and speaking objections; (2) the sufficiency of plaintiff Elan Pharma International Limited's document responses and document production; (3) Elan's failure to set forth the basis for its infringement and invalidity contentions in its interrogatory responses; (4) Elan's disclosure of Abraxis's restricted confidential information, and (5) Elan's objections to one of Abraxis's proposed experts. In addition, Abraxis seeks a protective order in connection with the deposition of Dr. Michael Hawkins, an Abraxis employee, which was suspended by Abraxis as a result of extensive, harassing questioning by Elan into irrelevant subject matter.

  Good cause exists because the parties have noticed more than 10 depositions for the remainder of July, and Elan has been using a substantial portion of its deposition time questioning witnesses on subjects that have nothing to do with the issues in the case, and has engaged in harassment of counsel and improperly interfered with Abraxis' questioning during depositions. Moreover, although fact discovery will close at the end of July, Elan continues to refuse to explain how Abraxis infringes the patents-in-suit, explain why it believes the patents

YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Honorable Gregory M. Sleet
July 9, 2007
Page 2

are valid or produce relevant documents. In addition, Elan's objection to Abraxis's expert is hindering Abraxis's ability to develop its defenses and conduct discovery.

Respectfully submitted,

Elena C. Norman  (#4780)

ECN:mcm

cc:   Clerk of Court (by CM/ECF)
      John G. Day, Esq. (by CM/ECF and hand delivery)
      Steven J. Balick, Esq. (by CM/ECF and hand delivery)
      Tiffany Geyer Lydon, Esq. (by CM/ECF and hand delivery)
      Stephen Scheve, Esq. (by electronic mail)
      Paul F. Fehlner, Esq. (by electronic mail)
      William J. Sipio, Esq. (by electronic mail)
      Emily A. Evans, Esq. (by electronic mail)
      Diana B. Kruze, Esq. (by electronic mail)