IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ELAN PHARMA INTERNATIONAL LIMITED,<br><br>        Plaintiff,<br><br>v.<br><br>ABRAXIS BIOSCIENCE, INC.,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)  C.A. No. 06-438-GMS<br>)<br>)  **REDACTED –**<br>)  **PUBLIC VERSION**<br>)<br>)<br>) |

**NOTICE OF SUBPOENAS**

TO:   PLAINTIFF ELAN PHARMA INTERNATIONAL LIMITED
       AND ITS ATTORNEYS OF RECORD

       PLEASE TAKE NOTICE that pursuant to Rule 45 of the Federal Rules of Civil Procedure, Defendant Abraxis BioScience, Inc. is serving copies of the subpoenas attached hereto on the named entities.

       YOUNG CONAWAY STARGATT & TAYLOR, LLP

       /S/ Josy W. Ingersoll
       Josy W. Ingersoll (No. 1088)
       *jingersoll@ycst.com*
       Elena C. Norman (No. 4780)
       *enorman@ycst.com*
       Karen E. Keller (No. 4489)
       *kkeller@ycst.com*
       The Brandywine Building, 17th Floor
       1000 West Street
       Wilmington, DE 19801
       302-571-6600
       *Attorneys for Defendant*
       *ABRAXIS BIOSCIENCE, INC.*

OF COUNSEL:

Michael A. Jacobs
MORRISON & FOERSTER, LLP
425 Market Street
San Francisco, CA 94105-2482
(415) 268-7000   Telephone
(415) 268-7522   Facsimile
MJacobs@mofo.com

Emily A. Evans
MORRISON & FOERSTER, LLP
755 Page Mill Road
Palo Alto, CA 94304-1018
(650) 813-5600   Telephone
(650) 494-0792   Facsimile
EEvans@mofo.com


Dated:   June 28, 2007

## CERTIFICATE OF SERVICE

I, Josy W. Ingersoll, Esquire, hereby certify that on July 9, 2007, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Steven J. Balick, Esquire
> ASHBY & GEDDES
> 500 Delaware Avenue, 8th Floor
> Wilmington, DE 19801

I further certify that on July 9, 2007, I caused a true and correct copy of the foregoing document to be served by e-mail on the above-listed counsel of record and on the following non-registered participants in the manner indicated:

### BY E-MAIL

> Linda Glover, Esquire
> Stephen Scheve, Esquire
> BAKER BOTTS L.L.P.
> One Shell Plaza
> 910 Louisiana Street
> Houston, TX 77002-4995
> steve.scheve@bakerbotts.com
>
> Paul F. Fehlner, Esquire
> BAKER BOTTS L.L.P.
> 30 Rockefeller Plaza
> New York, NY 10112-4498
> paul.fehlner@bakerbotts.com

William J. Sipio, Esquire
1375 Brentwood Road
Yardley, PA  19067
sipz25@aol.cm

                YOUNG CONAWAY STARGATT
                  & TAYLOR, LLP


            /s/ Josy W. Ingersoll
            Josy W. Ingersoll (No. 1088)
            jingersoll@ycst.com
            Elena C. Norman (No. 4780)
            enorman@ycst.com
            Karen E. Keller (No. 4489)
            kkeller@ycst.com
            The Brandywine Building
            1000 West Street, 17th Floor
            Wilmington, Delaware  19899
            (302) 571-6600

            Attorneys for Defendant
            ABRAXIS BIOSCIENCE, INC.

# EXHIBIT A
# REDACTED IN ITS ENTIRETY