IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ELAN PHARMA INTERNATIONAL LIMITED,   )<br>)<br>)     C.A. No. 06-438-GMS<br>Plaintiff,   )<br>)<br>v.   )<br>)<br>ABRAXIS BIOSCIENCE, INC.,   )<br>)<br>Defendant.   ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that on the 17th day of July, 2007, a **NOTICE OF SUBPOENA OF THE UNIVERSTIY OF IOWA** was served upon the following counsel of record at the address and in the manner indicated:

Josy W. Ingersoll, Esquire                                         <u>HAND DELIVERY</u>
Young Conaway Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE  19801

Michael A. Jacobs, Esquire                                      <u>VIA ELECTRONIC MAIL</u>
Morrison & Foerster, LLP
425 Market Street
San Francisco, CA  94105-2482

Emily A. Evans, Esquire                                            <u>VIA ELECTRONIC MAIL</u>
Morrison & Foerster, LLP
755 Page Mill Road
Palo Alto, CA  94304-1018

Anders T. Aannestad, Esquire                                 <u>VIA ELECTRONIC MAIL</u>
Morrison & Foerster, LLP
12531 High Bluff Drive, Suite 100
San Diego, CA  92130

ASHBY & GEDDES

/s/ *Lauren E. Maguire*
_____
Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Tiffany Geyer Lydon (I.D. #3950)
Lauren E. Maguire (I.D. #4261)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com
tlydon@ashby-geddes.com
lmaguire@ashby-geddes.com

*Attorneys for Plaintiff*
*Elan Pharma International Limited*

*Of Counsel:*

Stephen Scheve
Linda M. Glover
BAKER BOTTS LLP
One Shell Plaza
910 Lousiana Street
Houston, TX 77042-4995
Telephone: (713) 229-1659

Paul F. Fehlner
Lisa Chiarini
BAKER BOTTS LLP
30 Rockefeller Plaza
New York, NY 10112-4498
Telephone: (212) 408-2527

William J. Sipio
1375 Brentwood Road
Yardley, PA 19067
Telephone: (215) 801-3625

Dated: July 17, 2007
175073.1