**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| ELAN PHARMA INTERNATIONAL LIMITED, | ) | |
| | ) | C.A. No. 06-438-GMS |
| Plaintiff, | ) | |
| v. | ) | |
| ABRAXIS BIOSCIENCE, INC., | ) | |
| Defendant. | ) | |

**NOTICE OF SERVICE**

The undersigned hereby certifies that on the 19th day of July, 2007, a **NOTICE OF SUBPOENA OF GARY L. MESSING** was served upon the following counsel of record at the address and in the manner indicated:

Josy W. Ingersoll, Esquire
Young Conaway Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

HAND DELIVERY

Michael A. Jacobs, Esquire
Morrison & Foerster, LLP
425 Market Street
San Francisco, CA 94105-2482

VIA ELECTRONIC MAIL

Emily A. Evans, Esquire
Morrison & Foerster, LLP
755 Page Mill Road
Palo Alto, CA 94304-1018

VIA ELECTRONIC MAIL

Anders T. Aannestad, Esquire
Morrison & Foerster, LLP
12531 High Bluff Drive, Suite 100
San Diego, CA 92130

VIA ELECTRONIC MAIL

ASHBY & GEDDES

*/s/ Lauren E. Maguire*

Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Tiffany Geyer Lydon (I.D. #3950)
Lauren E. Maguire (I.D. #4261)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com
tlydon@ashby-geddes.com
lmaguire@ashby-geddes.com

*Attorneys for Plaintiff*
*Elan Pharma International Limited*

*Of Counsel:*

Stephen Scheve
Linda M. Glover
BAKER BOTTS LLP
One Shell Plaza
910 Lousiana Street
Houston, TX 77042-4995
Telephone: (713) 229-1659

Paul F. Fehlner
Lisa Chiarini
BAKER BOTTS LLP
30 Rockefeller Plaza
New York, NY 10112-4498
Telephone: (212) 408-2527

William J. Sipio
1375 Brentwood Road
Yardley, PA 19067
Telephone: (215) 801-3625

Dated: July 19, 2007

175073.1