# ASHBY & GEDDES

ATTORNEYS AND COUNSELLORS AT LAW

500 DELAWARE AVENUE

P. O. BOX 1150

WILMINGTON, DELAWARE 19899

TELEPHONE
302-654-1888

FACSIMILE
302-654-2067

July 23, 2007

The Honorable Gregory M. Sleet
United States District Court
844 N. King Street
Wilmington, DE 19801

VIA ELECTRONIC FILING

Re:   *Elan Pharma International, Ltd. v. Abraxis Bioscience, Inc.*
      C.A. No. 06-438-GMS

Dear Judge Sleet:

I enclose for the Court's convenience highlighted copies of four additional dictionary definitions that plaintiff Elan Pharma International, Ltd. intends to rely upon during tomorrow's *Markman* hearing in the above matter.

Respectfully,

/s/ *John G. Day*

John G. Day

JGD/nml
182512.1

cc:   Clerk of the Court (via electronic filing)
      Josy W. Ingersoll, Esquire (via electronic mail)
      William J. Sipio, Esquire (via electronic mail)
      Steven Scheve, Esquire (via electronic mail)
      Paul F. Fehlner, Esquire (via electronic mail)
      Michael A. Jacobs, Esquire (via electronic mail)
      Emily A. Evans, Esquire (via electronic mail)


Q
123
.M34
1989

# McGraw-Hill DICTIONARY OF SCIENTIFIC AND TECHNICAL TERMS

## Fourth Edition



**Sybil P. Parker**
EDITOR IN CHIEF

**McGRAW-HILL BOOK COMPANY**

New York
St. Louis
San Francisco

Auckland    Bogotá
Caracas     Colorado Springs
Hamburg     Lisbon
London      Madrid
Mexico      Milan
Montreal    New Delhi
Oklahoma City  Panama
Paris       San Juan
São Paulo   Singapore
Sydney      Tokyo
Toronto

BAKER BOTTS LLP

FEB 24 2004

HOUSTON LIBRARY

BAKER BOTTS LLP

On the cover: Pattern produced from white light by a computer-generated diffraction plate containing 529 square apertures arranged in a 23 × 23 array. (R. B. Hoover, Marshall Space Flight Center)

On the title pages: Aerial photograph of the Sinai Peninsula made by Gemini spacecraft. (NASA)

Included in this Dictionary are definitions which have been published previously in the following works: P. B. Jordain, *Condensed Computer Encyclopedia*, Copyright © 1969 by McGraw-Hill, Inc. All rights reserved. J. Markus, *Electronics and Nucleonics Dictionary*, 4th ed., Copyright © 1960, 1966, 1978 by McGraw-Hill, Inc. All rights reserved. J. Quick, *Artists' and Illustrators' Encyclopedia*, Copyright © 1969 by McGraw-Hill, Inc. All rights reserved. *Blakiston's Gould Medical Dictionary*, 3d ed., Copyright © 1956, 1972 by McGraw-Hill, Inc. All rights reserved. T. Baumeister and L. S. Marks, eds., *Standard Handbook for Mechanical Engineers*, 7th ed., Copyright © 1958, 1967 by McGraw-Hill, Inc. All rights reserved.

In addition, material has been drawn from the following references: R. E. Huschke, *Glossary of Meteorology*, American Meteorological Society, 1959; *U.S. Air Force Glossary of Standardized Terms*, AF Manual 11-1, vol. 1, 1972; *Communications-Electronics Terminology*, AF Manual 11-1, vol. 3, 1970; W. H. Allen, ed., *Dictionary of Technical Terms for Aerospace Use*, 1st ed., National Aeronautics and Space Administration, 1965; J. M. Gilliland, *Solar-Terrestrial Physics: A Glossary of Terms and Abbreviations*, Royal Aircraft Establishment Technical Report 67158, 1967; *Glossary of Air Traffic Control Terms*, Federal Aviation Agency; *A Glossary of Range Terminology*, White Sands Missile Range, New Mexico, National Bureau of Standards, AD 467-424; *A DOD Glossary of Mapping, Charting and Geodetic Terms*, 1st ed., Department of Defense, 1967; P. W. Thrush, comp. and ed., *A Dictionary of Mining, Mineral, and Related Terms*, Bureau of Mines, 1968; *Nuclear Terms: A Glossary*, 2d ed., Atomic Energy Commission; F. Casey, ed., *Compilation of Terms in Information Sciences Technology*, Federal Council for Science and Technology, 1970; *Glossary of Stinfo Terminology*, Office of Aerospace Research, U.S. Air Force, 1963; *Naval Dictionary of Electronic, Technical, and Imperative Terms*, Bureau of Naval Personnel, 1962; *ADP Glossary*, Department of the Navy, NAVSO P-3097.

**McGRAW-HILL DICTIONARY OF SCIENTIFIC AND TECHNICAL TERMS,**
**Fourth Edition**

Copyright © 1989, 1984, 1978, 1976, 1974 by McGraw-Hill, Inc. All rights reserved. Printed in the United States of America. Except as permitted under the United States Copyright Act of 1976, no part of this publication may be reproduced or distributed in any form or by any means, or stored in a data base or retrieval system, without the prior written permission of the publisher.

234567890    DOW/DOW    895432109

ISBN 0-07-045270-9

Library of Congress Cataloging-in-Publication Data

McGraw-Hill dictionary of scientific and technical terms.

  1. Science—Dictionaries.    2. Technology—Dictionaries.
I. Parker, Sybil P.
Q123.M34        1989        503'/21        88-13490
ISBN 0-07-045270-9

For more information about other McGraw-Hill materials, call 1-800-2-MCGRAW in the United States. In other countries, call your nearest McGraw-Hill office.

