# ASHBY & GEDDES

ATTORNEYS AND COUNSELLORS AT LAW

500 DELAWARE AVENUE

P. O. BOX 1150

WILMINGTON, DELAWARE 19899

TELEPHONE
302-654-1888

FACSIMILE
302-654-2067

July 26, 2007

The Honorable Gregory M. Sleet  
United States District Court  
844 N. King Street  
Wilmington, DE 19801

VIA ELECTRONIC FILING

Re:   *Elan Pharma International, Ltd. v. Abraxis Bioscience, Inc.*  
      C.A. No. 06-438-GMS

Dear Chief Judge Sleet:

In reviewing the cases cited in the joint letter the Court requested in connection with Elan's application that Gregory Bokar and Richard Collier be granted access to materials designated as "Restricted Confidential" by Abraxis (D.I. 211), it became apparent to us that the parties' July 24th discussion with the Court about Mr. Bokar's and Mr. Collier's respective roles at Elan may not have provided Your Honor with sufficient detail to resolve the issue. To provide the Court with a more complete factual record on which to render its decision, we respectfully submit the enclosed declaration of Mr. Bokar explaining the scope of his responsibilities for Elan, and we are attempting to obtain a comparable declaration from Mr. Collier, who is in Ireland.

Respectfully,

/s/ *John G. Day*

John G. Day

JGD/nml  
182612.1

cc:   Clerk of the Court (via electronic filing)  
      Josy W. Ingersoll, Esquire (via electronic mail)  
      William J. Sipio, Esquire (via electronic mail)  
      Steven Scheve, Esquire (via electronic mail)  
      Paul F. Fehlner, Esquire (via electronic mail)  
      Michael A. Jacobs, Esquire (via electronic mail)  
      Emily A. Evans, Esquire (via electronic mail)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ELAN PHARMA INTERNATIONAL LIMITED, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ABRAXIS BIOSCIENCE, INC., )<br>)<br>Defendant. ) | C.A. No. 06-438-GMS |

## DECLARATION OF GREGORY M. BOKAR

I, Gregory M. Bokar, hereby declare and state as follows:

1. I am Vice President, Intellectual Property and Litigation for Elan Drug Delivery, Inc. ("EDDI"), a subsidiary of plaintiff Elan Pharma International Limited ("EPIL"). I submit this declaration to assist the Court in determining whether I should be permitted access to materials designated by Defendant Abraxis Bioscience, Inc. as "Restricted Confidential" under the Protective Order in this matter.

2. My role as Vice President, Intellectual Property and Litigation is to: (1) manage the U.S. litigation in which EPIL or EDDI is involved; (2) supervise the legal decision-making related to EPIL's patent portfolio and its enforcement as it relates to EPIL's drug-delivery technology business; and (3) supervise the legal decision-making related to the procurement or offering of goods and services for EDDI.

3. I do not play any role in EPIL's competitive decision-making and I do not report directly to any business person who does.

4. I am not directly engaged in patent prosecution for any Elan entity, and should the Court grant me the requested access, I am willing to wall myself off from any discussions concerning patent prosecution by Elan entities to the same extent that Morrison & Foerster's litigation group have walled themselves off from Morrison & Foerster's patent prosecution group, until this case is resolved.

_____
Gregory M. Bokar