IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ELAN PHARMA INTERNATIONAL LIMITED, <br><br> Plaintiff, <br><br> v. <br><br> ABRAXIS BIOSCIENCE, INC., <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) C.A. No. 06-438-GMS |

**AMENDED NOTICE OF DEPOSITION OF ULAGARAJ SELVARAJ AND NOTICE OF WITHDRAWAL OF PREVIOUS NOTICES OF SELVARAJ DEPOSITION**

PLEASE TAKE NOTICE that, pursuant to Rules 34 and 45 of the Federal Rules of Civil Procedure, Plaintiff Elan Pharma International Limited ("Elan") will take the deposition of Ulagaraj Selvaraj on July 27, 2007, by agreement of counsel, pursuant to the subpoena issued to Ulagaraj Selvaraj on this date. The deposition shall take place at the offices of Morrison Foerster, 555 West Fifth Street, Los Angeles, California, or at such other place, date and time mutually agreed upon or ordered by the Court, before a notary public or other officer authorized to administer oaths. The testimony shall be recorded by stenographic and/or videographic means and shall continue from day to day until completed.

Documents shall be produced subject to Schedule A attached to the subpoena at the time and place identified in the subpoena, or at such other time and place as counsel for the parties and the witness may agree.

PLEASE TAKE FURTHER NOTICE that all previous notices of the deposition of Ulagaraj Selvaraj are hereby withdrawn.

*Of Counsel:*

Stephen Scheve
Linda M. Glover
BAKER BOTTS LLP
One Shell Plaza
910 Lousiana Street
Houston, TX 77042-4995
Telephone: (713) 229-1659

Paul F. Fehlner
Lisa Chiarini
BAKER BOTTS LLP
30 Rockefeller Plaza
New York, NY 10112-4498
Telephone: (212) 408-2527

William J. Sipio
1375 Brentwood Road
Yardley, PA 19067
Telephone: (215) 801-3625

Dated: July 26, 2007
182518.1

ASHBY & GEDDES

*/s/ John G. Day*
_____
Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Tiffany Geyer Lydon (I.D. #3950)
Lauren E. Maguire (I.D. #4261)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com
tlydon@ashby-geddes.com
lmaguire@ashby-geddes.com

*Attorneys for Plaintiff*
*Elan Pharma International Limited*