# ASHBY & GEDDES

ATTORNEYS AND COUNSELLORS AT LAW

500 DELAWARE AVENUE

P. O. BOX 1150

WILMINGTON, DELAWARE 19899

TELEPHONE
302-654-1888

FACSIMILE
302-654-2067

July 27, 2007

The Honorable Gregory M. Sleet  
United States District Court  
844 N. King Street  
Wilmington, DE 19801

<u>VIA ELECTRONIC FILING</u>

Re:  *Elan Pharma International, Ltd. v. Abraxis Bioscience, Inc.*  
C.A. No. 06-438-GMS

Dear Chief Judge Sleet:

Following up on our letter of yesterday, plaintiff Elan Pharma International Limited has now received and hereby submits the enclosed Declaration of Richard T. Collier to assist the Court in resolving Elan's application that he and Gregory M. Bokar be granted access to materials designated as "Restricted Confidential" by defendant Abraxis Bioscience, Inc.

Respectfully,

/s/ *John G. Day*

John G. Day

JGD/nml  
182669.1

cc: Clerk of the Court (via electronic filing)  
Josy W. Ingersoll, Esquire (via electronic mail)  
William J. Sipio, Esquire (via electronic mail)  
Steven Scheve, Esquire (via electronic mail)  
Paul F. Fehlner, Esquire (via electronic mail)  
Michael A. Jacobs, Esquire (via electronic mail)  
Emily A. Evans, Esquire (via electronic mail)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ELAN PHARMA INTERNATIONAL LIMITED, Plaintiff, v. ABRAXIS BIOSCIENCE, INC., Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) C.A. No. 06-438-GMS |

## DECLARATION OF RICHARD T. COLLIER

I, Richard T. Collier, hereby declare and state as follows:

1. I am Executive Vice President & General Counsel of Elan Corporation, plc ("Elan"), the ultimate parent company of plaintiff Elan Pharma International Limited ("EPIL"). I submit this declaration to assist the Court in determining whether I should be permitted access to materials designated by Defendant Abraxis Bioscience, Inc. as "Restricted Confidential" under the Protective Order in this matter.

2. My role as Executive Vice President and General Counsel is to advise Elan's Board of Directors, Chief Executive Officer and senior management regarding legal issues and decisions related to Elan.

3. Although I play a high-level role in Elan's overall strategic business planning, I am not involved in competitive decision-making at the level of EPIL's patent portfolio and product development.

4. I am not a licensed patent attorney and am not engaged in patent prosecution for EPIL. Should the Court grant me the requested access, I am willing to wall myself off from any discussions concerning patent prosecution by Elan entities to the same extent that Morrison & Foerster's litigation group have walled themselves off from Morrison & Foerster's patent prosecution group, until this case is resolved.

_____
Richard T. Collier