# YOUNG CONAWAY STARGATT & TAYLOR, LLP

| | | | |
|---|---|---|---|
| BEN T. CASTLE | JANET Z. CHARLTON | | JOSEPH M. BARRY | ANDREW A. LUNDGREN |
| SHELDON N. SANDLER | ROBERT S. BRADY | | SEAN M. BEACH | MATTHEW B. LUNN |
| RICHARD A. LEVINE | JOEL A. WAITE | | SANJAY BHATNAGAR | JOSEPH A. MALFITANO |
| RICHARD A. ZAPPA | BRENT C. SHAFFER | | DONALD J. BOWMAN, JR. | ADRIA B. MARTINELLI |
| FREDERICK W. IOBST | DANIEL P. JOHNSON | | MICHELE SHERRETTA BUDICAK | MICHAEL W. MCDERMOTT |
| RICHARD H. MORSE | CRAIG D. GREAR | | JEFFREY T. CASTELLANO | TAMMY L. MERCER |
| DAVID C. MCBRIDE | TIMOTHY JAY HOUSEAL | | KARA HAMMOND COYLE | MARIBETH L. MINELLA |
| JOSEPH M. NICHOLSON | MARTIN S. LESSNER | | KRISTEN SALVATORE DEPALMA | EDMON L. MORTON |
| CRAIG A. KARSNITZ | PAULINE K. MORGAN | | MARGARET M. DIBIANCA | D. FON MUTTAMARA-WALKER |
| BARRY M. WILLOUGHBY | C. BARR FLINN | | MARY F. DUGAN | JENNIFER R. NOEL |
| JOSY W. INGERSOLL | NATALIE WOLF | | ERIN EDWARDS | ADAM W. POFF |
| ANTHONY G. FLYNN | LISA B. GOODMAN | | KENNETH J. ENOS | SETH J. REIDENBERG |
| JEROME K. GROSSMAN | JOHN W. SHAW | | IAN S. FREDERICKS | SARA BETH A. REYBURN |
| EUGENE A. DIPRINZIO | JAMES P. HUGHES, JR. | | JAMES J. GALLAGHER | CHERYL A. SANTANIELLO |
| JAMES L. PATTON, JR. | EDWIN J. HARRON | | SEAN T. GREECHER | (NJ & PA ONLY) |
| ROBERT L. THOMAS | MICHAEL R. NESTOR | | STEPHANIE L. HANSEN | MONTÉ T. SQUIRE |
| WILLIAM D. JOHNSTON | MAUREEN D. LUKE | | DAWN M. JONES | MICHAEL P. STAFFORD |
| TIMOTHY J. SNYDER | ROLIN P. BISSELL | | KAREN E. KELLER | CHAD S.C. STOVER |
| BRUCE L. SILVERSTEIN | SCOTT A. HOLT | | JENNIFER M. KINKUS | JOHN E. TRACEY |
| WILLIAM W. BOWSER | JOHN T. DORSEY | | EDWARD J. KOSMOWSKI | TRAVIS N. TURNER |
| LARRY J. TARABICOS | M. BLAKE CLEARY | | JOHN C. KUFFEL | MARGARET B. WHITEMAN |
| RICHARD A. DILIBERTO, JR. | CHRISTIAN DOUGLAS WRIGHT | | KAREN LANTZ | SHARON M. ZIEG |
| MELANIE K. SHARP | DANIELLE GIBBS | | TIMOTHY E. LENGKEEK | |
| CASSANDRA F. ROBERTS | JOHN J. PASCHETTO | | | |
| RICHARD J.A. POPPER | NORMAN M. POWELL | | SPECIAL COUNSEL | SENIOR COUNSEL |
| TERESA A. CHEEK | ELENA C. NORMAN | | JOHN D. MCLAUGHLIN, JR. | CURTIS J. CROWTHER |
| NEILLI MULLEN WALSH | | | KAREN L. PASCALE | |
| | | | PATRICIA A. WIDDOSS | OF COUNSEL |
| | | | | BRUCE M. STARGATT |
| | | | | STUART B. YOUNG |
| | | | | EDWARD B. MAXWELL, 2ND |

THE BRANDYWINE BUILDING
1000 WEST STREET, 17TH FLOOR
WILMINGTON, DELAWARE   19801

P.O. BOX 391
WILMINGTON, DELAWARE   19899-0391

(302) 571-6600
(800) 253-2234 (DE ONLY)
FAX: (302) 571-1253

110 WEST PINE STREET
P.O. BOX 594
GEORGETOWN, DELAWARE   19947
(302) 856-3571
(800) 255-2234 (DE ONLY)
FAX: (302) 856-9338

WWW.YOUNGCONAWAY.COM

DIRECT DIAL:   302-571-5029
DIRECT FAX:   302-576-3402
enorman@ycst.com

July 20, 2007

**BY CM/ECF**                                                    **REDACTED -**
                                                                  **PUBLIC VERSION**

The Honorable Gregory M. Sleet
United States District Court for the District of Delaware
844 North King Street
Wilmington, DE 19801

Re:   Elan Pharma Int'l Ltd. v. Abraxis Bioscience, Inc. – C.A. No. 06-438-GMS

Dear Chief Judge Sleet:

We write to advise the Court that we intend to refer to several documents at Tuesday's claim construction hearing which were recently produced by Elan, and which are directly relevant to the claim construction arguments.  Relevant portions of the documents are enclosed.  We attach a list of these enclosures as well.  Because they have been designated as Confidential or Restricted Confidential by Elan, we are filing this letter under seal.

Respectfully submitted,

/s/ *Elena C. Norman*
Elena C. Norman  (#4780)

ECN:mcm
Enclosures

YOUNG CONAWAY STARGATT & TAYLOR, LLP

The Honorable Gregory M. Sleet
July 20, 2007
Page 2

cc:   Clerk of Court (by CM/ECF)
      John G. Day, Esq. (Redacted version by CM/ECF and e-mail)
      Steven J. Balick, Esq. (Redacted version by CM/ECF and e-mail)
      Stephen Scheve, Esq. (by electronic mail)
      Paul F. Fehlner, Esq. (by electronic mail)
      William J. Sipio, Esq. (by electronic mail)
      Emily A. Evans, Esq. (by electronic mail)
      Diana B. Kruze, Esq. (by electronic mail)

YOUNG CONAWAY STARGATT & TAYLOR, LLP

## List of Enclosures



# ENCLOSURES REDACTED IN THEIR ENTIRETY