# YOUNG CONAWAY STARGATT & TAYLOR, LLP

| | | | | |
|---|---|---|---|---|
| BEN T. CASTLE | JANET Z. CHARLTON | | JOSEPH M. BARRY | ANDREW A. LUNDGREN |
| SHELDON N. SANDLER | ROBERT S. BRADY | THE BRANDYWINE BUILDING | SEAN M. BEACH | MATTHEW B. LUNN |
| RICHARD A. LEVINE | JOEL A. WAITE | 1000 WEST STREET, 17TH FLOOR | SANJAY BHATNAGAR | JOSEPH A. MALFITANO |
| RICHARD A. ZAPPA | BRENT C. SHAFFER | WILMINGTON, DELAWARE 19801 | DONALD J. BOWMAN, JR. | ADRIA B. MARTINELLI |
| FREDERICK W. IOBST | DANIEL P. JOHNSON | | MICHELE SHERRETTA BUDICAK | MICHAEL W. MCDERMOTT |
| RICHARD H. MORSE | CRAIG D. GREAR | P.O. BOX 391 | JEFFREY T. CASTELLANO | TAMMY L. MERCER |
| DAVID C. MCBRIDE | TIMOTHY JAY HOUSEAL | WILMINGTON, DELAWARE 19899-0391 | KARA HAMMOND COYLE | MARIBETH L. MINELLA |
| JOSEPH M. NICHOLSON | MARTIN S. LESSNER | | KRISTEN SALVATORE DEPALMA | EDMON L. MORTON |
| CRAIG A. KARSNITZ | PAULINE K. MORGAN | (302) 571-6600 | MARGARET M. DIBIANCA | D. FON MUTTAMARA-WALKER |
| BARRY M. WILLOUGHBY | C. BARR FLINN | (800) 253-2234 (DE ONLY) | MARY F. DUGAN | JENNIFER R. NOEL |
| JOSY W. INGERSOLL | NATALIE WOLF | FAX: (302) 571-1253 | ERIN EDWARDS | ADAM W. POFF |
| ANTHONY G. FLYNN | LISA B. GOODMAN | | KENNETH J. ENOS | SETH J. REIDENBERG |
| JEROME K. GROSSMAN | JOHN W. SHAW | | IAN S. FREDERICKS | SARA BETH A. REYBURN |
| EUGENE A. DIPRINZIO | JAMES P. HUGHES, JR. | 110 WEST PINE STREET | JAMES J. GALLAGHER | CHERYL A. SANTANIELLO |
| JAMES L. PATTON, JR. | EDWIN J. HARRON | P.O. BOX 594 | SEAN T. GREECHER | (NJ & PA ONLY) |
| ROBERT L. THOMAS | MICHAEL R. NESTOR | GEORGETOWN, DELAWARE 19947 | STEPHANIE L. HANSEN | MONTÉ T. SQUIRE |
| WILLIAM D. JOHNSTON | MAUREEN D. LUKE | (302) 856-3571 | DAWN M. JONES | MICHAEL P. STAFFORD |
| TIMOTHY J. SNYDER | ROLIN P. BISSELL | (800) 255-2234 (DE ONLY) | KAREN E. KELLER | CHAD S.C. STOVER |
| BRUCE L. SILVERSTEIN | SCOTT A. HOLT | FAX: (302) 856-9338 | JENNIFER M. KINKUS | JOHN E. TRACEY |
| WILLIAM W. BOWSER | JOHN T. DORSEY | | EDWARD J. KOSMOWSKI | TRAVIS N. TURNER |
| LARRY J. TARABICOS | M. BLAKE CLEARY | WWW.YOUNGCONAWAY.COM | JOHN C. KUFFEL | MARGARET B. WHITEMAN |
| RICHARD A. DILIBERTO, JR. | CHRISTIAN DOUGLAS WRIGHT | | KAREN LANTZ | SHARON M. ZIEG |
| MELANIE K. SHARP | DANIELLE GIBBS | | TIMOTHY E. LENGKEEK | |
| CASSANDRA F. ROBERTS | JOHN J. PASCHETTO | DIRECT DIAL: 302-571-6672 | | |
| RICHARD J.A. POPPER | NORMAN M. POWELL | DIRECT FAX: 302-576-3301 | SPECIAL COUNSEL | SENIOR COUNSEL |
| TERESA A. CHEEK | ELENA C. NORMAN | jingersoll@ycst.com | JOHN D. MCLAUGHLIN, JR. | CURTIS J. CROWTHER |
| NEILLI MULLEN WALSH | | | KAREN L. PASCALE | |
| | | | PATRICIA A. WIDDOSS | OF COUNSEL |
| | | | | BRUCE M. STARGATT |
| | | | | STUART B. YOUNG |
| | | | | EDWARD B. MAXWELL, 2ND |

August 6, 2007

**BY CM/ECF**                                    **REDACTED – PUBLIC VERSION**

The Honorable Gregory M. Sleet
United States District Court for the District of Delaware
844 North King Street
Wilmington, DE 19801

   Re: <u>Elan Pharma Int'l Ltd. v. Abraxis Bioscience, Inc. – C.A. No. 06-438-GMS</u>

Dear Chief Judge Sleet:

   Last week, following the claim construction hearing, Elan provided the Court with a declaration from Richard T. Collier, Executive Vice President & General Counsel, regarding his role at Elan. Documents produced by Elan and testimony on July 30, 2007 by Dr. Gary Liversidge, an inventor on both patents-in-suit, raise questions about that declaration.



YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Honorable Gregory M. Sleet
August 6, 2007
Page 2



YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Honorable Gregory M. Sleet
August 6, 2007
Page 3



YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Honorable Gregory M. Sleet
August 6, 2007
Page 4



Based on the above, Abraxis believes that Mr. Collier's apparent business role at Elan, as well as his proximity and contacts with Dr. Liversidge, are inconsistent with access to Abraxis Restricted Confidential Information. Based on the foregoing, and given the fact that we have had no discovery concerning Mr. Collier's day-to-day activities, Abraxis does not believe it appropriate to give Mr. Collier access to its Restricted Confidential Information.

Elan has not shown good cause to modify the parties' *stipulated* protective order — which the parties understood and agreed would not allow party access to restricted confidential documents — to permit such access by Mr. Collier.

Respectfully submitted,

Josy W. Ingersoll (#1088)
(# 4780)

JWI:jes
Enclosures

cc: Clerk of Court (by CM/ECF)
John G. Day, Esq. (Redacted Version by CM/ECF and electronic mail)
Steven J. Balick, Esq. (Redacted Version by CM/ECF and electronic mail)
Stephen Scheve, Esq. (by electronic mail)
Paul F. Fehlner, Esq. (by electronic mail)
William J. Sipio, Esq. (by electronic mail)
Emily A. Evans, Esq. (by electronic mail)
Diana B. Kruze, Esq. (by electronic mail)

DB02:6165687.1                                                065496.1001

# EXHIBITS A-D

## REDACTED IN THEIR ENTIRETY