IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ELAN PHARMA INTERNATIONAL LIMITED,<br><br>        Plaintiff,<br><br>v.<br><br>ABRAXIS BIOSCIENCE, INC.,<br><br>        Defendant. | Civil Action No. 06-438-GMS |

**DEFENDANT ABRAXIS BIOSCIENCE, INC.'S MOTION
FOR PROTECTIVE ORDER AGAINST THE DEPOSITIONS OF
DRS. PATRICK SOON-SHIONG AND NEIL DESAI**

Pursuant to Federal Rule of Civil Procedure 26(c), defendant Abraxis BioScience, Inc. ("Abraxis") hereby moves the Court for a protective order requiring plaintiff Elan Pharma International Limited ("Elan") to withdraw its Amended Notice of Deposition of Patrick Soon-Shiong (D.I. 223) and its Amended Notice of Deposition of Neil Desai (service of which noticed at D.I. 196).

The grounds for this motion are fully set forth in Abraxis's Opening Brief in Support of its Motion for Protective Order Against the Depositions of Drs. Patrick Soon-Shiong and Neil Desai, the pleadings and other papers filed herein, and such additional argument or evidence as the Court shall receive.

WHEREFORE, defendant Abraxis BioScience, Inc. respectfully requests the Court to enter the Protective Order attached hereto.

        YOUNG CONAWAY STARGATT
        & TAYLOR, LLP

/s/ _____
Josy W. Ingersoll (No. 1088)
*jingersoll@ycst.com*
Elena C. Norman (No. 4780)
*enorman@ycst.com*
Karen E. Keller (No. 4489)
*kkeller@ycst.com*
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, DE 19801
302-571-6600
*Attorneys for ABRAXIS BIOSCIENCE, INC.*

OF COUNSEL:

Michael A. Jacobs
MORRISON & FOERSTER, LLP
425 Market Street
San Francisco, CA 94105-2482
(415) 268-7000 Telephone
(415) 268-7522 Facsimile
MJacobs@mofo.com

Emily A. Evans
MORRISON & FOERSTER, LLP
755 Page Mill Road
Palo Alto, CA 94304-1018
(650) 813-5600 Telephone
(650) 494-0792 Facsimile
EEvans@mofo.com

Dated: August 13, 2007

## **CERTIFICATE OF SERVICE**

I, Elena C. Norman, Esquire, hereby certify that on August 13, 2007 I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Steven J. Balick, Esquire
>ASHBY & GEDDES
>500 Delaware Avenue, 8th Floor
>Wilmington, DE 19801

I further certify that on August 13, 2007, I caused a true and correct copy of the foregoing document to be served by hand delivery and e-mail on the above-listed counsel of record and on the following non-registered participants in the manner indicated:

**BY E-MAIL**

>Linda Glover, Esquire
>Stephen Scheve, Esquire
>BAKER BOTTS L.L.P.
>One Shell Plaza
>910 Louisiana Street
>Houston, TX 77002-4995
>steve.scheve@bakerbotts.com

>Paul F. Fehlner, Esquire
>BAKER BOTTS L.L.P.
>30 Rockefeller Plaza
>New York, NY 10112-4498
>paul.fehlner@bakerbotts.com

William J. Sipio, Esquire
1375 Brentwood Road
Yardley, PA 19067
sipz25@aol.cm

        YOUNG CONAWAY STARGATT
        & TAYLOR, LLP

        _____
        Josy W. Ingersoll (No. 1088)
        jingersoll@ycst.com
        Elena C. Norman (No. 4780)
        enorman@ycst.com
        Karen E. Keller (No. 4489)
        kkeller@ycst.com
        The Brandywine Building
        1000 West Street, 17th Floor
        Wilmington, Delaware 19899
        (302) 571-6600

        Attorneys for Defendant
        ABRAXIS BIOSCIENCE, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ELAN PHARMA INTERNATIONAL LIMITED, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 06-438-GMS |
| ABRAXIS BIOSCIENCE, INC., | ) ) | |
| Defendant. | ) ) ) | |

## LOCAL RULE 7.1.1 STATEMENT

I, Elena C. Norman, Esquire, hereby certify pursuant to Local Rule 7.1.1, that counsel for Defendant, Abraxis Bioscience, Inc., have made reasonable efforts to reach agreement with counsel for the plaintiff on the matters set forth in the present motion.

YOUNG CONAWAY STARGATT
& TAYLOR, LLP

_/s/_

Josy W. Ingersoll (No. 1088)
*jingersoll@ycst.com*
Elena C. Norman (No. 4780)
*enorman@ycst.com*
Karen E. Keller (No. 4489)
*kkeller@ycst.com*
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, DE 19801
302-571-6600
*Attorneys for ABRAXIS BIOSCIENCE, INC.*

-2-

OF COUNSEL:

Michael A. Jacobs
MORRISON & FOERSTER, LLP
425 Market Street
San Francisco, CA 94105-2482
(415) 268-7000 Telephone
(415) 268-7522 Facsimile
MJacobs@mofo.com

Emily A. Evans
MORRISON & FOERSTER, LLP
755 Page Mill Road
Palo Alto, CA 94304-1018
(650) 813-5600 Telephone
(650) 494-0792 Facsimile
EEvans@mofo.com

Dated: August 13, 2007

-2-

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ELAN PHARMA INTERNATIONAL LIMITED, | ) ) ) |
| Plaintiff, | ) ) Civil Action No. 06-438-GMS |
| v. | ) ) |
| ABRAXIS BIOSCIENCE, INC., | ) ) ) |
| Defendant. | |

### [PROPOSED] PROTECTIVE ORDER

At Wilmington this ____ day of _____, 2007, upon consideration of defendant Abraxis BioScience, Inc.'s ("Abraxis") Motion for Protective Order Against the Depositions of Drs. Patrick Soon-Shiong and Neil Desai and all of the evidence and argument submitted therewith, IT IS HEREBY ORDERED that Plaintiff Elan Pharma International Limited withdraw its Amended Notice of Deposition of Patrick Soon-Shiong (D.I. 223) and its Amended Notice of Deposition of Neil Desai (service of which noticed at D.I. 196).

_____
United States District Judge