UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ELAN PHARMA INTERNATIONAL LIMITED, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Civil Action No. 06-438-GMS ) |
| ABRAXIS BIOSCIENCE, INC., | ) ) ) ) |
| Defendant. | ) |

**DECLARATION OF PATRICK SOON-SHIONG IN SUPPORT OF DEFENDANT ABRAXIS BIOSCIENCE, INC.'S MOTION FOR PROTECTIVE ORDER AGAINST THE DEPOSITIONS OF DRS. PATRICK SOON-SHIONG AND NEIL DESAI**

I, Patrick Soon-Shiong, declare as follows:

1. I am the Chairman and Chief Executive Officer of Abraxis BioScience, Inc. ("Abraxis"), defendant in the above-referenced action. I make this declaration in support of Abraxis's Motion for Protective Order. I have personal knowledge of the matters set forth herein, and if called upon to do so, I could and would competently testify thereto.

2. As Chairman and CEO of Abraxis, I have a busy schedule and my availability on short notice is limited. I am frequently called upon to travel both within and outside of the country to conduct business on behalf of Abraxis. Accordingly, in June 2007, I provided my dates of availability for a deposition in this action to Emily Evans of Morrison & Foerster LLP, counsel for Abraxis, so that she could coordinate the scheduling of my deposition in advance with counsel for Elan Pharma International Limited ("Elan").

3. I understand that Elan originally noticed my deposition for July 13, 2007, a date on which I was available and intended to testify. On July 9, I met with Ms. Evans and Michael Jacobs, of Morrison & Foerster LLP, for several hours to begin preparing for the deposition. I understand that Elan subsequently canceled this deposition.

4.  On August 1, 2007, Ms. Evans informed me that Elan had re-noticed my deposition for August 13, 2007. I will not be available to be deposed on August 13, as I will be in traveling outside Los Angeles to several scientific and academic meetings previously scheduled.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 8th day of August, 2007 in Los Angeles, California.

_____
Patrick Soon-Shiong, M.D.

## CERTIFICATE OF SERVICE

I, Elena C. Norman, Esquire, hereby certify that on August 13, 2007 I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Steven J. Balick, Esquire
>ASHBY & GEDDES
>500 Delaware Avenue, 8th Floor
>Wilmington, DE 19801

I further certify that on August 13, 2007, I caused a true and correct copy of the foregoing document to be served by hand delivery and e-mail on the above-listed counsel of record and on the following non-registered participants in the manner indicated:

### BY E-MAIL

>Linda Glover, Esquire
>Stephen Scheve, Esquire
>BAKER BOTTS L.L.P.
>One Shell Plaza
>910 Louisiana Street
>Houston, TX 77002-4995
>steve.scheve@bakerbotts.com

>Paul F. Fehlner, Esquire
>BAKER BOTTS L.L.P.
>30 Rockefeller Plaza
>New York, NY 10112-4498
>paul.fehlner@bakerbotts.com

William J. Sipio, Esquire
1375 Brentwood Road
Yardley, PA  19067
sipz25@aol.cm

                YOUNG CONAWAY STARGATT
                &amp; TAYLOR, LLP

                _____
                Josy W. Ingersoll (No. 1088)
                jingersoll@ycst.com
                Elena C. Norman (No. 4780)
                enorman@ycst.com
                Karen E. Keller (No. 4489)
                kkeller@ycst.com
                The Brandywine Building
                1000 West Street, 17th Floor
                Wilmington, Delaware  19899
                (302) 571-6600

                Attorneys for Defendant
                ABRAXIS BIOSCIENCE, INC.