IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ELAN PHARMA INTERNATIONAL LIMITED, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 06-438-GMS |
| ABRAXIS BIOSCIENCE, INC., | ) ) | |
| Defendant. | ) ) ) | |

## DEFENDANT ABRAXIS BIOSCIENCE, INC.'S
## FURTHER MOTION TO COMPEL PRODUCTION OF DAMAGES DISCOVERY

Pursuant to Federal Rule of Civil Procedure 37, defendant Abraxis BioScience, Inc. ("Abraxis") hereby moves the Court for an Order granting Abraxis's Further Motion to Compel Production of Damages Discovery, compelling Elan to produce all documents responsive to Abraxis's Requests for Production Nos. 139-144, and overruling Elan's objections to Abraxis's Requests for Production Nos. 139-144.

The grounds for this motion are fully set forth in Abraxis's Opening Brief in Support of its Further Motion to Compel Production of Damages, the pleadings and other papers filed herein, and such additional argument or evidence as the Court shall receive.

WHEREFORE, defendant Abraxis BioScience, Inc. respectfully requests the Court to enter the attached Order granting this Further Motion to Compel.

                              YOUNG CONAWAY STARGATT
                              & TAYLOR, LLP

                              /s/ *signature*
                              _____
                              Josy W. Ingersoll (No. 1088)
                              *jingersoll@ycst.com*
                              Elena C. Norman (No. 4780)
                              *enorman@ycst.com*
                              Karen E. Keller (No. 4489)
                              *kkeller@ycst.com*
                              The Brandywine Building, 17th Floor
                              1000 West Street
                              Wilmington, DE 19801
                              302-571-6600
                              *Attorneys for ABRAXIS BIOSCIENCE, INC.*

OF COUNSEL:

Michael A. Jacobs
MORRISON & FOERSTER, LLP
425 Market Street
San Francisco, CA 94105-2482
(415) 268-7000 Telephone
(415) 268-7522 Facsimile
MJacobs@mofo.com

Emily A. Evans
MORRISON & FOERSTER, LLP
755 Page Mill Road
Palo Alto, CA 94304-1018
(650) 813-5600 Telephone
(650) 494-0792 Facsimile
EEvans@mofo.com

Dated: August 13, 2007

## CERTIFICATE OF SERVICE

I, Elena C. Norman, Esquire, hereby certify that on August 13, 2007, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

    Steven J. Balick, Esquire
    ASHBY & GEDDES
    500 Delaware Avenue, 8th Floor
    Wilmington, DE 19801

I further certify that on August 13, 2007, I caused a true and correct copy of the foregoing document to be served by hand delivery and e-mail on the above-listed counsel of record and on the following non-registered participants in the manner indicated:

### BY E-MAIL

    Linda Glover, Esquire
    Stephen Scheve, Esquire
    BAKER BOTTS L.L.P.
    One Shell Plaza
    910 Louisiana Street
    Houston, TX 77002-4995
    steve.scheve@bakerbotts.com

    Paul F. Fehlner, Esquire
    BAKER BOTTS L.L.P.
    30 Rockefeller Plaza
    New York, NY 10112-4498
    paul.fehlner@bakerbotts.com

William J. Sipio, Esquire
1375 Brentwood Road
Yardley, PA  19067
sipz25@aol.cm

          YOUNG CONAWAY STARGATT
            & TAYLOR, LLP

          /s/

Josy W. Ingersoll (No. 1088)
jingersoll@ycst.com
Elena C. Norman (No. 4780)
enorman@ycst.com
Karen E. Keller (No. 4489)
kkeller@ycst.com
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware  19899
(302) 571-6600

Attorneys for Defendant
ABRAXIS BIOSCIENCE, INC.

2

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ELAN PHARMA INTERNATIONAL LIMITED,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>ABRAXIS BIOSCIENCE, INC.,<br><br>　　　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)   Civil Action No.  06-438-GMS<br>)<br>)<br>)<br>)<br>) |

## LOCAL RULE 7.1.1 STATEMENT

I, Elena C. Norman, Esquire, hereby certify pursuant to Local Rule 7.1.1, that counsel for Defendant, Abraxis Bioscience, Inc., have made reasonable efforts to reach agreement with counsel for the plaintiff on the matters set forth in the present motion.

　　　　　　　　　　　　　　　　　　YOUNG CONAWAY STARGATT
　　　　　　　　　　　　　　　　　　　& TAYLOR, LLP

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Josy W. Ingersoll (No. 1088)
　　　　　　　　　　　　　　　　　　*jingersoll@ycst.com*
　　　　　　　　　　　　　　　　　　Elena C. Norman (No. 4780)
　　　　　　　　　　　　　　　　　　*enorman@ycst.com*
　　　　　　　　　　　　　　　　　　Karen E. Keller (No. 4489)
　　　　　　　　　　　　　　　　　　*kkeller@ycst.com*
　　　　　　　　　　　　　　　　　　The Brandywine Building, 17th Floor
　　　　　　　　　　　　　　　　　　1000 West Street
　　　　　　　　　　　　　　　　　　Wilmington, DE 19801
　　　　　　　　　　　　　　　　　　302-571-6600
　　　　　　　　　　　　　　　　　　*Attorneys for ABRAXIS BIOSCIENCE, INC.*

OF COUNSEL:

Michael A. Jacobs
MORRISON & FOERSTER, LLP
425 Market Street
San Francisco, CA 94105-2482
(415) 268-7000 Telephone
(415) 268-7522 Facsimile
MJacobs@mofo.com

Emily A. Evans
MORRISON & FOERSTER, LLP
755 Page Mill Road
Palo Alto, CA 94304-1018
(650) 813-5600 Telephone
(650) 494-0792 Facsimile
EEvans@mofo.com

Dated: August 13, 2007

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ELAN PHARMA INTERNATIONAL LIMITED,<br><br>    Plaintiff,<br><br>v.<br><br>ABRAXIS BIOSCIENCE, INC.,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)  Civil Action No. 06-438-GMS<br>)<br>)<br>)<br>)<br>) |

### [PROPOSED] ORDER

At Wilmington this ____ day of _____, 2007, upon consideration of defendant Abraxis BioScience, Inc.'s ("Abraxis") Further Motion to Compel Production of Damages Discovery and all of the evidence and argument submitted therewith, IT IS HEREBY ORDERED that Abraxis's Motion is GRANTED, as follows:

    1.    Plaintiff Elan Pharma International Limited ("Elan") shall produce all documents responsive to Abraxis's Requests for Production Nos. 139-144; and

    2.    Elan's objections to Abraxis's Requests for Production Nos. 139-144 are hereby overruled.

 

_____
United States District Judge