IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ELAN PHARMA INTERNATIONAL LIMITED, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 06-438-GMS |
| ABRAXIS BIOSCIENCE, INC., | ) ) ) | |
| Defendant. | ) ) ) | |

**DEFENDANT ABRAXIS BIOSCIENCE, INC.'S MOTION TO COMPEL
RESPONSES TO ABRAXIS'S FOURTH SET OF INTERROGATORIES**

Pursuant to Federal Rule of Civil Procedure 37, defendant Abraxis BioScience, Inc. ("Abraxis") hereby moves the Court for an Order granting Abraxis's Motion to Compel Responses to Abraxis's Fourth Set of Interrogatories and requiring plaintiff Elan Pharma International Limited ("Elan") to provide complete responses to Abraxis's Interrogatories as outlined in the proposed Order attached hereto.

The grounds for this motion are fully set forth in Abraxis's Opening Brief in Support of its Motion to Compel Responses to Abraxis's Fourth Set of Interrogatories and Declaration of Diana B. Kruze thereto, the pleadings and other papers filed herein, and such additional argument or evidence as the Court shall receive.

-2-

WHEREFORE, defendant Abraxis BioScience, Inc. respectfully requests the Court to enter the attached Order granting this Motion to Compel.

                                                        YOUNG CONAWAY STARGATT
                                                        & TAYLOR, LLP

                                                        /s/ signature
                                                        _____
                                                        Josy W. Ingersoll (No. 1088)
                                                        *jingersoll@ycst.com*
                                                        Elena C. Norman (No. 4780)
                                                        *enorman@ycst.com*
                                                        Karen E. Keller (No. 4489)
                                                        *kkeller@ycst.com*
                                                        The Brandywine Building, 17th Floor
                                                        1000 West Street
                                                        Wilmington, DE 19801
                                                        302-571-6600
                                                        *Attorneys for ABRAXIS BIOSCIENCE, INC.*

OF COUNSEL:

Michael A. Jacobs
MORRISON & FOERSTER, LLP
425 Market Street
San Francisco, CA 94105-2482
(415) 268-7000 Telephone
(415) 268-7522 Facsimile
MJacobs@mofo.com

Emily A. Evans
Diana Kruze
MORRISON & FOERSTER, LLP
755 Page Mill Road
Palo Alto, CA 94304-1018
(650) 813-5600 Telephone
(650) 494-0792 Facsimile
EEvans@mofo.com

Dated: August 13, 2007

## CERTIFICATE OF SERVICE

I, Elena C. Norman, Esquire, hereby certify that on August 13, 2007, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Steven J. Balick, Esquire
> ASHBY & GEDDES
> 500 Delaware Avenue, 8th Floor
> Wilmington, DE 19801

I further certify that on August 13, 2007, I caused a true and correct copy of the foregoing document to be served by hand delivery and e-mail on the above-listed counsel of record and on the following non-registered participants in the manner indicated:

### BY E-MAIL

> Linda Glover, Esquire
> Stephen Scheve, Esquire
> BAKER BOTTS L.L.P.
> One Shell Plaza
> 910 Louisiana Street
> Houston, TX 77002-4995
> steve.scheve@bakerbotts.com

> Paul F. Fehlner, Esquire
> BAKER BOTTS L.L.P.
> 30 Rockefeller Plaza
> New York, NY 10112-4498
> paul.fehlner@bakerbotts.com

William J. Sipio, Esquire
1375 Brentwood Road
Yardley, PA 19067
sipz25@aol.cm

        YOUNG CONAWAY STARGATT
         & TAYLOR, LLP

        _____
Josy W. Ingersoll (No. 1088)
jingersoll@ycst.com
Elena C. Norman (No. 4780)
enorman@ycst.com
Karen E. Keller (No. 4489)
kkeller@ycst.com
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19899
(302) 571-6600

Attorneys for Defendant
ABRAXIS BIOSCIENCE, INC.

2

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ELAN PHARMA INTERNATIONAL LIMITED,<br><br>    Plaintiff,<br><br>  v.<br><br>ABRAXIS BIOSCIENCE, INC.,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 06-438-GMS<br>)<br>)<br>)<br>)<br>) |

## LOCAL RULE 7.1.1 STATEMENT

I, Elena C. Norman, Esquire, hereby certify pursuant to Local Rule 7.1.1, that counsel for Defendant, Abraxis Bioscience, Inc., have made reasonable efforts to reach agreement with counsel for the plaintiff on the matters set forth in the present motion.

            YOUNG CONAWAY STARGATT
            & TAYLOR, LLP

            */s/ Elena C. Norman*
            _____
            Josy W. Ingersoll (No. 1088)
            *jingersoll@ycst.com*
            Elena C. Norman (No. 4780)
            *enorman@ycst.com*
            Karen E. Keller (No. 4489)
            *kkeller@ycst.com*
            The Brandywine Building, 17th Floor
            1000 West Street
            Wilmington, DE 19801
            302-571-6600
            *Attorneys for ABRAXIS BIOSCIENCE, INC.*

OF COUNSEL:

Michael A. Jacobs
MORRISON & FOERSTER, LLP
425 Market Street
San Francisco, CA 94105-2482
(415) 268-7000  Telephone
(415) 268-7522  Facsimile
MJacobs@mofo.com

Emily A. Evans
MORRISON & FOERSTER, LLP
755 Page Mill Road
Palo Alto, CA 94304-1018
(650) 813-5600  Telephone
(650) 494-0792  Facsimile
EEvans@mofo.com


Dated:  August 13, 2007

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ELAN PHARMA INTERNATIONAL LIMITED,<br><br>    Plaintiff,<br><br>v.<br><br>ABRAXIS BIOSCIENCE, INC.,<br><br>    Defendant. | )<br>)<br>)<br>) Case No. 06-438-GMS<br>)<br>)<br>)<br>)<br>) |

## [PROPOSED] ORDER

At Wilmington this ____ day of _____, 2007, upon consideration of defendant Abraxis BioScience, Inc.'s ("Abraxis") Motion to Compel Responses to Abraxis's Fourth Set of Interrogatories and all of the evidence and argument submitted therewith, IT IS HEREBY ORDERED that Abraxis's Motion is GRANTED, and Plaintiff Elan Pharm International Limited ("Elan") shall provide Abraxis with complete and substantive responses to each of Abraxis's interrogatories either to support Elan's claims in this lawsuit, or admit that Elan's claims are unsupported.

_____
United States District Judge