UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ELAN PHARMA INTERNATIONAL LIMITED, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) ) | Case No.06-438-GMS |
| ABRAXIS BIOSCIENCE, INC., | ) ) ) | **REDACTED - PUBLIC VERSION** |
| Defendant. | ) ) | |

**DECLARATION OF DIANA B. KRUZE IN SUPPORT OF
DEFENDANT ABRAXIS BIOSCIENCE, INC.'S MOTION TO COMPEL
PRODUCTION OF WITHHELD AND/OR UNREDACTED VERSIONS OF
DOCUMENTS CREATED BY OR FOR THIRD PARTIES**

I, Diana B. Kruze, declare as follows:

1.      I am an attorney admitted to practice in the State of California, and I am admitted *pro hac vice* in the above-captioned action. I am an associate with the law firm of Morrison & Foerster LLP, attorneys for Abraxis BioScience, Inc. ("Abraxis") in the above captioned action. I submit this declaration in support of Abraxis's Motion to Compel Production of Withheld and/or Redacted Versions of Documents Created By or For Third Parties. I have personal knowledge of the matters set forth herein, and if called upon to do so, I could and would competently testify thereto.

2.      Attached hereto as Exhibit A are two charts that I prepared summarizing the recorded chain of title for U.S. Patent Nos. 5,399,363 and 5,834,025.

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████

4.      Attached hereto as Exhibit C is a true and correct copy of an article authored by Milt Freudenheim, entitled *"Sanofi to Get Part of Kodak Drug Unit,"* and appearing at N.Y. TIMES, June 24, 1994, at D1.

5.      Attached hereto as Exhibit D is a true and correct copy of document from Sterling Winthrop and Eastman Kodak, redacted by Elan on privilege grounds, and produced by Elan in this litigation with bates numbers ELANP0126604-7.

6.      Attached hereto as Exhibit E is a true and correct copy of Plaintiff Elan Pharma International Limited's Fourth Amended Answers and Objections to Defendant Abraxis's Second Set of Interrogatories (Nos. 2-9), dated June 8, 2007.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____
Diana B. Kruze

## CERTIFICATE OF SERVICE

I, Elena C. Norman, Esquire, hereby certify that on August 15, 2007, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

Steven J. Balick, Esquire
ASHBY & GEDDES
500 Delaware Avenue, 8th Floor
Wilmington, DE 19801

I further certify that on August 15, 2007, I caused a true and correct copy of the foregoing document to be served by e-mail on the above-listed counsel of record and on the following non-registered participants in the manner indicated:

### BY E-MAIL

Linda Glover, Esquire
Stephen Scheve, Esquire
BAKER BOTTS L.L.P.
One Shell Plaza
910 Louisiana Street
Houston, TX 77002-4995
steve.scheve@bakerbotts.com

Paul F. Fehlner, Esquire
BAKER BOTTS L.L.P.
30 Rockefeller Plaza
New York, NY 10112-4498
paul.fehlner@bakerbotts.com

William J. Sipio, Esquire
1375 Brentwood Road
Yardley, PA  19067
sipz25@aol.cm

                              YOUNG CONAWAY STARGATT
                                & TAYLOR, LLP


                              /s/ *Elena C. Norman*
                              Josy W. Ingersoll (No. 1088)
                              jingersoll@ycst.com
                              Elena C. Norman (No. 4780)
                              enorman@ycst.com
                              Karen E. Keller (No. 4489)
                              kkeller@ycst.com
                              The Brandywine Building
                              1000 West Street, 17th Floor
                              Wilmington, Delaware  19899
                              (302) 571-6600

                              Attorneys for Defendant
                              ABRAXIS BIOSCIENCE, INC.

2

# EXHIBIT A

**Exhibit "A"**
*Elan Pharma International Ltd. Vs. Abraxis BioScience, Inc.*
Charts Summarizing the Recorded Chain of Title for the Patents-In-Suit

The following is a summary of the recorded chain of title for U.S. Patent No. 5,399,363:

| Execution Date | Effective Date | Recorded Date | Assignor | Assignee |
|---|---|---|---|---|
| 07/01/1992 | n/a | 07/01/1992 | Liversidge et al. | Sterling Winthrop |
| 01/22/1996 | 12/21/1995 | 02/20/1996 | Eastman Kodak Company | Particulate Prospects Corp. |
| 01/22/1996 and 02/08/1996 | 2/21/1995 | 12/03/2001 | Particulate Prospects Corp. | NanoSystems, LLC |
| 10/01/1998 | n/a | 08/15/2001 | Eastman Kodak and NanoSystems, LLC | Elan Corporation, PLC |
| 10/01/1998 | n/a | 08/15/2001 | Elan Corporation, PLC | Plaintiff Elan Pharma International, Ltd. |

**<u>Exhibit "A"</u>**

*Elan Pharma International Ltd. Vs. Abraxis BioScience, Inc.*

Charts Summarizing the Recorded Chain of Title for the Patents-In-Suit

The following is a summary of the recorded chain of title for U.S. Patent No. 5,834,025:

| Execution Date | Effective Date | Recorded Date | Assignor | Assignee |
|---|---|---|---|---|
| 09/27/1995 | n/a | 06/16/2006 | Liversidge et al. | Eastman Kodak Company |
| 01/22/1996 and 01/23/1996 | 12/21/1995 | 06/16/2006 | Eastman Kodak Company | Particulate Prospects Corp. |
| 01/22/1996 and 02/08/1996 | 12/21/1995 | 06/16/2006 | Particulate Prospects Corp. | NanoSystems, LLC |
| 10/22/2002 | 10/01/1998 | 06/16/2006 | NanoSystems, LLC | Elan Corporation, PLC |
| 10/01/1998 | n/a | 06/28/2006 | Elan Corporation, PLC | Plaintiff Elan Pharma International, Ltd. |

