# YOUNG CONAWAY STARGATT & TAYLOR, LLP

BEN T. CASTLE
SHELDON N. SANDLER
RICHARD A. LEVINE
RICHARD A. ZAPPA
FREDERICK W. IOBST
RICHARD H. MORSE
DAVID C. MCBRIDE
JOSEPH M. NICHOLSON
CRAIG A. KARSNITZ
BARRY M. WILLOUGHBY
JOSY W. INGERSOLL
ANTHONY G. FLYNN
JEROME K. GROSSMAN
EUGENE A. DIPRINZIO
JAMES L. PATTON, JR.
ROBERT L. THOMAS
WILLIAM D. JOHNSTON
TIMOTHY J. SNYDER
BRUCE L. SILVERSTEIN
WILLIAM W. BOWSER
LARRY J. TARABICOS
RICHARD A. DILIBERTO, JR.
MELANIE K. SHARP
CASSANDRA F. ROBERTS
RICHARD J.A. POPPER
TERESA A. CHEEK
NEILLI MULLEN WALSH

JANET Z. CHARLTON
ROBERT S. BRADY
JOEL A. WAITE
BRENT C. SHAFFER
DANIEL P. JOHNSON
CRAIG D. GREAR
TIMOTHY JAY HOUSEAL
MARTIN S. LESSNER
PAULINE K. MORGAN
C. BARR FLINN
NATALIE WOLF
LISA B. GOODMAN
JOHN W. SHAW
JAMES P. HUGHES, JR.
EDWIN J. HARRON
MICHAEL R. NESTOR
MAUREEN D. LUKE
ROLIN P. BISSELL
SCOTT A. HOLT
JOHN T. DORSEY
M. BLAKE CLEARY
CHRISTIAN DOUGLAS WRIGHT
DANIELLE GIBBS
JOHN J. PASCHETTO
NORMAN M. POWELL
ELENA C. NORMAN

THE BRANDYWINE BUILDING
1000 WEST STREET, 17TH FLOOR
WILMINGTON, DELAWARE 19801
P.O. BOX 391
WILMINGTON, DELAWARE 19899-0391

(302) 571-6600
(800) 253-2234 (DE ONLY)
FAX: (302) 571-1253

110 WEST PINE STREET
P.O. BOX 594
GEORGETOWN, DELAWARE 19947
(302) 856-3571
(800) 255-2234 (DE ONLY)
FAX: (302) 856-9338

WWW.YOUNGCONAWAY.COM

DIRECT DIAL: 302-571-5029
DIRECT FAX: 302-576-3402
enorman@ycst.com

JOSEPH M. BARRY
SEAN M. BEACH
SANJAY BHATNAGAR
DONALD J. BOWMAN, JR.
MICHELE SHERRETTA BUDICAK
JEFFREY T. CASTELLANO
KARA HAMMOND COYLE
KRISTEN SALVATORE DEPALMA
MARGARET M. DIBIANCA
MARY F. DUGAN
ERIN EDWARDS
KENNETH J. ENOS
IAN S. FREDERICKS
JAMES J. GALLAGHER
SEAN T. GREECHER
STEPHANIE L. HANSEN
DAWN M. JONES
KAREN E. KELLER
JENNIFER M. KINKUS
EDWARD J. KOSMOWSKI
JOHN C. KUFFEL
KAREN LANTZ

SPECIAL COUNSEL
JOHN D. MCLAUGHLIN, JR.
KAREN L. PASCALE
PATRICIA A. WIDDOSS

TIMOTHY E. LENGKEEK
ANDREW A. LUNDGREN
MATTHEW B. LUNN
ADRIA B. MARTINELLI
MICHAEL W. MCDERMOTT
TAMMY L. MERCER
MARIBETH L. MINELLA
EDMON L. MORTON
D. FON MUTTAMARA-WALKER
JENNIFER R. NOEL
ADAM W. POFF
SETH J. REIDENBERG
SARA BETH A. REYBURN
CHERYL A. SANTANIELLO
(NJ & PA ONLY)
MONTÉ T. SQUIRE
MICHAEL P. STAFFORD
CHAD S.C. STOVER
JOHN E. TRACEY
TRAVIS N. TURNER
MARGARET B. WHITEMAN
SHARON M. ZIEG

SENIOR COUNSEL
CURTIS J. CROWTHER

OF COUNSEL
BRUCE M. STARGATT
STUART B. YOUNG
EDWARD B. MAXWELL, 2ND

August 8, 2007

BY CM/ECF

**REDACTED – PUBLIC VERSION**

The Honorable Leonard P. Stark
United States District Court for the District of Delaware
844 North King Street
Wilmington, DE 19801

  Re:  <u>Elan Pharma Int'l Ltd. v. Abraxis BioScience, Inc.</u> – C.A. No. 06-438-GMS

Dear Judge Stark:

  Further to my letter to you of earlier today, enclosed for your reference is a copy of the relevant portion of the transcript of the July 16 teleconference with Chief Judge Sleet, in which he directed that the parties apply to Your Honor for resolution of any discovery disputes. We are available at the Court's convenience should Your Honor have any questions.

