IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ÉLAN PHARMACEUTICAL INTERNATIONAL LIMITED, | ) ) ) | |
| Plaintiff, | ) ) | C.A. No.: 06-438-GMS |
| v. | ) ) | |
| ABRAXIS BIOSCIENCE, INC., | ) ) | |
| Defendant. | ) | |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves for the

admission *pro hac vice* for Jeremy W. Bock to represent Abraxis BioScience, Inc. in this matter.

In accordance with Standing Order for District Court Fund, I further certify that the annual fee of

$25.00 per attorney will be submitted to the Clerk's Office upon the filing of this motion.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Josy W. Ingersoll (No. 1088) [jingersoll@ycst.com]
Elena C. Norman (No. 4780) [enorman@ycst.com]
Karen E. Keller (No. 4489) [kkeller@ycst.com]
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, DE 19801
(302) 571-6600

Dated:  August 23, 2007          *Attorneys for Defendant Abraxis Bioscience, Inc.*

## ORDER

IT IS HEREBY ORDERED that counsel's motion is granted, and that the

foregoing attorneys are admitted *pro hac vice.*

Dated:  August ___, 2007        _____

United States District Judge

## CERTIFICATE OF SERVICE

I, Elena C. Norman, Esquire, hereby certify that on August 23, 2007, I caused a true and correct copy of the foregoing document to be served upon the following counsel in the manner indicated:

### BY HAND DELIVERY

Steven J. Balick, Esquire
ASHBY & GEDDES
500 Delaware Avenue
Wilmington, DE 19801

I further certify that on August 23, 2007, a true and correct copy of the foregoing document will be served upon the following counsel in the manner indicated:

### BY FEDERAL EXPRESS

Stephen Scheve, Esquire
BAKER BOTTS L.L.P.
One Shell Plaza
910 Louisiana Street
Houston, TX 77002-4995

Paul F. Fehlner
BAKER BOTTS L.L.P.
30 Rockefeller Plaza
New York, NY 10112-4498

William J. Sipio, Esquire
1375 Brentwood Road
Yardley, PA 19067

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Elena C. Norman (No. 4780)
*enorman@ycst.com*
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19899
(302) 571-6600
Attorneys for Defendant
ABRAXIS BIOSCIENCE, INC.

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the State of California and the District of Columbia, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Jeremy W. Bock
Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105
Tel: (415) 268-6232
Fax: (415) 268-7522
jbock@mofo.com

Dated:   August 17, 2007