IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ELAN PHARMA INTERNATIONAL LIMITED, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) C. A. No. 06-438-GMS ) |
| ABRAXIS BIOSCIENCE, INC., | ) ) ) |
| Defendant. | ) |

### STIPULATION AND PROPOSED ORDER REGARDING EXPERT DISCOVERY AND SUMMARY JUDGMENT BRIEFING SCHEDULE

WHEREAS, on July 16, 2007, the Court granted a two week extension of the fact discovery deadline in this matter;

WHEREAS, the parties have agreed, subject to approval by the Court, to the modification of certain other dates set forth in the November 15, 2006 Scheduling Order (D.I. 20) to conform to the extended schedule, allowing for intervening holidays;

WHEREAS neither party intends by the instant Stipulation to waive its rights to seek or obtain any other and further discovery relief, including to make applications for further extensions of discovery deadlines, as circumstances may require; and

WHEREAS, the proposed deadlines set forth herein would not affect the trial schedule set by the Court;

IT IS HEREBY STIPULATED AND AGREED, subject to approval by the Court, that the schedule for expert discovery and summary judgment motions is amended as follows:

| Event | Original Date (per D.I. 20) | New Date |
|---|---|---|
| Opening Expert Reports Served [Sched. Order ¶ 5] | September 14, 2007 | September 28, 2007 |

1

| Event | Original Date (per D.I. 20) | New Date |
|---|---|---|
| Rebuttal Expert Reports Served [Sched. Order ¶ 5] | October 15, 2007 | October 29, 2007 |
| Close of Expert Discovery [Sched. Order ¶ 5] | November 30, 2007 | December 14, 2007 |
| Summary Judgment Motions and Opening Briefs [Sched. Order ¶ 8] | December 4, 2007 | January 2, 2008 |
| Summary Judgment Answering Briefs [Sched. Order ¶ 8] | December 11, 2007 | January 9, 2008 |
| Summary Judgment Reply Briefs [Sched. Order ¶ 8] | December 14, 2007 | January 14, 2008 |
| Status Teleconference Regarding Summary Judgment Motions [Sched. Order ¶ 8] | December 20, 2007 | January 18, 2008 |

**ASHBY & GEDDES**

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

*/s/ Lauren E. Maguire (No. 4261)*
Steven J. Balick (No. 2114)
John G. Day (No. 2403)
Lauren Maguire (No. 4261)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
Telephone : (302) 654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com
lmaguire@ashby-geddes.com

Attorneys for Plaintiff
ÉLAN PHARMACEUTICAL INTERNATIONAL LIMITED

*/S/ ELENA C. NORMAN (NO. 4780)*
Josy W. Ingersoll (No. 1088)
Elena C. Norman (No. 4780)
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, DE 19801
Telephone : (302) 571-6600
jingersoll@ycst.com
enorman@ycst.com

Attorneys for Defendant
ABRAXIS BIOSCIENCE, INC.

*Of Counsel*:

Stephen Scheve
Linda Glover
BAKER BOTTS LLP
One Shell Plaza
910 Louisiana Street
Houston, TX 77002
Telephone: (713) 229-1659
Steve.Scheve@bakerbotts.com

Paul F. Fehlner
Jeffrey D. Sullivan
Lisa A. Chiarini
BAKER BOTTS LLP
30 Rockefeller Plaza
New York, NY 10112-4498
Telephone: (212) 408-2527
Paul.Fehlner@bakerbotts.com

William J. Sipio
1375 Brentwood Road
Yardley, PA 19067
Telephone: (215) 801-3625
sipz25@aol.com

*Of Counsel* :

Michael A. Jacobs
MORRISON & FOERSTER, LLP
425 Market Street
San Francisco, CA  94105-2482
Telephone: (415) 268-7000
MJacobs@mofo.com

Emily A. Evans
MORRISON & FOERSTER, LLP
755 Page Mill Road
Palo Alto, CA  94304-1018
Telephone: (650) 813-5600
EEvans@mofo.com

SO ORDERED this _____ day of _____, 2007.

_____
CHIEF UNITED STATES DISTRICT JUDGE