# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ELAN PHARMA INTERNATIONAL LIMITED, | ) ) ) | |
| Plaintiff, | ) ) ) | Case No. 06-438-GMS |
| v. | ) ) ) | |
| ABRAXIS BIOSCIENCE, INC., | ) ) ) | |
| Defendant. | ) ) | |

## DECLARATION OF LISA A. CHIARINI IN SUPPORT OF PLAINTIFF ELAN PHARMA INTERNATIONAL LIMITED'S MOTION FOR CLARIFICATION AND/OR PARTIAL RECONSIDERATION OF ORDER CONSTRUING THE TERMS OF U.S. PATENT NO. 5,834,025

I, Lisa A. Chiarini, hereby declare under penalty of perjury pursuant to 28 U.S.C. Section 1746 as follows:

1.      I am a member in good standing of the New York State Bar, am admitted to this Court *pro hac vice* in this matter, and am an associate with the law firm of Baker Botts, L.L.P., counsel of record for Elan Pharma International Limited in the above captioned action. I submit this Declaration based upon personal knowledge. If called upon as a witness, I could, and would, competently testify to the truth of each statement herein.

2.      Attached hereto as Exhibit 1 is a true and correct copy of the Abraxane® Prescribing Information package insert, May 2007 Version.

3.      Attached hereto as Exhibit 2 is a true and correct copy of the AmBisome® Prescribing Information package insert, Revised July 2005 Version.

I declare and affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

**FURTHER DECLARANT SAYETH NOT.**

Executed this 31th day of August, 2007 in New York, New York.

Lisa A. Chiarini

# EXHIBIT 1

**Version: May 2007**

**Rx Only**

# ABRAXANE® for Injectable Suspension (paclitaxel protein-bound particles for injectable suspension) (albumin-bound)

**(Patient Information Enclosed)**

---

**WARNING**

ABRAXANE for Injectable Suspension (paclitaxel protein-bound particles for injectable suspension) should be administered under the supervision of a physician experienced in the use of cancer chemotherapeutic agents. Appropriate management of complications is possible only when adequate diagnostic and treatment facilities are readily available.

ABRAXANE therapy should not be administered to patients with metastatic breast cancer who have baseline neutrophil counts of less than 1,500 cells/mm$^3$. In order to monitor the occurrence of bone marrow suppression, primarily neutropenia, which may be severe and result in infection, it is recommended that frequent peripheral blood cell counts be performed on all patients receiving ABRAXANE.

Note: An albumin form of paclitaxel may substantially affect a drug's functional properties relative to those of drug in solution. DO NOT SUBSTITUTE FOR OR WITH OTHER PACLITAXEL FORMULATIONS.

---

## DESCRIPTION

ABRAXANE for Injectable Suspension (paclitaxel protein-bound particles for injectable suspension) is an albumin-bound form of paclitaxel with a mean particle size of approximately 130 nanometers. ABRAXANE is supplied as a white to yellow, sterile, lyophilized powder for reconstitution with 20 mL of 0.9% Sodium Chloride Injection, USP prior to intravenous infusion. Each single-use vial contains 100 mg of paclitaxel and approximately 900 mg of human albumin. Each milliliter (mL) of reconstituted suspension contains 5 mg paclitaxel. ABRAXANE is free of solvents.

The active agent in ABRAXANE® is paclitaxel, a natural product with antitumor activity. Paclitaxel is obtained from *Taxus media*. The chemical name for paclitaxel is 5β,20-Epoxy-1,2α,4,7β,10β,13α-hexahydroxytax-11-en-9-one 4,10-diacetate 2-benzoate 13-ester with (2*R*,3*S*)-*N*-benzoyl-3-phenylisoserine.

Paclitaxel has the following structural formula:



Paclitaxel is a white to off-white crystalline powder with the empirical formula $C_{47}H_{51}NO_{14}$ and a molecular weight of 853.91. It is highly lipophilic, insoluble in water, and melts at approximately 216°C to 217°C.

## CLINICAL PHARMACOLOGY

## Mechanism of Action

ABRAXANE for Injectable Suspension (paclitaxel protein-bound particles for injectable suspension) is an antimicrotubule agent that promotes the assembly of microtubules from tubulin dimers and stabilizes microtubules by preventing depolymerization. This stability results in the inhibition of the normal dynamic reorganization of the microtubule network that is essential for vital interphase and mitotic cellular functions. Paclitaxel induces abnormal arrays or "bundles" of microtubules throughout the cell cycle and multiple asters of microtubules during mitosis.

## Human Pharmacokinetics

The pharmacokinetics of total paclitaxel following 30 and 180-minute infusions of ABRAXANE at dose levels of 80 to 375 mg/m$^2$ were determined in clinical studies. Dose levels of mg/m$^2$ refer to mg of paclitaxel in ABRAXANE. Following intravenous administration of ABRAXANE, paclitaxel plasma concentrations declined in a biphasic manner, the initial rapid decline

2

representing distribution to the peripheral compartment and the slower second phase representing drug elimination. The terminal half-life was about 27 hours.

The drug exposure (AUCs) was dose proportional over 80 to 375 mg/m$^2$ and the pharmacokinetics of paclitaxel for ABRAXANE® were independent of the duration of administration. At the recommended ABRAXANE clinical dose, 260 mg/m$^2$, the mean maximum concentration of paclitaxel, which occurred at the end of the infusion, was 18,741 ng/mL. The mean total clearance was 15 L/hr/m$^2$. The mean volume of distribution was 632 L/m$^2$; the large volume of distribution indicates extensive extravascular distribution and/or tissue binding of paclitaxel.

The pharmacokinetic data of 260 mg/m$^2$ ABRAXANE administered over 30 minutes was compared to the pharmacokinetics of 175 mg/m$^2$ paclitaxel injection over 3 hours. The clearance of ABRAXANE was larger (43%) than for the clearance of paclitaxel injection and the volume of distribution of ABRAXANE was also higher (53%). Differences in $C_{max}$ and $C_{max}$ corrected for dose reflected differences in total dose and rate of infusion. There were no differences in terminal half-lives.

*In vitro* studies of binding to human serum proteins, using paclitaxel concentrations ranging from 0.1 to 50 μg/mL, indicate that between 89% to 98% of drug is bound; the presence of cimetidine, ranitidine, dexamethasone, or diphenhydramine did not affect protein binding of paclitaxel.

After a 30-minute infusion of 260 mg/m$^2$ doses of ABRAXANE, the mean values for cumulative urinary recovery of unchanged drug (4%) indicated extensive non-renal clearance. Less than 1% of the total administered dose was excreted in urine as the metabolites 6α-hydroxypaclitaxel and 3 -*p*-hydroxypaclitaxel. Fecal excretion was approximately 20% of the total dose administered.

*In vitro* studies with human liver microsomes and tissue slices showed that paclitaxel was metabolized primarily to 6α-hydroxypaclitaxel by CYP2C8; and to two minor metabolites, 3 -*p*-hydroxypaclitaxel and 6α, 3 -*p*-dihydroxypaclitaxel, by CYP3A4. *In vitro*, the metabolism of paclitaxel to 6α-hydroxypaclitaxel was inhibited by a number of agents (ketoconazole,

3

verapamil, diazepam, quinidine, dexamethasone, cyclosporin, teniposide, etoposide, and vincristine), but the concentrations used exceeded those found *in vivo* following normal therapeutic doses. Testosterone, $17\alpha$-ethinyl estradiol, retinoic acid, and quercetin, a specific inhibitor of CYP2C8, also inhibited the formation of $6\alpha$-hydroxypaclitaxel *in vitro*. The pharmacokinetics of paclitaxel may also be altered *in vivo* as a result of interactions with compounds that are substrates, inducers, or inhibitors of CYP2C8 and/or CYP3A4 (see **PRECAUTIONS: Drug Interactions**). The effect of renal or hepatic dysfunction on the disposition of ABRAXANE® has not been investigated.

Possible interactions of paclitaxel with concomitantly administered medications have not been formally investigated.

## CLINICAL STUDIES
### Metastatic Breast Carcinoma:
Data from 106 patients accrued in two single arm open label studies and from 460 patients enrolled in a randomized comparative study were available to support the use of ABRAXANE in metastatic breast cancer.

Single Arm Open Label Studies- In one study, ABRAXANE was administered as a 30-minute infusion at a dose of 175 mg/m$^2$ to 43 patients with metastatic breast cancer. The second trial utilized a dose of 300 mg/m$^2$ as a 30 minute infusion in 63 patients with metastatic breast cancer. Cycles were administered at 3 week intervals. Objective responses were observed in both studies.

Randomized Comparative Study- This multicenter trial was conducted in 460 patients with metastatic breast cancer. Patients were randomized to receive ABRAXANE at a dose of 260 mg/m$^2$ given as a 30-minute infusion, or paclitaxel injection at 175 mg/m$^2$ given as a 3-hour infusion. Sixty-four percent of patients had impaired performance status (ECOG 1 or 2) at study entry; 79% had visceral metastases; and 76% had > 3 sites of metastases. Fourteen percent of the patients had not received prior chemotherapy; 27% had received chemotherapy in the adjuvant setting, 40% in the metastatic setting and 19% in both metastatic and adjuvant settings. Fifty-

4

nine percent received study drug as second or greater than second-line therapy.  Seventy-seven percent of the patients had been previously exposed to anthracyclines.

In this trial, patients in the ABRAXANE® treatment arm had a statistically significantly higher reconciled target lesion response rate (the trial primary endpoint) of 21.5% (95% CI: 16.2% to 26.7%), compared to 11.1% (95% CI: 6.9% to 15.1%) for patients in the paclitaxel injection treatment arm.  See Table 1.  There was no statistically significant difference in overall survival between the two study arms.

**Table 1: Efficacy Results from Randomized Trial**

| | | ABRAXANE 260 mg/m$^2$ | Paclitaxel Injection 175 mg/m$^2$ |
|---|---|---|---|
| **Reconciled Target Lesion Response Rate (primary endpoint)[a]** | | | |
| All randomized patients | Response Rate [95% CI] | 50/233 (21.5%) [16.19% – 26.73%] | 25/227 (11.1%) [6.94% – 15.09%] |
| | P-value[b] | 0.003 | |
| Patients who had failed combination chemotherapy or relapsed within 6 months of adjuvant chemotherapy[c] | Response Rate [95% CI] | 20/129 (15.5%) [9.26% – 21.75%] | 12/143 (8.4%) [3.85% – 12.94%] |

[a] Reconciled Target Lesion Response Rate (TLRR) was the prospectively defined protocol specific endpoint, based on independent radiologic assessment of tumor responses reconciled with investigator responses (which also included clinical information) for the first 6 cycles of therapy.  The reconciled TLRR was lower than the investigator Reported Response Rates, which are based on all cycles of therapy.

[b] From Cochran-Mantel-Haenszel test stratified by 1st line vs. > 1st line therapy.

[c] Prior therapy included an anthracycline unless clinically contraindicated.

## INDICATION

ABRAXANE® for Injectable Suspension (paclitaxel protein-bound particles for injectable suspension) is indicated for the treatment of breast cancer after failure of combination chemotherapy for metastatic disease or relapse within 6 months of adjuvant chemotherapy. Prior therapy should have included an anthracycline unless clinically contraindicated.

## CONTRAINDICATIONS

ABRAXANE should not be used in patients who have baseline neutrophil counts of < 1,500 cells/mm$^3$.

## WARNINGS

Bone marrow suppression (primarily neutropenia) is dose dependent and a dose limiting toxicity. ABRAXANE should not be administered to patients with baseline neutrophil counts of < 1,500 cells/mm$^3$. Frequent monitoring of blood counts should be instituted during ABRAXANE treatment. Patients should not be retreated with subsequent cycles of ABRAXANE until neutrophils recover to a level >1,500 cells/mm$^3$ and platelets recover to a level >100,000 cells/mm$^3$.

The use of ABRAXANE has not been studied in patients with hepatic or renal dysfunction. In the randomized controlled trial, patients were excluded for baseline serum bilirubin >1.5 mg/dL or baseline serum creatinine >2 mg/dL.

**Pregnancy – Teratogenic Effects: Pregnancy Category D:** ABRAXANE can cause fetal harm when administered to a pregnant woman. Administration of paclitaxel protein-bound particles to rats on gestation days 7 to 17 at doses of 6 mg/m$^2$ (approximately 2% of the daily maximum recommended human dose on a mg/m$^2$ basis) caused embryo- and fetotoxicity, as indicated by intrauterine mortality, increased resorptions (up to 5-fold), reduced numbers of litters and live fetuses, reduction in fetal body weight and increase in fetal anomalies. Fetal anomalies included soft tissue and skeletal malformations, such as eye bulge, folded retina, microphthalmia, and dilation of brain ventricles. A lower incidence of soft tissue and skeletal

6

malformations were also exhibited at 3 mg/m$^2$ (approximately 1% of the daily maximum recommended human dose on a mg/m$^2$ basis).

There are no adequate and well-controlled studies in pregnant women using ABRAXANE®. If this drug is used during pregnancy, or if the patient becomes pregnant while receiving this drug, the patient should be apprised of the potential hazard to the fetus. Women of childbearing potential should be advised to avoid becoming pregnant while receiving treatment with ABRAXANE.

