IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ELAN PHARMA INTERNATIONAL LIMITED, | ) ) ) | |
| Plaintiff, | ) ) ) | Case No. 06-438-GMS |
| v. | ) ) | **REDACTED** |
| ABRAXIS BIOSCIENCE, INC., | ) ) | **PUBLIC VERSION** |
| Defendant. | ) ) ) | |

**DECLARATION OF LISA A. CHIARINI IN SUPPORT OF:**

**PLAINTIFF ELAN PHARMA INTERNATIONAL LIMITED'S ANSWERING BRIEF TO DEFENDANT ABRAXIS BIOSCIENCE, INC.'S MOTION FOR PROTECTIVE ORDER AGAINST THE DEPOSITIONS OF DRS. SOON-SHIONG AND DESAI**

**AND**

**CROSS-MOTION TO COMPEL THE DEPOSITIONS
OF DRS. SOON-SHIONG AND DESAI**

I, Lisa A. Chiarini, hereby declare under penalty of perjury pursuant to 28 U.S.C. Section 1746 as follows:

1.  I am a member in good standing of the New York State Bar, am admitted to this Court *pro hac vice* in this matter, and am an associate with the law firm of Baker Botts, L.L.P., counsel of record for Elan Pharma International Limited in the above captioned action. I submit this Declaration based upon personal knowledge. If called upon as a witness, I could, and would, competently testify to the truth of each statement herein.

2.  Attached hereto as Exhibit A is a true and correct copy of selected portions of the deposition transcript of Michael Hawkins, taken in the above captioned action on July 6, 2007.

3. Attached hereto as Exhibit B is a true and correct copy of selected portions of the deposition transcript of Julie Lisano, taken in the above captioned action on June 29, 2007.

4. Attached hereto as Exhibit C is a true and correct copy of e-mail correspondence between counsel for Elan and counsel for Abraxis sent on July 11, 2007.

5. Attached hereto as Exhibit D is a true and correct copy of Abraxis BioScience, Inc.'s Rule 26(a)(1) Initial Disclosures, served in the above captioned action on November 16, 2006.

6. Attached hereto as Exhibit E is a true and correct copy of a document produced by Abraxis in the above captioned action, bearing Bates Nos. ABRX0523602-ABRX0523693.

7. Attached hereto as Exhibit F is a true and correct copy of selected portions of the deposition transcript of Elaine Liversidge taken in the above captioned action on July 30, 2007.

I declare and affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

**FURTHER DECLARANT SAYETH NOT.**


Executed this 29th day of August, 2007 in New York, New York.

*Lisa A Chasin* (signature)

# EXHIBIT A

**REDACTED**

# EXHIBIT B

**REDACTED**

# EXHIBIT C

**REDACTED**

# EXHIBIT D

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ELAN PHARMA INTERNATIONAL LIMITED, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 06-438-GMS |
| ABRAXIS BIOSCIENCE, INC., | ) ) ) | |
| Defendant. | ) | |

**ABRAXIS'S INITIAL DISCLOSURES UNDER**
**FEDERAL RULE OF CIVIL PROCEDURE 26(a)(1)**

Pursuant to Federal Rule of Civil Procedure 26(a)(1), Defendant Abraxis provides the following disclosures.

Abraxis objects to the disclosure requirements of Rule 26(a)(1) to the extent they call for production of information protected by the attorney-client privilege, the attorney work product doctrine, or another privilege or immunity. All requirements will be read to exclude information so protected.

**B.    RULE 26(A)(1)(A): WITNESSES**

Abraxis discloses the following witnesses likely to have discoverable information that Abraxis may use to support its claims or defenses, unless solely for impeachment, and the subjects of the information they may possess. Elan should not directly contact any current and former Abraxis employees disclosed below, but rather should proceed only through Abraxis's undersigned counsel.

| Identity | Contact | Knowledge |
|---|---|---|
| Dr. Patrick Soon-Shiong | c/o counsel for Abraxis | Discovery, development, and commercialization of Abraxane; FDA approval of Abraxane; damages; non-willfulness |
| Dr. Neil Desai | c/o counsel for Abraxis | Discovery and development of Abraxane; FDA approval of Abraxane; non-willfulness |
| Dr. Michael Hawkins | c/o counsel for Abraxis | Development, commercialization, and FDA approval of Abraxane |
| Richard E. Maroun | c/o counsel for Abraxis | Damages; non-willfulness<br><br>By disclosing Mr. Maroun, Abraxis does not waive any privilege or immunity relating to Mr. Maroun |
| Mitchall Clark | c/o counsel for Abraxis | FDA approval of Abraxane |
| Bruce Wendell | c/o counsel for Abraxis | Commercialization of Abraxane; damages; non-willfulness<br><br>By disclosing Mr. Wendell, Abraxis does not waive any privilege or immunity relating to Mr. Wendell |
| Carlo Montagner | c/o counsel for Abraxis | Commercialization of Abraxane |
| Gary G. Liversidge | 258 Colwyn Terrace<br>West Chester, PA<br>19380 | Named inventor of the '363 and '025 patents-in-suit: inventorship; invalidity; claim construction; all other matters typically within the knowledge of a named inventor of an asserted patent |
| Elaine M. Liversidge | 258 Colwyn Terrace<br>West Chester, PA<br>19380 | Named inventor of the '363 and '025 patents-in-suit: inventorship; invalidity; claim construction; all other matters typically within the knowledge of a named inventor of an asserted patent |

