# YOUNG CONAWAY STARGATT & TAYLOR, LLP

BEN T. CASTLE
SHELDON N. SANDLER
RICHARD A. LEVINE
RICHARD A. ZAPPA
FREDERICK W. IOBST
RICHARD H. MORSE
DAVID C. MCBRIDE
JOSEPH M. NICHOLSON
CRAIG A. KARSNITZ
BARRY M. WILLOUGHBY
JOSY W. INGERSOLL
ANTHONY G. FLYNN
JEROME K. GROSSMAN
EUGENE A. DIPRINZIO
JAMES L. PATTON, JR.
ROBERT L. THOMAS
WILLIAM D. JOHNSTON
TIMOTHY J. SNYDER
BRUCE L. SILVERSTEIN
WILLIAM W. BOWSER
LARRY J. TARABICOS
RICHARD A. DILIBERTO, JR.
MELANIE K. SHARP
CASSANDRA F. ROBERTS
RICHARD J A. POPPER
TERESA A. CHEEK
NEILLI MULLEN WALSH

JANET Z. CHARLTON
ROBERT S. BRADY
JOEL A. WAITE
BRENT C. SHAFFER
DANIEL P. JOHNSON
CRAIG D. GREAR
TIMOTHY JAY HOUSEAL
MARTIN S. LESSNER
PAULINE K. MORGAN
C. BARR FLINN
NATALIE WOLF
LISA B. GOODMAN
JOHN W. SHAW
JAMES P. HUGHES, JR.
EDWIN J. HARRON
MICHAEL R. NESTOR
MAUREEN D. LUKE
ROLIN P. BISSELL
SCOTT A. HOLT
JOHN T. DORSEY
M. BLAKE CLEARY
CHRISTIAN DOUGLAS WRIGHT
DANIELLE GIBBS
JOHN J. PASCHETTO
NORMAN M. POWELL
ELENA C. NORMAN

THE BRANDYWINE BUILDING
1000 WEST STREET, 17TH FLOOR
WILMINGTON, DELAWARE 19801
P.O. BOX 391
WILMINGTON, DELAWARE 19899-0391
(302) 571-6600
(800) 253-2234 (DE ONLY)
FAX: (302) 571-1253

110 WEST PINE STREET
P.O. BOX 594
GEORGETOWN, DELAWARE 19947
(302) 856-3571
(800) 255-2234 (DE ONLY)
FAX: (302) 856-9338

WWW.YOUNGCONAWAY.COM

DIRECT DIAL: 302-571-5029
DIRECT FAX: 302-576-3402
enorman@ycst.com

JOSEPH M. BARRY
SEAN M. BEACH
SANJAY BHATNAGAR
DONALD J. BOWMAN, JR.
MICHELE SHERRETTA BUDICAK
JEFFREY T. CASTELLANO
KARA HAMMOND COYLE
KRISTEN SALVATORE DEPALMA
MARGARET M. DIBIANCA
MARY F. DUGAN
ERIN EDWARDS
KENNETH J. ENOS
IAN S. FREDERICKS
JAMES J. GALLAGHER
SEAN T. GREECHER
STEPHANIE L. HANSEN
DAWN M. JONES
KAREN E. KELLER
JENNIFER M. KINKUS
EDWARD J. KOSMOWSKI
JOHN C. KUFFEL
TIMOTHY E. LENGKEEK

SPECIAL COUNSEL
JOHN D. MCLAUGHLIN, JR.
KAREN L. PASCALE
PATRICIA A. WIDDOSS

ANDREW A. LUNDGREN
MATTHEW B. LUNN
ADRIA B. MARTINELLI
KATHALEEN MCCORMICK
MICHAEL W. MCDERMOTT
TAMMY L. MERCER
MARIBETH L. MINELLA
EDMON L. MORTON
D. FON MUTTAMARA-WALKER
JENNIFER R. NOEL
ADAM W. POFF
SETH J. REIDENBERG
SARA BETH A. REYBURN
CHERYL A. SANTANIELLO
(NJ & PA ONLY)
MONTÉ T. SQUIRE
MICHAEL P. STAFFORD
CHAD S.C. STOVER
JOHN E. TRACEY
TRAVIS N. TURNER
MARGARET B. WHITEMAN
SHARON M. ZIEG

SENIOR COUNSEL
CURTIS J. CROWTHER

OF COUNSEL
BRUCE M. STARGATT
STUART B. YOUNG
EDWARD B. MAXWELL, 2ND

September 10, 2007

**BY CM/ECF**

The Honorable Leonard P. Stark
United States District Court for the District of Delaware
844 North King Street
Wilmington, DE 19801

    Re:    Elan Pharma Int'l Ltd. v. Abraxis BioScience, Inc. – C.A. No. 06-438-GMS

Dear Judge Stark:

