IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ELAN PHARMA INTERNATIONAL LTD, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 06-438 GMS |
| ABRAXIS BIOSCIENCE, INC, | ) ) | |
| Defendant. | ) ) | |

**ORDER**

At Wilmington this 17th day of September, 2007, having reviewed and duly considered the parties' Stipulation and Proposed Order Regarding Expert Discovery and Summary Judgment Briefing Schedule;

IT IS ORDERED that the parties' stipulation to modify the Scheduling Order (D.I. 295) is GRANTED with the following modifications: (1) opening letters requesting permission to file motions for summary judgment, not motions and opening briefs for summary judgment, shall be filed on **January 2, 2008**; (2) answering summary judgment letters, not answering summary judgment briefs, shall be filed on **January 9, 2008**; (3) reply summary judgment letters, not reply summary judgment briefs shall be filed on **January 14, 2008**; and (4) the court shall schedule a summary judgment teleconference, if necessary, at its convenience.

/s/ Gregory M. Sleet
CHIEF, UNITED STATES DISTRICT JUDGE