# ASHBY & GEDDES

ATTORNEYS AND COUNSELLORS AT LAW

500 DELAWARE AVENUE

P. O. BOX 1150

WILMINGTON, DELAWARE 19899

TELEPHONE
302-654-1888

FACSIMILE
302-654-2067

September 19, 2007

The Honorable Gregory M. Sleet　　　　　　　　　　VIA ELECTRONIC FILING
Chief Judge
United States District Court
844 King Street
Wilmington, Delaware 19801

　　　　Re:　*Elan Pharma International, Ltd. v. Abraxis Bioscience, Inc.*,
　　　　　　　C.A. No. 06-438-GMS

Dear Chief Judge Sleet:

　　　　I am Delaware counsel to Elan Pharma International, Ltd., plaintiff in the above action. I am writing to advise the Court about a scheduling conflict that Elan's lead counsel, Stephen Scheve, Esquire, has on October 2, 2007, the date on which the Court has scheduled a hearing on the parties' discovery issues in this matter.

　　　　Mr. Scheve has a long-standing commitment to host and participate in a panel discussion at the ABA Litigation Section's Biotechnology Institute, which is scheduled to be held on October 2, 2007, at Genentech Corporation's offices in San Francisco. Out of respect for the Court's concerns with the discovery issues that have been raised since the July 24, 2007 *Markman* hearing in this matter and the current posture of the case, Mr. Scheve would prefer to appear before the Court in person, and to that end has cleared his schedule for October 1st, 4th and 5th, should those be convenient dates for the Court. Abraxis's counsel has advised us that they also are available on October 4, 2007. Alternatively, if the Court prefers to proceed with the hearing as scheduled on October 2, 2007 at 9:30 a.m., Mr. Scheve respectfully requests that the Court allow him to participate by telephone from San Francisco.

　　　　　　　　　　　　　　　　　　　　　　　　　Respectfully,

　　　　　　　　　　　　　　　　　　　　　　　　　*/s/ John G. Day*

JGD/nml
184093.1　　　　　　　　　　　　　　　　　　　　　　John G. Day

　　c:　Josy W. Ingersoll, Esquire (via electronic mail)
　　　　William J. Sipio, Esquire (via electronic mail)
　　　　Steven Scheve, Esquire (via electronic mail)
　　　　Paul F. Fehlner, Esquire (via electronic mail)
　　　　Michael A. Jacobs, Esquire (via electronic mail)
　　　　Emily A. Evans, Esquire (via electronic mail)