IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| ELAN PHARMA INTERNATIONAL LIMITED, | ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Plaintiff, | | C.A. No. 06-438-GMS |
| v. | | |
| ABRAXIS BIOSCIENCE, INC., | | |
| Defendant. | | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on September 28, 2007, copies of: 1) Opening Expert Report
of Dr. Mansoor M. Amiji; 2) Expert Report of Dr. Johnson Tai Wong, M.D. and 3) Expert Report of
Jerry L. Atwood Ph.D. were caused to be served upon the following counsel of record as indicated
below:

### BY E-MAIL

Steven J. Balick, Esquire
John G. Day, Esquire
Tiffany Geyer Lydon, Esquire
Lauren Maguire, Esquire
ASHBY & GEDDES
500 Delaware Avenue
Wilmington, DE 19801
*sbalick@ashby-geddes.com*
*jday@ashby-geddes.com*
*tlydon@ashby-geddes.com*
*lmaguire@ashby-geddes.com*

**BY E-MAIL**

Stephen Scheve, Esquire
BAKER BOTTS L.L.P.
One Shell Plaza
910 Louisiana Street
Houston, TX  77002-4995
*steve.scheve@bakerbotts.com*

Paul F. Fehlner, Esquire
BAKER BOTTS L.L.P.
30 Rockefeller Plaza
New York, NY  10112-4498
*paul.fehlner@bakerbotts.com*

William J. Sipio, Esquire
1375 Brentwood Road
Yardley, PA  19067
*sipz25@aol.cm*

PLEASE TAKE FURTHER NOTICE that on October 1, 2007, a true and correct copy of this

Notice of Service was electronically filed with the Clerk of the Court using CM/ECF which will

send notification that such filing is available for viewing and downloading to the following counsel

of record:

Steven J. Balick, Esquire
John G. Day, Esquire
ASHBY & GEDDES
500 Delaware Avenue
Wilmington, DE 19801

Additionally, this Notice of Service was served by hand delivery on the above listed local

counsel and on the following counsel in the manner indicated:

**BY E-MAIL**

Stephen Scheve, Esquire
BAKER BOTTS L.L.P.
One Shell Plaza
910 Louisiana Street
Houston, TX  77002-4995
steve.scheve@bakerbotts.com

Paul F. Fehlner, Esquire
BAKER BOTTS L.L.P.
30 Rockefeller Plaza
New York, NY  10112-4498
paul.fehlner@bakerbotts.com

065496.1001

William J. Sipio, Esquire
1375 Brentwood Road
Yardley, PA 19067
sipz25@aol.cm

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Josy W. Ingersoll (No. 1088)
*jingersoll@ycst.com*
Elena C. Norman (No. 4780)
*enorman@ycst.com*
Karen E. Keller (No. 4489)
*kkeller@ycst.com*
Jeffrey T. Castellano (No. 4837)
*jcastellano@ycst.com*
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, DE 19801
302-571-6600

Dated:  October 1, 2007

*Attorneys for Defendant*
*ABRAXIS BIOSCIENCE, INC.*

DB02:6269703.1                                                                065496.1001