IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ELAN PHARMA INTERNATIONAL LIMITED, | ) ) ) ) | |
| Plaintiff, | ) ) ) | C.A. No. 06-438-GMS |
| v. | ) ) ) | |
| ABRAXIS BIOSCIENCE, INC., | ) ) ) | |
| Defendant. | ) ) ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on October 1, 2007, copies of Third Amended Response of Abraxis BioScience, Inc. to Elan Pharma International Limited's Interrogatory Nos. 2, 4, 9 and 10 were caused to be served upon the following counsel of record as indicated below:

### BY E-MAIL AND HAND DELIVERY

Steven J. Balick, Esquire
John G. Day, Esquire
Tiffany Geyer Lydon, Esquire
Lauren Maguire, Esquire
ASHBY & GEDDES
500 Delaware Avenue
Wilmington, DE 19801
*sbalick@ashby-geddes.com*
*jday@ashby-geddes.com*
*tlydon@ashby-geddes.com*
*lmaguire@ashby-geddes.com*

BY E-MAIL

Stephen Scheve, Esquire
BAKER BOTTS L.L.P.
One Shell Plaza
910 Louisiana Street
Houston, TX 77002-4995
*steve.scheve@bakerbotts.com*

Paul F. Fehlner, Esquire
BAKER BOTTS L.L.P.
30 Rockefeller Plaza
New York, NY 10112-4498
*paul.fehlner@bakerbotts.com*

William J. Sipio, Esquire
1375 Brentwood Road
Yardley, PA 19067
*sipz25@aol.cm*

PLEASE TAKE FURTHER NOTICE that on October 1, 2007, a true and correct copy of this Notice of Service was electronically filed with the Clerk of the Court using CM/ECF which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Steven J. Balick, Esquire
> John G. Day, Esquire
> ASHBY & GEDDES
> 500 Delaware Avenue
> Wilmington, DE 19801

Additionally, this Notice of Service was served by hand delivery on the above listed local counsel and on the following counsel in the manner indicated:

BY E-MAIL

Stephen Scheve, Esquire
BAKER BOTTS L.L.P.
One Shell Plaza
910 Louisiana Street
Houston, TX 77002-4995
steve.scheve@bakerbotts.com

Paul F. Fehlner, Esquire
BAKER BOTTS L.L.P.
30 Rockefeller Plaza
New York, NY 10112-4498
paul.fehlner@bakerbotts.com

William J. Sipio, Esquire
1375 Brentwood Road
Yardley, PA 19067
sipz25@aol.cm

        YOUNG CONAWAY STARGATT & TAYLOR, LLP

        /s/ *signature*

        Josy W. Ingersoll (No. 1088)
        *jingersoll@ycst.com*
        Elena C. Norman (No. 4780)
        *enorman@ycst.com*
        Karen E. Keller (No. 4489)
        *kkeller@ycst.com*
        Jeffrey T. Castellano (No. 4837)
        *jcastellano@ycst.com*
        The Brandywine Building, 17th Floor
        1000 West Street
        Wilmington, DE 19801
        302-571-6600

Dated: October 1, 2007      *Attorneys for Defendant*
               *ABRAXIS BIOSCIENCE, INC.*

3