# YOUNG CONAWAY STARGATT & TAYLOR, LLP

| | | | | |
|---|---|---|---|---|
| BEN T. CASTLE<br>SHELDON N. SANDLER<br>RICHARD A. LEVINE<br>RICHARD A. ZAPPA<br>FREDERICK W. IOBST<br>RICHARD H. MORSE<br>DAVID C. MCBRIDE<br>JOSEPH M. NICHOLSON<br>CRAIG A. KARSNITZ<br>BARRY M. WILLOUGHBY<br>JOSY W. INGERSOLL<br>ANTHONY G. FLYNN<br>JEROME K. GROSSMAN<br>EUGENE A. DIPRINZIO<br>JAMES L. PATTON, JR.<br>ROBERT L. THOMAS<br>WILLIAM D. JOHNSTON<br>TIMOTHY J. SNYDER<br>BRUCE L. SILVERSTEIN<br>WILLIAM W. BOWSER<br>LARRY J. TARABICOS<br>RICHARD A. DILIBERTO, JR.<br>MELANIE K. SHARP<br>CASSANDRA F. ROBERTS<br>RICHARD J.A. POPPER<br>TERESA A. CHEEK<br>NEILLI MULLEN WALSH | JANET Z. CHARLTON<br>ROBERT S. BRADY<br>JOEL A. WAITE<br>BRENT C. SHAFFER<br>DANIEL P. JOHNSON<br>CRAIG D. GREAR<br>TIMOTHY JAY HOUSEAL<br>MARTIN S. LESSNER<br>PAULINE K. MORGAN<br>C. BARR FLINN<br>NATALIE WOLF<br>LISA B. GOODMAN<br>JOHN W. SHAW<br>JAMES P. HUGHES, JR.<br>EDWIN J. HARRON<br>MICHAEL R. NESTOR<br>MAUREEN D. LUKE<br>ROLIN P. BISSELL<br>SCOTT A. HOLT<br>JOHN T. DORSEY<br>M. BLAKE CLEARY<br>CHRISTIAN DOUGLAS WRIGHT<br>DANIELLE GIBBS<br>JOHN J. PASCHETTO<br>NORMAN M. POWELL<br>ELENA C. NORMAN | THE BRANDYWINE BUILDING<br>1000 WEST STREET, 17TH FLOOR<br>WILMINGTON, DELAWARE 19801<br>P.O. BOX 391<br>WILMINGTON, DELAWARE 19899-0391<br>(302) 571-6600<br>(800) 253-2234 (DE ONLY)<br>FAX: (302) 571-1253<br>110 WEST PINE STREET<br>P.O. BOX 594<br>GEORGETOWN, DELAWARE 19947<br>(302) 856-3571<br>(800) 255-2234 (DE ONLY)<br>FAX: (302) 856-9338<br>WWW.YOUNGCONAWAY.COM<br>DIRECT DIAL: 302-571-5029<br>DIRECT FAX: 302-576-3402<br>enorman@ycst.com | JOSEPH M. BARRY<br>SEAN M. BEACH<br>SANJAY BHATNAGAR<br>DONALD J. BOWMAN, JR.<br>MICHELE SHERRETTA BUDICAK<br>JEFFREY T. CASTELLANO<br>KARA HAMMOND COYLE<br>KRISTEN SALVATORE DEPALMA<br>MARGARET M. DIBIANCA<br>MARY F. DUGAN<br>ERIN EDWARDS<br>KENNETH J. ENOS<br>IAN S. FREDERICKS<br>JAMES J. GALLAGHER<br>SEAN T. GREECHER<br>STEPHANIE L. HANSEN<br>DAWN M. JONES<br>KAREN E. KELLER<br>JENNIFER M. KINKUS<br>EDWARD J. KOSMOWSKI<br>JOHN C. KUFFEL<br>TIMOTHY E. LENGKEEK<br><br>SPECIAL COUNSEL<br>JOHN D. MCLAUGHLIN, JR.<br>KAREN L. PASCALE<br>PATRICIA A. WIDDOSS | ANDREW A. LUNDGREN<br>MATTHEW B. LUNN<br>ADRIA B. MARTINELLI<br>KATHALEEN MCCORMICK<br>MICHAEL W. MCDERMOTT<br>TAMMY L. MERCER<br>MARIBETH L. MINELLA<br>EDMON L. MORTON<br>D. FON MUTTAMARA-WALKER<br>JENNIFER R. NOEL<br>ADAM W. POFF<br>SETH J. REIDENBERG<br>SARA BETH A. REYBURN<br>CHERYL A. SANTANIELLO<br>(NJ & PA ONLY)<br>MONTÉ T. SQUIRE<br>MICHAEL P. STAFFORD<br>CHAD S.C. STOVER<br>JOHN E. TRACEY<br>TRAVIS N. TURNER<br>MARGARET B. WHITEMAN<br>SHARON M. ZIEG<br><br>SENIOR COUNSEL<br>CURTIS J. CROWTHER<br><br>OF COUNSEL<br>BRUCE M. STARGATT<br>STUART B. YOUNG<br>EDWARD B. MAXWELL, 2ND |

