## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ELAN PHARMA INTERNATIONAL LIMITED, | ) ) ) | |
| Plaintiff, | ) ) | C.A. No. 06-438-GMS |
| v. | ) ) ) | |
| ABRAXIS BIOSCIENCE, INC., | ) ) | |
| Defendant. | ) ) | |

## <u>NOTICE OF DEPOSITION OF MANSOOR M. AMIJI</u>

PLEASE TAKE NOTICE that, pursuant to Federal Rules of Civil Procedure 30 and 45, Plaintiff Elan Pharma International Limited shall take the oral deposition of Mansoor M. Amiji.  The deposition shall commence at 9:00 a.m. EST on Thursday, October 25, 2007, at the offices of Lahive & Cockfield, 28 State Street, Boston, Massachusetts 02109.  The deposition shall be taken before an authorized court reporter from Continental Court Reporters, or other officer authorized to administer oaths, and shall continue from day to day until completed. The deposition shall be recorded by stenographic means and may be videotaped.  The witness is instructed to bring to the deposition those items described on the attached Exhibit A.

ASHBY & GEDDES

*/s/ Lauren E. Maguire*

_____

Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Lauren E. Maguire (I.D. #4261)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com
lmaguire@ashby-geddes.com

*Attorneys for Plaintiff*
*Elan Pharma International Limited*

*Of Counsel:*

Stephen Scheve
Linda M. Glover
BAKER BOTTS LLP
One Shell Plaza
910 Lousiana Street
Houston, TX 77042-4995
(713) 229-1659

Paul F. Fehlner
Jeffrey D. Sullivan
Lisa Chiarini
BAKER BOTTS LLP
30 Rockefeller Plaza
New York, NY 10112-4498
(212) 408-2527

William J. Sipio
1375 Brentwood Road
Yardley, PA 19067
(215) 801-3625

Dated:  October 9, 2007
184828.1

# EXHIBIT A

1.  All documents and tangible things including all tangible reports, physical models, compilations of data, photographs, audio tapes, video tapes, computer printouts, and other material prepared by the witness or for the witness and/or his agents, servants and/or employees in anticipation of the witness' trial and deposition testimony.

2.  All documents, and tangible things, including but not limited to all materials, notes, memoranda, statements, depositions, and correspondence reviewed by the witness and/or his agents, servants and/or employees, including treatises, articles and authoritative materials, in anticipation of the witness' trial and deposition testimony.

3.  All documents and tangible things, including but not limited to correspondence, notes, factual observations, calculations, supporting data, documents, and material sent to the witness and/or his agents, servants and/or employees by the plaintiff or anyone acting on behalf of the plaintiff.

4.  The witness' entire file, including all work product and work papers on this matter, including notes, correspondence, research, work papers, and any other tangible material.

5.  All computer disks reflecting work by the witness and/or his agents, servants and/or employees on this matter.

6.  All other materials reviewed by the witness and/or his agents, servants and/or employees as a consequence of his retention as an expert in this case.

7.  Documents reflecting all agreements between the witness and/or his agents, servants and/or employees and the plaintiff concerning compensation, including but not limited to all receipts, checks, and billing records reflecting that compensation.

8.  All reports and transcripts of depositions and/or trial testimony offered by the witness in any litigation other than in this case.

9.  Documents reflecting all agreements between the witness and/or his agents, servants and/or employees and counsel for plaintiff on any matter related to this case.

10. All of witness' and/or his agents, servants and/or employees' notes concerning the assignments and/or work he has done on his own and/or at the request of plaintiff in regard to this matter; this request includes all reports and case summaries prepared by the witness or prepared for the witness by any individual working with him.

11. Records of time, expenses and charges for time the witness and/or his agents, servants and/or employees have spent on any matter related to this case.