IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

---

| | |
|---|---|
| ELAN PHARMA )<br>INTERNATIONAL LTD, )<br> )<br>Plaintiff, )<br> )<br>v. )<br> )<br>ABRAXIS BIOSCIENCE, INC, )<br> )<br>Defendant. )<br>_____) | C.A. No. 06-438 GMS |

---

### **ORDER**

At Wilmington this 9TH day of October, 2007, having previously discussed the Scheduling Order in this matter with the parties during the discovery hearing held on October 2, 2007;

IT IS ORDERED that the Scheduling Order is AMENDED as follows: the deadline for limited fact discovery on the issues raised in the parties' 11 discovery motions and cross-motions, and discussed during the October 2nd hearing is extended to **November 30, 2007**.


/s/ Gregory M. Sleet
CHIEF, UNITED STATES DISTRICT JUDGE