**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

ELAN PHARMA INTERNATIONAL LIMITED,

Plaintiff,

v.

ABRAXIS BIOSCIENCE, INC.,

Defendant.

C.A. No. 06-438-GMS

**STIPULATION AND PROPOSED ORDER REGARDING TRANSCRIPT FROM OCTOBER 2, 2007 DISCOVERY HEARING**

WHEREAS, the Court held a discovery hearing on October 2, 2007;

WHEREAS, the transcript from the October 2nd discovery hearing contains references to information the parties have previously characterized as Restricted Confidential or Confidential information pursuant to the Protective Order;

WHEREAS, the parties wish to maintain the confidentiality of that information;

IT IS HEREBY STIPULATED AND AGREED, subject to the Order of the Court, that the parties shall work with the court reporter to maintain the confidential portions of the October 2nd transcript under seal.

ASHBY & GEDDES

*/s/ Lauren E. Maguire*

Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Lauren E. Maguire (I.D. #4261)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, Delaware 19899-1150
(302) 654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com
lmaguire@ashby-geddes.com

*Attorneys for Plaintiff*
*Elan Pharma International Limited*

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Elena C. Norman*

Josy W. Ingersoll (I.D. #1088)
Elena C. Norman (I.D. #4780)
The Brandywine Building, 17th Floor
1000 West Street
P.O. Box 391
Wilmington, DE 19899-0391
(302) 571-6600
jingersoll@ycst.com
enorman@ycst.com

*Attorneys for Defendant*
*Abraxis Bioscience, Inc.*

Dated: ________________

______________________________
Chief Judge

175625.1