IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ELAN PHARMA INTERNATIONAL LIMITED, | ) ) ) | |
| Plaintiff, | ) ) ) | C.A. No. 06-438-GMS |
| v. | ) ) | |
| ABRAXIS BIOSCIENCE, INC., | ) ) ) | |
| Defendant. | ) ) | |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that on October 19, 2007, copies of *(1)Abraxis's Objections to Elan's Notice of Deposition of Jerry L. Atwood, Ph.D., (2) Abraxis's Objections to Elan's Notice of Deposition of Johnson Tai Wong, M.D. and (3) Abraxis's Objections to Elan's Notice of Deposition of Mansoor M. Amiji, Ph.D.* were caused to be served upon the following counsel of record as indicated below:

**BY E-MAIL AND HAND DELIVERY**

Steven J. Balick, Esquire
John G. Day, Esquire
Tiffany Geyer Lydon, Esquire
Lauren Maguire, Esquire
ASHBY & GEDDES
500 Delaware Avenue
Wilmington, DE 19801
*sbalick@ashby-geddes.com*
*jday@ashby-geddes.com*
*tlydon@ashby-geddes.com*
*lmaguire@ashby-geddes.com*

**BY E-MAIL**

| | |
|---|---|
| Stephen Scheve, Esquire<br>BAKER BOTTS L.L.P.<br>One Shell Plaza<br>910 Louisiana Street<br>Houston, TX  77002-4995<br>*steve.scheve@bakerbotts.com* | Paul F. Fehlner, Esquire<br>BAKER BOTTS L.L.P.<br>30 Rockefeller Plaza<br>New York, NY  10112-4498<br>*paul.fehlner@bakerbotts.com* |

William J. Sipio, Esquire
1375 Brentwood Road
Yardley, PA  19067
*sipz25@aol.cm*

PLEASE TAKE FURTHER NOTICE that on October 19, 2007, a true and correct copy of this Notice of Service was electronically filed with the Clerk of the Court using CM/ECF which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Steven J. Balick, Esquire
> John G. Day, Esquire
> ASHBY & GEDDES
> 500 Delaware Avenue
> Wilmington, DE 19801

Additionally, this Notice of Service was served by hand delivery on the above listed local counsel and on the following counsel in the manner indicated:

**BY E-MAIL**

Stephen Scheve, Esquire          Paul F. Fehlner, Esquire
BAKER BOTTS L.L.P.               BAKER BOTTS L.L.P.
One Shell Plaza                  30 Rockefeller Plaza
910 Louisiana Street             New York, NY  10112-4498
Houston, TX  77002-4995          paul.fehlner@bakerbotts.com
steve.scheve@bakerbotts.com

William J. Sipio, Esquire
1375 Brentwood Road
Yardley, PA 19067
sipz25@aol.cm

                                        YOUNG CONAWAY STARGATT & TAYLOR, LLP

                                        */s/ Jeffrey T. Castellano*
                                        Josy W. Ingersoll (No. 1088)
                                        *jingersoll@ycst.com*
                                        Elena C. Norman (No. 4780)
                                        *enorman@ycst.com*
                                        Karen E. Keller (No. 4489)
                                        *kkeller@ycst.com*
                                        Jeffrey T. Castellano (No. 4837)
                                        *jcastellano@ycst.com*
                                        The Brandywine Building, 17th Floor
                                        1000 West Street
                                        Wilmington, DE 19801
                                        302-571-6600

Dated:  October 19, 2007                      *Attorneys for Defendant*
                                        *ABRAXIS BIOSCIENCE, INC.*