## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ELAN PHARMA<br>INTERNATIONAL LIMITED,<br><br>Plaintiff,<br><br>v.<br><br>ABRAXIS BIOSCIENCE, INC.,<br><br>Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 06-438-GMS<br><br>REDACTED<br>PUBLIC VERSION |

### DECLARATION OF LINDA M. GLOVER IN SUPPORT OF
### PLAINTIFF ELAN PHARMA INTERNATIONAL LIMITED'S RESPONSE TO DEFENDANT
### ABRAXIS BIOSCIENCE INC.'S MOTION TO DISMISS NEWLY ADDED INFRINGEMENT
### CONTENTIONS PURSUANT TO FED. R. CIV. P. 16(f)(1)C)

I, Linda M. Glover, hereby declare as follows:

1.  I am an attorney licensed to practice in the State of Texas, and I am admitted *pro hac vice* to practice in the above-captioned matter. I am an associate with the law firm of Baker Botts L.L.P., attorneys for Plaintiff Elan Pharma International Limited in the above-captioned matter. I submit this Declaration In Support Of Plaintiff Elan Pharma International Limited's Response To Defendant Abraxis BioScience, Inc.'s Motion To Dismiss Newly Added Infringement Contentions Pursuant to Fed. R. Civ. P. 16(f)(1)(C). I have personal knowledge of the matters set forth herein, and if called upon to do so, I could and would competently testify thereto.

2.  Attached hereto as Exhibit 1 is a true and correct copy of relevant excerpts of the transcript of the deposition of Pramod Sarpotdar, which was taken in this matter.

3.  Attached hereto as Exhibit 2 is a true and correct copy of relevant excerpts of the transcript of the deposition of Nancy Peltier, which was taken in this matter.

4.      Attached hereto as Exhibit 3 is a true and correct copy of relevant excerpts of the transcript of the deposition of Elaine Liversidge, which was taken in this matter.

5.      Attached hereto as Exhibit 4 is a true and correct copy of relevant excerpts of the transcript of the deposition of Gary Liversidge, which was taken in this matter.

Pursuant to 28 U.S.C. § 1746, I affirm and declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

FURTHER AFFIANT SAYETH NOT.

Executed this 17th day of October 2007 in Houston, Texas.


Linda M. Glover

# EXHIBIT 1

# REDACTED

# EXHIBIT 2

**REDACTED**

# EXHIBIT 3

Page 1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ELAN PHARMA INTERNATIONAL, LIMITED,

                    Plaintiff,

          vs.                    Case No.
                                 06-438-GMS

ABRAXIS BIOSCIENCE, INC.,

                    Defendant.

VIDEOTAPED DEPOSITION OF ELAINE LIVERSIDGE

New York, New York

Monday, July 30, 2007

Reported by:
Adrienne M. Mignano
JOB NO. 195875

Page 2

1

2

3

4          July 30, 2007

5          9:16 a.m.

6

7          Videotaped Deposition of ELAINE

8    LIVERSIDGE, held at the offices of

9    Baker Botts, 30 Rockefeller Center, New

10   York, New York, pursuant to Notice,

11   before Adrienne M. Mignano, a Notary

12   Public of the State of New York.

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 3

```
1

2    A P P E A R A N C E S :

3

4    BAKER BOTTS LLP
     Attorneys for Elan Pharma
5       30 Rockefeller Plaza
        New York, New York 10112-4498
6
     BY:JEFFREY SULLIVAN, ESQ.
7       LISA A. CHIARINI, ESQ.

8

9    MORRISON & FOERSTER, LLP
     Attorneys for Abraxis
10      755 Page Mill Road
        Palo Alto, California 94304-1018
11
     BY:ERIC S. WALTERS, ESQ.
12

13

     ALSO PRESENT:
14
        IAN PAOLA, Videographer
15

16

17

18

19

20

21

22

23

24

25
```

Page 80

1              Liversidge

2    10 kilograms.  The amount of reagent we

3    would use if we would use a very expensive

4    drug probably would have blown our budget

5    for this particular study.  So using the

6    polystyrene nanoparticles really appeared,

7    at least for us at the time, to be a very

8    nice model for studying the kinetics of

9    what and how a particle would perform in a

10   larger animal.

11      Q.    If I could direct your attention

12   to the page Bates labeled Elan P36256, the

13   left column --

14      A.    One second, please.

15      Q.    Sorry.

16          Left column, first full sentence

17   reads, "The pluronic stabilizer F108, a

18   second generation to F68, was selected

19   based on the findings of Illum and Davis."

