IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ELAN PHARMA INTERNATIONAL LIMITED,<br><br>  Plaintiff,<br><br>v.<br><br>ABRAXIS BIOSCIENCE, INC.,<br><br>  Defendant. | )<br>)<br>)  C.A. No. 06-438-GMS<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

The undersigned hereby certifies that on the 29th day of October, 2007, (i) Plaintiff Elan Pharma International Limited's Sixth Amended Objections and Answers to Defendant Abraxis's First Set of Interrogatories (No. 1); (ii) Plaintiff Elan Pharma International Limited's Sixth Amended Answers and Objections to Defendant Abraxis's Second Set of Interrogatories (Nos. 2-9); (iii) Plaintiff Elan Pharma International Limited's First Amended Objections and Answers to Defendant Abraxis's Third Set of Interrogatories (Nos. 10-13); and (iv) Plaintiffs's First Amended Objections and Answers to Abraxis's Fourth Set of Interrogatories (Nos. 14-42) were served upon the following counsel of record at the address and in the manner indicated:

Josy W. Ingersoll, Esquire                                            VIA ELECTRONIC MAIL
Young Conaway Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

Michael A. Jacobs, Esquire                                          VIA ELECTRONIC MAIL
Morrison & Foerster, LLP
425 Market Street
San Francisco, CA 94105-2482

Emily A. Evans, Esquire                             <u>VIA ELECTRONIC MAIL</u>
Morrison & Foerster, LLP
755 Page Mill Road
Palo Alto, CA 94304-1018

Anders T. Aannestad, Esquire                        <u>VIA ELECTRONIC MAIL</u>
Morrison & Foerster, LLP
12531 High Bluff Drive, Suite 100
San Diego, CA 92130


ASHBY & GEDDES

/s/ *Lauren E. Maguire*
_____
Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Lauren E. Maguire (I.D. #4261)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com
lmaguire@ashby-geddes.com

*Attorneys for Plaintiff*
*Elan Pharma International Limited*

*Of Counsel:*

Stephen Scheve
Linda M. Glover
BAKER BOTTS LLP
One Shell Plaza
910 Lousiana Street
Houston, TX 77042-4995
(713) 229-1659

Paul F. Fehlner
Jeffrey D. Sullivan
Lisa Chiarini
BAKER BOTTS LLP
30 Rockefeller Plaza
New York, NY 10112-4498
(212) 408-2527

William J. Sipio

1375 Brentwood Road
Yardley, PA 19067
(215) 801-3625

Dated: October 30, 2007
185431.1