# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

ELAN PHARMA )
INTERNATIONAL LIMITED, )
            ) C.A. No. 06-438-GMS
      Plaintiff, )
       )
      v. )
       )
ABRAXIS BIOSCIENCE, INC., )
       )
      Defendant. )

## NOTICE OF SERVICE

The undersigned hereby certifies that on the 29th day of October, 2007, (i) Answering Report of Dr. Manoj Maniar Regarding the Validity of U.S. Patent No. 5,834,025; (ii) Dr. Stephen R. Byrn Answering Report to Dr. Mansoor Amiji's Expert Report of September 27, 2007; (iii) Rebuttal Expert Report of Harry G. Brittain, Ph.D. FRSC; (iv) Expert Report of Mark Cornell Manning, Ph.D.; Rebuttal of Report by Dr. Mansoor Amiji and (v) Answering Report of Dr. Samuel J. Danishefsky Regarding Validity of U.S. Patent No. 5,399,363 were served upon the following counsel of record at the address and in the manner indicated:

Josy W. Ingersoll, Esquire                         VIA ELECTRONIC MAIL
Young Conaway Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

Michael A. Jacobs, Esquire                       VIA ELECTRONIC MAIL
Morrison & Foerster, LLP
425 Market Street
San Francisco, CA 94105-2482

Emily A. Evans, Esquire                                          <u>VIA ELECTRONIC MAIL</u>
Morrison & Foerster, LLP
755 Page Mill Road
Palo Alto, CA  94304-1018

Anders T. Aannestad, Esquire                                    <u>VIA ELECTRONIC MAIL</u>
Morrison & Foerster, LLP
12531 High Bluff Drive, Suite 100
San Diego, CA  92130

ASHBY & GEDDES

/s/ *Lauren E. Maguire*
_____
Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Lauren E. Maguire (I.D. #4261)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
<u>sbalick@ashby-geddes.com</u>
<u>jday@ashby-geddes.com</u>
<u>lmaguire@ashby-geddes.com</u>

*Of Counsel:*

Stephen Scheve
Linda M. Glover
BAKER BOTTS LLP
One Shell Plaza
910 Lousiana Street
Houston, TX 77042-4995
(713) 229-1659

*Attorneys for Plaintiff*
*Elan Pharma International Limited*

Paul F. Fehlner
Jeffrey D. Sullivan
Lisa Chiarini
BAKER BOTTS LLP
30 Rockefeller Plaza
New York, NY 10112-4498
(212) 408-2527

William J. Sipio
1375 Brentwood Road
Yardley, PA 19067
(215) 801-3625

Dated:  October 30, 2007
185431.1