IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ELAN PHARMA INTERNATIONAL LIMITED,<br><br>Plaintiff,<br><br>v.<br><br>ABRAXIS BIOSCIENCE, INC.,<br><br>Defendant. | )<br>)<br>) C.A. No. 06-438-GMS<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

The undersigned hereby certifies that on the 1st day of November, 2007, (i) **ELAN PHARMA INTERNATIONAL LIMITED'S OBJECTIONS TO ABRAXIS BIOSCIENCE, INC.'S SUBPOENA DUCES TECUM AND AMENDED SUBPOENA DUCES TECUM TO DR. ERIC MUNSON**; (ii) **ELAN PHARMA INTERNATIONAL LIMITED'S OBJECTIONS TO ABRAXIS BIOSCIENCE, INC.'S SUBPOENA DUCES TECUM AND AMENDED SUBPOENA DUCES TECUM TO DR. DAVID TAFT**; and (iii) **ELAN PHARMA INTERNATIONAL LIMITED'S OBJECTIONS TO ABRAXIS BIOSCIENCE, INC.'S SUBPOENA DUCES TECUM AND AMENDED SUBPOENA DUCES TECUM TO DR. CORY BERKLAND** were served upon the following counsel of record at the address and in the manner indicated:

| | |
|---|---|
| Josy W. Ingersoll, Esquire<br>Young Conaway Stargatt & Taylor<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE 19801 | HAND DELIVERY |
| Michael A. Jacobs, Esquire<br>Morrison & Foerster, LLP<br>425 Market Street<br>San Francisco, CA 94105-2482 | VIA ELECTRONIC MAIL |

Emily A. Evans, Esquire                           <u>VIA ELECTRONIC MAIL</u>
Morrison & Foerster, LLP
755 Page Mill Road
Palo Alto, CA 94304-1018

Anders T. Aannestad, Esquire                      <u>VIA ELECTRONIC MAIL</u>
Morrison & Foerster, LLP
12531 High Bluff Drive, Suite 100
San Diego, CA 92130

                                                            ASHBY & GEDDES

                                                            /s/ *Lauren E. Maguire*
                                                            _____
                                                           Steven J. Balick (I.D. #2114)
                                                           John G. Day (I.D. #2403)
                                                           Lauren E. Maguire (I.D. #4261)
                                                           500 Delaware Avenue, 8th Floor
                                                           P.O. Box 1150
                                                           Wilmington, DE 19899
                                                           (302) 654-1888
                                                           <u>sbalick@ashby-geddes.com</u>
                                                           <u>jday@ashby-geddes.com</u>
                                                           <u>lmaguire@ashby-geddes.com</u>

                                                           *Attorneys for Plaintiff*
                                                           *Elan Pharma International Limited*


*Of Counsel:*

Stephen Scheve
Linda M. Glover
BAKER BOTTS LLP
One Shell Plaza
910 Lousiana Street
Houston, TX 77042-4995
(713) 229-1659

Paul F. Fehlner
Jeffrey D. Sullivan
Lisa Chiarini
BAKER BOTTS LLP
30 Rockefeller Plaza
New York, NY 10112-4498
(212) 408-2527

William J. Sipio
1375 Brentwood Road
Yardley, PA 19067
(215) 801-3625

Dated: November 1, 2007
175073.1