IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ELAN PHARMA INTERNATIONAL LIMITED,<br><br>        Plaintiff,<br><br>v.<br><br>ABRAXIS BIOSCIENCE, INC.,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)   C.A. No. 06-438-GMS<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on November 6, 2007, copies of *(1)Abraxis's Objections to Elan's Amended Notice of Oral Deposition of Jerry L. Atwood, Ph.D., and Notice of Subpoena Duces Tecum;* (2) *Abraxis's Objections to Elan's Second Amended Notice of Oral Deposition of Johnson Tai Wong, M.D. and Notice of Subpoena Duces Tecum,* and (3) *Abraxis's Objections to Elan's Amended Notice of Deposition of Mansoor M. Amiji, Ph.D. and Notice of Subpoena Duces Tecum* were caused to be served upon the following counsel of record as indicated below:

### BY E-MAIL AND HAND DELIVERY

Steven J. Balick, Esquire
John G. Day, Esquire
Tiffany Geyer Lydon, Esquire
Lauren Maguire, Esquire
ASHBY & GEDDES
500 Delaware Avenue
Wilmington, DE 19801
*sbalick@ashby-geddes.com*
*jday@ashby-geddes.com*
*tlydon@ashby-geddes.com*
*lmaguire@ashby-geddes.com*

**BY E-MAIL**

Stephen Scheve, Esquire
BAKER BOTTS L.L.P.
One Shell Plaza
910 Louisiana Street
Houston, TX 77002-4995
*steve.scheve@bakerbotts.com*

Paul F. Fehlner, Esquire
BAKER BOTTS L.L.P.
30 Rockefeller Plaza
New York, NY 10112-4498
*paul.fehlner@bakerbotts.com*

William J. Sipio, Esquire
1375 Brentwood Road
Yardley, PA 19067
*sipz25@aol.cm*

PLEASE TAKE FURTHER NOTICE that on November 7, 2007, a true and correct copy of this Notice of Service was electronically filed with the Clerk of the Court using CM/ECF which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>   Steven J. Balick, Esquire
>   John G. Day, Esquire
>   ASHBY & GEDDES
>   500 Delaware Avenue
>   Wilmington, DE 19801

Additionally, this Notice of Service was served by hand delivery on the above listed local counsel and on the following counsel in the manner indicated:

**BY E-MAIL**

Stephen Scheve, Esquire
BAKER BOTTS L.L.P.
One Shell Plaza
910 Louisiana Street
Houston, TX 77002-4995
steve.scheve@bakerbotts.com

Paul F. Fehlner, Esquire
BAKER BOTTS L.L.P.
30 Rockefeller Plaza
New York, NY 10112-4498
paul.fehlner@bakerbotts.com

William J. Sipio, Esquire
1375 Brentwood Road
Yardley, PA 19067
sipz25@aol.cm

          YOUNG CONAWAY STARGATT & TAYLOR, LLP

          */s/ signature*
          Josy W. Ingersoll (No. 1088)
          *jingersoll@ycst.com*
          Elena C. Norman (No. 4780)
          *enorman@ycst.com*
          Jeffrey T. Castellano (No. 4837)
          *jcastellano@ycst.com*
          The Brandywine Building, 17th Floor
          1000 West Street
          Wilmington, DE 19801
          302-571-6600

Dated: November 7, 2007          *Attorneys for Defendant*
          *ABRAXIS BIOSCIENCE, INC.*