IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ELAN PHARMA INTERNATIONAL LIMITED, <br><br> Plaintiff, <br><br> v. <br><br> ABRAXIS BIOSCIENCE, INC., <br><br> Defendant. | ) ) ) ) ) ) ) C.A. No. 06-438-GMS ) ) ) ) ) ) ) |

## AMENDED NOTICE OF DEPOSITION
## OF ELAN EXPERT SAMUEL J. DANISHEFSKY

PLEASE TAKE NOTICE that, pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure, Defendant Abraxis BioScience, Inc. will take the deposition by oral examination of Samuel J. Danishefsky, commencing at 9:00 a.m. on December 11, 2007, at Baker Botts LLP, 30 Rockefeller Plaza, New York, New York 10112. The deposition will be taken before a person authorized to administer an oath and will continue from day to day, Saturdays, Sundays, and holidays excepted, until completed. The deposition will be recorded by video, audio, and stenographic means.

The deponent is instructed to produce the items described in Exhibit A to the previously issued subpoena *duces tecum* one week before the noticed date of the deposition or such other deposition date as may be agreed upon by the parties.

                                        YOUNG CONAWAY STARGATT
                                          &amp; TAYLOR, LLP

                                        /s/ Josy W. Ingersoll

                                        Josy W. Ingersoll (No. 1088)
                                        *jingersoll@ycst.com*
                                        Elena C. Norman (No. 4780)
                                        *enorman@ycst.com*
                                        Jeffrey T. Castellano (No. 4837)
                                        *jcastellano@ycst.com*
                                        The Brandywine Building, 17th Floor
                                        1000 West Street
                                        Wilmington, DE 19801
                                        302-571-6600
                                        *Attorneys for ABRAXIS BIOSCIENCE, INC.*

OF COUNSEL:

Michael A. Jacobs
MORRISON & FOERSTER, LLP
425 Market Street
San Francisco, CA 94105-2482
(415) 268-7000 Telephone
(415) 268-7522 Facsimile
MJacobs@mofo.com

Emily A. Evans
MORRISON & FOERSTER, LLP
755 Page Mill Road
Palo Alto, CA 94304-1018
(650) 813-5600 Telephone
(650) 494-0792 Facsimile
EEvans@mofo.com

Dated: November 9, 2007

## CERTIFICATE OF SERVICE

I, Jeffrey T. Castellano, Esquire, hereby certify that on November 9, 2007, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Steven J. Balick, Esquire
>ASHBY & GEDDES
>500 Delaware Avenue, 8th Floor
>Wilmington, DE 19801

I further certify that on November 9, 2007, I caused a true and correct copy of the foregoing document to be served by e-mail and hand delivery on the above-listed counsel of record and on the following non-registered participants in the manner indicated:

**BY E-MAIL**

>Linda Glover, Esquire
>Stephen Scheve, Esquire
>BAKER BOTTS L.L.P.
>One Shell Plaza
>910 Louisiana Street
>Houston, TX 77002-4995
>steve.scheve@bakerbotts.com

>Paul F. Fehlner, Esquire
>BAKER BOTTS L.L.P.
>30 Rockefeller Plaza
>New York, NY 10112-4498
>paul.fehlner@bakerbotts.com

William J. Sipio, Esquire
1375 Brentwood Road
Yardley, PA  19067
sipz25@aol.cm

                    YOUNG CONAWAY STARGATT
                      &amp;  TAYLOR, LLP

                    /s/ Josy W. Ingersoll
                    _____
                    Josy W. Ingersoll (No. 1088)
                    jingersoll@ycst.com
                    Elena C. Norman (No. 4780)
                    enorman@ycst.com
                    Jeffrey T. Castellano (No. 4837)
                    jcastellano@ycst.com
                    The Brandywine Building
                    1000 West Street, 17th Floor
                    Wilmington, Delaware  19899
                    (302) 571-6600

                    Attorneys for Defendant
                    ABRAXIS BIOSCIENCE, INC.