IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ELAN PHARMA                        )
INTERNATIONAL LIMITED,             )
                                   )   C.A. No. 06-438-GMS
            Plaintiff,             )
                                   )
     v.                            )
                                   )
ABRAXIS BIOSCIENCE, INC.,          )
                                   )
            Defendant.             )

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the

admission *pro hac vice* of Robert Riddle to represent plaintiff Elan Pharma International Limited

in this matter.  Pursuant to this Court's Standing Order effective January 1, 2005, a check in the

amount of $25.00 is being submitted to cover the annual fee for the attorney listed above.

ASHBY & GEDDES

*/s/ John G. Day*
_____
Steven J. Balick (I.D.#2114)
John G. Day (I.D. #2403)
Tiffany Geyer Lydon (I.D. #3950)
Lauren E. Maguire (I.D. #4261)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
Tel: (302) 654-1888
Fax: (302) 654-2067

*Attorneys for Plaintiff*

Dated:  November 19, 2007
185998.1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ELAN PHARMA                          )
INTERNATIONAL LIMITED,               )
                                     )    C.A. No. 06-438-GMS
            Plaintiff,               )
                                     )
      vi.                            )
                                     )
ABRAXIS BIOSCIENCE, INC.,            )
                                     )
            Defendant.               )

## ORDER

This _____ day of _____, 2007, the Court having considered the

motion for the admission *pro hac vice* of Robert Riddle to represent Elan Pharma International

Limited in the above action; now therefore,

IT IS HEREBY ORDERED that counsel's motion is granted, and that the foregoing

attorney is admitted *pro hac vice*.


                              _____
                              Chief Judge

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, that I am admitted, practicing, and in good standing as a member of the Bar of Texas, and, pursuant to Local Rule 83.6, that I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

Signed:

Robert Riddle
Baker Botts LLP
One Shell Plaza
910 Louisiana Street
Houston, Texas 77002-4995
713-229-1881

Dated: November 15, 2007