IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ELAN PHARMA INTERNATIONAL LIMITED, | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No.  06-438-GMS |
| v. | ) ) | |
| ABRAXIS BIOSCIENCE, INC., | ) ) | |
| Defendant. | ) ) | |

### ORDER

This __16th__ day of __Nov.__, 2007, the Court having considered Defendant Abraxis BioScience, Inc.'s Unopposed Motion for Leave to File Amended Answer to Complaint and Counterclaims;

IT IS HEREBY ORDERED that Defendant's Motion for Leave to File Amended Answer to Complaint and Counterclaims is GRANTED.

_____
United States District Judge

pa-1141057