IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ELAN PHARMA INTERNATIONAL LIMITED, )<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ABRAXIS BIOSCIENCE, INC., )<br>)<br>Defendant. ) | C.A. No. 06-438-GMS |

## ELAN PHARMA INTERNATIONAL LIMITED'S AND ERIC J. MUNSON'S OBJECTIONS TO ABRAXIS BIOSCIENCE, INC.'S SECOND AMENDED NOTICE OF DEPOSITION OF ELAN EXPERT ERIC J. MUNSON

Pursuant to Federal Rules of Civil Procedure 26, 30 and 45, Elan Pharma International Limited ("Elan") and Eric J. Munson ("Dr. Munson") hereby object to Abraxis BioScience Inc.'s ("Abraxis") Second Amended Notice of Deposition of Elan Expert Eric J. Munson.

ASHBY & GEDDES

/s/ Lauren E. Maguire
_____
Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Lauren E. Maguire (I.D. #4261)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com
lmaguire@ashby-geddes.com

*Attorneys for Plaintiff*
*Elan Pharma International Limited and*
*Dr. Eric J. Munson*

2

*Of Counsel:*

Stephen Scheve
Linda M. Glover
BAKER BOTTS LLP
One Shell Plaza
910 Lousiana Street
Houston, TX 77042-4995
(713) 229-1659

Paul F. Fehlner
Jeffrey D. Sullivan
Lisa Chiarini
BAKER BOTTS LLP
30 Rockefeller Plaza
New York, NY 10112-4498
(212) 408-2527

William J. Sipio
1375 Brentwood Road
Yardley, PA 19067
(215) 801-3625

Dated:  November 27, 2007
186199.1

**OBJECTION TO SECOND AMENDED NOTICE OF DEPOSITION**

Dr. Munson objects to the time and place of the deposition as noticed. Dr. Munson will appear for deposition at a mutually agreeable time and place.