IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ELAN PHARMA INTERNATIONAL LIMITED,<br><br>    Plaintiff,<br><br> v.<br><br>ABRAXIS BIOSCIENCE, INC.,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)  C.A. No. 06-438-GMS<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**NUNC PRO TUNC ORDER FOR PRODUCTION OF RESTRICTED CONFIDENTIAL DOCUMENTS BY DEFENDANT ABRAXIS BIOSCIENCE, INC.**

WHEREAS, Defendant Abraxis BioScience, Inc. ("Abraxis") objected to production of (1) the Co-Promotion and Strategic Marketing Services Agreement between AstraZeneca UK Limited and Abraxis BioScience, Inc., dated April 26, 2006, and (2) the License Agreement between American Bioscience, Inc. and Taiho Pharmaceutical Co., Ltd., dated May 27, 2005, on the grounds that these documents were not relevant and contain confidential business information that would be designated "Restricted Confidential" under the Protective Order; and

WHEREAS the Court has heard the parties' arguments regarding these documents, and has determined that the documents may be relevant to certain damages issues discussed at the October 2, 2007 discovery hearing,

It is HEREBY ORDERED, *nunc pro tunc*, that Abraxis produce to Elan Pharma International Limited on October 16, 2007 (1) the Co-Promotion and Strategic Marketing Services Agreement between AstraZeneca UK Limited and Abraxis BioScience, Inc., dated

Case 1:06-cv-00438-GMS    Document 373    Filed 10/18/2007    Page 2 of 2

April 26, 2006, and (2) the License Agreement between American Bioscience, Inc. and Taiho Pharmaceutical Co., Ltd., dated May 27, 2005.

SO ORDERED this 28th day of November, 2007.

_____
United States District Judge