IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ELAN PHARMA INTERNATIONAL LTD, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 06-438 GMS |
| ABRAXIS BIOSCIENCE, INC, | ) ) ) | |
| Defendant. | ) ) | |

## ORDER

At Wilmington this 17th day of December, 2007, having reviewed and duly considered the plaintiff's motion for clarification of the court's claim construction Order;

IT IS ORDERED that the plaintiff's motion for clarification of Order construing the terms of U.S. Patent No. 5,834,025 (D.I. 307) is DENIED. The court agrees with the defendant that there is no ambiguity in its claim construction Order. The claim construction Order is clear that it is the composition that is intravenously administered at an infusion rate not exceeding 10 mg/min. Thus, the "mg" in 10 mg/min refers to the "nanoparticulate drug composition."

/s/ Gregory M. Sleet
CHIEF, UNITED STATES DISTRICT JUDGE