IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ELAN PHARMA INTERNATIONAL LIMITED, | ) ) ) | |
| Plaintiff, | ) ) ) | C.A. No. 06-438-GMS |
| v. | ) ) | |
| ABRAXIS BIOSCIENCE, INC., | ) ) ) | |
| Defendant. | ) ) ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on February 14, 2008, copies of *First Amended Initial Disclosures of Defendant Abraxis BioScience, Inc. Under Federal Rule of Civil Procedure 26(a)(1)* were caused to be served upon the following counsel of record as indicated below:

### BY E-MAIL AND HAND DELIVERY

Steven J. Balick, Esquire
John G. Day, Esquire
Tiffany Geyer Lydon, Esquire
Lauren Maguire, Esquire
ASHBY & GEDDES
500 Delaware Avenue
Wilmington, DE 19801
*sbalick@ashby-geddes.com*
*jday@ashby-geddes.com*
*tlydon@ashby-geddes.com*
*lmaguire@ashby-geddes.com*

**BY E-MAIL**

Stephen Scheve, Esquire
BAKER BOTTS L.L.P.
One Shell Plaza
910 Louisiana Street
Houston, TX  77002-4995
*steve.scheve@bakerbotts.com*

Paul F. Fehlner, Esquire
BAKER BOTTS L.L.P.
30 Rockefeller Plaza
New York, NY  10112-4498
*paul.fehlner@bakerbotts.com*

William J. Sipio, Esquire
1375 Brentwood Road
Yardley, PA  19067
*sipz25@aol.cm*

PLEASE TAKE FURTHER NOTICE that on February 14, 2008, a true and correct copy of

this Notice of Service was electronically filed with the Clerk of the Court using CM/ECF which will

send notification that such filing is available for viewing and downloading to the following counsel

of record:

> Steven J. Balick, Esquire
> John G. Day, Esquire
> ASHBY & GEDDES
> 500 Delaware Avenue
> Wilmington, DE 19801

Additionally, this Notice of Service was served by hand delivery on the above listed local

counsel and on the following counsel in the manner indicated:

**BY E-MAIL**

Stephen Scheve, Esquire
BAKER BOTTS L.L.P.
One Shell Plaza
910 Louisiana Street
Houston, TX  77002-4995
steve.scheve@bakerbotts.com

Paul F. Fehlner, Esquire
BAKER BOTTS L.L.P.
30 Rockefeller Plaza
New York, NY  10112-4498
paul.fehlner@bakerbotts.com

DB02:6353267.1

065496.1001

William J. Sipio, Esquire
1375 Brentwood Road
Yardley, PA  19067
sipz25@aol.cm

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____
Josy W. Ingersoll (No. 1088)
*jingersoll@ycst.com*
Elena C. Norman (No. 4780)
*enorman@ycst.com*
Karen E. Keller (No. 4489)
*kkeller@ycst.com*
Michele Sherretta Budicak (No. 4651)
*mbudicak@ycst.com*
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, DE 19801
302-571-6600

*Attorneys for Defendant*
*ABRAXIS BIOSCIENCE, INC.*

Dated:  February 14, 2008

3