IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ELAN PHARMA INTERNATIONAL LIMITED,<br><br>                Plaintiff,<br><br>    v.<br><br>ABRAXIS BIOSCIENCE, INC.,<br><br>                Defendant. | C.A. No. 06-438-GMS |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that on February 29, 2008, copies of *Second Amended Initial Disclosures of Defendant Abraxis BioScience, Inc. under Federal Rule of Civil Procedure 26(a)(1)* were caused to be served upon the following counsel of record as indicated below:

**BY E-MAIL**

    Steven J. Balick, Esquire
    John G. Day, Esquire
    Tiffany Geyer Lydon, Esquire
    Lauren Maguire, Esquire
    ASHBY & GEDDES
    500 Delaware Avenue
    Wilmington, DE 19801
    *sbalick@ashby-geddes.com*
    *jday@ashby-geddes.com*
    *tlydon@ashby-geddes.com*
    *lmaguire@ashby-geddes.com*

**BY E-MAIL**

Stephen Scheve, Esquire
Linda Glover, Esquire
BAKER BOTTS L.L.P.
One Shell Plaza
910 Louisiana Street
Houston, TX 77002-4995
*steve.scheve@bakerbotts.com*
*linda.glover@bakerbotts.com*

Paul F. Fehlner, Esquire
Jeffrey D. Sullivan, Esquire
BAKER BOTTS L.L.P.
30 Rockefeller Plaza
New York, NY 10112-4498
*paul.fehlner@bakerbotts.com*
*jeffrey.sullivan@bakerbotts.com*

William J. Sipio, Esquire
1375 Brentwood Road
Yardley, PA 19067
*sipz25@aol.cm*

PLEASE TAKE FURTHER NOTICE that on March 3, 2008, a true and correct copy of this Notice of Service was electronically filed with the Clerk of the Court using CM/ECF which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Steven J. Balick, Esquire
> John G. Day, Esquire
> ASHBY & GEDDES
> 500 Delaware Avenue
> Wilmington, DE 19801

Additionally, this Notice of Service was served by e-mail on the above listed local counsel and on the following counsel in the manner indicated:

**BY E-MAIL**

Stephen Scheve, Esquire
Linda Glover, Esquire
BAKER BOTTS L.L.P.
One Shell Plaza
910 Louisiana Street
Houston, TX  77002-4995
*steve.scheve@bakerbotts.com*
*linda.glover@bakerbotts.com*

Paul F. Fehlner, Esquire
BAKER BOTTS L.L.P.
30 Rockefeller Plaza
New York, NY  10112-4498
*paul.fehlner@bakerbotts.com*

William J. Sipio, Esquire
1375 Brentwood Road
Yardley, PA  19067
*sipz25@aol.cm*

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Josy W. Ingersoll

Josy W. Ingersoll (No. 1088)
*jingersoll@ycst.com*
Elena C. Norman (No. 4780)
*enorman@ycst.com*
Karen E. Keller (No. 4489)
*kkeller@ycst.com*
Michele Sherretta Budicak (No. 4651)
*mbudicak@ycst.com*
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, DE 19801
302-571-6600

Dated:  March 3, 2008

*Attorneys for Defendant*
*ABRAXIS BIOSCIENCE, INC.*