## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

ELAN PHARMA                          )
INTERNATIONAL LIMITED,               )
                                     )
    Plaintiff,                    )
                                     )
    v.                            )      C.A. No. 06-438-GMS
                                     )
ABRAXIS BIOSCIENCE, INC.             )
                                     )
    Defendant.                    )

### EXHIBIT 13: PLAINTIFF ELAN'S PROPOSED VERDICT FORM

    Plaintiff Elan Pharma International Limited ("Elan") hereby submits its proposed verdict form. Elan intends to submit revisions to its proposed verdict form as necessary to conform to the evidence presented at trial and the rulings of the Court.

When answering the following questions and filling out this Verdict Form, please follow the directions provided throughout the form.  Your answer to each question must be unanimous.  Some of the questions contain legal terms that are defined and explained in detail in the Jury Instructions.  Please refer to the Jury Instructions if you are unsure about the meaning or usage of any legal term that appears in the questions below.

We, the jury, unanimously agree to the answers to the following questions and return them under the instructions of this court as our verdict in this case.

## FINDINGS ON INFRINGEMENT CLAIMS

### I.    Direct Infringement

### Literal Infringement

1.    Do you find that ELAN has proven by a **preponderance of the evidence** that ABRAXIS's accused product, Abraxane® literally infringes claim 3 of the '363 Patent as construed by the Court?

Please Check "Yes" or "No."

Yes _____        No _____
(FOR ELAN)                    (FOR ABRAXIS)

2.    Do you find that ELAN has proven by a **preponderance of the evidence** that ABRAXIS's accused product, Abraxane®, literally infringes claim 5 of the '363 Patent as construed by the Court?

Please Check "Yes" or "No."

Yes _____        No _____
(FOR ELAN)                    (FOR ABRAXIS)

## Infringement by the Doctrine of Equivalents

3.    If you find that all other claim limitations are met, do you find that ELAN has proven by a **preponderance of the evidence** that the paclitaxel particles in ABRAXIS'S accused product, Abraxane®, perform substantially the same function in substantially the same way and with substantially the same result as "crystalline medicament useful for treating cancer" in the asserted claims of the '363 Patent?    In other words, is the paclitaxel in Abraxane® insubstantially different than the "crystalline medicament useful for treating cancer" in the asserted claims of the '363 Patent?

Please Check "Yes" or "No."


Yes _____         No _____
(FOR ELAN)                         (FOR ABRAXIS)


*Warner-Jenkinson Co., Inc. v. Hilton Davis Chemical Co.*, 520 U.S. 17, 40 (1997); *Wright Medical Technology, Inc.*, 122 F.3d 1440, 1444 (Fed. Cir. 1997).

## II.    Indirect Infringement

### Induced Infringement- Product Claims

4.    Do you find that ELAN has proven by a **preponderance of the evidence** that ABRAXIS actively induced other parties to infringe claim 3 of the '363 Patent by reconstituting lyophilized Abraxane®?

Yes _____          No _____
(FOR ELAN)                  (FOR ABRAXIS)

5.    Do you find that ELAN has proven by a **preponderance of the evidence** that ABRAXIS actively induced other parties to infringe claim 5 of the '363 Patent by reconstituting lyophilized Abraxane®?

Yes _____          No _____
(FOR ELAN)                  (FOR ABRAXIS)

*See DSU Medical Corp. v. JMS Co., Ltd.*, 41 F.3d 1293, 1305 (Fed. Cir. 2006); *Cross Medical Prods., Inc. v. Medtronic Sofamor Danek, Inc.*, 424 F.3d 1293, 1312 (Fed. Cir. 2005); *MEMC Elec. Materials, Inc. v. Mitsubishi Materials Silicon Corp.*, 420 F.3d 1369, 1378 (Fed. Cir. 2005); *Minn. Mining & Mfg. Co. v. Chemque, Inc.*. 303 F.3d 1294, 1304-05 (Fed. Cir. 2002).

**Induced Infringement - Method Claims**

6.    Do you find that ELAN has proven by a **preponderance of the evidence** that ABRAXIS actively induced other parties to infringe claim 10 of the '363 Patent by reconstituting lyophilized Abraxane® and to administer it to humans for treatment of cancer?


