IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ELAN PHARMA INTERNATIONAL LIMITED, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 06-438-GMS |
| v. | ) ) | REDACTED |
| ABRAXIS BIOSCIENCE, INC., | ) ) | PUBLIC VERSION |
| Defendant. | ) ) ) | |

**DECLARATION OF ROBERT R. RIDDLE PLAINTIFF IN SUPPORT OF ELAN PHARMA INTERNATIONAL LIMITED'S MOTION IN LIMINE NO. 2 TO PRECLUDE ABRAXIS FROM USURPING THE COURT'S AUTHORITY TO CONSTRUE PATENT CLAIMS AND DETERMINE EQUITABLE DEFENSE**

I, Robert R. Riddle, hereby declare under penalty of perjury pursuant to 28 U.S.C. Section 1746 as follows:

1. I am a member in good standing of the Texas State Bar, am admitted to this Court *pro hac vice* in this matter, and am an associate with the law firm of Baker Botts, L.L.P., counsel of record for plaintiff Elan Pharma International Limited in the above captioned action. I submit this Declaration based upon personal knowledge. If called upon as a witness, I could, and would, competently testify to the truth of each statement herein.

2. Attached hereto as Exhibit 1 is a true and correct copy of the Rebuttal Expert Report of Mansoor M. Amiji, pages 1, 18, and 61.

3. Attached hereto as Exhibit 2 is a true and correct copy of the Expert Report of Mansoor M. Amiji, pages 1, 9, 98, and 109.

4. Attached hereto as Exhibit 3 is a true and correct copy of document Bates Number ABRX0117420, including pages Bates Numbers ABRX0117420 and 498.

-2-

I declare and affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

**FURTHER DECLARANT SAYETH NOT.**

Executed this 27th day of March, 2008 at Houston, Texas.

_____
Robert R. Riddle

# EXHIBITS 1 – 3

# REDACTED IN THEIR ENTIRETY