# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ELAN PHARMA INTERNATIONAL LIMITED, )<br>)<br>) | |
| Plaintiff, ) | |
| ) | Case No. 06-438-GMS |
| v. ) | |
| ) | **REDACTED** |
| ABRAXIS BIOSCIENCE, INC., ) | **PUBLIC VERSION** |
| ) | |
| Defendant. ) | |
| ) | |

## DECLARATION OF LISA A. CHIARINI
### IN SUPPORT OF PLAINTIFF ELAN PHARMA INTERNATIONAL LTD.'S MOTION IN LIMINE NO. 3 TO PRECLUDE ABRAXIS'S EXPERTS, DR. JERRY L ATWOOD AND DR. MONSOOR AMIJI FROM TESTIFYING ON SUBJECTS AS TO WHICH THEY ARE NOT QUALIFIED

I, Lisa A. Chiarini, hereby declare under penalty of perjury pursuant to 28 U.S.C. Section 1746 as follows:

1. I am a member in good standing of the New York State Bar, am admitted to this Court *pro hac vice* in this matter, and am an associate with the law firm of Baker Botts, L.L.P., counsel of record for plaintiff Elan Pharma International Limited in the above captioned action. I submit this Declaration based upon personal knowledge. If called upon as a witness, I could, and would, competently testify to the truth of each statement herein.

2. Attached hereto as Exhibit 1 is a true and correct copy of the faculty biography of Jerry L. Atwood from the University of Missouri website (http://www.chem.missouri.edu/ faculty/Atwood/ and http://www.chem.missouri.edu/faculty/Atwood/research.html).

3. Attached hereto as Exhibit 2 is a true and correct copy of the Wikipedia article entitled "Supramolecular chemistry" (http://en.wikipedia.org/wiki/Supramolecular_chemistry).

-1-

4.      Attached hereto as Exhibit 3 is a true and correct copy of the Deposition Transcript of Jerry L. Atwood ("Atwood Dep. Tr."), pages 40, 41, 43, 44, and 241.

5.      Attached hereto as Exhibit 4 is a true and correct copy of the *curriculum vitae* of Jerry L. Atwood.

6.      Attached hereto as Exhibit 5 is a true and correct copy of a scientific literature search for literature authored by Jerry L. Atwood concerning solid state nuclear magnetic resonance (ssNMR).

7.      Attached hereto as Exhibit 6 is a true and correct copy of a U.S. patent search for patents issued to Jerry L. Atwood mentioning the terms "ssNMR" or "solid state nuclear magnetic resonance".

8.      Attached hereto as Exhibit 7 is a true and correct copy of Atwood Dep. Tr., pages 149, 228, and 229.

9.      Attached hereto as Exhibit 8 is a true and correct copy of Atwood Dep. Tr., page 125.

10.     Attached hereto as Exhibit 9 is a true and correct copy of Atwood Dep. Tr., pages 43 and 44.

11.     Attached hereto as Exhibit 10 is a true and correct copy of the Supplemental Expert Report of Jerry L. Atwood, pages 3-4 and a page of Varian, Inc.'s website concerning Spinsight Software.

12.     Attached hereto as Exhibit 11 is a true and correct copy of the *curriculum vitae* of Mansoor M. Amiji.

13.     Attached hereto as Exhibit 12 is a true and correct copy of the Deposition Transcript of Mansoor M. Amiji ("Amiji Dep. Tr."), pages 212-216.

14.    Attached hereto as Exhibit 13 is a true and correct copy of Amiji Dep. Tr., page 380.

15.    Attached hereto as Exhibit 14 is a true and correct copy of Amiji Dep. Tr., pages 375 and 376.

16.    Attached hereto as Exhibit 15 is a true and correct copy of Amiji Dep. Tr., page 377.

17.    Attached hereto as Exhibit 16 is a true and correct copy of the Rebuttal Report of Mansoor M. Amiji, page 7.

18.    Attached hereto as Exhibit 17 is a true and correct copy of Amiji Dep. Tr., page 113.

I declare and affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

**FURTHER DECLARANT SAYETH NOT.**


Executed this 27th day of March, 2008 at New York, New York.

