IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ELAN PHARMA INTERNATIONAL LIMITED,<br><br>  Plaintiff,<br><br>  v.<br><br>ABRAXIS BIOSCIENCE, INC.,<br><br>  Defendant. | Case No. 06-438-GMS<br><br>**REDACTED**<br>**PUBLIC VERSION** |

## DECLARATION OF LISA A. CHIARINI

I, Lisa A. Chiarini, hereby declare under penalty of perjury pursuant to 28 U.S.C. Section 1746 as follows:

1. I am a member in good standing of the New York State Bar, am admitted to this Court *pro hac vice* in this matter, and am an associate with the law firm of Baker Botts, L.L.P., counsel of record for plaintiff Elan Pharma International Limited in the above captioned action. I submit this Declaration based upon personal knowledge. If called upon as a witness, I could, and would, competently testify to the truth of each statement herein.

2. Attached hereto as Exhibit 1 is a true and correct copy of document Bates Number ABRX0117420, including pages Bates Numbers ABRX0117420 and 477-480.

3. Attached hereto as Exhibit 2 is a true and correct copy of the Rebuttal Expert Report of Mark C. Manning, pages 1, 7, 9, and 23.

4. Attached hereto as Exhibit 3 is a true and correct copy of document Bates Number ABRX0117143, including pages Bates Numbers ABRX0117383 and 396.

5. Attached hereto as Exhibit 4 is a true and correct copy of document Bates Number ABRX0123712, including pages Bates Numbers ABRX0123714 and 747.

6. Attached hereto as Exhibit 5 is a true and correct copy of the Rebuttal Expert Report of Mansoor M. Amiji, pages 36-46.

7. Attached hereto as Exhibit 6 is a true and correct copy of document Bates Number ABRX0274491.

8. Attached hereto as Exhibit 7 is a true and correct copy of document Bates Number ABRX0527857-858.

9. Attached hereto as Exhibit 8 is a true and correct copy of document Bates Number ABRX0490185-186.

10. Attached hereto as Exhibit 9 is a true and correct copy of the Deposition Transcript of Mark C. Manning, pages 1, 128-141, 195-197, and 260.

11. Attached hereto as Exhibit 10 is a true and correct copy of document Bates Number 0523585-601.

12. Attached hereto as Exhibit 11 is a true and correct copy of the Deposition Transcript of Mansoor M. Amiji, pages 1 and 225-226.

13. Attached hereto as Exhibit 12 is a true and correct copy of the Deposition Transcript of Neil Desai, pages 1, 92, 95, 227-228, 260, 301-302, and 307-309.

14. Attached hereto as Exhibit 13 is a true and correct copy of the Deposition Transcript of Michael Hamrell, pages 1 and 116-117.

I declare and affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

**FURTHER DECLARANT SAYETH NOT.**

Executed this 27th day of March, 2008 at New York, New York.

_____
Lisa A. Chiarini

# EXHIBITS 1 – 13

# REDACTED IN THEIR ENTIRETY