## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ELAN PHARMA<br>INTERNATIONAL LIMITED, | §<br>§<br>§ | **REDACTED**<br>**PUBLIC VERSION** |
| Plaintiff, Counterdefendant | §<br>§ | C.A. No. 06-438-GMS |
| v. | §<br>§<br>§ | |
| ABRAXIS BIOSCIENCE, INC., | §<br>§<br>§ | |
| Defendant, Counterplaintiff. | § | |

**DECLARATION OF JEFFREY D. SULLIVAN IN SUPPORT OF PLAINTIFF ELAN
PHARMA INTERNATIONAL LIMITED'S REPLY
IN SUPPORT OF ITS MOTION IN LIMINE NO. 2 TO PRECLUDE ABRAXIS
FROM USURPING THE COURT'S AUTHORITY TO CONSTRUE THE
PATENT CLAIMS AND BIFURCATE EQUITABLE DEFENSES**

*Of Counsel:*

Stephen E. Scheve
Linda M. Glover
Robert Riddle
BAKER BOTTS L.L.P.
One Shell Plaza
910 Louisiana Street
Houston, Texas 77042-4995
(713) 229-1659 Telephone

Paul F. Fehlner
Jeffrey D. Sullivan
Lisa A. Chiarini
BAKER BOTTS L.L.P.
30 Rockefeller Plaza
New York, New York 10112-4498
(212) 408-2527 Telephone

Dated: April 7, 2008

ASHBY & GEDDES
Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Lauren E. Maguire (I.D. # 4261)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, Delaware 19899-1150
(302) 654-1888 Telephone
sbalick@ashby-geddes.com
jday@ashby-geddes.com
lmaguire@ashby-geddes.com

*Attorneys for Plaintiff,
Elan Pharma International Limited*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

ELAN PHARMA                    )
INTERNATIONAL LIMITED,         )
                               )
    Plaintiff,          )
                               )
    v.                  )    Case No. 06-438-GMS
                               )
ABRAXIS BIOSCIENCE, INC.,      )
                               )
    Defendant.          )
                               )

**DECLARATION OF JEFFREY D. SULLIVAN IN SUPPORT OF
PLAINTIFF ELAN PHARMA INTERNATIONAL LIMITED'S REPLY
IN SUPPORT OF ITS MOTION IN LIMINE NO. 2 TO PRECLUDE ABRAXIS
FROM USURPING THE COURT'S AUTHORITY TO CONSTRUE THE
PATENT CLAIMS AND BIFURCATE EQUITABLE DEFENSES**

       I, Jeffrey D. Sullivan, hereby declare as follows under penalty of perjury pursuant to 28 U.S.C. Section 1746:

    1.    I am an attorney licensed to practice in the State of New York, and I am admitted *pro hac vice* to practice in Cause No. 06-438-GMS; *Elan Pharma International v. Abraxis BioScience, Inc.*; In the United States District Court; District of Delaware.  I am a partner with the law firm of Baker Botts L.L.P. and counsel of record for Elan Pharma International Limited. I submit this Declaration in Support of Elan Pharma International Limited's Reply In Support Of Its Motion In Limine No. 2 To Preclude Abraxis From Usurping The Court's Authority To Construe The Patent Claims And Bifurcate Defenses.  I have personal knowledge of the matters set forth herein, and if called upon to do so, I could and would competently testify thereto.

    2.    Attached hereto as Exhibit 1 is a true and correct copy of Abraxis's Responses to Elan Second Set of Requests for Admission.

ny02/606437

3.     Attached hereto as Exhibit 2 is a true and correct copy of selected portions from the May 23, 2007 Discovery Teleconference Transcript.

Pursuant to 28 U.S.C. Section 1746, I hereby affirm and declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

**FURTHER DECLARANT SAYETH NOT.**

Executed this 7th day of April 2008 in New York, New York.

