IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ELAN PHARMA<br>INTERNATIONAL LIMITED,<br><br>　　　Plaintiff, Counterdefendant<br><br>　　　v.<br><br>ABRAXIS BIOSCIENCE, INC.,<br><br>　　　Defendant, Counterplaintiff. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **REDACTED**<br>**PUBLIC VERSION**<br><br>C.A. No. 06-438-GMS |

**PLAINTIFF ELAN PHARMA INTERNATIONAL LIMITED'S REPLY
IN SUPPORT OF ITS MOTION IN LIMINE NO. 4 TO PRECLUDE
TESTIMONY ABOUT AND EVIDENCE OF ABRAXIS'S UNRELIABLE
DATA CONCERNING HUMAN ALBUMIN CROSSLINKING**

*Of Counsel:*

Stephen E. Scheve
Linda M. Glover
Robert Riddle
BAKER BOTTS L.L.P.
One Shell Plaza
910 Louisiana Street
Houston, Texas 77042-4995
(713) 229-1659 Telephone

Paul F. Fehlner
Jeffrey D. Sullivan
Lisa A. Chiarini
BAKER BOTTS L.L.P.
30 Rockefeller Plaza
New York, New York 10112-4498
(212) 408-2527 Telephone

Dated: April 7, 2008

ASHBY & GEDDES
Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Lauren E. Maguire (I.D. # 4261)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, Delaware 19899-1150
(302) 654-1888 Telephone
sbalick@ashby-geddes.com
jday@ashby-geddes.com
lmaguire@ashby-geddes.com

*Attorneys for Plaintiff,*
*Elan Pharma International Limited*

{00206873;v1}

Plaintiff Elan Pharma International Limited ("Elan") hereby respectfully submits its reply in support of its Motion In Limine No. 4 to preclude testimony about and evidence of Abraxis Bioscience, Inc.'s ("Abraxis") unreliable data concerning human albumin crosslinking.

## I. Introduction

Upon review of the expert report of Dr. Amiji, it is apparent that he summarized several experiments relating to human serum albumin ("HSA") that fall into two classes: (1) those that may have been done in accord with accepted scientific practice, **REDACTED** and (2) those that rely on inconclusive experiments, **REDACTED** Elan seeks to exclude only Dr. Amiji's testimony based on this second class of documents, as such testimony would rely on data of a type not reasonably relied upon by experts in the field. *See* Fed. R. Evid. 703. Contrary to Abraxis's assertion that Elan's motion "cherry pick[s]" two experiments as the subject of its motion in limine, it is Abraxis who has tactically selected to have its expert rely upon two experiments whose foundations were so insufficient **REDACTED**

## II. Argument

A.

**REDACTED**

Abraxis's insinuation that the conclusions reached must be reliable because Elan's experts analyzed it (*see* Abraxis's Response to Elan's MIL No. 4 at 2) is a *non sequiter*. Elan's analysis was performed to account for the possibility that Abraxis may be permitted to rely on these data at trial, not to endorse or adopt Abraxis's flawed science.

**REDACTED**

**B.**

---

2  Citations to the Chiarini Decl. refer to the March 27, 2008 Declaration of Lisa A. Chiarini submitted in support of Elan's Motion In Limine No. 4.

**C.**

**REDACTED**

---
[3]

**REDACTED**

ASHBY & GEDDES

/s/ *John G. Day*

---
Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Lauren E. Maguire (I.D. # 4261)
500 Delaware Avenue, 8th Floor
Wilmington, Delaware 19899-1150
(302) 654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com
lmaguire@ashby-geddes.com

*Attorneys for Plaintiff,*
*Elan Pharma International Limited*

*Of Counsel:*

Stephen E. Scheve
Linda M. Glover
Robert Riddle
BAKER BOTTS L.L.P.
One Shell Plaza
910 Louisiana Street
Houston, Texas 77042-4995
(713) 229-1659

Paul F. Fehlner
Jeffrey D. Sullivan
Lisa A. Chiarini
BAKER BOTTS L.L.P.
30 Rockefeller Plaza
New York, New York 10112-4498
(212) 408-2527

Dated: April 7, 2008