IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ELAN PHARMA INTERNATIONAL LIMITED, | § § § | **REDACTED PUBLIC VERSION** |
| Plaintiff, Counterdefendant | § § | C.A. No. 06-438-GMS |
| v. | § § § | |
| ABRAXIS BIOSCIENCE, INC., | § § § | |
| Defendant, Counterplaintiff. | § | |

**DECLARATION OF JEFFREY D. SULLIVAN IN SUPPORT OF PLAINTIFF ELAN PHARMA INTERNATIONAL LIMITED'S REPLY IN SUPPORT OF ITS MOTION IN LIMINE NO. 4 TO PRECLUDE TESTIMONY ABOUT AND EVIDENCE OF ABRAXIS'S UNRELIABLE DATA CONCERNING HUMAN ALBUMIN CROSSLINKING**

*Of Counsel:*

Stephen E. Scheve
Linda M. Glover
Robert Riddle
BAKER BOTTS L.L.P.
One Shell Plaza
910 Louisiana Street
Houston, Texas 77042-4995
(713) 229-1659 Telephone

Paul F. Fehlner
Jeffrey D. Sullivan
Lisa A. Chiarini
BAKER BOTTS L.L.P.
30 Rockefeller Plaza
New York, New York 10112-4498
(212) 408-2527 Telephone

Dated: April 7, 2008

ASHBY & GEDDES
Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Lauren E. Maguire (I.D. # 4261)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, Delaware 19899-1150
(302) 654-1888 Telephone
sbalick@ashby-geddes.com
jday@ashby-geddes.com
lmaguire@ashby-geddes.com

*Attorneys for Plaintiff,*
*Elan Pharma International Limited*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ELAN PHARMA INTERNATIONAL LIMITED, ) ) )  Plaintiff, ) ) v. ) ) ABRAXIS BIOSCIENCE, INC., ) ) Defendant. ) ) | Case No. 06-438-GMS |

**DECLARATION OF JEFFREY D. SULLIVAN IN SUPPORT OF
PLAINTIFF ELAN PHARMA INTERNATIONAL LIMITED'S REPLY
IN SUPPORT OF ITS MOTION IN LIMINE NO. 4 TO PRECLUDE
TESTIMONY ABOUT AND EVIDENCE OF ABRAXIS'S UNRELIABLE
DATA CONCERNING HUMAN ALBUMIN CROSSLINKING**

I, Jeffrey D. Sullivan, hereby declare as follows under penalty of perjury pursuant to 28 U.S.C. Section 1746:

1. I am an attorney licensed to practice in the State of New York, and I am admitted *pro hac vice* to practice in Cause No. 06-438-GMS; *Elan Pharma International v. Abraxis BioScience, Inc.*; In the United States District Court; District of Delaware. I am a partner with the law firm of Baker Botts L.L.P. and counsel of record for Elan Pharma International Limited. I submit this Declaration in Support of Elan Pharma International Limited's Reply In Support Of Its Motion In Limine No. 4 To Preclude Testimony About And Evidence Of Abraxis's Unreliable Data Concerning Human Albumin Crosslinking. I have personal knowledge of the matters set forth herein, and if called upon to do so, I could and would competently testify thereto.

2. Attached hereto as Exhibit 1 is a true and correct copy of selected portions of the deposition transcript of Mansoor M. Amiji, Ph.D.

ny02/606437

Pursuant to 28 U.S.C. Section 1746, I hereby affirm and declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

**FURTHER DECLARANT SAYETH NOT.**

Executed this 7th day of April 2008 in New York, New York.

_____
Jeffrey D. Sullivan

ny02/606437

# EXHIBIT 1

# REDACTED