IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ELAN PHARMA INTERNATIONAL LIMITED, ) ) ) Plaintiff, ) ) v. ) ) ABRAXIS BIOSCIENCE, INC., ) ) Defendant. ) ) ) | Case No. 06-438-GMS <br><br> **REDACTED** <br> **PUBLIC VERSION** |

**DECLARATION OF PAUL F. FEHLNER IN SUPPORT OF PLAINTIFF ELAN PHARMA INTERNATIONAL LIMITED'S OPPOSITION TO ABRAXIS'S MOTION IN LIMINE NO. 1 TO STRIKE PORTIONS OF ELAN EXPERT HARRY BRITTAIN'S EXPERT REPORT REGARDING TESTING OF ABRAXANE AND TO BAR RELATED TESTIMONY AND ARGUMENT**

I, Paul F. Fehlner, hereby declare as follows under penalty of perjury pursuant to 28 U.S.C. Section 1746:

1.  I am an attorney licensed to practice in the State of New York, and I am admitted *pro hac vice* to practice in Cause No. 06-438-GMS; *Elan Pharma International v. Abraxis BioScience, Inc.*; In the United States District Court; District of Delaware ("*Elan v. Abraxis*"). I am a partner with the law firm of Baker Botts L.L.P. and counsel of record for Elan Pharma International Limited. I submit this Declaration in Support of Elan Pharma International Limited's Opposition to Abraxis's Motion In Limine No. 1 To Strike Portions Of Elan Expert Harry Brittain's Expert Report Regarding Testing Of Abraxane And to Bar Related Testimony And Argument. I have personal knowledge of the matters set forth herein, and if called upon to do so, I could and would competently testify thereto.

2.  Attached hereto as Exhibit 1 is a true and correct copy of selected portions of the

deposition transcript of Harry G. Brittain.

3. Attached hereto as Exhibit 2 is a true and correct copy of selected portions of the Rebuttal Expert Report of Jerry L. Atwood.

4. Attached hereto as Exhibit 3 is a true and correct copy of Micron testing notebooks.

5. Attached hereto as Exhibit 4 is a true and correct copy of selected portions of the deposition transcript of Cory Berkland, Ph.D.

Pursuant to 28 U.S.C. Section 1746, I hereby affirm and declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

**FURTHER DECLARANT SAYETH NOT.**

Executed this 3rd day of April 2008 in New York, New York.

_____
Paul F. Fehlner

ny02/606437

# EXHIBITS 1 – 4

# REDACTED IN THEIR ENTIRETY

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of April, 2008, the attached **REDACTED PUBLIC VERSION OF DECLARATION OF PAUL F. FEHLNER IN SUPPORT OF PLAINTIFF ELAN PHARMA INTERNATIONAL LIMITED'S OPPOSITION TO ABRAXIS'S MOTION IN LIMINE NO. 1 TO STRIKE PORTIONS OF ELAN EXPERT HARRY BRITTAIN'S EXPERT REPORT REGARDING TESTING OF ABRAXANE AND TO BAR RELATED TESTIMONY AND ARGUMENT** was served upon the below-named counsel of record at the addresses and in the manner indicated:

| | |
|---|---|
| Josy W. Ingersoll, Esquire<br>Young, Conaway, Stargatt & Taylor<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE 19801 | HAND DELIVERY |
| Michael A. Jacobs, Esquire<br>Morrison & Foerster, LLP<br>425 Market Street<br>San Francisco, CA 94105-2482 | VIA ELECTRONIC MAIL |
| Emily A. Evans, Esquire<br>Morrison & Foerster, LLP<br>755 Page Mill Road<br>Palo Alto, CA 94304-1018 | VIA ELECTRONIC MAIL |
| Anders T. Aannestad, Esquire<br>Morrison & Foerster, LLP<br>12531 High Bluff Drive, Suite 100<br>San Diego, CA 92130 | VIA ELECTRONIC MAIL |

/s/ *John G. Day*
_____
John G. Day

173077.1