IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ELAN PHARMA INTERNATIONAL LIMITED, | § § § § | **REDACTED PUBLIC VERSION** |
| Plaintiff, Counterdefendant | § § | |
| vs. | § § | Case No. 06-438-GMS |
| ABRAXIS BIOSCIENCE, INC., | § § § § | |
| Defendant, Counterplaintiff. | § | |

**DECLARATION OF HARRY G. BRITTAIN IN SUPPORT OF
PLAINTIFF ELAN PHARMA INTERNATIONAL LIMITED'S
OPPOSITION TO ABRAXIS'S MOTION IN LIMINE NO. 1 TO
STRIKE PORTIONS OF ELAN EXPERT HARRY BRITTAIN'S
EXPERT REPORT REGARDING TESTING OF ABRAXANE
AND TO BAR RELATED TESTIMONY AND ARGUMENT AND**

**PLAINTIFF ELAN PHARMA INTERNATIONAL LIMITED'S
OPPOSITION TO ABRAXIS'S MOTION IN LIMINE TO BAR ELAN
FROM INTRODUCING EVIDENCE OF THE FDA'S DECISION NOT
TO ADOPT A PROPOSED CHANGE IN ABRAXANE'S LABEL**

I, Harry G. Brittain, hereby declare as follows under penalty of perjury subject to 28 U.S.C. § 1746:

**REDACTED**

- 1 -

**REDACTED**

**REDACTED**

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Executed April 3, 2008, at Milford, New Jersey, United States of America.

*/s/ Harry G. Brittain*
Harry G. Brittain, Ph.D.

# EXHIBIT A

# REDACTED

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of April, 2008, the attached **REDACTED PUBLIC VERSION OF DECLARATION OF HARRY G. BRITTAIN IN SUPPORT OF PLAINTIFF ELAN PHARMA INTERNATIONAL LIMITED'S OPPOSITION TO ABRAXIS'S MOTION IN LIMINE NO. 1 TO STRIKE PORTIONS OF ELAN EXPERT HARRY BRITTAIN'S EXPERT REPORT REGARDING TESTING OF ABRAXANE AND TO BAR RELATED TESTIMONY AND ARGUMENT AND PLAINTIFF ELAN PHARMA INTERNATIONAL LIMITED'S OPPOSITION TO ABRAXIS'S MOTION IN LIMINE TO BAR ELAN FROM INTRODUCING EVIDENCE OF THE FDA'S DECISION NOT TO ADOPT A PROPOSED CHANGE IN ABRAXANE'S LABEL** was served upon the below-named counsel of record at the addresses and in the manner indicated:

| | |
|---|---|
| Josy W. Ingersoll, Esquire<br>Young, Conaway, Stargatt & Taylor<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE 19801 | <u>HAND DELIVERY</u> |
| Michael A. Jacobs, Esquire<br>Morrison & Foerster, LLP<br>425 Market Street<br>San Francisco, CA 94105-2482 | <u>VIA ELECTRONIC MAIL</u> |
| Emily A. Evans, Esquire<br>Morrison & Foerster, LLP<br>755 Page Mill Road<br>Palo Alto, CA 94304-1018 | <u>VIA ELECTRONIC MAIL</u> |
| Anders T. Aannestad, Esquire<br>Morrison & Foerster, LLP<br>12531 High Bluff Drive, Suite 100<br>San Diego, CA 92130 | <u>VIA ELECTRONIC MAIL</u> |

/s/ *John G. Day*
_____
John G. Day

173077.1