IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ELAN PHARMA INTERNATIONAL LIMITED, | § | REDACTED PUBLIC VERSION |
| Plaintiff, Counterdefendant | § | |
| vs. | § | Case No. 06-438-GMS |
| ABRAXIS BIOSCIENCE, INC., | § | |
| Defendant, Counterplaintiff. | § | |

# PLAINTIFF ELAN PHARMA INTERNATIONAL LIMITED'S OPPOSITION TO ABRAXIS'S MOTION IN LIMINE NO. 3 TO BAR ELAN FROM INTRODUCING EVIDENCE OF THE FDA'S DECISION NOT TO ADOPT A PROPOSED CHANGE IN ABRAXANE®'S LABEL

*Of Counsel:*

Stephen E. Scheve
Linda M. Glover
Robert Riddle
BAKER BOTTS L.L.P.
One Shell Plaza
910 Louisiana Street
Houston, Texas 77042-4995
(713) 229-1659 Telephone

Paul F. Fehlner
Jeffrey D. Sullivan
Lisa A. Chiarini
BAKER BOTTS L.L.P.
30 Rockefeller Plaza
New York, New York 10112-4498
(212) 408-2527 Telephone

ASHBY & GEDDES

Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Lauren E. Maguire (I.D. # 4261)
222 Delaware Avenue, 17th Floor
Wilmington, Delaware 19899-1150
(302) 654-1888 Telephone
sbalick@ashby-geddes.com
jday@ashby-geddes.com
lmaguire@ashby-geddes.com

*Attorneys for Plaintiff,*
Elan Pharma International Limited

Dated: April 3, 2008

## I. Introduction

Plaintiff Elan Pharma International Limited ("Elan") hereby respectfully submits its opposition to Abraxis Bioscience, Inc.'s ("Abraxis") Motion In Limine No. 3, which seeks to preclude Elan from introducing into evidence at trial of both Abraxis' communications with the Food and Drug Administration ("FDA") seeking a change to the label for Abraxane®, and FDA's refusal to authorize such a change.

Abraxis's motion should be denied. FDA's refusal to change the label is probative of the agency's assessment

**REDACTED**

Further, evidence of Abraxis's post-litigation attempt

**REDACTED**

provides additional evidence of Abraxis's attempts to hide its tracks now that Elan has caught on to its infringement of the '363 Patent.

Finally, this evidence is by no means confusing to a jury, nor is it unfairly prejudicial to Abraxis, because Abraxis itself voluntarily sought the label change.

**REDACTED**

## II. Background

REDACTED

## III. Argument

### A. Abraxis's Failed Effort To Amend the Abraxane® Label Is Highly Probative

REDACTED

(1) FDA, an agency with deep institutional expertise regarding the technical and therapeutic nature of a drug product,

REDACTED

#### 1. FDA's Decision Is Probative of Lack of Convincing Data And Unimportance

REDACTED

**REDACTED**

This situation is distinct from *Medtronic Navigation, Inc. v. BrainLAB Medizinisch*, 2008 U.S. Dist. LEXIS 13483, *24-26 (D. Colo. Feb. 12, 2008). In *Medtronic*, the court disapproved of an

argument to the jury that assertions regarding "equivalents" for purposes of FDA proceedings was relevant to infringement under the doctrine of equivalents. In *Medtronic*, the issue was what a party had said to FDA, not what FDA had determined in response to that party's statement.

**2. Abraxis's Attempt Strongly Supports Its Intent To Conceal Infringement**

**REDACTED**

"The decision of an administrative body carries with it 'a certain imprimatur." Abraxis's Third Motion In Limine, p. 14.

**REDACTED**

**B. Evidence Of The Attempt To Change The Labeling Is Not Unfairly Prejudicial**

Abraxis created this evidence; it is only fair for Abraxis to live with this evidence at trial.

**REDACTED**

Abraxis's contentions concerning jury confusion are also without merit.

**REDACTED**

Consequently, jury confusion is highly unlikely in this instance.

**C. The Rules Of Evidence And Case Law Support Elan**

Rule 403 disfavors exclusion of this evidence,

**REDACTED**

## IV. Conclusion

For the reasons discussed herein, Elan respectfully requests that the Court deny Abraxis's Motion in Limine No. 3 .

ASHBY & GEDDES

Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Lauren E. Maguire (I.D. # 4261)
222 Delaware Avenue, 17th Floor
Wilmington, Delaware 19899-1150
(302) 654-1888 Telephone
sbalick@ashby-geddes.com
jday@ashby-geddes.com
lmaguire@ashby-geddes.com

*Attorneys for Plaintiff,*
Elan Pharma International Limited

*Of Counsel:*

Stephen E. Scheve
Linda M. Glover
Robert Riddle
BAKER BOTTS L.L.P.
One Shell Plaza
910 Louisiana Street
Houston, Texas 77042-4995
(713) 229-1659 Telephone

Paul F. Fehlner
Jeffrey D. Sullivan
Lisa A. Chiarini
BAKER BOTTS L.L.P.
30 Rockefeller Plaza
New York, New York 10112-4498
(212) 408-2527 Telephone

**CERTIFICATE OF SERVICE**

I hereby certify that on the 14th day of April, 2008, the attached **REDACTED PUBLIC VERSION OF PLAINTIFF ELAN PHARMA INTERNATIONAL LIMITED'S OPPOSITION TO ABRAXIS'S MOTION IN LIMINE NO. 3 TO BAR ELAN FROM INTRUDUCING EVIDENCE OF THE FDA'S DECISION NOT TO ADOPT A PROPOSED CHANGE IN ABRAXANE®'S LABEL** was served upon the below-named counsel of record at the addresses and in the manner indicated:

Josy W. Ingersoll, Esquire
Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

HAND DELIVERY

Michael A. Jacobs, Esquire
Morrison & Foerster, LLP
425 Market Street
San Francisco, CA 94105-2482

VIA ELECTRONIC MAIL

Emily A. Evans, Esquire
Morrison & Foerster, LLP
755 Page Mill Road
Palo Alto, CA 94304-1018

VIA ELECTRONIC MAIL

Anders T. Aannestad, Esquire
Morrison & Foerster, LLP
12531 High Bluff Drive, Suite 100
San Diego, CA 92130

VIA ELECTRONIC MAIL

*/s/ John G. Day*

John G. Day

173077.1