IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ELAN PHARMA INTERNATIONAL LIMITED,<br><br>Plaintiff,<br><br>v.<br><br>ABRAXIS BIOSCIENCE, INC.,<br><br>Defendant. | Case No. 06-438-GMS<br><br>**REDACTED<br>PUBLIC VERSION** |

**DECLARATION OF PAUL F. FEHLNER IN SUPPORT OF PLAINTIFF ELAN PHARMA INTERNATIONAL LIMITED'S OPPOSITION TO ABRAXIS'S MOTION IN LIMINE NO. 3 TO BAR ELAN FROM INTRODUCING EVIDENCE OF THE FDA'S DECISION NOT TO ADOPT A PROPOSED CHANGE IN ABRAXANE'S LABEL**

I, Paul F. Fehlner, hereby declare as follows under penalty of perjury pursuant to 28 U.S.C. Section 1746:

1. I am an attorney licensed to practice in the State of New York, and I am admitted *pro hac vice* to practice in Cause No. 06-438-GMS; *Elan Pharma International v. Abraxis BioScience, Inc.*; In the United States District Court; District of Delaware ("*Elan v. Abraxis*"). I am a partner with the law firm of Baker Botts L.L.P. and counsel of record for Elan Pharma International Limited. I submit this Declaration in Support of Elan Pharma International Limited's Opposition to Abraxis's Motion In Limine No. 3 To Bar Elan from Introducing Evidence of the FDA's Decision Not To Adopt A Proposed Change In Abraxane's Label. I have personal knowledge of the matters set forth herein, and if called upon to do so, I could and would competently testify thereto.

2. Attached hereto as Exhibit 1 is a true and correct copy of selected portions of the deposition transcript of Michael Hawkins.

3.  Attached hereto as Exhibit 2 is a true and correct copy of selected portions of a document produced by Abraxis in this matter.

Pursuant to 28 U.S.C. Section 1746, I hereby affirm and declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

**FURTHER DECLARANT SAYETH NOT.**

Executed this 3rd day of April 2008 in New York, New York.

_____
Paul F. Fehlner

ny02/606437

# EXHIBITS 1 – 2

# REDACTED IN THEIR ENTIRETY

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of April, 2008, the attached **REDACTED PUBLIC VERSION OF DECLARATION OF PAUL F. FEHLNER IN SUPPORT OF PLAINTIFF ELAN PHARMA INTERNATIONAL LIMITED'S OPPOSITION TO ABRAXIS'S MOTION IN LIMINE NO. 3 TO BAR ELAN FROM INTRUDUCING EVIDENCE OF THE FDA'S DECISION NOT TO ADOPT A PROPOSED CHANGE IN ABRAXANE'S LABEL** was served upon the below-named counsel of record at the addresses and in the manner indicated:

| | |
|---|---|
| Josy W. Ingersoll, Esquire<br>Young, Conaway, Stargatt & Taylor<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE 19801 | HAND DELIVERY |
| Michael A. Jacobs, Esquire<br>Morrison & Foerster, LLP<br>425 Market Street<br>San Francisco, CA 94105-2482 | VIA ELECTRONIC MAIL |
| Emily A. Evans, Esquire<br>Morrison & Foerster, LLP<br>755 Page Mill Road<br>Palo Alto, CA 94304-1018 | VIA ELECTRONIC MAIL |
| Anders T. Aannestad, Esquire<br>Morrison & Foerster, LLP<br>12531 High Bluff Drive, Suite 100<br>San Diego, CA 92130 | VIA ELECTRONIC MAIL |

/s/ *John G. Day*
_____
John G. Day

173077.1