IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ELAN PHARMA INTERNATIONAL LIMITED, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | Case No. 06-438-GMS |
| ABRAXIS BIOSCIENCE, INC., | ) ) ) | **REDACTED PUBLIC VERSION** |
| Defendant. | ) ) ) | |

**DECLARATION OF JEFFREY D. SULLIVAN IN SUPPORT OF ELAN PHARMA INTERNATIONAL LIMITED'S OPPOSITION TO ABRAXIS'S MOTION IN LIMINE NO. 4 TO EXCLUDE SUPPLEMENTAL EXPERT REPORT OF STEPHEN BYRN**

I, Jeffrey D. Sullivan, hereby declare as follows under penalty of perjury pursuant to 28 U.S.C. Section 1746:

1. I am an attorney licensed to practice in the State of New York, and I am admitted *pro hac vice* to practice in Cause No. 06-438-GMS; *Elan Pharma International v. Abraxis BioScience, Inc.*; In the United States District Court; District of Delaware ("*Elan v. Abraxis*"). I am a partner with the law firm of Baker Botts L.L.P. and counsel of record for Elan Pharma International Limited. I submit this Declaration in Support of Elan Pharma International Limited's Opposition to Abraxis's Motion In Limine No. 4 To Exclude Supplemental Expert Report Of Stephen Byrn. I have personal knowledge of the matters set forth herein, and if called upon to do so, I could and would competently testify thereto.

2. Attached hereto as Exhibit 1 is a true and correct copy of selected portions of the deposition transcript of Mansoor M. Amiji, R.Ph., Ph.D.

3. Attached hereto as Exhibit 2 is a true and correct copy of selected portions of the Supplemental Expert Report of Jerry L. Atwood.

ny02/606437

Pursuant to 28 U.S.C. Section 1746, I hereby affirm and declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

**FURTHER DECLARANT SAYETH NOT.**

Executed this 3rd day of April 2008 in New York, New York.

_____
Jeffrey D. Sullivan

# EXHIBIT 1

**REDACTED**

# EXHIBIT 2

## SUPPLEMENTAL EXPERT REPORT OF JERRY L. ATWOOD

1. I am the same Jerry L. Atwood who filed an Opening Expert Report on September 28 and a Rebuttal Expert Report on October 29, 2007 in this matter.

2. This Supplemental Report is based only on information that was unavailable until after my Rebuttal Expert Report was due on October 29, 2007. I am submitting this Supplemental Report now, having waited until discovery attempting to resolve open issues was completed.
This Supplemental Report is based on the following new information. I have now reviewed the deposition transcripts of:

- Harry G. Brittain, Ph.D. (November 16, 2007)
- Eric J. Munson, Ph.D. (November 29, 2007)
- Samuel J. Danishefsky, Ph.D. (December 11, 2007)
- Cory Berkland, Ph.D. (December 14, 2007)
- Lianjun Shi, Ph.D. (January 7, 2008)
- Dewey Barich, Ph.D. (January 25, 2008), and
- Jeffrey D. Winkler, Ph.D. (February 13, 2008; rough).

I attended the depositions of Dr. Brittain and Dr. Munson, and I have given a deposition in this matter (December 6, 2007). I have also considered certain documents, as well as raw electronic data related to the solid state nuclear magnetic resonance (SSNMR) experiments performed by Dr. Barich. These documents and raw data were produced by Elan and/or Elan's experts after my Rebuttal Expert Report was due. I am informed that the raw NMR data was produced to Abraxis's counsel on

1

November 19, 2007. I am also informed by counsel that certain other documents I reviewed were produced on:

| Date Produced to Abraxis's Counsel | Document Production Number |
|---|---|
| 2007-11-07 | MUNSON 1-1865 |
| 2007-11-08 | MUNSON 1866-2202 |
| 2007-11-19 | MUNSON 2203 |
| 2007-11-20 | MUNSON 2204-2463 |
| 2007-11-29 | MUNSON 2264-2325 |
| 2007-12-13 | MUNSON 2464-7282 |
| 2007-12-14 | MUNSON 7283-9882 |
| 2008-01-22 | MUNSON 9883-10128 |
| 2008-01-24 | MUNSON 10129-10663 |
| 2007-11-21 | WINKLER 1-170 |
| 2008-02-11 | WINKLER 171-178 |
| 2008-02-12 | WINKLER 179-194 |
| 2008-02-13 | WINKLER 195-198 |

Prompted by a new issue raised by Elan's questioning at my deposition, I also spoke with Katherine Melody of Micron Analytical Services and reviewed notebook entries that she kept in connection with her XRPD work of Abraxane and related controls. Attached as Exhibit A is a list of documents that I considered.