Case 1:06-cv-00438-GMS    Document 207    Filed 07/23/2007    Page 4 of 9

cortex. Abbreviated ACTH. Also known as adrenotropic hormone. { ə¦drēn·ō′kȯrd·ə·kō′träp·ik ′hȯr‚mōn }
**adrenogenital syndrome** [MED] A group of symptoms associated with hypersecretion of adrenal cortex hormones; effects vary with sex and time of development. { ə¦drēn·ō′jen·ə·təl ′sin‚drōm }
**adrenotropic** [PHYSIO] Of or pertaining to an effect on the adrenal cortex. { ə¦drēn·ə′träp·ik }
**adrenotropic hormone** See adrenocorticotropic hormone. { ə¦drēn·ə′träp·ik ′hȯr‚mōn }
**adret** [ECOL] The sunny (usually south) face of a mountain featuring high timber and snow lines. { ′ad·rət }
**ADSEL** See Mode S.
**adsorbate** [CHEM] A solid, liquid, or gas which is adsorbed as molecules, atoms, or ions by such substances as charcoal, silica, metals, water, and mercury. { ad′sȯr‚bāt }
**adsorbent** [CHEM] A solid or liquid that adsorbs other substances; for example, charcoal, silica, metals, water, and mercury. { ad′sȯr·bənt }
**adsorption** [CHEM] The surface retention of solid, liquid, or gas molecules, atoms, or ions by a solid or liquid, as opposed to absorption, the penetration of substances into the bulk of the solid or liquid. { ad′sȯrp·shən }
**adsorption chromatography** [ANALY CHEM] Separation of a chemical mixture (gas or liquid) by passing it over an adsorbent bed which adsorbs different compounds at different rates. { ad′sȯrp·shən ‚krō·mə′tä·grə·fē }
**adsorption gasoline** [MATER] Gasoline extracted from natural gas or refinery gas. { ad′sȯrp·shən ‚gas·ə′lēn }
**adsorption indicator** [ANALY CHEM] An indicator used in solutions to detect slight excess of a substance or ion; precipitate becomes colored when the indicator is adsorbed. An example is fluorescein. { ad′sȯrp·shən ‚in·də‚kād·ər }
**adsorption isobar** [PHYS CHEM] A graph showing how adsorption varies with some parameter, such as temperature, while holding pressure constant. { ad′sȯrp·shən ′ī·sō‚bär }
**adsorption isotherm** [PHYS CHEM] The relationship between the gas pressure $p$ and the amount $w$, in grams, of a gas or vapor taken up per gram of solid at a constant temperature. { ad′sȯrp·shən ′ī·sō‚thərm }
**adsorption system** [MECH ENG] A device that dehumidifies air by bringing it into contact with a solid adsorbing substance. { ad′sȯrp·shən ‚sis·təm }
**ADT** See abstract data type.
**adularescence** [OPTICS] A certain type of white or bluish light seen in a gemstone (usually adularia) as it is turned. { ‚aj·ə·lə′res·əns }
**adularia** [MINERAL] A weakly triclinic form of the mineral orthoclase occurring in transparent, colorless to milky-white pseudo-orthorhombic crystals. { ‚aj·ə′la·rē·ə }
**adularization** [GEOL] Replacement by or introduction of the mineral adularia. { ə‚jül·ə·rə′zā·shən }
**adult rickets** See osteomalacia. { ə′dəlt′rik·əts }
**ad valorem tax** [PETRO ENG] Property tax for oil-producing properties, assessed at a flat rate for each net barrel of oil produced. { ‚ad və′lȯr·əm ′taks }
**advance** [GEOL] 1. A continuing movement of a shoreline toward the sea. 2. A net movement over a specified period of time of a shoreline toward the sea. [HYD] The forward movement of a glacier. [MECH ENG] To effect the earlier occurrence of an event, for example, spark advance or injection advance. [NAV] 1. In making a turn, the distance a vessel moves in its initial direction from the point where the rudder is started over until the heading has changed 90°. 2. The distance a vessel moves in the initial direction for heading changes of less than 90°. { əd′vans }
**advanced** [EVOL] Denoting a later stage within a lineage that demonstrates evolutionary progression. { əd′vanst }
**advanced aluminide** [MET] An alloy with the base composition $Ni_3Al$ that retains the properties of the ordered lattice even when the alloy deviates significantly from the base composition. { əd′vanst ə′lüm·ə‚nīd }
**advanced battery** [ELEC] A large battery storage system designed to harness solar or wind energy or to store excess electricity during low-demand periods for use during higher-demand periods. { əd′vanst ′bad·ə·rē }
**advanced-design array radar** [ORD] A radar system that uses two antennas and a data-processing center to locate and identify enemy intercontinental ballistic missiles. Abbreviated ADAR. { əd′vanst də‚zīn ə′rā ′rā‚där }
**advanced gallery** [MIN ENG] A small heading driven in advance of the main tunnel in tunnel excavation. { əd′vanst ′gal·rē }
**advanced gas-cooled reactor** [NUCLEO] A power-generating nuclear reactor which has steel-clad uranium dioxide fuel elements and is cooled by carbon dioxide gas. { əd′vanst ′gas ‚küld rē′ak·tər }
**advanced line of position** [NAV] A line of position which has been moved forward along the course line to allow for the run since the line was established; the opposite of a retired line of position. { əd′vanst ′līn əv pə′zish·ən }
**advanced potential** [ELECTROMAG] Any electromagnetic potential arising as a solution of the classical Maxwell field equations, analogous to a retarded potential solution, but lying on the future light cone of space-time; the potential appears, at present, to have no physical interpretation. { əd′vanst pə′ten·chəl }
**advanced signal-processing system** [COMPUT SCI] A portable data-processing system for military use; its complete configuration may consist of the analyzer unit, a postprocessing unit (for data-processing and control tasks), and an advanced signal-processing display unit. Also known as Proteus. { əd′vanst ′sig·nəl ′präs·əs·iŋ ‚sis·təm }
**advance feed tape** [COMPUT SCI] Computer tape punched so that the leading edges of its feed holes will line up with the leading edges of the data holes in the tape usage device. { əd′vans ′fēd ‚tāp }
**advance of the perihelion** [ASTRON] The slow rotation of the major axis of a planet's orbit in the direction of the planet's revolution, due to gravitational infractions with other planets and other effects such as those of general relativity. { əd′vans əv thə ‚per·ə′hēl·yən }
**advance overburden** [MIN ENG] Overburden in excess of the average overburden-to-ore ratio that must be removed in opencut mining. { əd′vans ′ō·vər‚bərd·ən }
**advance signal** [CIV ENG] A signal in a block system up to which a train may proceed within a block that is not completely cleared. { əd′vans ′sig·nəl }
**advance slope grouting** [ENG] A grouting technique in which the front of the mass of grout is forced to move horizontally through preplaced aggregate. { əd′vans ′slōp ′graud·iŋ }
**advance slope method** [ENG] A method of concrete placement in which the face of the fresh concrete, which is not vertical, moves forward as the concrete is placed. { əd′vans ′slōp ‚meth·əd }
**advance stripping** [MIN ENG] The removal of barren or subore-grade earthy or rock materials to expose the minable grade of ore. { əd′vans ′strip·iŋ }
**advance wave** [MIN ENG] The air-pressure wave preceding the flame in a coal dust explosion. { əd′vans ‚wāv }
**advancing** [MIN ENG] Mining outward from the shaft toward the boundary. { əd′vans·iŋ }
**advancing fire** See assault fire. { əd′vans·iŋ ‚fīr }
**advancing longwall** [MIN ENG] Mining coal outward from the shaft pillar, with roadways maintained through the worked-out portion of the mine. { əd′vans·iŋ ′lȯŋ‚wȯl }
**advection** [METEOROL] The process of transport of an atmospheric property solely by the mass motion of the atmosphere. [OCEANOGR] The process of transport of water, or of an aqueous property, solely by the mass motion of the oceans, most typically via horizontal currents. { ‚ad′vek·shən }
**advectional inversion** [METEOROL] An inverted temperature gradient in the air resulting from a horizontal inflow of colder air into an area. { ‚ad′vek·shən·əl in′vər·zhən }
**advection fog** [METEOROL] A type of fog caused by the horizontal movement of moist air over a cold surface and the consequent cooling of that air to below its dew point. { ‚ad′vek·shən ‚fäg }
**advective hypothesis** [METEOROL] The assumption that local temperature changes are the result only of horizontal or isobaric advection. { ‚ad′vek·shən hī′päth·ə·səs }
**advective model** [METEOROL] A mathematical or dynamic model of fluid flow which is characterized by the advective hypothesis. { ‚ad′vek·tiv ′mäd·əl }
**advective thunderstorm** [METEOROL] A thunderstorm resulting from static instability produced by advection of relatively colder air at high levels or relatively warmer air at low



A typical adsorption isobar; $w/m$ is weight of material adsorbed per unit weight of adsorbent, and $T$ is absolute temperature.



A typical adsorption isotherm; $w/m$ is weight of material adsorbed per weight of adsorbent, and $p$ is pressure.

dicular or oblique to the axis of another fold. Also known as subsequent fold; superimposed fold; transverse fold. { 'krȯs ‚fōld }

**crossfoot** [COMPUT SCI] To add numbers in several different ways in a computer, for checking purposes. { 'krȯs‚fu̇t }

**cross furring ceiling** [BUILD] A ceiling in which furring members are attached perpendicular to the main runners or other structural members. { 'krȯs ‚fər·iŋ ‚sēl·iŋ }

**cross gateway** See cross heading. { 'krȯs 'gāt‚wā }

**cross hair** [ENG] An inscribed line or a strand of hair, wire, silk, or the like used in an optical sight, transit, or similar instrument for accurate sighting. { 'krȯs ‚her }

**crosshatch generator** [ELECTR] A signal generator that generates a crosshatch pattern for adjusting color television receiver circuits. { 'krȯs‚hach ‚jen·ə‚rād·ər }

**crosshaul** [MECH ENG] A device for loading objects onto vehicles, consisting of a chain that is hooked on opposite sides of a vehicle, looped under the object, and connected to a power source and that rolls the object onto the vehicle. { 'krȯs‚hȯl }