# EXHIBIT B
# REDACTED IN ITS ENTIRETY

# EXHIBIT C

Page 1
COMPANY NEWS;Sanofi to Get Part of Kodak Drug Unit The New York Times June 24, 1994, Friday, Late Edition - Final

Copyright 1994 The New York Times Company
The New York Times

June 24, 1994, Friday, Late Edition - Final

**SECTION:** Section D;  Page 1;  Column 3;  Financial Desk

**LENGTH:** 740 words

**HEADLINE:** COMPANY NEWS;
Sanofi to Get Part of Kodak Drug Unit

**BYLINE:** By MILT FREUDENHEIM

**BODY:**

Taking a long stride on its way out of the drug business, Eastman Kodak said yesterday that the Sanofi Group, a French pharmaceutical company, had agreed to buy the prescription drug business of Sterling Winthrop, a Kodak subsidiary, for $1.68 billion.

The deal opens the way for a second big sale by Kodak because Sanofi relinquished its minority interest in the over-the-counter drug business of Sterling. Analysts valued the interest at $150 million, raising the value of the deal to $1.83 billion.

Bayer A.G., the German pharmaceutical company, has said it is interested in buying the over-the-counter unit, which includes the United States franchise for Bayer aspirin, as well as Panadol, an acetaminophen analgesic, which competes overseas with Johnson & Johnson's Tylenol. Kodak, based in Rochester, had said last month that it planned to sell its drug, diagnostic and household products divisions.

Some analysts said Kodak, through these sales, had a good chance of eventually making up the $5.1 billion it paid for Sterling in 1988, albeit at lower profits than could have been earned by simply investing in bonds.

Shares of Eastman Kodak rose 75 cents yesterday, closing at $47.50 on the New York Stock Exchange.

Samuel D. Isaly, an analyst with Mehta & Isaly Worldwide Drug Research, said the announcement was "very good for Sanofi and very good for Kodak." He said Kodak might get $2 billion for the over-the-counter drug business, which had about $1 billion in sales last year.

As it strips down to its core imaging businesses, Kodak could receive $1 billion to $2 billion more from the sale of its household products and clinical diagnostics units, analysts said. Kodak is also keeping a new $350 million research building in New Jersey, which will be leased to Sanofi.

"When the divestitures are complete, Kodak will be entirely focused on imaging," said George M. C. Fisher, the company's chairman and chief executive.

Paul McAfee, a spokesman for Kodak, said "active discussions" were under way with prospective buyers for several of the company's units. Kodak plans to use part of the proceeds to pay down $7.1 billion in debt, most of which went toward financing the 1988 Sterling purchase.

In the deal, Sanofi will get Sterling Winthrop products that had $1.2 billion in 1993 sales, as well as a United States sales force for its own drugs. Sanofi and Sterling formed a worldwide marketing alliance three years ago, and Sanofi had first rights to buy the drug units.

Largely because of that alliance, "this was the hardest piece for Kodak to sell," said Brenda Lee Landry, an analyst with Morgan Stanley.

Eugene G. Glazer, an analyst with Dean Witter Reynolds, noted that if Sanofi had not bought the unit, a deal "would have been complicated for somebody else."

COMPANY NEWS;Sanofi to Get Part of Kodak Drug Unit The New York Times June 24, 1994, Friday, Late Edition - Final

Through licensing arrangements, Sanofi has granted United States marketing rights for its drugs to companies including Syntex Inc., Abbott Laboratories and Sandoz Ltd. Last year, Sanofi received about $80 million in royalties on $500 million in American sales of its products, which include Ticlid, a stroke preventive, and Deprenyl for Parkinson's disease.

"It is important for me to be in the United States," said Jean-Francois Dehecq, chairman of Sanofi, in a telephone interview from Paris. "Sterling is just the right size for us."

The French company is preparing to introduce a number of new drugs. It is spending $300 million on research this year, or about 15 percent of its $2 billion in worldwide drug sales, and hopes to get Federal regulatory approval for new treatments for osteoporosis and cancer in 1996 and 1997.

Mr. Isaly said the price for the Sterling unit was "broadly in line" with the $5 billion Roche Holdings agreed last month to pay for Syntex. He said Sterling Winthrop had about $70 million in after-tax profits on the $1.2 billion in 1993 sales. He projected that Syntex would have net income of $325 million on sales of $1.94 billion in the fiscal year ending next month.

With the Sterling unit, Sanofi will be among the 20 largest drug companies in the world and the 10 largest in Europe.

Mr. Dehecq said the company planned to concentrate on human health products and would divest units that produce seeds, Entremont cheeses and drugs for animals.

The company plans to keep its perfume division, which includes the Yves Saint Laurent line. The Sanofi Group had $4.15 billion in 1993 sales.

**LOAD-DATE:** June 24, 1994

```
                                                                    100FXC
********** Print Completed **********

Time of Request: Tuesday, August 07, 2007  11:40:04 EST

Print Number:    1821:41378397
Number of Lines: 67
Number of Pages:
```

```
Send To:  KRUZE, DIANA
          MORRISON & FOERSTER - TRANS
          755 PAGE MILL RD BLDG A
          PALO ALTO, CA 94304-1018
```

# EXHIBITS D-E
# REDACTED IN THEIR ENTIRETY