              Respectfully submitted,

              Elena C. Norman (#4780)

ECN:mcm
Enclosure

YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Honorable Leonard P. Stark
August 8, 2007
Page 2

cc: Clerk of Court (by CM/ECF)
    John G. Day, Esq. (Redacted version by CM/ECF and electronic mail)
    Steven J. Balick, Esq. (Redacted version by CM/ECF and electronic mail)
    Stephen Scheve, Esq. (by electronic mail)
    Paul F. Fehlner, Esq. (by electronic mail)
    William J. Sipio, Esq. (by electronic mail)
    Emily A. Evans, Esq. (by electronic mail)
    Diana B. Kruze, Esq. (by electronic mail)

1

```
 1              IN THE UNITED STATES DISTRICT COURT

 2             IN AND FOR THE DISTRICT OF DELAWARE

 3                         -  -  -

 4   ELAN PHARMA INTERNATIONAL    :    Civil Action
     LIMITED,                     :
 5                                :
                 Plaintiff,       :
 6                                :
          v.                      :
 7                                :
     ABRAXIS BIOSCIENCE INC.,     :
 8                                :
                 Defendant.       :    No. 06-438-GMS
 9
                           -  -  -
10                    Wilmington, Delaware
                      Monday, July 16, 2007
11                        4:00 p.m.
                      Telephone Conference
12                         -  -  -

13   BEFORE:  HONORABLE GREGORY M. SLEET, Chief Judge

14   APPEARANCES:

15         JOHN G. DAY, ESQ.
           Ashby & Geddes
16                -and-
           PAUL FEHLNER, ESQ., and
17         LINDA GLOVER, ESQ. (Houston, Texas)
           Baker Botts LLP
18         (New York, New York)

19                        Counsel for Plaintiff

20         ELENA C. NORMAN, ESQ.
           Young Conaway Stargatt & Taylor, LLP
21                -and-
           MICHAEL A. JACOBS, ESQ., and
22         EMILY A. EVANS, ESQ.
           Morrison & Foerster
23         (San Francisco, California)

24                        Counsel for Defendant

25
```

```
                                                                    2

 1              THE COURT:  Good afternoon, counsel.  Counsel,
 2   who is on the line for the plaintiff?
 3              MR. DAY:  Good afternoon, Your Honor.  On behalf
 4   of plaintiff Elan Pharma you have John Day from Ashby &
 5   Geddes locally.  With me on the line from Baker & Botts in
 6   Texas, Linda Glover, and from Baker & Botts in New York,
 7   Paul Fehlner.
 8              UNIDENTIFIED SPEAKER:  Good afternoon, Your
 9   Honor.
10              UNIDENTIFIED SPEAKER:  Good afternoon, Your
11   Honor.
12              THE COURT:  For the defendant.
13              MS. NORMAN:  For defendants, Your Honor, Elena
14   Norman from Young Conaway locally.  With me are Emily Evans
15   and Michael Jacobs from Morrison & Foerster in California.
16              UNIDENTIFIED SPEAKER:  Good afternoon, Your
17   Honor.
18              THE COURT:  Good afternoon.
19              I am taking this call, counsel, because I
20   understand that there are pending depositions scheduled for
21   Thursday and Friday.  Is that correct?
22              UNIDENTIFIED SPEAKER:  That's correct, Your
23   Honor.
24              THE COURT:  As promised, I think reflected in an
25   oral order that is on the docket, I had referred the matter
```

1  elsewhere for discovery disputes. That was going to be to a
2  discover master. In the interim, it has developed that our
3  new Magistrate Judge will be sworn in effective August the
4  6th. Future disputes will be referred to Judge Stark.
5      So let's go ahead and find out what's going on.
6      MR. FEHLNER: Paul Fehlner for plaintiff Elan,
7  Your Honor.
8      There are two issues facing us in the
9  depositions that are scheduled for this week. One is a
10 designation by Abraxis of documents relating to their
11 manufacturing process as secret manufacturing process
12 documents. As part of an interim order following the last
13 conference concerning discovery problems, we agreed to
14 review documents on an online system in order to ascertain
15 or confirm their relevance to our case. The defendants at
16 this time are trying to push the interim order to be the
17 controlling basis for using these documents. As a
18 consequence, our lead trial counsel, who plans to take these
19 depositions, would actually be denied access to important
20 documents, including the notebooks of Dr. Neil Desai, the
21 deponent scheduled for Thursday, as well as manufacturing
22 process details.
23     In addition, Your Honor, at significant expense,
24 Elan went to two locations, one in Los Angeles, one in
25 Chicago, to review notebooks and identify relevant