**Use in Males:** Men should be advised to not father a child while receiving treatment with ABRAXANE (see **PRECAUTIONS: Carcinogenesis, Mutagenesis, Impairment of Fertility** for discussion of effects of ABRAXANE exposure on male fertility and embryonic viability).

**Albumin (Human):** ABRAXANE contains albumin (human), a derivative of human blood. Based on effective donor screening and product manufacturing processes, it carries an extremely remote risk for transmission of viral diseases. A theoretical risk for transmission of Creutzfeldt-Jakob Disease (CJD) also is considered extremely remote. No cases of transmission of viral diseases or CJD have ever been identified for albumin.

## PRECAUTIONS
**Drug Interactions:** No drug interaction studies have been conducted with ABRAXANE.

The metabolism of paclitaxel is catalyzed by CYP2C8 and CYP3A4. In the absence of formal clinical drug interaction studies, caution should be exercised when administering ABRAXANE (paclitaxel protein-bound particles for injectable suspension) concomitantly with known substrates or inhibitors of CYP2C8 and CYP3A4 (see **CLINICAL PHARMACOLOGY**).

Potential interactions between paclitaxel, a substrate of CYP3A4, and protease inhibitors (such as ritonavir, saquinavir, indinavir, and nelfinavir), which are substrates and/or inhibitors of CYP3A4, have not been evaluated in clinical trials.

7

**Hematology:** ABRAXANE® therapy should not be administered to patients with baseline neutrophil counts of less than 1,500 cells/mm$^3$. In order to monitor the occurrence of myelotoxicity, it is recommended that frequent peripheral blood cell counts be performed on all patients receiving ABRAXANE. Patients should not be retreated with subsequent cycles of ABRAXANE until neutrophils recover to a level >1,500 cells/mm$^3$ and platelets recover to a level >100,000 cells/mm$^3$. In the case of severe neutropenia (<500 cells/mm$^3$ for seven days or more) during a course of ABRAXANE therapy, a dose reduction for subsequent courses of therapy is recommended (see **DOSAGE and ADMINISTRATION**).

**Nervous System:** Sensory neuropathy occurs frequently with ABRAXANE. The occurrence of grade 1 or 2 sensory neuropathy does not generally require dose modification. If grade 3 sensory neuropathy develops, treatment should be withheld until resolution to grade 1 or 2 followed by a dose reduction for all subsequent courses of ABRAXANE (see **DOSAGE and ADMINISTRATION**).

**Injection Site Reaction:** Injection site reactions occur infrequently with ABRAXANE and were mild in the randomized clinical trial. Given the possibility of extravasation, it is advisable to closely monitor the infusion site for possible infiltration during drug administration.

**Carcinogenesis, Mutagenesis, Impairment of Fertility:** The carcinogenic potential of ABRAXANE has not been studied.

Paclitaxel has been shown to be clastogenic *in vitro* (chromosome aberrations in human lymphocytes) and *in vivo* (micronucleus test in mice). ABRAXANE was not mutagenic in the Ames test or the CHO/HGPRT gene mutation assay.

Administration of paclitaxel protein-bound particles to male rats at 42 mg/m$^2$ on a weekly basis (approximately 16% of the daily maximum recommended human exposure on a mg/m$^2$ basis) for 11 weeks prior to mating with untreated female rats resulted in significantly reduced fertility accompanied by decreased pregnancy rates and increased loss of embryos in mated females. A low incidence of skeletal and soft tissue fetal anomalies was also observed at doses of 3 and 12

8

mg/m$^2$/week in this study (approximately 1 to 5% of the daily maximum recommended human exposure on a mg/m$^2$ basis).  Testicular atrophy/degeneration has also been observed in single-dose toxicology studies in rodents administered paclitaxel protein-bound particles at 54 mg/m$^2$ and dogs administered 175 mg/m$^2$ (see **WARNINGS**).

**Pregnancy:  Teratogenic Effects:  Pregnancy Category D:**  (See **WARNINGS** section).

**Nursing Mothers:**  It is not known whether paclitaxel is excreted in human milk.  Following intravenous administration of carbon-14 labeled paclitaxel to rats on days 9 to 10 postpartum, concentrations of radioactivity in milk were higher than in plasma and declined in parallel with the plasma concentrations.  Because many drugs are excreted in human milk and because of the potential for serious adverse reactions in nursing infants, it is recommended that nursing be discontinued when receiving ABRAXANE® therapy.

**Pediatric Use**:  The safety and effectiveness of ABRAXANE in pediatric patients have not been evaluated.

**Geriatric use**:  Of the 229 patients in the randomized study who received ABRAXANE, 11% were at least 65 years of age and < 2% were 75 years or older.  No toxicities occurred notably more frequently among elderly patients who received ABRAXANE.

**Information for Patients:** (See **Patient Information Leaflet**).

## ADVERSE REACTIONS:

The following table shows the frequency of important adverse events in the randomized comparative trial for the patients who received either single-agent ABRAXANE® or paclitaxel injection for the treatment of metastatic breast cancer.

**Table 2:  Frequency[a] of Important Treatment Emergent Adverse Events in the Randomized Study on an Every-3-Weeks Schedule**

| | Percent of Patients | |
|---|---|---|
| | ABRAXANE® 260/30min[b] (n=229) | Paclitaxel Injection 175/3h[c,d] (n=225) |
| **Bone Marrow** | | |
| Neutropenia | | |
| $< 2.0 \times 10^9$/L | 80 | 82 |
| $< 0.5 \times 10^9$/L | 9 | 22 |
| Thrombocytopenia | | |
| $< 100 \times 10^9$/L | 2 | 3 |
| $< 50 \times 10^9$/L | <1 | <1 |
| Anemia | | |
| $< 11$ g/dL | 33 | 25 |
| $< 8$ g/dL | 1 | <1 |
| Infections | 24 | 20 |
| Febrile Neutropenia | 2 | 1 |
| Bleeding | 2 | 2 |
| **Hypersensitivity Reaction[e]** | | |
| All | 4 | 12 |
| Severe[f] | 0 | 2 |
| **Cardiovascular** | | |
| Vital Sign Changes[g] | | |
| Bradycardia | <1 | <1 |
| Hypotension | 5 | 5 |
| Severe Cardiovascular Events[f] | 3 | 4 |
| **Abnormal ECG** | | |
| All patients | 60 | 52 |
| Patients with Normal Baseline | 35 | 30 |
| **Respiratory** | | |
| Cough | 7 | 6 |
| Dyspnea | 12 | 9 |
| **Sensory Neuropathy** | | |
| Any Symptoms | 71 | 56 |
| Severe Symptoms[f] | 10 | 2 |
| **Myalgia / Arthralgia** | | |
| Any Symptoms | 44 | 49 |
| Severe Symptoms[f] | 8 | 4 |

**Table 2:  Frequency[a] of Important Treatment Emergent Adverse Events in the Randomized Study on an Every-3-Weeks Schedule, Continued**

| | Percent of Patients | |
|---|---|---|
| | ABRAXANE® 260/30min[b] (n=229) | Paclitaxel Injection 175/3h[c,d] (n=225) |
| **Asthenia** | | |
| Any Symptoms | 47 | 39 |
| Severe Symptoms[f] | 8 | 3 |
| **Fluid Retention/Edema** | | |
| Any Symptoms | 10 | 8 |
| Severe Symptoms[f] | 0 | <1 |
| **Gastrointestinal** | | |
| Nausea | | |
| Any symptoms | 30 | 22 |
| Severe symptoms[f] | 3 | <1 |
| Vomiting | | |
| Any symptoms | 18 | 10 |
| Severe Symptoms[f] | 4 | 1 |
| Diarrhea | | |
| Any Symptoms | 27 | 15 |
| Severe Symptoms[f] | <1 | 1 |
| Mucositis | | |
| Any Symptoms | 7 | 6 |
| Severe Symptoms[f] | <1 | 0 |
| **Alopecia** | 90 | 94 |
| **Hepatic** (Patients with Normal Baseline) | | |
| Bilirubin Elevations | 7 | 7 |
| Alkaline Phosphatase Elevations | 36 | 31 |
| AST (SGOT) Elevations | 39 | 32 |
| **Injection Site Reaction** | <1 | 1 |

[a] Based on worst grade.
[b] ABRAXANE dose in mg/m$^2$/duration in minutes.
[c] paclitaxel injection dose in mg/m$^2$/duration in hours.
[d] paclitaxel injection pts received premedication.
[e] Includes treatment-related events related to hypersensitivity  (e.g.,  flushing, dyspnea, chest pain, hypotension) that began on a day of dosing.
[f] Severe events are defined as at least grade 3 toxicity.
[g] During study drug dosing.

Myelosuppression and sensory neuropathy were dose related.

**Adverse Event Experiences by Body System:** Unless otherwise noted, the following discussion refers to the primary safety database of 229 patients with metastatic breast cancer treated with single-agent ABRAXANE® in the randomized controlled trial. The frequency and severity of important adverse events for the study are presented above in tabular form. In some instances, rare severe events observed with paclitaxel injection may be expected to occur with ABRAXANE.

Hematologic:  Neutropenia, the most important hematologic toxicity, was dose dependent and reversible. Among patients with metastatic breast cancer in the randomized trial, neutrophil counts declined below 500 cells/mm$^3$ (Grade 4) in 9% of the patients treated with a dose of 260 mg/m$^2$ compared to 22% in patients receiving paclitaxel injection at a dose of 175 mg/m$^2$.

In the randomized metastatic breast cancer study, infectious episodes were reported in 24% of the patients treated with a dose of 260 mg/m$^2$ given as a 30-minute infusion. Oral candidiasis, respiratory tract infections and pneumonia were the most frequently reported infectious complications. Febrile neutropenia was reported in 2% of patients in the ABRAXANE arm and 1% of patients in the paclitaxel injection arm.

Thrombocytopenia was uncommon. In the randomized metastatic breast cancer study, bleeding episodes were reported in 2% of the patients in each treatment arm.

Anemia (Hb <11 g/dL) was observed in 33% of patients treated with ABRAXANE in the randomized trial and was severe (Hb <8 g/dL) in 1% of the cases. Among all patients with normal baseline hemoglobin, 31% became anemic on study and 1% had severe anemia.

Hypersensitivity Reactions (HSRs):  In the randomized controlled metastatic breast cancer study, Grade 1 or 2 HSRs occurred on the day of ABRAXANE administration and consisted of dyspnea (1%) and flushing, hypotension, chest pain, and arrhythmia (all <1%). The use of

ABRAXANE® in patients previously exhibiting hypersensitivity to paclitaxel injection or human albumin has not been studied.

During postmarketing surveillance, rare occurrences of severe hypersensitivity reactions have been reported with ABRAXANE. The use of ABRAXANE in patients previously exhibiting hypersensitivity to paclitaxel injection or human albumin has not been studied. Patients who experience a severe hypersensitivity reaction to ABRAXANE should not be rechallenged with the drug.

Cardiovascular: Hypotension, during the 30-minute infusion, occurred in 5% of patients in the randomized metastatic breast cancer trial. Bradycardia, during the 30-minute infusion, occurred in <1% of patients. These vital sign changes most often caused no symptoms and required neither specific therapy nor treatment discontinuation.

Severe cardiovascular events possibly related to single-agent ABRAXANE occurred in approximately 3% of patients in the randomized trial. These events included chest pain, cardiac arrest, supraventricular tachycardia, edema, thrombosis, pulmonary thromboembolism, pulmonary emboli, and hypertension. Cases of cerebrovascular attacks (strokes) and transient ischemic attacks have been reported rarely.

Electrocardiogram (ECG) abnormalities were common among patients at baseline. ECG abnormalities on study did not usually result in symptoms, were not dose-limiting, and required no intervention. ECG abnormalities were noted in 60% of patients in the metastatic breast cancer randomized trial. Among patients with a normal ECG prior to study entry, 35% of all patients developed an abnormal tracing while on study. The most frequently reported ECG modifications were non-specific repolarization abnormalities, sinus bradycardia, and sinus tachycardia.

Respiratory: Reports of dyspnea (12%) and cough (6%) were reported after treatment with ABRAXANE in the randomized trial. Rare reports (<1%) of pneumothorax were reported after treatment with ABRAXANE. Rare reports of interstitial pneumonia, lung fibrosis, and

pulmonary embolism have been received as part of the continuing surveillance of paclitaxel injection safety and may occur following ABRAXANE treatment. Rare reports of radiation pneumonitis have been received in paclitaxel injection patients receiving concurrent radiotherapy. There is no experience with the use of ABRAXANE with concurrent radiotherapy.

Neurologic: The frequency and severity of neurologic manifestations were influenced by prior and/or concomitant therapy with neurotoxic agents.

In general, the frequency and severity of neurologic manifestations were dose-dependent in patients receiving single-agent ABRAXANE®. In the randomized trial, sensory neuropathy was observed in 71% of patients (10% severe) in the ABRAXANE arm and in 56% of patients (2% severe) in the paclitaxel injection arm. The frequency of sensory neuropathy increased with cumulative dose. Sensory neuropathy was the cause of ABRAXANE discontinuation in 7/229 (3%) patients in the randomized trial. In the randomized comparative study, 24 patients (10%) treated with ABRAXANE developed Grade 3 peripheral neuropathy; of these patients, 14 had documented improvement after a median of 22 days; 10 patients resumed treatment at a reduced dose of ABRAXANE and 2 discontinued due to peripheral neuropathy. Of the 10 patients without documented improvement, 4 discontinued the study due to peripheral neuropathy.