| Pramod P. Sarpotdar | 5 Knollbrook Circle Malvern, PA 19355 | Named inventor of the '363 patent-in-suit: inventorship; invalidity; claim construction; all other matters typically within the knowledge of a named inventor of an asserted patent |
|---|---|---|
| Lawrence de Garavilla | 909 Noble Drive Downingtown, PA 19335 | Named inventor of the '025 patent-in-suit: inventorship; invalidity; claims construction; all other matters typically within the knowledge of a named inventor of an asserted patent |
| Arthur H. Rosenstein | Rochester, NY 14650 Phone: (716) 477-9908 Fax: (716) 477-4646 | Prosecution of the '363 patent-in-suit; inventorship; invalidity; claim construction |
| J. Jeffrey Hawley | Eastman Kodak Company Patent Department 343 State St Rochester, NY 14650 Phone: (585) 724-4947 | Prosecution of the '363 patent-in-suit; inventorship; invalidity; claim construction |
| William J. Davis | International Specialty Products 1361 Alps Rd. Wayne, NJ 07470 Phone: (973) 628-3529 | Prosecution of the '363 patent-in-suit; inventorship; invalidity; claim construction |
| Michele M. Simkin | Foley & Lardner LLP 3000 K Street, N.W. Suite 500 Washington, DC 20007 Phone: (202) 672-5538 Fax: (202) 672-5399 | Prosecution of the '363 and '025 patents-in-suit; inventorship; invalidity; claim construction |
| Gilbert W. Rudman | ATOFINA Chemicals INC, 2000 Market St. Philadelphia PA 19103 Phone: (215) 419-7636 | Prosecution of the '025 patent-in-suit; inventorship; invalidity; claim construction |
| Thurman K. Page | United States Patent and Trademark Office Washington, DC | Primary examiner for the '363 patent-in-suit: invalidity; claim construction |

| Carlos Azpuru | United States Patent and Trademark Office Washington, DC | Primary examiner for the '025 patent-in-suit: invalidity; claim construction |

### C. RULE 26(A)(1)(B): DOCUMENTS

Abraxis identifies the following categories of documents, data compilations, and tangible things in its possession, custody, or control that it may use to support its counterclaims and affirmative defenses, unless solely for impeachment:

1. Documents regarding the '363 patent and the '025 patent (collectively, the "patents-in-suit"), including their respective applications and prosecution file histories and prior art references cited therein;

2. Documents and tangible things related to research and development of Abraxane;

3. Documents relating to the structure of Abraxane;

4. Documents relating to the administration of Abraxane;

5. Documents reflecting communications between Abraxis and Elan;

6. Samples of Abraxane;

7. Prior art limiting the patents-at-suit;

8. Certain licensing information, including agreements with these licensees; and

9. Certain financial records, including but not limited to revenues, expenses, and sales regarding Abraxane.

These files are located in Abraxis's offices and in off-site storage facilities at various locations in Los Angeles, California, as well as in Schaumburg, Illinois.

### D. RULE 26(A)(1)(C): DAMAGES

Abraxis intends to ask the Court to declare this matter to be exceptional under 35 U.S.C. § 285 and to award Abraxis its attorney fees and costs, which are not susceptible to computation at this time.

E.  RULE 26(A)(1)(D): INSURANCE AGREEMENTS

At this time, Abraxis is not aware of any insurance agreement implicated by the litigation.

Dated: November 16, 2006          By: _____

Josy W. Ingersoll (#1088)
Elena C. Norman (#4780)
YOUNG CONAWAY STARGATT &
  TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE  19801
(302) 571-6672  Telephone
(302) 576-3301  Facsimile
jingersoll@ycst.com
enorman@ycst.com

Michael A. Jacobs
MORRISON & FOERSTER, LLP
425 Market Street
San Francisco, CA  94105-2482
(415) 268-7000  Telephone
(415) 268-7522  Facsimile
MJacobs@mofo.com

Emily A. Evans
MORRISON & FOERSTER, LLP
755 Page Mill Road
Palo Alto, CA  94304-1018
(650) 813-5600  Telephone
(650) 494-0792  Facsimile
EEvans@mofo.com

Attorneys for Defendant
ABRAXIS BIOSCIENCE, INC.

## CERTIFICATE OF SERVICE

I, Elena C. Norman, Esquire, hereby certify that on November 16, 2006, I caused copies of the foregoing document to be served upon the following counsel in the manner indicated:

**BY E-MAIL AND HAND DELIVERY**

Steven J. Balick, Esquire
ASHBY & GEDDES
222 Delaware Avenue, 17th Floor
Wilmington, DE 19801

**BY E-MAIL**

Stephen Scheve, Esquire
BAKER BOTTS L.L.P.
One Shell Plaza
910 Louisiana Street
Houston, TX 77002-4995
steve.scheve@bakerbotts.com

Paul F. Fehlner
BAKER BOTTS L.L.P.
30 Rockefeller Plaza
New York, NY 10112-4498
paul.fehlner@bakerbotts.com

William J. Sipio, Esquire
1375 Brentwood Road
Yardley, PA 19067
sipz25@aol.cm

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Elena C. Norman (No. 4780)
*enorman@ycst.com*
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19899
(302) 571-6600
Attorneys for Defendant
ABRAXIS BIOSCIENCE, INC.

DB02:5592251.1                                                                065496.1001

# EXHIBIT E

**REDACTED**

# EXHIBIT F

**REDACTED**