    This firm represents Defendant Abraxis BioScience, Inc ("Abraxis") in the above-captioned matter.  I write to provide Your Honor with context relevant to three reply briefs of Abraxis.  The first was filed on September 4, 2007, specifically, Defendant Abraxis BioScience, Inc.'s Reply Brief in Support of its Motion to Compel Production of Damages Discovery (D.I. 312).  The second has been filed today as Defendant Abraxis BioScience, Inc.'s Reply Brief in Support of its Motion for Protective Order Against the Depositions of Drs. Soon-Shiong and Neil Desai (D.I. 323), and the third has been filed today as Defendant Abraxis BioScience, Inc.'s Reply Brief in Support of its Motion Against Plaintiff Elan Pharma International Limited's Notice of Rule 30(b)(6) Deposition (D.I. 325).

    Abraxis filed its Motion to Compel Damages Discovery on August 8, 2007 (D.I. 240).  On August 23, 2007, Plaintiff Elan Pharma International Limited ("Elan") filed its opposition to this motion as Plaintiff Elan Pharma International Limited's Answering Brief to Defendant Abraxis BioScience Inc.'s Motion to Compel Production of Damages Discovery and Plaintiff's Opening Brief in Support of its Cross-Motion to Limit by Protective Order Defendant's Fed. R. Civ. P. 30(b)(6) Deposition of Plaintiff (D.I. 285).  A Cross-Motion to Limit by Protective Order Defendant's Fed. R. Civ. P. 30(b)(6) Deposition of Plaintiff was filed by Elan on August 22, 2007. (D.I. 282)

# YOUNG CONAWAY STARGATT & TAYLOR, LLP

The Honorable Leonard P. Stark
September 10, 2007
Page 2

Abraxis filed its Motion for Protective Order Against the Depositions of Drs. Patrick Soon-Shiong and Neil Desai on August 13, 2007 (D.I. 247). On August 30, 2007, Elan filed its opposition to this motion as Elan Pharma International Limited's Answering Brief to Defendant Abraxis BioScience Inc.'s Motion for Protective Order Against the Depositions of Drs. Soon-Shiong and Desai and Opening Brief in Support of its Cross-Motion to Compel the Depositions of Drs. Soon-Shiong and Desai (D.I. 297). A Cross-Motion to Compel the Depositions of Drs. Soon-Shiong and Desai was filed by Elan on August 30, 2007 (D.I. 296).

Abraxis filed its Motion for Protective Order Against Plaintiff Elan Pharma International Limited's Notice of Rule 30(b)(6) Deposition on August 13, 2007 (D.I. 252). On August 30, 2007, Elan filed its opposition to this motion as Elan Pharma International Limited's Answering Brief to Defendant Abraxis BioScience Inc.'s Motion for Protective Order Against Plaintiff Elan Pharma International Limited's Notice of Rule 30(b)(6) Deposition and Opening Brief in Support of its Cross-Motion to Compel Rule 30(b)(6) Deposition of Defendant (D.I. 305). A Cross-Motion to Compel Rule 30(b)(6) Deposition of Abraxis BioScience Inc. was filed by Elan on August 30, 2007 (D.I. 304).

While Elan styled each of its oppositions to Abraxis' motions as a combined "Answering Brief" and "Opening Brief," the substance of each set of papers makes it clear that each is nothing more than an *opposition* to these motions – as opposed to a "cross-motion". None of Elan's papers contains any substance or request for relief except in response to Abraxis's motions. Elan did not file separate sets of briefs in support of the "cross-motions". For these reasons, Abraxis is filing reply briefs with respect to each of its motions, but is not filing answering briefs in opposition to the purported cross-motions. Moreover, even if Elan's purported "cross-motions" had contained substance beyond simply argument in opposition to Abraxis's motions, the "cross-motions" are untimely because the discovery cut-off in this case took place on August 13, 2007.

Please advise us should Your Honor wish us to follow a different procedure.

Respectfully submitted,

Elena C. Norman by

Elena C. Norman  (#4780)        (#4837)

ECN:mcm

YOUNG CONAWAY STARGATT & TAYLOR, LLP

The Honorable Leonard P. Stark
September 10, 2007
Page 3

cc:    Clerk of Court (by CM/ECF)
       John G. Day, Esq. (by CM/ECF and hand delivery)
       Steven J. Balick, Esq. (by CM/ECF and hand delivery)
       Stephen Scheve, Esq. (by electronic mail)
       Paul F. Fehlner, Esq. (by electronic mail)
       William J. Sipio, Esq. (by electronic mail)
       Emily A. Evans, Esq. (by electronic mail)
       Diana B. Kruze, Esq. (by electronic mail)