October 3, 2007

**BY CM/ECF**
The Honorable Gregory M. Sleet
United States District Court for the District of Delaware
844 North King Street
Wilmington, DE 19801

    Re:    <u>Elan Pharma Int'l Ltd. v. Abraxis Bioscience, Inc.</u> – C.A. No. 06-438-GMS

Dear Chief Judge Sleet:

    Pursuant to the Court's Order of October 2, 2007, enclosed herewith is a letter from Michael Jacobs regarding his absence from yesterday's hearing.

    Respectfully,

    Elena C. Norman by /s/ [signature] (#4837)

Elena C. Norman (#4780)

ECN:mcm
Enclosure
cc:    Clerk of Court (by CM/ECF)
       John G. Day, Esq. (by CM/ECF and hand delivery)
       Steven J. Balick, Esq. (by CM/ECF and hand delivery)
       Tiffany Geyer Lydon, Esq. (by CM/ECF and hand delivery)
       Stephen Scheve, Esq. (by electronic mail)
       Paul F. Fehlner, Esq. (by electronic mail)
       William J. Sipio, Esq. (by electronic mail)
       Michael A. Jacobs, Esq. (by electronic mail)
       Emily A. Evans, Esq. (by electronic mail)
       Diana B. Kruze, Esq. (by electronic mail)

**MORRISON | FOERSTER**

425 MARKET STREET
SAN FRANCISCO
CALIFORNIA 94105-2482

TELEPHONE: 415.268.7000
FACSIMILE: 415.268.7522

WWW.MOFO.COM

MORRISON & FOERSTER LLP

NEW YORK, SAN FRANCISCO,
LOS ANGELES, PALO ALTO,
SAN DIEGO, WASHINGTON, D.C.

NORTHERN VIRGINIA,
ORANGE COUNTY, DENVER,
SACRAMENTO, WALNUT CREEK

TOKYO, LONDON, BEIJING,
SHANGHAI, HONG KONG,
SINGAPORE, BRUSSELS

October 2, 2007

Writer's Direct Contact
415.268.7455
MJacobs@mofo.com

Honorable Gregory M. Sleet
United States District Court Chief Judge
United States District Court, District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street - Room 4324
Wilmington, DE 19801

Re:   *Élan Pharma International Limited v. Abraxis Bioscience Inc.*
      Case 1:06-cv-00438-GMS

Dear Chief Judge Sleet:

I apologize for not attending the discovery hearing before Your Honor today. I was at a District Court-ordered settlement conference (where lead counsel was specifically ordered to attend) all day yesterday and could not travel to Delaware. I believed that sending Ms. Norman, Ms. Evans, Mr. Walters and Ms. Kruze would be appropriate because they are the lawyers most familiar with the issues to be addressed at the hearing. I meant no disrespect to the Court.

Respectfully,

Michael A. Jacobs

sf-2398218