20          Was that a true statement?

21      A.    To the best of my recollection, if

22   I chose these words or if Larry chose

23   these words to put in that particular

24   statement, I would only have to surmise

25   that they were true to the best of your

Page 81

1                    Liversidge

2    ability when we wrote this.  Very similar

3    to patent law and writing patent, we do

4    take this very seriously in effecting the

5    appropriate words, that they are accurate

6    and clear.

7        Q.    In the text sentence, it states,

8    "It is unknown if a stabilizer other than

9    F108" -- and I'll skip ahead -- "would

10   produce this effect."

11           Was that an accurate statement to

12   the best of your knowledge at the time

13   that you submitted this paper?

14           MR. SULLIVAN:  Objection.

15      Ambiguous.

16       A.    This statement, "It is unknown if

17   a stabilizer other than F108, or if a drug

18   core instead of polystyrene, would produce

19   this effect" really relates in this

20   particular publication, to a stabilizer in

21   association with the particulate.

22           So in that context of the way

23   these studies were designed, we're talking

24   polystyrene particular carrier F108, the

25   pluronic was observed to that, and the

Page 82

1                    Liversidge

2    combination of the particle and the

3    stabilizer was basically studied, and

4    since in this particular study it was

5    pretty much focused only on F108, the

6    accuracy of that statement is based pretty

7    much on that context.

8       Q.   So in that context, that

9    polystyrene core with a surfactant

10   absorbed to it, it was unknown if a

11   stabilizer other than F108 would produce

12   the effect; is that correct?

13          MR. SULLIVAN:  Objection.  Vague.

14     Ambiguous.

15      A.   What was unknown at that

16   particular time is the combination of a

17   reagent like F108 in combination with a

18   particulate with that combined system,

19   which is a better reflection of a

20   nanoparticulate system.  If one altered

21   the stabilizer, would one see an effect at

22   this particular time since we only studied

23   the pluronic.

24          Basically that is what that

25   particular statement is referring to, if I

Page 83

```
 1              Liversidge
 2   recall correctly.
 3     Q.    And it also states, "It is unknown
 4   if a drug core instead of polystyrene
 5   would produce the effect."
 6           Is that also -- was that also a
 7   true statement to your understanding at
 8   that time?
 9           MR. SULLIVAN:  Objection.  Vague.
10      Ambiguous.
11     A.    To my understanding, the way this
12   reads, once again, it refers to the fact
13   that we used the polystyrene as a model of
14   a drug carrier, and the statement really
15   refers to the combination of whether it be
16   a polystyrene or an alternate particular
17   carrier in combination with this
18   particular pluronic, whether or not it
19   would have effect, and in a way, I believe
20   the statement was fairly accurate at the
21   time.
22     Q.    Based on your understanding at the
23   present time, is it true that the
24   surfactant used with a nanoparticulate is
25   irrelevant to the level of hemodynamic
```

Page 84

1                   Liversidge

2   effects that can be caused by that

3   nanoparticulate composition in dogs?

4           MR. SULLIVAN:  Objection.  Vague.

5       Ambiguous.  Incomplete hypothetical.

6       Q.   Based on your understanding today,

7   is it the case that the changing of

8   surfactant on a nanoparticulate will have

9   no effect on the level of hemodynamic

10  effects on dogs from an infusion of a

11  nanoparticulate composition?

12          MR. SULLIVAN:  Objection.  Vague.

13      Ambiguous.  Incomplete hypothetical.

14      Legal conclusion.

15      A.   I have no information that I can

16  recall that we would not see a hemodynamic

17  effect if we used an alternate stabilizer

18  rather than the F108.

19      Q.   My question is actually a little

20  different, which is, would you expect to

21  see, based on your current understanding,

22  hemodynamic effects at the same dosage

23  with a different surfactant?

24          MR. SULLIVAN:  Objection.  Vague.

25      Ambiguous.  Incomplete hypothetical.

```
1              Liversidge

2      Legal conclusion.

3      Q.    Different surfactant absorbed on

4  the surface of a nanoparticulate drug.

5      A.    You'll have to be a bit more

6  specific.

7            Are you asking dose or different

8  stabilizer?  It's confusing, the question.

9      Q.    Let me try a different way.

10           Based on your information today,

11  if a different stabilizer had been used in

12  the Dr. DeGaravilla paper, Exhibit 6,

13  would you expect the hemodynamic effects

14  to be the same?

15           MR. SULLIVAN:  Same objections.

16     A.    In this particular setting, the

17  F108 was actually chosen because we were

18  in the process of moving a product forward

19  that involved this particular stabilizer.

20           My understanding right now is that

21  basically if I have a particle

22  preparation, I have an absorb stabilizer

23  to that particle preparation, that the

24  combination, whether or not it is F108 or

25  an alternate stabilizer, the hypotensive
```

Page 86

1                    Liversidge

2    effect would be observed.