Yes _____          No _____
(FOR ELAN)                   (FOR ABRAXIS)

7.    Do you find that ELAN has proven by a **preponderance of the evidence** that ABRAXIS actively induced other parties to infringe claim 11 of the '363 Patent by reconstituting lyophilized Abraxane® and to administer it to humans for treatment of cancer?

Yes _____          No _____
(FOR ELAN)                   (FOR ABRAXIS)

*See DSU Medical Corp. v. JMS Co., Ltd.*, 41 F.3d 1293, 1305 (Fed. Cir. 2006); *Cross Medical Prods., Inc. v. Medtronic Sofamor Danek, Inc.*, 424 F.3d 1293, 1312 (Fed. Cir.2005); *MEMC Elec. Materials, Inc. v. Mitsubishi Materials Silicon Corp.*, 420 F.3d 1369, 1378 (Fed. Cir. 2005); *Minn. Mining & Mfg. Co. v. Chemque, Inc.*. 303 F.3d 1294, 1304-05 (Fed. Cir. 2002).

**Contributory Infringement**

8.      Do you find that ELAN has proven by a **preponderance of the evidence** that by making, using, selling, and/or offering to sell Abraxane® to others for reconstitution, ABRAXIS contributed to the infringement of claim 3 of the '363 Patent by others?

        Yes _____       No _____
        (FOR ELAN)                (FOR ABRAXIS)

9.      Do you find that ELAN has proven by a **preponderance of the evidence** that by making, using, selling, and/or offering to sell Abraxane® to others for reconstitution, ABRAXIS contributed to the infringement of claim 5 of the '363 Patent by others?

        Yes _____       No _____
        (FOR ELAN)                (FOR ABRAXIS)

10.      Do you find that ELAN has proven by a **preponderance of the evidence** that by making, using, selling, and/or offering to sell Abraxane® to others for reconstitution and administration to humans for treatment of cancer, ABRAXIS contributed to the infringement of claim 3 of the '363 Patent by others??

        Yes _____       No _____
        (FOR ELAN)                (FOR ABRAXIS)

11.      Do you find that ELAN has proven by a **preponderance of the evidence** that by making, using, selling, and/or offering to sell Abraxane® to others for reconstitution and administration to humans for treatment of cancer, ABRAXIS contributed to the infringement of claim 3 of the '363 Patent by others??

        Yes _____       No _____
        (FOR ELAN)                (FOR ABRAXIS)

*See Cross Medical Prods., Inc. v. Medtronic Sofamor Danek, Inc.*, 424 F.3d 1293, 1312 (Fed. Cir.2005); *Golden Blount, Inc. v. Robert H. Peterson Co.*, 365 F.3d 1054, 1061 (Fed. Cir. 2004).

**Willful Infringement**

12.    Do you find that ELAN has proven by **clean and convincing evidence** that: ABRAXIS's conduct with regard to whether it infringed ELAN's '363 Patent was objectively reckless in view of all the factors that were known or should have been known to ABRAXIS?


Yes _____    No _____
(FOR ELAN)                        (FOR ABRAXIS)

*See In re Seagate Technology*, 497 F.3d 1360, 1371 (Fed. Cir. 2007).

## ADVISORY FINDINGS ON INVALIDITY DEFENSE

### Obviousness

### One Of Ordinary Skill In The Art

13.     With respect to the '363 Patent, do you find one skilled in the art to be either:

**Please check one:**

**14(a).** A person involved in formulation of poorly water soluble compounds who has a B.S. degree in chemistry, pharmaceutical sciences or a related field along with 3-5 years of experience in the field of pharmaceutical formulation development?

_____

(For ELAN)

**or**

**14(b).** A Ph.D. (or the equivalent) in pharmaceutical sciences, chemistry, chemical engineering, or biological sciences and at least two years of practical experience in formulating drug compositions at the time the application for the '363 Patent was filed; or alternatively, a Masters' degree in pharmaceutical sciences (or the equivalent) with two or more years' practical experience specifically in the development of nanoparticulate pharmaceutical compositions?

_____

(For ABRAXIS)

**Obviousness**

15.    Do you find that ABRAXIS has proven **by clear and convincing evidence** that any of the '363 Patent claims listed below are invalid because the claimed invention described in the claim would have been obvious to persons of ordinary skill in the art in view of the prior art at the time of the invention?

Please check "Yes" or "No."