_Lisa A Chiarini_
Lisa A. Chiarini

EXHIBIT 1



# University of Missouri - Columbia
## Department of Chemistry

**Jerry L. Atwood**
Curators' Professor and Department Chair
125, Chemistry
Tel: (573) 882-8374
AtwoodJ@missouri.edu



**Research Emphasis**
Supramolecular, Inorganic, Materials, Solid-State, Environmental

**Education**
BS, Southwest Missouri State University, 1964
PhD, University of Illinois, 1968

**Professional Experience**
Curators' Professor, University of Missouri-Columbia, 1999-present
Professor and Chairman, University of Missouri-Columbia, 1994-present
University Research Professor, University of Alabama, 1987-1994
Visiting Professor, University of Sussex, 1985
Visiting Professor, Imperial College, 1977
Professor, University of Alabama, 1978-1987
Associate Professor, University of Alabama, 1972-1978
Assistant Professor, University of Alabama, 1968-1972

**Honors and Awards**
2000 Polish Academy of Science, Elected Foreign Member
2000 Izatt-Christensen International Macrocyclic Chemistry Award
2000 President's Award for Research and Creative Activity
1996 Outstanding Alumni Award, SMSU
1992 Japanese Society for the Promotion of Science Award
1989 von Humboldt Senior Scientist Award, Germany
1986 Burnum Award for Teaching and Research, U of Alabama

**Professional Activities**
Editor: *The Journal of Supramolecular Chemistry* (2001-present)
Founding Editor, *Supramolecular Chemistry* (1992-2000 )
Associate Editor, *Chemical Communications* (1996-present)
Consulting Editor, *Journal of Chemical Crystallography* (1999-present)
Editor, *Journal of Chemical Crystallography* (1985-1998)
Regional Editor, *Journal of Coordination Chemistry*, A & B (1985-1993)
Editor, *Journal of Inclusion Phenomena* (1983-1991)
Editorial Board, *Journal of Coordination Chemistry*
Editorial Board, *Journal of Organometallic Chemistry*
Editorial Board, *Crystal Engineering*
Co-Editor, Inclusion Compounds (five volumes)
Co-Editor, Comprehensive Supramolecular Chemistry (ten volumes)





**Jerry L. Atwood**
Curators' Professor and Department Chair
125, Chemistry
Tel: (573) 882-8374
AtwoodJ@missouri.edu



While most chemical research to this point has been devoted to the delineation and manipulation of intramolecular chemical bonding in a conventional sense, our research focuses on the chemistry beyond the molecule in a field now known as Supramolecular Chemistry. Our interests lie in characterization and manipulation of the intermolecular non-covalent interactions (i.e., hydrogen bonding, cation...π, charge-charge, hydrophobic-hydrophobic, charge transfer interactions, etc.) that are responsible for the complex molecular interplay mechanisms known to be prevalent in biological systems. Although most biologically based supramolecular systems are far too complex to be studied systematically in terms of separate interactions, a smaller synthetic system may be studied in significantly greater detail. It is in this context that our group synthesizes and examines a broad array of host-guest chemical systems (ex., liquid clathrates, macromolecular hosts) with one of our principal methods of characterization being single crystal X-ray structure determination.

A main theme of our research is associated with the link between the solid geometry principles of Plato and Archimedes and the chemical assembly of small building blocks into large supramolecular structures. Specifically, the discovery that members of the resorcin[4]arene family, **1**, self-assemble to form the capsule shown below, **2**, prompted my research group to examine the topologies of related spherical hosts with a view to understanding their structures on the basis of symmetry. In addition to providing a grounds for classification, it was anticipated that such an approach would allow one to identify similarities at the structural level, which, at the chemical level, may not seem obvious and may be used to design large, spherical host assemblies.



Our group has now described the results of this analysis which we regard as the development of a general strategy for the construction of spherical molecular hosts. In these reports we began by presenting the idea of self-assembly in the context of spherical hosts and then, after summarizing the Platonic and Archimedean solids, we provided examples of cubic symmetry-based hosts, from both the laboratory and nature with structures that conform to these polyhedra.

The Platonic solids comprise a family of five convex uniform polyhedra (Table 1) which possess cubic symmetry and are made of the same regular polygons (equilateral triangle, square, pentagon) arranged in space such that the vertices, edges, and three

coordinate directions of each solid are equivalent

**Table 1.** Platonic Solids

| *Platonic solids* | *faces* | *corners* | *edges* |
|---|---|---|---|
| tetrahedron | 4 | 4 | 6 |
| cube | 6 | 8 | 12 |
| octahedron | 8 | 6 | 12 |
| dodecahedron | 12 | 20 | 30 |
| icosahedron | 20 | 12 | 30 |

That there is a finite number of such polyhedra is due to the fact that there exists a limited number of ways in which identical regular polygons may be adjoined to construct a convex corner. There are thus only five such isometric polyhedra, all of which are achiral.