Jeffrey D. Sullivan

# EXHIBIT 1

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| ELAN PHARMA INTERNATIONAL LIMITED, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) )  Case No. 06-438-GMS |
| ABRAXIS BIOSCIENCE, INC., | ) ) |
| Defendant. | ) ) ) ) |

## RESPONSE OF ABRAXIS BIOSCIENCE, INC. TO ELAN PHARMA INTERNATIONAL LIMITED'S SECOND SET OF REQUESTS FOR ADMISSION

Pursuant to Rule 36 of the Federal Rules of Civil Procedure, Abraxis BioScience, Inc. hereby submits the following responses and objections to Elan Pharma International Limited's Second Set of Requests for Admission.

## REQUESTS FOR ADMISSION

Request No. 27:

Admit that at least 90 percent (90%) of the particles in Abraxane® have a number average particle size of less than 400 nm.

Response to Request No. 27:

Abraxis objects that the term "number average particle size" is vague and ambiguous as used in this Request. *See, e.g., Fulhorst v. United Tech. Automotive, Inc.*, No. 96-577-JJF, 1997 U.S. Dist. LEXIS 22290, at *3-4 (D. Del. Nov. 17, 1997) (citation omitted) ("A party is not required to respond to a request that contains vague or ambiguous statements."). For the purpose of this litigation only, Abraxis interprets the term "number average particle size" to have the meaning ascribed to that term in the '363 and '025 patents.

Based on that definition of the term "number average particle size," Abraxis admits this Request. Except as expressly admitted, the Request is denied.

Request No. 28:

Admit that at least 90 percent (90%) of the particles in Abraxane® have a number average particle size of less than 300 nm.

Response to Request No. 28:

Abraxis objects that the term "number average particle size" is vague and ambiguous as used in this Request. *See, e.g., Fulhorst v. United Tech. Automotive, Inc.,* No. 96-577-JJF, 1997 U.S. Dist. LEXIS 22290, at *3-4 (D. Del. Nov. 17, 1997) (citation omitted) ("A party is not required to respond to a request that contains vague or ambiguous statements."). For the purpose of this litigation only, Abraxis interprets the term "number average particle size" to have the meaning ascribed to that term in the '363 and '025 patents.

Based on that definition of the term "number average particle size," Abraxis admits this Request. Except as expressly admitted, the Request is denied.

Request No. 29:

Admit that "paclitaxel" is also commonly referred to as "taxol."

Response to Request No. 29:

Abraxis objects that the term "commonly referred to" is vague and ambiguous as used in this Request. *See, e.g., Fulhorst v. United Tech. Automotive, Inc.,* No. 96-577-JJF, 1997 U.S. Dist. LEXIS 22290, at *3-4 (D. Del. Nov. 17, 1997) (citation omitted) ("A party is not required to respond to a request that contains vague or ambiguous statements.").

Subject to and without waiving its objection, Abraxis admits that "paclitaxel" has sometimes been referred to in the relevant art as "taxol." Abraxis avers, however, that "Taxol" is not the same as "paclitaxel." Abraxis further avers that "paclitaxel" refers to a drug by itself, whereas "Taxol" is a trade-name from Bristol-Myers Squibb Co. for a paclitaxel formulation that contains Cremophor EL. Abraxis also avers that Abraxane contains non-crystalline, amorphous paclitaxel and human albumin. Except as expressly admitted, the Request is denied.

Dated: April 4, 2007

YOUNG CONAWAY STARGATT
& TAYLOR, LLP

_____

Josy W. Ingersoll (#1088)
Elena C. Norman (#4780)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
(302) 571-6672 Telephone
(302) 576-3301 Facsimile
jingersoll@ycst.com
enorman@ycst.com

Michael A. Jacobs
MORRISON & FOERSTER, LLP
425 Market Street
San Francisco, CA 94105-2482
(415) 268-7000 Telephone
(415) 268-7522 Facsimile
MJacobs@mofo.com

Emily A. Evans
MORRISON & FOERSTER, LLP
755 Page Mill Road
Palo Alto, CA 94304-1018
(650) 813-5600 Telephone
(650) 494-0792 Facsimile
EEvans@mofo.com

Attorneys for Defendant
ABRAXIS BIOSCIENCE, INC.

# EXHIBIT 2

# REDACTED