2

3.   In the course of my review of the new material and my work with the SSNMR data obtained by Dr. Barich, issues have arisen which I could not have anticipated at the time of my two earlier Expert Reports. My comments on these issues are given below.

**Electronic Files Supplied by Elan Are Insufficient to Allow Data Analysis**

4.   The initial SSNMR data produced by Dr. Munson apparently was what is referred to as "time domain" NMR data. Of the 34 files produced, fully half of them could not be opened using such standard software as the GRAMS/32 package. It must be noted that even for the "time domain" data which could be opened using the GRAMS/32 package, I had no way of knowing what manipulations Dr. Barich or Dr. Munson had employed in converting the "time domain" data into the spectra which appear as exhibits to Dr. Munson's expert report.

5.   At Dr. Munson's deposition, he testified that he and Dr. Barich used SpinSight software to manipulate the raw SSNMR data and view it as spectra. Dr. Munson did not disclose this critical information in his report. Different software packages can produce spectra that appear different, even when generated from the same raw time domain data. Had Dr. Munson explained the exact parameters used in generating the spectra from his SSNMR experiments, I could have used different software to attempt to reproduce his results. However, Dr. Munson also did not disclose this information in his report.

6.   I was therefore forced to obtain the SpinSight software package that Dr. Munson and Dr. Barich used. The SpinSight software could only be used with a Sun computer and a Solaris 9 operating system, both of which I also had to obtain. Dr. Munson also did not disclose this

3

information. Both the software and the hardware used by Dr. Munson and Dr. Barich are legacy products, which are no longer supported by the manufacturers. Obtaining these products, installing them, and getting them up and running proved difficult and time consuming. For example, I had to hire a highly skilled Information Technology professional, who devoted over seven hours just to get the operating system installed. I also spent approximately 16 hours dealing with these software/hardware issues.

7. Even Elan's experts were surprised that Dr. Munson did not reveal in his expert report the software he used for the SSNMR data collection and peak deconvolution. For example, Dr. Brittain testified as follows: (Brittain Dep., 119:8-19):

"Q. Dr. Brittain, what software did Dr. Munson use for deconvolution?

A. I must be missing - I don't see it mentioned.

Q. It surprises you, doesn't [it]?

A. I[t] would have been something that I would have written in."

**Elan's Experts Failed to Keep Laboratory Notebooks**

8. I was surprised to learn that Elan's experts did not keep laboratory notebooks with regard to their experiments for this litigation. For example, in his deposition, Dr. Munson stated (Munson Dep., 25:5-15):

"Q. I'm asking you as applies to the experiments you do in your laboratory.

A. For many of the experiments in our laboratory what we will do is take a particular sample, place it into a rotor and then spin that particular sample to acquire solid-state NMR data.

4

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of April, 2008, the attached **REDACTED PUBLIC VERSION OF DECLARATION OF JEFFREY D. SULLIVAN IN SUPPORT OF PLAINTIFF ELAN PHARMA INTERNATIONAL LIMITED'S OPPOSITION TO ABRAXIS'S MOTION IN LIMINE NO. 4 TO EXCLUDE SUPPLEMENTAL EXPERT REPORT OF STEPHEN BYRN** was served upon the below-named counsel of record at the addresses and in the manner indicated:

| | |
|---|---|
| Josy W. Ingersoll, Esquire<br>Young, Conaway, Stargatt & Taylor<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE 19801 | <u>HAND DELIVERY</u> |
| Michael A. Jacobs, Esquire<br>Morrison & Foerster, LLP<br>425 Market Street<br>San Francisco, CA 94105-2482 | <u>VIA ELECTRONIC MAIL</u> |
| Emily A. Evans, Esquire<br>Morrison & Foerster, LLP<br>755 Page Mill Road<br>Palo Alto, CA 94304-1018 | <u>VIA ELECTRONIC MAIL</u> |
| Anders T. Aannestad, Esquire<br>Morrison & Foerster, LLP<br>12531 High Bluff Drive, Suite 100<br>San Diego, CA 92130 | <u>VIA ELECTRONIC MAIL</u> |

/s/ John G. Day

John G. Day

173077.1