**crosshead** [MECH ENG] A block sliding between guides and containing a wrist pin for the conversion of reciprocating to rotary motion, as in an engine or compressor. [MET] A device generally employed in wire coating which is attached to the discharge end of the extruder cylinder; designed to facilitate extruding material at an angle. [MIN ENG] A runner or guide positioned just above a sinking bucket to restrict excessive swinging. { 'krȯs‚hed }

**cross heading** [MIN ENG] Mine passage driven for ventilation from the airway to the gangway, or from one breast through the pillar to the adjoining working. Also known as cross gateway; cross hole; headway. { 'krȯs ‚hed·iŋ }

**cross hole** See cross heading. { 'krȯs ‚hōl }

**crossing angle** [NAV] The angle at which two lines of position intersect. Also known as angle of cut. { 'krȯs·iŋ ‚aŋ·gəl }

**crossing over** [GEN] The exchange of genetic material between paired homologous chromosomes during meiosis. Also known as crossover. { ‚krȯs·iŋ 'ō·vər }

**crossing plates** [CIV ENG] Plates placed between a crossing and the ties to support the crossing and protect the ties. { 'krȯs·iŋ ‚plāts }

**crossing symmetry** [PARTIC PHYS] The amplitude for a process that involves creation of a particle with four-momentum $P_\mu$ is equal to the amplitude for a process which is the same except it involves destruction of the antiparticle with four-momentum $-P_\mu$. { 'krȯs·iŋ ‚sim·ə·trē }

**cross joint** [GEOL] A fracture in igneous rock perpendicular to the lineation caused by flow magma. Also known as transverse joint. { 'krȯs ‚jȯint }

**cross-lamination** See cross-bedding. { 'krȯs lam·ə'nā·shən }

**cross-level** [ENG] To level at an angle perpendicular to the principal line of sight. { 'krȯs ‚lev·əl }

**crossline screen** [GRAPHICS] In halftone photography, a grid that has opaque lines intersecting at right angles, forming transparent squares (screen apertures). Also known as a glass screen. { 'krȯs‚līn ‚skrēn }

**cross-linking** [ORG CHEM] The setting up of chemical links between the molecular chains of polymers. { 'krȯs ‚liŋk·iŋ }

**cross-magnetizing effect** [ELECTROMAG] The distortion in the flux-density distribution in the air gap of an electric rotating machine caused by armature reaction. { 'krȯs 'mag·nə‚tīz·iŋ i'fekt }

**crossmarks** [GRAPHICS] Register marks used for the exact positioning of images in step-and-repeat, double, or multicolor printing; also used for superimposing overlays onto a base or onto each other. { 'krȯs‚märks }

**cross matching** [IMMUNOL] Determination of blood compatibility for transfusion by mixing donor cells with recipient serum, and recipient cells with donor serum, and examining for an agglutination reaction. { 'krȯs ‚mach·iŋ }

**cross modulation** [COMMUN] A type of interference in which the carrier of a desired signal becomes modulated by the program of an undesired signal on a different carrier frequency; the program of the undesired station is then heard in the background of the desired program. { 'krȯs ‚mäj·ə'lā·shən }

**cross multiplication** [MATH] Multiplication of the numerator of each of two fractions by the denominator of the other, as when eliminating fractions from an equation. { ‚krȯs ‚məl·tə·plə'kā·shən }

**cross-neutralization** [ELECTR] Method of neutralization used in push-pull amplifiers, whereby a portion of the plate-cathode alternating-current voltage of each vacuum tube is applied to the grid-cathode circuit of the other vacuum tube through a neutralizing capacitor. { 'krȯs ‚nü·trə·lə'zā·shən }

**cross office switching time** [COMMUN] Time required to connect any input through the switching center to any selected output. { 'krȯs ‚ȯf·əs 'swich·iŋ ‚tīm }

**Crossopterygii** [PALEON] A subclass of the class Osteichthyes comprising the extinct lobefins or choanate fishes and represented by one extant species; distinguished by two separate dorsal fins. { krä‚sä p·tə'rij·ē‚ī }

**Crossosomataceae** [BOT] A monogeneric family of xerophytic shrubs in the order Dilleniales characterized by perigynous flowers, seeds with thin endosperm, and small, entire leaves. { ‚krä·sə‚sō·mə'tās·ē‚ē }

**crossover** [CIV ENG] An S-shaped section of railroad track joining two parallel tracks. [ELEC] A point at which two conductors cross, with appropriate insulation between them to prevent contact. [ENG] The portion of a draw works' drum containing grooves for angle control so the wire rope can cross over to begin a new wrap. [GEN] See crossing over. { 'krȯs‚ō·vər }

**crossover distortion** [ELECTR] Amplitude distortion in a class B transistor power amplifier which occurs at low values of current, when input impedance becomes appreciable compared with driver impedance. { 'krȯs‚ō·vər dis'tȯr·shən }

**crossover experiment** [MED] An experiment or clinical investigation in which subjects are divided randomly into at least as many groups as there are kinds of treatment to be given, and then the groups are interchanged until every subject has received each treatment. { 'krȯs‚ō·vər ik'sper·ə·mənt }

**crossover flange** [ENG] Intermediate pipe flange used to connect flanges of different working pressures. { 'krȯs‚ō·vər ‚flanj }

**crossover frequency** [ENG ACOUS] **1.** The frequency at which a dividing network delivers equal power to the upper and lower frequency channels when both are terminated in specified loads. **2.** See transition frequency. { 'krȯs‚ō·vər ‚frē·kwən·sē }

**crossover joint** [PETRO ENG] A casing length with different threads at either end to permit a change from one thread to another in a casing string. { 'krȯs‚ō·vər ‚jȯint }

**crossover length** [MATH] A length characteristic of a fractal network such that at scales which are small compared with this length the fractal nature of the structure is manifest in its dynamics, whereas at scales which are large compared with this length the dynamics resemble those of a crystalline structure. { 'krȯs‚ō·vər ‚leŋkth }

**crossover network** [ENG ACOUS] A selective network used to divide the audio-frequency output of an amplifier into two or more bands of frequencies. Also known as dividing network; loudspeaker dividing network. { 'krȯs‚ō·vər ‚net‚wərk }

**crossover spiral** See lead-over groove. { 'krȯs‚ō·vər ‚spī·rəl }

**crossover voltage** [ELECTR] In a cathode-ray storage tube, the voltage of a secondary writing surface, with respect to cathode voltage, on which the secondary emission is unity. { 'krȯs‚ō·vər ‚vōl·tij }

**cross-peen hammer** [ENG] A hammer with a wedge-shaped surface at one end of the head. { 'krȯs ‚pēn 'ham·ər }

**cross-pointer indicator** [NAV] A flight instrument having two needles which cross in the center when the aircraft is on course; the vertical needle indicates the position of the aircraft with respect to the localizer course, and the horizontal needle serves a similar purpose for the glide slope of an instrument landing system. { 'krȯs ‚pȯint·ər ‚in·də‚kād·ər }

**cross-polarization** [ELECTROMAG] The component of the electric field vector normal to the desired polarization component. { 'krȯs ‚pō·lə·rə'zā·shən }

**cross-pollination** [BOT] Transfer of pollen from the anthers of one plant to the stigmata of another plant. { 'krȯs ‚pä·lə‚nā·shən }

**cross product** [MATH] An anticommutative multiplication on the vectors of euclidean three-dimensional space. Also known as vector product. { 'krȯs ‚präd·əkt }

**cross-reaction** [IMMUNOL] Reaction between an antibody and a closely related, but not complementary, antigen. { 'krȯs rē'ak·shən }

**cross-referencing program** [COMPUT SCI] A computer pro-

**Collins miner** [MIN ENG] A type of remote-controlled continuous miner for thin-seam extraction. { 'käl·ənz ,mīn·ər }

**collision** [PHYS] An interaction resulting from the close approach of two or more bodies, particles, or systems of particles, and confined to a relatively short time interval during which the motion of at least one of the particles or systems changes abruptly. { kə'lizh·ən }