No incidences of grade 4 sensory neuropathies were reported in the clinical trial. Only one incident of motor neuropathy (grade 2) was observed in either arm of the controlled trial.

Cranial nerve palsies have been reported during postmarketing surveillance of ABRAXANE. Because these events have been reported during clinical practice, true estimates of frequency cannot be made and a causal relationship to the events has not been established.

Reports of autonomic neuropathy resulting in paralytic ileus have been received as part of the continuing surveillance of paclitaxel injection safety.

Ocular/visual disturbances occurred in 13% of all patients (n=366) treated with ABRAXANE in single arm and randomized trials and 1% were severe. The severe cases (keratitis and blurred

14

vision) were reported in patients in a single arm study who received higher doses than those recommended (300 or 375 mg/m$^2$). These effects generally have been reversible. However, rare reports in the literature of abnormal visual evoked potentials in patients treated with paclitaxel injection have suggested persistent optic nerve damage.

Arthralgia/Myalgia: Forty-four percent of patients treated in the randomized trial experienced arthralgia/myalgia; 8% experienced severe symptoms. The symptoms were usually transient, occurred two or three days after ABRAXANE® administration, and resolved within a few days.

Hepatic: Among patients with normal baseline liver function treated with ABRAXANE in the randomized trial, 7%, 36%, and 39% had elevations in bilirubin, alkaline phosphatase, and AST (SGOT), respectively. Grade 3 or 4 elevations in GGT were reported for 14% of patients treated with ABRAXANE and 10% of patients treated with paclitaxel injection in the randomized trial.

Rare reports of hepatic necrosis and hepatic encephalopathy leading to death have been received as part of the continuing surveillance of paclitaxel injection safety and may occur following ABRAXANE treatment.

Renal: Overall 11% of patients experienced creatinine elevation, 1% severe. No discontinuations, dose reductions, or dose delays were caused by renal toxicities.

Gastrointestinal (GI): Nausea/vomiting, diarrhea, and mucositis were reported by 33%, 27%, and 7% of ABRAXANE treated patients in the randomized trial.

Rare reports of intestinal obstruction, intestinal perforation, pancreatitis, and ischemic colitis have been received as part of the continuing surveillance of paclitaxel injection safety and may occur following ABRAXANE treatment. Rare reports of neutropenic enterocolitis (typhlitis), despite the coadministration of G-CSF, were observed in patients treated with paclitaxel injection alone and in combination with other chemotherapeutic agents.

15

**Injection Site Reaction:**  Injection site reactions have occurred infrequently with ABRAXANE and were mild in the randomized clinical trial.  Recurrence of skin reactions at a site of previous extravasation following administration of paclitaxel injection at a different site, i.e., "recall", has been reported rarely.

Rare reports of more severe events such as phlebitis, cellulitis, induration, skin exfoliation, necrosis, and fibrosis have been received as part of the continuing surveillance of paclitaxel injection safety.  In some cases the onset of the injection site reaction in paclitaxel injection patients either occurred during a prolonged infusion or was delayed by a week to ten days.

Given the possibility of extravasation, it is advisable to closely monitor the infusion site for possible infiltration during drug administration.

**Asthenia:**  Asthenia was reported in 47% of patients (8% severe) treated with ABRAXANE® in the randomized trial.  Asthenia included reports of asthenia, fatigue, weakness, lethargy and malaise.

**Other Clinical Events:**  Rare cases of cardiac ischemia/infarction and thrombosis/embolism possibly related to ABRAXANE treatment have been reported.  Alopecia was observed in almost all of the patients.  Nail changes (changes in pigmentation or discoloration of nail bed) were uncommon.  Edema (fluid retention) was infrequent (10% of randomized trial patients); no patients had severe edema.

The following rare adverse events have been reported as part of the continuing surveillance of paclitaxel injection safety and may occur following ABRAXANE treatment: skin abnormalities related to radiation recall as well as reports of Stevens-Johnson syndrome, toxic epidermal necrolysis, conjunctivitis, and increased lacrimation. As part of the continuing surveillance of ABRAXANE, skin reactions including generalized or maculo-papular rash, erythema, and pruritis have been observed.  Additionally, there have been case reports of photosensitivity reactions, radiation recall phenomenon, and in some patients previously exposed to capecitabine, reports of palmar-plantar erythrodysaesthesiae.  Because these events have been reported during

16

clinical practice, true estimates of frequency cannot be made and a causal relationship to the events has not been established.

**Accidental Exposure:**  No reports of accidental exposure to ABRAXANE® have been received. However, upon inhalation of paclitaxel, dyspnea, chest pain, burning eyes, sore throat, and nausea have been reported.  Following topical exposure, events have included tingling, burning, and redness.

## OVERDOSAGE

There is no known antidote for ABRAXANE overdosage.  The primary anticipated complications of overdosage would consist of bone marrow suppression, sensory neurotoxicity, and mucositis.

## DOSAGE AND ADMINISTRATION

After failure of combination chemotherapy for metastatic breast cancer or relapse within 6 months of adjuvant chemotherapy, the recommended regimen for ABRAXANE for Injectable Suspension (paclitaxel protein-bound particles for injectable suspension) is 260 mg/m$^2$ administered intravenously over 30 minutes every 3 weeks.

**Hepatic Impairment:**  The appropriate dose of ABRAXANE for patients with bilirubin greater than 1.5 mg/dL is not known.

**Dose Reduction:**  Patients who experience severe neutropenia (neutrophil <500 cells/mm$^3$ for a week or longer) or severe sensory neuropathy during ABRAXANE therapy should have dosage reduced to 220 mg/m$^2$ for subsequent courses of ABRAXANE.  For recurrence of severe neutropenia or severe sensory neuropathy, additional dose reduction should be made to 180 mg/m$^2$.  For grade 3 sensory neuropathy hold treatment until resolution to grade 1 or 2, followed by a dose reduction for all subsequent courses of ABRAXANE.

**Preparation and Administration Precautions:**  ABRAXANE is a cytotoxic anticancer drug and, as with other potentially toxic paclitaxel compounds, caution should be exercised in

17

handling ABRAXANE. The use of gloves is recommended. If ABRAXANE (lyophilized cake or reconstituted suspension) contacts the skin, wash the skin immediately and thoroughly with soap and water. Following topical exposure to paclitaxel, events may include tingling, burning and redness. If ABRAXANE® contacts mucous membranes, the membranes should be flushed thoroughly with water.

Given the possibility of extravasation, it is advisable to closely monitor the infusion site for possible infiltration during drug administration. Limiting the infusion of ABRAXANE to 30 minutes, as directed, reduces the likelihood of infusion-related reactions (see **PRECAUTIONS: Injection Site Reaction**).

No premedication to prevent hypersensitivity reactions is required prior to administration of ABRAXANE.

**Preparation for Intravenous Administration:** ABRAXANE is supplied as a sterile lyophilized powder for reconstitution before use. **AVOID ERRORS, READ ENTIRE PREPARATION INSTRUCTIONS PRIOR TO RECONSTITUTION**.

| | |
|---|---|
| 1. | Aseptically, reconstitute each vial by injecting 20 mL of 0.9% Sodium Chloride Injection, USP. |
| 2. | Slowly inject the 20 mL of 0.9% Sodium Chloride Injection, USP, over a minimum of 1 minute, using the sterile syringe to direct the solution flow onto the INSIDE WALL OF THE VIAL. |



| | |
|---|---|
| 3. | DO NOT INJECT the 0.9% Sodium Chloride Injection, USP, directly onto the lyophilized cake as this will result in foaming. |
| 4. | Once the injection is complete, allow the vial to sit for a minimum of 5 minutes to ensure proper wetting of the lyophilized cake/powder. |
| 5. | Gently swirl and/or invert the vial slowly for at least 2 minutes until complete dissolution of any cake/powder occurs. Avoid generation of foam. |
| 6. | If foaming or clumping occurs, stand solution for at least 15 minutes until foam subsides. |

Each mL of the reconstituted formulation will contain 5 mg/mL paclitaxel.

Calculate the exact total dosing volume of 5 mg/mL suspension required for the patient: Dosing volume (mL) = Total dose (mg)/5 (mg/mL)

The reconstituted suspension should be milky and homogenous without visible particulates. If particulates or settling are visible, the vial should be **gently** inverted again to ensure complete resuspension prior to use. Discard the reconstituted suspension if precipitates are observed. Discard any unused portion.

Inject the appropriate amount of reconstituted ABRAXANE® into an empty, sterile IV bag (plasticized polyvinyl chloride (PVC) containers, PVC or non-PVC type IV bag). The use of specialized DEHP-free solution containers or administration sets is not necessary to prepare or administer ABRAXANE infusions. The use of an in-line filter is not recommended.

Parenteral drug products should be inspected visually for particulate matter and discoloration prior to administration whenever solution and container permit.

**Stability:** Unopened vials of ABRAXANE are stable until the date indicated on the package when stored between 20°C to 25°C (68°F to 77°F), in the original package. Neither freezing nor refrigeration adversely affects the stability of the product.

Stability of Reconstituted Suspension in the Vial
Reconstituted ABRAXANE should be used immediately, but may be refrigerated at 2°C to 8°C (36°F to 46°F) for a maximum of 8 hours if necessary. If not used immediately, each vial of reconstituted suspension should be replaced in the original carton to protect it from bright light. Discard any unused portion.

<u>Stability of Reconstituted Suspension in the Infusion Bag</u>

The suspension for infusion prepared as recommended in an infusion bag should be used immediately, but may be stored at ambient temperature (approximately 25° C) and lighting conditions for up to 8 hours.

## HOW SUPPLIED

**Product No.** 103450

**NDC No.** 68817-134-50          100 mg of paclitaxel in a single use vial, individually packaged in a carton.

**Storage:** Store the vials in original cartons at 20° C to 25° C (68° F to 77°F). Retain in the original package to protect from bright light.

**Handling and Disposal:** Procedures for proper handling and disposal of anticancer drugs should be considered. Several guidelines on this subject have been published.[1-8] There is no general agreement that all of the procedures recommended in the guidelines are necessary or appropriate.

U.S. Patent Numbers: 5,439,686; 5,498,421; 6,096,331; 6,506,405; 6,537,579; 6,749,868; 6,753,006

## REFERENCES

1.   Recommendations for the Safe Handling of Parenteral Antineoplastic Drugs. Publication No. 83-2621. For sale by the Superintendent of Documents, US Government NIH Printing Office, Washington, DC 20402.

2.   AMA Council Report. Guidelines for Handling Parenteral Antineoplastics. *JAMA*, 1985; 253(11):1590-1592.

3.   National Study Commission on Cytotoxic Exposure Recommendations for Handling Cytotoxic Agents. Available from Louis R Jeffrey, ScD, Chairman, National Study Commission on Cytotoxic Exposure. Massachusetts College of

Pharmacy and Allied Health Sciences. 179 Longwood Avenue, Boston, Massachusetts 02115.

4. Clinical Oncological Society of Australia. Guidelines and Recommendations for Safe Handling of Antineoplastic Agents. *Med J Australia*, 1983; 1:426-428.

5. Jones RB, et al: Safe Handling of Chemotherapeutic Agents: A Report from the Mount Sinai Medical Center. *CA-A Cancer Journal for Clinicians*, 1983; (Sept/Oct) 258-263.

6. American Society of Hospital Pharmacists Technical Assistance Bulletin on Handling Cytotoxic and Hazardous Drugs. *Am J Hosp Pharm*, 1990; 47:1033-1049.

7. Controlling Occupational Exposure to Hazardous Drugs. (OSHA WORK-PRACTICE GUIDELINES.) *Am J Health-Syst Pharm*, 1996; 53:1669-1686.

8. ONS Clinical Practice Committee.  Cancer Chemotherapy Guidelines and Recommendations for Practice Pittsburgh, Pa:  Oncology Nursing Society; 1999:32-41.

Issued: May 2007

ABRAXIS
ONCOLOGY

A Division of Abraxis BioScience, Inc.
Los Angeles, CA 90049

## PATIENT INFORMATION

**ABRAXANE® for Injectable Suspension**

**[generic name = (paclitaxel protein-bound particles for injectable suspension) (albumin-bound)]**

## WHAT IS ABRAXANE?

ABRAXANE is a prescription cancer medicine.  It is injected into a vein and it is used to treat advanced breast cancer.

## WHAT IS CANCER?

Under normal conditions, the cells in your body divide and grow in an orderly, controlled way. Cell division and growth are necessary for the human body to perform its functions and to repair itself, when necessary.  Cancer cells are different from normal cells because they are not able to control their own growth.  The reasons for this abnormal growth are not yet fully understood.  A tumor is a mass of unhealthy cells that are dividing and growing fast and in an uncontrolled way. When a tumor invades surrounding healthy body tissue it is known as a malignant tumor.  A malignant tumor can spread (metastasize) from its original site to other parts of the body if not found and treated early.

## HOW DOES ABRAXANE WORK?

ABRAXANE is a type of medical treatment called chemotherapy.  The purpose of chemotherapy is to kill cancer cells or prevent their growth.