3        Q.   My question wasn't whether it

4    would be observed, but whether you would

5    have the identical hypotensive effects

6    with different surfactants from infusion

7    of nanoparticulate compositions in dogs?

8             MR. SULLIVAN:  Same objection.

9        A.   It's hard to know what you mean by

10   similar hypotensive effects.

11       Q.   I used the word identical.

12       A.   If I recall from this paper, it

13   looks like here there is heart rate, it

14   looks like here there is all sorts of

15   things we're basically monitoring.

16            So to my knowledge today, how one

17   basically would be able to clearly and

18   accurately state what identically that

19   we're seeing here, whether or not we would

20   basically have an identical example of

21   something that we have done more recently,

22   and I guess what I'm hung up on is the

23   word identical.  That's pretty strong.

24   This particular study I believe was done

25   with a few dogs and the phenomenon was

Page 173

1                      Liversidge

2         2:27 p.m. and we're going off the

3         record.

4              (Thereupon, a recess was taken,

5         and then the proceedings continued as

6         follows:)

7              THE VIDEOGRAPHER:  The time is

8         2:45 p.m. and this marks the beginning

9         of tape number three.

10    BY MR. WALTERS:

11       Q.    Isn't it true that as of August

12    1993, Sterling had only been able to

13    identify four surfactants that were viable

14    candidates for its current nanotechnology

15    dependent products?

16            MR. SULLIVAN:  Objection.

17       Foundation.  Vague and ambiguous.

18       A.    That's basically really an

19    impossible question for me to answer.

20       Q.    Why is that?

21       A.    Number one, it is August 1993.

22    Number two, it's fairly broad in terms of

23    nanoparticulate technology.  Number three,

24    the usage of the word stabilizer.  And,

25    four, without knowing the details of what

Page 174

```
 1              Liversidge
 2    you're trying to refer to, it's very
 3    difficult for me to accurately be able to
 4    respond or recall something at that time
 5    period.
 6      Q.   Do you recall that in the 1993
 7    time period, Sterling had concluded that
 8    few surfactants met the criteria necessary
 9    for drug NanoCrystal formulation?
10         MR. SULLIVAN:  Objection.  Vague.
11       Ambiguous.  Speculation.
12      A.   I cannot recall that a statement
13    in 1993 would have referred to the fact
14    that only four stabilizers were suitable
15    for a NanoCrystal technology or a
16    nanoparticulate technology.
17      Q.   Do you recall that few surfactants
18    met the criteria for a successful drug
19    NanoCrystal formulation in Sterling's
20    program in the 1993 time frame?
21         MR. SULLIVAN:  Objection.
22       Speculation.  Vague.  Ambiguous.
23      A.   I do not recall a statement to
24    that effect.
25         MR. WALTERS:  I'd like to mark as
```

Page 175

```
1              Liversidge
2       the next in order a document Bates
3       numbered Elan P85229 through 85238.
4           (Liversidge Exhibit 12, Document
5    Bates Stamped Elan P85229 through
6    85238, marked for identification, as of
7    this date.)
8         MR. SULLIVAN:  This is restricted
9       confidential, and I would ask that the
10      transcript be likewise designated.
11          (The following portion has been
12   deemed confidential and bound under
13   separate cover.)
14
15
16
17
18
19
20
21
22
23
24
25
```

```
 1              Liversidge
 2   BY MR. WALTERS:
 3      Q.   If I could direct your attention
 4   to the page Bates numbered 85230.
 5      A.   I'm taking a minute just to see
 6   what this is all about.
 7           Would you repeat the slide, the
 8   question?
 9      Q.   There is a statement in the middle
10   of that page that "Few surfactants meet
11   criteria necessary for a successful drug
12   NanoCrystal formulation."
13           Was that a true statement in
14   November of 1993 to your knowledge?
15           MR. SULLIVAN:  Objection.  Vague.
16      Ambiguous.  Incomplete hypothetical.
17      A.   To the best of my recollection,
18   not having been part of the team that were
19   formulators, I certainly was not aware
20   that there were few stabilizers that met
21   the criteria.
22           One thing though in taking and
23   looking at this document, I do recollect
24   that we had a program, if you flip over to
25   5231, there was a branch of Eastman Kodak
```

Page 177

1                    Liversidge

2   called Haro, H-A-R.  That's what that

3   refers to.  And there was a big

4   international political push to try to

5   incorporate the Haro synthetic chemist to

6   identify new and novel stabilizers that

7   could be incorporated into this new

8   technology.

9        Q.   So you were not involved in the

10  evaluation of whether surfactants were --

11  whether surfactants met the criteria

12  necessary for successful drug NanoCrystal

13  formulation in November 1993?