Yes (some claims shown obvious) _____No (no claims obvious) _____
(For ABRAXIS)                                    (For ELAN)

If your answer above is "Yes," please identify below which claim(s) you found obvious, and (for each such respective claim), the specific prior art references (by name and exhibit number) upon which you rely to find that claim invalid.

Claim 1:

Yes_____        No_____
(For ABRAXIS)                  (For ELAN)

If "yes," then identify (by name and exhibit number) the prior art that invalidates this claim:

_____

Claim 3:

Yes_____        No_____
(For ABRAXIS)                  (For ELAN)

If "yes," then identify (by name and exhibit number) the prior art that invalidates this claim:

_____

Claim 5:

Yes_____        No_____
(For ABRAXIS)                  (For ELAN)

If "yes," then identify (by name and exhibit number) the prior art that invalidates this claim:

_____

Claim 9:

Yes_____    No_____
(For ABRAXIS)        (For ELAN)

If "yes," then identify (by name and exhibit number) the prior art that invalidates this claim:

_____


Claim 10:

Yes_____    No_____
(For ABRAXIS)        (For ELAN)

If "yes," then identify (by name and exhibit number) the prior art that invalidates this claim:

_____


Claim 11:

Yes_____    No_____
(For ABRAXIS)        (For ELAN)

If "yes," then identify (by name and exhibit number) the prior art that invalidates this claim:

_____

**Written Description Requirement**

16.    Do you find that ABRAXIS has proven **by clear and convincing evidence** that any of the '363 Patent claims listed below are invalid because the '363 Patent specification does not adequately describe the invention with all its claimed limitations, and does not contain descriptive means as words, structures, figures, diagrams, and formulas that set forth the claimed invention?

Please check "Yes" or "No."

|           | Yes<br>(For ABRAXIS) | No<br>(For ELAN) |
|-----------|----------------------|------------------|
| Claim 1   | _____         | _____     |
| Claim 3   | _____         | _____     |
| Claim 5   | _____         | _____     |
| Claim 9   | _____         | _____     |
| Claim 10  | _____         | _____     |
| Claim 11  | _____         | _____     |

*Regents of the University of California v. Eli Lily & Co.*, 119 F.3d 1559, 1566 (Fed. Cir. 1997).

**Enablement**

17.   Do you find that ABRAXIS has proven **by clear and convincing evidence** that any of the '363 Patent claims listed below are invalid because one of skill in the art reading the specification would not be able to practice the invention without undue experimentation?

Please check "Yes" or "No."

| | Yes<br>(For ABRAXIS) | No<br>(For ELAN) |
|---|---|---|
| Claim 1 | _____ | _____ |
| Claim 3 | _____ | _____ |
| Claim 5 | _____ | _____ |
| Claim 10 | _____ | _____ |
| Claim 11 | _____ | _____ |

*In re Wands*, 858 F.2d 731,  736-737, Fed. Cir. 1988)

## Indefiniteness

18.    Do you find that ABRAXIS has proven **by clear and convincing evidence** that any of the '363 Patent claims listed below are invalid because one skilled in the art would not understand the scope of the claim when read in light of the specification?

Please check "Yes" or "No."

|  | Yes<br>(For ABRAXIS) | No<br>(For ELAN) |
|---|---|---|
| Claim 1 | _____ | _____ |
| Claim 3 | _____ | _____ |
| Claim 5 | _____ | _____ |
| Claim 10 | _____ | _____ |
| Claim 11 | _____ | _____ |

*Allvoice Computing PLC v. Nuance Communications, Inc.*, 504 F.3d 1236, 1240 (Fed. Cir. 2007); *Miles Labs., Inc. v. Shandon, Inc.*, 997 F.2d 870, 875 (Fed. Cir. 1993).

## FINDINGS ON DAMAGES

If you answered one or more of questions 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, or 11 "Yes," proceed to answer the remaining question. If you did not answer "Yes" to any of those questions, do not answer the remaining question and proceed to check and sign the verdict form.

19.    **Damages**

To what amount has ELAN proven itself **by a preponderance of the evidence** to be entitled as damages for ABRAXIS's infringement and/or inducing of infringement and/or contribution to infringement of Elan's '363 Patent?

$_____

**UNANIMOUS VERDICT**

**UPON REACHING A UNANIMOUS VERDICT ON EACH PART OF THIS VERDICT FORM, THE FOREPERSON MUST SIGN AND DATE BELOW**


_____, Foreperson          Date: _____, 2008