In addition to the Platonic solids, there exists a family of 13 convex uniform polyhedra known as the Archimedean solids. Each member of this family is made up of at least two different regular polygons and may be derived from at least one Platonic solid through either truncation or twisting of faces (Table 2). In the case of the latter, two chiral members, the snub cube and the snub dodecahedron, are realized. The remaining Archimedean solids are achiral.

**Table 2.** Archimedean Solids

| *name* | *c* | *e* | *f3* | *f4* | *f5* | *f6* | *f8* | *f10* |
|---|---|---|---|---|---|---|---|---|
| truncated tetrahedron | 12 | 18 | 4 | – | – | 4 | – | – |
| truncated cube | 24 | 36 | 8 | – | – | – | 6 | – |
| truncated octahedron | 24 | 36 | – | 6 | – | 8 | – | – |
| cuboctahedron | 12 | 24 | 8 | 6 | – | – | – | – |
| small rhombicuboctahedron | 24 | 48 | 8 | 18 | – | – | – | – |
| great rhombicuboctahedron | 48 | 72 | – | 12 | – | 8 | 6 | – |
| snub cube | 24 | 60 | 32 | 6 | – | – | – | – |
| truncated dodecahedron | 60 | 90 | 20 | – | – | – | – | 12 |
| truncated icosahedron | 60 | 90 | – | – | 12 | 20 | – | – |
| icosidodecahedron | 30 | 60 | 20 | – | 12 | – | – | – |
| small rhombicosidodecahedron | 60 | 120 | 20 | 30 | 12 | – | – | – |
| great rhombicosidodecahedron | 120 | 180 | – | 30 | – | 20 | – | 12 |
| snub dodecahedron | 60 | 150 | 80 | – | 12 | – | – | – |

Our research is currently engaged in the use of the Platonic and Archimedean solids as models for supramolecular assemblies.

An important outgrowth of the work briefly described above was the discovery of a method of control of molecular architecture such that in one example a spherical assembly (a great rhombicuboctahedron, an Archimedean solid) was converted into a tubular structure. Amphiphilic polydedron-shaped p-sulfonatocalix[4]arene building blocks, 3, which have been previously shown to assemble into bilayers in an antiparallel fashion, have been assembled into a parallel alignment into spherical, 4, structures by the addition of pyridine N-oxide and lanthanide ions. Crystallographic studies revealed the manner in which metal ion coordination and substrate recognition direct the formation of

these supramolecular assemblies. The addition of greater amounts of pyridine *N*-oxide changed the curvature of the the assembling surface and resulted in the formation of extended tubules.



The amount of 'chemical space' enclosed by **4** is about 1,000 Å$^3$. This space houses 30 water molecules and two sodium ions. However, the van der Waals volume of **3** is abou 11,000 Å$^3$. **4** is differentiated from **2** by several factors. First, the supramolecular forces used to hold **2** together are hydrogen bonds, while a combination of van der Waals forces, π-stacking forces, and metal ion coordinate covalent bonds is employed for **4**. Second, the surface which encloses the chemical space is essentially one atom thick fo **2**, while it is the thickness of the *p*-sulfonatocalix[4]arene building block in **4** (hence, the 11,000 Å$^3$ volume of the assembly with only 1,000 Å$^3$ of space within). Third, the contents of the capsule are rather completely ordered for **4** (by the hydrogen bonds fron the enclosed water to the phenolic oxygen atom hydrogen bond acceptors at the base of the *p*-sulfonatocalix[4]arene), but the contents are completely disordered for **2** (because of the lack of any directional bonding force connecting the skeleton of the assembly to the contents therein).

We have very recently made significant breakthroughs in the enclosure of chemical space, as the figures below indicate. Visit this website again for the new information as it becomes available.