**collision-avoidance radar** [ENG] Radar equipment utilized in a collision-avoidance system. { kə'lizh·ən ə'vȯid·əns ,rā,där }

**collision-avoidance system** [ENG] Electronic devices and equipment used by a pilot to perform the functions of conflict detection and avoidance. { kə'lizh·ən ə'vȯid·əns ,sis·təm }

**collision bearing** [NAV] A constant bearing maintained while the distance between two craft is decreasing. { kə'lizh·ən ,ber·iŋ }

**collision blasting** [ENG] The blasting out of different sections of rocks against each other. { kə'lizh·ən ,blast·iŋ }

**collision broadening** See collision line-broadening. { kə'lizh·ən ,brȯd·ən·iŋ }

**collision bulkhead** [NAV ARCH] A watertight partition in a ship, perpendicular to the fore and aft centerline of the ship, usually near the bow, for keeping out water in the event of a collision. { kə'lizh·ən ,bəlk,hed }

**collision course** [NAV] A course which if followed will bring two craft together. { kə'lizh·ən ,kȯrs }

**collision-course homing** [ORD] Homing in which an offset antenna is used on the missile in conjunction with built-in computers that anticipate the motion of the target and direct the missile ahead of the present position of the target on a converging course that gives a collision in minimum missile travel time. { kə'lizh·ən ,kȯrs 'hōm·iŋ }

**collision cross section** See cross section. { kə'lizh·ən 'krȯs ,sek·shən }

**collision detection** [COMPUT SCI] A procedure in which a computer network senses a situation where two computer devices attempt to access the network at the same time and blocks the messages, requiring each device to resubmit its message at a randomly selected time. { kə'lizh·ən di,tek·shən }

**collision efficiency** [METEOROL] The fraction of all water drops which, initially moving on a collision course with respect to other drops, actually collide (make surface contact) with the other drops. { kə'lizh·ən i'fish·ən·sē }

**collision excitation** [ATOM PHYS] The excitation of a gas by collisions of moving charged particles. { kə'lizh·ən ,ek,sī'tā·shən }

**collision frequency** [PHYS] The average number of collisions undergone by a particle traveling through a material, such as an electron traveling through a gas, in a unit time. { kə'lizh·ən 'frē·kwən·sē }

**collision ionization** [ATOM PHYS] The ionization of atoms or molecules of a gas or vapor by collision with other particles. { kə'lizh·ən ,ī·ə·nə'zā·shən }

**collisionless Boltzmann equation** See Vlasov equation. { kə'lizh·ən·ləs 'bȯlts,män i'kwā·zhən }

**collision line-broadening** [SPECT] Spreading of a spectral line due to interruption of the radiation process when the radiator collides with another particle. Also known as collision broadening. { kə'lizh·ən 'līn ,brȯd·ən·iŋ }

**collision matrix** See scattering matrix. { kə'lizh·ən ,mā,triks }

**collision of the first kind** [PHYS] An inelastic collision in which some of the kinetic energy of translational motion is converted to internal energy of the colliding systems. Also known as endoergic collision. { kə'lizh·ən əv thə 'fərst ,kīnd }

**collision of the second kind** [PHYS] An inelastic collision in which some of the internal energy of the colliding systems is converted to kinetic energy of translation. Also known as exoergic collision. { kə'lizh·ən əv thə 'sek·ənd ,kīnd }

**collision parameter** [AERO ENG] In orbit computation, the distance between a center of attraction of a central force field and the extension of the velocity vector of a moving object at a great distance from the center. { kə'lizh·ən pə'ram·əd·ər }

**collision radiative recombination** [ATOM PHYS] The capture of an electron by an ion in a gas, accompanied by the emission of one or more photons. { kə'lizh·ən ,rād·ē·ād·iv ,rē·käm·bə'nā·shən }

**collision theory** [PHYS CHEM] Theory of chemical reaction stating that the rate of product formation is equal to the number of reactant-molecule collisions multiplied by a factor that corrects for low-energy-level collisions. [QUANT MECH] Theory to describe collisions of simple or complex particles, the derivation of collision cross sections from postulated interactions and the study of properties of collision amplitudes which follow from invariance principles such as conservation of probability and time-reversal invariance. { kə'lizh·ən ,thē·ə·rē }

**colloblast** [INV ZOO] An adhesive cell on the tentacles of ctenophores. { 'käl·ə,blast }

**collodion** [ORG CHEM] Cellulose nitrate, deposited from a solution of 60% ether and 40% alcohol, used for making fibers and film and in membranes for dialysis. { kə'lōd·ē·ən }

**collodion cotton** See pyroxylin. { kə'lōd·ē·ən ,kät·ən }

**collodion replication** [ANALY CHEM] Production of a faithful collodion-film mold of a specimen surface (for example, powders, bones, microorganisms, crystals) which is sufficiently thin to be studied by electron microscopy. [GRAPHICS] A process of image formation utilizing a negative that is a glass plate coated with a collodion containing iodides. { kə'lōd·ē·ən rep·lə'kā·shən }

**colloform** [GEOL] Pertaining to the rounded, globular texture of mineral formed by colloidal precipitation. { 'käl·ə,fȯrm }

**colloid** [CHEM] The phase of a colloidal system made up of particles having dimensions of 10–10,000 angstroms (1–1000 nanometers) and which is dispersed in a different phase. { 'käl,ȯid }

**colloidal crystal** [CHEM] A periodic array of suspended colloidal particles that can arise spontaneously in a monodisperse colloidal system under appropriate conditions. { kə'lȯid·əl 'krist·əl }

**colloidal dispersion** See colloidal system. { kə'lȯid·əl dis'pər·zhən }

**colloidal fuel** See coal-in-oil suspension. { kə'lȯid·əl ,fyül }

**colloidal graphite** [MATER] Extremely fine flakes of graphite suspended in water, petroleum oil, castor oil, glycerin, or other liquids; used to provide conductive shields on the inside or outside surfaces of electron tubes. { kə'lȯid·əl 'gra,fīt }

**colloidal instability** [METEOROL] A property attributed to clouds, by which the particles of the cloud tend to aggregate into masses large enough to precipitate. { kə'lȯid·əl in·stə,bil·əd·ē }

**colloidal osmotic pressure** See oncotic pressure. { kə'lȯid·əl äz'mäd·ik ,presh·ər }

**colloidal silver** [MATER] Finely divided particles of silver, sometimes used on terminals of electronic components to give a larger surface area for connections. { kə'lȯid·əl 'sil·vər }

**colloidal suspension** See colloidal system. { kə'lȯid·əl səs'pen·shən }

**colloidal system** [CHEM] An intimate mixture of two substances, one of which, called the dispersed phase (or colloid), is uniformly distributed in a finely divided state through the second substance, called the dispersion medium (or dispersing medium); the dispersion medium or dispersed phase may be a gas, liquid, or solid. Also known as colloidal dispersion; colloidal suspension. { kə'lȯid·əl 'sis·təm }

**colloid chemistry** [PHYS CHEM] The scientific study of matter whose size is approximately 10 to 10,000 angstroms (1 to 1000 nanometers), and which exists as a suspension in a continuous medium, especially a liquid, solid, or gaseous substance. { 'käl,ȯid 'kem·ə·strē }

**colloider** [CIV ENG] A device that removes colloids from sewage. { kə'lȯid·ər }

**colloid goiter** [MED] A soft, diffuse enlargement of the thyroid gland in which colloid fills the acinar spaces. { 'käl,ȯid 'gȯid·ər }

**colloid mill** [MECH ENG] A grinding mill for the making of very fine dispersions of liquids or solids by breaking down particles in an emulsion or paste. { 'käl,ȯid ,mil }

**collophane** [MINERAL] A massive, cryptocrystalline, carbonate-containing variety of apatite and a principal source of phosphates for fertilizers. Also known as collophanite. { 'käl·ə,fān }

**collophanite** See collophane. { kə'läf·ə,nīt }

**Collothecacea** [INV ZOO] A monofamilial suborder of mostly sessile rotifers in the order Monogonata; many species are encased in gelatinous tubes. { ,käl·ə·thə'kās·ē·ə }

**Collothecidae** [INV ZOO] The single family of the Collothecacea. { ,käl·ə'thes·ə,dē }

**collotype** See photogelatin process. { 'käl·ə,tīp }

**colluvium** [GEOL] Loose, incoherent deposits at the foot of



COLLOTHECIDAE

*Collotheca* species.