All cells, whether they are healthy cells or cancer cells, go through several stages of growth. During one of the stages, the cell starts to divide.  ABRAXANE may stop the cells from dividing and growing, so they eventually die.  In addition, normal cells may also be affected by ABRAXANE causing some of the side effects.  (see **WHAT ARE THE POSSIBLE SIDE EFFECTS OF ABRAXANE?** below).

## WHO SHOULD NOT TAKE ABRAXANE?

ABRAXANE should not be given to patients with dangerously low white blood cell counts.

22

## HOW IS ABRAXANE® GIVEN?

ABRAXANE is injected into a vein [intravenous (I.V.) infusion] over 30 minutes.

## WHAT PREMEDICATION IS REQUIRED WITH ABRAXANE?

While reactions can occur to any medication, severe allergic reactions to ABRAXANE are uncommon and premedication is not required. However, you should make your doctor aware of any allergies you may have so he/she can determine the course of action required.

## WHAT ARE THE POSSIBLE SIDE EFFECTS OF ABRAXANE?

Most patients taking ABRAXANE will experience side effects, although it is not always possible to tell whether such effects are caused by ABRAXANE, another medicine they may be taking, or the cancer itself. Important side effects are described below; however, some patients may experience other side effects that are less common. *Report any unusual symptoms to your doctor.*

Important side effects observed in studies of patients taking ABRAXANE were as follows:

**Hair Loss:** Complete hair loss, or alopecia, almost always occurs with ABRAXANE. This usually involves the loss of eyebrows, eyelashes, and pubic hair, as well as scalp hair. It can occur suddenly after treatment has begun, but usually happens 14 to 21 days after treatment. *Hair generally grows back after you've finished your ABRAXANE treatment.*

**Infections Due to Low White Blood Cell Count:** Among the body's defenses against bacterial infections are white blood cells. Between your ABRAXANE treatment cycles, you will often have blood tests to check your white blood cell counts. ABRAXANE usually causes a brief drop in white blood cells. *If you have a fever (temperature above 100.4°F) or other sign of infection, tell your doctor right away. Sometimes serious infections develop that require treatment in the hospital with antibiotics. Serious illness or death could result if such infections are not treated when white blood cell counts are low.*

23

**Numbness, Tingling, or Burning in the Hands and/or Feet (Neuropathy):** These symptoms occur often with ABRAXANE® and usually get better or go away without medication within three weeks of interrupting treatment. Be sure to tell your doctor about any numbness, tingling or burning that you have in your hands or feet so that he/she can decide the best approach for relief of your symptoms. Sometimes it is necessary to interrupt treatment with ABRAXANE until these symptoms improve. After improvement, treatment can be restarted at a lower dose.

**Fatigue and Weakness:** ABRAXANE may cause asthenia, fatigue, weakness, lethargy and malaise. These side effects are usually self-limited and do not require dose modification or interruption.

**Low Red Blood Cell Count:** Red blood cells deliver oxygen to tissues throughout all parts of the body and take carbon dioxide from the tissues by using a protein called hemoglobin. A lowering of the volume of red blood cells may occur following ABRAXANE treatment causing anemia. Some patients may need a blood transfusion to treat the anemia. Patients can feel tired, tire easily, appear pale, and become short of breath. Contact your doctor if you experience any of these symptoms following ABRAXANE treatment.

**Mouth or Lip Sores (Mucositis):** Some patients develop redness and/or sores in the mouth or on the lips. These symptoms might occur a few days after the ABRAXANE treatment and usually decrease or disappear within one week. Talk with your doctor about proper mouth care and other ways to prevent or reduce your chances of developing mucositis.

**Joint and Muscle Pain:** You may get joint and muscle pain a few days after your ABRAXANE treatment. These symptoms usually disappear in a few days. Although pain medicine may not be necessary, tell your doctor if you are uncomfortable.

**Stomach Upset and Diarrhea:** Some patients experience nausea, vomiting, and/or diarrhea following ABRAXANE use. If you experience nausea or stomach upset, tell your doctor because medicines can be given that almost always reduce or eliminate these symptoms.

24

Diarrhea will usually disappear without treatment; however, *if you experience severe abdominal or stomach area pain and/or severe diarrhea, tell your doctor right away.*

**Heart and Blood Vessel (Cardiovascular) Effects:** ABRAXANE® may cause a drop in heart rate (bradycardia) and low blood pressure (hypotension). The patient usually does not notice these changes. These changes usually do not require treatment. You should notify your doctor if you have a history of heart disease.

**Irritation at the Injection Site:** ABRAXANE may cause irritation at the site where it enters the vein. Reactions may include discomfort, redness, swelling, inflammation (of the surrounding skin or of the vein itself), and ulceration (open sores). These reactions are usually caused by the I.V. (intravenous) fluid leaking into the surrounding area. *If you notice anything unusual at the site of the injection (needle), either during or after treatment, tell your doctor right away.*

Talk with your doctor or other healthcare professional to discuss ways to prevent or reduce some of these side effects. Because this leaflet does not include all possible side effects that can occur with ABRAXANE, it is important to talk with your doctor about other possible side effects.

## CAN I TAKE ABRAXANE IF I AM PREGNANT OR NURSING A BABY?

ABRAXANE could harm the fetus when given to a pregnant woman. Women should avoid becoming pregnant while they are undergoing treatment with ABRAXANE. *Tell your doctor if you become pregnant or plan to become pregnant while taking ABRAXANE.*

Men should be advised not to father a child while receiving treatment with ABRAXANE.

Because studies have shown the active agent (paclitaxel) in ABRAXANE to be present in the breast milk of animals receiving the active agent, it may be present in human breast milk as well. Therefore, nursing a baby while taking ABRAXANE is NOT recommended. Because many drugs are excreted in human milk and because of the potential for serious adverse reactions in nursing infants, it is recommended that nursing be discontinued when receiving ABRAXANE therapy.

25

This medicine was prescribed for your particular condition. This summary does not include everything there is to know about ABRAXANE®. Medicines are sometimes prescribed for purposes other than those listed in a Patient Information Leaflet. If you have questions or concerns, or want more information about ABRAXANE, your doctor and pharmacist have the complete prescribing information upon which this guide is based. You may want to read it and discuss it with your doctor. Remember, no written summary can replace careful discussion with your doctor.

ABRAXIS
ONCOLOGY

A Division of Abraxis BioScience, Inc.
Los Angeles, CA 90049

This Patient Information Leaflet has been approved by the U.S. Food and Drug Administration.
Based on: ABRAXANE Package Insert issued: May 2007
Revised: May 2007

# EXHIBIT 2

1
2

# AmBisome®
# (amphotericin B) liposome for injection

3
4
5    Revised:  July 2005
6
7    **DESCRIPTION**
8    AmBisome for Injection is a sterile, non-pyrogenic lyophilized product for
9    intravenous infusion.  Each vial contains 50 mg of amphotericin B, USP,
10   intercalated into a liposomal membrane consisting of approximately 213 mg
11   hydrogenated soy phosphatidylcholine; 52 mg cholesterol, NF; 84 mg
12   distearoylphosphatidylglycerol; 0.64 mg alpha tocopherol, USP; together with
13   900 mg sucrose, NF; and 27 mg disodium succinate hexahydrate as buffer.
14   Following reconstitution with Sterile Water for Injection, USP, the resulting pH of
15   the suspension is between 5-6.
16
17   AmBisome is a true single bilayer liposomal drug delivery system.  Liposomes
18   are  closed,  spherical  vesicles  created  by  mixing  specific  proportions  of
19   amphophilic  substances  such  as  phospholipids  and  cholesterol  so  that  they
20   arrange themselves into multiple concentric bilayer membranes when hydrated
21   in  aqueous  solutions.      Single  bilayer  liposomes  are  then  formed  by
22   microemulsification of multilamellar vesicles using a homogenizer.  AmBisome
23   consists of these unilamellar bilayer liposomes with amphotericin B intercalated
24   within the membrane. Due to the nature and quantity of amphophilic substances
25   used, and the lipophilic moiety in the amphotericin B molecule, the drug is an
26   integral  of  the  overall  structure  of  the  AmBisome  liposomes.    AmBisome
27   contains  true  liposomes  that  are  less  than  100  nm  in  diameter.  A  schematic
28   depiction of the liposome is presented below.
29



30
31

32    Note:   Liposomal encapsulation or incorporation into a lipid complex can
33    substantially affect a drug's functional properties relative to those of the
34    unencapsulated drug or non-lipid associated drug.   In addition, different
35    liposomal or lipid-complex products with a common active ingredient may vary
36    from one another in the chemical composition and physical form of the lipid
37    component.  Such differences may affect the functional properties of these drug
38    products.
39
40    Amphotericin B is a macrocyclic, polyene, antifungal antibiotic produced from a
41    strain of *Streptomyces nodosus*.  Amphotericin B is designated chemically as:
42    [1R-(1R*,3S*,5R*,6R*,9R*,11R*,15S*,16R*,17R*,18S*,
43    19E,21E,23E,25E,27E,29E,31E,33R*,35S*,36R*,37S*)]-33-[(3-Amino-3,6-
44    dideoxy-β-D-mannopyranosyl)oxy]-1,3,5,6,9,11,17,37-octahydroxy-15,16,18-
45    trimethyl-13-oxo-14,39-dioxabicyclo[33.3.1]nonatriaconta-19,21,23,25,27,29,31-
46    heptaene-36-carboxylic acid (CAS No. 1397-89-3).
47
48    Amphotericin B has a molecular formula of $C_{47}H_{73}NO_{17}$ and a molecular weight
49    of 924.09.
50
51    The structure of amphotericin B is shown below:
52
53



54
55
56    **MICROBIOLOGY**
57    **Mechanism of Action**
58    Amphotericin B, the active ingredient of AmBisome, acts by binding to the sterol
59    component of a cell membrane leading to alterations in cell permeability and
60    cell death.   While amphotericin B has a higher affinity for the ergosterol
61    component of the fungal cell membrane, it can also bind to the cholesterol
62    component of the mammalian cell leading to cytotoxicity.   AmBisome, the
63    liposomal preparation of amphotericin B, has been shown to penetrate the cell
64    wall of both extracellular and intracellular forms of susceptible fungi.
65
66    **Activity In Vitro and In Vivo**
67    AmBisome has shown *in vitro* activity comparable to amphotericin B against the
68    following organisms:  *Aspergillus* species *(A. fumigatus, A. flavus), Candida*
69    species  *(C. albicans, C. krusei, C. lusitaniae, C. parapsilosis, C. tropicalis),*
70    *Cryptococcus neoformans,* and *Blastomyces dermatitidis.*   However,
71    standardized techniques for susceptibility testing of antifungal agents have not

72  been established and results of such studies do not necessarily correlate with
73  clinical outcome.
74
75  AmBisome is active in animal models against *Aspergillus fumigatus, Candida*
76  *albicans, Candida krusei, Candida lusitaniae, Cryptococcus neoformans,*
77  *Blastomyces dermatitidis, Coccidioides immitis, Histoplasma capsulatum,*
78  *Paracoccidioides brasiliensis, Leishmania donovani,* and *Leishmania infantum.*
79  The administration of AmBisome in these animal models demonstrated
80  prolonged survival of infected animals, reduction of microorganisms from target
81  organs, or a decrease in lung weight.
82
83  **Drug Resistance**
84  Mutants with decreased susceptibility to amphotericin B have been isolated
85  from several fungal species after serial passage in culture media containing the
86  drug, and from some patients receiving prolonged therapy.  Drug combination
87  studies *in vitro* and *in vivo* suggest that imidazoles may induce resistance to
88  amphotericin B.  However, the clinical relevance of drug resistance has not
89  been established.
90
91  **CLINICAL PHARMACOLOGY**
92  **Pharmacokinetics**
93  The assay used to measure amphotericin B in the serum after administration of
94  AmBisome does not distinguish amphotericin B that is complexed with the
95  phospholipids of AmBisome from amphotericin B that is uncomplexed.  The
96  pharmacokinetic profile of amphotericin B after administration of AmBisome is
97  based upon total serum concentrations of amphotericin B.  The
98  pharmacokinetic profile of amphotericin B was determined in febrile neutropenic
99  cancer and bone marrow transplant patients who received 1-2 hour infusions of
100  1 to 5 mg/kg/day AmBisome for 3 to 20 days.
101  The pharmacokinetics of amphotericin B after administration of AmBisome are
102  nonlinear such that there is a greater than proportional increase in serum
103  concentrations with an increase in dose from 1 to  5  mg/kg/day.  The
104  pharmacokinetic parameters of total amphotericin B (mean ± SD) after the first
105  dose and at steady state are shown in the table below.
106