14            MR. SULLIVAN:  Objection.  Vague

15       and ambiguous.

16       A.   If you could tease my mind a

17  little, if I recall in 1993, we were still

18  at Sterling Winthrop, which it says it on

19  the sign.  My position at Sterling

20  Winthrop was not a formulator.

21       Q.   Were you involved in the

22  evaluation of whether surfactants met the

23  criteria for a successful drug NanoCrystal

24  formulation in November of 1993?

25            MR. SULLIVAN:  Objection.  Vague.

1                    Liversidge

2        Ambiguous.

3        A.    To the best of my ability, what I

4    can recall from that period, my group was

5    pretty much involved in evaluating the

6    NanoCrystal formulations in terms of how

7    they performed in animal models at the

8    time.

9        Q.    Do you have any reason to believe

10   the statement in the middle of Elan P85230

11   that "Few surfactants meet criteria

12   necessary for a successful drug

13   NanoCrystal formulation" is false?

14          MR. SULLIVAN:  Objection.

15       Q.    As of 1993.

16          MR. SULLIVAN:  Objection.  Vague

17       and ambiguous.  Incomplete

18       hypothetical.

19       A.    It is very difficult for me to

20   know what was meant in 1993 by that

21   particular statement.

22       Q.    Did you attend the development

23   retreats while you were at Sterling

24   Winthrop in the technology development

25   department in pharmaceutical sciences?

Page 190

1                    Liversidge

2    BY MR. WALTERS:

3        Q.   As of April 2001, is it correct

4    that the only surfactant combination that

5    was successfully used to generate

6    NanoCrystal piposulfan was a TWEEN/SPAN

7    combination?

8             MR. SULLIVAN:  Objection.

9         Foundation.

10       Q.   To your knowledge.

11            MR. SULLIVAN:  Incomplete

12        hypothetical.  Vague and ambiguous.

13       A.   Would you repeat the date that you

14   mentioned?

15       Q.   As of April 2001.

16       A.   To the best of my knowledge, in

17   the year 2001, pretty much based on this

18   statement and since I was not involved in

19   identifying the formulation, I assume that

20   the best option was the combination that's

21   basically stated in this memo.

22       Q.   To your knowledge, was it the

23   case -- let me ask it a different way.

24            Were you aware in April of 2001

25   that any surfactant other than a

1              Liversidge

2    TWEEN/SPAN combination that had been

3    successfully used by Elan, Sterling or

4    NanoSystems to generate a piposulfan

5    nanoparticulate composition?

6              MR. SULLIVAN:  Objection.

7       Compound.  Vague and ambiguous.

8       A.    2001 was a very long time ago.

9    And my only recollection with the

10   piposulfan project from those very early

11   days was the use of the TWEEN/SPAN

12   combination.  However, I was not privy to

13   all the data and all the milling

14   approaching that were basically tried

15   during that period.

16      Q.    In the next sentence it says,

17   "However, in the last few years, we do

18   things differently, and certainly the

19   PVP/deoxycholic acid trick was never

20   tried."

21            What is the PVP/deoxycholic acid

22   trick that you refer to?

23      A.    Well, even today we do the PVP,

24   sodium deoxycholic acid.  I don't know if

25   I would call it trick.  It so turns out

Page 237

```
 1              Liversidge
 2      And under the second interim
 3      protective order, we do not waive our
 4      rights.  I will allow the questioning
 5      to go forward, but I want to note that
 6      for the record I don't see any
 7      indication.
 8      Q.   Why don't you set Exhibit 18 aside
 9  for a moment and let me ask you this
10  question:  Are you aware --
11          MR. WALTERS:  Withdrawn.
12      Q.   Were you ever aware of a
13  correlation between the affect of
14  something called the HLB value of a
15  surfactant system and the stabilization
16  and millability of a compound using
17  NanoCrystal technology?
18          MR. SULLIVAN:  Objection.
19      Compound.  Vague and ambiguous.
20      A.   First of all, to qualify, I'm not
21  a physical pharmacist or a physical
22  chemist as mentioned in the beginning of
23  the session.  My basic training is cell
24  biology, anatomy, and now I know something
25  about drug delivery.
```

Page 238

```
 1              Liversidge
 2         As far as a connection between HLB
 3    and millability, I do know, or I do recall
 4    one association between choosing
 5    stabilizers with certain HLB values and
 6    being able to identify a stabilizer and
 7    drug combination that would be suitable
 8    for milling.
 9         But let me emphasize to you, I
10    only know of one particular incident in my
11    experiences of working with this
12    technology, at least in the last ten
13    years, that was ever relevant for any
14    other compound.
15    Q.   You mentioned that you were aware
16    of correlation between HLB value and
17    millability at least in one instance.
18         What instance were you aware of?
19         MR. SULLIVAN:  Objection.
20    Q.   Let me back up.
21         Did I characterize your testimony
22    correctly?  You're aware of HLB, a
23    correlation of HLB value and millability
24    in at least one instance?
25    A.   That would be correct.
```

Page 239

1                    Liversidge

2        Q.    And what is HLB?

3        A.    I can give you an operational

4    definition of an HLB value.