Click on the following thumbnails to view the full-sized images:



EXHIBIT 2

# Supramolecular chemistry

From Wikipedia, the free encyclopedia

**Supramolecular chemistry** refers to the area of chemistry that focuses on the noncovalent bonding interactions of molecules.[1][2] While traditional chemistry focuses on the covalent bond, supramolecular chemistry examines the weaker and reversible noncovalent interactions between molecules. These forces include hydrogen bonding, metal coordination, hydrophobic forces, van der Waals forces, pi-pi interactions and electrostatic effects. Important concepts that have been demonstrated by supramolecular chemistry include molecular self-assembly, folding, molecular recognition, host-guest chemistry, mechanically-interlocked molecular architectures, and dynamic covalent chemistry.[3] The study of non-covalent interactions is crucial to understanding many biological processes from cell structure to vision that rely on these forces for structure and function. Biological systems are often the inspiration for supramolecular research.



An example of a supramolecular assembly reported by Jean-Marie Lehn and coworkers in Angew. Chem., Int. Ed. Engl. 1996, 35, 1838-1840.

## Contents

- 1 History
- 2 Control of supramolecular chemistry
  - 2.1 Thermodynamics
  - 2.2 Environment
- 3 Concepts in supramolecular chemistry
  - 3.1 Molecular self-assembly
  - 3.2 Molecular recognition and complexation
  - 3.3 Template-directed synthesis
  - 3.4 Mechanically-interlocked molecular architectures
  - 3.5 Dynamic covalent chemistry
  - 3.6 Biomimetics
  - 3.7 Imprinting
  - 3.8 Molecular machinery
- 4 Building blocks of supramolecular chemistry
  - 4.1 Synthetic recognition motifs
  - 4.2 Macrocycles
  - 4.3 Structural units
  - 4.4 Photo-/electro-chemically active units
  - 4.5 Biologically-derived units
- 5 Applications
  - 5.1 Materials technology
  - 5.2 Catalysis
  - 5.3 Medicine
  - 5.4 Data storage and processing
  - 5.5 Green chemistry
  - 5.6 Other Devices and Functions
- 6 References
- 7 See also
- 8 External links



Supramolecular complex of a chlorine ion, cucurbit[5]uril, and cucurbit[10]uril reported by Day and coworkers in Angew. Chem. Int. Ed., 2002, 275-277.



An example of a mechanically-interlocked molecular architecture in this case a rotaxane reported by Stoddart and coworkers in the Eur. J. Org. Chem. 1998, 2565-2571.



## History

The existence of intermolecular forces was first postulated by Johannes Diderik van der Waals in 1873. However, it is with Nobel laureate Hermann Emil Fischer that

supramolecular chemistry has its philosophical roots. In 1890, Fischer suggested that enzyme-substrate interactions take the form of a "lock and key", pre-empting the concepts of molecular recognition and host-guest chemistry. In the early twentieth century noncovalent bonds were understood in gradually more detail, with the hydrogen bond being described by Latimer and Rodebush in 1920.



The use of these principles led to an increasing understanding of protein structure and other biological processes. For instance, the important breakthrough that allowed the helical structure of DNA occurred when it was realized that there are two separate strands through hydrogen bonds. The use of noncovalent bonds is essential to replication because separated and used to template new double stranded DNA. Concomitantly, chemists began synthetic structures based on noncovalent interactions, such as micelles and microemulsion

Eventually, chemists were able to take these concepts and apply them to synthetic system the 1960s with the synthesis of the crown ethers by Charles J. Pedersen. Following this v Donald J. Cram, Jean-Marie Lehn and Fritz Vogtle became active in synthesizing shape- throughout the 1980s research in the area gathered a rapid pace with concepts such as mech molecular architectures emerging.

and Jean-Marie Lehn and coworkers in Helv. Chim. Acta., 2003, 86, 1598-1624.

The importance of supramolecular chemistry was established by the 1987 Nobel Prize for Chemistry which was awarded to Donald J. Cram, Jean-Marie Lehn, and Charles J. Pedersen in recognition of their work in this area.[4] The development of selective "host-guest" complexes in particular, in which a host molecule recognizes and selectively binds a certain guest, was cited as an important contribution.

In the 1990s, supramolecular chemistry became even more sophisticated, with researchers such as James Fraser Stoddart developing molecular machinery and highly complex self-assembled structures, and Itamar Willner developing sensors and methods of electronic and biological interfacing. During this period, electrochemical and photochemical motifs became integrated into supramolecular systems in order to increase functionality, research into synthetic self-replicating system began, and work on molecular information processing devices began. The emerging science of nanotechnology also had a strong influence on the subject, with building blocks such as fullerenes, nanoparticles, and dendrimers becoming involved in synthetic systems.