# Webster's Third New International Dictionary

## OF THE ENGLISH LANGUAGE
## UNABRIDGED

*A Merriam-Webster*
REG. U.S. PAT. OFF.

*Utilizing all the experience and resources of more than one hundred years of Merriam-Webster® dictionaries*

EDITOR IN CHIEF
PHILIP BABCOCK GOVE, Ph.D.
AND
THE MERRIAM-WEBSTER
EDITORIAL STAFF



MERRIAM-WEBSTER INC., *Publishers*

SPRINGFIELD, MASSACHUSETTS, U.S.A.

COPYRIGHT © 1981 BY MERRIAM-WEBSTER INC.

PHILIPPINES COPYRIGHT 1981 BY MERRIAM-WEBSTER INC.

WEBSTER'S THIRD NEW INTERNATIONAL DICTIONARY
PRINCIPAL COPYRIGHT 1961

Library of Congress Cataloging in Publication Data
Main entry under title:

Webster's third new international dictionary of
   the English language, unabridged.

Includes index.
   1. English language—Dictionaries. I. Gove,
Philip Babcock, 1902–1972. II. G. & C. Merriam Company.
PE1625.W36    1981    423    81-16878
ISBN 0-87779-201-1 (blue Sturdite)
ISBN 0-87779-206-2 (imperial buckram)    AACR2

All rights reserved. No part of this work covered by the copyrights hereon may be reproduced or copied in any form or by any means—graphic, electronic, or mechanical, including photocopying, recording, taping, or information storage and retrieval systems—without written permission of the publisher.

MADE IN THE UNITED STATES OF AMERICA
3738KP8584

tell me he's a regular *Pharaoh* —John Cheever⟩ ⟨that tough old *Pharaoh* of a captain —*Theatre Arts*⟩  **2** [trans. of F *pharaon* or It *faraone*] *archaic* : FARO
**pharaoh ant** or **pharaoh's ant** *n, often cap P* : a little red ant (*Monomorium pharaonis*) that is a common household pest
**pharaoh's chicken** or **pharaoh's hen** *n, usu cap P* : EGYPTIAN VULTURE
**pharaoh's fig** *n, usu cap P* : SYCAMORE 1
**pharaoh's mouse** or **pharaoh's rat** *n, usu cap P* : the common ichneumon of Egypt and adjacent regions
**pharaoh's serpent** or **pharaoh's serpents** or **pharaoh's serpents' eggs** *n, usu cap P* : a firework consisting of pelleted mercury thiocyanate that on burning expands greatly to yield a porous serpentine ash
**phar·a·on·ic** \ˌferəˈänik, ˌfa(a)r-, ˌfär-, -rē-\ *adj, usu cap* [F *pharaonique*, fr. *pharaon* pharaoh, fr. LL *Pharaon-, Pharao*] : of, relating to, or characteristic of a pharaoh or the pharaohs
**phare** \ˈfa(ə)r, ˈfe(ə)r, -e, fer\ *n* [F, fr. L *pharus*, fr. Gk *pharos* — more at PHAROS] : PHAROS ⟨afternoons I walk to the ~ —Archibald MacLeish⟩ ⟨a lightship, or some —William Beebe⟩
**pha·re·o·dus** \ˌfaˈrēədəs\ *n, cap* [NL, prob. fr. Gk *phare-, pharos* cloth, mantle + NL *-odus* —more at BRAT] : a genus of fossil fishes (family Osteoglossidae) widely distributed in Eocene formations
¹**phar·e·trone** \ˈfarəˌtrōn\ *adj* [NL *Pharetrones*] : of or relating to the Pharetrones
²**pharetrone** \"\ *n -s* : a sponge of the group Pharetrones
**phar·e·tro·nes** \ˌferəˈtrō(ˌ)nēz\ *n pl, cap* [NL, fr. Gk *pharetra* quiver, fr. *pherein* to bear + *-tra*, suffix denoting instrument — more at BEAR] : a group of sponges (class Calcispongiae) that are thick-walled and have the spicules united in a rigid network — **phar·e·tro·nid** \ˌferəˈtrōnəd\ *adj*
¹**phar·i·an** \ˈfa(a)rēən\ *adj, usu cap* [L *pharius*, fr. Gk *pharios*, fr. *Pharos* Egyptian island) + E *-an*] **1** : of or relating to the peninsula or ancient island of Pharos  **2** *archaic* : EGYPTIAN 1
²**pharian** \"\ *n -s cap, archaic* : EGYPTIAN 1
**phar·i·sa·ic** \ˌferəˈsāik, -ēk *also* -fer-\ *adj* [LL *pharisaicus*, fr. LGk *pharisaikos*, fr. Gk *pharisaios* Pharisee + *-ikos* -ic] **1** *usu cap* : of or relating to the Pharisees  **2** *sometimes cap* : PHARISAICAL ⟨the ~ voice of a society wholly absorbed in barricading itself against the unpleasant —Edith Wharton⟩
**phar·i·sa·i·cal** \-kəl, -ēk-\ *adj, sometimes cap* [LL *pharisaicus* + E *-al*] : resembling the Pharisees esp. in strictness of doctrine and in rigid observance of forms and ceremonies : making an outward show of piety and morality but lacking the inward spirit : censorious of others' morals or practices : FORMAL, SANCTIMONIOUS, SELF-RIGHTEOUS, HYPOCRITICAL ⟨censure of any sort is apt to sound ~, I suppose —P.A.Hope Wallace⟩ ⟨in this process of reeducation we should be — if we did not include ourselves —Llewellyn Woodward⟩ — **phar·i·sa·i·cal·ly** \-ək(ə)lē, -ēk-, -ĭk-, -li\ *adv* — **phar·i·sa·i·cal·ness** \-əklnēs, -ēkl-\ *n -es*
**phar·i·sa·ism** \ˈferəsəˌizəm\ *n -s* [NL *pharisaismus*, fr. Gk *pharisaios* Pharisee + L *-ismus* -ism] **1** *usu cap* : the doctrines or practices of the Pharisees (the path of withdrawal, separation, and dedication, which is