3

**Pharmacokinetic Parameters of AmBisome**

| Dose (mg/kg/day): | 1 | | 2.5 | | 5 | |
|---|---|---|---|---|---|---|
| Day | 1 n = 8 | Last n = 7 | 1 n = 7 | Last n = 7 | 1 n = 12 | Last n = 9 |
| **Parameters** | | | | | | |
| $C_{max}$ (mcg/mL) | $7.3 \pm 3.8$ | $12.2 \pm 4.9$ | $17.2 \pm 7.1$ | $31.4 \pm 17.8$ | $57.6 \pm 21$ | $83 \pm 35.2$ |
| $AUC_{0-24}$ (mcg•hr/mL) | $27 \pm 14$ | $60 \pm 20$ | $65 \pm 33$ | $197 \pm 183$ | $269 \pm 96$ | $555 \pm 311$ |
| $t_{\frac{1}{2}}$(hr) | $10.7 \pm 6.4$ | $7 \pm 2.1$ | $8.1 \pm 2.3$ | $6.3 \pm 2$ | $6.4 \pm 2.1$ | $6.8 \pm 2.1$ |
| $V_{ss}$(L/kg) | $0.44 \pm 0.27$ | $0.14 \pm 0.05$ | $0.40 \pm 0.37$ | $0.16 \pm 0.09$ | $0.16 \pm 0.1$ | $0.10 \pm 0.07$ |
| Cl (mL/hr/kg) | $39 \pm 22$ | $17 \pm 6$ | $51 \pm 44$ | $22 \pm 15$ | $21 \pm 14$ | $11 \pm 6$ |

107
108 ***Distribution***
109 Based on total amphotericin B concentrations measured within a dosing interval
110 (24 hours) after administration of AmBisome, the mean half-life was 7-10 hours.
111 However, based on total amphotericin B concentration measured up to 49 days
112 after dosing of AmBisome, the mean half-life was 100-153 hours.  The long
113 terminal elimination half-life is probably a slow redistribution from tissues.
114 Steady state concentrations were generally achieved within 4 days of dosing.
115
116 Although variable, mean trough concentrations of amphotericin B remained
117 relatively constant with repeated administration of the same dose over the
118 range of 1 to 5 mg/kg/day, indicating no significant drug accumulation in the
119 serum.
120
121 ***Metabolism***
122 The metabolic pathways of amphotericin B after administration of AmBisome
123 are not known.
124
125 ***Excretion***
126 The mean clearance at steady state was independent of dose.  The excretion of
127 amphotericin B after administration of AmBisome has not been studied.
128
129 **Pharmacokinetics in Special Populations**
130 ***Renal Impairment***
131 The effect of renal impairment on the disposition of amphotericin B after
132 administration of AmBisome has not been studied.  However, AmBisome has
133 been successfully administered to patients with pre-existing renal impairment
134 (see **DESCRIPTION OF CLINICAL STUDIES**).
135
136 ***Hepatic Impairment***
137 The effect of hepatic impairment on the disposition of amphotericin B after
138 administration of AmBisome is not known.
139

4

140 ***Pediatric and Elderly Patients***
141 The pharmacokinetics of amphotericin B after administration of AmBisome in
142 pediatric and elderly patients have not been studied; however, AmBisome has
143 been used in pediatric and elderly patients (see **DESCRIPTION OF CLINICAL**
144 **STUDIES**).
145
146 ***Gender and Ethnicity***
147 The effect of gender or ethnicity on the pharmacokinetics of amphotericin B
148 after administration of AmBisome is not known.
149
150 **INDICATIONS AND USAGE**
151 AmBisome is indicated for the following:
152
153 • Empirical therapy for presumed fungal infection in febrile, neutropenic
154 patients.
155 • Treatment of Cryptococcal Meningitis in HIV infected patients (see
156 **DESCRIPTION OF CLINICAL STUDIES**).
157 • Treatment of patients with *Aspergillus* species, *Candida* species and/or
158 *Cryptococcus* species infections (see above for the treatment of
159 Cryptococcal Meningitis) refractory to amphotericin B deoxycholate, or in
160 patients where renal impairment or unacceptable toxicity precludes the use
161 of amphotericin B deoxycholate.
162 • Treatment of visceral leishmaniasis. In immunocompromised patients with
163 visceral leishmaniasis treated with AmBisome, relapse rates were high
164 following initial clearance of parasites (see **DESCRIPTION OF CLINICAL**
165 **STUDIES**).
166
167 See **DOSAGE AND ADMINISTRATION** for recommended doses by indication.
168
169 **DESCRIPTION OF CLINICAL STUDIES**
170 Eleven clinical studies supporting the efficacy and safety of AmBisome were
171 conducted. This clinical program included both controlled and uncontrolled
172 studies. These studies, which involved 2171 patients, included patients with
173 confirmed systemic mycoses, empirical therapy, and visceral leishmaniasis.
174
175 Nineteen hundred and forty-six episodes were evaluable for efficacy, of which
176 1280 (302 pediatric and 978 adults) were treated with AmBisome.
177
178 Three controlled empirical therapy trials compared the efficacy and safety of
179 AmBisome to amphotericin B. One of these studies was conducted in a
180 pediatric population, one in adults, and a third in patients aged 2 years or more.
181 In addition, a controlled empirical therapy trial comparing the safety of
182 AmBisome to Abelcet® (amphotericin B lipid complex) was conducted on
183 patients aged 2 years or more.
184

5

185  One controlled trial compared the efficacy and safety of AmBisome to
186  amphotericin B in HIV patients with cryptococcal meningitis.
187
188  One compassionate use study enrolled patients who had failed amphotericin B
189  deoxycholate therapy or who were unable to receive amphotericin B
190  deoxycholate because of renal insufficiency.
191
192  **Empirical Therapy in Febrile Neutropenic Patients**
193  Study 94-0-002, a randomized, double-blind, comparative multi-center trial,
194  evaluated the efficacy of AmBisome (1.5-6 mg/kg/day) compared with
195  amphotericin B deoxycholate (0.3-1.2 mg/kg/day) in the empirical treatment of
196  687 adult and pediatric neutropenic patients who were febrile despite having
197  received at least 96 hours of broad spectrum antibacterial therapy.  Therapeutic
198  success required (a) resolution of fever during the neutropenic period, (b)
199  absence of an emergent fungal infection, (c) patient survival for at least 7 days
200  post therapy, (d) no discontinuation of therapy due to toxicity or lack of efficacy,
201  and (e) resolution of any study-entry fungal infection.
202
203  The overall therapeutic success rates for AmBisome and the amphotericin B
204  deoxycholate were equivalent.   Results are summarized in the following table.
205  Note: The categories presented below are not mutually exclusive.
206

**Empirical Therapy in Febrile Neutropenic Patients:**
**Randomized, Double-Blind Study in 687 Patients**

|  | AmBisome | Amphotericin B |
|---|---|---|
| Number of patients receiving at least one dose of study drug | 343 | 344 |
| Overall Success | 171 (49.9%) | 169 (49.1%) |
|    Fever resolution during neutropenic period | 199 (58%) | 200 (58.1%) |
| No treatment emergent fungal infection | 300 (87.5%) | 301 (87.7%) |
| Survival through 7 days post study drug | 318 (92.7%) | 308 (89.5%) |
| Study drug not prematurely discontinued due to toxicity or lack of efficacy* | 294 (85.7%) | 280 (81.4%) |

207  * 8 and 10 patients, respectively, were treated as failures due to premature discontinuation
208  alone.
209
210  This therapeutic equivalence had no apparent relationship to the use of
211  prestudy antifungal prophylaxis or concomitant granulocytic colony stimulating
212  factors.
213
214  The incidence of mycologically confirmed and clinically diagnosed, emergent
215  fungal infections are presented in the following table.   AmBisome and
216  amphotericin B were found to be equivalent with respect to the total number of
217  emergent fungal infections.
218

**Empirical Therapy in Febrile Neutropenic Patients:**
**Emergent Fungal Infections**

|  | AmBisome | Amphotericin B |
|---|---|---|
| Number of patients receiving at least on e dose of study drug | 343 | 344 |
| Mycologically confirmed fungal infection | 11 (3.2%) | 27 (7.8%) |
| Clinically diagnosed fungal infection | 32 (9.3%) | 16 (4.7%) |
| Total emergent Fungal infections | 43 (12.5%) | 43 (12.5%) |

219
220  Mycologically confirmed fungal infections at study-entry were cured in 8 of 11
221  patients in the AmBisome group and 7 of 10 in the amphotericin B group.
222
223  Study 97-0-034, a randomized, double-blind, comparative multi-center trial,
224  evaluated the safety of AmBisome (3 and 5 mg/kg/day) compared with
225  amphotericin B lipid complex (5  mg/kg/day) in the empirical treatment of 202
226  adult and 42 pediatric neutropenic patients.  One hundred and sixty-six patients
227  received AmBisome (85 patients received 3 mg/kg/day and 81 received 5
228  mg/kg/day) and 78 patients received amphotericin B lipid complex.  The study
229  patients were febrile despite having received at least 72 hours of broad
230  spectrum antibacterial therapy.  The primary endpoint of this study was safety.
231  The study was not designed to draw statistically meaningful conclusions related
232  to comparative efficacy, and in fact, Abelcet is not labeled for this indication.
233
234  Two supportive prospective randomized, open label, comparative multi-center
235  studies examined the efficacy of two dosages of AmBisome (1 and 3
236  mg/kg/day) compared to amphotericin B deoxycholate (1 mg/kg/day) in the
237  treatment of neutropenic patients with presumed fungal infections.  These
238  patients were undergoing chemotherapy as part of a bone marrow transplant or
239  had hematological disease.  Study 104-10 enrolled adult patients (n=134).
240  Study 104-14 enrolled pediatric patients (n=214).  Both studies support the
241  efficacy equivalence of AmBisome and amphotericin B as empirical therapy in
242  febrile neutropenic patients.
243
244  **Treatment of Cryptococcal Meningitis in HIV Infected Patients.**
245  Study 94-0-013, a randomized, double-blind, comparative multi-center trial,
246  evaluated the efficacy of AmBisome at doses ( 3 and 6 mg/kg/day) compared
247  with amphotericin B deoxycholate (0.7 mg/kg/day) for the treatment of
248  cryptococcal meningitis in 266 adult and one pediatric HIV positive patients (the
249  pediatric patient received amphotericin B deoxycholate).   Of the 267 treated
250  patients, 86 received AmBisome 3 mg/kg/day, 94 received 6 mg/kg/day and 87
251  received   amphotericin   B   deoxycholate;   cryptococcal   meningitis   was
252  documented by a positive CSF culture at baseline in 73, 85 and 76 patients,
253  respectively.  Patients received study drug once daily for an induction period of
254  11 to 21 days.   Following induction, all patients were switched to oral
255  fluconazole at 400 mg/day for adults and 200 mg/day for patients less than 13

256 years of age to complete 10 weeks of protocol-directed therapy. For
257 mycologically evaluable patients, defined as all randomized patients who
258 received at least one dose of study drug, had a positive baseline CSF culture,
259 and had at least one follow-up culture, success was evaluated at week 2 (i.e.,
260 14 ± 4 days), and was defined as CSF culture conversion. Success rates at 2
261 weeks for AmBisome and amphotericin B deoxycholate are summarized in the
262 following table:

263
264

**Success Rates at 2 weeks (CSF Culture Conversion) Study 94-0-013**

|  | AmBisome 3 mg/kg | AmBisome 6 mg/kg | Amphotericin B 0.7 mg/kg |
|---|---|---|---|
| Success at Week 2 | 35/60 (58.3%) 97.5% CI[1]= -9.4%, +31% | 36/75 (48%) 97.5% CI[1]= -18.8%, +19.8% | 29/61 (47.5 %) |

265
266 [1] 97.5% Confidence Interval for the difference between AmBisome and amphotericin B
267 success rates. A negative
268    value is in favor of amphotericin B. A positive value is in favor of AmBisome.

269
270 Success at 10 weeks was defined as clinical success at week 10 plus CSF
271 culture conversion at or prior to week 10. Success rates at 10 weeks in patients
272 with positive baseline culture for cryptococcus species are summarized in the
273 following table and show that the efficacy of AmBisome 6 mg/kg/day
274 approximates the efficacy of the amphotericin B deoxycholate regimen. These
275 data do not support the conclusion that AmBisome 3 mg/kg/day is comparable
276 in efficacy to amphotericin B deoxycholate. The table also presents 10-week
277 survival rates for patients treated in this study.

278
279
280
281

**Success Rates and Survival Rates at week 10,  Study 94-0-013**
**(see text for definitions)**

|  | AmBisome 3 mg/kg | AmBisome 6 mg/kg | Amphotericin B 0.7 mg/kg |
|---|---|---|---|
| Success in patients with documented cryptococcal meningitis | 27/73 (37%) 97.5% CI[1]= -33.7%, +2.4% | 42/85 (49%) 97.5% CI[1]= -20.9%, 14.5% | 40/76 (53%) |
| Survival rates | 74/86 (86%) 97.5% CI[1]= -13.8%, +8.9% | 85/94 (90%) 97.5% CI[1]= -8.3%, +12.2% | 77/87 (89%) |

282
283 [1] 97.5% Confidence Interval for the difference between AmBisome and amphotericin B
284 rates. A negative
285    value is in favor of amphotericin B. A positive value is in favor of AmBisome.