5        Q.    That's fine.

6        A.    Once again, this is not my field

7    of expertise.

8        Q.    What is your understanding of what

9    an HLB value is?

10       A.    My understanding of an HLB value

11   is below 10.  There is this numbering

12   system from zero to 30, 40, 50.

13              Below 10, materials that have an

14   HLB value of below 10 are usually reagents

15   that are very lipid like, and very

16   hydrophobic like, and cannot make

17   solutions in water.

18              As the HLB value increases, 10,

19   12, 13, 14, 15, 16, 17, et cetera, et

20   cetera, the ratio of the components in

21   that particular reagent become more

22   hydrophilic.  So the higher the HLB value

23   is, the more hydrophilic and the more

24   water soluble that particular agent is.

25              What the acronym HLB stands for at

Page 240

1              Liversidge

2    the top of my head right now, I could not

3    tell you that acronym.  It may be

4    hydrophilic lipid balance.  That's what

5    I'm thinking when I say that to you.

6        Q.   What correlation were you aware of

7    between HLB value availability in the

8    early 1990s?

9             MR. SULLIVAN:  Objection.

10   Foundation.

11       A.   In the 1990s, if I could recall

12   appropriately and correctly, I was at

13   either seminars or presentations in which

14   the piposulfan project was basically being

15   discussed.  And the speculation, purely a

16   speculation at that particular time, was

17   that the stabilizer, the stabilizer system

18   that was chosen for that molecule appeared

19   to generate an acceptable formulation.

20   Hypothetically it appeared that there was

21   some degree of connection with the choice

22   of those stabilizers and their HLB values.

23            As I mentioned before, this is not

24   something that we have adopted in any of

25   our screens over the last ten years in a

Page 241

```
1                    Liversidge
2    way that is really very much of a
3    peculiarity.
4        Q.   When you say a peculiarity, a
5    peculiarity to piposulfan?
6            MR. SULLIVAN:  Objection.
7      Foundation.
8        A.   I used peculiarity to mean that in
9    all the years of seeing molecules
10   formulated using NanoCrystal technology,
11   that no other compound or no other
12   operator appeared to develop that type of
13   concept to screen a successful
14   formulation.
15       Q.   Who did you learn about that
16   correlation from at Sterling?
17       A.   If I can recall correctly, it was
18   a concept that was developed by Pramod
19   Sarpratar.
20       Q.   If I can direct your attention
21   back to the last two pages of Exhibit 18,
22   it's the very last page, the last two
23   pages.
24            Did you receive a copy of this
25   memo in or about the 1992 to '93 time
```

# EXHIBIT 4

Page 1

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE


ELAN PHARMA INTERNATIONAL,    )
LIMITED,                      )
                             )
              Plaintiff,      )
                             )
                             )    CASE NO:
ABRAXIS BIOSCIENCE, INC.,     )
                             )    06438GMS
              Defendant.      )
_____  )



VIDEOTAPED DEPOSITION OF

GARY G. LIVERSIDGE, Ph.D

New York, New York

Friday, July 30, 2007



Reported by:
MERCEDES MARNEY, RPR
JOB NO. 195873

Page 2

1

2

3

4

5

6
                                July 30, 2007

7
                                  9:00 a.m.

8

9

10

11       Deposition of GARY G. LIVERSIDGE, held at

12  the offices of BAKER BOTTS,

13  30 Rockefeller Plaza, New York, New York,

14  pursuant to Notice, before MERCEDES MARNEY, RPR,

15  a Notary Public of the State of New York.

16

17

18

19

20

21

22

23

24

25

Esquire Deposition Services
800.829.6159

Page 3

1

2    A P P E A R A N C E S :

3

4        MORRISON & FOERSTER

5        Attorneys for Plaintiff

6            755 Page Mill Road

7            Palo Alto, California 94304-1018

8        BY:  EMILY A. EVANS, ESQUIRE

9

10

11

12

13        BAKER BOTTS

14        Attorney for Defendant

15            One Shell Plaza

16            910 Louisiana Street

17            Houston, Texas, 77002

18        BY:  STEVEN CHEAVENS, ESQUIRE

19

20

21    ALSO PRESENT:

22      GREG BOKAR, ESQUIRE

23      FELIX RIOS, Videographer

24

25

Page 48

1          Do you see that?

2          A    Yes, i see that.

3          Q    And what is a "physically adsorbed

4     layer of polymer"; what does that mean.