# Control of supramolecular chemistry

## Thermodynamics

Supramolecular chemistry deals with subtle interactions, and consequently control over the processes involved can require great precision. In particular, noncovalent bonds have low energies and often no activation energy for formation. As demonstrated by the Arrhenius equation, this means that, unlike in covalent bond-forming chemistry, the rate of bond formation is not increased at higher temperatures. In fact, chemical equilibrium equations show that the low bond energy results in a shift towards the breaking of supramolecular complexes at higher temperatures.

However, low temperatures can also be problematic to supramolecular processes. Supramolecular chemistry can require molecules to distort into thermodynamically disfavored conformations (e.g. during the "slipping" synthesis of rotaxanes), and may include some covalent chemistry that goes along with the supramolecular. In addition, the dynamic nature of supramolecular chemistry is utilized in many systems (e.g. molecular mechanics), and cooling the system would slow these processes.

Thus, thermodynamics is an important tool to design, control, and study supramolecular chemistry. Perhaps the most striking example is that of warm-blooded biological systems, which cease to operate entirely outside a very narrow termperature range.

## Environment

The molecular environment around a supramolecular system is also of prime importance to its operation and stability. Many solvents have strong hydrogen bonding, electrostatic, and charge-transfer capabilities, and are therefore able to become involved in complex equilibria with the system, even breaking complexes completely. For this reason, the choice of solvent can be critical.

# Concepts in supramolecular chemistry

## Molecular self-assembly

Molecular self-assembly is the construction of systems without guidance or management from an outside source (other than to provide a suitable environment). The molecules are directed to assemble through noncovalent interactions. Self-assembly may be subdivided into intermolecular self-assembly (to form a supramolecular assembly), and intramolecular self-assembly (or folding as demonstrated by foldamers and polypeptides). Molecular self-assembly also allows the construction of larger structures such as micelles, membranes, vesicles, liquid crystals, and is important to crystal engineering.

## Molecular recognition and complexation

Molecular recognition is the specific binding of a guest molecule to a complementary host molecule to form a host-guest complex. Often, the definition of which species is the "host" and which is the "guest" is arbitrary. The molecules are able to identify each other using noncovalent interactions. Key applications of this field are the construction of molecular sensors and catalysis.

## Template-directed synthesis

Molecular recognition and self-assembly may be used with reactive species in order to pre-organize a system for a chemical reaction (to form one or more covalent bonds). It may be considered a special case of supramolecular catalysis. Noncovalent bonds between the reactants and a "template" hold the reactive sites of the reactants close together, facilitating the desired chemistry. This technique is particularly useful for situations where the desired reaction conformation is thermodynamically or kinetically unlikely, such as in the preparation of large macrocycles. This pre-organization also serves purposes such as minimizing side reactions, lowering the activation energy of the reaction, and producing desired stereochemistry. After the reaction has taken place, the template may remain in place, be forcibly removed, or may be "automatically" decomplexed on account of the different recognition properties of the reaction product. The template may be as simple as a single metal ion or may be extremely complex.

## Mechanically-interlocked molecular architectures

Mechanically-interlocked molecular architectures consist of molecules that are linked only as a consequence of their topology. Some noncovalent interactions may exist between the different components (often those that were utilized in the construction of the system), but covalent bonds do not. Supramolecular chemistry, and template-directed synthesis in particular, is key to the efficient synthesis of the compounds. Examples of mechanically-interlocked molecular architectures include catenanes, rotaxanes, molecular knots, and molecular Borromean rings.

## Dynamic covalent chemistry

In dynamic covalent chemistry covalent bonds are broken and formed in a reversible reaction under thermodynamic control. While covalent bonds are key to the process the system is directed by noncovalent forces to form the lowest energy structures.

## Biomimetics

Many synthetic supramolecular systems are designed to copy functions of biological systems. These biomimetic architectures can be used to learn about both the biological model and the synthetic implementation. Examples include photoelectrochemical systems, catalytic systems, protein design and self-replication.

## Imprinting

Molecular imprinting describes a process by which a host is constructed from small molecules using a suitable molecular species as a template. After construction, the template is removed leaving only the host. The template for host construction may be subtly different from the guest that the finished host bind. In its simplest form, imprinting utilizes only steric interactions, but more complex systems also incorporate hydrogen bonding and other interactions to improve binding strength and specificity.