the path of *Pharasaism* —Maurice Samuel⟩  **2** *often cap* : pharisaical character, spirit, or attitude : SELF-RIGHTEOUSNESS, SANCTIMONIOUSNESS, HYPOCRISY ⟨~, stupidity, and despotism reign not in merchants' houses and prisons alone —J.T.Farrell⟩
**phar·i·se·an** \ˌferəˈsēən\ *adj, usu cap* [LL *pharisaeus* Pharisee + E *-an*] : PHARISAIC 1
**phar·i·see** \ˈferəˌsē *also* ˈfer- or -sē or -si\ *n -S* [ME *pharise*, fr. OE *farise*, fr. LL *pharisaeus*, fr. Gk *pharisaios*, fr. Aram *perishayyā*, pl. of *perīsh*, lit., separated; akin to Heb *pārūsh* separated, distinct] **1** *usu cap* : a member of a school or party among the ancient Jews who were noted for strict and formal observance of rites and ceremonies of the written law and for insistence on the validity of the traditions of the elders, who differed from the Sadducees in traditionalism and in their teachings concerning the immortality of the soul, the resurrection of the body, future retribution, and a coming Messiah, and whose interpretation provided the standard of observance and belief for the great majority of Jews from the 1st century A.D.  **2** *often cap* : a pharisaical person
**phar·i·see·ism** \ˌferəsēˌizəm\ *n -s usu cap* [*pharisee* + *-ism*] : PHARISAISM
**phar·ma·cal** \ˈfärməkəl, ˈfäm-, -mēk-\ *adj* [Gk *pharmakon* drug + E *-al* — more at PHARMACY] : PHARMACEUTICAL
**phar·ma·ceu·tic** \ˌmōˌsüd-ĭk, -üt-\ *adj or n* [LL *pharmaceuticus*, fr. Gk *pharmakeutikos*, fr. (assumed) *pharmakeutos* (verbal of *pharmakeuein* to administer drugs, fr. *pharmakon* drug) + *-ikos* -ic] : PHARMACEUTICAL
¹**phar·ma·ceu·ti·cal** \-əkəl, -ēk-\ *adj* [LL *pharmaceuticus* + E *-al*] : of or relating to pharmacy or pharmacists — **phar·ma·ceu·ti·cal·ly** \-ək(ə)lē, -ēk-, -li\ *adv*
²**pharmaceutical** \"\ *n -s* : a pharmaceutical preparation : medicinal drug
**pharmaceutical chemist** *n* **1** *Brit* : DRUGGIST  **2** : one engaged in research in medicinal chemicals or in the production thereof
**phar·ma·ceu·tics** \ˌmōˌsüd-ĭks, -üt-iks, -ēks\ *n pl but sing in constr* [*pharmaceutic* + *-s*] : the science of preparing, using, or dispensing medicines : PHARMACY
**phar·ma·ceu·tist** \ˌmōˌsüd-ōst, -üt-\ *n -s* [*pharmaceutic* + *-ist*] : PHARMACIST
**pharmacies** *pl of* PHARMACY
**phar·ma·cist** \ˈfärməsəst, ˈfäm-\ *n* [*pharmacy* + *-ist*] : one skilled in pharmacy : one engaged in the practice of pharmacy — compare APOTHECARY, DRUGGIST
**phar·ma·co-** \in pronunciations below, ˌfärməˌkō or ˌfäm(ˌ)kō- or -kə\ *comb form* [Gk *pharmako-*, fr. *pharmakon* — more at PHARMACY] : medicine : drug ⟨*pharmacomania*⟩ ⟨*pharmacophobia*⟩ ⟨*pharmacotherapy*⟩
**phar·ma·co·dy·nam·ic** \ˌ"+\ *adj* [*pharmacodynamics*] : of, relating to, or used in pharmacodynamics ⟨responses of the autonomic nervous system to various ~ substances —*Psychosomatic Medicine*⟩ — **phar·ma·co·dy·nam·i·cal·ly** \ˌ"+\ *adv*
**phar·ma·co·dy·nam·ics** \ˌ"+\ *n pl but sing in constr* [*pharmaco-* + Gk *dynamis* power (fr. *dynasthai* to be able) + E *-ics*] : a branch of pharmacology dealing with the reactions between drugs and living structures; *specif* : the experimental study of the action and fate of drugs in the animal organism ⟨the ~ of magnesium sulfate⟩ ⟨the ~ of streptomycin in man⟩
**phar·ma·cog·no·sist** \ˌfärməˈkägnəsəst, ˌfäm-\ *n -s* [*pharmacognosy* + *-ist*] : a specialist in pharmacognosy
**phar·ma·cog·nos·tic** \ˌ"+\ *also* **phar·ma·cog·nos·ti·cal** \ˌkägˈnästikəl, -tēk-\ *adj* [ISV *pharmaco-* + *-gnostic*] : of or relating to pharmacognosy
**phar·ma·cog·no·sy** \ˌˈkägnəsē, -si\ *also* **phar·ma·cog·no·sia** \ˌˈkägˈnōzh(ē)ə\ *n, pl* **pharmacognosies** *or* **pharmacognosias** [*pharmacognosy*, ISV *pharmaco-* + *-gnosy*; *pharmacognosias*, NL, fr. *pharmaco-* + *-gnosia*] : a science dealing with the composition, production, use, and history of drugs of plant and animal origin — compare PHARMACOLOGY
**phar·ma·co·lite** \ˈfärˌmakəˌlīt, ˈfäm-; ˈmakəˌ-\ *n -s* [G *pharmakolith*, fr. *pharmako-* pharmaco- + *-lith* -lite] : a monoclinic mineral CaH(AsO₄)·2H₂O that is a hydrous acid calcium arsenate occurring in silky fibers of a white or grayish color (hardness 2–2.5, sp. gr. 2.64–2.73)
**phar·ma·co·log·i·cal** \ˌ"+\ *or* **phar·ma·co·log·ic** \ˌ"+\ *adj* : of, relating to, or determined by pharmacology ⟨~ action⟩ ⟨~ methods⟩ — **phar·ma·co·log·i·cal·ly** \ˌ"+\ *adv*
**phar·ma·col·o·gist** \ˌfärməˈkäləjəst, ˌfäm-\ *n -s* : a specialist in pharmacology
**phar·ma·col·o·gy** \ˌˈkäləjē, -ji\ *also* **phar·ma·co·lo·gia** \ˌˈkäləˈlōj(ē)ə\ *n -es* [NL, fr. *pharmaco-* + *-logia* -logy]