286
287 The incidence of infusion-related, cardiovascular and renal adverse events was
288 lower in patients receiving AmBisome compared to amphotericin B
289 deoxycholate (see **ADVERSE REACTIONS** section for details), therefore, the
290 risks and benefits (advantages and disadvantages) of the different amphotericin

8

291  B formulations should be taken into consideration when selecting a patient
292  treatment regimen.
293
294  **Treatment of Patients with *Aspergillus* Species, *Candida* Species and/or**
295  ***Cryptococcus* Species Infections Refractory to Amphotericin B**
296  **Deoxycholate, or in Patients Where Renal Impairment or Unacceptable**
297  **Toxicity Precludes the Use of Amphotericin B Deoxycholate**
298  AmBisome was evaluated in a compassionate use study in hospitalized patients
299  with systemic fungal infections.  These patients either had fungal infections
300  refractory to amphotericin B deoxycholate, were intolerant to the use of
301  amphotericin B deoxycholate, or had pre-existing renal insufficiency.  Patient
302  recruitment involved 140 infectious episodes in 133 patients, with 53 episodes
303  evaluable for mycological response and 91 episodes evaluable for clinical
304  outcome.  Clinical success and mycological eradication occurred in some
305  patients with documented aspergillosis, candidiasis, and cryptococcosis.
306
307  **Treatment of Visceral Leishmaniasis**
308  AmBisome was studied in patients with visceral leishmaniasis who were
309  infected in the Mediterranean basin with documented or presumed *Leishmania*
310  *infantum*.  Clinical studies have not provided conclusive data regarding efficacy
311  against *L. donovani* or *L. chagasi*.
312
313  AmBisome achieved high rates of acute parasite clearance in
314  immunocompetent patients when total doses of 12-30 mg/kg were
315  administered.  Most of these immunocompetent patients remained relapse-free
316  during follow-up periods of 6 months or longer.  While acute parasite clearance
317  was achieved in most of the immunocompromised patients who received total
318  doses of 30-40 mg/kg, the majority of these patients were observed to relapse
319  in the 6 months following the completion of therapy.  Of the 21
320  immunocompromised patients studied, 17 were coinfected with HIV;
321  approximately half of the HIV infected patients had AIDS.  The following table
322  presents a comparison of efficacy rates among immunocompetent and
323  immunocompromised patients infected in the Mediterranean basin who had no
324  prior treatment or remote prior treatment for visceral leishmaniasis.  Efficacy
325  is expressed as both acute parasite clearance at the end of therapy (EOT) and as
326  overall success (clearance with no relapse) during the follow-up period (F/U) of
327  greater than 6 months for immunocompetent and immunocompromised
328  patients:
329
330

**AmBisome Efficacy in Visceral Leishmaniasis**

| Immunocompetent Patients | | |
| --- | --- | --- |
| No. of Patients | Parasite (%) Clearance at EOT | Overall Success (%) at F/U |
| 87 | 86/87 (98.9) | 83/86 (96.5) |
| Immunocompromised Patients | | |
| Regimen | Total Dose | Parasite (%) | Overall Success |

|  |  | Clearance at EOT | (%) at F/U |
|---|---|---|---|
| 100 mg/day X 21 days | 29-38.9 mg/kg | 10/10 (100) | 2/10 (20) |
| 4 mg/kg/day, days 1-5, and 10, 17, 24, 31, 38 | 40 mg/kg | 8/9 (88.9) | 0/7 (0) |
| TOTAL |  | 18/19 (94.7) | 2/17 (11.8) |

331
332   When followed for 6 months or more after treatment, the overall success rate
333   among immunocompetent patients was 96.5% and the overall success rate
334   among immunocompromised patients was 11.8% due to relapse in the majority
335   of patients.  While case reports have suggested there may be a role for long-
336   term therapy to prevent relapses in HIV coinfected patients (Lopez-Dupla, et al.
337   *J Antimicrob Chemother* 1993; 32: 657-659), there are no data to date
338   documenting the efficacy or safety of repeat courses of AmBisome or of
339   maintenance therapy with this drug among immunocompromised patients.
340
341   **CONTRAINDICATIONS**
342   AmBisome is contraindicated in those patients who have demonstrated or have
343   known hypersensitivity to amphotericin B deoxycholate or any other
344   constituents of the product unless, in the opinion of the treating physician, the
345   benefit of therapy outweighs the risk.
346
347   **WARNINGS**
348   Anaphylaxis has been reported with amphotericin B deoxycholate and other
349   amphotericin B-containing drugs, including AmBisome.  If a severe anaphylactic
350   reaction occurs, the infusion should be immediately discontinued and the
351   patient should not receive further infusions of AmBisome.
352
353   **PRECAUTIONS**
354   **General**
355   As with any amphotericin B-containing product the drug should be administered
356   by medically trained personnel.  During the initial dosing period, patients should
357   be under close clinical observation.   AmBisome has been shown to be
358   significantly less toxic than amphotericin B deoxycholate; however, adverse
359   events may still occur.
360
361   **Laboratory Tests**
362   Patient management should include laboratory evaluation of renal, hepatic and
363   hematopoietic function, and serum electrolytes (particularly magnesium and
364   potassium).
365

**Drug Interactions**
No formal clinical studies of drug interactions have been conducted with AmBisome. However, the following drugs are known to interact with amphotericin B and may interact with AmBisome:

*Antineoplastic Agents*
Concurrent use of antineoplastic agents may enhance the potential for renal toxicity, bronchospasm, and hypotension. Antineoplastic agents should be given concomitantly with caution.

*Corticosteroids and Corticotropin (ACTH)*
Concurrent use of corticosteroids and ACTH may potentiate hypokalemia which could predispose the patient to cardiac dysfunction. If used concomitantly, serum electrolytes and cardiac function should be closely monitored.

*Digitalis Glycosides*
Concurrent use may induce hypokalemia and may potentiate digitalis toxicity. When administered concomitantly, serum potassium levels should be closely monitored.

*Flucytosine*
Concurrent use of flucytosine may increase the toxicity of flucytosine by possibly increasing its cellular uptake and/or impairing its renal excretion.

*Azoles* (e.g. ketoconazole, miconazole, clotrimazole, fluconazole, etc.)
*In vitro* and *in vivo* animal studies of the combination of amphotericin B and imidazoles suggest that imidazoles may induce fungal resistance to amphotericin B. Combination therapy should be administered with caution, especially in immunocompromised patients.

*Leukocyte Transfusions*
Acute pulmonary toxicity has been reported in patients simultaneously receiving intravenous amphotericin B and leukocyte transfusions.

*Other Nephrotoxic Medications*
Concurrent use of amphotericin B and other nephrotoxic medications may enhance the potential for drug-induced renal toxicity. Intensive monitoring of renal function is recommended in patients requiring any combination of nephrotoxic medications.

*Skeletal Muscle Relaxants*
Amphotericin B-induced hypokalemia may enhance the curariform effect of skeletal muscle relaxants (e.g. tubocurarine) due to hypokalemia. When administered concomitantly, serum potassium levels should be closely monitored.

11

**Carcinogenesis, Mutagenesis, Impairment of Fertility**

No long term studies in animals have been performed to evaluate carcinogenic potential of AmBisome. AmBisome has not been tested to determine its mutagenic potential. A Segment I Reproductive Study in rats found an abnormal estrous cycle (prolonged diestrus) and decreased number of corpora lutea in the high dose groups (10 and 15 mg/kg, doses equivalent to human doses of 1.6 and 2.4 mg/kg based on body surface area considerations). AmBisome did not affect fertility or days to copulation. There were no effects on male reproductive function.

**Pregnancy Category B**

There have been no adequate and well-controlled studies of AmBisome in pregnant women. Systemic fungal infections have been successfully treated in pregnant women with amphotericin B deoxycholate, but the number of cases reported has been small.

Segment II studies in both rats and rabbits have concluded that AmBisome had no teratogenic potential in these species. In rats, the maternal non-toxic dose of AmBisome was estimated to be 5 mg/kg (equivalent to 0.16 to 0.8 times the recommended human clinical dose range of 1 to 5 mg/kg) and in rabbits, 3 mg/kg (equivalent to 0.2 to 1 times the recommended human clinical dose range), based on body surface area correction. Rabbits receiving higher doses, (equivalent to 0.5 to 2 times the recommended human dose) of AmBisome experienced a higher rate of spontaneous abortions than did the control groups. AmBisome should only be used during pregnancy if the possible benefits to be derived outweigh the potential risks involved.

**Nursing Mothers**

Many drugs are excreted in human milk. However, it is not known whether AmBisome is excreted in human milk. Due to the potential for serious adverse reactions in breast-fed infants, a decision should be made whether to discontinue nursing or whether to discontinue the drug, taking into account the importance of the drug to the mother.

**Pediatric Use**

Pediatric patients, age 1 month to 16 years, with presumed fungal infection (empirical therapy), confirmed systemic fungal infections or with visceral leishmaniasis have been successfully treated with AmBisome. In studies which included 302 pediatric patients administered AmBisome, there was no evidence of any differences in efficacy or safety of AmBisome compared to adults. Since pediatric patients have received AmBisome at doses comparable to those used in adults on a per kilogram body weight basis, no dosage adjustment is required in this population. Safety and effectiveness in pediatric patients below the age of one month have not been established. (See **DESCRIPTION OF CLINICAL**

12

457 **STUDIES - Empirical Therapy in Febrile Neutropenic Patients** and
458 **DOSAGE AND ADMINISTRATION**.)
459
460 **Elderly Patients**
461 Experience with AmBisome in the elderly (65 years or older) comprised 72
462 patients. It has not been necessary to alter the dose of AmBisome for this
463 population. As with most other drugs, elderly patients receiving AmBisome
464 should be carefully monitored.
465
466 **ADVERSE REACTIONS**
467 The following adverse events are based on the experience of 592 adult patients
468 (295 treated with AmBisome and 297 treated with amphotericin B deoxycholate)
469 and 95 pediatric patients (48 treated with AmBisome and 47 treated with
470 amphotericin B deoxycholate) in Study 94-0-002, a randomized double-blind,
471 multi-center study in febrile, neutropenic patients. AmBisome and amphotericin
472 B were infused over two hours.
473
474 The incidence of common adverse events (incidence of 10% or greater)
475 occurring with AmBisome compared to amphotericin B deoxycholate,
476 regardless of relationship to study drug, is shown in the following table:
477
478
479

**Empirical Therapy Study 94-0-002**
**Common Adverse Events**

| Adverse Event by Body System | AmBisome n=343 % | Amphotericin B n=344 % |
|---|---|---|
| **Body as a Whole** | | |
| Abdominal pain | 19.8 | 21.8 |
| Asthenia | 13.1 | 10.8 |
| Back pain | 12 | 7.3 |
| Blood product transfusion react. | 18.4 | 18.6 |
| Chills | 47.5 | 75.9 |
| Infection | 11.1 | 9.3 |
| Pain | 14 | 12.8 |
| Sepsis | 14 | 11.3 |
| **Cardiovascular System** | | |
| Chest pain | 12 | 11.6 |
| Hypertension | 7.9 | 16.3 |
| Hypotension | 14.3 | 21.5 |
| Tachycardia | 13.4 | 20.9 |
| **Digestive System** | | |
| Diarrhea | 30.3 | 27.3 |
| Gastrointestinal hemorrhage | 9.9 | 11.3 |
| Nausea | 39.7 | 38.7 |
| Vomiting | 31.8 | 43.9 |
| **Metabolic and Nutritional Disorders** | | |
| Alkaline phosphatase increased | 22.2 | 19.2 |

13

| | | |
|---|---|---|
| ALT (SGPT) increased | 14.6 | 14 |
| AST (SGOT) increased | 12.8 | 12.8 |
| Bilirubinemia | 18.1 | 19.2 |
| BUN increased | 21 | 31.1 |
| Creatinine increased | 22.4 | 42.2 |
| Edema | 14.3 | 14.8 |
| Hyperglycemia | 23 | 27.9 |
| Hypernatremia | 4.1 | 11 |
| Hypervolemia | 12.2 | 15.4 |
| Hypocalcemia | 18.4 | 20.9 |
| Hypokalemia | 42.9 | 50.6 |
| Hypomagnesemia | 20.4 | 25.6 |
| Peripheral edema | 14.6 | 17.2 |
| **Nervous System** | | |
| Anxiety | 13.7 | 11 |
| Confusion | 11.4 | 13.4 |
| Headache | 19.8 | 20.9 |
| Insomnia | 17.2 | 14.2 |
| **Respiratory System** | | |
| Cough increased | 17.8 | 21.8 |
| Dyspnea | 23 | 29.1 |
| Epistaxis | 14.9 | 20.1 |
| Hypoxia | 7.6 | 14.8 |
| Lung disorder | 17.8 | 17.4 |
| Pleural effusion | 12.5 | 9.6 |
| Rhinitis | 11.1 | 11 |
| | | |
| **Skin and Appendages** | | |
| Pruritus | 10.8 | 10.2 |
| Rash | 24.8 | 24.4 |
| Sweating | 7 | 10.8 |
| **Urogenital System** | | |
| Hematuria | 14 | 14 |

480
481  AmBisome was well tolerated. AmBisome had a lower incidence of chills,
482  hypertension, hypotension, tachycardia, hypoxia, hypokalemia, and various
483  events related to decreased kidney function as compared to amphotericin B
484  deoxycholate.
485
486  In pediatric patients (16 years of age or less) in this double-blind study,
487  AmBisome compared to amphotericin B deoxycholate had a lower incidence of
488  hypokalemia (37% versus 55%), chills (29% versus 68%), vomiting (27%
489  versus 55%), and hypertension (10% versus 21%). Similar trends, although
490  with a somewhat lower incidence, were observed in open-label, randomized
491  Study 104-14 involving 205 febrile neutropenic pediatric patients (141 treated
492  with AmBisome and 64 treated with amphotericin B deoxycholate). Pediatric
493  patients appear to have more tolerance than older individuals for the
494  nephrotoxic effects of amphotericin B deoxycholate.
495
496  The following adverse events are based on the experience of 244 patients (202
497  adult and 42 pediatric patients) of whom 85 patients were treated with