5          A    I would have to read this complete

6     document in order to see the context in which

7     that's used.

8          Q    So you've never used the term

9     "adsorbed layer" in your work?

10         A    I have used the term "adsorbed layer"

11    in my work.

12         Q    And what have you meant by it, when

13    you've used it?

14         A    It depends in which context it's

15    used.

16         Q    Now, in making Nano-Crystals, let --

17    me, actually, strike that.

18         Have you heard the term "surface

19    modifier"?

20         A    Yes.

21         Q    What does it mean to you?

22         A    It has many meanings.  Can you be

23    more specific?

24         Q    Give me the meanings that you've

25    used, sir.

Page 49

1    A    Paint; it's a surface modifier.

2    Q    That's an example.

3    How would you define "surface modifier"?

4    A    It depends in which context.

5    Q    In the context of Nano-Crystals.

6    A    It's associated with the surface,

7    that prevents particles from agglomerating,

8    although, that is not a complete and

9    comprehensive characterization.

10    Q    Well, tell me what else you need to

11    add to that, to make it a comprehensive and

12    complete characterization?

13    A    Context.

14    Q    What do you mean by "context"?

15    A    As we have seen, we can give examples

16    of paint; we can give examples of things like

17    crown vetch.  It's a material used to stabilize

18    soil during road construction, when we have

19    gradients.

20    So we need to know the context in which

21    we're referring to the surface stabilizer.

22    Q    The context was Nano-Crystals.

23    Is there anything else you need to add to

24    your previous testimony, to fully characterize

25    what a "surface modifier" is, in the context of

Page 50

1          Nano-Crystals?

2          A    Nano-Crystals is a very broad-based

3     technology, with many aspects.  Termed,

4     specifically, could you give me a context in

5     which you're referring to?

6          Q    I would like to know, across the

7     range of Nano-Crystals, how that term, "surface

8     modifier", changes?

9               MR. CHEAVENS:  Objection to form.

10    BY MS. EVANS:

11         Q    Your use of that term, how that

12    changes?

13              MR. CHEAVENS:  Objection form.

14    BY MS. EVANS:

15         Q    You may answer.

16         A    Could you give me some context to

17    that question?

18         Q    Could you give me context, sir?  Give

19    me an example of how you've used the term

20    "surface modifier," with respect to

21    Nano-Crystals, and let's discuss that.  You can

22    pick an example.

23         A    Let's take a look at the patent, with

24    what's in it.

25         Q    I can't hear you, sir?

Page 51

1          A    Let's just take a look at a patent

2    with that in it.

3          Q    Right now, I'm not talking about

4    patents.  I'm taking about your use of the

5    term, "surface modifier," in your work, sir?

6          A    You asked me for an example, and I've

7    given you one.  A patent, with the term in it.

8               MS. EVANS:  Let's take a break for a

9          couple of minutes.

10              MR. CHEAVENS:  So that you know,

11         Ms. Reporter, we're going to operate under

12         a rule, where anyone, unilaterally, can

13         declare the need for a biological break.

14         We don't take a vote.  You don't have to

15         ask her permission.  You just say, I need

16         to go to the bathroom.  Okay?

17              THE VIDEOGRAPHER:  The time is 10:12.

18         We're going off the record.

19         (Recess taken.)

20         (On the record.)

21              THE VIDEOGRAPHER:  The time is 10:23.

22         We're back on the record.

23    BY MS. EVANS:

24         Q    Dr. Liversidge, when surface modifier

25    adsorbs to a Nano-Crystalline drug, what is the

Page 52

1      nature of that interaction?

2          A    It's a physical interaction between

3      the drug surface and the stabilizer.

4          Q    Involving what chemical forces?

5          A    I can't list them all, but for

6      example, dipole-dipole interactions may be an

7      example.

8          Q    Any other?

9          A    Van der Waals forces.

10         Q    Anything else?

11         A    Nothing that springs to mind right

12     now, but there are other characterizations of

13     the different interactions.  I just can't

14     remember them, off the top of my head, right

15     now.

16         Q    And when surface modifier is adsorbed

17     onto the surface of a crystalline drug by those

18     forces, is it adsorbed as a monolayer?

19             MR. CHEAVENS:  Objection to form.

20             THE WITNESS:  Do you mean -- could

21         you clarify that question?  I'm just not

22         quite sure what you mean.

23     BY MS. EVANS:

24         Q    What are you unclear about, sir?

25         A    Does it form a monolayer?

Page 53

1          Q     Uh-huh.

2          A     The molecules of the stabilizer get

3    associated with the surface of the

4    Nano-Crystal.

5          Q     One layer of those molecules?

6          A     It could be one layer of those

7    molecules, yes.