## Molecular machinery

Molecular machines are molecules or molecular assemblies that can perform functions such as linear or rotational movement, switching, and entrapment. These devices exist at the boundary between supramolecular chemistry and nanotechnology, and prototypes have been demonstrated using supramolecular concepts.

# Building blocks of supramolecular chemistry

Supramolecular systems are rarely designed from first principles. Rather, chemists have a range of well-studied structural and functional building blocks that they are able to use to build up larger functional architectures. Many of these exist as whole families of similar units, from which the analog with the exact desired properties can be chosen.

## Synthetic recognition motifs

- The pi-pi charge-transfer interactions of bipyridinium with dioxyarenes or diaminoarenes have been used extensively for the construction of mechanically interlocked systems and in crystal engineering.
- The use of crown ether binding with metal or ammonium cations is ubiquitous in supramolecular chemistry.
- The formation of carboxylic acid dimers and other simple hydrogen bonding interactions.
- The complexation of bipyridines or tripyridines with ruthenium, silver or other metal ions is of great utility in the construction of complex architectures of many individual molecules.
- The complexation of porphyrins or phthalocyanines around metal ions gives access to catalytic, photochemical and electrochemical properties as well as complexation. These units are used a great deal by nature.

## Macrocycles

Macrocycles are very useful in supramolecular chemistry, as they provide whole cavities that can completely surround guest molecules and may be chemically modified to fine-tune their properties.

- Cyclodextrins, calixarenes, cucurbiturils and crown ethers are readily synthesized in large quantities, and are therefore convenient for use in supramolecular systems.
- More complex cyclophanes, and cryptands can be synthesized to provide more taliored recognition properties.

## Structural units

Many supramolecular systems require their components to have suitable spacing and conformations relative to each other, and therefore easily-employed structural units are required.

- Commonly used spacers and connecting groups include polyether chains, biphenyls and triphenyls, and simple alkyl chains. The chemistry for creating and connecting these units is very well understood.
- nanoparticles, nanorods, fullerenes and dendrimers offer nanometer-sized structure and encapsulation units.

- Surfaces can be used as scaffolds for the construction of complex systems and also for interfacing electrochemical systems with electrodes. Regular surfaces can be used for the construction of self-assembled monolayers and multilayers.

## Photo-/electro-chemically active units

- Porphyrins, and phthalocyanines have highly tunable photochemical and electrochemical activity as well as the potential for forming complexes.
- Photochromic and photoisomerizable groups have the ability to change their shapes and properties (including binding properties) upon exposure to light.
- TTF and quinones have more than one stable oxidation state, and therefore can be switched with redox chemistry or electrochemistry. Other units such as benzidine derivatives, viologens groups and fullerenes, have also been utilized in supramolecular electrochemical devices.

## Biologically-derived units

- The extremely strong complexation between avidin and biotin is instrumental in blood clotting, and has been used as the recognition motif to construct synthetic systems.
- The binding of enzymes with their cofactors has been used as a route to produce modified enzymes, electrically contacted enzymes, and even photoswitchable enzymes.
- DNA has been used both as a structural and as a functional unit in synthetic supramolecular systems.

# Applications

## Materials technology

Supramolecular chemistry and molecular self-assembly processes in particular have been applied to the development of new materials. Large structures can be readily accessed using bottom-up synthesis as they are composed of small molecules requiring fewer steps to synthesize. Thus most of the bottom-up approaches to nanotechnology are based on supramolecular chemistry.

## Catalysis

A major application of supramolecular chemistry is the design and understanding of catalysts and catalysis. Noncovalent interactions are extremely important in catalysis, binding reactants into conformations suitable for reaction and lowering the transition state energy of reaction. Template-directed synthesis is a special case of supramolecular catalysis. Encapsulation systems such as micelles and dendrimers are also used in catalysis to create microenvironments suitable for reactions (or steps in reactions) to progress that is not possible to use on a macroscopic scale.

## Medicine

Supramolecular chemistry is also important to the development of new pharmaceutical therapies by understanding the interactions at a drug binding site. The area of drug delivery has also made critical advances as a result of supramolecular chemistry providing encapsulation and targeted release mechanisms. In addition, supramolecular systems have been designed to disrupt protein-protein interactions that are important to cellular function.