**phar·ma·co·pe·dic** \ˌ"ˌpēdik, -dēk\ *adj* : of or relating to pharmacopedics or to pharmacopedics
**phar·ma·co·pe·dics** \ˌ"ˌdiks, -dēks\ *n pl but sing in constr* [NL *pharmacopedia* + E *-ics*] : the scientific study of drugs and medicinal preparations
**phar·ma·co·poe·ia** *also* **phar·ma·co·pe·ia** \ˌpē(y)ə\ *n -s* [NL, fr. LGk *pharmakopoiia* preparation of drugs, fr. Gk *pharmakopoios* preparing drugs (fr. *pharmako-* pharmaco- + *-poios* making, fr. *poiein* to make) + *-ia* -y — more at POET] **1** : a book containing a selected list of drugs, chemicals, and medicinal preparations with descriptions of them, tests for their identity, purity, and strength, and formulas for making the preparations; *esp* : one issued by official authority and recognized as a standard  **2** : a collection or stock of drugs
**phar·ma·co·poe·ial** \ˌˈpē(y)əl\ *adj* : of or relating to a pharmacopoeia : according to the pharmacopoeia
**phar·ma·co·poe·ist** \ˌˈpēəst\ *n -s* : a compiler of a pharmacopoeia
**phar·ma·cop·o·list** \ˌfärməˈkäpəlöst, ˌfäm-\ *n -s* [L *pharmacopola* seller of drugs (fr. Gk *pharmakopōlēs*, fr. *pharmako-* + *-pōlēs* seller, fr. *pōlein* to sell) + E *-ist* — more at MONOPOLY] *archaic* : one who sells drugs : APOTHECARY
**phar·ma·co·sid·er·ite** \ˌˈsidəˌrīt\ *n -s* [G *pharmakosiderit*, fr. *pharmako-* pharmaco- + *-siderit* siderite] : a mineral Fe₃(AsO₄)₂(OH)₃·5H₂O consisting of a hydrous basic iron arsenate commonly occurring in green or yellowish green cubic crystals (hardness 2.5, sp. gr. 2.9–3)
**phar·ma·co·ther·a·peu·tic** \ˌ"+\ *or* **phar·ma·co·ther·a·peu·ti·cal** \ˌ"+\ *adj* : of or relating to the use or value of drugs in the treatment of disease
**phar·ma·co·ther·a·peu·tics** \ˌ"+\ *n pl but sing or pl in constr* [*pharmaco-* + *therapeutics*] : the therapeutic aspect of pharmacology
**phar·ma·co·ther·a·py** \ˌ"+\ *n* [ISV *pharmaco-* + *therapy*] : the treatment of disease with drugs
**phar·ma·cy** \ˈfärməsē, ˈfäm-, -si\ *n -es* [ME *farmacie*, fr. MF *farmacie*, fr. LL *pharmacia*, fr. Gk *pharmakeia*, fr. *pharmakon* drug, medicine, poison, magic potion, charm; akin to Lith *burti* to practice divination or magic] **1** : the administering of drugs : treatment by drugs  **2** : the art or practice of preparing, preserving, compounding, and dispensing drugs, of discovering new drugs through research, and of synthesizing organic compounds of therapeutic value  **3** : a place where medicines are compounded or dispensed ⟨a hospital ~⟩; *broadly* : DRUGSTORE 1 — compare DISPENSARY 1, PHARMACOPOEIA 2 ⟨never traveled without a complete family ~ —Edith Wharton⟩
**phar·ma·kos** \ˈfärməˌkäs\ *n, pl* **phar·ma·koi** \ˌkȯi\ [Gk, prob. irreg. fr. *pharmakon* medicine, charm + *-ikos* -ic] : a person often already condemned to death sacrificed in ancient Greece as a means of purification or atonement for a city or community
**phar·mic** \ˈfärmik, ˈfäm-, -mēk\ *adj* [*pharmacy* + *-ic*] : relating to drugs or pharmacy
**pha·ro** *fig* \ˈfa(ə)(ˌ)rō, ˈfe, fä\-\ *n, usu cap P* [alter. of *pharaoh's fig*] : SYCAMORE 1
**phar·o·mach·rus** \ˌfärəˈmakrəs\ *n, cap* [NL, fr. Gk *pharos* cloth, mantle + *makros* long — more at BRAT, MEAGER] : a genus of trogons consisting of the quetzal and related birds
**pha·ros** \ˈfa(ə)ˌräs, ˈfa(a)r-\ *n -es* [Gk, fr. *Pharos*, island in the bay of Alexandria, Egypt, famous for its lighthouse] **1** : a lighthouse or beacon to guide seamen  **2 a** : a conspicuous light; *specif* : a ship's lantern  **b** : CANDELABRUM
**phar·yng-** or **pharyngo-** *comb form* [Gk, fr. *pharyng-, pharynx*] **1** : pharynx ⟨*pharyngalgia*⟩ ⟨*pharyngitis*⟩  **2** : pharyngeal and ⟨*pharyngonasal*⟩
**pha·ryn·gal** \fəˈringəl\ *adj or n* [NL *pharyng-, pharynx* + E *-al*] : PHARYNGEAL
¹**pha·ryn·ge·al** \fəˈrinj(ē)əl, ˌfarənˈjēəl\ *adj* [NL *pharyngeus* pharyngeal (fr. *pharyng-, pharynx* pharynx) + E *-al*] : relating to or found in the region of the pharynx  **2** *of a sound* : formed with the base of the tongue near the back of the pharynx and with the pharynx walls strongly constricted
²**pharyngeal** \"\ *n* **1** : a pharyngeal part (as a bone)  **2** : a pharyngeal sound
**pharyngeal aponeurosis** *n* : the middle or fibrous coat of the walls of the pharynx
**pharyngeal arch** *n* : BRANCHIAL ARCH
**pharyngeal basket** *n* : a circle of trichites that reinforces and stiffens the gullet of various predaceous ciliates
**pharyngeal bone** *n* : one of the bones of the pharynx of a fish — compare HYPOPHARYNGEAL, PHARYNGOBRANCHIAL
**pharyngeal bursa** *n* : a crypt in the pharyngeal tonsil thought to represent the communication that exists during fetal life between the pharynx and the hypophysis
**pharyngeal cleft** *or* **pharyngeal slit** *n* : VISCERAL CLEFT
**pharyngeal gland** *n* : a gland in the pharynx of an insect; *esp* : one of those that produce royal jelly in the honeybee
**pha·ryn·ge·al·iza·tion** \fəˌrinj(ē)ələˈzāshən, ˌfarənˌjē-, -ˌlī-, -əz-\ *also* **pha·ryn·gal·iza·tion** \fəˌringələˈzāshən, -ˌlī-, -əz-\ *n -s* : the action of pharyngealizing or the state of being pharyngealized
**pha·ryn·ge·al·ize** \fəˈrinj(ē)əˌlīz, ˌfarənˈjē-\ *also* **pha·ryn·gal·ize** \fəˈringəˌlīz, ˌvb -ED/-ING/-S [*pharyngeal, pharyngal* + *-ize*] *vt* : to produce (a sound) by strong constriction of the pharynx — *vi* : to acquire or to be regularly accompanied by strong constriction of the pharynx
**pharyngeal membrane** *n* : STOMODAEUM
**pharyngeal plexus** *n* **1** : a plexus formed by branches of the glossopharyngeal, vagus, and sympathetic nerves supplying the muscles and mucous membrane of the pharynx and adjoining parts  **2** : either of a pair of small venous plexuses at the side of and behind the pharynx
**pharyngeal pouch** *n* : any of a series of outpocketings of ectoderm on either side of the pharynx that meet the corresponding visceral furrows and give rise to the visceral clefts of the vertebrate embryo
**pharyngeal tonsil** *n* : a mass of lymphoid tissue at the back of the pharynx between the eustachian tubes that is usu. best developed in young children, is commonly atrophied in the adult, and is markedly subject to hypertrophy and adenoid formation esp. in children
**pharyngeal tooth** *n* : one of the teeth developed on the pharyngeal bones and esp. on the hypopharyngeals in many fishes
**pharynges** *pl of* PHARYNX
**phar·yn·gis·mus** \ˌferənˈjizməs, -ēn-\ *n, pl* **pharyngis·mi** \-ˌmī\ [NL, fr. *pharyng-* + L *-ismus* -ism] : spasm of the pharynx
**pha·ryn·gi·tis** \ˌferənˈjīd·əs, -ēn-\ *also* **fer-** \+\ *n, pl* **pharyn·git·i·des** \-ˌjid·ə)ˌdēz, -jīt-\ [NL, fr. *pharyng-* + *-itis*] : inflammation of the pharynx
**pha·ryn·go·bdel·lae** \fəˌringəbˈdelˌē\ *n pl* [NL, fr. *pharyngo-* + *bdellae* (fr. Gk *bdella* leech)] *syn of* PHARYNGOBDELLIDA
**phar·yn·gob·del·i·da** \ˌferinˌgäbˈdelədə\ *n pl, fr. *pharyng-* + *bdell-* + *-ida*] : an order or other division of Hirudinea sometimes regarded as a subdivision of Gnathobdellida comprising leeches lacking both proboscis and jaws
¹**pha·ryn·go·bran·chi·al** \fəˌringgəˈbraŋkēəl\ *adj* [*pharyngo-* + *-branchial* (fr. L *branchia* gill) — more at BRANCHIAL] **1** : of or constituting the dorsal bony arches in the branchial arches of fishes that in teleosts form four pairs two or more of which may be provided with teeth opposed to those of the hypopharyngeals
²**pharyngobranchial** \"\ *n -s* : a pharyngobranchial element; *esp* : one of the pharyngobranchial bones of a teleost fish — called also *superior pharyngeal, upper pharyngeal*