14

498   AmBisome 3 mg/kg, 81 patients were treated with AmBisome 5 mg/kg and 78
499   patients treated with amphotericin B lipid complex 5 mg/kg in Study 97-0-034, a
500   randomized double-blind, multi-center study in febrile, neutropenic patients.
501   AmBisome and amphotericin B lipid complex were infused over two hours.  The
502   incidence of adverse events occurring in more than 10% of subjects in one or
503   more arms regardless of relationship to study drug are summarized in the
504   following table:
505

506
507

**Empirical Therapy Study 97-0-034**
**Common Adverse Events**

| Adverse Event by Body System | AmBisome 3/mg/kg/day n=85 % | AmBisome 5/mg/kg/day n=81 % | Amphotericin B Lipid Complex 5/mg/kg/day n=78 % |
|---|---|---|---|
| **Body as a Whole** | | | |
| Abdominal pain | 12.9 | 9.9 | 11.5 |
| Asthenia | 8.2 | 6.2 | 11.5 |
| Chills/rigors | 40 | 48.1 | 89.7 |
| Sepsis | 12.9 | 7.4 | 11.5 |
| Transfusion reaction | 10.6 | 8.6 | 5.1 |
| **Cardiovascular System** | | | |
| Chest pain | 8.2 | 11.1 | 6.4 |
| Hypertension | 10.6 | 19.8 | 23.1 |
| Hypotension | 10.6 | 7.4 | 19.2 |
| Tachycardia | 9.4 | 18.5 | 23.1 |
| **Digestive System** | | | |
| Diarrhea | 15.3 | 17.3 | 14.1 |
| Nausea | 25.9 | 29.6 | 37.2 |
| Vomiting | 22.4 | 25.9 | 30.8 |
| **Metabolic and Nutritional Disorders** | | | |
| Alkaline phosphatase increased | 7.1 | 8.6 | 12.8 |
| Bilirubinemia | 16.5 | 11.1 | 11.5 |
| BUN increased | 20 | 18.5 | 28.2 |
| Creatinine increased | 20 | 18.5 | 48.7 |
| Edema | 12.9 | 12.3 | 12.8 |
| Hyperglycemia | 8.2 | 8.6 | 14.1 |
| Hypervolemia | 8.2 | 11.1 | 14.1 |
| Hypocalcemia | 10.6 | 4.9 | 5.1 |
| Hypokalemia | 37.6 | 43.2 | 39.7 |
| Hypomagnesemia | 15.3 | 25.9 | 15.4 |
| Liver function tests abnormal | 10.6 | 7.4 | 11.5 |
| **Nervous System** | | | |
| Anxiety | 10.6 | 7.4 | 9 |
| Confusion | 12.9 | 8.6 | 3.8 |
| Headache | 9.4 | 17.3 | 10.3 |
| **Respiratory System** | | | |
| Dyspnea | 17.6 | 22.2 | 23.1 |
| Epistaxis | 10.6 | 8.6 | 14.1 |
| Hypoxia | 7.1 | 6.2 | 20.5 |
| Lung disorder | 14.1 | 13.6 | 15.4 |
| **Skin and Appendages** | | | |
| Rash | 23.5 | 22.2 | 14.1 |

508
509
510
511

The following adverse events are based on the experience of 267 patients (266 adult patients and 1 pediatric patient) of whom 86 patients were treated with

16

512     AmBisome 3 mg/kg, 94 patients were treated with AmBisome 6 mg/kg and 87
513     patients treated with amphotericin B deoxycholate 0.7 mg/kg in Study 94-0-013
514     a randomized, double-blind, comparative multi-center trial, in the treatment of
515     cryptococcal meningitis in HIV positive patients. The incidence of adverse
516     events occurring in more than 10% of subjects in one or more arms regardless
517     of relationship to study drug are summarized in the following table:
518

**Cryptococcal Meningitis Therapy Study 94-0-013**
**Common Adverse Events**

| Adverse Event by Body System | AmBisome 3/mg/kg/day n=86 % | AmBisome 6/mg/kg/day n=94 % | Amphotericin B 0.7/mg/kg/day n=87 % |
|---|---|---|---|
| **Body as a Whole** | | | |
| Abdominal pain | 7 | 7.4 | 10.3 |
| Infection | 12.8 | 11.7 | 6.9 |
| Procedural Complication | 8.1 | 9.6 | 10.3 |
| **Cardiovascular System** | | | |
| Phlebitis | 9.3 | 10.6 | 25.3 |
| **Digestive System** | | | |
| Anorexia | 14 | 9.6 | 11.5 |
| Constipation | 15.1 | 14.9 | 20.7 |
| Diarrhea | 10.5 | 16 | 10.3 |
| Nausea | 16.3 | 21.3 | 25.3 |
| Vomiting | 10.5 | 21.3 | 20.7 |
| **Hemic and Lymphatic System** | | | |
| Anemia | 26.7 | 47.9 | 43.7 |
| Leukopenia | 15.1 | 17 | 17.2 |
| Thrombocytopenia | 5.8 | 12.8 | 6.9 |
| **Metabolic and Nutritional Disorders** | | | |
| Bilirubinemia | 0 | 8.5 | 12.6 |
| BUN increased | 9.3 | 7.4 | 10.3 |
| Creatinine increased | 18.6 | 39.4 | 43.7 |
| Hyperglycemia | 9.3 | 12.8 | 17.2 |
| Hypocalcemia | 12.8 | 17 | 13.8 |
| Hypokalemia | 31.4 | 51.1 | 48.3 |
| Hypomagnesemia | 29.1 | 48.9 | 40.2 |
| Hyponatremia | 11.6 | 8.5 | 9.2 |
| Liver Function Tests Abnormal | 12.8 | 4.3 | 9.2 |
| **Nervous System** | | | |
| Dizziness | 7 | 8.5 | 10.3 |
| Insomnia | 22.1 | 17 | 20.7 |
| **Respiratory System** | | | |
| Cough Increased | 8.1 | 2.1 | 10.3 |
| **Skin and Appendages** | | | |
| Rash | 4.7 | 11.7 | 4.6 |

519
520
521 **Infusion Related Reactions**
522 In Study 94-0-002, the large, double-blind study of pediatric and adult febrile
523 neutropenic patients, no premedication to prevent infusion related reaction was

524 administered prior to the first dose of study drug (Day 1).  AmBisome-treated
525 patients had a lower incidence of infusion related fever (17% versus 44%),
526 chills/rigors (18% versus 54%) and vomiting (6% versus 8%) on Day 1 as
527 compared to amphotericin B deoxycholate-treated patients.
528
529 The incidence of infusion related reactions on Day 1 in pediatric and adult
530 patients is summarized in the following table:
531

**Incidence of Day 1 Infusion Related Reactions (IRR) By Patient Age**

|  | Pediatric Patients (< 16 years of age) | | Adult Patients (> 16 years of age) | |
|---|---|---|---|---|
|  | AmBisome | Amphotericin B | AmBisome | Amphotericin B |
| Total number of patients receiving at least one dose of study drug | 48 | 47 | 295 | 297 |
| Patients with fever† Increase ∃1.0°C | 6  (13%) | 22  (47%) | 52  (18%) | 128  (43%) |
| Patients with chills/rigors | 4  (8%) | 22  (47%) | 59  (20%) | 165  (56%) |
| Patients with nausea | 4  (8%) | 4  (9%) | 38  (13%) | 31  (10%) |
| Patients with vomiting | 2  (4%) | 7  (15%) | 19  (6%) | 21  (7%) |
| Patients with other reactions | 10  (21%) | 13  (28%) | 47  (16%) | 69  (23%) |

532 †Day 1 body temperature increased above the temperature taken within 1 hour prior to
533 infusion (preinfusion temperature) or above the lowest infusion value (no preinfusion
534 temperature recorded).
535

536 Cardiorespiratory events, except for vasodilatation (flushing), during all study
537 drug infusions were more frequent in amphotericin B-treated patients as
538 summarized in the following table:

**Incidence of Infusion Related Cardiorespiratory Events**

| Event | AmBisome n=343 | Amphotericin B n=344 |
|---|---|---|
| Hypotension | 12 (3.5%) | 28 (8.1%) |
| Tachycardia | 8 (2.3%) | 43 (12.5%) |
| Hypertension | 8 (2.3%) | 39 (11.3%) |
| Vasodilatation | 18 (5.2%) | 2 (0.6%) |
| Dyspnea | 16 (4.7%) | 25 (7.3%) |
| Hyperventilation | 4 (1.2%) | 17 (4.9%) |
| Hypoxia | 1 (0.3%) | 22 (6.4%) |

539
540 The percentage of patients who received drugs either for the treatment or
541 prevention of infusion related reactions (e.g., acetaminophen, diphenhydramine,
542 meperidine and hydrocortisone) was lower in AmBisome-treated patients
543 compared with amphotericin B deoxycholate-treated patients.

18

544
545     In the empirical therapy study 97-0-034, on Day 1, where no premedication was
546     administered, the overall incidence of infusion related events of chills/rigors was
547     significantly lower for patients administered AmBisome compared with
548     amphotericin B lipid complex.  Fever, chills/rigors and hypoxia were significantly
549     lower for each AmBisome group compared with the amphotericin B lipid
550     complex group.  The infusion related event hypoxia was reported for 11.5% of
551     amphotericin B lipid complex-treated patients compared with 0% of patients
552     administered 3 mg/kg per day AmBisome and 1.2% of patients treated with 5
553     mg/kg per day AmBisome.

554
555     **Incidence of Day 1 Infusion Related Reactions (IRR) Chills/Rigors**
556     **Empirical Therapy Study 97-0-034**

| | AmBisome | | | Amphotericin B lipid complex 5 mg/kg/day |
|---|---|---|---|---|
| | 3 mg/kg/day | 5 mg/kg/day | BOTH | |
| Total number of patients | 85 | 81 | 166 | 78 |
| Patients with Chills/Rigors(Day1) | 16 (18.8%) | 19 (23.5%) | 35 (21.1%) | 62 (79.5%) |
| Patients with other notable reactions: | | | | |
| Fever ($\geq$1.0°C increase in temperature) | 20 (23.5%) | 16 (19.8%) | 36 (21.7%) | 45 (57.7%) |
| Nausea | 9 (10.6%) | 7 (8.6%) | 16 (9.6%) | 9 (11.5%) |
| Vomiting | 5 (5.9%) | 5 (6.2%) | 10 (6%) | 11 (14.1%) |
| Hypertension | 4 (4.7%) | 7 (8.6%) | 11 (6.6%) | 12 (15.4%) |
| Tachycardia | 2 (2.4%) | 8 (9.9%) | 10 (6%) | 14 (17.9%) |
| Dyspnea | 4 (4.7%) | 8 (9.9%) | 12 (7.2%) | 8 (10.3%) |
| Hypoxia | 0 | 1 (1.2%) | 1 (<1%) | 9 (11.5%) |

557 Day 1 body temperature increased above the temperature taken within 1 hour prior to infusion
558 (preinfusion temperature) or above the lowest infusion value (no preinfusion temperature
559 recorded).
560
561 Patients were not administered premedications to prevent infusion related reactions prior to the
562 Day 1 study drug infusion.
563
564 In Study 94-0-013, a randomized double-blind multicenter trial comparing
565 AmBisome and amphotericin B deoxycholate as initial therapy for cryptococcal
566 meningitis, premedications to prevent infusion related reactions were permitted.
567 AmBisome treated patients had a lower incidence of fever, chill/rigors and
568 respiratory adverse events as summarized in the following table:
569

| Incidence of Infusion-Related Reactions Study 94-0-013 | | | |
|---|---|---|---|
| | AmBisome 3 mg/kg | AmBisome 6 mg/kg | Amphotericin B |
| Total number of patients receiving at least one dose of study drug | 86 | 94 | 87 |
| Patients with fever increase of >1°C | 6 (7%) | 8 (9%) | 24 (28%) |
| Patients with chills/rigors | 5 (6%) | 8 (9%) | 42 (48%) |
| Patients with nausea | 11 (13%) | 13 (14%) | 18 (20%) |
| Patients with vomiting | 14 (16%) | 13 (14%) | 16 (18%) |
| Respiratory adverse events | 0 | 1 (1%) | 8 (9%) |

570
571 There have been a few reports of flushing, back pain with or without chest
572 tightness, and chest pain associated with AmBisome administration; on
573 occasion this has been severe. Where these symptoms were noted, the
574 reaction developed within a few minutes after the start of infusion and
575 disappeared rapidly when the infusion was stopped. The symptoms do not