8          Q     Is there some physical upper limit to

9    how many surface modifier molecules can become

10   adsorbed to the surface of a single

11   Nano-Crystal drug particle?

12              MR. CHEAVENS:  Objection to form.

13              THE WITNESS:  Could the reporter,

14        please, repeat the question?

15              (Testimony read back.)

16              THE WITNESS:  I will have to qualify

17        my answer.

18              If you assume just a monolayer on a

19        crystal, there would be an upper limit.

20   BY MS. EVANS:

21        Q     Why would there be an upper limit?

22        A     I will give you an analogy.

23   How many people could stand on this table?

24   There's only so many people can get on the

25   table because we all occupy a little bit of

Page 54

1    space.  And if you think of that surface

2    stabilizer like people, in a way, there's only

3    so many can get on there.

4        Q    Now, the interactions by which the

5    surface modifier adsorbs to the surface of drug

6    substance, those are weak chemical

7    interactions; correct?

8            MR. CHEAVENS:  Is this question

9        limited to Abraxane, or is this across all

10       molecules family.  I didn't hear that.

11           MS. EVANS:  I'm not limiting it to

12       Abraxane.

13           MR. CHEAVENS:  Okay.  Then I object

14       to form.

15   BY MS. EVANS:

16       Q    You may answer.

17           THE WITNESS:  Please read the

18       question back.

19       (Testimony read back.)

20           THE WITNESS:  What do you mean by

21       "chemical interactions"?

22   BY MS. EVANS:

23       Q    Well, the forces that you describe:

24   The dipole-dipole interactions; van der Waals

25   forces.  Those are chemical interactions;

Page 55

1     yes -- I'm sorry, physical interactions.

2          Is that how you would characterize them,

3     sir?

4          A    Yes, as distinct from covalent.

5          Q    All right.

6          Well, then, let me rephrase my question.

7          The physical forces by which the surface

8     modifier becomes adsorbed to the surface of a

9     crystalline drug, those are weak physical

10    forces, comparatively speaking; yes, sir?

11         A    See, it's such a subjective term,

12    "weak," I'm struggling with what you mean by

13    it.

14         The surface modifiers can associate with

15    the surface, and then, they can also come off

16    the surface of the drug.

17         Q    So we talked about a monolayer.

18         Do you recall that discussion?

19         A    Yes.

20         Q    Is it possible there could be a

21    bilayer of surface modifier molecules adsorbed

22    to the surface?

23              MR. CHEAVENS:  Objection to the form.

24              THE WITNESS:  In the sense of, all

25         things are possible, what's reality,

Page 56

1          I mean.

2     BY MS. EVANS:

3          Q    So am I correct then, that you have

4     not observed a bilayer of surface modifier

5     adsorbed to drug Nano-Crystals in your work?

6          A    I cannot recollect if there have been

7     by bilayers on Nano-Crystals.  I would find it,

8     theoretically, there would be things that might

9     argue against that.

10         Q    What would argue against that, sir?

11         A    The surface modifier, generally, the

12    thing that sticks to the surface, sticks there

13    because it's, like to like.  So it's like

14    this -- so the drug and the hydrophobic portion

15    would associate and a hydrophilic portion would

16    stick out.

17         Q    In the course of your work, have you

18    ever assessed the amount of surface modifier

19    adsorbed to the surface of a crystalline

20    drug -- of a crystalline drug particle or

21    particles?

22         A    I have a vague recollection.  Many

23    years ago, we did that, but I can't recall in

24    any detail, fully.

25         Q    So would it be possible to have a

Page 57

1      crystalline, a Nano-Particulate crystalline

2      drug particle, with adsorbed surface modifier,

3      wherein the surface modifier made up 50 percent

4      of the total weight of the particle?

5                MR. CHEAVENS:  Objection to form.

6                THE WITNESS:  I think in the sense

7           of, is it possible, and in the sense of

8           anything is possible, yes.

9      BY MS. EVANS:

10          Q    So you think it would be possible to

11     stand that many molecules up on the surface of

12     a Nano-Particles so that you would have

13     50 percent, by weight, of the surface modifier?

14                MR. CHEAVENS:  Objection to form.

15     BY MS. EVANS:

16          Q    You may answer.

17          A    Let me give you an analogy.

18          Q    Sure.

19          A    We'll use the table again, as the

20     analogy.