## Data storage and processing

Supramolecular chemistry has been used to demonstrate computation functions on a molecular scale. In many cases, photonic or chemical signals have been used in these components, but electrical interfacing of these units has also been shown by supramolecular signal transduction devices. Data storage has been accomplished by the use of molecular switches with photochromic and photoisomerizable units, by electrochromic and redox-switchable units, and even by molecular motion. Synthetic molecular logic gates have been demonstrated on a conceptual level. Even full-scale

computations have been achieved by semi-synthetic DNA computers.

## Green chemistry

Research in supramolecular chemistry also has application in green chemistry where reactions have been developed which proceed in the solid state directed by non-covalent bonding. Such procedures are highly desirable since they reduce the need for solvents during the production of chemicals.

## Other Devices and Functions

Supramolecular chemistry is often pursued to develop new functions that cannot appear from a single molecule. These functions also include magnetic properties, light responsiveness, self-healing polymers, molecular sensors, etc. Supramolecular research has been applied to develop high-tech sensors, processes to treat radioactive waste, and contrast agents for CAT scans.

# References

1.  ^ Lehn JM (1993). "Supramolecular chemistry". *Science* **260** (5115): 1762-3. PMID 8511582 (http://www.ncbi.nlm.nih.gov/pubmed/8511582).
2.  ^ Supramolecular Chemistry, J.-M. Lehn, Wiley-VCH (1995) ISBN-13:978-3527293117
3.  ^ Gennady V. Oshovsky, Dr. Dr., David N. Reinhoudt, Prof. Dr. Ir., Willem Verboom, Dr. (2007). "Supramolecular Chemistry in Water". *Angewandte Chemie International Edition* **46** (14): 2366-2393. DOI:10.1002/anie.200602815 (http://dx.doi.org/10.1002/anie.200602815).
4.  ^ "Chemistry and Physics Nobels Hail Discoveries on Life and Superconductors; Three Share Prize for Synthesis of Vital Enzymes" Harold M. Schmeck Jr. *New York Times* October 15, 1987 [1] (http://query.nytimes.com/gst/fullpage.html?res=9B0DE0DB143DF936A25753C1A961948260&sec=&spon=&partner=permalink&exprod=permalink)

# See also

- Organic chemistry
- Nanotechnology

# External links

Retrieved from "http://en.wikipedia.org/wiki/Supramolecular_chemistry"
Categories: Supramolecular chemistry

- This page was last modified on 12 March 2008, at 23:41.
- All text is available under the terms of the GNU Free Documentation License. (See **Copyrights** for details.)
  Wikipedia® is a registered trademark of the Wikimedia Foundation, Inc., a U.S. registered 501(c)(3) tax-deductible nonprofit charity.

# EXHIBIT 3

# REDACTED

# EXHIBIT 4

REDACTED

# EXHIBIT 5

Database Details

| Set | Term Searched | Items | |
|-----|---------------|-------|------|
| S1 | SOLID()STATE(NUCLEAR()MAGNETIC() RESONANCE | 0 | Display |
| S2 | SOLID()STATE()NUCLEAR()MAGNETIC() RESONANCE | 6030 | Display |
| S3 | SSNMR | 251 | Display |
| S4 | AU=(ATWOOD, J? OR ATWOOD J?) | 3423 | Display |
| S5 | S2 OR S3 | 6195 | Display |
| S6 | S5 AND S4 | 0 | Display |

Format

Free

Number of Records

10

Show Database Details for:

2: Inspec (1898-present)    Bluesheet    Rates

Fields    Formats    Sorts    Limits    Tags

© 2008 Dialog, a Thomson business

# EXHIBIT 6

## USPTO PATENT FULL-TEXT AND IMAGE DATABASE

| Help | Home | Quick | Advanced | Pat Num | Order Copy | PTDLs |
|------|------|-------|----------|---------|-----------|-------|

*Searching US Patents Text Collection...*

**Results of Search in US Patents Text Collection db for:**
**(IN/atwood AND SPEC/("ssNMR" OR "solid state nuclear magnetic resonance")): 0 patents.**

No patents have matched your query

| ▓▓▓▓▓▓▓▓ | in/atwood and spec/("ssNMR" or "solid state nuclear r |

# EXHIBITS 7 – 17

# REDACTED IN THEIR ENTIRETY