**pharyngeal bones** are united and which are now usu. placed in Percoidea — **phar·yn·gog·na·thous** \ˌferəŋˈgägnəthəs\ *adj*
**pha·ryn·go·log·i·cal** \fəˌriŋgəˈläjikəl\ *adj* : of or relating to pharyngology
**phar·yn·gol·o·gy** \ˌferəŋˈgäləjē, -ji *also* fer- \ *n -es* [*pharyng-* + *-logy*] : a branch of medical science treating of the pharynx and its diseases
**pha·ryn·go·pal·a·tine arch** \fəˌringəˈpaləˌtīn- + -\ *n* [NL *pharyngopalatinus*] : either of the posterior pillars of the fauces; *also* : the arch formed by both
**pha·ryn·go·pal·a·ti·nus** \fəˌriŋgəˌpaləˈtīnəs\ *n, pl* **pharyn·go·pal·a·ti·ni** \-ˌnī\ [NL, fr. *pharyng-* + *palatinus* palatine] : one of the longitudinal muscles of the pharynx arising from the soft palate and inserting into the thyroid cartilage
**pha·ryn·go·scope** \fəˈringəˌskōp\ *n* [*pharyng-* + *-scope*] : an instrument for inspecting the pharynx
**phar·ynx** \ˈfariŋ(k)s, ˈferiŋ-\ *n* *also* *substand* ˈfärinks or -fān- or -nēks\ *n, pl* **pha·ryn·ges** \fəˈrin(ˌ)jēz\ *also* **pharynxes** [NL *pharyng-, pharynx*, fr. Gk, throat, pharynx; akin to ON *barki* throat, windpipe, L *frumen* larynx, throat, Gk *pharanx* gully, chasm, L *forare* to bore — more at BORE] **1 a** : the part of the alimentary canal between the cavity of the mouth and the esophagus that is in man a conical musculo-membranous tube about four and a half inches long, continuous above with the mouth and nasal passages, communicating through the eustachian tubes with the ears, and extending downward past the opening into the larynx to the lower border of the cricoid cartilage where it is continuous with the esophagus  **b** : the corresponding part of the alimentary canal in which the gills of water-breathing vertebrates are lodged  **2** : a differentiated part of the alimentary canal in many invertebrates that is commonly thickened and muscular and in some worms eversible and toothed or adapted as a suctorial organ
**phas·al** \ˈfāzəl\ *adj* [²*phase* + *-al*] : PHASIC
**phas·co·gale** \ˌfaˈskägə(ˌ)lē\ *n, cap* [NL, irreg. fr. Gk *phaskōlos* pouch + *galē* weasel — more at GALEA] : a genus of small ratlike chiefly arboreal polyprotodont marsupials comprising the broad-footed pouched mice of Australia
**phas·co·larc·tos** \ˌfaskōˈlärktəs\ *n, cap* [NL, fr. Gk *phaskōlos* pouch + *arktos* bear — more at ARCTIC] : a genus comprising the koala and formerly regarded as the type of a distinct family but now usu. referred to the Phalangeridae
**phas·co·lo·mi·dae** \ˌfaskōˈläməˌdē\ *n pl* [NL, fr. *Phascolomis*, type genus + *-idae*] : a family of stockily built partially fossorial Australian marsupials that comprise the wombats and related extinct forms and have strong five-toed forefeet with digging claws and a very short tail
**phas·co·lo·mis** \ˌfaskōˈlōməs\ *n, cap* [NL, irreg. fr. Gk *phaskōlos* pouch + NL *-mys*] : a genus (the type of the family Phascolomidae) comprising the common Australian wombats
**phas·co·lo·my·i·dae** \ˌfaskōləˈmīəˌdē\ *n pl, fr. Phascolomys, +, -idae* *syn of* PHASCOLOMIDAE
**phas·co·lo·mys** \ˌfaskōˈläməs\ *n* [NL, fr. Gk *phaskōlos* pouch + NL *-mys*] *syn of* PHASCOLOMIS
**phas·co·lo·nus** \ˌfaskōˈlōnəs\ *n, cap* [NL, fr. Gk *phaskōlos* pouch + *onos* ass — more at ASS] : a genus of Pleistocene Australian diprotodont marsupials related to the wombats and as large as tapirs
**phas·co·lo·so·ma** \ˌfaskōləˈsōmə\ *n, cap* [NL, fr. Gk *phaskōlos* + NL *-soma*] : a cosmopolitan genus of sipunculid worms
**phas·cum** \ˈfaskəm\ *n, cap* [NL, fr. Gk *phaskon* tuft of moss] : a small genus of terrestrial cleistocarpous mosses having costate leaves covering subglobose or ovate-oblong capsules and included in the Tortulaceae or made type of a separate family
¹**phase** \ˈfāz\ *n -S usu cap* [LL, fr. Gk *phasech, phasek*, fr. Heb *pesah* — more at PASCH] : PASSOVER — so translated in the Douay Version of the Bible
²**phase** \"\ *n -s* [NL *phasis*, fr. Gk, appearance of a star, phase of the moon, fr. *phainein* to show — more at FANCY] **1** *astron* : a particular appearance or state in a regularly recurring cycle of changes with respect to quantity of illumination or form of illuminated disk (as of a planet, the moon)  **2 a** : a stage or interval in a development or cycle : a subdivision of an activity or operation on the basis of time, place, or accomplishment ⟨the assembly ~ of production —*advt*⟩ ⟨the way children develop and the different ~s they go through —Dorothy Barclay⟩ ⟨the final ~ of a war⟩ ⟨addition of a left-turn ~ to the . . . intersection traffic light —*Amarillo (Texas) Sunday News-Globe*⟩  **b** : an aspect or part (as of a situation or activity) being subjected to consideration ⟨the moral ~ of the problem —John Dewey⟩ ⟨engaged in several ~s of transportation in the course of his career —*Current Blog.*⟩ ⟨monographs which take up special ~s of life within the localities —C.L.Jones⟩  **3** : the point or stage in a period in uniform circular motion, simple harmonic motion, or the periodic changes of any magnitude varying according to a simple harmonic law (as sound vibrations, alternating currents, or electric oscillations) to which the rotation, oscillation, or variation has advanced considered in its relation to a standard position or assumed instant of starting and expressed in angular measure with one cycle or period being 360 degrees  **4 a** : a homogeneous, physically distinct, and mechanically separable portion of matter that is present in a nonhomogeneous physical-chemical system and that may be either a single compound or a mixture — compare STATE 2a ⟨water exists in the solid ~ as ice, in the liquid ~ as water, and in the gaseous ~ as water vapor or steam⟩  **b** : a part of a soil unit or type varying slightly from the normal in the characteristics used in its classification  **5** : an individual or subgroup distinguishably different in appearance or behavior from the norm of the group to which it belongs ⟨the gregaria ~ of a grasshopper⟩; *also* : the distinguishing peculiarity ⟨the silver ~ of the red fox⟩ ⟨an avirulent ~ of *Brucella abortus*⟩ — compare COLOR PHASE  **6** : a unit of classification in the Midwestern system for American archaeology constituting a group of aspects having in common a significant number of those features determinative of type — see PATTERN; compare COMPONENT, FOCUS
**syn** ASPECT, SIDE, FACET, ANGLE: PHASE may apply to a manifestation of change or to a stage in growth or development ⟨the *phases* of the moon⟩ ⟨the red fox shows various color *phases*⟩ ⟨another war, he explained recently, would be likely to start with an opening *phase* of unparalleled intensity —A.P.Ryan⟩ ⟨felt that one *phase* of his poetic development was completed —Douglas Cleverdon⟩ ASPECT may also suggest an appearance showing a change or stage, sometimes a minor or superficial one; it is frequently used to indicate changes in the observer's point of view or specific compartmentation of his notions ⟨the lower *aspect* of the basin of the Tweed takes on a kindly *aspect* of ploughed land, grass fields —L.D.Stamp⟩ ⟨from a certain *aspect* it is acceptable for the artist to ignore his public —Huntington Hartford⟩ ⟨only the military side of European defense is well covered, leaving the economic *aspects* for a later article —S.B.Fay⟩ SIDE in this sense may be interchangeable with PHASE and ASPECT but is likely to suggest more forcefully the existence of an opposed or tangential point of view ⟨I have shown you only one *side*, or rather one phase, of her —Edith Wharton⟩ ⟨asked to be allowed to tell his own *side* of the story⟩ ⟨the history as a whole is deficient on the economic *side* —Allen Johnson⟩ FACET implies a multiplicity of other faces or sides comparable to the one singled out for attention ⟨the *facets* of a cut diamond⟩ ⟨his talk revealed every *facet* of his glittering, bizarre personality, his wit, his scholarship, his quick, penetrating intellect, his interest in the use of