20

576  occur with every dose and usually do not recur on subsequent administrations
577  when the infusion rate is slowed.
578
579  **Toxicity and Discontinuation of Dosing**
580  In Study 94-0-002, a significantly lower incidence of grade 3 or 4 toxicity was
581  observed in the AmBisome group compared with the amphotericin B group. In
582  addition, nearly three times as many patients administered amphotericin B
583  required a reduction in dose due to toxicity or discontinuation of study drug due
584  to an infusion related reaction compared with those administered AmBisome.
585
586  In empirical therapy study 97-0-034, a greater proportion of patients in the
587  amphotericin B lipid complex group discontinued the study drug due to an
588  adverse event than in the AmBisome groups.
589
590  **Less Common Adverse Events**
591  The following adverse events also have been reported in 2% to 10% of
592  AmBisome-treated patients receiving chemotherapy or bone marrow
593  transplantation, or had HIV disease in six comparative, clinical trials:
594
595  *Body as a Whole*
596  Abdomen enlarged, allergic reaction, cellulitis, cell mediated immunological
597  reaction, face edema, graft versus host disease, malaise, neck pain, and
598  procedural complication.
599
600  *Cardiovascular System*
601  Arrhythmia, atrial fibrillation, bradycardia, cardiac arrest, cardiomegaly,
602  hemorrhage, postural hypotension, valvular heart disease, vascular disorder,
603  and vasodilatation (flushing).
604
605  *Digestive System*
606  Anorexia, constipation, dry mouth/nose, dyspepsia, dysphagia, eructation, fecal
607  incontinence, flatulence, hemorrhoids, gum/oral hemorrhage, hematemesis,
608  hepatocellular damage, hepatomegaly, liver function test abnormal, ileus,
609  mucositis, rectal disorder, stomatitis, ulcerative stomatitis, and veno-occlusive
610  liver disease.
611
612  *Hemic & Lymphatic System*
613  Anemia, coagulation disorder, ecchymosis, fluid overload, petechia,
614  prothrombin decreased, prothrombin increased, and thrombocytopenia.
615
616  *Metabolic & Nutritional Disorders*
617  Acidosis, amylase increased, hyperchloremia, hyperkalemia,
618  hypermagnesemia, hyperphosphatemia, hyponatremia, hypophosphatemia,
619  hypoproteinemia, lactate dehydrogenase increased, nonprotein nitrogen (NPN)
620  increased, and respiratory alkalosis.
621

21

622 ***Musculoskeletal System***
623 Arthralgia, bone pain, dystonia, myalgia, and rigors.
624
625 ***Nervous System***
626 Agitation, coma, convulsion, cough, depression, dysesthesia, dizziness,
627 hallucinations, nervousness, paresthesia, somnolence, thinking abnormality,
628 and tremor.
629
630 ***Respiratory System***
631 Asthma, atelectasis, hemoptysis, hiccup, hyperventilation, influenza-like
632 symptoms, lung edema, pharyngitis, pneumonia, respiratory insufficiency,
633 respiratory failure, and sinusitis.
634
635 ***Skin & Appendages***
636 Alopecia, dry skin, herpes simplex, injection site inflammation, maculopapular
637 rash, purpura, skin discoloration, skin disorder, skin ulcer, urticaria, and
638 vesiculobullous rash.
639
640 ***Special Senses***
641 Conjunctivitis, dry eyes, and eye hemorrhage.
642
643 ***Urogenital System***
644 Abnormal renal function, acute kidney failure, acute renal failure, dysuria,
645 kidney failure, toxic nephropathy, urinary incontinence, and vaginal
646 hemorrhage.
647
648 The following infrequent adverse experiences have been reported in post-
649 marketing surveillance, in addition to those mentioned above:    angioedema,
650 erythema, urticaria, cyanosis/hypoventilation, pulmonary edema,
651 agranulocytosis, hemorrhagic cystitis.
652
653 **Clinical Laboratory Values**
654 The effect of AmBisome on renal and hepatic function and on serum
655 electrolytes was assessed from laboratory values measured repeatedly in Study
656 94-0-002.   The frequency and magnitude of hepatic test abnormalities were
657 similar in the AmBisome and amphotericin B groups.   Nephrotoxicity was
658 defined as creatinine values increasing 100% or more over pretreatment levels
659 in pediatric patients, and creatinine values increasing 100% or more over
660 pretreatment levels in adult patients provided the peak creatinine concentration
661 was >1.2 mg/dL.  Hypokalemia was defined as potassium levels ≤2.5 mmol/L
662 any time during treatment.
663
664 Incidence of nephrotoxicity, mean peak serum creatinine concentration, mean
665 change from baseline in serum creatinine, and, incidence of hypokalemia in the
666 double-blind randomized study were lower in the AmBisome group as
667 summarized in the following table:

22

668

| Study 94-0-002 Laboratory Evidence of Nephrotoxicity | | |
|---|---|---|
| | AmBisome | Amphotericin B |
| Total number of patients receiving at least one dose of study drug | 343 | 344 |
| Nephrotoxicity | 64  (18.7%) | 116  (33.7%) |
| Mean peak creatinine | 1.24 mg/dL | 1.52 mg/dL |
| Mean change from baseline in creatinine | 0.48 mg/dL | 0.77 mg/dL |
| Hypokalemia | 23  (6.7%) | 40  (11.6%) |

669
670   The effect of AmBisome (3 mg/kg/day) vs. amphotericin B (0.6 mg/kg/day) on
671   renal function in adult patients enrolled in this study is illustrated in the following
672   figure:



Mean Change in Creatinine Over Time in Study 94-0-002

673
674
675   In empirical therapy study 97-0-034, the incidence of nephrotoxicity as
676   measured by increases of serum creatinine from baseline was significantly
677   lower for patients administered AmBisome (individual dose groups and
678   combined) compared with amphotericin B lipid complex.
679
680
681
682
683
684
685
686
687
688
689
690
691
692
693                          **Incidence of Nephrotoxicity**
694                      **Empirical Therapy Study 97-0-034**

23

| | AmBisome | | | Amphotericin B lipid complex 5 mg/kg/day |
| --- | --- | --- | --- | --- |
| | 3 mg/kg/day | 5 mg/kg/day | BOTH | |
| Total number of patients | 85 | 81 | 166 | 78 |
| Number with nephrotoxicity | | | | |
| 1.5X baseline serum creatinine value | 25 (29.4%) | 21 (25.9%) | 46 (27.7%) | 49 (62.8%) |
| 2X baseline serum creatinine value | 12 (14.1%) | 12 (14.8%) | 24 (14.5%) | 33 (42.3%) |

695
696 The following graph shows the average serum creatinine concentrations in the
697 compassionate use study and shows that there is a drop from pretreatment
698 concentrations for all patients, especially those with elevated (greater than 1.7
699 mg/dL) pretreatment creatinine concentrations.



700
701
702 The incidence of nephrotoxicity in Study 94-0-013, comparative trial in
703 cryptococcal meningitis was lower in the AmBisome groups as shown in the
704 following table:

24

705

| Laboratory Evidence of Nephrotoxicity Study 94-0-013 | | | |
|---|---|---|---|
| | AmBisome 3 mg/kg | AmBisome 6 mg/kg | Amphotericin B |
| Total number of patients receiving at least one dose of study drug | 86 | 94 | 87 |
| Number with Nephrotoxicity (%) | | | |
| 1.5X baseline serum creatinine | 30 (35%) | 44 (47%) | 52 (60%) |
| 2 X baseline serum creatinine | 12 (14%) | 20 (21%) | 29 (33%) |

706
707 **OVERDOSAGE**
708 The toxicity of AmBisome due to overdose has not been defined. Repeated
709 daily doses up to 10 mg/kg in pediatric patients and 15 mg/kg in adult patients
710 have been administered in clinical trials with no reported dose-related toxicity.
711
712 **Management**
713 If overdosage should occur, cease administration immediately. Symptomatic
714 supportive measures should be instituted. Particular attention should be given
715 to monitoring renal function.
716
717 **DOSAGE AND ADMINISTRATION**
718 AmBisome should be administered by intravenous infusion, using a controlled
719 infusion device, over a period of approximately 120 minutes.
720
721 An in-line membrane filter may be used for the intravenous infusion of
722 AmBisome; provided **THE MEAN PORE DIAMETER OF THE FILTER IS NOT**
723 **LESS THAN 1.0 MICRON**.
724
725 **NOTE: An existing intravenous line must be flushed with 5% Dextrose**
726 **Injection prior to infusion of AmBisome. If this is not feasible, AmBisome**
727 **must be administered through a separate line.**
728
729 Infusion time may be reduced to approximately 60 minutes in patients in whom
730 the treatment is well-tolerated. If the patient experiences discomfort during
731 infusion, the duration of infusion may be increased.
732
733 The recommended initial dose of AmBisome for each indication for adult and
734 pediatric patients is as follows:

| Indication | Dose (mg/kg/day) |
|---|---|
| Empirical therapy | 3 |
| Systemic fungal infections:<br>  *Aspergillus*<br>  *Candida*<br>  *Cryptococcus* | 3-5 |
| Cryptococcal meningitis in HIV infected patients (see **DESCRIPTION OF CLINICAL STUDIES**) | 6 |

735

736 Dosing and rate of infusion should be individualized to the needs of the specific
737 patient to ensure maximum efficacy while minimizing systemic toxicities or
738 adverse events.

739

740 Doses recommended for visceral leishmaniasis are presented below:

741

| Visceral Leishmaniasis | Dose (mg/kg/day) |
|---|---|
| Immunocompetent patients | 3(days 1-5) and<br>3 on days 14, 21 |
| Immunocompromised patients | 4 (days 1-5) and<br>4 on days 10, 17, 24, 31, 38 |

742

743 **For immunocompetent patients** who do not achieve parasitic clearance with
744 the recommended dose, a repeat course of therapy may be useful.

745

746 **For immunocompromised patients** who do not clear parasites or who
747 experience relapses, expert advice regarding further treatment is
748 recommended. For additional information see **DESCRIPTION OF CLINICAL**
749 **STUDIES**.

750

751 **Directions for Reconstitution, Filtration and Dilution**
752 **Read This Entire Section Carefully Before Beginning Reconstitution**
753 AmBisome **must** be reconstituted using Sterile Water for Injection, USP
754 (without a bacteriostatic agent). Vials of AmBisome containing 50 mg of
755 amphotericin B are prepared as follows:

756

757 *Reconstitution*
758 1. Aseptically add 12 mL of Sterile Water for Injection, USP to each AmBisome
759 vial to yield a preparation containing 4 mg amphotericin B/mL.
760 **CAUTION: DO NOT RECONSTITUTE WITH SALINE OR ADD SALINE TO**
761 **THE RECONSTITUTED CONCENTRATION, OR MIX WITH OTHER**
762 **DRUGS.** The use of any solution other than those recommended, or the
763 presence of a bacteriostatic agent in the solution, may cause precipitation of
764 AmBisome.

26

765  2. **Immediately after the addition of water, SHAKE THE VIAL**
766     **VIGOROUSLY** for 30 seconds to completely disperse the AmBisome.
767     AmBisome forms a yellow, translucent suspension.  Visually inspect the vial
768     for particulate matter and continue shaking until completely dispersed.
769
770  *Filtration and Dilution*
771  3. Calculate the amount of reconstituted (4 mg/mL) AmBisome to be further
772     diluted.
773  4. Withdraw this amount of reconstituted AmBisome into a sterile syringe.
774  5. Attach the 5-micron filter, provided, to the syringe.  Inject the syringe
775     contents through the filter, into the appropriate amount of 5% Dextrose
776     Injection.  (Use only one filter per vial of AmBisome.)
777  6. AmBisome must be diluted with 5% Dextrose Injection to a final
778     concentration of 1 to 2 mg/mL prior to administration.  Lower concentrations
779     (0.2 to 0.5 mg/mL) may be appropriate for infants and small children to
780     provide sufficient volume for infusion.  **DISCARD PARTIALLY USED**
781     **VIALS**.
782
783  **STORAGE OF AMBISOME**
784  Unopened vials of lyophilized material are to be stored at temperatures up to
785  25° C (77° F).
786
787  **Storage of Reconstituted Product Concentrate**
788  The reconstituted product concentrate may be stored for up to 24 hours at 2°-8°
789  C (36°-46° F) following reconstitution with Sterile Water for Injection, USP.  Do
790  not freeze.
791
792  **Storage of Diluted Product**
793  Injection of AmBisome should commence within 6 hours of dilution with 5%
794  Dextrose Injection.
795
796  As with all parenteral drug products, the reconstituted AmBisome should be
797  inspected visually for particulate matter and discoloration prior to administration,
798  whenever solution and container permit.  Do not use material if there is any
799  evidence of precipitation or foreign matter.  Aseptic technique must be strictly
800  observed in all handling since no preservative or bacteriostatic agent is present
801  in AmBisome or in the materials specified for reconstitution and dilution.
802
803  **HOW SUPPLIED**
804  AmBisome for Injection is available as single cartons (equivalent to 50mg
805  amphotericin B) and in packs of ten individual vial cartons
806  (NDC 0469-3051-30).
807
808  Each carton contains one pre-packaged, disposable sterile 5 micron filter.
809
810  **Rx only**

27

811
812 **Marketed by:**
813 Astellas Pharma US, Inc.
814 Deerfield, IL 60015-2548
815
816 **Manufactured by:**
817 Gilead Sciences, Inc.
818 San Dimas, CA 91773
819
820 AmBisome is a registered trademark of Gilead Sciences, Inc.
821 Abelcet® is a registered trademark of The Liposome Company, Inc.
822
823 Revised:  July 2005
824
825