21          If I get on the table, I weigh about

22     135 pounds.  If we got my weight-to-ratio of

23     the table, assuming the table was the drug

24     crystal.  And I got on it, and I weigh

25     130 pounds.  And we put a few of me on there,

Page 58

1    and then, we get the heaviest people in the

2    world, and we put a few of them on there, then,

3    the ratio, of assuming I was a stabilizer, the

4    stabilizer to the drug alters.

5        Q    But the bigger the people are, the

6    fewer of them you can pack onto the surface of

7    this table; right?

8        A    In talking in terms of people, yes.

9    In terms of molecules, some molecules are very

10   long, some molecules are very chunky.  So it

11   would very much depend on a particular

12   configuration of the molecules as well.  So,

13   perhaps, my analogy was not the best.

14   Thank you.

15       Q    Can you think of any example, of

16   where a surface modifier, that would be capable

17   of adsorbing to the surface of a crystalline

18   drug Nano-Particle, in an amount of 50 percent,

19   by weight, of the Nano-Particle?

20       A    Could you just read me -- I only need

21   the first part, but you'll have to read the

22   whole thing.

23       (Testimony read back.)

24           THE WITNESS:  I can't recall a

25       specific example I can give you.

Page 183

```
 1        you are one of the members, dated February 12,

 2        1992.

 3              Do you recall receiving this?

 4        A    No, I don't.

 5        Q    In the first paragraph, it states

 6   that:  It appears we need to establish an upper

 7   limit for the amount of surfactant which should

 8   be used to stabilize a dispersion, paren, of

 9   any particle size, close paren.

10              Do you see that?

11        A    That excerpt from the sentence.

12        Q    Do you agree, that it was necessary

13   to establish an upper limit for the amount of

14   surfactant which should be used to stabilize

15   Nano-Crystal dispersions?

16        A    That would be a case-by-case

17   situation.

18        Q    So you believe, sometimes, it would

19   not be necessary to establish an upper limit?

20        A    Yes.

21        Q    Do you have experimental data to

22   support that?

23        A    I cannot lay that experimental data

24   before you today, no.

25
```

Page 222

1        A    Yes.

2        Q    Which aspects?

3        A    Commercial manufacturing would be an

4    example.

5        Q    Could you turn to the page bearing

6    Bates number ABRX0523882.

7        Is that a graphical representation of a

8    Nano-Crystal formulation?

9        A    One of -- let's see now.  It's one

10    embodiment of many.

11        Q    Would you turn to the page bearing

12    Bates number ABRX0523884.

13        It's entitled:  Background regarding

14    surface stabilizers.  Key to the discovery of

15    Nano-Particulate compositions by Nano-Systems.

16    Not all surface stabilizers will function to

17    stabilize all drugs.

18        We just discussed that before; correct,

19    Doctor?

20        A    Would you refresh my memory?

21        Q    Well, let me ask the question now.

22        Do you agree that not all surface

23    stabilizers will function to stabilize all

24    drugs?

25        A    I can agree with that.

Page 223

1      Q   The next statement is:  To make a

2  stable Nano-particulate drug composition, you

3  need to screen useful stabilizers, paren; i.e.,

4  capital G, capital R, capital A, capital S,

5  surfactants, close paren, to see what works.

6      Do you see that?

7      A   Yes.

8      Q   Do you agree with that statement?

9      A   No.

10     Q   Why?

11     A   Stabilizers are broader than just

12  GRAS -- sorry, GRAS surfactants.

13     Q   Well, if that read; e.g., GRAS

14  surfactants, would you agree with the statement

15  in the second bullet point on page ABRX0523884?

16     A   I think you would need more

17  information that is embodied in that simple

18  statement.

19       (Exhibit Number 27 marked for

20       identification, as of this date.)

21  BY MS. EVANS:

22     Q   The reporter has placed before you,

23  Liversidge Exhibit 27.  It bears Bates number

24  ELANP0092626 through -0092630.

25      It is a memorandum from yourself to

Page 227

1              Do you agree with that statement?

2                   MR. CHEAVENS:  Today?

3                   THE WITNESS:  Was this at the time of

4         the --

5    BY MS. EVANS:

6         Q    Let's start without the time.

7              Do you recall -- do you believe that was a

8    correct statement as of November 1993?

9         A    In general, for all intravenous

10   products, there are few surfactants available.

11   So this being a subset of general intravenous

12   products, it's encompassed by that.  So, yes,

13   this is consistent with the area of intravenous

14   drug products.

15        Q    What is your understanding of the

16   term "surfactant"?

17        A    It's a very broad term.  People spent

18   their whole lives researching various aspects

19   of it.  I'm not an expert in the area, but

20   I know some information.  For example, there's

21   a hydrophobic and hydrophilic portion in the

22   surfactant molecule?

23        Q    If you could, please, turn to the

24   page bearing Bates number ELANP0085251.

25        A    Okay.