**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

ELAN PHARMA INTERNATIONAL LIMITED,

Plaintiff,

v.

ABRAXIS BIOSCIENCE, INC.,

Defendant.

**REDACTED PUBLIC VERSION**

C.A. No. 06-438-GMS

**PROPOSED JOINT PRE-TRIAL ORDER**

**Volume I of II**

ASHBY & GEDDES
Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Lauren E. Maguire (I.D. #4261)
500 Delaware Avenue, 8th Floor
Wilmington, Delaware 19899-1150
(302) 654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com
lmaguire@ashby-geddes.com

*Attorneys for Plaintiff*
*Elan Pharma International Limited*

YOUNG, CONAWAY, STARGATT & TAYLOR
Josy W. Ingersoll (I.D. #1088)
Elena C. Norman (I.D. #4780)
Karen E. Keller (I.D. #4489)
Michele Sherretta Budicak (I.D. #4651)
Jeffrey T. Castellano (I.D. #4837)
Young Conway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6672
jingersoll@ycst.com
enorman@ycst.com
kkeller@ycst.com
mbudicak@ycst.com
jcastellano@ycst.com

*Attorneys for Defendant*
*Abraxis BioScience Inc.*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| ELAN PHARMA INTERNATIONAL LIMITED, | ) | **REDACTED PUBLIC VERSION** |
| | ) | |
| Plaintiff, | ) | C.A. No. 06-438-GMS |
| | ) | |
| v. | ) | |
| | ) | |
| ABRAXIS BIOSCIENCE, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**PROPOSED JOINT PRE-TRIAL ORDER**

ASHBY & GEDDES
Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Lauren E. Maguire (I.D. #4261)
500 Delaware Avenue, 8th Floor
Wilmington, Delaware 19899-1150
(302) 654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com
lmaguire@ashby-geddes.com

*Attorneys for Plaintiff*
*Elan Pharma International Limited*

YOUNG, CONAWAY, STARGATT & TAYLOR
Josy W. Ingersoll (I.D. #1088)
Elena C. Norman (I.D. #4780)
Karen E. Keller (I.D. #4489)
Michele Sherretta Budicak (I.D. #4651)
Jeffrey T. Castellano (I.D. #4837)
Young Conway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6672
jingersoll@ycst.com
enorman@ycst.com
kkeller@ycst.com
mbudicak@ycst.com
jcastellano@ycst.com

*Attorneys for Defendant*
*Abraxis BioScience Inc.*

*Of Counsel:*

Stephen Scheve (Admitted *pro hac vice)*
Linda M. Glover (Admitted *pro hac vice)*
Robert Riddle (Admitted *pro hac vice)*
BAKER BOTTS LLP
One Shell Plaza
910 Louisiana Street
Houston, TX 77042-4995
(713) 229-1659 Telephone

Paul F. Fehlner (Admitted *pro hac vice)*
Jeffrey D. Sullivan (Admitted *pro hac vice)*
Lisa Chiarini (Admitted *pro hac vice)*
BAKER BOTTS LLP
30 Rockefeller Plaza
New York, NY 10112-4498
(212) 408-2527 Telephone

*Of Counsel:*

Michael A. Jacobs (Admitted *pro hac vice*)
Morrison & Foerster LLP
425 Market Street
San Francisco, California 94105-2482
(415) 268-7000 Telephone

Emily A. Evans (Admitted *pro hac vice*)
Eric S. Walters (Admitted *pro hac vice*)
Erik J. Olson (Admitted *pro hac vice*)
Paul F. Coyne (Admitted *pro hac vice*)
Diana B. Kruze (Admitted *pro hac vice*)
Morrison & Foerster LLP
755 Page Mill Road
Palo Alto, California 94304-1018
(650) 813-5600 Telephone

Anders T. Aannestad (Admitted *pro hac vice*)
Morrison & Foerster LLP
12531 High Bluff Drive
San Diego, California 92130
(858) 720-5100

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ELAN PHARMA INTERNATIONAL LIMITED, | § | |
| Plaintiff, | § | |
| vi. | § | Case No. 06-438-GMS |
| ABRAXIS BIOSCIENCE, INC., | § | |
| Defendant. | § | |

**PROPOSED JOINT PRE-TRIAL ORDER**

This matter coming before the Court at a pretrial conference to be held on May 5, 2008 pursuant to Fed. R. Civ. P. ("Rule") 16 and Steven Balick, John G. Day, and Lauren E. Maguire of Ashby & Geddes, 222 Delaware Avenue, 17th Floor, P.O. Box 1150, Wilmington, Delaware 19899, (302) 654-1888, Stephen E. Scheve, Linda Glover, and Robert Riddle of Baker Botts LLP, One Shell Plaza, 910 Louisiana, Houston, Texas 77002-4995, (713) 229-1234, Paul F. Fehlner, Jeffrey D. Sullivan, and Lisa A. Chiarini of Baker Botts LLP, 30 Rockefeller Plaza, New York, New York 10112-4498, (212) 408-2500, William J. Sipio, 1375 Brentwood Road, Yardley, PA 1906, (215) 801-3625 having appeared as counsel for plaintiff Elan Pharma International Limited ("Elan") and Josy W. Ingersoll, Elena C. Norman, Karen E. Keller, Michele Sherretta Budicak, and Jeffrey T. Castellano of Young Conway Stargatt & Taylor, LLP, The Brandywine Building, 1000 West Street, 17th Floor, Wilmington, Delaware 19801, (302) 571-6672, Michael A. Jacobs of Morrison & Foerster LLP, 425 Market Street, San Francisco, California 94105-2482, (415) 268-7000, Emily A. Evans, Eric S. Walters, Erik J. Olson, Paul F. Coyne, and Diana B. Kruze of Morrison & Foerster LLP, 755 Page Mill Road, Palo Alto, California, 94304-1018, (650) 813-5600, and Anders T. Aannestad of Morrison & Foerster LLP,

12531 High Bluff Drive, San Diego, California 92130, (858) 720-5100, having appeared as counsel for defendant Abraxis BioScience Inc., ("Abraxis"), the following actions were taken:

(1)     This is an action by Elan for patent infringement, including a claim for willful infringement, and the jurisdiction of the court is invoked under 28 U.S.C. §§ 1331 and 1338.   Abraxis has filed counterclaims for declaratory judgment of noninfringement, invalidity, and unenforceability.   Jurisdiction is not disputed.   Elan seeks damages adequate to compensate for alleged infringement of the '363 Patent but in no event less than a reasonable royalty,[1] together with prejudgment and post-judgment interest and costs. Elan does not seek injunctive relief.  In the event liability is found, Elan will seek treble damages and attorneys' fees.  In the event liability is not found, Abraxis will seek its costs and its attorneys' fees under 35 U.S.C. § 285.

Addendum A contains procedural stipulations by the parties and is attached hereto.

(2)     The following stipulations and statements were submitted and are attached to and made a part of this Order.

      (a)     A comprehensive stipulation or statement of all uncontested facts, which will become a part of the evidentiary record in the case, and which may be read to the jury by the court or any party, is attached as Exhibit 1.

      (b)(i)  Plaintiff's statement of the contested issues of fact and law is attached as Exhibit 2.

      (b)(ii) Defendant's statement of the contested issues of fact and law is attached as Exhibit 3.

---

[1] *See* Addendum B.

(c) List of exhibits, except for rebuttal exhibits, in the form required by the Court, is attached as follows:

1. The parties' consolidated exhibit list is attached as Exhibit 4. Where an exhibit appeared on both parties' exhibit lists, it is marked as "JX" (Joint exhibit). The marking of an exhibit as "JX" will not preclude either party from objecting to its admission as evidence or to its use by the other party. Where an exhibit is listed on only one party's exhibit list, it is marked either as "PX" (Plaintiff's exhibit) or "DX" (Defendant's exhibit), as appropriate. The exhibit list also contains a column for Plaintiff's objections, and a column for Defendant's objections.[2]

2. The parties will provide each other with advance copies of the demonstrative exhibits they will seek to use at trial. he parties are not yet in agreement on the timing of such advance provision.

    a. Elan proposes that each party provide the other with proposed demonstrative exhibits by 8:00 p.m. EST the night before the party seeks to use them. For example, a demonstrative exhibit to be used on a Tuesday would be provided to opposing counsel by 8:00 p.m. on Monday.

    b. Abraxis proposes that each party provide the other with proposed demonstrative exhibits by 2:00 p.m. EST two days before the day the party seeks to use them. For example, a demonstrative exhibit to be used on a Tuesday would be provided to opposing counsel by 2:00 p.m. on Sunday.

---

[2] *See* Addendum A.

3. The parties agree to the following abbreviations for objections to proposed

exhibits:

(A)    Authenticity (901)
(B)    Best Evidence Rule Prohibits Introduction
(C)    Cumulative, Wasteful or Undue Delay (FRE 403)
(H)    Hearsay (FRE 801)
(I)     Irrelevant and /or Immaterial (FRE 401-402)
(L)    Lack of Personal Knowledge or Competency (FRE 602)
(O)    Offer to Compromise, Settlement (FRE 408)
(P)    Prejudicial, Confusing or Misleading (FRE 403)
(R)    Reserved Because Exhibit Has Not Been Provided, the Copy Provided is
         Illegible and/or the Entry Includes Multiple Documents
(W)   Privileged/Work Product
(U)    Untimely/Never Produced
(D)    Demonstrative/should not be admitted into evidence
(M)    Subject of Motion in Limine
(X)    Incomplete Document

In addition to the objections listed above, Exhibit 4 also includes other objections

pursuant to the Federal Rules of Evidence.

Abraxis will use the following objection abbreviation to which Elan does not

agree:

(S)    Secret Abraxane Manufacturing Information/Confidential.

(d)    Lists of names and addresses of the potential witnesses to be called by each party,

with a statement of any objections to calling, or to the qualifications of, any

witness identified on the list, are attached hereto as follows:

(i)     Plaintiff's witness list, including Defendant's objections and Plaintiff's

responses, is attached as Exhibit 5; and

(ii)    Defendant's witness, including Plaintiff's objections and Defendant's

responses, is attached as Exhibit 6.

(e)   The parties could not agree on a stipulation setting forth the qualifications of each expert witness in such form as could be read to the jury.  Accordingly, attached as Exhibit 7 is a document setting forth each party's proposed brief statement as to the qualifications of its own experts.  The parties respectfully request that the Court permit each party to qualify its own experts on the stand without having qualifications read to the jury.

(f)   Lists of all depositions, or portions thereof, to be read into evidence and statements of any objections or counter-designations thereto, are attached hereto as follows:

(i)   Plaintiff's designations of deposition testimony, Defendant's counter-designations and objections, Plaintiff's objections to counter-designations and Defendant's response thereto, are attached as Exhibit 8;[3] and

(ii)   Defendant's designations of deposition testimony and Plaintiff's counter-designations and objections, Defendant's objections to counter-designations and Plaintiff's response are attached as Exhibit 9.[4]

(g)   An itemized statement of special damages is not applicable to this action.

(h)   Waivers of any claims or defenses that have been abandoned by any party: Plaintiff has abandoned the following claims:

(i)   Plaintiff has abandoned its claims for patent infringement of U.S. Patent No. 5,834,025 ("'025 Patent").  A reissue patent application for the '025 Patent is currently pending with the United States Patent and Trademark Office.

---

[3] *See* Addendum A.
[4] *See id.*

(ii)    Plaintiff has abandoned its claims for patent infringement of claims 1, 2, 8, 9, and 15 of U.S. Patent No. 5,399,363 ("'363 Patent").

(iii)    Plaintiff has abandoned its claim for injunctive relief.

Defendant now seeks only the declaratory judgments that:

(i)    claims 1, 3, 5, 10, and 11 of the '363 patent are not infringed;

(ii)    claims 1, 3, 5, 10, and 11 of the '363 patent are invalid for obviousness; indefiniteness, obviousness-type double patenting, and for failure to comply with the enablement and written description requirements;

(iii)    the '363 patent is unenforceable for unclean hands and inequitable conduct;

(iv)    claims 1-3 and 13-15 of the '025 patent are invalid for indefiniteness and for failure to comply with the enablement and written description requirements; and

(v)    the '025 patent is unenforceable for inequitable conduct;

By not asserting certain claims and defenses, Abraxis does not intend to waive them with respect to any future proceeding.

(i)    The parties provide the following:

(i)    Plaintiff's Trial Brief is attached as Exhibit 10;

(ii)    Defendant's Trial Brief is attached as Exhibit 11;

(iii)    The Parties' proposed jury instructions are attached as Exhibit 12;

(iv)    Plaintiff's proposed Verdict Form is attached as Exhibit 13;

(v)    Defendant's proposed Verdict Form is attached as Exhibit 14;

(vi)   Plaintiff's list of the questions it requests the court to ask prospective

jurors in accordance with Rule 47(a) and D. Del. LR 47.1(a) is attached as

Exhibit 15; and

(vii)   Defendant's list of the questions it requests the court to ask prospective

jurors in accordance with Rule 47(a) and D. Del. LR 47.1(a) is attached as

Exhibit 16.

(j)   Not applicable.

(k)   A statement summarizing the history and status of settlement negotiations,

indicating whether further negotiations are ongoing and likely to be productive, is

attached as Exhibit 17.

(l)   The parties have completed all fact and expert discovery, except as discussed in

Addendum C, attached hereto.  Absent good cause shown, no further discovery

shall be permitted.

(m)   All fully briefed motions *in limine* have been filed previously or concurrently, in

accordance with the Court's pretrial scheduling order.  The following motions in

limine are being filed by each party:

Plaintiff's motions in limine:

(1)   Plaintiff Elan Pharma International Limited's Motion In Limine No. 1 To

Exclude References To The Lack Of Products Marketed By Elan Embodying

The '363 Patent And References To Abraxis's Patents Covering Abraxane

(2)   Plaintiff Elan Pharma International Limited's Motion In Limine No. 2 To

Preclude Abraxis From Usurping The Court's Authority To Construe Patent

Claims And Determine Equitable Defenses

    (3) Plaintiff Elan Pharma International Limited's Motion In Limine No. 3 To Preclude Abraxis's Experts, Dr. Jerry L. Atwood and Mansoor Ajmiji, From Testifying On Subjects As To Which They Are Not Qualified

    (4) Plaintiff Elan Pharma International Limited's Motion In Limine No. 4 To Preclude Testimony About And Evidence Of Abraxis's Unreliable Data Concerning Human Albumin Crosslinking

    (5) Plaintiff Elan Pharma International Limited's Motion In Limine No. 5 To Exclude Arguments Or Evidence Based Upon The Reverse Doctrine Of Equivalents

Defendant's motions in limine:

    (1) Motion In Limine To Strike Portions Of Elan Expert Harry Brittain's Expert Report Regarding Testing Of Abraxane And To Bar Related Testimony And Argument

    (2) Motion In Limine To Exclude Evidence Of Elan's SSNMR Testing

    (3) Motion In Limine To Bar Elan From Introducing Evidence Of The FDA's Decisions Not To Adopt A Proposed Change In Abraxane's Label

    (4) Motion In Limine To Preclude Elan From Introducing Evidence And Testimony Regarding Byrn's Untimely Supplemental Expert Report On Infringement

    (5) Motion In Limine To Preclude Elan From Introducing Into Evidence At Trial Any Exhibit Or Other Evidence, Arguments Or Contentions, That Elan Has Not Provided To Abraxis As Of The date of this Motion – Twenty Days After Elan's pretrial Disclosures Were Due

(3) Trial of this case is expected to take ten (10) days from June 2-13, 2008.

(4) The type of trial is:

Jury ☒ Non-jury ☐

(i) Elan objects to submission of equitable issues to the jury pursuant to its Motion In Limine No. 2.

(ii) Abraxis responds that the evidence underlying Abraxis's equitable defenses here are appropriately considered by the jury, pursuant to its Response to Elan's Motion in Limine No. 2.

(5)(i) Elan recommends that 6 jurors plus 2 alternates be selected at the commencement of the trial.

(5)(ii) Abraxis recommends that 9 jurors be selected at the commencement of the trial.

(6) This Order will control the course of the trial and may not be amended except by consent of the parties and the court, or by order of the court to prevent manifest injustice.

(7) Possibility of settlement of this case was considered by the parties as stated in Exhibit 17.

(8) Addendum A contains additional stipulations by the parties. Addendum B discusses additional issues raised by Abraxis individually. Addendum C discusses additional issues raised by Elan individually.

______________________________
United States District Judge

Date: ____________________

Attorneys for Plaintiff

/s/ *John G. Day*

Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Lauren E. Maguire (I.D. #4261)
500 Delaware Avenue, 8th Floor
Wilmington, Delaware 19899-1150
(302) 654-1888 Telephone

*Attorneys for Plaintiff*
*Elan Pharma International Limited*

*Of Counsel:*

Stephen Scheve (Admitted *pro hac vice)*
Linda M. Glover (Admitted *pro hac vice)*
Robert Riddle (Admitted *pro hac vice)*
BAKER BOTTS LLP
One Shell Plaza
910 Louisiana Street
Houston, TX 77042-4995
(713) 229-1659 Telephone

Paul F. Fehlner (Admitted *pro hac vice)*
Jeffrey D. Sullivan (Admitted *pro hac vice)*
Lisa Chiarini (Admitted *pro hac vice)*
BAKER BOTTS LLP
30 Rockefeller Plaza
New York, NY 10112-4498
(212) 408-2527 Telephone

Attorneys for Defendant

/s/ *Karen E. Keller*

Josy W. Ingersoll (I.D. #1088)
Elena C. Norman (I.D. #4780)
Karen E. Keller (I.D. #4489)
Michele Sherretta Budicak (I.D. #4651)
Jeffrey T. Castellano (I.D. #4837)
Young Conway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6672 Telephone

*Attorneys for Defendant*
*Abraxis BioScience Inc.*

*Of Counsel:*

Michael A. Jacobs (Admitted *pro hac vice*)
Morrison & Foerster LLP
425 Market Street
San Francisco, California 94105-2482
(415) 268-7000 Telephone

Emily A. Evans (Admitted *pro hac vice*)
Eric S. Walters (Admitted *pro hac vice*)
Erik J. Olson (Admitted *pro hac vice*)
Paul F. Coyne (Admitted *pro hac vice*)
Diana B. Kruze (Admitted *pro hac vice*)
Morrison & Foerster LLP
755 Page Mill Road
Palo Alto, California 94304-1018
(650) 813-5600 Telephone

Anders T. Aannestad (Admitted *pro hac vice*)
Morrison & Foerster LLP
12531 High Bluff Drive
San Diego, California 92130
(858) 720-5100

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ELAN PHARMA INTERNATIONAL LIMITED, | § | |
| Plaintiff, | § | |
| v. | § | Case No. 06-438-GMS |
| ABRAXIS BIOSCIENCE, INC., | § | |
| Defendant. | § | |

## Addenda A to Exhibit 4: Plaintiff Elan's Proposed List of Demonstrative Exhibits and Experiments

The following demonstrative exhibits and experiments will be offered at trial by Plaintiff Elan:

1. Animations, power point presentations, posters, and/or pictures demonstrating Abraxis's infringement of the claims in suit.

2. Animations, power point presentations, posters, and/or pictures demonstrating Abraxis's willful infringement.

3. Animations, power point presentations, posters, and/or pictures demonstrating that the '363 and/or '025 Patents are not invalid.

4. Animations, power point presentations, posters, and/or pictures demonstrating that the '363 and/or '025 Patents are not unenforceable.

5. Animations, power point presentations, posters, and/or pictures demonstrating Abraxis's knowledge of the '363 Patent.

6. Animations, power point presentations, posters, and/or pictures of Abraxis's marketing, sales, projections, competition, and other materials relating to the marketing and sales of Abraxane.

7. Animations, power point presentations, posters, and/or pictures demonstrating techniques for characterizing solids.

8. Animations, power point presentations, posters, and/or pictures demonstrating the nano-scale.

9. Animations, power point presentations, posters, and/or pictures demonstrating crystalline and amorphous solids.

10. Animations, power point presentations, posters, and/or pictures demonstrating crosslinking, or lack thereof.

11. Animations, power point presentations, posters, and/or pictures demonstrating the Abraxane's chemical and physical properties.

12. Animations, power point presentations, posters, and/or pictures demonstrating techniques for screening suitable surface modifiers.

13. Animations, power point presentations, posters, and/or pictures demonstrating chronologies.

14. Examples, power point presentations, posters, and/or pictures demonstrating Elan's FDA approved products.

15. Power point presentations, posters and/or pictures of the relevant portions of the '684, '363, and '025 Patents.

16. Power point presentations, posters and/or pictures of the relevant portions of the prior art asserted against the '363 and '025 Patents.

17.    Power point presentations, posters and/or pictures of the asserted claims.

18.    Power point presentations, posters and/or pictures of Briefs and accompanying exhibits, transcript, and Elan's demonstratives in connection with July 24, 2007 Markman hearing.

19.    Power point presentations, posters, and/or pictures demonstrating the damages sustained by Elan due to Abraxis's infringement of the '363 Patent.

20.    Video: Michael Hawkins, M.D., Chief Medical Officer, American Bioscience, Inc., Presentation to NCI's Nanotech Seminar Series, "Abraxane: Nanoparticle platform delivers improved antitumor activity," January 24, 2006.

21.    Video: "An Introduction to the Patent System" Federal Judicial Center Videotape #4342-V/02— Federal Judicial Center, 2002 and accompanying sample patent U.S. Patent No.6,543,210 B1.

As noted in the Pre-Trial Order, the parties have agreed that demonstrative exhibits shall be identified and provided (or made available for inspection) to opposing counsel to permit any objections to be raised before any such demonstrative is used at trial.

Elan reserves the right to supplement and or revise this list pursuant to Addenda A to the parties Joint Pre-Trial Order.

# ADDENDUM B

**Addendum B — Abraxis's Additional Issues**

**Elan's Late Pre-Trial Submissions**

While Abraxis recognizes that some supplementation is inevitable, Elan's additions to its initial submissions due March 7 have been so extensive as to prejudice Abraxis in its preparation of its own pretrial filings. For example, as set forth in Abraxis's Motion in Limine No. 5, Elan took the position that it need not provide Abraxis with documents responding to Abraxis's case-in-chief. On March 28, the day after service of Abraxis's motion, Elan added about 170 new exhibits to its exhibit list, without providing copies of the exhibits, or identifying the purpose of those exhibits. Elan's exhibit list has further ballooned from 367 to 617 exhibits in the last week, nearly a month after the deadline for Elan to serve its exhibit list.[1] This extremely late notification puts Abraxis in an impossible position, even with Elan's agreement to additional time for Abraxis to provide any objections. For example, Abraxis has effectively been precluded from addressing the substance of Elan's new exhibits in Abraxis's pretrial submissions. Accordingly, Abraxis objects to the introduction of this evidence and reserves the right to respond fully to all of Elan's late pretrial filings, and specifically notes the following additional issues:

(i) Elan added 70 more new trial exhibits late Wednesday, April 2, leaving only two business days to review the documents before filing the pretrial order. Elan also added another 14 trial exhibits on Friday, April 4. These 84 exhibits were not received until Saturday, April 5. Given Elan's last-minute addition of so many new trial exhibits, the attached Exhibit 4 does not include all of Abraxis's objections to the last 84 exhibits. Abraxis will review these

[1] It is not yet clear exactly how many exhibits Elan is identified, because in addition to adding exhibits Elan has also recently withdrawn and/or consolidated some exhibits.

documents promptly and the parties will submit a replacement Exhibit 4 to the Court on April 21. (*See* Addendum A.) Abraxis is also moving in limine to exclude these documents, given Elan's late disclosure.

(ii) Elan designated new testimony, including testimony from four new witnesses, on Thursday, April 3. Abraxis objects to Elan's use of these late designations. It will review these designations and provide counter-designations and objections as appropriate on April 14. Elan will respond to those counter-designations and file a substitute Exhibit 8 with the Court on April 21. (*See* Addendum A.)

(iii) Abraxis received Elan's counter-designations to Abraxis's deposition designations on Thursday and Friday, April 3 and 4. Abraxis will review these counter-designations and provide objections as appropriate on April 14. A substitute Exhibit 9 will be filed with the Court on April 21. (*See* Addendum A.)

**Abraxis's Pending Motion for Production of Kodak and Sterling Winthrop Documents**

Abraxis's motion for the production of documents created by Sterling Winthrop, Particulate Prospects Corporation, and Eastman Kodak currently in Elan's possession remains pending. (*See* 10/2/2007 Hearing, 93:4-107:12; D.I. 237, 238).

**Elan's Almost Universal Objections to Abraxis's Proposed Trial Exhibits**

Elan has objected to the vast majority of Abraxis's trial exhibits. Abraxis requests the Court's assistance in resolving this unworkable impasse before trial.

**Protection of Abraxis's Secret Abraxane Manufacturing Information**

Abraxis requests the Court's assistance in protecting Abraxis's trade secrets designated as Secret Abraxane Manufacturing Information.  Elan has not complied with the Court's orders protecting this information.  Potentially compounding this serious non-compliance issue, Elan has designated many Secret documents as trial exhibits, even where Restricted Confidential versions are available (often listing both version on its exhibit list).  Abraxis has made "Secret Abraxane Manufacturing Information/Confidential" objections to the use of these documents at trial.  The Court has inherent power to protect Abraxis's secret information from public disclosure, and Abraxis asks that the Court exercise that power here.  Abraxis will attempt to resolve this issue with Elan before the pretrial conference, but will seek the Court's assistance if it cannot be resolved.

**Preventing Inappropriate Examination of Abraxis's Witnesses at Trial Before It Happens**

Abraxis requests that the Court instruct Elan's counsel before trial not to harass witnesses with questions regarding their national origin, citizenship status, marital status or marital discord, attendance at funerals of close family members, private business or financial issues, or similarly inappropriate subjects.  These topics all were the subject of repeated inquiry by Elan's lead trial counsel during depositions of Abraxis's witnesses, despite objections by Abraxis's counsel.

**Elan's New Damages Claim**

Abraxis propounded an interrogatory seeking all bases for Elan's damages claim.  Elan responded that it was only seeking a reasonable royalty.  Similarly, Elan's damages expert Mr. Jarosz did not opine on any damages theory other than a reasonable royalty rate.  Therefore,

Abraxis objects to Elan's last minute attempt to argue any damages theory other than a reasonable royalty at trial. (*See* section (1) of the pretrial order and Elan's proposed damages jury instructions.).

**Elan's Attempts to Preclude Testimony Without Filing Motions In Limine**

Elan in Addendum C argues that Dr. Wozniak and Ms. Melody be precluded from testifying, and that Dr. Atwood be precluded from testifying as to the opinions expressed in his supplemental report. Elan should have made these arguments in motions in limine and its attempt to make them in the pretrial order represents an end-run around this Court's five motions in limine rule. Abraxis addresses these issues in Exhibit 6 to this pretrial order.

**The '025 Patent Is Still Part Of This Case**

Elan's argument in Addendum C that all issues related to the '025 patent be precluded at trial constitutes an improper motion to dismiss Abraxis's pending counterclaims for invalidity and unenforceability of the '025 patent. Because those counterclaims are still pending, those issues must be tried.

# ADDENDUM C

# Addendum C – Elan's Additional Issues

## Potential Deposition of Jerry L. Atwood

On February 29, 2008, Abraxis served a Supplemental Expert Report of Jerry L. Atwood. To the extent Dr. Atwood is permitted to testify as to subject matter and opinions raised for the first time in his Supplemental Report, Elan reserves the right to (1) depose Dr. Atwood on such subject matters and opinions; and (2) provide a rebuttal expert report and proffer expert testimony in response to Dr. Atwood's Supplemental Expert Report.

## Potential Depositions of Katherine Melody and Dr. Timothy Wozniak

On February 1, 2008, Abraxis first disclosed two purported fact witnesses to Elan. Elan has objected to Abraxis calling these witnesses in Exhibit 6. If the Court consents to Abraxis presenting these witnesses at trial, Elan reserves the right to depose them.

## Mootness of Issues in the '025 Patent

On December 21, 2007, Elan notified Abraxis that it no longer seeks to prove infringement of the '025 Patent. In a response on January 1, 2008, Abraxis declined to stipulate to final judgment at that time. Elan raised this issue again in its letter of January 2, 2008 Moreover, Abraxis in its January 9th 2008 reply letter for Summary Judgment to the Court noted that it would oppose any motion under Rule 54 by Elan. Elan has filed for reissue of the '025 patent. In light of the pending reissue application, the remaining issues Abraxis has raised will likely be rendered moot. Accordingly, Elan submits that the parties should not waste the Court's or the Jury's time on any issues related to the '025 patent.

**Abraxis's Additional Issues**

Elan disagrees with the characterizations of events contained in Abraxis's addenda.  To the extent the Court wishes Elan to address the merits of any of the issues raised in Abraxis's addenda, Elan will do so at the Court's direction and with the Court's guidance.

# EXHIBIT 1

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| ELAN PHARMA INTERNATIONAL LIMITED,<br><br>Plaintiff,<br><br>v.<br><br>ABRAXIS BIOSCIENCE, INC.,<br><br>Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 06-438-GMS |

**EXHIBIT 1: JOINT STATEMENT OF UNCONTESTED FACTS**

IT IS HEREBY STIPULATED AND AGREED that the following facts are uncontested and shall become part of the evidentiary record:

1. Elan Pharma International Limited ("Elan"), is a company organized under the laws of Ireland, having a business address at Monksland, Athlone, County Westmeath, Ireland. Elan is a subsidiary of Elan Holdings, Inc., which is a subsidiary of Elan Corporation plc.

2. Elan Pharma International Limited is the plaintiff in this lawsuit and will be referred to throughout as "Elan."

3. Abraxis BioScience, Inc. ("Abraxis") is a Delaware corporation with its principal place of business at 11755 Wilshire Boulevard, 20th Floor, Los Angeles, CA 90025.

4. Abraxis BioScience, Inc. is the defendant in this lawsuit and will be referred to throughout as "Abraxis."

5. Predecessor companies to Abraxis include American BioSciences, Inc., American Pharmaceutical Partners, and VivoRx Pharmaceuticals, Inc.

6. In 1998, Elan Corporation, plc acquired a limited liability company known as NanoSystems, LLC.

7. When Elan Corporation, plc acquired NanoSystems, LLC, it acquired all of NanoSystems' assets, employees, and patents.

8. United States Patent No. 5,399,363 ("'363 Patent") was included in the patents acquired by Elan Corporation, plc from NanoSystems, LLC.

9. Elan Corporation, plc transferred ownership of the '363 Patent to Elan Pharma International Limited in 1998.

10. Elan is the sole owner of the '363 Patent.

11. Elan is also the sole owner of another patent acquired from NanoSystems, LLC, United States Patent No. 5,145,684 ("the '684 patent").

12. Prior owners of the '363 Patent and/or the '684 Patent include Sterling Drug, Sterling Winthrop, Eastman Kodak, Particular Prospects, NanoSystems LLC, and Elan Corp., plc.

13. The '363 patent, entitled "*Surface Modified Anticancer Nanoparticles*," names Gary G. Liversidge, Elaine Liversidge, and Pramod P. Sarpotdar as inventors. The '363 patent issued on March 21, 1995. The application that led to the '363 patent, U.S. Patent Application No. 07/908,125, was filed on July 1, 1992 (the "'363 application"). The '363 application is a continuation-in-part of a parent application.

14. The '363 parent application, U.S. Patent Application No. 07/647,105, was filed on January 25, 1991 (the "'363 parent application"). The '363 parent application issued on September 8, 1992 as U.S. Patent No. 5,145,684 (the "'684 patent"), entitled "*Surface Modified Drug Nanoparticles*," naming Gary Liversidge, Kenneth Cundy, John Bishop, and David Czekai as inventors.

15. Elan filed a terminal disclaimer of the '363 patent on October 25, 2007, reducing the term of the '363 patent so that it expires on January 25, 2011, the expiration date of the '684 patent.

16. There is no written record of Arthur H. Rosenstein citing U.S. Patent No. 5,188,837 (Domb) to the U.S. Patent and Trademark Office during prosecution of the '363 application.

17. There is no written record of William J. Davis citing Domb to the U.S. Patent and Trademark Office during prosecution of the '363 application.

18. Elan is the sole owner of U.S. Patent No. 5,834,025 ("'025 Patent").

19. The '025 patent, entitled "*Reduction of Intravenously Administered Nanoparticulate – Formulation Induced Adverse Physiological Reactions*," names Lawrence de Garavilla, Elaine M. Liversidge, and Gary G. Liversidge as inventors. The '025 patent issued on November 10, 1998. The application that led to the '025 patent, U.S. Patent Application No. 07/696,754, was filed on August 14, 1996 (the "'025 application"). The '025 application claims priority to a provisional application filed September 29, 1995.

20. Prior owners of the '025 patent include Eastman Kodak, Particulate Prospects, NanoSystems LLC, and Elan Corp., plc.

21. Abraxis sells its anti-cancer drug product Abraxane® in the United States.

22. Abraxane has been approved by the United States Food and Drug Administration for the treatment of metastatic breast cancer after failure of combination chemotherapy for metastatic disease or relapse within 6 months of adjuvant chemotherapy, with prior therapy including an anthracycline unless clinically contraindicated. It is being tested for the treatment of other cancers.

REDACTED

23. Each vial of Abraxane® contains 100 milligrams of paclitaxel and approximately 900 milligrams of human albumin.

24. [REDACTED]

25. The instructions contained within the physician package insert for Abraxane® state "reconstitute each vial by injecting 20 ml of 0.9% Sodium Chloride Injection, USP."

26. Sodium Chloride Injection, USP is a saline solution.

27. Reconstituted Abraxane® is administered to cancer patients intravenously. Abraxane has been administered to over 30, 000 patients.

28. On January 7, 2005, the FDA approved NDA 21-660, authorizing Abraxis to market Abraxane® in the United States.

29. Abraxis reported to the SEC in publicly filed documents revenues from the sale of Abraxane of $134 million, $157 million, and $288 million for 2005, 2006, and 2007, respectively.

30. Elan filed this lawsuit on July 19, 2006.

31. In this lawsuit, Elan alleges that Abraxis directly or indirectly infringes claims 3, 5, 10, and 11 of the '363 patent by marketing, offering to sell, and selling Abraxane®.

32. In this lawsuit, Abraxis disputes whether the particles in Abraxane®, or in reconstituted Abraxane®, consist essentially of (1) 99.9-10% by weight of crystalline medicament and (2) 0.1-90% by weight of non-crosslinked surface modifier. Abraxis does not dispute that Abraxane® meets any other '363 Patent claim limitations for purposes of determining whether there is infringement in this lawsuit.

33.    In this lawsuit, Abraxis also alleges that claims 1, 3, 5, 10 and 11 of the '363 and claims 1, 2, 3, 13, 14 and 15 of the '025 patents are invalid and unenforceable.

# EXHIBIT 2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ELAN PHARMA INTERNATIONAL LIMITED, Plaintiff,

v.

ABRAXIS BIOSCIENCE, INC., Defendant.

§ § § § § § § § § §

Case No. 06-438-GMS

## EXHIBIT 2: PLAINTIFF ELAN'S STATEMENT OF CONTESTED ISSUES OF FACT AND LAW

The following is Plaintiff Elan's Statement of Contested Issues of Fact and Law:

## I. CONTESTED ISSUES OF FACT ON INFRINGEMENT OF THE '363 PATENT

1. Whether Abraxis literally infringes claim 3 of the '363 patent by offering for sale and/or selling Abraxane® in the United States? If no literal infringement of this claim is found, then does Abraxis infringe claim 3 under the doctrine of equivalents?

2. Whether Abraxis literally infringes claim 5 of the '363 patent by offering for sale and/or selling Abraxane® in the United States? If no literal infringement of this claim is found, then does Abraxis infringe claim 5 under the doctrine of equivalents?

3. Whether Abraxis induces literal infringement of claim 3 of the '363 patent by offering for sale, selling, and/or marketing Abraxane® in the United States? If no literal infringement of this claim is found, then does Abraxis induce infringement of claim 3 under the doctrine of equivalents?

4.    Whether Abraxis induces literal infringement of claim 5 of the '363 patent by offering for sale, selling, and/or marketing Abraxane® in the United States? If no literal infringement of this claim is found, then does Abraxis induce infringement of claim 5 under the doctrine of equivalents?

5.    Whether Abraxis induces literal infringement of claim 10 of the '363 patent by offering for sale, selling, and/or marketing Abraxane® in the United States? If no literal infringement of this claim is found, then does Abraxis induce infringement of claim 10 under the doctrine of equivalents?

6.    Whether Abraxis induces literal infringement of claim 11 of the '363 patent by offering for sale, selling, and/or marketing Abraxane® in the United States? If no literal infringement of this claim is found, then does Abraxis induce infringement of claim 11 under the doctrine of equivalents?

7.    Whether Abraxis contributes to literal infringement of claim 3 of the '363 patent by offering for sale or selling Abraxane® in the United States? If no literal infringement of this claim is found, then does Abraxis contribute to infringement of claim 3 under the doctrine of equivalents?

8.    Whether Abraxis contributes to literal infringement of claim 5 of the '363 patent by offering for sale or selling Abraxane® in the United States? If no literal infringement of this claim is found, then does Abraxis contribute to infringement of claim 5 under the doctrine of equivalents?

9.    Whether Abraxis contributes to literal infringement of claim 10 of the '363 patent by offering for sale or selling Abraxane® in the United States? If no literal infringement of this

claim is found, then does Abraxis contribute to infringement of claim 10 under the doctrine of equivalents?

10.    Whether Abraxis contributes to literal infringement of claim 11 of the '363 patent by offering for sale or selling Abraxane® in the United States? If no literal infringement of this claim is found, then does Abraxis contribute to infringement of claim 11 under the doctrine of equivalents?

11.    Whether the paclitaxel in the particles within Abraxane® is "a crystalline medicament useful in treating cancer?"

12.    Whether the human albumin on the particles within Abraxane® is "essentially free of intermolecular crosslinkages?"

13.    Whether the presence of amorphous paclitaxel in the particles within Abraxane® affects the basic and novel properties of the invention?

14.    Whether the presence of crosslinked human albumin on the particles within Abraxane® affects the basic and novel properties of the invention?

15.    Whether the disclosure of the '684 Patent is "incorporated by reference in its entirety" in the '363 Patent?

16.    Whether claim 3 of the '363 Patent contains the following relevant limitations:

Particles consisting essentially of:

99.9 - 10% by weight of a crystalline medicament useful in treating cancer susceptible for treatment with said medicament,

said medicament having a solubility in water of less than 10 mg/ml, and

having a non-cross-linked surface modifier adsorbed on the surface thereof in an amount of 0.1-90% by weight and sufficient to maintain an average effective particle size of less than 300 nm,

wherein said medicament is selected from the group consisting of . alkylating

agents selected from the group consisting of alkylating agents having a bis-(2-chloroethyl)-amine group, alkylating agents having a substituted aziridine group, alkyl sulfonates, and N-alkyl-N-nitrosoureas; antimetabolites; natural products selected from the group consisting of vinca alkaloids, epipophylotoxins, adriamycine, daunomycine, doctinomycine, daunorubicin, doxorubicin, mithramycin, bleomycin, mitomycin, enzymes, biological response modifiers, camptothecin, taxol and retinoids; hormones and antagonists: radiosensitizers; platinum coordination complexes; anthracenediones; and adrenocortical suppressants?

17. Whether claim 5 of the '363 Patent contains the following relevant limitations:

Particles consisting essentially of:

99.9 - 10% by weight of a crystalline medicament useful in treating cancer susceptible for treatment with said medicament,

said medicament having a solubility in water of less than 10 mg/ml, and

having a non-cross-linked surface modifier adsorbed on the surface thereof in an amount of 0.1-90% by weight and sufficient to maintain an average effective particle size of less than 1000 nm,

wherein said anticancer agent is selected from the group consisting piposulfan, piposulfam, camptothecin, etoposide, taxol, 1,2,4-benzotriazin-3-amine 1,4-dioxide, 1,2,4-benzotriazin-7-amine 1,4-dioxide and retinoic acid?

18. Whether claim 10 of the '363 Patent contains the following relevant limitations:

In a method of treating a mammal comprising administering to the mammal an effective amount of an anticancer agent, the improvement wherein the efficacy of said anticancer agent is increased by administering said anticancer agent in the form of the particles,

the particles consisting essentially of:

99.9 - 10% by weight of a crystalline medicament useful in treating cancer susceptible for treatment with said medicament,

said medicament having a solubility in water of less than 10 mg/ml, and

having a non-cross-linked surface modifier adsorbed on the surface thereof in an amount of 0.1-90% by weight and sufficient to maintain an average effective particle size of less than 1000 nm,

wherein said medicament is selected from the group consisting of. alkylating agents selected from the group consisting of alkylating agents having a bis-(2-

chloroethyl)-amine group, alkylating agents having a substituted aziridine group, alkyl sulfonates, and N-alkyl-N-nitrosoureas; antimetabolites; natural products selected from the group consisting of vinca alkaloids, epipophylotoxins, adriamycine, daunomycine, doctinomycine, daunorubicin, doxorubicin, mithramycin, bleomycin, mitomycin, enzymes, biological response modifiers, camptothecin, taxol and retinoids; hormones and antagonists: radiosensitizers; platinum coordination complexes; anthracenediones; and adrenocortical suppressants?

19.    Whether claim 11 of the '363 Patent contains the following relevant limitations:

In a method of treating a mammal comprising administering to the mammal an effective amount of an anticancer agent, the improvement wherein the toxicity of said anticancer agent is reduced by administering said anticancer agent in the form of the particles consisting essentially of:

99.9 - 10% by weight of a crystalline medicament useful in treating cancer susceptible for treatment with said medicament,

said medicament having a solubility in water of less than 10 mg/ml, and

having a non-cross-linked surface modifier adsorbed on the surface thereof in an amount of 0.1-90% by weight and sufficient to maintain an average effective particle size of less than 1000 nm,

wherein said medicament is selected from the group consisting of . alkylating agents selected from the group consisting of alkylating agents having a bis-(2-chloroethyl)-amine group, alkylating agents having a substituted aziridine group, alkyl sulfonates, and N-alkyl-N-nitrosoureas; antimetabolites; natural products selected from the group consisting of vinca alkaloids, epipophylotoxins, adriamycine, daunomycine, doctinomycine, daunorubicin, doxorubicin, mithramycin, bleomycin, mitomycin, enzymes, biological response modifiers, camptothecin, taxol and retinoids; hormones and antagonists: radiosensitizers; platinum coordination complexes; anthracenediones; and adrenocortical suppressants?

20.    Whether the '363 Patent is licensed to Janssen Pharmaceutica N.V., a subsidiary of Johnson & Johnson?

21.    Whether the '363 Patent is licensed to Bristol Myers Squibb Company?

22.    Whether the '363 Patent is licensed to Aventis Pharma S.A.?

23.    Whether the '363 Patent is licensed to F. Hoffman-La Roche, Ltd. and Hoffman-La Roche, Inc.?

24.    Whether The '363 Patent is licensed to Entremed, Inc.?

25.    Whether the '363 Patent is licensed to Lymphosign, Inc. and Lymphosign, A.G.?

26.    Whether Abraxis markets Abraxane®?

27.    Whether Abraxane® is sold in single-use vials?

28.    Whether Abraxane® sold in single use vials is a dry powder?

29.    Whether Taxol® is a formulation of paclitaxel dissolved in Cremophor and ethanol marketed by Bristol Myers Squibb?

30.    Whether reconstituted Abraxane® is more effective than Taxol®?

31.    Whether reconstituted Abraxane® is less toxic than Taxol®?

32.    Whether Abraxis is required to include an FDA approved physician package insert with each single-use vial of Abraxane® it sells?

33.    Whether the physician package insert for Abraxane® contains instructions for preparing reconstituted Abraxane®?

34.    Whether VivoRx Pharmaceuticals, Inc. filed with FDA an Investigational New Drug application ("IND") for "Capxol" on May 12, 1998?

35.    Whether FDA assigned "55-974" to the "Capxol" IND?

36.    Whether after filing IND 55-974 for "Capxol", VivoRx Pharmaceuticals, Inc. changed its name to American Biosciences, Inc.?

37.    Whether American Biosciences, Inc. filed with FDA a New Drug Application ("NDA") for "ABI-007" on March 4, 2004?

38.    Whether FDA assigned "21-660" to American Biosciences, Inc.'s NDA for "ABI-007"?

39.    Whether NDA 21-660 cross references IND 55-974?

**REDACTED**

40. Whether after filing the NDA 21-660 for "ABI-007," American Biosciences, Inc. and American Pharmaceutical Partners merged to form Abraxis Biosciences, Inc.?

41. Whether the paclitaxel starting material used to manufacture Abraxane® is crystalline?

42. [REDACTED]

43. Whether a crosslinkage is a chemical bond between molecules?

44. Whether a monomer is a molecule with no crosslinkages?

45. [REDACTED]

46. Whether the process for manufacturing Abraxane® [REDACTED]

47. Whether during manufacture of Abraxane®, [REDACTED]

48. [REDACTED] during the manufacturing of Abraxane®?

49. Whether Abraxis reported to FDA that [REDACTED] is used to manufacture Abraxane®?

50. Whether Abraxis reported to FDA that [REDACTED]

51. Whether American BioSciences, Inc. reported to FDA on [REDACTED]

52. Whether American BioSciences, Inc. reported to FDA that the [REDACTED]

REDACTED

53. Whether American BioSciences, Inc. reported to FDA on [redacted]

54. Whether American BioSciences, Inc. reported to FDA that the [redacted]

55. Whether American BioSciences, Inc. reported to FDA that the [redacted]

56. Whether American BioSciences, Inc. reported to FDA that the [redacted]

57. [redacted]

58. [redacted]

59. [redacted]

60. [redacted]

61. [redacted]

62. [redacted]

REDACTED

63. Whether Abraxis requested FDA to [redacted]

64. [redacted]

65. Whether FDA [redacted]

66. Whether NanoSystems and VivoRx Pharmaceuticals, Inc. [redacted]

67. Whether the [redacted]

68. Whether after Nanosystems and VivoRx [redacted]

69. Whether [redacted]

70. Whether Dr. Raj Selvaraj was aware of the '363 Patent prior to joining American BioSciences, Inc. in 1999?

71. Whether Dr. Raj Selvaraj was aware of the '684 Patent prior to joining American BioSciences, Inc. in 1999?

72. Whether VivoRx Pharmaceuticals, Inc. [redacted]

73. Whether American BioSciences, Inc. [redacted]

**REDACTED**

74. Whether Abraxis [REDACTED] the date this lawsuit was filed on July 19, 2006?

75. Whether no single prior art reference identified in Abraxis's Interrogatory Responses contains each of the limitations of claims 3, 5, 10 or 11 of the '363 Patent?

76. Whether no single prior art reference identified by Abraxis's expert Dr. Mansoor Amiji contains each of the limitations of claims 3, 5, 10 or 11 of the '363 Patent?

77. Whether European Patent No. 0262560 ( "Kondo" ) was cited to the Patent Examiner during prosecution of the '363 Patent?

78. Whether the Patent Examiner signed and initialed a document indicating that Kondo was considered during prosecution of the '363 Patent?

79. Whether the Patent Examiner did not cite Kondo to reject any claims during prosecution of the '363 Patent?

80. Whether all of the contents of European Patent No. 0233559 B1 ("Kondo II") are also contained in Kondo?

81. Whether European Patent No. 0233559 B1 ("Kondo II") is prior art to the '363 Patent?

82. Whether U.S. Patent No. 5,091,188 ("Haynes") was cited to the Patent Examiner during prosecution of the '363 Patent?

83. Whether the Patent Examiner signed and initialed a document indicating that Haynes was considered during prosecution of the '363 Patent?

84. Whether the Patent Examiner did not cite Haynes to reject any claims during prosecution of the '363 Patent?

85.    Whether the '025 Patent is licensed to Janssen Pharmaceutica N.V., a subsidiary of Johnson & Johnson?

86.    Whether the '025 Patent is licensed to Bristol Myers Squibb Company?

87.    Whether the '025 Patent is licensed to F. Hoffman-La Roche and Hoffman-La Roche, Inc.?

88.    Whether the '025 Patent is licensed to Lymphosign, Inc. and Lymphosign, A.G.?

## II.    CONTESTED ISSUES OF LAW ON INFRINGEMENT OF THE '363 PATENT

89.    Whether prosecution history estoppel bars application of the doctrine of equivalents to the issue of whether paclitaxel in Abraxane® is the equivalent of "a crystalline medicament useful in treating cancer?"

## III.    CONTESTED ISSUES OF FACT ON DAMAGES AND WILLFUL INFRINGEMENT

90.    What monetary damages will compensate Elan for Abraxis's past infringement of the '363 patent?

91.    What reasonable royalty should Abraxis pay Elan for a license under the '363 Patent?

92.    Whether Abraxis willfully infringed, or willfully induced others to infringe, or willfully contributed to infringement by another, any asserted claim of the '363 Patent?

## IV.    CONTESTED ISSUES OF LAW ON DAMAGES AND WILLFUL INFRINGEMENT

93.     If willful infringement is found, should the damages for which Abraxis is liable be trebled or increased in such other amount pursuant to 35 U.S.C. § 284 as the Court deems proper for Abraxis's willful infringement?

94.     If willful infringement is found, is this case exceptional under 35 U.S.C. § 285, entitling Elan to recover attorneys' fees, expenses, and costs, due to the willful nature of Abraxis's infringement?

## V.     CONTESTED ISSUES OF FACT ON VALIDITY

### The '363 Patent

95.     Whether a person involved in formulation of poorly water soluble compounds who has a B.S. degree in chemistry, pharmaceutical sciences, or a related field, along with 3-5 years of experience in the field of pharmaceutical formulation development, was a person of skill in the art of the '363 Patent?

96.     Whether the invention of the asserted '363 Patent claims has been commercially successful?

97.     Whether the invention of the asserted '363 Patent claims addressed a long-felt need in the art?

98.     Whether others have copied the invention of the asserted '363 Patent claims?

99.     Whether the invention of the asserted '363 Patent claims are unexpected or superior results?

100.    Whether others in the field have praised the invention of the asserted '363 Patent claims?

101.    Whether Haynes (US 5,091,188) renders claims 1, 3, 5, 10 and/or 11 of the '363 Patent obvious?

102. Whether the combination of Remington's Pharmaceutical Sciences 18th Edition (1990), The Merck Index, 11th Edition (1989), or Lee (US Patent No. 5,175,287) with Haynes renders claims 1, 3, 5, 10 and/or 11 of the '363 Patent obvious?

103. Whether the combination of Domb (US 5,188,837) with Haynes renders claims 1, 3, 5, 10 and/or 11 of the '363 Patent obvious?

104. Whether Kondo (EP 023559 B1 ) renders claims 1, 3, 5, 10 and/or 11 of the '363 Patent obvious?

105. Whether the combination of Remington's, Merck or Lee with Kondo renders claims 1, 3, 5, 10 and/or 11 of the '363 Patent obvious?

106. Whether the specification of the '363 Patent enables one of ordinary skill in the art to practice the invention of claims 1, 3, 5, 10 and/or 11 without undue experimentation?

107. Whether the specification of the '363 Patent adequately describes the limitations of claims 1, 3, 5, 10 and/or 11?

108. Whether one of ordinary skill in the art would understand the scope of claims 1, 3, 5, 10 and/or 11 of the '363 Patent when the claim is read in light of the specification?

**The '025 Patent**

109. Whether any prior art reference relied on by Abraxis's expert Johnson Wong renders claim 1, 2, 3, 13, 14 and/or 15 of the '025 Patent obvious?

110. Whether the specification of the '025 Patent enables one of ordinary skill in the art to practice the invention of claim 1, 2, 3, 13, 14 and/or 15 without undue experimentation?

111. Whether the specification of the '025 Patent adequately describes the limitations of claim 1, 2, 3, 13, 14 and/or 15?

112. Whether one of ordinary skill in the art would understand the scope of claim 1, 2, 3, 13, 14 and/or 15 of the '025 Patent when the claim is read in light of the specification?

## VI. CONTESTED ISSUES OF LAW ON VALIDITY

**The '363 Patent**

113. Whether Abraxis has proven by clear and convincing evidence that claims 1, 3, 5, 10 and/or 11 of the '363 Patent is invalid under 35 U.S.C. § 103(a) as obvious in view of the prior art relied on by Abraxis?

114. Whether Abraxis has proven by clear and convincing evidence that claims 1, 3, 5, 10 and/or 11 of the '363 Patent is invalid under 35 U.S.C. § 112, first paragraph, as not enabled?

115. Whether Abraxis has proven by clear and convincing evidence that claims 1, 3, 5, 10 and/or 11 of the '363 Patent is invalid under 35 U.S.C. § 112, first paragraph, as lacking written description support?

116. Whether Abraxis has proven by clear and convincing evidence that claims 1, 3, 5, 10 and/or 11 of the '363 Patent is invalid under 35 U.S.C. § 112, second paragraph, as indefinite?

**The '025 Patent**

117. Whether Abraxis has proven by clear and convincing evidence that claim 1, 2, 3, 13, 14 and/or 15 of the '025 Patent is invalid under 35 U.S.C. § 112, first paragraph, as not enabled?

118. Whether Abraxis has proven by clear and convincing evidence that claim 1, 2, 3, 13, 14 and/or 15 of the '025 Patent is invalid under 35 U.S.C. § 112, first paragraph, as lacking written description in the specification?

## VII. CONTESTED ISSUES OF FACT ON INEQUITABLE CONDUCT

**The '363 Patent**

119. Whether during prosecution of the '363 Patent applicants or their attorneys or representatives withheld material information from the Patent office?

120.    If the '363 Patent applicants or their attorneys or representatives withheld material information from the Patent Office, whether the '363 Patent applicants or their attorneys or representatives intended to deceive or mislead the Patent Office?

121.    Whether during prosecution of the '025 Patent applicants or their attorneys or representatives withheld material information from the Patent office?

122.    If the '025 Patent applicants or their attorneys or representatives withheld material information from the Patent Office, whether the '025 Patent applicants or their attorneys or representatives intended to deceive or mislead the Patent Office?

## VIII.    CONTESTED ISSUES OF LAW ON INEQUITABLE CONDUCT

123.    If Abraxis has proven by clear and convincing evidence that the '363 patent applicants or their representatives withheld material information from the Patent Office with intent to deceive the Patent Office, when materiality and intent are balanced was the conduct as a whole inequitable so as to render the '363 patent unenforceable?

124.    If Abraxis has proven by clear and convincing evidence that the '025 patent applicants or their representatives withheld material information from the Patent Office with intent to deceive the Patent Office, when materiality and intent are balanced was the conduct as a whole inequitable so as to render the '025 patent unenforceable?

## IX.  CONTESTED ISSUES OF FACT ON PATENT MISUSE AND UNCLEAN HANDS

125.    Whether Abraxis has proven by clear and convincing evidence that Elan had no objective basis to believe that its conduct in bringing this lawsuit, and in making assertions as to the Abraxane® product, were legitimate?

126.    Whether Abraxis has proven by clear and convincing evidence that Elan's subjective motivation in bringing this lawsuit, and in making assertions as to the Abraxane® product, was solely to interfere with competition so as to gain a competitive advantage?

127.    Whether Abraxis has proven by clear and convincing evidence that Elan has sought to impermissibly extend the physical or temporal scope of the statutory rights granted to it under the '363 Patent?

## X. CONTESTED ISSUES OF LAW ON PATENT MISUSE AND UNCLEAN HANDS

128.    Whether Elan had a bad faith or improper purpose for bringing suit against Abraxis under the '363 patent?

## XI. CONTESTED ISSUES OF LAW ON OBVIOUSNESS-TYPE DOUBLE PATENTING

129.    Whether any of claims 1, 3, 5, 10, or 11 of the '363 Patent are obvious in view of claims 1, 4, 6, and 15 of the '684 Patent?

130.    Whether the filing of a terminal disclaimer by Elan on October 25, 2007 cures any obviousness-type double patenting of the '363 Patent?

# EXHIBIT 3

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ELAN PHARMA INTERNATIONAL LIMITED,

Plaintiff,

v.

ABRAXIS BIOSCIENCE, INC.,

Defendant.

) Case No. 06-438-GMS

**EXHIBIT 3: DEFENDANT ABRAXIS'S**
**STATEMENT OF CONTESTED FACTS AND LAW**

## I. INFRINGEMENT

### A. Issues of Fact

1. Whether by a preponderance of the evidence the particles in Abraxane® consist essentially of 99.9-10% by weight of a crystalline medicament and 0.1-90% by weight of a surface modifier that is essentially free of intermolecular cross linkages?

2. If Elan is not barred from asserting equivalents for the '363 patent limitation "a crystalline medicament useful in treating cancer," whether by a preponderance of the evidence the particles in Abraxane® consist essentially of 99.9-10% by weight of a crystalline medicament under the doctrine of equivalents?

3. If Elan is not barred from asserting equivalents for the '363 patent limitation "a non-crosslinked surface modifier," whether by a preponderance of the evidence the particles in

pa-1241239

Abraxane® consist essentially of 0.1-90% by weight of a surface modifier that is essentially free of intermolecular cross linkages under the doctrine of equivalents?

4.  Whether by a preponderance of the evidence Abraxis actively encouraged or instructed another person, with specific intent of encouraging infringement, how to use Abraxane® in a manner that infringed claim 3 of the '363 patent?

5.  Whether by a preponderance of the evidence Abraxis actively encouraged or instructed another person, with specific intent of encouraging infringement, how to use Abraxane® in a manner that infringed claim 5 of the '363 patent?

6.  Whether by a preponderance of the evidence Abraxis actively encouraged or instructed another person, with specific intent of encouraging infringement, how to use Abraxane® in a manner that infringed claim 10 of the '363 patent?

7.  Whether by a preponderance of the evidence Abraxis actively encouraged or instructed another person, with specific intent of encouraging infringement, how to use Abraxane® in a manner that infringed claim 11 of the '363 patent?

8.  Whether by a preponderance of the evidence Abraxis contributorily infringes claim 3 of the '363 patent, by selling Abraxane®, with knowledge that Abraxane® is especially adapted for use in infringing the '363 patent and has no significant non-infringing use?

9.  Whether by a preponderance of the evidence Abraxis contributorily infringes claim 5 of the '363 patent, by selling Abraxane®, with knowledge that Abraxane® is especially adapted for use in infringing the '363 patent and has no significant non-infringing use?

10.    Whether by a preponderance of the evidence Abraxis contributorily infringes claim 10 of the '363 patent, by selling Abraxane®, with knowledge that Abraxane® is especially adapted for use in infringing the '363 patent and has no significant non-infringing use?

11.    Whether by a preponderance of the evidence Abraxis contributorily infringes claim 11 of the '363 patent, by selling Abraxane®, with knowledge that Abraxane® is especially adapted for use in infringing the '363 patent and has no significant non-infringing use?

12.    If the crystalline, non-amorphous nature of the medicament in the particles is a basic and novel property of claims 1, 3, 5, 10, and 11 of the '363 patent, whether the presence of amorphous paclitaxel in the particles within Abraxane® affects the basic and novel properties of the particles claimed?

13.    If the non-crosslinked nature of the surface modifier adsorbed to the surface of the particles is a basic and novel property of claims 1, 3, 5, 10, and 11 of the '363 patent, whether the presence of crosslinked human serum albumin in the particles within Abraxane® affects the basic and novel properties of the particles claimed?

14.    Whether the amount of amorphous paclitaxel and/or crosslinked human serum albumin in Abraxane® precludes infringement?

15.    If the Court allows Elan to assert equivalents for the '363 patent limitation "a crystalline medicament useful for treating cancer," whether the paclitaxel in Abraxane® is equivalent to "a crystalline medicament useful for treating cancer"?

16.    If the Court allows Elan to assert equivalents for the '363 patent limitation "a non-crosslinked surface modifier," whether the human serum albumin in Abraxane® is equivalent to "a non-crosslinked surface modifier"?

17.    Whether Abraxis does not directly or indirectly infringe claims 1, 3, 5, 10, and/or 11 of the '363 patent due to the reverse doctrine of equivalents?

**B.    Issues of Law**

18.    Whether the combination of crystalline medicament and surface modifier in the claimed particles must add up to essentially 100% of the particle weight?

19.    Whether the limitation "consisting essentially of" allows for the presence of only small amounts of components outside of the claimed substances?

20.    Whether "crosslinkages" in the claims of the '363 patent (as construed by the Court) refers to only covalent crosslinkages or to all forms of crosslinkages?

21.    Whether the crystalline, non-amorphous nature of the medicament in the particles is a basic and novel property of the claims of the '363 patent?

22.    Whether the non-crosslinked nature of the surface modifier adsorbed to the surface of the particles is a basic and novel property of the claims of the '363 patent?

23.    Whether Elan is barred from asserting equivalents for the '363 patent limitation "consisting essentially of 99.9-10% by weight of a crystalline medicament and 0.1-90% by weight of a non-crosslinked surface modifier."

24. Whether Elan is barred from asserting equivalents for the '363 patent limitation "a crystalline medicament useful in treating cancer"?

25. Whether Elan is barred from asserting equivalents for the '363 patent limitation "a non-crosslinked surface modifier"?

## II. 35 U.S.C. § 103 OBVIOUSNESS

### A. Issues of Fact

26. Whether the level of ordinary skill in the art of the '363 patent was a person having a Ph.D. (or the equivalent) in pharmaceutical sciences, chemistry, chemical engineering, or biological sciences and at least two years of practical experience in formulating drug compositions at the time the application for the '363 patent was filed, or in the alternative a person with a Masters' degree in pharmaceutical sciences (or the equivalent) with two or more years' practical experience specifically in the development of nanoparticulate pharmaceutical compositions?

27. What is the scope and content of the prior art?

28. What are the differences between the claimed subject matter and the prior art?

29. Whether there are any additional considerations relating to the obviousness of claims 1, 3, 5, 10 and 11 of the '363 patent?

### B. Issues of Law

30. Whether any of claims 1, 3, 5, 10, and 11 of the '363 patent are invalid as obvious under 35 U.S.C. § 103?

31.     Whether any of claims 1, 3, 5, 10, and 11 of the '363 patent are invalid as obvious under 35 U.S.C. § 103 in view of U.S. Patent 5,091,188 (Haynes), alone or in combination with Remington's, Merck Index, and/or U.S. Patent 5,175,287 (Lee)?

32.     Whether any of claims 1, 3, 5, 10, and 11 of the '363 patent are invalid as obvious under 35 U.S.C. § 103 in view of EP 0233559 (Kondo), alone or in combination with Remington's, Merck Index, and/or Lee?

33.     Whether any of claims 1, 3, 5, 10, and 11 of the '363 patent are invalid as obvious under 35 U.S.C. § 103 in view of U.S. Patent 5,188,837 (Domb) in combination with Haynes?

## III.     35 U.S.C. § 112 LACK OF ENABLEMENT

### A.     Issues of Fact

34.     Whether the level of ordinary skill in the art of the '025 patent relating to the pharmaceutics of nanoparticulate compositions was a person having a Ph.D. (or the equivalent) in pharmaceutical sciences, chemistry, chemical engineering, or biological sciences and at least two years of practical experience in formulating drug compositions at the time the application for the '025 patent was filed, or in the alternative a person with a Masters' degree in pharmaceutical sciences (or the equivalent) with two or more years' practical experience specifically in the development of nanoparticulate pharmaceutical compositions?

35.     Whether the level of ordinary skill in the art of the '025 patent relating to hemodynamic effects of administering pharmaceutical compositions to mammals was a person having an M.D. (or the equivalent) with experience in administering drugs by infusion therapy to patients, or to animals in a research context, or in the alternative a person with a Ph.D. or D.V.M.

who had knowledge of animal physiology and experience in administering drug compositions to animals; with experience managing acute adverse drug reactions?

36.    Whether the level of ordinary skill in the art of the '363 patent is as set forth in paragraph 26, above.

37.    Whether the '363 patent and '025 patent (for claims 1-3) teach how to determine which surface modifiers in what amounts to combine with any particular drug without undue experimentation?

38.    Whether the '025 patent (for claims 13-15) teaches how to determine which liposomes or colloidal polymeric materials in what amounts to combine with any particular drug without undue experimentation?

39.    Whether the '363 patent fails to teach how to make drug particles or compositions that are "essentially free of contaminants" without undue experimentation?

40.    Whether the '363 patent and the '025 patent (for claims 1-3) fail to teach how to make nanoparticles with amounts of surface modifier over much of the range claimed without undue experimentation?

41.    Whether the '025 patent (for claims 13-15) fails to teach how to make nanoparticles with amounts of liposome or colloidal polymeric material over much of the range claimed without undue experimentation?

42. If Elan asserts that the claims encompass particles consisting essentially of up to 90% ('363 patent) or up to about 99.9% ('025 patent) amorphous medicament, whether the '363 and the '025 patents fail to teach how to make particles over much of this range?

**B. Issues of Law**

43. Whether any of claims 1, 3, 5, 10, and 11 of the '363 patent are invalid for lack of enablement under 35 U.S.C. § 112?

44. Whether any of claims 1-3 and 13-15 of the '025 patent are invalid for lack of enablement under 35 U.S.C. § 112?

## IV. 35 U.S.C. § 112 LACK OF WRITTEN DESCRIPTION

**A. Issues of Fact**

45. Whether the '363 patent and '025 patent (for claims 1-3) do not adequately describe the full range of claimed drug and surface modifier combinations claimed?

46. Whether the '025 patent (for claims 13-15) do not adequately describe the full range of claimed drug and liposome or colloidal polymeric combinations claimed?

47. Whether the '363 and '025 patents do not adequately describe particles consisting essentially of 0.1-90% by weight of surface modifier ('363 patent) or about 0.1 to about 99.9% by weight of surface modifier ('025 patent, claims 1-3)?

48. Whether the '025 patent does not adequately describe particles consisting essentially of about 0.1 to about 99.9% by weight of liposome or colloidal polymeric material ('025 patent, claims 13-15)?

49.     If Elan asserts that the claims encompass such particles, whether the '363 and '025 patents do not adequately describe particles consisting essentially of up to 90% ('363 patent) or up to about 99.9% ('025 patent) amorphous medicament?

50.     Whether the '363 and '025 patents do not adequately describe the claimed methods of the '025 patent in all mammalian species?

51.     Whether any of claims 1, 3, 5, 10, and 11 of the '363 patent are invalid for lack of written description under 35 U.S.C. § 112?

52.     Whether claims 1-3 and 13-15 of the '025 patent are invalid for lack of written description under 35 U.S.C. § 112?

## V.    35 U.S.C. § 112 INDEFINITENESS

### A.    Issues of Fact

53.     Whether the '363 patent claims 1, 3, 5, 10, and 11 and the '025 patent claims 1-3 and 13-15 claim terms "average effective particle size" and "effective average particle size" as defined in the patents and construed by the Court are mathematically impossible?

54.     Whether the '363 patent claims 1, 3, 5, 10, and 11 and '025 patent claims 1-3 have no definite meaning because the claim term "sufficient to maintain" does not inform one of ordinary skill of the timeframe or conditions under which the "average effective" and "effective average" particle sizes must be maintained?

**B. Issues of Law**

55. Whether any of claims 1, 3, 5, 10, and 11 of the '363 patent are invalid for indefiniteness under 35 U.S.C. § 112, based on the terms "average effective particle size" and/or "sufficient to maintain?"

56. Whether any of claims 1-3 and 13-15 of the '025 patent are invalid for indefiniteness under 35 U.S.C. § 112, based on the terms "effective average particle size" and/or "sufficient to maintain?"

## VI. DOUBLE PATENTING

**A. Issue of Fact**

57. Whether Elan obtained more than one patent for an obvious modification of the same invention?

**B. Issue of Law**

58. Whether any of claims 1, 3, 5, 10, and 11 of the '363 patent are invalid under the doctrine of obviousness-type double patenting in view of any of claims 1, 4, 6 and 15 of the '684 patent?

## VII. INEQUITABLE CONDUCT

**A. Issues of Fact**

59. Whether during prosecution of the '363 patent, the applicants or their attorneys or representatives made material misstatements or withheld material information from the Patent Office?

60.    If the '363 patent applicants or their attorneys or representatives made material misstatements or withheld material information from the Patent Office, whether the applicants or their attorneys or representatives intended to deceive or mislead the Patent Office?

61.    Whether during prosecution of the '025 patent, the applicants or their attorneys or representatives made material misstatements or withheld material information from the Patent Office?

62.    If the '025 patent applicants or their attorneys or representatives made material misstatements or withheld material information from the Patent Office, whether the applicants or their attorneys or representatives intended to deceive or mislead the Patent Office?

**B.    Issues of Law**

63.    Whether the degree of materiality of the misstatements or withheld information and the degree of intent on balance establishes inequitable conduct so as to make the '363 patent unenforceable?

64.    Whether the degree of materiality of the misstatements or withheld information and the degree of intent on balance establishes inequitable conduct so as to make the '025 patent unenforceable?

## VIII. UNCLEAN HANDS

### A. Issues of Fact

65. Whether in bringing and maintaining this lawsuit, Elan has acted:

a. inequitably;

b. unfairly; or

c. deceitfully?

66. Whether Elan has conducted itself in this action in a manner that is:

a. inequitable;

b. unfair; or

c. deceitful?

### B. Issue of Law

67. Whether the '363 patent is unenforceable due to Elan's unclean hands?

## IX. DAMAGES AND WILLFUL INFRINGEMENT

### A. Issue of Law

68. Whether Elan is precluded from recovering damages for the period before filing of terminal disclaimer, October 25, 2007?

### B. Issues of Fact

69. If the '363 patent is valid, enforceable, and infringed, what is the amount of a reasonable royalty:

a.   If from October 26, 2007?

b.   If from February 2005?

70.     Whether Abraxis willfully infringed, or willfully induced others to infringe, or willfully contributed to infringement by another of claims 3, 5, 10, and/or 11 of the '363 patent?

**C.     Issues of Law**

71.     If infringement is found, Elan's entitlement to and the proper rate for any prejudgment or post judgment interest?

72.     If willful infringement is found, should the reasonable royalty be increased, and if so, how much?

73.     Is this case exceptional under 35 U.S.C. § 285, entitling Abraxis to recover attorneys' fees?

# EXHIBIT 4

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ELAN PHARMA INTERNATIONAL LIMITED,

Plaintiff,

v.

ABRAXIS BIOSCIENCE, INC.,

Defendant.

Case No. 06-438-GMS

**EXHIBIT 4: PARTIES COMBINED EXHIBIT LIST**

The following abbreviations are being used for the objections to proposed exhibits:

(A) Authenticity (901)
(B) Best Evidence Rule Prohibits Introduction
(C) Cumulative, Wasteful, or Undue Delay (FRE 403)
(H) Hearsay (FRE 801)
(I) Irrelevant and /or Immaterial (FRE 401-402)
(L) Lack of Personal Knowledge or Competency (FRE 602)
(O) Offer to Compromise, Settlement (FRE 408)
(P) Prejudicial, Confusing or Misleading (FRE 403)
(R) Reserved Because Exhibit Has Not Been Provided, the Copy Provided is Illegible, and/or the Entry Includes Multiple Documents
(W) Privileged/Work Product
(U) Untimely/Never Produced
(D) Demonstrative/should not be admitted into evidence
(M) Subject of Motion in Limine

**REDACTED**

(X) Incomplete Document
(S) Prejudicial due to the unnecessary disclosure of Abraxis's Secret Manufacturing Information

| Ex. No. | Beg. Bates No. | End Bates No. | Description[1] | Date | Depo. Ex. | Abrxs Obj. | Elan Obj. |
|---|---|---|---|---|---|---|---|
| **JX001** (PX119, DX114) | ABRX-MERK0000295 | ABRX-MERK0000370 | Contract - Technology Transfer and License Agreement among Merk and Elan | 7/26/1999 | | I, P, C | |
| **JX002** (PX120, DX145) | ABRX-MERK0000379 | ABRX-MERK0000398 | Contract - Development and License Agreement between Merk and NanoSystems | 4/1/1997 | | | |
| **JX003** (PX129, DX026) | ABRX0003116 | ABRX0003119 | Article - "Abraxane an Advance on Taxol in Metastatic Breast Cancer" | 7/16/2004 | | | |
| **JX004** (PX145, DX035) | ABRX0078827 | ABRX0078837. | [REDACTED] | | | | |
| **JX005** (PX151, DX036) | ABRX0117143 | ABRX0117419 | [REDACTED] | 9/30/1997 | | | P (403), (X) rule of completeness |
| **JX006** (PX152, DX037) | ABRX0117420 | ABRX0117555 | [REDACTED] | 4/25/2003 | | | P (403), (X) rule of completeness |
| **JX007** (PX162: DX039) | ABRX0149444 | ABRX0149472 | [REDACTED] | 8/30/1995 | Desai 2<br>Desai 28 | | X (403) |
| **JX008** (PX179, DX044) | ABRX0151870 | ABRX0151933 | [REDACTED] | 12/22/2000 | | | P (403) (rule of completeness) |

[1] Abraxis objects to Elan's mischaracterization of exhibits in its exhibit list. Such mischaracterizations would prejudice Abraxis if perpetuated during trial before the Court and/or the jury.

**REDACTED**

| Ex. No. | Beg Bates No. | End Bates No. | Description | Date | Depo Ex. | Abrxs Obj | Elan Obj |
|---|---|---|---|---|---|---|---|
| **JX009** (PX209, DX055) | ABRX0220111 | ABRX0220359 | | | | | |
| **JX010** (PX215, DX057) | ABRX0221467 | ABRX0221561 | USPTO Office Action from US Patent Application Serial No 10/146,078 | 5/14/2002 | | | H (802), I (402), P (403) |
| **JX011** (PX21, DX058) | ABRX0221991 | ABRX0221992 | | 5/9/2005 | | | |
| **JX012** (PX276, DX059) | ABRX0257340 | ABRX0257354 | | | | | |
| **JX013** (PX279, DX061) | ABRX0267259 | ABRX0267276 | | | | | |
| **JX014** (PX029, DX178) | BARICH0000010 | BARICH0000016 | CV - Dewey H Barich | | | P, I, U, M | |
| **JX015** (PX293, DX065) | ABRX0279513 | ABRX0279517 | | 1/17/2006 | Manning 8 | | |
| **JX016** (PX299, DX068) | ABRX0290266 | ABRX0290269 | | 11/21/2006 | | P, I, M | |
| **JX017** (PX030, DX176) | BARICH0000088 | BARICH0000102 | Article - Thomas J Offehdahl, Quantitation of Crystalline and Amorphous Forms of Anhydrous Neotame using 13C CPMAS NMR Spectroscopy | 7/13/2005 | Barich 2 | P, U, M | |
| **JX018** (PX301, DX69) | ABRX0296424 | ABRX0296439 | | | Atwood 7 | | |
| **JX019** (PX309, | ABRX0478762 | ABRX0478774 | Article - William J Gradishar, "Albumin-bound paclitaxel: a next-generation taxane" Expert Opin Pharmacother | 1/1/2006 | | | H (802), Opinion (702), I (402) |

**REDACTED**

| Ex. No. | Beg. Bates No. | End Bates No. | Description[1] | Date | Depo. Ex. | Abrxs Obj | Elan Obj |
|---|---|---|---|---|---|---|---|
| DX72) | | | 7(8):1041-53 (2006) | | | | |
| **JX020** (PX320, DX77) | ABRX0523602 | ABRX0523693 | | 8/28/1996 | Desai 25 Soon-Shiong 6 | | X (403) |
| **JX021** (PX322, DX081) | ABRX0525091 | ABRX0525337 | | 9/4/1996 | | P, X | X (403) |
| **JX022** (PX325, DX088) | ABRX0528113 | ABRX0528134 | | 05/23/2007 | | | |
| **JX023** (PX333, DX114) | ABRX0533089 | ABRX0533100 | | 3/6/2003 | | | |
| **JX024** (PX339, DX160) | ATWOOD0000284 | ATWOOD0000288 | Article - United States Pharmacopeia USP 941 XRPD | 1/1/2005 | | | H (802) |
| **JX025** (PX352, DX090) | ABRX0528273 | ABRX0528309 | | 06/03/1993 | | | |
| **JX026** (PX356, DX116) | ABRX0536609 | ABRX0536645 | | | | P, R | R (multiple docs) P (403); H (802); I (402) |
| **JX027** (PX357, DX048) | ABRX0168182 | ABRX0168197 | | | | | |
| **JX028** (PX359, DX089) | ABRX0528243 | ABRX0528272 | | 08/21/1996 | | | |
| **JX029** (PX360, DX038) | ABRX0149040 | ABRX0149043 | | | | | X (403) |

REDACTED

| Ex. No. | Beg. Bates No. | End Bates No. | Description | Date | Depo. Ex. | Abrxs Obj. | Elan Obj. |
|---|---|---|---|---|---|---|---|
| **JX030** (PX049, DX217) | ELANP0037308 | ELANP0037397 | Contract - License and Option Agreement bewteen Elan Corporation plc, Elan Pharma International Limited and Fournier Laboratories Ireland Limited | 10/31/2002 | | | |
| **JX031** (PX490, DX82) | ABRX0527218 | ABRX0527473 | [REDACTED] | 08/18/1992 | | | X (403) |
| **JX032** (PX051; DX218) | ELANP0037594 | ELANP0037650 | Contract - License Agreement between Elan Pharma International Limited and Janssen Pharmaceutica | 7/31/2003 | | I, P, C | |
| **JX033** (PX053, DX219) | ELANP0037705 | ELANP0037740 | Contract - License Agreement between Elan Pharma International Limited and Lyotropic Therapeutics, Inc | 8/17/2004 | | | |
| **JX034** (PX055, DX220) | ELANP0037784 | ELANP0037817 | Contract - License Agreement between Elan Pharma International Limited and MAP Pharmaceuticals, Inc | 4/9/2004 | | | |
| **JX035** (PX056, DX221) | ELANP0037929 | ELANP0037964 | Contract - Development and License Agreement between NanoSystems LLC and Mimetix Inc | 1/16/1996 | | | |
| **JX036** (PX064, DX329) | ELANP0316166 | ELANP0316226 | Contract - License Agreement between Elan Pharma International Limtied and Janssen Pharmecutica NV | 7/31/2003 | | | |
| **JX037** (PX069, DX330) | ELANP0316558 | ELANP0316580 | Report - In Vivo Evaluation of Nanosystems Inc Nanoparticle Taxol | 6/6/1995 | | | |
| **JX038** (PX088, DX342) | JAROSZ0006726 | JAROSZ0006730 | Web page - News Release "Abraxis BioScience Announces Plan to Separate Into Two Independent Public Companies" | 7/2/2007 | | | |
| **JX039** (PX621, DX017) | ABRX0000143 | ABRX0000241 | File History of U.S. Patent No. 5,399,363 (Liversidge et al.) | 03/21/1995 | | Reserved | |
| **JX040** (PX622, | ABRX0000242 | ABRX0000332 | File History of U.S. Patent No. 5,834,025 (de Garavilla et al) | 11/10/1998 | | Reserved | |

**REDACTED**

| Ex. No. | Beg. Bates No. | End Bates No. | Description | Date | Depo Ex. | Abrxs Obj. | Elan Obj. |
|---|---|---|---|---|---|---|---|
| DX018) | | | | | | | |
| **JX041** (PX623, DX117) | ABRX0536649 | ABRX0536659 | [REDACTED] | | | Reserved | H (802) |
| **JX042** (PX290, DX064) | ABRX0279367 | ABRX0279376 | [REDACTED] | | | | |
| **JX043** (PX645, DX352) | JAROSZ0013491 | JAROSZ0013505 | Chart - Emend (Aprepitant) Royalty Payment to Elan 2nd Qtr 2007 | | | Reserved | |
| **JX044** (PX646, DX353) | JAROSZ0013537 | JAROSZ0013537 | Chart - Par Pharmaceutical Companies, Inc. - Megestrol ES Sales and Royalty Report | | | Reserved | |
| **JX045** (PX041, DX210) | ELANP0036093 | ELANP0036106 | CV - Gary G Liversidge | | G Liversidge 18 | | |
| **JX046** (PX042, DX212) | ELANP0036259 | ELANP0036266 | Article - Elaine Merisko-Liversidge, et al, "Nanosizing: a formulation approach for poorly-water-soluble compounds" | 11/18/2002 | E Cooper 11 | | |
| **JX047** (PX043, DX214) | ELANP0036387 | ELANP036393 | Article - E Merisko-Liversidge, et al, "Formulation and Antitumor Activity Evaluation of Nanocrystalline Suspensions of Poorly Soluble Anticancer Drugs" | 1/1/1996 | G Liversidge 23 | | |
| **JX048** (PX624, DX369) | MUNSON0002203 | MUNSON0002203 | Munson ssNMR time domain files | | | Reserved | |
| **PX001** | | | Volker Wagner et al., "The emerging nanomedicine landscape,"Nature Biotechnology 24:1211 - 1217 (2006) | | | U, C, P | |
| **PX002** | | | European Medicines Agency, Evaluation of Medicines for Human Use, Assessment Report for Abraxane | | | U, I, C, P, H | |
| **PX003** | | | Article - Ramesh Panchagnula, "Pharmaceutical aspects of paclitaxel,"International J of Pharmaceutics 172 (1998) 1-15 | | | U, I, P | |

REDACTED

| Ex. No. | Beg. Bates No. | End Bates No. | Description[1] | Date | Depo Ex. | Abrxs Obj. | Elan Obj. |
|---|---|---|---|---|---|---|---|
| **PX004** | | | Bastiaan Nuijen, et al., "Progress in the development of alternative pharmaceutical formulations of taxanes," Investigational New Drugs 19:143-153, 2001 | | | U, I, P | |
| **PX005** | | | Rule 1006 summary of the following documents:<br><br>Article - Neil Desai, et al., "Increased Antitumor Activity, Intratumoral Paclitaxel Concentrations, and Endothelial Cell Transport of Cremophor-Free, Albumin-Bound Paclitaxel, ABI-007, Compared with Cremophor-Based Paclitaxel" Clin Cancer Res 12(4); 2006, pp. 1317-1324 (ABRX0147573)<br><br>[redacted] (ABRX0041628) | | | | |
| **PX006** | | | Rule 1006 summary of the following documents:<br><br>Article - Neil Desai, et al., "Increased Antitumor Activity, Intratumoral Paclitaxel Concentrations, and Endothelial Cell Transport of Cremophor-Free, Albumin-Bound Paclitaxel, ABI-007, Compared with Cremophor-Based Paclitaxel" Clin Cancer Res 12(4); 2006, pp. 1317-1324 (ABRX0147573)<br>[redacted] (ABRX0220111)<br>[redacted] (ABRX0041776)<br>Study - "Comparison of Effects of ABI-007 and Taxol® in Athymic Nude Mice with PC3 Human Prostate Tumor Xenografts" Study performed by Southern Research Institute, Birmingham, AL. June 25, 2001 (ABRX0071454)<br>Study - "Comparison of Effects of ABI-007 and Taxol® in Athymic Nude Mice with NCI H522 Lung Tumor Xenografts" Study performed by Southern Research Institute, Birmingham, AL. June 11, 2001 (ABRX0071478) | | | | |
| **PX007** | | | 1006 Summary of the following documents:<br><br>ELANP0317763-802<br>ELANP0036698-756<br>ELANP0036570-633<br>ELANP0036757-814<br>ELANP0036634-697 | | | H, I, P, D, C | |

| Ex. No. | Beg. Bates No. | End Bates No. | Description | Date | Depo. Ex. | Abrxs Obj. | Elan Obj. |
|---|---|---|---|---|---|---|---|
| | | | WYE0001<br>WYE0181<br>ELANP0319096-124<br>ELANP0036921-961<br>ELANP0036965-010<br>ELANP0036962-964<br>ELANP0037011-074<br>ELANP0314471-522<br>ELANP0312326.001-381<br>ABRX-CHEM0000270-300<br>ELANP0037127-144<br>ABRX-ENTRA0000002-48<br>ABRX-ROCHE0000182-224<br>ABRX-ROCHE0000028-79<br>ELANP0037520<br>ELANP0037308-397<br>ABRX-IMCOR0000200-20<br>ABRX-INGR0000002-32<br>ELANP0316229-304<br>ELANP0316305-349<br>ELANP0316166-226<br>ELANP0037594-650<br>ELANP0037651-704<br>ELANP0037705-740<br>ELANP0037784-817<br>ELANP0037741-783<br>ABRX-MERK0000410-428<br>ABRX-MERK0000379-398<br>ABRX-MERK0000159-216<br>ABRX-MERK0000295-348<br>ABRX-MERK0000018-76<br>ELANP0037965-984 | | | | |

| Ex. No. | Beg. Bates No. | End Bates No. | Description | Date | Depo. Ex. | Abrxs Obj. | Elan Obj. |
|---|---|---|---|---|---|---|---|
| | | | ELANP0037929-964<br>ELANP0037965-984<br>ABRX-NYCO0000003-27<br>ELANP0037985-8022<br>ELANP0038023-061<br>ABRX-IMCOR0000037<br>ABRX-IMCOR0000193-99<br>ABRX-IMCOR0000069-97<br>ELANP0316350-381<br>ELANP0036553-564<br>ELANP0036565-569 | | | | |
| **PX008** | | | 1006 Summary of the following documents:<br><br>ELANP036698-756<br>ELANP036570-633<br>ELANP036757-814<br>ELANP036634-697<br>ELANP036921-961<br>ELANP036965-010<br>ELANP036962-964<br>ELANP037011-074<br>ELANP0314471-522<br>ABRX-CHEM0000270-300<br>ELANP037127-144<br>ABRX-ENTRA0000002-48<br>ABRX-ROCHE0000182-224<br>ABRX-ROCHE0000028-79<br>ELANP037308-397<br>ABRX-IMCOR0000200-20<br>ELANP0316229-304<br>ELANP0316305-349<br>ELANP0316166-226 | | | I, P, D, H, U, C | |

**REDACTED**

| Ex. No. | Beg. Bates No. | End Bates No. | Description[1] | Date | Depo. Ex. | Abrxs Obj. | Elan Obj. |
|---|---|---|---|---|---|---|---|
| | | | ELANP037651-704<br>ELANP037784-817<br>ELANP037741-783<br>ABRX-MERK0000410-428<br>ABRX-MERK0000379-398<br>ABRX-MERK0000159-216<br>ABRX-MERK0000295-348<br>ELANP037965-984<br>ELANP037965-984<br>ABRX-NYCO0000003-27<br>ELANP037985-8022<br>ELANP038023-061<br>ABRX-IMCOR0000193-99<br>ABRX-IMCOR0000069-97<br>ELANP0316350-381<br>ELANP036553-564<br>ELANP036565-569 | | | | |
| **PX009** | | | Rule 1006 summary of the following documents:<br><br>Article – Neil Desai, Ph.D., Vice President R&D, "The nanoparticle albumin bound (nab) technology: Abraxane and SPARC" (ABRX0287612)Presentation - Neil Desai, "Research Overview" (ABRX0287163)<br>[REDACTED] (ABRX0123712)<br>[REDACTED] (ABRX0224829)<br>Transcript - Michael Hawkins, NCI's Nanotech Seminar Series, "Abraxane: Nanoparticle platform delivers improved antitumor activity," January 24, 2006<br>Article - William J. Gradishar, "Albumin-bound paclitaxel: a next-generation taxane" Expert Opin. PHarmacother. 7(8):1041-53 (2006) (ABRX0478762) | | | H, I, P, D, U | |

HOU03:1153339

REDACTED

| Ex. No. | Beg Bates No. | End Bates No. | Description | Date | Depo Ex. | Abrxs Obj | Elan Obj |
|---|---|---|---|---|---|---|---|
| | | | Presentation - Michael Hawkins, NCI's Nanotech Seminar Series, "Abraxane: Nanoparticle platform delivers improved antitumor activity," January 24, 2006 (ABRX0220489)<br>Presentation - Michael Hawkins, Summary of Abraxane Briefing, Presented, St. Gallen, March 14, 2007 (ABRX0481353)<br>[REDACTED] (ABRX0273421)<br>[REDACTED] (ABRX0392117) | | | | |
| **PX010** | | | 1006 Summary of the following documents:<br><br>IND 55974, Attachment VII.B.6.4.(a) (ABRX0117143)<br>IND 55974, Attachment VII.C.6.4.(b) (ABRX0117143)<br>IND 55974, Attachment VII.C.6.4.(c) (ABRX0117143)<br>IND 55974, Attachment VII.C.6.4.(d) (ABRX0117143)<br>IND 55974, Attachment VII.C.6.4.(e) (ABRX0117143)<br>NDA 21660, FDA Meeting Information Package - December 22, 2000, Appendix A (ABRX0151870) | | | P, D | |
| **PX011** | | | 1006 Summary of the following documents:<br><br>Article - Desai et al., "Increased Antitumor Activity, Intratumor Paclitaxel Concentrations, and Endothelial Cell Transport of Cremophor-Free, Albumin-Bound Paclitaxel, ABI-007, Compared with Cremophor-Based Paclitaxel." Clin Cancer Res 2006;12(4). (ABRX0147573)<br>Study - "Toxicity Determination and Efficacy Studies of VivoRx Compounds Capxol VR-3 and Capxol VR-4" Performed by Southern Research Institute (ABRX0071393)<br>Study - "Anticancer Efficacy Evaluation of American Biosciences Compound ABI-007, ABI-007HC, and ABI-007LC Against SK-OV-3 Ovarian Tumor Xenograft in Athymic Nude Mice" Performed by Southern Research Institute (ABRX0071508)<br>Study - "Comparison of Effects of ABI-007 and Taxol® in Athymic Nude Mice with PC3 Human Prostate Tumor | | | I, P, D | |

**REDACTED**

| Ex. No. | Beg. Bates No. | End Bates No. | Description | Date | Depo. Ex. | Abrxs Obj. | Elan Obj. |
|---|---|---|---|---|---|---|---|
| | | | Xenografts" Performed by Southern Research Institute (ABRX0071454)<br>Study - "Anticancer Efficacy Evaluation of American Biosciences Compound ABI-007 Against HT29 Colon Tumor Xenograft in Athymic Nude Mice" Performed by Southern Research Institute (ABRX0071430) | | | | |
| **PX012** | | | 1006 Summary of the following documents:<br><br>Article - "In Vivo Evaluation of Nanosystems Inc. Nanoparticle Taxol" Study performed by Cancer Therapy and Research Center, Institute for Drug Development, San Antonio, TX. June 6, 1995 (ELANP0316558)<br>Article - "In Vivo Evaluation of Nanosystems, Inc. Nanoparticle Taxol Against the Upstaged MV-522 Human Lung Cancer Xenograft" Study performed by Cancer Therapy and Research Center, Institute for Drug Development, San Antonio, TX. November 12, 1996 (ELANP0022787) | | | H, I, P, D | |
| **PX014** | ABRX0497648 | ABRX049691 | | | | S, R, I, P | |
| **PX015** | ABRX0491835 | ABRX0491946 | | | | S, R, C, I | |
| **PX016** | ABRX0496832 | ABRX0496872 | | | | S, R, I, P, C | |
| **PX017** | ABRX0490320 | ABRX0490596 | | | | S, R, I, P, C | |
| **PX018** | ABRX0521910 | ABRX0521912 | | | | S, R, I, P | |
| **PX019** | ABRX0519205 | ABRX0519293 | | 7/25/2000 | L Louie 9 | S, R, P, C | |
| **PX020** | ABRX0516060 | ABRX0516114 | | | | S, R, I, | |
| **PX021** | ABRX0498275 | ABRX0498278 | | 3/24/2006 | | S, R, P | |
| **PX022** | ABRX0498380 | ABRX0498403 | | | | S, R, C | |
| **PX023** | ABRX0491613 | ABRX0491784 | | | | S, C, R | |

REDACTED

| Ex No. | Beg Bates No. | End Bates No. | Description | Date | Depo Ex. | Abrxs Obj. | Elan Obj. |
|---|---|---|---|---|---|---|---|
| **PX025** | ABRX0526584<br>ABRX0526628<br>ABRX0526650<br>ABRX0526655<br>ABRX0526668<br>ABRX0526680 | ABRX0526585<br>ABRX0526628<br>ABRX0526650<br>ABRX0526655<br>ABRX0526668<br>ABRX0526680 | [REDACTED] | 9/7/1996 | | S, R, P, I | |
| **PX026** | ABRX0527005 | ABRX0527217 | [REDACTED] | 11/6/1997 | | S, R, P, I, C | |
| **PX027** | ABRX0049667 | ABRX0049693 | [REDACTED] | 5/17/2006 | | S, R, I, C | |
| **PX028** | 000025<br>000027<br>000035 | 000025<br>000027<br>000041 | Order and Memorandum Opinion: The Board of Education (on behalf of the Board of Trustees of Florida State University), et al v American BioScience and Chunlin Tao; Case No 4:99cv131/RV | | Desai 1 | P, I, C, U, X | |
| **PX031** | BERKLAND00006 27 | BERKLAND00008 85 | Transcript - FDA Nanotechnology Task Force, "Public Meeting on Nanotechnology Materials in FDA Regulated Products" | 10/10/2006 | | | |
| **PX032** | BERKLAND00016 24 | BERKLAND00016 29 | CV - Cory Berkland | 9/28/2007 | | R | |
| **PX033** | BRITTAIN0002518 | BRITTAIN0002537 | Data - Dr Munson's SSNMR Testing | | | P, I, M | |
| **PX034** | BRITTAIN0002513 | BRITTAIN0002517 | Article - Thomas J Offerdahl and Eric J Munson, et al, "Solid-State NMR Spectroscopy of Pharmaceutical Materials" | 01/00/2004 | | P, I, M | |
| **PX035** | MUNSON0002444 | MUNSON0002462 | CV - Eric Jon Munson | 11/19/2007 | | I, M | |
| **PX036** | BYRN0000391 | BYRN0000439 | CV - Harry G Brittain | 5/1/2007 | | | |
| **PX037** | BYRN0003569 | BYRN0003600 | CV - Stephen R Byrn | | | | |
| **PX038** | | | Certified Copy of US Patent 5,399,363 ('363 patent) | 3/21/1995 | | R | |
| **PX039** | ELANP0017750 | ELANP0017751 | E Liversidge Memo re: Final MV522 | 4/20/1995 | | | |
| **PX040** | ELANP0022787 | ELANP0022802 | Report - In Vivo Evaluation of Nanosystems, Inc Nanoparticle Taxol Against the Upstaged MV-522 Human Lung Cancer Xenograft (Nov 12, 1996) | 11/12/1996 | | H | |
| **PX044** | ELANP0036698 | ELANP0036756 | Contract - Development and License Agreement No 1 | 5/9/1997 | D Czekai 27 | | |

| Ex. No. | Beg. Bates No. | End Bates No. | Description | Date | Depo Ex. | Abrxs Obj. | Elan Obj. |
|---|---|---|---|---|---|---|---|
| | | | between NanoSystem LLC and American Home Products Corporation | | | | |
| **PX045** | ELANP0036921.001 | ELANP0036921.041 | Contract - Development, License and Supply Agreement between NanoSystems LLC and Astro Draco AB | 2/28/1997 | | I, P, C | |
| **PX046** | ELANP0036965.001 | ELANP0036965.046 | Contract - License Agreement between Elan Pharma International Limited and Aventis Pharma SA | 12/19/2003 | | | |
| **PX047** | ELANP0037011 | ELANP0037074 | Contract - Development, License and Supply Agreement between Boehringer Ingelheim International GMBH and Nanosystems LLC | 12/12/1997 | | I, P, C | |
| **PX048** | ELANP0037127 | ELANP0037144 | Contract - Product Development Agreement with Option to License between Elan and CRT | 7/21/2003 | | I, P, C | |
| **PX050** | ELANP0037520 | ELANP0037562 | Contract - License Agreement bewteen Elan Pharma International Limited and F Hoffman-La RocheLtd and Hoffman-La RocheInc | | | | |
| **PX052** | ELANP0037651 | ELANP0037704 | Contract - License Agreement between Elan Pharma International Limited and Lymphosign Inc and Lymposign AG | 8/2/2006 | | | |
| **PX054** | ELANP0037741 | ELANP0037783 | Contract - License Agreement between Elan Pharma International Limited and MAP Pharmaceuticals, Inc | 2/3/2005 | | I, P, C | |
| **PX057** | ELANP0037965 | ELANP0037984 | Contract - Development and License Agreement between NanoSystems LLC and Muro Pharmaceutical, Inc | 8/29/1996 | | I, P, C | |
| **PX058** | ELANP0038023 | ELANP0038061 | Contract - License Agreement between Elan Pharma International Limited and Par Pharmaceutical, Inc | 11/18/2002 | | | |
| **PX059** | ELANP0148444 | ELANP0148444 | Email - Neil Desai to Gary Liversidge re WBC2000 Conference in Hawaii | 5/31/2007 | | I, P | |
| **PX060** | ELANP0184789 | ELANP0184806 | Report - Biostudy No: AN 1101002, "The evaluation of novel, NanoCrystal formulations of Paclitaxel following administratino to teh conscious rat model" | 6/15/2007 | Taft 8 | | |
| **PX061** | page 1<br>page 13<br>page 30<br>page 43 | page 3<br>page 16<br>page 34<br>page 43 | Transcript - Michael Hawkins, MD, Chief Medical Officer, American Bioscience, Inc, Presentation to NCI's Nanotech Seminar Series, "Abraxane: Nanoparticle platform delivers improved antitumor activity," January 24, 2006 | | | U, I, C | |

| Ex. No. | Beg. Bates No. | End Bates No. | Description | Date | Depo. Ex. | Abrxs Obj. | Elan Obj. |
|---|---|---|---|---|---|---|---|
| **PX062** | | | Video - Michael Hawkins, MD, Chief Medical Officer, American Bioscience, Inc, Presentation to NCI's Nanotech Seminar Series, "Abraxane: Nanoparticle platform delivers improved antitumor activity," January 24, 2006 | 1/24/2006 | | U, I, H, R, C | |
| **PX063** | ELANP0314471 | ELANP0314522 | Contract - Licenes Agreement between Elan Pharma International Limtied, Elan Drug Delivery, Inc and Bristol-myers squibb Company | | | | |
| **PX065** | ELANP0316227 | ELANP0316304 | Contract - Agreement between Janssen Pharmecutica NV and Elan Pharma International Limited | 9/20/2000 | | I, P, C | |
| **PX066** | ELANP0316422 | ELANP0316425 | Letter re Dr Von Hoff to serve on NanoSystems' advisory board | 1/25/1995 | | I, P | |
| **PX067** | ELANP0316426 | ELANP0316435 | Contract - Confidentiality Agreement between NanoSystems and Dr Von Hoff | 1/5/1995 | | I, P | |
| **PX068** | ELANP0316436 | ELANP0316449 | Contract - Memorandum of Agreement Establishing a Research Grant-in-Aid between NanoSystems and The Pennsylvania State University | 4/19/1995 | | I, P | |
| **PX070** | ELANP0317002<br>ELANP0317181 | ELANP0317002<br>ELANP0317206 | Transcript - FDA Public Meeting of Nanotechnology Task Force, October 10, 2006 | 10/10/2006 | Desai 2 | C | |
| **PX071** | ELANP0317763 | ELANP0317802 | Contract - License Agreement between Abbott Pharmaceutical PR Ltd and Elan Pharma international Limited | 6/28/2006 | | | |
| **PX072** | ELANP0319096 | ELANP0319124 | Contract - License Agreement between Elan Pharma international Limited and Ashni Newco, Ltd | 1/21/2000 | | I, P, C | |
| **PX073** | HAIDAK0000221 | HAIDAK0000228 | CV - David J Haidak | | | | |
| **PX074** | JAROSZ0000729 | JAROSZ0000730 | SEC - Abraxis BioScience, Inc 10K 2006 p 12 | 8/28/2007 | | C, P, X | |
| **PX075** | JAROSZ0000739 | JAROSZ0000741 | SEC - Abraxis BioScience, Inc 10K 2001 pp 18-19 | 8/28/2007 | | X | |
| **PX076** | JAROSZ0000742 | JAROSZ0000744 | SEC - Abraxis BioScience, Inc 10K 2002 pp 26-27 | 8/28/2007 | | X | |
| **PX077** | JAROSZ0000745 | JAROSZ0000747 | SEC - Abraxis BioScience, Inc 10K 2003 pp 30-31 | 8/28/2007 | | X | |
| **PX078** | JAROSZ0000748 | JAROSZ0000750 | SEC - Abraxis BioScience, Inc 10K 2004 pp 29-30 | 8/28/2007 | | X | |

| Ex. No. | Beg. Bates No. | End Bates No. | Description | Date | Depo. Ex. | Abrxs Obj. | Elan Obj. |
|---|---|---|---|---|---|---|---|
| **PX079** | JAROSZ0000751 | JAROSZ0000752 | SEC - Abraxis BioScience, Inc 10K 2005 p 32 | 8/28/2007 | | X | |
| **PX080** | JAROSZ0000753 | JAROSZ0000754 | SEC - Abraxis BioScience, Inc 10K 2006 p 32 | 8/28/2007 | | C, X | |
| **PX081** | JAROSZ0006040 | JAROSZ0006041 | SEC - Abraxis BioScience, Inc 10K 2006 p 83 | 12/31/2006 | | C, X | |
| **PX082** | JAROSZ0006042 | JAROSZ0006043 | SEC - Abraxis BioScience, Inc 10Q 2007 p 12 | 5/10/2007 | | C, X | |
| **PX083** | JAROSZ0006044 | JAROSZ0006045 | SEC - Abraxis BioScience, Inc 10Q 2007 p 14 | 8/9/2007 | | C, X | |
| **PX084** | JAROSZ0006047 | JAROSZ0006049 | SEC - Abraxis BioScience, Inc 10K 2006 p 12 | 12/31/2006 | | X | |
| **PX085** | JAROSZ0006050 | JAROSZ0006051 | SEC - Abraxis BioScience, Inc 10K 2006 p 83 | 12/31/2006 | | C, X | |
| **PX086** | JAROSZ0006620 | JAROSZ0006715 | SEC - Abraxis BioScience, Inc 10K 2006 | 12/31/2006 | | | |
| **PX087** | JAROSZ0006718 | JAROSZ0006719 | SEC - Abraxis BioScience, Inc 10K 2006 p 4 | 12/31/2006 | | C, X | |
| **PX089** | JAROSZ0006731 | JAROSZ0006791 | SEC - Abraxis BioScience, Inc 10Q 2007 | 8/9/2007 | | | |
| **PX090** | JAROSZ0006797 | JAROSZ0006799 | SEC - Abraxis BioScience, Inc 10Q 2007 p 19 | 8/9/2007 | | C, X | |
| **PX091** | JAROSZ0006894 | JAROSZ0006895 | SEC - Abraxis BioScience, Inc 10Q 2006 p 7 | 12/31/2006 | | C, X | |
| **PX092** | JAROSZ0006922 | JAROSZ0006923 | Article - Kevin Bottomley, "Nanotechnology for Drug Delivery: a Validated Technology?" | 1/1/2006 | | I, P | |
| **PX093** | JAROSZ0006944 | JAROSZ0006945 | SEC - Abraxis BioScience, Inc 10K 2006 p 5 | 12/31/2006 | | X | |
| **PX094** | JAROSZ0007035 | JAROSZ0007036 | SEC - Abraxis BioScience, Inc 10K 2006 p 11 | 12/31/2006 | | C, X | |
| **PX095** | JAROSZ0008443 | JAROSZ0008444 | SEC - Abraxis BioScience, Inc 10K 2005 p 22 | 12/31/2005 | | X | |
| **PX096** | JAROSZ0009445 | JAROSZ0009446 | SEC - Abraxis BioScience, Inc 10K 2006 p 9 | 12/31/2006 | | C, X | |
| **PX097** | JAROSZ0009447 | JAROSZ0009448 | SEC - Abraxis BioScience, Inc 10K 2006 p 8 | 12/31/2006 | | C, X | |
| **PX098** | JAROSZ0009690 | JAROSZ0009691 | SEC - Abraxis BioScience, Inc 10K 2006 p 11 | 12/31/2006 | | C, X | |
| **PX099** | JAROSZ0010043 | JAROSZ0010044 | SEC - Abraxis BioScience, Inc 10K 2006 p 7 | 12/31/2006 | | C, X | |
| **PX100** | JAROSZ0011483 | JAROSZ0011499 | CV - John C Jarosz | 6/30/2006 | | | |
| **PX101** | MANIAR0000002 | MANIAR0000009 | CV - Manoj Maniar(part 2) | | | | |

| Ex. No. | Beg. Bates No. | End Bates No. | Description[1] | Date | Depo. Ex. | Abrxs Obj. | Elan Obj. |
|---|---|---|---|---|---|---|---|
| **PX102** | MANIAR0000010 | MANIAR0000013 | CV - Manoj Maniar(part 1) | | | | |
| **PX103** | MANNING0000244 | MANNING0000304 | CV - Mark C Manning | 9/28/2007 | Manning 2 | R | |
| **PX104** | MUNSON0002358 | MUNSON0002372 | Article - T J Offerdahl, et al, "Quantitation of Crystalline and Amorphous Forms of Anhydrous Neotame using CPMAS NMR Spectroscopy" | 7/13/2005 | | C, P, U, M | |
| **PX105** | ROCHE-000006 | ROCHE-000024 | Contract - Services Agreement between Elan Pharma International Limited and F Hoffman-La RocheLtd and Hoffmann-La RocheInc | 1/6/2005 | | I, P, C | |
| **PX106** | ROCHE-000025 | ROCHE-000076 | Contract - License Agreement between Elan Pharma International Limited and F Hoffman-La RocheLtd and Hoffmann-La RocheInc | 1/6/2005 | | I, P, C | |
| **PX107** | ROCHE000102 | ROCHE-000139 | Contract - Services and Manufacturing Agreement between Elan Drug Delivery Inc and F Hoffman-La RocheLtd and Hoffmann-La RocheInc | 5/24/2004 | | I, P, C | |
| **PX108** | ROCHE-000179 | ROCHE-000221 | Contract - License Agreement between Elan Pharma International Limited and F Hoffman-La RocheLtd and Hoffmann-La RocheInc | 4/14/2004 | | C | |
| **PX109** | TAFT0017048 | TAFT0017053 | CV - David Robert Taft | | | | |
| **PX110** | WYE0001 | WYE0058 | Contract - Development and License Agreement No 1 Between NanoSystems LLC and American Home Products Corp | 5/9/1997 | | I, P, C | |
| **PX111** | WYE0181 | WYE0244 | Contract - Amended and Restated Development and License Agreement No 2 Between NanoSystems LLC and American Home Products Corporation | 8/19/1998 | | I, P, C | |
| **PX112** | ELANP0094853 | ELANP0094908 | NDA 21660 - "Abraxane: For the adjuvant treatment of node-positive breast cancer administered sequentially to standard doxorubicin-containing combination chemotherapy" Briefing Package for the ODAC Meeting, September 7, 2006 | 9/7/2006 | Desai 4 (color version) | R | |
| **PX113** | ABRX-CHEM0000270 | ABRX-CHEM0000300 | Contract - License Agreement between Elan Corporation, PLC, Elan Pharma International Limited, ChemGenex Therapeutics, Inc, and ChemGenex Newco, Ltd | 4/20/2001 | | I, P, C | |

**REDACTED**

| Ex No. | Beg Bates No. | End Bates No. | Description | Date | Depo Ex | Abrxs Obj. | Elan Obj. |
|---|---|---|---|---|---|---|---|
| **PX114** | ABRX-ENTRA0000002 | ABRX-ENTRA0000079 | Contract - License Agreement between Elan Pharma International and Entremed, Inc | 8/2/2007 | | I, P, C, H | |
| **PX115** | ABRX-IMCOR0000037 | ABRX-IMCOR0000068 | Contract - License Agreement between Elan Pharma International and Photogen Newco Ltd | 10/20/1999 | | I, P, C | |
| **PX116** | ABRX-IMCOR0000147 | ABRX-IMCOR0000255 | Contract - Imcor/Elan Joint Venture Termination | 6/9/2004 | | I, P, C | |
| **PX117** | ABRX-INGR0000002 | ABRX-INGR0000032 | Contract - License Agreement between Elan Pharma International and Ingredient Innovations International Company | 2/28/2003 | | I, P, C | |
| **PX118** | ABRX-MERK0000018 | ABRX-MERK0000076 | Contract - Technology Transfer and License Agreement among Merk and Nanosystems | 7/29/1998 | | I, P, C | |
| **PX121** | ABRX-MERK0000410 | ABRX-MERK0000428 | Contract - Development and License Agreement between Merk and NanoSystems | 1/1/1996 | | I, P, C | |
| **PX122** | | | Certified Copy of US Patent 5,145,684 ('684 patent) | 9/8/1992 | | R | |
| **PX124** | ABRX0000386 | ABRX0000412 | US Patent 5,091,188 (Haynes patent) | 2/25/1992 | Byrn4 | | |
| **PX125** | ABRX0000822 | ABRX0000825 | Package Insert - Abraxane label 1/2005 | 1/1/2005 | | | |
| **PX126** | ABRX0002283 | ABRX0002285 | Web page - Abraxane "Reconstitution and Administration" | 10/1/2006 | | | |
| **PX127** | ABRX0002335 | ABRX0002337 | Web page - Abraxane "Glossary" | 10/1/2006 | | | |
| **PX128** | ABRX0003082 | ABRX0003115 | [redacted] | 9/7/2006 | M Hawkins 6 (7/6 & 11/15); J Lisano 12 | R, C | |
| **PX130** | ABRX0003133 | ABRX0003133 | [redacted] | 1/1/2004 | | P, X, C | |
| **PX131** | ABRX0003269 | ABRX0003271 | [redacted] | 3/4/2004 | | | |
| **PX132** | ABRX0003272 | ABRX0003279 | [redacted] | 3/4/2004 | | R | |
| **PX133** | ABRX0003280 | ABRX0003280 | [redacted] | 3/4/2004 | | | |
| **PX135** | ABRX0041628 | ABRX0041775 | [redacted] | 2/11/2004 | | | |

**REDACTED**

| Ex. No. | Beg. Bates No. | End Bates No. | Description | Date | Depo. Ex. | Abrxs Obj. | Elan Obj. |
|---|---|---|---|---|---|---|---|
| **PX136** | ABRX0041776 | ABRX0041806 | [REDACTED] | 2/14/2004 | | | |
| **PX137** | ABRX0042167 | ABRX0042171 | [REDACTED] | | | | |
| **PX138** | ABRX0071393 | ABRX0071429 | Study - "Toxicity Determination and Efficacy Studies of VivoRx Compounds Capxol VR-3 and Capxol VR-4" Performed by Southern Research Institute | 4/28/1997 | | | |
| **PX139** | ABRX0071430 | ABRX0071453 | Study - "Anticancer Efficacy Evaluation of American Biosciences Compound ABI-007 Against HT29 Colon Tumor Xenograft in Athymic Nude Mice" Performed by Southern Research Institute | 10/1/2002 | | | |
| **PX140** | ABRX0071454 | ABRX0071477 | Study - "Comparison of Effects of ABI-007 and Taxol® in Athymic Nude Mice with PC3 Human Prostate Tumor Xenografts" Performed by Southern Research Institute | 6/25/2001 | | | |
| **PX141** | ABRX0071478 | ABRX0071507 | Study - "Comparison of Effects of ABI-007 and Taxol® in Athymic Nude Mice with NCI H522 Lung Tumor Xenografts" Performed by Southern Research Institute | 6/11/2001 | | | |
| **PX142** | ABRX0071508 | ABRX0071546 | Study - "Anticancer Efficacy Evaluation of American Biosciences Compound ABI-007, ABI-007HC, and ABI-007LC Against SK-OV-3 Ovarian Tumor Xenograft in Athymic Nude Mice" Performed by Southern Research Institute | 7/18/2001 | | | |
| **PX143** | ABRX0073365 | ABRX0073371 | Article - "Phase I and Pharmacokinetic Study of ABI-007, a Cremophor-free, Protein-stabilized, Nanoparticle Formulation of Paclitaxel" | 5/1/2002 | | | |
| **PX144** | ABRX0076963 | ABRX0076989 | [REDACTED] | 5/12/1998 | | | |
| **PX146** | ABRX0079923 | ABRX0079927 | [REDACTED] | 11/2/1998 | | | |
| **PX147** | ABRX0083461 | ABRX0083515 | [REDACTED] | 12/22/2000 | | | |
| **PX148** | ABRX0107547 | ABRX0107567 | Package Insert - Abraxane 1/7/05 | 1/7/2005 | | | |
| **PX149** | ABRX0111017 | ABRX0111019 | [REDACTED] | 6/20/2005 | | | |
| **PX150** | ABRX0111839 | ABRX0111846 | [REDACTED] | 9/19/2005 | | | |

REDACTED

| Ex. No. | Beg. Bates No. | End Bates No. | Description | Date | Depo. Ex. | Abrx's Obj. | Elan Obj. |
|---|---|---|---|---|---|---|---|
| **PX153** | ABRX0121073 | ABRX0121077 | | 12/22/2006 | Desai 20 Soon-Shiong 7 | P, I, M | |
| **PX154** | ABRX0121079 | ABRX0121136 | | 1/9/2007 | | P, I, M | |
| **PX155** | ABRX0121139 | ABRX0121167 | | 1/17/2007 | | P, I, M | |
| **PX156** | ABRX0123712 | ABRX0123767 | | 9/7/2006 | J Lisano 11 | C | |
| **PX157** | ABRX0147573 | ABRX0147580 | Article - Neil Desai, et al, "Increased Antitumor Activity, Intratumoral Paclitaxel Concentrations, and Endothelial Cell Transport of Cremophor-Free, Albumin-Bound Paclitaxel, ABI-007, Compared with Cremophor-Based Paclitaxel" | 2/15/2006 | C Tao 3 | | |
| **PX158** | ABRX0147630 | ABRX0147631 | | | | R | |
| **PX159** | ABRX0147692 | ABRX0147694 | | 4/14/2006 | Desai 19 | P, I, M, X | |
| **PX160** | ABRX0148725 | ABRX0148762 | | 11/10/1994 | | | |
| **PX161** | ABRX0149228 | ABRX0149234 | | 11/6/1997 | | P, I | |
| **PX163** | ABRX0150543.001<br>ABRX0151586<br>ABRX0151587<br>ABRX0151588<br>ABRX0151589<br>ABRX0151591<br>ABRX0151592 | ABRX0150543.003<br>ABRX0151586<br>ABRX0151587<br>ABRX0151588<br>ABRX0151589<br>ABRX0151591<br>ABRX0151592 | | 6/2/2003 | | R, X | |
| **PX164** | ABRX0150566 | ABRX0150566 | | 6/20/2002 | | | |
| **PX165** | ABRX0151301 | ABRX0151301 | Certificate of Analysis - Human Albumin | 12/10/1999 | | C, H, I, P | |
| **PX166** | ABRX0151335 | ABRX0151335 | | 7/31/2003 | | | |

**REDACTED**

| Ex. No. | Beg. Bates No. | End Bates No. | Description[1] | Date | Depo. Ex. | Abrxs Obj. | Elan Obj. |
|---|---|---|---|---|---|---|---|
| **PX167** | ABRX0151336 | ABRX0151337 | | 6/11/2001 | | | |
| **PX168** | ABRX0151340 | ABRX0151340 | | 10/5/1998 | | | |
| **PX169** | ABRX0151341 | ABRX0151341 | | 1/14/2002 | | X | |
| **PX170** | ABRX0526116 | ABRX0526116 | Article - NP Desai, et al "Controlled and targeted drug delivery with biocompatible protein shell microspheres" | 4/5/1994 | | C, R | |
| **PX171** | ABRX0151479 | ABRX0151480 | | 10/21/2002 | Berkland 8 | P, X | |
| **PX172** | ABRX0151512 | ABRX0151513 | | 12/13/2002 | Berkland 9 | P, X | |
| **PX180** | ABRX0152720.001 | ABRX0152725 | | 12/23/2003 | | | |
| **PX181** | ABRX0152917 | ABRX0152917 | | 3/25/2003 | | | |
| **PX182** | ABRX0152925 | ABRX0152925 | | 4/17/2006 | | | |
| **PX183** | ABRX0152926 | ABRX0152926 | | 2/29/2000 | | | |
| **PX184** | ABRX0152982 | ABRX0152982 | | 1/15/2003 | | | |
| **PX185** | ABRX0152983 | ABRX0152983 | | 1/20/2003 | | | |
| **PX186** | ABRX0153042 | ABRX0153062 | | 5/23/2006 | | | |
| **PX187** | ABRX0153647 | ABRX0153647 | | 11/21/2002 | | | |
| **PX188** | ABRX0153648 | ABRX0153648 | | 11/21/2002 | | R | |
| **PX189** | ABRX0153649 | ABRX0153649 | | 11/21/2002 | | R | |

REDACTED

| Ex. No. | Beg. Bates No. | End Bates No. | Description | Date | Depo. Ex. | Abrxs Obj. | Elan Obj. |
|---|---|---|---|---|---|---|---|
| PX190 | ABRX0153667 | ABRX0153680 | [REDACTED] | 3/17/2003 | | R | |
| PX191 | ABRX0153681 | ABRX0153692 | [REDACTED] | 1/14/2003 | | | |
| PX192 | ABRX0154391 | ABRX0154664 | [REDACTED] | 6/12/2003 | | C | |
| PX201 | ABRX0167225 | ABRX0167265 | [REDACTED] | 2/14/2007 | | I | |
| PX202 | ABRX0167272 | ABRX0167297 | Package Insert - Abraxane 1/2007 | 01/00/2007 | | | |
| PX203 | ABRX0168178 | ABRX0168181 | [REDACTED] | 8/21/1996 | Desai 24Soon-Shiong 13 | P, I | |
| PX204 | ABRX0168999 | ABRX0169111 | [REDACTED] | | | | |
| PX205 | ABRX0171833 | ABRX0171897 | Article - Daniel C Carter and Joseph X ho, "Structure of Serum Albumin" Advances in Protein Chemistry vol 45, Verne N Schumaker, ed | 00/00/1994 | | | |
| PX206 | ABRX0171908 | ABRX0171914 | Article - Jen-Jen Lin, et al, "Stability of human serum albumin during bioprocessing: denaturation and aggregation during processing of albumin paste" Pharmaceutical Research Vol 17, No 4, Lin et al | 1/10/2000 | | | |
| PX207 | ABRX0172426 | ABRX0172440 | [REDACTED] | 00/00/2004 | J Lisano 7 | P | |
| PX208 | ABRX0172441 | ABRX0172468 | [REDACTED] | 00/00/2004 | | P | |
| PX210 | ABRX0220489 | ABRX0220523 | Presentation - Michael Hawkins, MD, "Abraxane: Nanoparticle platform delivers improved antitumor activity," Presentation to NCI's Nanotech Seminar Series, January 24, 2006 | 1/24/2006 | | C | |
| PX211 | ABRX0221286 | ABRX0221312 | US Patent 6,749,868 ('868 patent) | 6/15/2004 | | R | |
| PX212 | ABRX0221111 | ABRX0221122 | US Patent 5,439,686 ('686 patent) | 8/8/1995 | | | |

REDACTED

| Ex. No. | Beg. Bates No. | End Bates No. | Description[1] | Date | Depo. Ex. | Abrxs Obj. | Elan Obj. |
|---|---|---|---|---|---|---|---|
| **PX213** | ABRX0221123 | ABRX0221156 | US Patent 5,498,421 ('421 patent) | 3/12/1996 | | | |
| **PX214** | ABRX0221187 | ABRX0221219 | US Patent 5,665,382 ('382 patent) | 9/9/1997 | | I | |
| **PX216** | ABRX0221818 | ABRX0221826 | Article - Russell LaMontagne, "An Interview with Abraxis Oncology's Patrick Soon-Shiong" | 3/1/2004 | Soon-Shiong 10 | | |
| **PX218** | ABRX0222697 | ABRX0222713 | | | | H, I, P | |
| **PX219** | ABRX0224829 | ABRX0224904 | | 9/7/2006 | | H, I, P | |
| **PX220** | ABRX0225067 | ABRX0225112 | Presentation - Carlo Montagner, CIBC World Markets Annual Biotechnology and Speciality Pharmaceuticals Conference | 4/12/2007 | | | |
| **PX221** | ABRX0225126 | ABRX0225169 | | 1/1/2005 | | I, P | |
| **PX222** | ABRX0225171 | ABRX0225171 | | 3/11/2005 | | | |
| **PX223** | ABRX0225172 | ABRX0225175 | | | | P | |
| **PX224** | ABRX0225176 | ABRX0225176 | | 3/14/2005 | | | |
| **PX225** | ABRX0225177 | ABRX0225181 | | | | P | |
| **PX226** | ABRX0225185 | ABRX0225196 | | | | | |
| **PX227** | ABRX0226571 | ABRX0226575 | | 5/2/2005 | H Lee 3 | I, C | |
| **PX228** | ABRX0226576 | ABRX0226581 | | 9/5/2005 | H Lee 3 | I, C | |
| **PX229** | ABRX0226582 | ABRX0226586 | | 1/3/2006 | H Lee 3 | I, C | |
| **PX230** | ABRX0226587 | ABRX0226591 | | 3/1/2005 | H Lee 3 | I, C | |
| **PX231** | ABRX0226592 | ABRX0226596 | | 8/1/2005 | H Lee 3 | I, C | |

REDACTED

| Ex. No. | Beg. Bates. No. | End Bates No. | Description | Date | Depo. Ex. | Abrxs Obj. | Elan Obj. |
|---|---|---|---|---|---|---|---|
| PX232 | ABRX0226597 | ABRX0226601 | | 7/1/2005 | H Lee 3 | I, C | |
| PX233 | ABRX0226602 | ABRX0226606 | | 4/1/2005 | H Lee 3 | I, C | |
| PX234 | ABRX0226607 | ABRX0226611 | | 6/1/2005 | H Lee 3 | I, C | |
| PX235 | ABRX0226612 | ABRX0226616 | | 12/1/2005 | H Lee 3 | I, C | |
| PX236 | ABRX0226617 | ABRX0226621 | | 11/1/2005 | H Lee 3 | I, C | |
| PX237 | ABRX0226622 | ABRX0226626 | | 10/1/2005 | H Lee 3 | I, C | |
| PX238 | ABRX0226627 | ABRX0226632 | | 8/1/2005 | H Lee 3 | I, C | |
| PX239 | ABRX0226633 | ABRX0226638 | | 12/1/2005 | H Lee 3 | I, C | |
| PX240 | ABRX0226639 | ABRX0226644 | | 7/1/2005 | H Lee 3 | I, C | |
| PX241 | ABRX0226645 | ABRX0226650 | | 6/1/2005 | H Lee 3 | I, C | |
| PX242 | ABRX0226651 | ABRX0226656 | | 11/1/2005 | H Lee 3 | I, C | |
| PX243 | ABRX0226657 | ABRX0226662 | | 10/1/2005 | H Lee 3 | I, C | |
| PX244 | ABRX0226663 | ABRX0226668 | | 9/1/2005 | H Lee 3 | I, C | |
| PX245 | ABRX0226669 | ABRX0226673 | | 5/1/2006 | H Lee 3 | I, C | |
| PX246 | ABRX0226674 | ABRX0226678 | | 9/5/2006 | H Lee 3 | I, C | |
| PX247 | ABRX0226679 | ABRX0226684 | | 1/1/2007 | H Lee 3 | I, C | |
| PX248 | ABRX0226685 | ABRX0226689 | | 3/1/2006 | H Lee 3<br>M Hawkins 4<br>(7/6 & 11/15) | I, C | |

REDACTED

| Ex. No. | Beg. Bates No. | End Bates No. | Description | Date | Depo. Ex. | Abrxs Obj. | Elan Obj. |
|---|---|---|---|---|---|---|---|
| PX249 | ABRX0226690 | ABRX0226694 | | 2/1/2006 | H Lee 3 | I, C | |
| PX250 | ABRX0226695 | ABRX0226699 | | 8/2/2006 | H Lee 3 | I, C | |
| PX251 | ABRX0226700 | ABRX0226704 | | 7/3/2006 | H Lee 3 | I, C | |
| PX252 | ABRX0226705 | ABRX0226709 | | 4/1/2006 | H Lee 3 | I, C | |
| PX253 | ABRX0226710 | ABRX0226714 | | 6/3/2006 | H Lee 3<br>M Hawkins 3<br>(7/6 & 11/15) | I, C | |
| PX254 | ABRX0226715 | ABRX0226720 | | 12/1/2006 | H Lee 3 | I, C | |
| PX255 | ABRX0226721 | ABRX0226725 | | 11/1/2006 | H Lee 3 | I, C | |
| PX256 | ABRX0226726 | ABRX0226730 | | 10/3/2006 | H Lee 3 | I, C | |
| PX257 | ABRX0226731 | ABRX0226736 | | 4/1/2006 | H Lee 3 | I, C | |
| PX258 | ABRX0226737 | ABRX0226742 | | 8/1/2006 | H Lee 3 | I, C | |
| PX259 | ABRX0226743 | ABRX0226748 | | 12/1/2006 | H Lee 3 | I, C | |
| PX260 | ABRX0226749 | ABRX0226754 | | 2/1/2006 | H Lee 3 | I, C | |
| PX261 | ABRX0226755 | ABRX0226760 | | 1/1/2006 | H Lee 3 | I, C | |
| PX262 | ABRX0226761 | ABRX0226766 | | 7/1/2006 | H Lee 3 | I, C | |
| PX263 | ABRX0226767 | ABRX0226772 | | 6/1/2006 | H Lee 3 | I, C | |
| PX264 | ABRX0226773 | ABRX0226778 | | 3/1/2006 | H Lee 3 | I, C | |
| PX265 | ABRX0226779 | ABRX0226784 | | 5/1/2006 | H Lee 3 | I, C | |
| PX266 | ABRX0226785 | ABRX0226790 | | 11/1/2006 | H Lee 3 | I, C | |

**REDACTED**

| Ex. No. | Beg. Bates No. | End Bates No. | Description | Date | Depo. Ex. | Abrxs Obj. | Elan Obj. |
|---|---|---|---|---|---|---|---|
| **PX267** | ABRX0226791 | ABRX0226796 | | 10/1/2006 | H Lee 3 | I, C | |
| **PX268** | ABRX0226797 | ABRX0226802 | | 9/1/2006 | H Lee 3 | I, C | |
| **PX269** | ABRX0226803 | ABRX0226808 | | 5/1/2007 | H Lee 3 | I, C | |
| **PX270** | ABRX0226809 | ABRX0226814 | | 3/2/2007 | H Lee 3 | I, C | |
| **PX271** | ABRX0226815 | ABRX0226820 | | 2/1/2007 | H Lee 3 | I, C | |
| **PX272** | ABRX0226821 | ABRX0226826 | | 4/1/2007 | H Lee 3 | I, C | |
| **PX273** | ABRX0226860 | ABRX0226862 | | 3/2/2005 | H Lee 4 | I, C, X | |
| **PX274** | ABRX0226866 | ABRX0226870 | | | H Lee 5<br>M Hawkins 1<br>(7/6 & 11/15) | I, C, P | |
| **PX275** | ABRX0228507 | ABRX0228512 | | | | H, P, I | |
| **PX277** | ABRX0266516 | ABRX0266516 | | | | I, P | |
| **PX278** | ABRX0266717 | ABRX0266722 | | | | | |
| **PX280** | ABRX0268490 | ABRX0268492 | | 1/26/2007 | M Hawkins 5<br>(7/6 & 11/15) | | |
| **PX281** | ABRX0268701 | ABRX0268706 | | 1/1/2006 | | | |
| **PX282** | ABRX0269073 | ABRX0269086 | | 8/1/2006 | | | |
| **PX283** | ABRX0269312 | ABRX0269314 | | | | X | |
| **PX284** | ABRX0269485 | ABRX0269551 | | 9/7/2006 | M Hawkins 7<br>(7/6 & 11/15) | I, C | |

REDACTED

| Ex. No. | Beg. Bates No. | End Bates No. | Description[1] | Date | Depo. Ex. | Abrxs Obj. | Elan Obj. |
|---|---|---|---|---|---|---|---|
| **PX285** | ABRX0270744 | ABRX0271254 | [REDACTED] | | | H, P, I | |
| **PX286** | ABRX0272229 | ABRX0272236 | [REDACTED] | 6/2/2005 | | I, C | |
| **PX287** | ABRX0272237 | ABRX0272241 | [REDACTED] | 7/1/2005 | | I, C | |
| **PX288** | ABRX0272776 | ABRX0272836 | Presentation - "Abraxis BioScience: The Next Generation" for JP Morgan Healthcare Conference | 1/8/2007 | | C, P | |
| **PX289** | ABRX0279352 | ABRX0279366 | [REDACTED] | | | | |
| **PX291** | ABRX0279496 | ABRX0279499 | [REDACTED] | 1/18/2006 | | I, C | |
| **PX292** | ABRX0279500 | ABRX0279504 | [REDACTED] | | | I, C | |
| **PX294** | ABRX0282685 | ABRX0282686 | [REDACTED] | 6/2/2005 | | | |
| **PX295** | ABRX0284226 | ABRX0284226 | [REDACTED] | | | | |
| **PX296** | ABRX0287106 | ABRX0287130 | [REDACTED] | | | | |
| **PX297** | ABRX0287163 | ABRX0287182 | [REDACTED] | | | | |
| **PX298** | ABRX0287612 | ABRX0287642 | [REDACTED] | | | C | |
| **PX300** | ABRX0292729 | ABRX0292763 | [REDACTED] | 10/6/1997 | | | |
| **PX302** | ABRX0300726 | ABRX0300758 | [REDACTED] | 9/7/2006 | Desai 39 | C | |
| **PX303** | ABRX0384618 | ABRX0384632 | [REDACTED] | | | C | |

REDACTED

| Ex. No. | Beg. Bates No. | End Bates No. | Description | Date | Depo. Ex. | Abrxs Obj. | Elan Obj. |
|---|---|---|---|---|---|---|---|
| **PX304** | ABRX0386805 | ABRX0386866 | [REDACTED] | 9/7/2006 | Soon-Shiong 14 | C | |
| **PX305** | ABRX0390692 | ABRX0390700 | Abraxane Prescribing information | | | | |
| **PX306** | ABRX0392117 | ABRX0392131 | [REDACTED] | | Desai 40 | | |
| **PX307** | ABRX0474793 | ABRX0474796 | [REDACTED] | 2/1/2004 | | R | |
| **PX308** | ABRX0475639 | ABRX0475641 | [REDACTED] | 1/7/2005 | | | |
| **PX310** | ABRX0478793 | ABRX0478801 | Article - David W Nyman, et al, "Phase I and Pharmacokinetics Trial of ABI-007, A Novel Formulation of Paclitaxel in Patients With Advanced Nonhematologic Malignancies" | 11/1/2006 | | | |
| **PX311** | ABRX0481353 | ABRX0481365 | [REDACTED] | 3/14/2007 | M Hawkins 8 (7/6 & 11/15) | | |
| **PX312** | ABRX0481366 | ABRX0481384 | [REDACTED] | | | R, C | |
| **PX313** | ABRX0489175 | ABRX0489249 | [REDACTED] | | J Jarosz4 | H, I, P | |
| **PX314** | ABRX0500634 | ABRX0500634 | [REDACTED] | 3/4/2005 | Haidak 1 | I | |
| **PX315** | ABRX0511822 | ABRX0511846 | [REDACTED] | | J Jarosz11 | H, P, I | |
| **PX316** | ABRX0511847 | ABRX0511889 | [REDACTED] | | | B, C, I, X | |
| **PX317** | ABRX0511890 | ABRX0511966 | [REDACTED] | | | C , I | |
| **PX321** | ABRX0523844 | ABRX0523868 | [REDACTED] | | | C | |
| **PX324** | ABRX0527980 | ABRX0527980 | [REDACTED] | 1/1/2006 | | I, C, B, X | |
| **PX326** | ABRX0528759 | ABRX0528788 | [REDACTED] | | | H, I, P | |
| **PX327** | ABRX0528789 | ABRX0528953 | [REDACTED] | 4/29/2004 | J Jarosz12 | H, I, P | |

**REDACTED**

| Ex. No. | Beg Bates No. | End Bates No. | Description | Date | Depo. Ex. | Abrxs Obj. | Elan Obj. |
|---|---|---|---|---|---|---|---|
| **PX328** | ABRX0529174 | ABRX0529186 | [redacted] | | | X, I | |
| **PX329** | ABRX0532454 | ABRX0532454 | [redacted] | 9/24/2003 | Desai 17 | | |
| **PX330** | ABRX0532455 | ABRX0532474 | [redacted] | 4/24/2002 | Desai 17 | | |
| **PX331** | ABRX0532533 | ABRX0532598 | [redacted] | 8/13/2007 | | H, C, I | |
| **PX332** | ABRX0533066 | ABRX0533075 | [redacted] | | | | |
| **PX334** | ABRX0533344 | ABRX0533583 | [redacted] | 8/5/1999 | | R, P, I | |
| **PX335** | ABRX0533861 | ABRX0533862 | [redacted] | 1/26/2007 | | P, I, M | |
| **PX336** | AMIJI0000452 | AMIJI0000452 | Email - Amijito Diana Kruze et al re Elan v/s Abraxis | 5/24/2007 | M Amiji11 | | |
| **PX337** | AMIJI0001491 | AMIJI0001553 | Report - Draft Opening Expert Report of Dr Mansoor M Amiji | | | R | |
| **PX338** | AMIJI0001559 | AMIJI0001666 | Report - Draft Opening Expert Report of Dr Mansoor M Amiji | 1/1/2007 | | R | |
| **PX340** | WONG0001910 | WONG0001958 | Report - Answering Report of Dr Manoj ManiarRegarding the Validity of US Patent No 5,834,025 with Dr Wong's notes | 10/29/2007 | Wong 5 | H, P | |
| **PX341** | | | US Patent Application 08/023698 - Request for Filing Application Under 37 CFR 53(a), (b) & (d) | 2/22/1993 | Desai 18 | P, I | |
| **PX342** | | | Web page - APP Brand-to Generic list | | Soon-Shiong 5 | P, I | |
| **PX343** | | | [redacted] | 12/16/2004 | H Lee 1 | I | |
| **PX344** | | | [redacted] | 1/13/2005 | H Lee 2 | I | |
| **PX345** | | | Stenger, Matt, et al "Abraxane (nanoparticle albumin-bound paclitaxel) in metastatic breast cancer" in *Community Oncology* May/June 2005 | 6/1/2005 | M Hawkins 18 (11/15) | | |
| **PX346** | | | Figure - Selvaraj "example of cross-linking" | | Selvaraj (7/27) | I | |

REDACTED

| Ex. No. | Beg. Bates. No. | End Bates No. | Description | Date | Depo. Ex. | Abrxs Obj. | Elan Obj. |
|---|---|---|---|---|---|---|---|
| | | | | | 1 | | |
| PX347 | | | Figure - Selvaraj "Crosslinked? yes/no" | | Selvaraj (7/27) 2 | I | |
| PX348 | | | Figure – Drawing with (A) and (B) labels | | Selvaraj (7/27) 3 | I | |
| PX349 | | | SEC - Abraxis BioScience, Inc 10K 2006 | | B Wendel 3 | C | |
| PX350 | | | Ales Medek, "Solid-State Nuclear Magnetic Resonance Spectrometry" Chp 11, in Spectroscopy of Pharmaceutical Solids, Harry Brittained 2006 | | | U, P, I, M | |
| PX351 | ABRX0273421 | ABRX0273489 | | | | C | |
| PX353 | ABRX0524598 | ABRX0524598 | | | | | |
| PX354 | ABRX0524599 | ABRX0524599 | | | | | |
| PX358 | ABRX0523468 | ABRX0523473 | | | | P, H | |
| PX361 | ABRX0408971 | ABRX0408972 | Article – William J Gradishar, "Albumin-Bound Nanoparticle Paclitaxel" | | | | |
| PX362 | ABRX0267306 | ABRX0267340 | | | | C | |
| PX363 | ABRX0287685 | ABRX0287727 | | | | | |
| PX364 | ABRX0499310 | ABRX0499403 | | | | S, R, H | |
| PX365 | ABRX0271271 | ABRX0271530 | SEC – American Pharmaceutical Partners, Inc | | | | |
| PX366 | ABRX0521737 | ABRX0521797 | | | | S, R, C, I, P | |
| PX367 | ABRX0149098 | ABRX0149182 | | | | | |
| PX368 | ABRX0525713 | ABRX0525942 | | 12/17/2001 | | P, I, C, U, M | |
| PX370 | ABRX0526577 | ABRX0526793 | | 9/7/1996 | | S, R, P, I, C, U, M | |

**REDACTED**

| Ex. No. | Beg. Bates No. | End Bates No. | Description[1] | Date | Depo. Ex. | Abrxs Obj. | Elan Obj. |
|---|---|---|---|---|---|---|---|
| **PX372** | ABRX0490597 | ABRX0490733 | | | | S, R, P, C, U, M | |
| **PX373** | ABRX0495072 | (to ending No) | | | | S, R, P, C, U, M | |
| **PX374** | ABRX0495463 | (to ending No) | | | | S, R, P, C, U, M | |
| **PX375** | ABRX0495470 | ABRX0495523 | | | | S, R, P, C, U, M | |
| **PX376** | ABRX0495524 | (to ending No) | | | | S, R, P, C, U, M | |
| **PX377** | ABRX0496239 | (to ending No) | | | | S, R, P, C, U, M | |
| **PX378** | ABRX0496263 | (to ending No) | | | | S, R, P, I, C, U, M | |
| **PX379** | ABRX0496803 | (to ending No) | | | | S, R, P, I, C, U, M | |
| **PX380** | ABRX0496953 | (to ending No) | | | | S, R, P, I, C, U, M | |
| **PX381** | ABRX0498123 | (to ending No) | | | | S, R, P, I, C, U, M, H | |
| **PX382** | ABRX0498272 | (to ending No) | | | | S, R, P, I, C, U, M | |
| **PX389** | ABRX0082462 | ABRX0082604 | | 08/24/2000 | | U, M, I, C | |
| **PX390** | ABRX0085836 | ABRX0085923 | | 08/20/2001 | | U, M, I, C | |
| **PX391** | ABRX0093703 | ABRX0093892 | | 08/20/2002 | | U, M, I, C | |
| **PX392** | ABRX0098655 | ABRX0098790 | | 08/25/2003 | | U, M, I, C | |
| **PX393** | ABRX0098945 | ABRX0099259 | | 10/20/2003 | | U, M, I, C | |
| **PX394** | ABRX0102470 | ABRX0102515 | | 04/13/2004 | | U, M, P, C | |
| **PX395** | ABRX0103647 | ABRX0103830 | | 08/11/2004 | | U, M, I, C | |
| **PX396** | ABRX0106026 | ABRX0106028 | | 06/30/2003 | | U, M, I | |
| **PX397** | ABRX0148693 | ABRX0148706 | | 03/07/2000 | | U, M, P | |

**REDACTED**

| Ex. No. | Beg. Bates No. | End Bates No. | Description | Date | Depo. Ex. | Abbt's Obj. | Elan Obj. |
|---|---|---|---|---|---|---|---|
| **PX398** | ABRX0148763 | ABRX0148776 | | 02/01/1995 | | U, M, P, I | |
| **PX399** | ABRX0148777 | ABRX0148796 | | 05/17/1996 | | U, M, P, I | |
| **PX400** | ABRX0148797 | ABRX0148856 | | 02/26/1996 | | U, M, P, I | |
| **PX401** | ABRX0148924 | ABRX0148945 | | 06/10/1996 | | U, M, P, I | |
| **PX402** | ABRX0148946 | ABRX0148996 | | 11/06/1996 | | U, M, P, I | |
| **PX403** | ABRX0149183 | ABRX0149227 | | 06/01/1993 | | U, M, P, I | |
| **PX404** | ABRX0149284 | ABRX0149361 | | 04/05/1996 | | U, M, P, I | |
| **PX405** | ABRX0149362 | ABRX0149443 | | 08/12/1996 | | U, M, P, I | |
| **PX406** | ABRX0149473 | ABRX0149481 | | 10/11/1995 | | U, M, P, I | |
| **PX407** | ABRX0151015.001 | ABRX0151026 | | 07/29/1998 | | U, M, P, I, C | |
| **PX408** | ABRX0153941 | ABRX0154098 | | 08/11/2005 | | U, M, I, C, R | |
| **PX409** | ABRX0154391 | ABRX0154391 | | 08/11/2004 | | U, M, I, C | |
| **PX410** | ABRX0154470 | ABRX0154475 | | 06/01/2003 | | U, M, R, I, C | |
| **PX411** | ABRX0154665 | ABRX0154665 | | 08/10/2006 | | U, M, I, C | |
| **PX412** | ABRX0154666 | ABRX0154954 | | 08/10/2006 | | U, M, R, I, C, P, X | |
| **PX413** | ABRX0154956 | ABRX0154961 | | 10/01/2003 | | U, M, R, C, P, X | |

REDACTED

| Ex. No. | Beg. Bates. No. | End Bates No. | Description | Date | Depo. Ex. | Abrxs Obj | Elan Obj |
|---|---|---|---|---|---|---|---|
| PX414 | ABRX0156827 | ABRX0157474 | [redacted] | 02/18/2003 | | U, M, C, P | |
| PX415 | ABRX0159699 | ABRX0160488 | [redacted] | 07/21/2003 | | U, M, C | |
| PX416 | ABRX0168607 | ABRX0168998 | [redacted] | | | U, M, C | |
| PX417 | ABRX0221356 | ABRX0221357 | [redacted] | 01/01/2000 | | U, M, C, P | |
| PX418 | ABRX0274113 | ABRX0274113 | [redacted] | 09/22/2006 | | U, M, I, X | |
| PX419 | ABRX0274491 | ABRX0274491 | [redacted] | 08/31/2006 | | U, M, I, X | |
| PX420 | ABRX0521992 | ABRX0522001 | [redacted] | 02/19/1999 | | U, M, P, C | |
| PX421 | ABRX0523479 | ABRX0523481 | [redacted] | 12/22/1995 | | U, M, I, X | |
| PX422 | ABRX0523482 | ABRX0523482 | [redacted] | 03/11/1996 | | U, M, I, X | |
| PX423 | ABRX0524602 | ABRX0524810 | [redacted] | 12/14/1994 | | U, M, I, P | |
| PX424 | ABRX0524811 | ABRX0525011 | [redacted] | 10/22/1995 | | U, M, I, P | |
| PX425 | ABRX0530624 | ABRX0530684 | [redacted] | | | U, M, I, C | |
| PX426 | ABRX0530685 | ABRX0530715 | [redacted] | 10/02/1997 | | U, M, C | |
| PX427 | ABRX0530716 | ABRX0530720 | [redacted] | 07/01/1998 | | U, M, C | |
| PX428 | ABRX0530721 | ABRX0530773 | [redacted] | | | U, M, I, X | |
| PX429 | ABRX0530774 | ABRX0530777 | [redacted] | 11/19/1997 | | U, M, P, I, X | |

REDACTED

| Ex No | Beg. Bates No. | End Bates No. | Description | Date | Depo Ex | Abrxs Obj. | Elan Obj. |
|---|---|---|---|---|---|---|---|
| PX430 | ABRX0530778 | ABRX0530796 | | | | U, M, P, I, X | |
| PX431 | ABRX0530802 | ABRX0530805 | | | | U, M, P, I | |
| PX432 | ABRX0530806 | ABRX0530813 | | | | U, M, P, I | |
| PX433 | ABRX0530814 | ABRX0530820 | | | | U, M, P, I | |
| PX434 | ABRX0530821 | ABRX0530825 | | | | U, M, P, I | |
| PX435 | ABRX0530865 | ABRX0530883 | | 03/19/2007 | | U, M, C, I, X, H | |
| PX436 | | | DI 128 | | | U, M, H, P | |
| PX452 | ABRX0498572 | (to ending No) | | | | U, M, S, R, P, C, X | |
| PX453 | ABRX0498745 | (to ending No) | | | | U, M, S, R, I, C, H, X | |
| PX454 | ABRX0499118 | (to ending No) | | | | U, M, S, R, P, C, H, X | |
| PX456 | ABRX0499736 | (to ending No) | | | | U, M, S, R, I, C | |
| PX457 | ABRX0515762 | ABRX0515864 | | | | U, M, S, R, C | |
| PX458 | ABRX0515914 | ABRX0515969 | | | | U, M, S, R, C, I | |
| PX459 | ABRX0520790 | ABRX0515795 | | | | U, M, S, R, C, I | |
| PX461 | ABRX0517309 | (to ending No) | | | | U, M, S, R, C, I | |
| PX462 | ABRX0517325 | (to ending No) | | | | U, M, S, R, C | |
| PX463 | ABRX0519627 | (to ending No) | | | | U, M, S, R, C, P, I | |
| PX464 | ABRX0519895 | (to ending No) | | | | U, M, S, R, C | |
| PX465 | ABRX0519988 | (to ending No) | | | | U, M, S, R, C | |
| PX466 | ABRX0520673 | (to ending No) | | | | U, M, S, R, C, I | |

REDACTED

| Ex No. | Beg Bates No. | End Bates No. | Description | Date | Depo Ex. | Abrxs Obj. | Elan Obj. |
|---|---|---|---|---|---|---|---|
| PX467 | ABRX0520902 | (to ending No) | | | | U, M, S, R, C, P, I | |
| PX468 | ABRX0521732 | (to ending No) | | | | U, M, S, I, R, P | |
| PX470 | ABRX0521798 | (to ending No) | | | | U, M, C | |
| PX471 | ABRX0521829 | (to ending No) | | | | U, M, C | |
| PX472 | ABRX0521834 | (to ending No) | | | | U, M, I, X | |
| PX473 | ABRX0521887 | (to ending No) | | | | U, M, P, I, X | |
| PX475 | ABRX0521923 | (to ending No) | | | | U, M, S, R, I, C, P | |
| PX476 | ABRX0521938 | (to ending No) | | | | U, M, S, R, I, P | |
| PX477 | ABRX0521941 | (to ending No) | | | | U, M, S, R, I | |
| PX478 | ABRX0521954 | (to ending No) | | | | U, M, S, R, P, I | |
| PX479 | ABRX0521961 | (to ending No) | | | | U, M, S, R, P, I | |
| PX480 | ABRX0521974 | (to ending No) | | | | U, M, S, R, P, I | |
| PX481 | ABRX0525022 | (to ending No) | | | | U, M, S, R, P, I | |
| PX483 | ABRX0525338 | (to ending No) | | | | U, M, S, R, I, C | |
| PX484 | ABRX0525488 | (to ending No) | | | | U, M, S, R, I, C | |
| PX486 | ABRX0526794 | (to ending No) | | | | U, M, S, R, I, C | |
| PX488 | ABRX0533584 | ABRX0533823 | | | | U, M, S, R, P, I, C | |
| PX489 | ABRX0527474 | ABRX0527811 | | | | U, M, R, I, P | |
| PX491 | | | Exhibit D of BrittainOpening Report Literature The Crystalline State,Bragg et al | | | U, M, H, X | |
| PX492 | | | Exhibit E of BrittainOpening Report Literature Applied X-Rays, Clark | | | U, M, H, X | |
| PX493 | | | Exhibit J of BrittainOpening Report Literature Stability of Protein Pharmacology, Tim Ahern and Marc Manning | | | U, M, I, H | |

| Ex. No. | Beg Bates No. | End Bates No. | Description[1] | Date | Depo. Ex. | Abrxs Obj. | Elan Obj. |
|---|---|---|---|---|---|---|---|
| PX494 | | | Exhibit L of BrittainOpening Report Literature Preparation and Charcterization of Paclitaxel Un-Sook Gi | | | U, M, R, I, H | |
| PX495 | | | Exhibit M of BrittainOpening Report Literature Merck Index Taxol | | | U, M, H, C | |
| PX496 | | | Exhibit N of BrittainOpening Report Literature Merck Index Paclitaxel | | | U, M, H, C | |
| PX497 | | | Exhibit O of BrittainOpening Report USP Dictionary 2002 USP | | | U, M, H, C | |
| PX498 | | | Exhibit C of Taft Opening Report Table Toxicity Results | | | U, M, H, I, C, P | |
| PX499 | | | Exhibit D of Taft Opening Report Table Toxicity Results | | | U, M, H, I, C, P | |
| PX500 | | | Exhibit E of Taft Opening Report Efficacy Endpoints | | | U, M, H, I, C, P | |
| PX501 | | | Exhibit F of Taft Opening Report Wayne State University Efficacy Endpoint | | | U, M, H, I, C, P | |
| PX502 | | | Exhibit G of Taft Opening Report CTRC Results: Efficacy Endpoint | | | U, M, H, I, C, P | |
| PX503 | | | Exhibit 2 of ManiarRebuttal Report Toxicology and Safety Assessment | | | U, M, H, I, X | |
| PX504 | | | Exhibit 3 of ManiarRebuttal Report Oncology Tools | | | U, M, H, I, X | |
| PX505 | | | Exhibit 4 of ManiarRebuttal Report Adriamycin Drug Substance Profile | | | U, M, H, I | |
| PX506 | | | Exhibit 5 of ManiarRebuttal Report DaunoXome | | | U, M, H, I, H | |
| PX507 | | | Exhibit 6 of ManiarRebuttal Report Nanoparticles as microcarriers Couvreur et al | | | U, M, I, H | |
| PX508 | | | Exhibit 7 of ManiarRebuttal Report Studies of Myelosuppressive Activity of Doxorubicin entrapped in liposome Bally et al | | | U, M, I, H | |
| PX509 | | | Exhibit 8 of ManiarRebuttal Report Guidance for Industry | | | U, M, I, H | |
| PX510 | | | Exhibit 9 of ManiarRebuttal Report Guidance for Indusry-single dose acute toxicology | | | U, M, I, H | |

| Ex No. | Beg Bates No. | End Bates No. | Description | Date | Depo Ex. | Abrxs Obj. | Elan Obj. |
|---|---|---|---|---|---|---|---|
| **PX511** | | | Exhibit 10 of ManiarRebuttal Report Cross-Reactivity Among Drugs | | | U, M, I, H | |
| **PX512** | | | Exhibit 11 of ManiarRebuttal Report Critical Evalulation of Acute Cardiopulmonary Toxicology of Microspheres | | | U, M, I, H | |
| **PX513** | | | Exhibit 12 of ByrnRebuttal Report Merck Index-methotrexate | | | U, M, I, H | |
| **PX514** | | | Exhibit 11 of ByrnRebuttal Report Colloidal dispersions chapter | | | U, M, I, H | |
| **PX515** | | | Exhibit 6 of ByrnRebuttal Report Cancer Research Article Lin et al | | | U, M, I, H | |
| **PX516** | BERKLAND0000025 | BERKLAND0000057 | Article - David 1 W Grant, Theory and Origin of Polymorphism | | | U, M, H | |
| **PX517** | BERKLAND0000058 | BERKLAND0000139 | Article - R W James, The Optical Principles of the Fraction of X-Rays, Chapt X (1982) | | | U, M, R, H | |
| **PX518** | BERKLAND0000163 | BERKLAND0000170 | Article-"Crystal structure of human serum albumin " | | | U, M, I, H | |
| **PX519** | BRITTAIN0001508 | BRITTAIN0001534 | Article - Remington's Pharmaceutical Sciences | | | U, M, H | |
| **PX520** | BRITTAIN0001791 | BRITTAIN0001807 | Article - "Analysis of Amorphous and Nanocrystalline Solids " | | | U, M, H | |
| **PX521** | BRITTAIN0001808 | BRITTAIN0001814 | Article - "Binding studies of taxanes to human serum albumin by bioaffinity chromatography and circular dichroism" | | | U, M, I, H | |
| **PX522** | BRITTAIN0002232 | BRITTAIN0002237 | Article - "Solid-State Characterization of Paclitaxel" | | | U, M, H | |
| **PX523** | BYRN0000461 | BYRN0000466 | Article - "The Crystalline State" | | | U, M, H, X | |
| **PX524** | ELANP0001124 | ELANP0001135 | European Patent Application EP0262560 (Kondo) | | | U, M | |
| **PX525** | ELANP0007307 | ELANP0007471 | Laboratory Notebook 721 (Elaine Merisko) | | | U, M, H, I | |
| **PX526** | ELANP0016045 | ELANP0016244 | Laboratory Notebook No 5470 (N Peltier) | | | U, M, H, I | |
| **PX527** | ELANP0017758 | ELANP0017994 | Laboratory Notebook 3237 (Joe Bruno) | | | U, M, H, A, R | |

| Ex No. | Beg Bates No. | End Bates No. | Description[1] | Date | Depo Ex | Abrxs Obj | Elan Obj |
|---|---|---|---|---|---|---|---|
| **PX528** | ELANP0319127 | ELANP0319132 | Declaration - Gary G Liversidge | | | U, M, H, I | |
| **PX529** | ELANP0319133 | ELANP0319157 | Declaration - John R Minter | | | U, M, H, I | |
| **PX530** | ELANP0319158 | ELANP0319164 | Declaration - Kenneth W Norton | | | U, M, H, I | |
| **PX531** | ELANP0319165 | ELANP0319167 | Declaration - Domenic Santilli | | | U, M, H, I | |
| **PX532** | MANIAR0000369 | MANIAR0000373 | Article - "Critical Evaluation of Acute Cardiopulmonary Toxicity of Microspheres" | | | U, M, H, I | |
| **PX533** | MANIAR0000961 | MANIAR0000972 | Article - "Guidance for Industry" | | | U, M, H, I | |
| **PX534** | Page 1 | Page 5 | Letter – Karen Keller to Chief Judge Sleet | 01/09/2008 | | Reserved[2] | |
| **PX535** | | | SEC - Abraxis BioScience, Inc 10 2007 | 08/09/2007 | | Reserved | |
| **PX536** | | | SEC - Abraxis BioScience, Inc 8K 2008 | 03/31/2008 | | Reserved | |
| **PX537** | | | SEC - Abraxis BioScience, Inc 10K 2007 | 03/31/2008 | | Reserved | |
| **PX538** | | | Press release – APP Pharmaceuticals Launches Cefepime Hydrochloride for Injection | 03/25/2008 | | Reserved | |
| **PX539** | ELANP0005371 | ELANP0005383 | Patent Declaration of Professor Michael Edward Aulton (effective particle size) | 05/11/2006 | | Reserved | |
| **PX540** | ELANP0247524 | ELANP0247576 | Presentation - Your Partner of Choice in Drug Optimization, Scale Up and Manufacturing | | | Reserved | |
| **PX541** | ELANP0001504 | ELANP0001510 | US Patent Application 647,105 Rule 132 Declaration, Eugene Cooper (Jan 25, 1991) | 01/25/1991 | | Reserved | |
| **PX542** | ELANP0000964 | ELANP0000979 | US Patent No 4,826,689 (Violanto et al) | 05/02/1989 | | Reserved | |
| **PX543** | ELANP0304860 | ELANP0304878 | Declaration of Karen J Lewis | | | Reserved | |
| **PX544** | ELANP0216843 | ELANP0216844 | "Albumin" | | | Reserved | |
| **PX545** | ELANP0153933 | ELANP0153935 | Experiment - Roller Milling of 10% Taxol with 5% | 01/24/1996 | | Reserved | |

[2] Abraxis reserves all objections to Elan Exhibits PX534 and above. These exhibits were neither identified nor provided to Abraxis in time for Abraxis to object before the submission of the proposed joint pre-trial order.

| Ex No. | Beg Bates No. | End Bates No. | Description | Date | Depo Ex. | Abr's Obj. | Elan Obj. |
|---|---|---|---|---|---|---|---|
| | | | Tyloxapol | | | | |
| **PX546** | TAFT0003959 | TAFT0004001 | Presentation - "NanoCrystal Technology" | | | Reserved | |
| **PX547** | ELANP0153966 | ELANP0153973 | Experimental Data - Particle Size Distribution of Taxol Nanoparticles | 03/01/1996 | | Reserved | |
| **PX548** | ELANP0153958 | ELANP0153965 | Experimental Data - Particle Size Distribution of Taxol Nanoparticles | 02/27/1996 | | Reserved | |
| **PX549** | ELANP0153950 | ELANP0153957 | Experimental Data - Particle Size Distribution of Taxol Nanoparticles | 02/23/1996 | | Reserved | |
| **PX550** | ELANP0304841 | ELANP0304859 | Declaration of Karen J Lewis | | | Reserved | |
| **PX551** | ELANP0018718 | ELANP0018719 | Chart - "Contamination Levels from Bead Washing" | 1/11/1995 | | Reserved | |
| **PX552** | ELANP0085251 | ELANP0085255 | Presentation excerpt - "Polymeric Grinding Media for Milling" | 12/00/1993 | | Reserved | |
| **PX553** | ELANP0140071 | ELANP0140072 | Internal Memo - "Pharmaceutical Acceptability of Nanoparticle Product Contamination" | 01/01/1994 | | Reserved | |
| **PX554** | ELANP0122151 | ELANP0122274 | Article - "Particle & Powder Characterization: Particle Analysis Standardization System" | | | Reserved | |
| **PX555** | ELANP0117909 | ELANP0117928 | Presentation-Oncology Program Review | | | Reserved | |
| **PX556** | ELANP0092608 | ELANP0092611 | Internal Memo - "Draft minutes of Nanoparticles for oral meeting" | 09/10/1990 | | Reserved | |
| **PX557** | ELANP0093077 | ELANP0093080 | Internal Memo - "2/28/91 meeting excerpts" | 02/28/1991 | | Reserved | |
| **PX558** | ELANP0093016 | ELANP0093020 | Internal Memo - "Nano Meeting Minutes | 04/02/1991 | | Reserved | |
| **PX559** | ELANP0306413 | ELANP0306426 | Presentation - "Elan Pharmaceutical Technologies" | | | Reserved | |
| **PX560** | ELANP0291054 | ELANP0291054 | Email - Elaine Liversidge to Steve Ruddy re About the Company | 01/31/2005 | | Reserved | |
| **PX561** | ELANP0083006 | ELANP0083006 | October 31, 1995 letter to Tom Corbett | 10/31/1995 | | Reserved | |
| **PX562** | ELANP0083097 | ELANP0083099 | March 20, 1995 letter to Tom Corbett | 03/20/1995 | | Reserved | |
| **PX563** | ELANP0083152 | ELANP0083153 | April 29, 1996 | 04/29/1996 | | Reserved | |

| Ex. No. | Beg. Bates No. | End Bates No. | Description | Date | Depo. Ex. | Abrx's Obj. | Elan Obj. |
|---|---|---|---|---|---|---|---|
| **PX564** | ELANP0298370 | ELANP0298380 | Pharma Development | 09/26/2001 | | Reserved | |
| **PX565** | ELANP0209981 | ELANP0209982 | Chart-Paclitaxel/Amino Acid feasibility formulations | | | Reserved | |
| **PX566** | ELANP0312830 | ELANP0312832 | Summary of BMS Efficacy Data | 09/25/1996 | | Reserved | |
| **PX567** | ELANP0314591 | ELANP0314591 | Email - Elaine Liversige to Jain Rajeev et al re Nanoparticle Paclitaxel | 08/01/2003 | | Reserved | |
| **PX568** | ELANP0066193 | ELANP0066392 | Laboratory Notebook 5520(Nancy Peltier) | | | Reserved | |
| **PX569** | ELANP0092478 | ELANP0092484 | Memo - "Background Material for April 20th Meeting" | 10/06/1989 | | Reserved | |
| **PX570** | ELANP0096321 | ELANP0096520 | Laboratory Notebook 5597(Nancy Peltier) | 10/31/1998 | | Reserved | |
| **PX571** | ELANP0092643 | ELANP0092643 | Email - John Bishop to Ken Cundy et al re x-ray diffraction | 09/17/1990 | | Reserved | |
| **PX572** | ELANP0083066 | ELANP0083066 | Shelf Stability of 3/6/95 Efficacy Samples | 03/06/1995 | | Reserved | |
| **PX573** | ELANP0083067 | ELANP0083067 | Page 2 of Shelf Stability of 3/6/95 Efficacy Samples | 03/24/1995 | | Reserved | |
| **PX574** | ELANP0082999 | ELANP0082999 | Letter of 11/29/95 to Tom Corbett re piposulfan w/ Tween/Span | 11/29/1995 | | Reserved | |
| **PX575** | ELANP0144337 | ELANP0144338 | Letter of 4/29/1996 to T Corbett re piposulfan formulation | 04/29/1996 | | Reserved | |
| **PX576** | ELANP0017352 | ELANP0017355 | Various memo and letters re etoposide formulations | 01/13/1993 | | Reserved | |
| **PX577** | ELANP0137259 | ELANP0137300 | Presentation - Larry Sternson; NanoSystems Elan | | | Reserved | |
| **PX578** | ELANP0002654 | ELANP0002710 | Manual - horiba Laser scattering particle size distribution analyzer | | | Reserved | |
| **PX579** | ELANP0247578 | ELANP0247590 | Presentation - Drug Optimization technology platforms | | | Reserved | |
| **PX580** | ELANP0217663 | ELANP0217702 | Presentation - IIR Conference Jan 24-26, 2000 | 01/24/2000 | | Reserved | |
| **PX581** | ELANP0207883 | ELANP0207899 | Presentation - Combining Nanoparticles with Controlled Release Technology | | | Reserved | |
| **PX582** | ELANP0036426 | ELANP0036463 | Article - "Particle Size Reduction" by Michael Shaw, et al | | | Reserved | |
| **PX583** | ELANP0007029 | ELANP0007032 | Memo - "Nanoparticulate Oncology Agents: Proposed | 02/12/1992 | | Reserved | |

REDACTED

| Ex. No. | Beg. Bates No. | End Bates No. | Description[1] | Date | Depo. Ex. | Abrax. Obj. | Elan Obj. |
|---|---|---|---|---|---|---|---|
| | | | Action Plan for Etoposide" | | | | |
| **PX584** | ELANP0005088 | ELANP0005113 | Article - Chp 2 Milling from The Theory and Practice of Industrial Pharmacy | | | Reserved | |
| **PX585** | ELANP0306185 | ELANP0306243 | Presentation - CBI Conference July 2000 | 07/01/2000 | | Reserved | |
| **PX586** | ELANP0306244 | ELANP0306265 | Presentation - Overview of Elan Corp | | | Reserved | |
| **PX587** | ABRX0536683 | | Video - nab Technology | | | Reserved | |
| **PX588** | ABRX0043138 | ABRX0043141 | Article - Pharmacology & Toxicology of Cremophor EL | 05/01/1994 | | Reserved | |
| **PX589** | ABRX0073220 | ABRX0073228 | Article - drawbacks of Cremophor EL | 02/26/2001 | | Reserved | |
| **PX590** | ABRX0152977 | ABRX0152977 | [REDACTED] | 03/18/2003 | | Reserved | |
| **PX591** | ABRX0152978 | ABRX0152978 | [REDACTED] | 03/18/2003 | | Reserved | |
| **PX592** | ABRX0219835 | ABRX0219865 | Article - Gradishar et al, "Superior Efficacy of Albumin-Bound..." | 11/01/2005 | | Reserved | |
| **PX593** | ABRX0221157 | ABRX0221167 | US Patent 5,560,933 ('933 patent) | 10/01/1996 | | Reserved | |
| **PX594** | ABRX0221230 | ABRX0221246 | US Patent 6,096,331 ('331 patent) | 08/01/2000 | | Reserved | |
| **PX595** | ABRX0222035 | ABRX0222062 | [REDACTED] | | | Reserved | |
| **PX596** | ABRX0225531 | ABRX0225533 | [REDACTED] | 02/26/2007 | | Reserved | |
| **PX597** | ABRX0267985 | ABRX0268024 | [REDACTED] | 02/22/2007 | | Reserved | |
| **PX598** | ABRX0509162 | ABRX0509169 | [REDACTED] | 01/01/2004 | | Reserved | |
| **PX601** | ABRX0150186 | ABRX0150187 | [REDACTED] | 02/07/2003 | | Reserved | |
| **PX602** | ABRX0265868<br>ABRX0266793 | ABRX0265869<br>ABRX0266798 | [REDACTED] | | | Reserved | |
| **PX603** | ABRX0151624.001<br>ABRX0152939 | ABRX0151631<br>ABRX0152945 | [REDACTED] | 10/18/2002 | | Reserved | |
| **PX604** | ABRX0150201 | ABRX0150205 | [REDACTED] | 10/29/2002 | | Reserved | |

REDACTED

| Ex. No. | Beg. Bates. No. | End Bates No. | Description | Date | Depo. Ex. | Abrxs Obj. | Elan Obj. |
|---|---|---|---|---|---|---|---|
| **PX605** | ABRX0150211 | ABRX0150214 | [REDACTED] | | | Reserved | |
| **PX606** | ABRX0149614.001<br>ABRX0150227<br>ABRX0150301<br>ABRX0150978<br>ABRX0152927<br>ABRX0152930<br>ABRX0150999<br>ABRX0150377<br>ABRX0151622<br>ABRX0152979<br>ABRX0150382<br>ABRX0150372 | ABRX0149614.004<br>ABRX0150227<br>ABRX0150301<br>ABRX0150983<br>ABRX0152927<br>ABRX0152930<br>ABRX0151009<br>ABRX0150381<br>ABRX0151624<br>ABRX0152981<br>ABRX0150382<br>ABRX0150376 | [REDACTED]<br>p16<br>p16<br>pp50-55<br>p56<br><br>pp58-68<br>pp64-68<br>pp69-71<br>pp69-71<br>p74<br>pp75-79 | 05/18/2004 | | Reserved | |
| **PX607** | ABRX0522669 | ABRX0522698 | [REDACTED] | 05/18/2004 | | Reserved | |
| **PX609** | ABRX0220069 | | Article – "Intraarterial Chemotherapy withPolyoxyethylated Castor Oil Free Paclitaxel, Incorporated in Albumin Nanoparticles (ABI-007) | | | Reserved | |
| **PX610** | ABRX0220073 | | Article – "A Novel Intraarterial Chemotherapy Using Paclitaxel in Albumin Nanoparticles . . ." | | | Reserved | |
| **PX611** | ABRX0300385 | ABRX0300433 | [REDACTED] | 09/07/2006 | | Reserved | |
| **PX612** | ABRX0220076 | | Article – "QA" | | | Reserved | |
| **PX613** | ABRX0220077 | | Article – "Comparitive Preclinical and Clinical Pharmacokinetics . . ." | | | Reserved | |
| **PX614** | ABRX0220079 | | Article – "Multicenter Phase II Trial of ABI-007 . . ." | | | Reserved | |
| **PX615** | ABRX0220081 | | Article - "Phase I and Pharmacokinetic Study of ABI-007, a Cremophor-free, Protein-stabilized, Nanoparticle Formulation of Paclitaxel" | | | Reserved | |
| **PX616** | ABRX0220083 | | Article – "Phase I and Pharmacokinetic Study of ABI-007 . . ." | | | Reserved | |
| **PX617** | ABRX0220084 | | Article – "Phase III Trial of Nanoparticle Albumin-Bound Paclitaxel . . ." | | | Reserved | |

REDACTED

| Ex. No. | Beg. Bates No. | End Bates No. | Description | Date | Depo. Ex. | Abrxs Obj | Elan Obj |
|---|---|---|---|---|---|---|---|
| **PX618** | ABRX0537649 | ABRX0537673 | [redacted] | | | Reserved | U |
| **PX620** | ABRX0533273 | ABRX0533343 | [redacted] | | | Reserved | |
| **PX625** | ELANP0037228 | ELANP0037307 | Licnese - Fournier | | | Reserved | |
| **PX626** | ABRX0533177 | ABRX0533272 | [redacted] | | | Reserved | |
| **PX627** | ABRX-NYCO0000003 | ABRX-NYCO0000027 | License – Kodak and Nycomed | | | Reserved | |
| **PX628** | ABRX-IMCOR0000069 | ABRX-IMCOR0000097 | License – General Hospital Corp. and Photogen | | | Reserved | |
| **PX629** | ABRX-ROCHE0000028 | ABRX-ROCHE0000079 | License – Elan and Roche | | | Reserved | |
| **PX630** | ELANP0036757 | ELANP0036814 | License – NanoSystems and American Home Products | | | Reserved | |
| **PX631** | ELANP0036570 | ELANP0036633 | License – NanoSystems and American Home Products | | | Reserved | |
| **PX632** | ELANP0036634 | ELANP0036697 | License – NanoSystems and American Home Products | | | Reserved | |
| **PX633** | ELANP0036553 | ELANP0036564 | License – Elan and Wyeth | | | Reserved | |
| **PX634** | ELANP0036565 | ELANP0036569 | License – Elan and Wyeth | | | Reserved | |
| **PX635** | ELANP0316305 | ELANP0316349 | License – Elan and Janssen | | | Reserved | |
| **PX636** | ELANP0316350 | ELANP0316381 | License – Elan and Vertex | | | Reserved | |
| **PX637** | ELANP0316396 | ELANP0316421 | License – Elan and Vertex | | | Reserved | |
| **PX638** | ELANP0037985 | ELANP0038022 | License – Elan and Par | | | Reserved | |
| **PX639** | ELANP0037425 | ELANP0037467 | License – Elan and Fournier | | | Reserved | |
| **PX640** | ELANP0037398 | ELANP0037424 | License – Elan and Fournier | | | Reserved | |
| **PX641** | ELANP0038062 | ELANP0038093 | License – Elan and Par | | | Reserved | |
| **PX642** | ELANP0038094 | ELANP0038117 | License – Elan and Par | | | Reserved | |
| **PX643** | ELANP0036962 | ELANP0036964 | License – Elan and Aventis | | | Reserved | |

HOU03:1153339

| Ex. No. | Beg. Bates No. | End Bates No. | Description[1] | Date | Depo. Ex. | Abrxs Obj. | Elan Obj. |
|---|---|---|---|---|---|---|---|
| **PX644** | JAROSZ0013928 | JAROSZ0014216 | Exhibits to Jarosz Expert Report | | | Reserved | |
| **DX001** | | | Rule 1006 summary of the following documents:<br><br>ELANP0211377<br>ELANP0259004-ELANP0259005, at ELANP0259004<br>ELANP0262602-ELANP0262603, at ELANP0262603<br>ELANP0262602-ELANP0262603, at ELANP0262602<br>ELANP0262602-ELANP0262603, at ELANP0262603<br>ELANP0160892-ELANP0160900, at ELANP0160894<br>ELANP0199572-ELANP0199617, at ELANP0199617<br>ELANP0259925-ELANP0259948, at ELANP0259936<br>ELANP0299341<br>ELANP0314755-ELANP0314843, at ELANP0314791<br>ELANP0300541-ELANP0300608, at ELANP0300584<br>ELANP0215797-ELANP0215805, at ELANP0215801<br>ELANP0305762-ELANP0305768<br>ELANP0306002-ELANP0306020, at ELANP0306014 | | | | Argumentative (403) as to the title<br>D<br>L (602)<br>Opinion (702, 703)<br>H (802)<br>P (403) |
| **DX002** | | | Rule 1006 summary of the following documents:<br><br>ELANP0092599-ELANP0092601<br>Serial No. 07/647,105, 11/18/1991 Amendment, p. 6<br>Serial No. 07/647,105, 11/18/1991 Amendment, p. 9<br>Serial No. 07/908,125, 10/29/92 Information Disclosure Statement Pursuant to 37 C.F.R. 1.97-1.99, p. 3<br>ELANP0262602-ELANP0262603, at ELANP0262603<br>ELANP0297171-ELANP0297172, at ELANP0297172<br>ELANP0146226-ELANP0146228, at ELANP0146227 | | | | Argumentative (403) as to the title<br>D<br>P (403)<br>C<br>X as to incomplete statements, Rule of completeness (403)<br>Opinion (702, 703)<br>H (802) |
| **DX003** | | | Rule 1006 summary of the following documents:<br><br>ELANP0031526-ELANP0031568, at ELANP0031527<br>ELANP0031526-ELANP0031568, at ELANP0031566<br>ELANP0295422-ELANP0295494, at ELANP0295466<br>ELANP0262602-ELANP0262603, at ELANP0262602<br>ELANP0305762-ELANP0305768 | | | | Argumentative (403) as to the title<br>D<br>P (403)<br>X incomplete statements as to summary, Rule of |

| Ex. No. | Beg. Bates No. | End Bates No. | Description | Date | Depo Ex. | Abrx's Obj | Elan Obj |
|---|---|---|---|---|---|---|---|
| | | | | | | | Completeness (403)<br>Opinion (702, 703)<br>W (privileged) |
| **DX004** | | | Rule 1006 Summary of the following document:<br><br>MUNSON00002203 | 00/00/2007 | | | Argumentative (403) as to the title<br>P (403)<br>A (901)<br>D<br>I (402)<br>Opinion (702, 703)<br>H (802)<br>R (foundation) |
| **DX005** | | | Rule 1006 summary of the following documents:<br><br>'363 patent<br>'684 patent<br>Serial No. 07/908,125, 10/29/1992 Information Disclosure Statement Pursuant to 37 CFR 1.97-1.99, p. 2<br>Serial No. 07/908,125, 9/13/1993 Information Disclosure Statement Pursuant to 37 C.F.R. 1.97-1.99, p. 2<br>Serial No. 07/647,105, 11/18/1991 Amendment, p. 15<br>Serial No. 07/647,105, 11/18/1991 Amendment, p. 16<br>EP App. No. 92200153.2, 3/17/1997 Response, p. 8 | | | | Argumentative (403) as to the title<br>P (403)<br>D<br>X incomplete statements as to summary, Rule of Completeness (403) |
| **DX006** | | | Rule 1006 summary of the following documents:<br><br>'363 patent<br>'684 patent<br>Serial No. 07/908,125, 10/29/92 Information Disclosure Statement Pursuant to 37 C.F.R. 1.97-1.99, p. 3<br>Serial No. 07/908,125, 9/13/1993 Amendment, p. 4<br>Serial No. 07/908,125, 9/13/1993 Amendment, Rule 132 Declaration by Gary G. Liversidge, signed 9/8/93, p. 2<br>Serial No. 07/647,105, 11/18/1991 Amendment, p. 6<br>Serial No. 07/647,105, 11/18/1991 Amendment, p. 14 | | | | Argumentative (403) as to the title<br>D<br>P (403)<br>X incomplete statements as to summary, Rule of Completeness (403) |

| Ex. No. | Beg. Bates No. | End Bates No. | Description | Date | Depo Ex. | Abraxis Obj. | Elan Obj. |
|---|---|---|---|---|---|---|---|
| | | | Serial No. 07/647,105, 11/18/1991 Amendment, Rule 132 Declaration of Eugene Cooper, signed 11/13/91, p. 2<br>EP App. 92200153.2, 3/17/97 Response, p. 6<br>EP App. 92200153.2, 3/17/97 Response, p. 9 | | | | |
| **DX007** | | | Rule 1006 summary of the following documents:<br><br>'363 patent<br>'684 patent<br>Serial No. 07/908,125, 9/13/1993 Amendment, p. 4<br>EP App. No. 93201883.1, 4/30/1998 Observations and Amendments, p. 6<br>Serial No: 07/647,105, 11/18/1991 Amendment, p. 7<br>Serial No. 07/647,105, 11/18/1991 Amendment, p. 9<br>EP App. 92200153.2, 3/17/97 Response, p. 7<br>EP 0499299, 9/13/2005 Proprietor's Response to Opponent's Submission, p. 8<br>EP 0499299, 10/19/2005 Proprietor's Response to Opponent's Submission, p. 15 | | | | Argumentative (403) as to the title<br>D<br>P (403)<br>I (402)<br>C<br>X incomplete statements as to summary, Rule of Completeness (403) |
| **DX008** | | | Rule 1006 summary of the following documents:<br><br>'363 patent<br>'684 patent<br>Serial No. 07/908,125, 9/13/1993 Amendment, p. 6<br>Serial No. 07/647,105, 11/18/1991 Amendment, p. 9<br>Serial No. 07/647,105, 11/18/1991 Amendment, p. 17 | | | | Argumentative (403) as to the title<br>D<br>P (403)<br>X incomplete statements as to summary, Rule of Completeness (403) |
| **DX009** | | | Rule 1006 summary of the following documents:<br><br>ABRX-MERK 159-216<br>ELANP37308-397<br>ELANP36570-633<br>ELANP36698-756<br>ELANP36656-569<br>JAROSZ10443-482<br>ELANP38023-061 | | | | Argumentative (403) as to the title<br>D<br>P (403)<br>I (402)<br>X incomplete statements as to summary, Rule of Completeness (403) |

REDACTED

| Ex. No. | Beg. Bates No. | End Bates No. | Description | Date | Depo. Ex. | Abrxs Obj | Elan Obj |
|---|---|---|---|---|---|---|---|
| **DX013** | | | Rule 1006 summary of the following documents:<br><br>ELANP314471-522<br>ABRX-ROCHE182-224<br>ABRX-ROCHE28-79<br>ELANP36965-010<br>ELANP36962-964<br>ELANP316166-226<br>ABRX-ENTRA 2-48<br>ELANP37651-704 | | | | Argumentative (403) as to the title<br>D<br>P (403)<br>X incomplete statements as to summary, Rule of Completeness (403) |
| **DX014** | ABRX0000001 | ABRX0000010 | United States Patent No. 5,145,684 - Liversidge et al. | 09/08/1992 | | | |
| **DX015** | ABRX0000020 | ABRX0000029 | United States Patent No. 5,834,025 - de Garavilla et al. | 11/10/1998 | | | |
| **DX020** | ABRX0000555 | ABRX0000570 | United States Patent No. 4,826,689 - Violante et al. | 05/02/1989 | | | |
| **DX021** | ABRX0000796 | ABRX0000821 | Abraxane for Injectable Suspension (paclitaxel protein-bound particles for injectable suspension) | 01/07/2005 | | | |
| **DX022** | ABRX0000826 | ABRX0000835 | Abraxane Administration Guide | | | | |
| **DX023** | ABRX0000836 | ABRX0000931 | American Pharmaceutical Partners Inc./DE/ - Form 10-K | 12/31/2004 | | | |
| **DX024** | ABRX0000932 | ABRX0001035 | American Pharmaceutical Partners Inc./DE/ - Form 10-K | 12/31/2005 | | | |
| **DX025** | ABRX0001036 | ABRX0001139 | Abraxis BioScience, Inc. - Form 10-K/A | 12/31/2005 | | | |
| **DX027** | ABRX0003134 | ABRX0003167 | United States Patent No. 4,498,421 - Grinstaff et al. | 03/12/1996 | | | I (402), H (802), P (403), M |
| **DX029** | ABRX0003185 | ABRX0003203 | United States Patent No. 6,506,405 B1 - Desai et al. | 01/14/2003 | | | I (402), H (802), P (403), M |
| **DX030** | ABRX0003204 | ABRX0003223 | United States Patent No. 6,537,579 B1 - Desai et al. | 03/25/2003 | | | I (402), H (802), P (403), M |
| **DX031** | ABRX0003224 | ABRX0003250 | United States Patent No. 6,749,868 B1 - Desai et al. | 06/15/2004 | | | I (402), H (802), P (403), M |
| **DX032** | ABRX0003251 | ABRX0003268 | United States Patent No. 6,753,006 B1 - Desai et al. | 06/22/2004 | | | I (402), H (802), P (403), M |
| **DX033** | ABRX0070230 | ABRX0070231 | [REDACTED] | | | | X (403) |

REDACTED

| Ex. No. | Beg. Bates No. | End Bates No. | Description | Date | Depo Ex. | Auth. Obj. | Dist. Obj. |
|---|---|---|---|---|---|---|---|
| DX034 | ABRX0070233 | ABRX0070327 | Abraxane (nab paclitaxel) for Injectable Suspension | 02/03/2004 | | | |
| DX040 | ABRX0150543.001<br>ABRX0150544 | ABRX0150543.003<br>ABRX0150564 | [redacted] | 03/21/2003<br>09/24/2003 | | | R (multiple docs)(403), X (403) |
| DX041 | ABRX0151402 | ABRX0151416 | [redacted] | 03/21/2002 | | | R (multiple docs), H (802) as to Memorandum from E. Gresham and Micron Inc. Analytical Services Report. X (403) |
| | ABRX0151417<br>ABRX0151449<br>ABRX0151479<br>ABRX0151512<br>ABRX0151526<br>ABRX0151527<br>ABRX0153298<br>ABRX0153315<br>ABRX0153316<br>ABRX0153101 | ABRX0151448<br>ABRX0151478<br>ABRX0151511<br>ABRX0151525<br>ABRX0151535<br>ABRX0153315<br>ABRX0153347<br>ABRX0153120 | [redacted] | 03/28/2002<br>06/21/2002<br>10/21/2002<br>12/13/2002<br>01/14/2003<br>02/27/2006<br>04/21/2006 | | | |
| DX042 | ABRX0151935 | ABRX0151966 | [redacted] | 00/00/2002 | | | |
| DX043 | ABRX0151386 | ABRX0151589 | [redacted] | 03/25/2003 | | | X (403) |
| DX045 | ABRX0151591 | ABRX0151595 | [redacted] | 03/31/2003 | | | X (403) |
| | ABRX0153624 | ABRX0153666 | | 02/12/2003 | | | |
| DX046 | ABRX0166835 | ABRX0166860 | Abraxane for Injectable Suspension (paclitaxel) protein-bound particles for injectable suspension | 01/00/2007 | | | |
| DX047 | ABRX0166862<br>ABRX0166866 | ABRX0166865<br>ABRX0166891 | [redacted] | | | | |
| DX049 | ABRX0168256 | ABRX0168257 | Article - Desai et al., "Evidence of Greater tumor and red cell partitioning and superior antitumor activity of Cremophore free nanoparticle paclitaxel (ABI-007) compared to taxol" | 12/04/2003 | | | H (802), R (illegible) as to second page |

HOU03:1153339

REDACTED

| Ex No. | Beg Bates No. | End Bates No. | Description[1] | Date | Depo Ex | Abrxs Obj | Elan Obj |
|---|---|---|---|---|---|---|---|
| DX050 | ABRX0168408<br>ABRX0168411 | ABRX0168410<br>ABRX0168483 | [redacted] | | | | H (802), M; Opinion 702 R (multiple docs) |
| DX051 | ABRX0219640 | ABRX0219651 | Article - Gradishar et al., "Superior Efficacy of Albumin-Bound Paclitaxel, ABI-007, Compared With Polyethylated Castor Oil-Based Paclitaxel in Women With Metastatic Breast Cancer: Results of a Phase III Trial | 11/01/2005 | | | H(802); Opinion (702); I (402) |
| DX052 | ABRX0220095 | ABRX0220095 | Poster - SPARC Expression in Breast Tumors May Correlate to Increased Tumor Distribution of Paclitaxel Albumin Nanoparticles (ABI-007) vs Taxol | | | | H (802), I (402), Opinion (702,703) |
| DX053 | ABRX0220101 | ABRX0220101 | Poster - Enhanced Efficacy and Safety of Nanoparticle Albumin-bound *nab*-Docetaxel versus Taxotere | | | | H (802), I (402), P |
| DX054 | ABRX0220106 | ABRX0220106 | Poster - Improved Effectiveness of Abraxane vs Taxotere in Multiple Different Xenografts as a Function of HER2 and SPARC Status | | | | H (802), I (403), Opinion 702, 703 |
| DX056 | ABRX0220837 | ABRX0220844 | United States Patent No. 5,188,837 - Domb (Exhibit T to AmijiOpening Expert Report) | 02/23/1993 | | | |
| DX060 | ABRX0265631 | ABRX0265633 | [redacted] | 04/18/1996 | | | H (802), P (403) |
| DX062 | ABRX0268569 | ABRX0268600 | [redacted] | | | | H (802), I (402) |
| DX063 | ABRX0279350<br>ABRX0279352 | ABRX0279351<br>ABRX0279366 | [redacted] | | | | |
| DX066 | ABRX0284194 | ABRX0284197 | [redacted] | | | | H (802); Opinion 702, X (403) |
| DX067 | ABRX0287486 | ABRX0287501 | [redacted] | | | | |
| DX070 | ABRX0382262<br>ABRX0392117 | ABRX0382275<br>ABRX0392131 | [redacted] | | | | H (802) R (multiple docs) |
| DX071 | ABRX0403041 | ABRX0403064 | Article - Joyce O'Shaughnessy, "Clinical Experience with Abraxane for Injectable Suspension in Breast Cancer" | | | | H (802), I (402), Opinion (702, 703) |
| DX073 | ABRX0490130 | ABRX0490156 | [redacted] | 05/00/2000 | | | Opinion (702, 703), X (403) |

REDACTED

| Ex. No. | Beg. Bates No. | End Bates No. | Description[1] | Date | Depo. Ex. | Abrxs Obj. | Elan Obj. |
|---|---|---|---|---|---|---|---|
| **DX074** | ABRX0522869 | ABRX0522882 | | 03/21/2003 | | | X (403) |
| **DX075** | ABRX0523515 | ABRX0523530 | CV - Michael John Hawkins, M.D. | 06/18/2007 | | | H (802), I (402) |
| **DX076** | ABRX0523585 | ABRX0523601 | | 07/02/2007 | | | Opinion 702, 703, X (403) |
| **DX078** | ABRX0523982 | ABRX0524007 | Abraxane Package Insert | 05/00/2007 | | | |
| **DX079** | ABRX0524008 | ABRX0524018 | European Patent Publication No. 0233559 B1 (Exhibit Z to AmijiOpening Expert Report) | 06/05/1992 | | | I (402), H (802) |
| **DX080** | ABRX0524157 | ABRX0524168 | United States Patent No. 5,381,767 - Liversidge et al. | 06/07/1994 | G. Liversidge 38 | | H (802), I (402), P (403), M |
| **DX083** | ABRX0527868 | ABRX0527872 | | | | | H (802), Opinion (702, 703), I (402) |
| **DX084** | ABRX0527873 | ABRX0527877 | | | | | H (802), Opinion (702, 703), I (402 |
| **DX085** | ABRX0527878 | ABRX0527889 | | | | | H (802), Opinion (702, 703), I (402) |
| **DX086** | ABRX0527890 | ABRX0527938 | | | | | H (802), Opinion (702, 703), I (402) |
| **DX087** | ABRX0527939 | ABRX0527961 | | | | | H (802), Opinion (702, 703), I (402) |
| **DX091** | ABRX0528489 | ABRX0528520 | Brochure - Abraxane: Harnessing Albumin Receptor-Mediated Pathways as a Means of Effective and Safe Drug Delivery | | | | H (802), Opinion (702, 703), I (402) |
| **DX092** | ABRX0529500 | ABRX0529511 | | | | | H (802), I (402) |
| **DX093** | ABRX0529847 | ABRX0529848 | Brochure - Abraxis Oncology Challenges Current Standards of Care by Developing Innovative Next-Generation Cancer Therapeutics | 00/00/2004 | | | H (802), Opinion (702,703) I (402) |
| **DX094** | ABRX0530619 | ABRX0530623 | | 09/13/2000 | | | X (403) |
| **DX095** | ABRX0530797 | ABRX0530799 | | 03/17/1996 | | | X (403) |

REDACTED

| Ex. No. | Beg. Bates No. | End Bates No. | Description | Date | Depo. Ex. | Abrxs Obj. | Elan Obj. |
|---|---|---|---|---|---|---|---|
| **DX096** | ABRX0531263 | ABRX0531271 | CV - Neil Prafulla Desai | | | | |
| **DX097** | ABRX0532313 | ABRX0532313 | Article - "Abraxis CEO, Wife to Give St. John's $35 Million" | 01/17/2007 | | | H (802), I (402) FRE 608 |
| **DX098** | ABRX0532317 | ABRX0532347 | CV - Patrick Soon-Shiong, M.D. | 04/00/2007 | | | |
| **DX099** | ABRX0532348 | ABRX0532359 | Awards/Trophies - American Pharmaceutical Partners, Inc. | | | | H (802), I (402) |
| **DX100** | ABRX0532373 | ABRX0532374 | Article - "VivoRx: Putting a Round Peg in a Round Hole" | 09/18/1995 | | | H (802), I (402) |
| **DX101** | ABRX0532406 | ABRX0532406 | Abraxane - Patient/Doctor Interview (Healthstar VNR) | | | | H (802), I (402) |
| **DX102** | ABRX0532412 | ABRX0532414 | Article - Marie Powers, "NDA Filed with FDA for First Nanoparticle-Based Chemotherapy Agent" | 03/10/2004 | | | H (802), I (402), P (403) |
| **DX103** | ABRX0532433 | ABRX0532453 | [REDACTED] | 10/27/2006 | | | H (802), I (402) R (multiple docs) |
| **DX104** | ABRX0532454 | ABRX0532474 | [REDACTED] | 09/24/2003 | | | X (403) |
| **DX105** | ABRX0532475 | ABRX0532485 | [REDACTED] | 06/13/2002 | | | |
| **DX106** | ABRX0532486 | ABRX0532486 | [REDACTED] | | | | H (802), X (403), Opinion (702,703) |
| **DX107** | ABRX0532487 | ABRX0532494 | [REDACTED] | 01/28/2003 | | | H (802) |
| **DX108** | ABRX0532495 | ABRX0532495 | [REDACTED] | 06/01/2006 | | | H (802), X (403) |
| **DX109** | ABRX0532496 | ABRX0532511 | [REDACTED] | 08/10/2007 | | | |
| **DX110** | ABRX0532512 | ABRX0532512 | [REDACTED] | 06/01/2006 | | | H (802), X (403) |
| **DX111** | ABRX0532513 | ABRX0532520 | [REDACTED] | 08/10/2007 | | | H (802) |
| **DX112** | ABRX0532523 | ABRX0532524 | [REDACTED] | | | | H (802) |
| **DX113** | ABRX0532525 | ABRX0532526 | [REDACTED] | | | | H (802) |
| **DX115** | ABRX0536316 | ABRX0536571 | File History - U.S. Patent No. 6,753,006 (Application No. 09/629,501) | 06/22/2004 | | | H (802), I (402), P (403), M |

REDACTED

| Ex. No. | Beg. Bates. No. | End Bates No. | Description | Date | Depo. Ex. | Abrxs Obj | Elan Obj |
|---|---|---|---|---|---|---|---|
| DX118 | ABRX0536660 | ABRX0536663 | [redacted] | 03/14/1994 | | | H (802) |
| DX119 | ABRX0536667 | ABRX0536667 | [redacted] | 12/04/1995 | | | H (802) |
| DX120 | ABRX0536668 | ABRX0536668 | [redacted] | 12/13/1995 | | | H (802) |
| DX121 | ABRX0536670 | ABRX0536670 | [redacted] | 03/04/1994 | | | H (802) |
| DX122 | ABRX0536697 | ABRX0536698 | Press Release - "Patrick Soon-Shiong, M.D., CEO of American BioSciences and Larry Norton, M.D., of Memorial Sloan Kettering Receive Gilda's Club New York City Award for the Advancement of Cancer Medicine" | 01/27/2006 | | | H (802), I (402) |
| DX123 | ABRX0536755 | ABRX0536755 | Presentation - Abraxane in the Press | | | | H (802), I (402) |
| DX124 | ABRX0536756 | ABRX0536756 | Presentation - Patient with Stage IV Adenocarcinoma of the Breast Treated with Abraxane + Avastin | 10/00/2007 | | | |
| DX125 | ABRX0536757 | ABRX0536760 | Presentation - Phase I: Clinical Response in Patients Who Have Failed Taxol Therapy | | | | |
| DX126 | ABRX0536775 ABRX0536777 | ABRX0536775 ABRX0536777 | [redacted] Photograph | 07/07/2006 | | | H (802), I (402) |
| DX127 | ABRX0536783 | ABRX0536783 | Poster No. 462 - Evidence of Enhanced In Vivo Efficacy at Maximum Tolerated Dose (MTD) of Nanoparticle Paclitaxel (ABI-007) Versus Taxol in 5 Human Tumor Xenografts of Varying Sensitivity to Paclitaxel | | | | H (802), I (402), Opinion (702, 703) |
| DX128 | ABRX0536784 | ABRX0536784 | [redacted] | 00/00/2002 | | | |
| DX129 | ABRX0536786 | ABRX0536786 | Poster No. 523 - Preclinical and Clinial Pharmacokinetics and Safety of ABI-007 — a Novel, Cremophor®-Free, Protein-Engineered Nanotransporter of Paclitaxel | | | | H (802), I (402), Opinion (702,703) |
| DX130 | ABRX0536787 | ABRX0536787 | Poster No. 524 - Evidence of a Novel Transporter Mechanism for a Cremophor®-Free, Protein-Engineered Paclitaxel (ABI-007) and Enhanced In Vivo Antitumor | | | | H (802), I (402), Opinion (702,703) |

REDACTED

| Ex. No. | Beg. Bates No. | End Bates No. | Description | Date | Depo. Ex. | Abraxis Obj. | Elan Obj. |
|---|---|---|---|---|---|---|---|
| | | | Activity in an MX-1 Human Breast Tumor Xenograft Model | | | | |
| **DX131** | ABRX0536789 | ABRX0536789 | Poster - Evidence of Greater Antitumor Activity of Cremophor-free Nanoparticle Albumin-Bound(nab) Paclitaxel (Abraxane) Compared to Taxol: Role of a Novel Albumin Transporter Mechanism | | | | H (802), I (402), Opinion (702,703) |
| **DX132** | ABRX0536792 | ABRX0536792 | Article - Jennifer Tershak, "Abraxis BioScience Phase II Abraxane Study Shows Increased Tumor Response Rate Over 60%" | 12/17/2006 | | | |
| **DX133** | ABRX0536793 | ABRX0536794 | Press Release - "Abraxis BioScience Founder Awarded Ellis Island Medal of Honor" | 05/14/2007 | | | H (802), I (402) |
| **DX134** | ABRX0536808 | ABRX0536808 | Poster - Rationale, Preclinical Support, and Clinical Proof-of-Concept for Formulating Water-insoluble Therapeutics as Albumin-stabilized Nanoparticles: Experience with Paclitaxel | | | | H (802), Opinion (702,703), R illegible |
| **DX135** | ABRX0536811 | ABRX0536812 | | 11/30/2006 | | | H (802), I (402) |
| **DX136** | ABRX0536831 | ABRX0536834 | Article - Albumin-Bound Paclitaxel Formulation in Metastatic Breast Cancer" | 12/03/2006 | | | H (802), Opinion (702,703) |
| **DX137** | ABRX0536929 | ABRX0536931 | Article - "Soon-Shiong Family Gifts $35 Million to Saint John's Health Center" | 01/15/2007 | | | H (802), I (402) |
| **DX138** | ABRX0536935 | ABRX0536935 | Photograph - R,M | 10/10/2007 | | | I (402); P (403) |
| **DX139** | ABRX0536936 | ABRX0536936 | Photograph - R,M | 10/24/2007 | | | I (402); P (403) |
| **DX140** | ABRX0537201 | ABRX0537204 | Presentation - Phase I: Clinical Response in Patients Who Have Failed Taxol Therapy | | | | |
| **DX141** | ABRX0537237 | ABRX0537238 | | 01/11/2008 | | | A (901), X (403), H (802), Opinion (702,703) |
| **DX142** | ABRX0537354 | ABRX0537370 | Presentation - Nab-Paclitaxel vs. Docetaxel in First Line MBC - Final Analysis (Submission ASCO 2008) | | | | |
| **DX143** | ABRX-MERK0000159 | ABRX-MERK0000216 | Technology Transfer and License Agreement between Merck & Co., Inc. and NanoSystems L.L.C. | 08/11/1998 | | | |
| **DX146** | ABRX- | ABRX- | License Agreement between Elan Pharma International Limited and F. Hoffmann-LA RocheLtd and Hoffmann-LA | 05/24/2004 | | | |

| Ex No. | Beg Bates No. | End Bates No. | Description | Date | Depo Ex | Abrxs Obj | Elan Obj |
|---|---|---|---|---|---|---|---|
| | ROCHE0000182 | ROCHE0000224 | RocheInc. | | | | |
| DX147 | ATWOOD0000160 | ATWOOD0000160 | Data | | | | H (802), Opinion (702,703), P (403) |
| DX148 | ATWOOD0000161 | ATWOOD0000161 | Data | | | | H (802), Opinion (702,703), P (403) |
| DX149 | ATWOOD0000194 | ATWOOD0000206 | Article - Saleki-Gerhardt et al., "Assessment of disorder in crystalline solids" | 00/00/1994 | | | H (802) |
| DX150 | ATWOOD0000207 | ATWOOD0000215 | Article - Taylor and Zografi, "The Quantitative Analysis of Crystallinity Using FT-Raman Spectroscopy" | 00/00/1995 | | | H (802), I (402); P (403) |
| DX151 | ATWOOD0000216 | ATWOOD0000221 | Article - T. Ungar, "Microstructure of Nanocrystalline Materials Studied by Powder Diffraction" | 00/00/2006 | Brittain3 | | H (802) |
| DX152 | ATWOOD0000222 | ATWOOD0000247 | A. S. Myerson, "Handbook of Industrial Crystallization," Section 2.2, Nucleation | 00/00/2002 | | | H (802) |
| DX153 | ATWOOD0000248 | ATWOOD0000252 | Grams/32 User's Guide V4.0 | 00/00/1981 | | | H (802), I (402) |
| DX154 | ATWOOD0000253 | ATWOOD0000255 | G. G. Hawley, "The Condensed Chemical Dictionary," Tenth Edition | 00/00/1981 | | | |
| DX155 | ATWOOD0000256 | ATWOOD0000259 | Article - C. Bonnelle and C. Mande, "Advances in X-ray Spectroscopy," Preface | 00/00/1982 | | | H (802), |
| DX156 | ATWOOD0000260 | ATWOOD0000270 | R. Jenkins and R. L. Snyder, "Introduction to X-ray Powder Diffractrometry," Data Reduction from Automated Diffractrometers | 00/00/1996 | | | H (802) |
| DX157 | ATWOOD0000271 | ATWOOD0000273 | S. S. Zumdahl and S. A. Zumdahl, "Chemistry," Sixth Edition, Chapter 10, Section 10.3, An Introduction to Structures and Types of Solids | 00/00/2003 | | | H (802), I (402); P (403) |
| DX158 | ATWOOD0000274 | ATWOOD0000280 | Article - Class et al., "Quantification of crystallinity in blends of lyophilized and crystalline MK-0591 using X-ray powder diffraction" | 00/00/1995 | | | H (802), I (402), P (403) |
| DX159 | ATWOOD0000281 | ATWOOD0000283 | I. N. Levine, "Physical Chemistry," Fourth Edition, Chapter 24, Solids and Liquids | 00/00/1995 | | | H (802), I (402), P (403) |
| DX16 | ABRX0000030 | ABRX0000142 | File History of U.S. Patent No. 5,145,684 (Liversidge et al.) | 09/08/1992 | | | |

| Ex. No. | Beg. Bates No. | End Bates No. | Description[1] | Date | Depo. Ex. | Abrxs Obj. | Elan Obj. |
|---|---|---|---|---|---|---|---|
| **DX161** | ATWOOD0000289 | ATWOOD0000291 | G. W. Castellan, "Physical Chemistry," Third Edition, Chapter 27, Structure of Solids | 00/00/1983 | | | H (802), I (402), P (403) |
| **DX162** | ATWOOD0000292 | ATWOOD0000297 | H. G. Brittain, "Polymorphism in Pharmaceutical Solids," Chapter 1, Theory and Origin of Polymorphism | 00/00/1999 | | | H (802) , X (403) |
| **DX163** | ATWOOD0000298 | ATWOOD0000301 | J. Bernstein, "Polymorphism in Molecular Crystals," Section 1.3, Is this material polymorphic? | 00/00/2002 | | | H (802), X (403) |
| **DX164** | ATWOOD0000302 | ATWOOD0000308 | Article - Wijnhoven, "Seeded growth of monodisperse gibbsite platclcts to adjustable sizes" | 00/00/2005 | | | I (402), H (802) |
| **DX165** | ATWOOD0000309 | ATWOOD0000315 | Article - Sau and Murphy, "Self-Assembly Patterns Formed upon Solvent Evaporation of Aqeous Cetyltrimcthylammonium Bromide-Coated Gold Nanoparticles of Various Shapes" | 00/00/2005 | | | I (402) H (802), |
| **DX166** | ATWOOD0000316 | ATWOOD0000319 | Article - Koh and Wong, "In Situ Monitoring of Structural Changes during Colloidal Self-Assembly" | 00/00/2006 | | | I (402), H (802) |
| **DX167** | ATWOOD0000320 | ATWOOD0000324 | H. G. Brittain, "Polymorphism in Pharmaceutical Solids," II. Detection of Crystallinity | 00/00/1999 | | | H (802) |
| **DX168** | ATWOOD0000325 | ATWOOD0000329 | Article - R. Hilfiker, "Polymorphism in the Pharmaceutical Industry," Chapter 15, Scientific Considerations of Pharmaceutical Solid Polymorphism in Regulatory Applications | 00/00/2006 | | | X (403), H (802), |
| **DX169** | ATWOOD0000342 | ATWOOD0000437 | Analysis of Munson Exhibits (Exhibit A to AtwoodRebuttal Expert Report) | | | | Opinion (702,703); P (403) |
| **DX170** | ATWOOD0000443 | ATWOOD0000446 | G. H. Stout and L. H. Jensen, "X-ray Structure Determination, A Practical Guide," Second Edition, Section 4.3, Choosing a Crystal | 00/00/1989 | | | X (403), H 802, 803(18), |
| **DX171** | ATWOOD0002436 | ATWOOD0002535 | Various journal articles regarding performing X-ray powder diffraction of nanoparticles | | Atwood19 | | R (multiple docs); H (802) |
| **DX172** | BARICH0000035 | BARICH0000035 | Email chain from Lianjun Shi to Cory Berkland and Dewey BARICHcc Eric Munsonre samples | 01/25/2007 | | | H (802) |
| **DX173** | BARICH0000041 | BARICH0000042 | Email chain from Cory Berkland to Dewey BARICHre NRM | 02/02/2007 | BARICH10 | | H (802) |

| Ex. No. | Beg Bates No. | End Bates No. | Description | Date | Depo. Ex. | Abrxs Obj. | Elan Obj. |
|---|---|---|---|---|---|---|---|
| **DX174** | BARICH0000063 | BARICH0000063 | Email chain from Cory Berkland to Dewey BARICHre taxol | 04/19/2007 | | | H (802) |
| **DX175** | BARICH0000079 | BARICH0000087 | Article - BARICHet al., "Investigation of Solid-State NMR Line Widths of Ibuprofen in Drug Formulations" | 07/00/2006 | | | H (802) |
| **DX177** | BARICH0000103 | BARICH0000108 | Article - Harper et al., "A Combined Solid-State NMR and X-ray Powder Diffraction Study of a Stable Polymorph of Paclitaxel" | 00/00/2005 | | | H (802) |
| **DX179** | BERKLAND00003 41 | BERKLAND00003 41 | Email chain from Cory Berkland to Lianjun Shi re notebook | 08/13/2007 | Berkland 5 | | H (802), I (402) |
| **DX180** | BERKLAND00004 18 | BERKLAND00004 18 | Email chain from Cory Berkland to Lisa Chiarini and Linda Glover re Abraxane Study | 01/25/2007 | | | H (802), I (402), P (403) |
| **DX181** | BERKLAND00004 29 | BERKLAND00004 30 | Email chain from Cory Berkland to Lisa Chiarini and Linda Glover re image CMX-II 300 | 04/05/2007 | | | H (802), I (402), P (403) |
| **DX182** | BERKLAND00017 12 | BERKLAND00017 22 | Email chain from Cory Berkland to Dewey BARICHre Lisa's email | 04/26/2007 | | | H (802), I (402) P (403) |
| **DX183** | BERKLAND00001 71 | BERKLAND00001 80 | Article - Arnold et al., "NanoCipro Encapsulation in Monodisperse Large Porous PLGA Microparticles" | 00/00/2007 | Berkland 2 | | H (802) |
| **DX184** | BERKLAND00004 30<br>BERKLAND00004 33<br>MUNSON0002204<br>MUNSON0002208<br>MUNSON0002466<br>MUNSON0002488 | BERKLAND00043 0<br>BERKLAND00004 33<br>MUNSON0002205<br>MUNSON0002216<br>MUNSON0002468<br>MUNSON0002489 | NMR Spectra | | BARICH3b (only Berkland 433) | | R (multiple docs) |
| **DX185** | BRITTAIN0003808 | BRITTAIN0003810 | Confidentiality and Non-Disclosure Agreement between Harry Brittainand William Sipio | 11/18/2005 | | | |
| **DX186** | BRITTAIN0003814 | BRITTAIN0003814 | Harry BrittainEngagement Letter | 11/23/2005 | | | |
| **DX187** | BYRN0004787 | BYRN0004803 | Presentation - Amorphous Dispersions and X-ray Powder Diffraction | 11/00/2007 | | | H (802), I (402) |
| **DX188** | CROUCH0003605 | CROUCH0003614 | United States Patent No. 5,399,363 with Certificate of Correction -Liversidge et al. | 03/02/1995 | | | |

| Ex No. | Beg Bates No. | End Bates No. | Description | Date | Depo Ex. | Abrxs Obj. | Elan Obj. |
|---|---|---|---|---|---|---|---|
| **DX189** | ELANP0004199 | ELANP0004202 | Memo from John Bishop to Ken Cundy and Pramod Sarpotdar re X-Ray Powder Diffraction Data | 05/16/1991 | | | I (402), P (403) |
| **DX190** | ELANP0007020 | ELANP0007020 | Memo from H. William Bosch to Elaine Liversidge re Microbead Protocol | 04/12/1994 | | | I (402), H (802), |
| **DX191** | ELANP0007472 | ELANP0007695 | Laboratory Notebook 1132 (Pramod P. Sarpotdar) | 03/26/1991 | | | |
| **DX192** | ELANP0010403 | ELANP0010441 | Memo from Sharon Hajj to Joseph Tiberio re Samples for ICP | 03/22/1995 | | | R (multiple docs); H (802); I (402) |
| **DX193** | ELANP0010901 | ELANP0010922 | Piposulfan Presentation and Sterling Memo from Joseph Bruno to Pramod Sarpotdar re Effect of HLB on the Milling of Piposulfan | 05/21/1992 | Sarpotdar 4 | | |
| **DX194** | ELANP0010949 | ELANP0010964 | Report - Initial Feasibility Study with Busulfan Using 6 Surfactants by Nancy Peltier and other studies | 3/23/1995 to 4/12/1995 | | | R (multiple docs); H (802), I (402) |
| **DX195** | ELANP0011035 | ELANP0011035 | Report - NanoPaclitaxel Samples - L. Wei | 03/01/1996 | | | H (802) |
| **DX196** | ELANP0011106 | ELANP0011109 | Data - Milled Formulation - taxol - L. Wei | 10/24/1995 | | | R (multiple docs), P (403), |
| **DX197** | ELANP0012597 | ELANP0012608 | Report - Milled Formulations - retinoic acid - L. Wei | 05/17/1995 | | | R (multiple docs) , H (802), P (403) |
| **DX198** | ELANP0015973 | ELANP0015977 | Memo from Elaine Liversidge to Joseph Tiberio re ICP and actual ICP data nanotaxol formulations | 10/19/1994 & 04/19/1994 | | | R (multiple docs), I (402), P (403), H (802) |
| **DX199** | ELANP0016032 | ELANP0016244 | Laboratory Notebook 5470 (Nancy Peltier) | 01/26/1995 | | | P (403) as to redacted pages |
| **DX200** | ELANP0017276 | ELANP0017310 | Presentation - Nano-Oncologics Parenterals - Generic Development Plan | | | | R (multiple docs), I (402), |
| **DX201** | ELANP0017995 | ELANP0018209 | Laboratory Notebook 2184 (Joseph Bruno) | 05/13/1992 | | | P (403) as to redacted pages, I 402 as to unclaimed agents |
| **DX202** | ELANP0018210 | ELANP0018436 | Laboratory Notebook 1881 (Joe Bruno) | 12/27/1991 | | | P (403) as to redacted pages, I 402 as to |

| Ex. No. | Beg Bates No. | End Bates No. | Description[1] | Date | Depo. Ex. | Abrxs Obj. | Elan Obj. |
|---|---|---|---|---|---|---|---|
| | | | | | | | unclaimed agents |
| **DX203** | ELANP0018447 | ELANP0018456 | Presentation - Nano-Paclitaxel | | | | |
| **DX204** | ELANP0018457<br>ELANP0022739 | ELANP0018491<br>ELANP0022761 | Presentation - Nano-Taxol Update<br>Presentation - Nano-Taxol/Objectives | 00/00/1994 | | | R (multiple docs), I (402), P (403) |
| **DX205** | ELANP0031526 | ELANP0031568 | Presentation - NanoSystems - NanoCrystal Technology Overview | 12/05/1997 | | | R (multiple docs), I (402), P (403), H (802) |
| **DX206** | ELANP0033709 | ELANP0033716 | Memo from Gary Liversidge re Nanos | 08/30/1995 | | | R (multiple docs), I (402) |
| **DX207** | ELANP0033991 | ELANP0034026 | Presentation - Nanoparticles | 01/00/1991 | | | I (402) |
| **DX208** | ELANP0034797<br>ELANP0036086<br>ELANP0196657 | ELANP0034804<br>ELANP0036092<br>ELANP0196662 | CV - Elaine Merisko-Liversidge, Ph.D. | | | | |
| **DX209** | ELANP0036079 | ELANP0036085 | CV - David A. Czekai | | | | |
| **DX211** | ELANP0036248 | ELANP0036258 | Article - de Garavilla et al., "Controlling the Acute Hemodynamic Effects Associated With IV Administration of Particulate Drug Dispersions in Dogs" | 00/00/1996 | | | I (402), P (403), H (802)) |
| **DX213** | ELANP0036301 | ELANP0036307 | Article - G. Liversidge et al., "Particle Size Reduction for Improvement of Oral Bioavailability of Hydrophobic Drugs: I. Absolute Oral Bioavailability of Nanocrystalline Danazol in Beagle Dogs" | 00/00/1995 | | | I (402), P (403), H (802) |
| **DX215** | ELANP0036464 | ELANP0036473 | CV - Lawrence De Garavilla, M.S., Ph.D. | 05/00/2002 | | | |
| **DX216** | ELANP0036965 | ELANP0037010 | License Agreement between Elan Pharma International Limited and Aventis Pharma S.A. | 12/19/2003 | | | |
| **DX222** | ELANP0038281 | ELANP0038287 | Experimentation and Evaluation Agreement between NanoSystems, L.L.C. and Bristol-Myers Squibb Company | 02/01/1996 | | | |
| **DX223** | ELANP0043643 | ELANP0043829 | Laboratory Notebook 4030 (Sharon K. Hajj) | 12/06/1993 | | | |
| **DX224** | ELANP0056696 | ELANP0056714 | Sterling Memo from Cardiovascular Pharmacology to Distribution re Final Study Report for SWPRD Study Report No. 832 | 07/02/1992 | Maniar10 | | I (402), P (403) |

| Ex. No | Beg Bates No. | End Bates No. | Description[1] | Date | Depo. Ex. | Abrxs Obj. | Elan Obj. |
|---|---|---|---|---|---|---|---|
| **DX225** | ELANP0059354 | ELANP0059403 | Sterling Memo from Department of Vascular and Biochemical Pharmacology re Final Study Report for Study Report No. 1137 | 03/02/1993 | Maniar11 DeGaravilla 3 (ELANP00407 37-91-duplicate) | | I (402), P (403) |
| **DX226** | ELANP0065971 ELANP0065981 | ELANP0065972 ELANP0066180 | Laboratory Notebook 5457 (Liente Wei) | 12/2/1997 | | | P (403) as to redacted pages, I 402 as to unclaimed agents |
| **DX227** | ELANP0070969 | ELANP0071176 | Laboratory Notebook 5489 (Nancy Peltier) | 09/11/1995 | | | P (403) as to redacted pages, I 402 as to unclaimed agents |
| **DX228** | ELANP0071825 | ELANP0072035 | Laboratory Notebook 5486 (Liente Wei) | 01/18/1996 | | | P (403) as to redacted pages, I 402 as to unclaimed agents |
| **DX229** | ELANP0072036 | ELANP0072251 | Laboratory Notebook 5502 (Nancy Peltier) | 06/03/1996 | | | P (403) as to redacted pages, I 402 as to unclaimed agents |
| **DX230** | ELANP0076563 | ELANP0076597 | Preprint: "Controlling the Acute Hemodynamic Effects Associated With IV Administration of Particulate Drug Dispersion in Dogs," by De Garavilla et al. | 12/12/1995 | | | I (402), H (802) |
| **DX231** | ELANP0077107 | ELANP0077108 | Memo from Gary Liversidge to Gene Cooper et al. re Biweekly Update for Nanoparticles to October 26 | 10/30/1990 | | | I (402), W as to patent status patent status |
| **DX232** | ELANP0077112 | ELANP0077115 | Memo from Gary Liversidge to Gene Cooper re Biweekly Update for Nanoparticles to October 9 | 10/09/1990 | | | I (402) as to nano-dano and nano-WIN 49596; W as to patent status |
| **DX233** | ELANP0077450 ELANP0077452 | ELANP0077450 ELANP0077452 | Memo from Marty to Eugene Cooper et al. re Zirconium Beads - Radioactivity in Zr beads | 08/18/1993 | | | I (402); P (403); R (multiple docs) |

| Ex. No. | Beg. Bates. No. | End Bates No. | Description | Date | Depo. Ex. | Abrx's Obj. | Elan's Obj. |
|---|---|---|---|---|---|---|---|
| **DX234** | ELANP0080275 | ELANP0080275 | Memo from Elaine Liversidge to Nancy Peltier re Busulfan | 04/10/1995 | | | H (802) |
| **DX235** | ELANP0081458<br>ELANP0081670<br>ELANP0081702<br>ELANP0081898<br>ELANP0083003 | ELANP0081486<br>ELANP0081672<br>ELANP0081703<br>ELANP0081948<br>ELANP0083005 | Data - Piposulfan Formulations<br>Report - Piposulfan<br>Report - Piposulfan<br>Letter from Elaine Liversidge to Thomas Corbett re Piposulfan Formulation<br>Report - Piposulfan | 05/31/1995<br>06/19/1995<br>06/21/1995<br>07/31/1995<br>11/20/1995 | | | P (403) as to R (multiple docs); H (802), |
| **DX236** | ELANP0083243 | ELANP0083340 | Memo from Pharmaceutical Sciences to Distribution re Approved Study Report No. 1458 "A Preliminary Report on the Media Milling of WIN ____ Using the KDL Dyno-Mill and LME-2 Netzsch Mill" | 05/15/1994 | | | I (402), H (802), |
| **DX237** | ELANP0083635 | ELANP0083687 | Presentation - Oncology Discovery Review | 04/13/1993 | | | I (402), H (802) |
| **DX238** | ELANP0085239 | ELANP0085250 | Department in Pharmaceutical Sciences, 93/94 | 12/00/1993 | E. Liversidge 12 | | I (402), P (403), H (802) |
| **DX239** | ELANP0085709 | ELANP0085709 | Image - Nanocrystal Paclitaxel S.E.M. 15,000X | | | | X, P (403), I (402) |
| **DX240** | ELANP0090974<br>ELANP0090975<br>ELANP0091128<br>ELANP0091140 | ELANP0090974<br>ELANP0091025<br>ELANP0091139<br>ELANP0091144 | Table - Formulation Data adsorption F108<br>Report - Nanoitraconazole Particles - HPLC<br>Report - F108 adsorption studies<br>Table - Formulation Data - adsorption F108 | 01/18/1996<br>12/17/1995<br>06/22/1995<br>01/18/1996 | | | R (multiple docs), I (402), |
| **DX241** | ELANP0092598 | ELANP0092598 | Memo from Ken Cundy to Gary Liversidge re Amorphous Danazol | 09/07/1990 | | | I (402) H (802) |
| **DX242** | ELANP0092599 | ELANP0092601 | Memo from Gary Liversidge to Ken Cundy re Nanoparticles | 09/07/1990 | | | I (402), H (802) |
| **DX243** | ELANP0092621 | ELANP0092621 | Memo from Raymond Fabian to Distribution re Grinding Media Composition | 09/12/1990 | | | I (402) |
| **DX244** | ELANP0092626 | ELANP0092630 | Memo from Gary Liversidge to John Bishop et al. re Minutes of September 5 Meeting on Oral Nanoparticles | 09/13/1990 | G. Liversidge 27 Sarpotdar 12 | | I (402) |
| **DX245** | ELANP0095794 | ELANP0096008 | Laboratory Notebook 1823 (Joe Bruno) | 08/20/1991 | | | |
| **DX246** | ELANP0098247 | ELANP0098453 | Laboratory Notebook 5478 (Andrew Jones) | | | | |
| **DX247** | ELANP0100978 | ELANP0101195 | Laboratory Notebook 1754 (H. William Bosch) | 11/07/1991 | | | I (402) |

| Ex. No. | Beg. Bates No. | End Bates No. | Description | Date | Depo. Ex. | Abrxs Obj. | Elan Obj. |
|---|---|---|---|---|---|---|---|
| **DX248** | ELANP0117901 | ELANP0117908 | NanoSystems BOSMA Meeting - Thursday, March 9, 1995 | 03/09/1995 | | | I (402) |
| **DX249** | ELANP0121664 | ELANP0121668 | Memo to Distribution From P. Bini & L. Ogunbiyi re Surfactant Development Program Meeting | 08/04/1993 | | | I (402) |
| **DX250** | ELANP0136089 | ELANP0136371 | Laboratory Notebook No. 741 (Nancy Peltier) | | Taft 9 | | |
| **DX251** | ELANP0137126 | ELANP0137154 | Presentation - NanoCrystal Technology Licenses | | | | |
| **DX252** | ELANP0137357 | ELANP0137360 | Memo from Gary Liversidge re Patents | 08/31/1995 | G. Liversidge 29 (only ELANP0137359-60) | | W as to P0137357-358; I (402) |
| **DX253** | ELANP0138495 | ELANP0138509 | Laboratory Notebook 6234 (Evan Gustow) | 03/09/2006 | | | I (402) |
| **DX254** | ELANP0140348 | ELANP0140413 | Collection of emails and preliminary reports regarding nanopaclitaxel formulations | | E. Liversidge 17 Taft 5-7 (portions) | | R (multiple docs) H as to 0140385-386, 0140382, 0140389 I (402) P (403) |
| **DX255** | ELANP0141005 | ELANP0141006 | Chart - Formulation/Injected Dose | | | | I (402), P (403) |
| **DX256** | ELANP0141068 | ELANP0141125 | Various interoffice memorandums re dog studies | various (1995) | | | R (403) (multiple docs) I (402) H (802) as to de Garavilla |
| **DX257** | ELANP0144305 | ELANP0144305 | Summary of Costs Estimates for Formulation Development and Manufacturing Clinical Supplies | | | | I (402) |
| **DX258** | ELANP0145848 | ELANP0145878 | Presentation - Nano-Oncology | 08/00/1992 | | | |
| **DX259** | ELANP0146066 | ELANP0146066 | NanoCrystalTM Injectable Formulations | no date | | | |
| **DX260** | ELANP0146226 | ELANP0146228 | Document - NanoSystems - Questions and Answers for NanoCrystal Colloidal Dispersions - contact person E. Liversidge | | | | Opinion 702, 703 P (403) |

| Ex. No. | Beg. Bates No. | End Bates No. | Description | Date | Depo. Ex. | Abrax Obj. | Elan Obj. |
|---|---|---|---|---|---|---|---|
| **DX261** | ELANP0146692 | ELANP0146692 | Email chain from Elaine Liversidge to Simon McGurk re New Drug Approved Using NanoTechnoology | 01/26/2005 | | | I (402), P (403), H (802), L (602) |
| **DX262** | ELANP0148270 | ELANP0148309 | Email from Elaine Liversidge to David Czekai et al. re Abraxane & P. Soon-Shiong presentation | 11/18/2005 | | | I (402), P (403), |
| **DX263** | ELANP0153566 | ELANP0153566 | Memo from Laura Kline to Elaine Liversidge re Paclitaxel (Battelle) Update | 07/23/1998 | | | |
| **DX264** | ELANP0154007 | ELANP0154014 | Report - Investigation into the Thermal Characteristic of Paclitaxel Versus Nanoparticulate Paclitaxel | 10/25/1995 | | | I (402), P (403) |
| **DX265** | ELANP0154015 | ELANP0154017 | XRPD Patterns -USP 23 Method - Paclitaxel | 12/05/1995 | | | |
| **DX266** | ELANP0154077 | ELANP0154077 | Chart - NanoCrystal Formulations of Paclitaxel for BBB Studies | 08/14/2002 | | | |
| **DX267** | ELANP0156975 | ELANP0156992 | Chart of results of drug surface modifier combinations | | | | |
| **DX268** | ELANP0157638 | ELANP0157658 | Report - Piposulfan | 06/20/1995 | | | |
| **DX269** | ELANP0160892 | ELANP0160900 | Presentation - Elan - Taxol | 03/09/2005 | Czekai 22 | | P (403), H (802) |
| **DX270** | ELANP0162754 | ELANP0162754 | Email chain from Elaine Liversidge to Eugene Cooper re APP Announces Completion of Patient Enrollment for Pivotal Phase III Trial of A | 01/21/2003 | | | H (802) |
| **DX271** | ELANP0170624 | ELANP0170646 | Presentation - "For Injectables, When Would the Use of NanoCrystal® Technology Add Value to Your Program?" | 04/24/2003 | | | P (403) as to photographs |
| **DX272** | ELANP0172994 | ELANP00173000 | Email from Gary Liversidge to Janet Groff re Taxol (with attachment) | 03/25/2005 | G. Liversidge 4 | | H (802), L (602) |
| **DX273** | ELANP0173012 | ELANP0173012 | Email chain from Elaine Liversidge to William Bosch re Abraxane | 03/10/2006 | | | H (802), L (602) |
| **DX274** | ELANP0178410 | ELANP0178416 | Resume of Pramod P. Sarpotdar, Ph.D. | | Sarpotdar 1 | | |
| **DX275** | ELANP0184838 | ELANP0184841 | Report - Paclitaxel (N9570) NanoMill Summary | | | | H (802) |
| **DX276** | ELANP0185205 | ELANP0185205 | Email chain from Elaine Liversidge to Gary Liversidge re Abraxane | 03/10/2006 | | | I (402)<br>H (802)<br>L (602) |

| Ex. No. | Beg. Bates No. | End Bates No. | Description[1] | Date | Depo. Ex. | Abrxs Obj | Elan Obj |
|---|---|---|---|---|---|---|---|
| **DX277** | ELANP0187846 | ELANP0187888 | Email from Marie Lindner to Joe Fix re competitive intelligence attaching 11/00/2001 presentation entitled "Competitor Analysis - Formulation Approaches for Poorly Water Soluble Drugs" | 08/12/2002 | Czekai 26 | | I (402)<br>P (403) |
| **DX278** | ELANP0190339<br>ELANP0190415 | ELANP0190339<br>ELANP0190416 | Email from Elaine Liversidge to David Czekai et al. re ABI007<br>Abstract- Gradishar et al., "Superior Efficacy of Albumin-Bound Paclitaxel, ABI-007, Compared with Polyethylated Castor Oil-Based Paclitaxel in Women with Metastatic Breast Cancer: Results of a Phase III Trial" | 10/04/2005<br>09/27/2005 | | | L (602); H (802) as to each document, R (403) multiple documents |
| **DX279** | ELANP0190792 | ELANP0190795 | Email from Elaine Liversidge to Eugene Cooper et al. attaching press release re Paclitaxel | 04/11/2002 | | | H (802), L (602), Opinion (702, 703) |
| **DX28** | ABRX0003168 | ABRX0003184 | United States Patent No. 6,096,331 - Desai et al. | 08/01/2000 | | | I (402), H (802), P (403), M |
| **DX280** | ELANP0197524 | ELANP0197524 | Chart - Summary of Paclitaxel Data Using the Nano-Mill | | | | |
| **DX281** | ELANP0199572 | ELANP0199617 | NanoOncology Opportunities. Garu Liversidge | 5/00/2005 | | | P (403) as to photographs |
| **DX282** | ELANP0199829 | ELANP0199829 | Email from Elaine Liversidge to Gary Liversidge re PolySciences, Inc. Product bProMax Albumin Removal Kit-B | 02/06/2006 | | | I (402),M |
| **DX283** | ELANP0209943 | ELANP0209980 | Presentation - NanoCrystal | | | | R (403) as to multiple docs;<br>I (402) |
| **DX284** | ELANP0211256 | ELANP0211256 | Email chain from Elaine Liversidge to Scott Jenkins re Abraxane Vials | 05/04/2006 | | | I (402), P(403), M |
| **DX285** | ELANP0211377 | ELANP0211377 | Email chain from Elaine Liversidge to David Czekai et al. re Nano Paclitaxel Approved | 01/10/2005 | | | H (802), I (402),M |
| **DX286** | ELANP0213137 | ELANP0213137 | Email from Elaine Liversidge to Eugene Cooper et al. re Piposulfan Plan | 11/12/1996 | | | I (402) |
| **DX287** | ELANP0214236 | ELANP0214239 | Email from David Czekai to EDT Management Team et al. attaching article re Abraxis plans to file IND on nano nab-docetaxol | 01/04/2006 | Czekai 15 | | I (402), P (403), M |

| Ex. No. | Beg. Bates No. | End Bates No. | Description | Date | Depo. Ex. | Abrxs Obj. | Elan Obj. |
|---|---|---|---|---|---|---|---|
| **DX288** | ELANP0215797 | ELANP0215805 | Report - Nano-Paclitaxel | | | | I (402) |
| **DX289** | ELANP0217915 | ELANP0217917 | Chart - Poorly Water Soluble AntiCancer Agents and Surface Modifiers | | | | |
| **DX290** | ELANP0227982 | ELANP0227986 | Report - Long-Acting Ophthalmic Preparations (Exhibit AG to AmijiOpening Expert Report) | | | | I (402), P (403) H (802) |
| **DX291** | ELANP0239521 | ELANP0239522 | Email chain from Elaine Liversidge to Jim McShane re studies with a NanoCrystal dispersion | 08/23/1996 | | | I (402) |
| **DX292** | ELANP0244305 | ELANP0244305 | Email from Seamus O'Loan to David Czekai re Paclitaxel | 05/26/2006 | Czekai 20 | | I (402),M |
| **DX293** | ELANP0244306 | ELANP0244306 | Email chain from Seamus O'Loan to Nancy Neill re paclitaxel | 06/15/2006 | | | I (402),M |
| **DX294** | ELANP0244307 | ELANP0244307 | Email chain from Seamus O'Loan to Nancy Neill et al. re Paclitaxel | 07/18/2006 | Czekai 13 | | I (402) |
| **DX295** | ELANP0247075 | ELANP0247076 | Pharmaceutical Research Activity March 29, 2006 | 03/29/2006 | | | I (402) |
| **DX296** | ELANP0248413 | ELANP0248414 | Email chain from Daniel Von Hoff to Gary Liversidge re Respond from DVH | 03/16/2000 | | | H (802) as to DVH email |
| **DX297** | ELANP0254561 | ELANP0254561 | Email chain from Elaine Liversidge to Linda Mutter re Dog Reactions | 02/13/2001 | E. Liversidge 1 | | I (402) |
| **DX298** | ELANP0259004 | ELANP0259005 | Email chain from Elaine Liversidge to Gary Liversidge re About the Company | 01/31/2005 | E. Liversidge 3<br>G. Liversidge 3<br>Czekai 16 | | I (402), H (802),M |
| **DX299** | ELANP0259925 | ELANP0259948 | Presentation - Elan - Product Opportunities | 06/21/2005 | | | H (802) |
| **DX300** | ELANP0260184 | ELANP0260185 | Email chain from Scott Jenkins to Gary Liversidge et al. re Development Timeline/Cost for Paclitaxel | 10/28/2005 | | | I (402), M |
| **DX301** | ELANP0260187 | ELANP0260193 | Email chain from Elaine Liversidge to Gary Liversidge re Tox study | 11/08/2005 | | | I (402), H (802),M |
| **DX302** | ELANP0262602<br>ELANP0262603 | ELANP0262602<br>ELANP0262603 | Email from David Czekai to Paul Breen re Abraxane Background - doc about company | 01/31/2005 | Czekai 3 | | I (402), H (802), M |
| **DX303** | ELANP0273660 | ELANP0273660 | Nanocrystal Paclitaxel Development Plan Overview and Key Issues | | | | I (402), P (403) |

| Ex. No. | Beg. Bates No. | End Bates No. | Description | Date | Depo Ex. | Abrxs Obj. | Elan Obj. |
|---|---|---|---|---|---|---|---|
| **DX304** | ELANP0284853 | ELANP0284888 | Chart - Poorly Water Soluble Compounds and Surface Stabilizers | 02/22/2004 | | | |
| **DX305** | ELANP0295422 | ELANP0295494 | Presentation - Principle Risk Business | 01/23/2006 | | | I (402) |
| **DX306** | ELANP0296679 | ELANP0296681 | Pharmaceutical Research Activity May XX, 2006 | 05/00/2006 | | | I (402), P (403),M |
| **DX307** | ELANP0296987 | ELANP0296990 | Email from Scott Jenkins to Gary Liversidge re Abraxane Better Than Taxol for Advanced Breast Cancer | 03/28/2005 | | | I (402), H (802),M |
| **DX308** | ELANP0297171 | ELANP0297172 | Email chain from Gary Liversidge to Seamus Oloan re Paclitaxel and ____ Dev Timelines | 12/15/2005 | G. Liversidge 7 Danishefsky 11 (ELANP0297164) | | I (402), P (403),M |
| **DX309** | ELANP0297173 | ELANP0297173 | Email from Scott Jenkins to David Czekai et al. re ANDA filing dates | 1/10/2006 | | | I (402), P (403),M |
| **DX310** | ELANP0297258 | ELANP0297258 | Email from Elaine Liversidge to Tuula Ryde re Paclitaxel | 01/31/2006 | G. Liversidge 10 | | I (402), P (403), M |
| **DX311** | ELANP0298553 | ELANP0298553 | Email from Deborah Neville to Seamus O'Loan re Forecasts: paclitaxel | 01/11/2006 | G. Liversidge 8 | | I (402), P (403), |
| **DX312** | ELANP0299281 | ELANP0299283 | Email from Yvonne Kennedy to Anthony Mahony et al. re EDT Dev Projects - Athlone Support June 7th 2006.doc | 06/09/2006 | Czekai 11 | | I (402), P (403) |
| **DX313** | ELANP0299371 | ELANP0299388 | Product Concept: Generic Abraxane, 1st to file | 07/00/2005 | | | I (402), P (403) |
| **DX314** | ELANP0300535 | ELANP0300540 | Abraxane - YTD & Full Year Spending | no date | | | I (402), P (403) |
| **DX315** | ELANP0300541 | ELANP0300608 | Presentation - Elan Drug Technology Quarterly Review - King of Prussia Q1 06 by David Czekai | 05/30/2006 | Danishefsky 10 (only 0300541 & 0300578) G. Liversidge 16 | | I (402), P (403) |
| **DX316** | ELANP0301586 | ELANP0301639 | Presentation - Elan Drug Technologies - Development Program Update by David Czekai | 08/02/2006 | | | I (402), P (403) |
| **DX317** | ELANP0305762 | ELANP0305768 | Elan Drug Technology's Portfolio Development Opportunities | | | | I (402), P (403) |
| **DX318** | ELANP0306002 | ELANP0306020 | Commercial Section | | | | I (402) |

| Ex. No. | Beg. Bates No. | End Bates No. | Description[1] | Date | Depo. Ex. | Abrxs Obj. | Elan Obj. |
|---|---|---|---|---|---|---|---|
| **DX319** | ELANP0306179 | ELANP0306184 | Slides from GSO meeting Athlone August 2005 | 08/00/2005 | | | I (402) |
| **DX320** | ELANP0311636 | ELANP0311636 | Chart - ICP Taxol | 04/11/1996 | | | I (402) |
| **DX321** | ELANP0311975 | ELANP0311986 | Presentation - Nano-Paclitaxel Update Activities | | | | |
| **DX322** | ELANP0312042 | ELANP0312043 | Work Plan for BMS Research Compounds | 02/20/1998 | | | I (402) |
| **DX323** | ELANP0312313 | ELANP0312325 | Services Agreement between Bristol-Myers Squibb Company and Elan Drug Delivery, Inc. | | | | I (402) |
| **DX324** | ELANP0312394 | ELANP0312445 | License Agreement between Elan Pharma International Limited, Elan Drug Delivery, Inc. and Bristol-Myers Squibb Company | 08/29/2003 | | | |
| **DX325** | ELANP0314264 | ELANP0314296 | Report - Joint Report from the Department of Drug Delivery Oral Drug Delivery Group | 01/02/1991 | | | I (402) |
| **DX326** | ELANP0314381 | ELANP0314382 | Email chain from Elaine Liversidge to Michele Simkin re Pharmaceutical Online Newsletter | 05/17/2002 | | | H (802), W |
| **DX327** | ELANP0314385 | ELANP0314392 | Declaration of Elaine Merisko Liversidge re Japan Appl. No. 92/11226 | 04/26/2004 | | | |
| **DX328** | ELANP0314755 | ELANP0314843 | Presentation - Development Plans for Elan Proprietary Products | 01/23/2006 | Czekai 23 (Czekai 23 ELANP030164 0-301728 but exact duplicate) | | I (402) |
| **DX331** | ELANP0316601 | ELANP0316604 | Chart - Elan Pharma International Limited - Profit and Loss Account | 12/31/2003 | | | |
| **DX332** | ELANP0318931 | ELANP0318933 | Document - BMS - NanoCrystal Technology License | | | | |
| **DX333** | ELANP0319167.00 1 | ELANP0319167.00 4 | Terminal Disclaimer for U.S. Patent No. 5,399,363 | 10/24/2007 | | | |
| **DX334** | ELANP0320759 | ELANP0320761 | Email chain from William Bosch to Scott Jenkins re Development timeline / cost for paclitaxel and Draft Paclitaxel Development Plan Through Phase I | 11/02/2005 | | | I (402) |
| **DX335** | HAIDAK0000041 | HAIDAK0000043 | Letter from Paul Fehlner to Haidak re retainer agreement | 10/03/2006 | Haidak 6 | | I (402) |

| Ex No. | Beg. Bates No. | End Bates No. | Description | Date | Depo. Ex. | Abrxs Obj. | Elan Obj. |
|---|---|---|---|---|---|---|---|
| **DX336** | HAMRELL0000067 | HAMRELL0000088 | Guidance for Industry - Clinical Trial Endpoints for the Approval of Cancer Drugs and Biologics | 05/00/2007 | | | |
| **DX337** | HAMRELL0000089 | HAMRELL0000099 | Article - Bernstein et al., "Translating Cutting-Edge Academic Science Into Biotech Drugs" | 09/00/2003 | | | H (802), I (402) |
| **DX338** | HAMRELL0000100<br>HAMRELL0000104<br>HAMRELL0000106 | HAMRELL0000101<br>HAMRELL0000105<br>HAMRELL0000107 | News Release - Sonus Pharmaceuticals Enrolling Patients in Phase I Study With Novel Paclitaxel Formulations for Cancer Treatment<br>News Release - Phase 3 Pivotal Trial of TOCOSOL Paclitaxel Does Not Meet Primary Endpoint<br>News Release - Sonus Pharmaceuticals Initiates Pivotal Phase 3 Trial of TOCOSOL Paclitaxel for Treatment of Metastatic Breast Cancer | 01/8/2001<br>09/24/2007<br>09/28/2005 | | | R (403) (multiple documents)<br>H (802), I (402) as to each document |
| **DX339** | HAMRELL0000114 | HAMRELL0000117 | Article - Hamrell, "Clinical Trials of Drugs for Life-Threatening Illnesses" | 05/00/1992 | | | H (802), I (402) |
| **DX340** | HAMRELL0001187 | HAMRELL00001196 | Article - Hamrelland Horowitz, "Understanding Expanded Access Programs" | 00/00/1991 | | | H (802), I (402) |
| **DX341** | HAMRELL0001197 | HAMRELL00001198 | News Release - TOCOSOL Paclitaxel Demonstrates Less Neuropathy in Preclinical Study Compared to Approved Taxane Products | 04/16/2007 | | | H (802), I (402) |
| **DX343** | JAROSZ0010157 | JAROSZ0010160 | Chart - Potential Elan Royalty Revenues from Abraxis BioScience's Sales of Abraxane | 08/03/2007 | | | |
| **DX344** | JAROSZ0010195 | JAROSZ0010209 | Email from John Browning to Robert Maier re Elan v. Abraxis - Conference Call | 08/03/2007 | | | |
| **DX345** | JAROSZ0010256 | JAROSZ0010258 | Invoice from Analysis Group | 11/13/2007 | JaroszEx. 10 | | H (802), I (402) |
| **DX346** | JAROSZ0010259 | JAROSZ0010261 | Invoice from Analysis Group | 02/23/2007 | JaroszEx. 05 | | H (802), I (402) |
| **DX347** | JAROSZ0010262 | JAROSZ0010264 | Invoice from Analysis Group | 05/09/2007 | JaroszEx. 06 | | H (802), I (402) |
| **DX348** | JAROSZ0010265 | JAROSZ0010267 | Invoice from Analysis Group | 08/16/2007 | JaroszEx. 07 | | H (802), I (402) |
| **DX349** | JAROSZ0010268 | JAROSZ0010270 | Invoice from Analysis Group | 09/17/2007 | JaroszEx. 08 | | H (802), I (402) |
| **DX350** | JAROSZ0010271 | JAROSZ0010273 | Invoice from Analysis Group | 10/18/2007 | JaroszEx. 09 | | H (802), I (402) |

| Ex. No. | Beg. Bates No. | End Bates No. | Description | Date | Depo Ex. | Abrx's Obj. | Elan Obj. |
|---|---|---|---|---|---|---|---|
| **DX351** | JAROSZ0010442 | JAROSZ0010482 | Email chain from Linda Glover to Jacqueline Lowe re Abbott License Agreement | 10/15/2007 | | | H (802), I (402) |
| **DX354** | LDG0000111 | LDG0000118 | Article - Krantz et al., "Sugar Alcohols–XXVI. Pharmacodynamic Studies of Polyoxyalkylene Derivatives of Hexitol Anhydride Partial Fatty Acid Esters" | 00/00/1948 | DeGaravilla 6 | | I (402), P (403) H (802) |
| **DX355** | LDG0000119 | LDG0000122 | Article - Krantz et al., "Sugar Alcohols–XXVII. Drug Allergy in the Canine Family" | 00/00/1948 | DeGaravilla 7 | | I (402), P (403) H (802) |
| **DX356** | LDG0000123 | LDG0000128 | Article - Goth et al., "Effect of Cortisone on Histamine Liberation Induced by Tween in the Dog (19239)" | 00/00/1951 | | | I (402), P (403) H (802) |
| **DX357** | LDG0000191 | LDG0000199 | Article - Krantz et al., "Sugar Alcohols–XXVIII. Toxicologic, Pharmacodynamic and Clinical Observations on Tween 80*" | 00/00/1951 | | | I (402), P (403) H (802) |
| **DX358** | LDG0000224 | LDG0000229 | Article - Gough et al., "Hypotensive Action of Commercial intravenous Amiodarone and Polysorbate 80 in Dogs" | 00/00/1982 | DeGaravilla 8 | | I (402), P (403) H (802) |
| **DX359** | LDG0000244 | LDG0000250 | Article - Munoz et al., "A Randomized Hemodynamic Comparison of Intravenous Amiodarone With and Without Tween 80" | 00/00/1988 | DeGaravilla 15 | | I (402), P (403) H (802) |
| **DX360** | LDG0000623 | LDG0000627 | Article - Ostensen et al., "Intravenous Injection of AlbunexR microspheres Causes Thromboxane Mediated Pulmonary Hypertension in Pigs, But Not in Monkeys or Rabbits" | 00/00/1992 | | | I (402), P (403) H (802) |
| **DX361** | LDG0000829 | LDG0000831 | Article - Holtz et al., "Hemodynamic Responses to Particulate Contrast Media: Choice of Animal Species" | 00/00/1991 | DeGaravilla 5 | | I (402), P (403) H (802) |
| **DX362** | LDG0001031 | LDG0001056 | Article - P. II Elworthy and J. Treon, "Physiological Activity of NonIonic Surfactants", Chapter 28, NonIonic Surfactants | 00/00/1967 | DeGaravilla 9 | | I (402), P (403) H (802) |
| **DX363** | MUNSON0000666 | MUNSON0000682 | Email chain from Cory Berkland to Eric Munsonre nanotax NMR | 01/11/2007 | | | I (402), H (802) |
| **DX364** | MUNSON0000753 | MUNSON0000753 | Abstract - Barich, "Solid-State Study of Pharmaceuticals | | | | |
| **DX365** | MUNSON0000764 | MUNSON0000764 | Abstract - Munson, "Solid-State NMR Studies of Pharmaceuticals" | | | | |
| **DX366** | MUNSON0000814 | MUNSON0000824 | Article - Liang, et al., "Solvent Modulated Polymorphism of Sodium Stearate Crystals Studied by X-ray Diffraction, Solid-State NMR, and Cryo-SEM" | 00/00/2001 | | | |

| Ex. No. | Beg. Bates. No. | End Bates No. | Description | Date | Depo. Ex. | Abrxs. Obj. | Elan Obj. |
|---|---|---|---|---|---|---|---|
| **DX367** | MUNSON0000825 | MUNSON0000838 | Article - Zell et al., "Investigation of Polymorphisn in Aspartame and Neotame Using Solid-State NMR Spectroscopy" | 00/00/2003 | | | H (802), I (402) |
| **DX368** | MUNSON0001058 | MUNSON0001303 | Spinsight Software Revision 3.0, CMX Infinity User's Guide | 00/00/1996 | | | H (802),I (402) |
| **DX370** | MUNSON0002203. 00001 | MUNSON0002203. 00034 | Data | | | | |
| **DX371** | MUNSON0002464 | MUNSON0002468 | Email from Eric Munsonto Linda Glover re Elan v. Abraxis attaching sep1.pdf, cryst.pdf, amorph.pdf and orig.pdf | 03/15/2007 | | | H (802), I (402) |
| **DX372** | MUNSON0002470 | MUNSON0002474 | Email from Eric Munsonto sipz25@aol.com cc Baker Botts re NMR results part 2 attaching sepnew.pdf, sep2.pdf, andis2.pdf and amorph.pdf | 05/04/2007 | | | H (802), I (402) |
| **DX373** | MUNSON0002478 | MUNSON0002481 | Email from Eric Munsonto sipz25@aol.com cc Baker Botts re NMR results attaching amorphmay.pdf, subtrmay.ps, sepnewmay.pdf and sep2may.pdf | 05/02/2007 | | | |
| **DX374** | MUNSON0002482 | MUNSON0002489 | Email from Eric Munsonto sipz25@aol.com cc Baker Botts re NMR Results attaching dihydne.pdf, anhydne.pdf, amorphne.pdf, sep2ne.pdf and sepnewne.pdf | 05/04/2007 | | | H (802), I (402) |
| **DX375** | MUNSON0001235 | MUNSON0001235 | Excerpts - "Using the Deconvolution Panel" (Exhibit N to AtwoodSupplemental Expert Report) | | | | Opinion 702, 703, H (802), I (402) |
| **DX376** | MUNSON0002232 | MUNSON0002238 | Article - Padden et al., "Comparison of Solid-State 13C NMR Spectroscopy and Powder X-Ray Diffraction for Analyzing Mixtures of Polymorphs of Neotame" | 00/00/1999 | | | H (802) |
| **DX377** | MUNSON0002239 | MUNSON0002247 | Article - Dong et al., "Crystal Structure and Physical Characterization of Neotame Methanol Solvate" | 00/00/1999 | | | H (802) |
| **DX378** | MUNSON0003358<br>MUNSON0003362<br>MUNSON0006519<br>MUNSON0005616<br>MUNSON0002526<br>MUNSON0004188<br>MUNSON0004556<br>MUNSON0005069<br>MUNSON0002894<br>MUNSON0008795 | MUNSON0003358<br>MUNSON0003362<br>MUNSON0006521<br>MUNSON0005618<br>MUNSON0002527<br>MUNSON0004189<br>MUNSON0004557<br>MUNSON0005071<br>MUNSON0002895<br>MUNSON0008796 | NMR parameter text files | | | | Opinion 702, 703, 705, H (802) |

| Ex. No. | Beg. Bates No. | End Bates No. | Description | Date | Depo. Ex. | Abrxs Obj. | Elan Obj. |
|---|---|---|---|---|---|---|---|
| | MUNSON0008060<br>MUNSON0007870<br>MUNSON0009967<br>MUNSON0003299<br>MUNSON0003730<br>MUNSON0003146 | MUNSON0008061<br>MUNSON0007871<br>MUNSON0009968<br>MUNSON0003300<br>MUNSON0003732<br>MUNSON0003147 | | | | | |
| **DX378** | MUNSON0009163<br>MUNSON0002948<br>MUNSON0004611<br>MUNSON0004613<br>MUNSON0003200<br>MUNSON0003047<br>MUNSON0010129<br>MUNSON0001594<br>MUNSON0001540<br>MUNSON0001304<br>MUNSON0010097<br>MUNSON0010001<br>MUNSON0010065<br>MUNSON0009969<br>MUNSON0010033<br>MUNSON0007570<br>MUNSON0007283<br>MUNSON0007792<br>MUNSON0007602<br>MUNSON0003363 | MUNSON0009165<br>MUNSON0002949<br>MUNSON0004611<br>MUNSON0004613<br>MUNSON0003201<br>MUNSON0003048<br>MUNSON0010132<br>MUNSON0001595<br>MUNSON0001541<br>MUNSON0001305<br>MUNSON0010098<br>MUNSON0010002<br>MUNSON0010066<br>MUNSON0009970<br>MUNSON0010034<br>MUNSON0007571<br>MUNSON0007285<br>MUNSON0007793<br>MUNSON0007603<br>MUNSON0003365 | | | | | Opinion 702, 703, 705, H (802) |
| **DX379** | MUSIKA0000001 | MUSIKA0000001 | Document - Information re Form 10 | | | | |
| **DX380** | MUSIKA0003396 | MUSIKA0003423 | Presentation - Abraxane for injectable Suspension | | | | |
| **DX381** | MUSIKA0004351 | MUSIKA0004533 | Abraxis BioScience, Inc. - Form 10-K | 12/31/2001 | | | |
| **DX382** | MUSIKA0004534 | MUSIKA0004607 | Abraxis BioScience, Inc. - Form 10-K | 12/31/2002 | | | |
| **DX383** | MUSIKA0004608 | MUSIKA0004772 | Abraxis BioScience, Inc. - Form 10-K | 12/31/2003 | | | |
| **DX384** | MUSIKA0004979 | MUSIKA0005141 | Abraxis BioScience, Inc. - Form 10-K | 12/31/2006 | Wendel Ex. 03 | | |
| **DX385** | MUSIKA0005330 | MUSIKA0005390 | Abraxis BioScience, Inc. - Form 10-Q | 06/30/2007 | | | |

| Ex. No. | Beg Bates No. | End Bates No. | Description[1] | Date | Depo. Ex. | Abrxs Obj | Elan Obj. |
|---|---|---|---|---|---|---|---|
| **DX386** | MUSIKA0005394 | MUSIKA0005561 | New Abraxis, Inc. - Form 10-12B | 08/09/2007 | JaroszEx. 03 | | |
| **DX387** | MUSIKA0008312 | MUSIKA0008390 | Elan Corporation, PLC - Annual Report | 00/00/1999 | | | I (402), H (802) |
| **DX388** | MUSIKA0008391 | MUSIKA0008464 | Elan Corporation, PLC - Annual Report & Form 20-F | 00/00/2000 | | | I (402), H (802) |
| **DX389** | MUSIKA0008465 | MUSIKA0008622 | Elan - Annual Report & Form 20-F | 00/00/2001 | | | I (402), H (802) |
| **DX390** | MUSIKA0008623 | MUSIKA0008813 | Elan - Annual Report & Form 20-F | 00/00/2002 | | | I (402), H (802) |
| **DX391** | MUSIKA0008814 | MUSIKA0009015 | Elan - Annual Report & Form 20-F | 00/00/2003 | | | I (402), H (802) |
| **DX392** | MUSIKA0009217 | MUSIKA0009378 | Elan Corporation, PLC - Form 20-F | 12/31/2005 | | | I (402), H (802) |
| **DX393** | MUSIKA0009379 | MUSIKA0009533 | Elan Corporation, PLC - Form 20-F | 12/31/2006 | | | I (402), H (802) |
| **DX394** | MUSIKA0009535 | MUSIKA0009686 | Elan Corp PLC - Form 20-F/A | 12/31/2004 | | | I (402), H (802) |
| **DX395** | MUSIKA0009687 | MUSIKA0009780 | Elan Corporation, PLC - Form 20-F | 12/31/1998 | | | I (402), H (802) |
| **DX396** | MUSIKA0009781 | MUSIKA0009876 | Elan Corporation PLC - Form 20-F/A1 | 12/31/2000 | | | I (402), H (802) |
| **DX397** | WINKLER0000005<br>WINKLER0000009<br>WINKLER0000013 | WINKLER0000007<br>WINKLER0000010<br>WINKLER0000025 | FTIR Data | | | | |
| **DX398** | WINKLER0000008 | WINKLER0000008 | Reference: Bull. Korean Chem. Soc. 2001, 22, 925 | | | | |
| **DX399** | WINKLER0000160 | WINKLER0000163 | Article - Lee et al., "Preparation and Characterization of Solvent Induced Dihydrated, Anhydrous, and Amorphous Paclitaxel" | 00/00/2001 | | | |
| **DX400** | WINKLER0000171 | WINKLER0000172 | Confidentiality and Non-Disclosure Agreement between Jeffery Winklerand William Sipio | 12/02/2005 | | | |
| **DX401** | WINKLER0000173 | WINKLER0000173 | General Release Agreement between Jeffery Winklerand William Sipio | 12/27/2005 | | | |
| **DX402** | WINKLER0000184 | WINKLER0000184 | Email chain from Ron Bihovsky to Jeffery Winklerre Dihydate | 04/23/2007 | | | |
| **DX403** | WINKLER0000187 | WINKLER0000187 | Email chain from Ron Bihovsky to Jeffery Winklerre Taxol Samples | 09/17/2007 | | | |

| Ex No. | Beg Bates No. | End Bates No. | Description | Date | Depo Ex. | Abrxs Obj | Elan Obj |
|---|---|---|---|---|---|---|---|
| **DX404** | WINKLER0000188 | WINKLER0000189 | Email chain from Riichiro Tsuji to Jeffrey Winklerre Paclitaxel | 10/05/2006 | | | |
| **DX405** | WINKLER0000192 | WINKLER0000192 | Email chain from Ron Bivosky to Jeffrey Winklerre More Taxol | 04/09/2007 | | | |
| **DX406** | WINKLER0000197 | WINKLER0000198 | Handwritten notes on Taxol - Amorphous and 2H2O | | | | |
| **DX407** | | | "Dissolution", Chapter 35, Remington's Pharmaceutical Science | | Brittain13 | | U |
| **DX408** | | | 358 Patent, Col. 4:5-6 and '358 Patent, Claim 1, Col. 44:45-47 | | Manning 13 | | I (402), P (403), U |
| **DX409** | ABRX0537523 | ABRX0537648 | Abraxis BioScience, Inc. - Annual Report & Form 10K | 0/0/2007 | | | U; X (403) |
| **DX410** | | | Amendment and Reply Under 37 C.F.R. § 1.111 for Application No. 10/392,403 (Elaine Mersiko-Liversidge et al.) | 09/13/2007 | | | I (402), P (403), M, U |
| **DX411** | | | Amendment and Reply Under 37 C.F.R. § 1.111 for Application No. 10/429,245 (Cunningham et al.) | 03/05/2007 | | | I (402), P (403), M, U |
| **DX412** | | | Amendment and Reply Under 37 C.F.R. § 1.111 for Application No. 10/701,064 (Bosch et al.) | 01/10/2007 | | | I (402), P (403), Opinion 702, 703, U, M |
| **DX413** | | | Amendment and Reply Under 37 C.F.R. § 1.111 for Application No. 10/712,259 (Elaine Mersiko-Liversidge) | 07/27/2006 | | | I (402), P (403), Opinion 702, 703, U, M |
| **DX414** | | | Amendment and Reply Under 37 C.F.R. § 1.116 for Application No. 10/701,064 (Bosch et al.) | 07/06/2007 | | | I (402), P (403), Opinion 702, 703, U,M |
| **DX415** | | | Analysis of MunsonExhibits (Exhibit B to AtwoodRebuttal Expert Report) | | | | U |
| **DX416** | | | APP Pharmaceuticals, Inc. - Form DEFM14C | 03/13/2006 | | | U |
| **DX417** | | | Article - "Blast 2 Sequences Results Version BLASTP 2.2.17" (Exhibit 11 to AmjiiRebuttal Expert Report) | 8/26/2007 | | | H (802), I (402), P (403), U |
| **DX418** | | | Article - "Dynamic Light Scattering: An Introduction in 30 Minutes" (Exhibit AF to AmjiiOpening Expert Report) | | | | H (802), I (402), P (403), U |

| Ex. No. | Beg. Bates No. | End Bates No. | Description[1] | Date | Depo. Ex. | Abrxs Obj. | Elan Obj. |
|---|---|---|---|---|---|---|---|
| DX419 | | | Article - "Elan Reports Fourth Quarter and Full-Year 2007 Financial Results" | 02/13/2008 | | | U, I (402), P (403),U |
| DX420 | | | Article - Bates et al., "Analysis of Amorphous and Nanocrystalline Solids from Their X-Ray Diffraction Patterns" | 10/00/2006 | | | H (802), U |
| DX421 | | | Article - Gill et al., "Thermal Aggregation of Cod (Gadus morhua) Muscle Proteins Using 1-Ethyl-3-(3-Dimethylaminopropyl) Carbodiimide as a Zero Length Cross-Linker" (Exhibit 7 to AmijiRebuttal Expert Report) | | | | I (402), P(403), U |
| DX422 | | | Article - H. Brittainet al., "Physical Characterization of Pharmaceutical Solids" | 00/00/1991 | | | I (402), H (802), U |
| DX423 | | | Article - H. Brittain, "Perspective on Polymorphism" | 08/00/1994 | | | I (402), H (802), U |
| DX424 | | | Article - H. Brittain, "X-ray Diffraction I: On the Diffraction of X-rays by Crystalline Solids" | 05/00/2000 | Brittain9 | | I (402), H (802),U |
| DX425 | | | Article - H. Brittain, "X-Ray Powder Diffraction of Pharmaceutical Materials" | 00/00/2002 | Brittain7 | | U |
| DX426 | | | Article - Lien et al., "Molecular Structure, Properties, and States of Matter" (Exhibit 3 to AmijiRebuttal Expert Report) | | | | U |
| DX427 | | | Article - Mackensen et al., "Presence of IgE Antibodies to Bovine Serum Albumin in a Patient Developing Anaphylaxis After Vaccination with Human Peptide-Pulsed Dendritic Cells" (Exhibit 13 to AmijiRebuttal Expert Report) | 00/00/2000 | | | I (402), P (403), H (802),U |
| DX428 | | | Article - Macy et al., "Anaphylaxis to Infusion of Autologus Bone Marrow: An Apparent Reaction to Self, Mediated by IgE Antibody to Bovine Serum Albumin (Exhibit 14 to AmijiRebuttal Expert Report) | 05/00/1989 | | | I (402), P (403), H (802),U |
| DX429 | | | Article - Murray et al. "Synthesis and Characterization of Nearly Monodisperse CdE (E = S, Se, Te) Semiconductor Nanocrystallites" | 03/22/1993 | | | H (802), I (402),U |
| DX430 | | | Article - Pyo et al., "Preparation and Dissolution Profiles of the Amorphous, Dihydrated Crystalline, and Anhydrous Crystalline Forms of Paclitaxel" | | Brittain14 | | U |

| Ex. No. | Beg. Bates No. | End Bates No. | Description[1] | Date | Depo. Ex. | Abrxs Obj. | Elan Obj. |
|---|---|---|---|---|---|---|---|
| **DX431** | | | Article - Restani et al., "Characterization of Bovine Serum Albumin Epitopes and Their Role in Allergic Reactions" (Exhibit 15 to AmijiRebuttal Expert Report) | 00/00/2004 | | | I (402), P (403), H (802),U |
| **DX432** | | | Article - Shami et al., "Stabilization of Enzymes by Their Specific Antibodies" (Exhibit 9 to AmijiRebuttal Expert Report) | | | | I (402), P (403), H (802),U |
| **DX433** | | | Article - Shen et al., "Investigation on Crosslinking Behaviors of NBR/PVC Filled with Anhydrous Copper Sulfate Particles by Dynamic Mechanical Analysis" (Exhibit 8 to AmijiRebuttal Expert Report) | | | | I (402), P (403), H (802),U |
| **DX434** | | | Article - Stewart Harvey, "Antineoplastic and Immunoactive Drug"<br>Article - Harvey et al. "Hormones", Remington's Pharmaceutical Sciences, Ch. 50<br>(Exhibit K to AmijiOpening Expert Report) | 00/00/1990 | | | R (multiple docs), H (802),U |
| **DX435** | | | Blowup Version of H.G. BrittainOpening Report, Paragraph 49<br>Blowup Version of Article - H.G. Brittain, "Perspective on Polymorphism Pharmaceutical Technology, p. 51<br>[BrittainReport Contradicts BrittainPublications] | 09/28/2007<br>00/00/1994 | | | I (402), P (403), D, U |
| **DX436** | | | Blowup Version of '363 Patent: Claim 1 | | | | I (402), P (403), D, U |
| **DX437** | | | Blowup Version of Article - Brittain, "X-Ray Powder Diffraction of Pharmaceutical Materials", American Pharmaceutical Review, p. 78<br>[Brittain: Pure Amorphous and Crystalline References Are Best] | 00/00/2002 | | | I (402), P (403), D, U |
| **DX438** | | | Blowup Version of Article - Brittain, "X-Ray Powder Diffraction of Pharmaceutical Materials", American Pharmaceutical Review, p. 80<br>[Brittain: XRPD is Methodology of Choice] | 00/00/2002 | Brittain7C | | I (402), P (403), D, U |
| **DX439** | | | Blowup Version of Article - H.G. Brittainet al. "Physical Characterization of Pharmaceutical Solids", Pharmaceutical Research, p. 966<br>[Brittain: Stability Depends on Crystallinity] | 00/00/1991 | | | I (402), P (403), D, U |

| Ex. No. | Beg Bates No. | End Bates No. | Description | Date | Depo Ex. | Abrxs Obj | Elan Obj |
|---|---|---|---|---|---|---|---|
| DX440 | | | Blowup Version of Article - H.G. Brittainet al. "Physical Characterization of Pharmaceutical Solids", Pharmaceutical Research, p. 966 [Brittain: XRPD is Best] | 00/00/1991 | Brittain7E | | I (402), P (403), D, U |
| DX441 | | | Blowup Version of Article - H.G. Brittainet al. "Physical Characterization of Pharmaceutical Solids", Pharmaceutical Research, p. 966 [Brittain: XRPD is Great] | 00/00/1991 | | | I (402), P (403), D, U |
| DX442 | | | Blowup Version of Article - H.G. Brittain, "American Pharmaceutical Review", p. 74 [Brittain: XRPD is Ideal] | 00/00/2002 | Brittain7A | | I (402), P (403), D, U |
| DX443 | | | Blowup Version of Article - H.G. Brittain, "American Pharmaceutical Review", p. 74 [Brittain: XRPD is Primary Method] | 00/00/2002 | Brittain7B | | I (402), P (403), D, U |
| DX444 | | | Blowup Version of Article - H.G. Brittain, "Drugs and Pharmaceutical Sciences", Vol. 70, p. 108 [Brittain: Dissolution Bioavailability and Stability Depend on Crystallinity] | | | | I (402), P (403), D, U |
| DX445 | | | Blowup Version of Article - H.G. Brittain, "Drugs and Pharmaceutical Sciences", Vol. 70, p. 113 [Brittain: NMR Works for Mixtures] | | | | I (402), P (403), D, U |
| DX446 | | | Blowup Version of Article - H.G. Brittain, "Perspective on Polymorphism", Pharmaceutical Technology, p. 50 [Brittain: Dissolution Rate and Stability Determined by Crystallinity] | 00/00/1994 | | | I (402), P (403), D, U |
| DX447 | | | Blowup Version of Article - H.G. Brittain, "Perspective on Polymorphism", Pharmaceutical Technology, p. 50 [Brittain: Solubilities Different for Polymorphs] | 00/00/1994 | | | I (402), P (403), D, U |
| DX448 | | | Blowup Version of Article - H.G. Brittain, "Perspective on Polymorphism", Pharmaceutical Technology, p. 51 [Brittain: XRPD Better Than NMR] | 00/00/1994 | Brittain8B | | I (402), P (403), D, U |
| DX449 | | | Blowup Version of Article - H.G. Brittain, "Perspective on Polymorphism", Pharmaceutical Technology,p. 51 [Brittain: XRPD is Most Important] | 00/00/1994 | Brittain8A | | I (402), P (403), D, U |

| Ex. No. | Beg. Bates No. | End Bates No | Description | Date | Depo Ex | Abrxs Obj. | Elan Obj. |
|---|---|---|---|---|---|---|---|
| **DX450** | | | Blowup Version of Article - Pikal, "Detection of Crystallinity", Polymorphism in Pharmaceutical Solids, p. 398<br>[XRPD is "Gold Standard] | | Brittain7D | | I (402), P (403), D, U |
| **DX451** | | | Blowup Version of Article - Remington's "Effect of the Crystalline State of the Drug on Dissolution Rate" | | | | I (402), P (403), D, U |
| **DX452** | | | Blowup Version of H.G. BrittainOpening Report, Paragraph 116<br>Blowup Version of Article - H.G. Brittain, "Perspective on Polymorphism", Pharmaceutical Technology, p. 50<br>[BrittainReport Contradicts BrittainPublications] | 09/28/2007<br>00/00/1994 | | | I (402), P (403), D, U |
| **DX453** | | | Blowup Version of H.G. BrittainOpening Report, Paragraph 116<br>Blowup Version of Article - H.G. Brittain, "Perspective on Polymorphism", Pharmaceutical Technology, p. 50<br>[BrittainReport Contradicts BrittainPublications] | 09/28/2007<br>00/00/1994 | | | I (402), P (403), D, U |
| **DX454** | | | Blowup Version of II.G. BrittainOpening Report, Paragraph 116<br>Blowup Version of BrittainBook, p. 108 | 09/28/2007<br>00/00/2007 | | | I (402), P (403), D, U |
| **DX455** | | | Blowup Version of II.G. BrittainOpening Report, Paragraph 49<br>Blowup Version of Article - H.G. Brittain, "X-Ray Diffraction I: On the Diffraction of X-Rays by Crystalline Solids" Pharmaceutical Technology, p. 74<br>[BrittainReport Contradicts BrittainPublications] | 09/28/2007<br>00/00/2000 | | | I (402), P (403), D, U |
| **DX456** | | | Blowup Version of H.G. BrittainOpening Report, Paragraph 49<br>Blowup Version of Article - H.G. Brittain, "X-Ray Diffraction I: On the Diffraction of X-Rays by Crystalline Solids" Pharmaceutical Technology, p. 74<br>[BrittainReport Contradicts BrittainPublications] | 09/28/2007<br>00/00/2000 | | | I (402), P (403), D, U |
| **DX457** | | | Blowup Version of H.G. BrittainOpening Report, Paragraph 49<br>Blowup Version of Article - H.G. Brittain, "X-Ray Powder Diffraction of Pharmaceutical Materials", American Pharmaceutical Review, p. 74 | 09/28/2007<br>00/00/2002 | | | I (402), P (403), D, U |

| Ex. No. | Beg. Bates No. | End Bates No. | Description[1] | Date | Depo. Ex. | Abrxs Obj. | Elan Obj. |
|---|---|---|---|---|---|---|---|
| | | | [BrittainReport Contradicts BrittainPublications] | | | | |
| **DX458** | | | Blowup Version of H.G. BrittainOpening Report, Paragraph 49<br>Blowup Version of Article - H.G. Brittain, "X-Ray Powder Diffraction of Pharmaceutical Materials", American Pharmaceutical Review, p. 74<br>[BrittainReport Contradicts BrittainPublications] | 09/28/2007<br>00/00/2002 | | | I (402), P (403), D, U |
| **DX459** | | | Blowup Version of H.G. BrittainOpening Report, Paragraph 49<br>Blowup Version of Article - H.G. Brittain, "X-Ray Powder Diffraction of Pharmaceutical Materials", American Pharmaceutical Review, p. 80<br>[BrittainReport Contradicts BrittainPublications] | 09/28/2007<br>00/00/2002 | | | I (402), P (403), D, U |
| **DX460** | | | Brief on Appeal for Application No. 10/701,064 (Bosch et al.) | 10/02/2007 | | | I (402), P (403), Opinion (702, 703), U |
| **DX461** | | | Chart - Elan Corporation, PLC 2000-2006 Profit and Loss Statement (Tab 5 to JaroszExpert Report)<br>Chart - Abraxis BioScience, Inc. 2005-Q2 2007 Abraxane Profit and Loss Statement (Tab 20 to JaroszExpert Report)<br>Chart - Elan Pharma International Limited 2002-2006 Profit and Loss Statement (Tab 31 to JaroszExpert Report) | | | | U, P (403), H (802) , I (402) as to Elan Income Statements<br>R (multiple documents) |
| **DX462** | | | Chart - Elan Pharma International, Ltd. Consolidated Income Statements 2002-2006 (Exhibit 5 to Musika Expert Report)<br>Chart - Elan Corporation, PLC Consolidated Statement of Income for the Fiscal Year Ended 2002-2006 (Exhibit 6 to Musika Expert Report)<br>Chart - The Elan Licenses that Mr. JaroszLabels "Most Relevant" Fail to Meet Mr. Jarosz's Relevant Criteria (Exhibit 16 to Musika Expert Report)<br>Chart - Abraxis Revenue Recognition Schedule Related to the Co-Promotion Agreement with AstraZeneca 1/2/ (Exhibit 19 to Musika Expert Report)<br>Chart - Abraxane Profitability 2006 (Exhibit 21 to Musika Expert Report) | | | | U, P (403), H (802) , I (402) as to Elan Income Statements<br>R (multiple documents) |
| **DX463** | | | Chart - Oncology-Hematology Assoc. - Care Plan Template Detail Met Breast - Abraxane 100 wkly (Exhibit B to Haidak | | | | I (402), U |

| Ex. No. | Beg. Bates No. | End Bates No. | Description[1] | Date | Depo. Ex. | Abrxs Obj. | Plan Obj. |
|---|---|---|---|---|---|---|---|
| | | | Opening Expert Report) | | | | |
| **DX464** | | | Chart - Oncology-Hematology Assoc. - Care Plan Template Detail Met Breast - Abraxane 260 q3wk (Exhibit C to Haidak Opening Expert Report) | | | | I (402), U |
| **DX465** | | | Chart - Prior Art References for U.S. Patent No. 5,399,363 (Exhibit AA to AmijiOpening Expert Report) | | | | H (802), Best Evidence Rule ("B") (1002), U |
| **DX466** | | | Chart - Prior Art References for U.S. Patent No. 5,399,363 (Exhibit AB to AmijiOpening Expert Report) | | | | H (802), B (1002), U |
| **DX467** | | | Chart - Prior Art References for U.S. Patent No. 5,399,363 (Exhibit R to AmijiOpening Expert Report) | | | | H (802), B (1002), U |
| **DX468** | | | Chart - Prior Art References for U.S. Patent No. 5,399,363 (Exhibit S to AmijiOpening Expert Report) | | | | H (802), B (1002),U |
| **DX469** | | | Chart - Prior Art References for U.S. Patent No. 5,399,363 (Exhibit U to AmijiOpening Expert Report) | | | | H (802), B (1002), U |
| **DX470** | | | - David J. Haidak, M.D., F.A.C.P. (Exhibit A to Haidak Opening Expert Report) | | | | U |
| **DX471** | | | CV - Harry G. Brittain, PhD, FRSC (Exhibit A to BrittainOpening Expert Report) | 05/00/2007 | | | U |
| **DX472** | | | CV - Jerry L. Atwood, PhD (Exhibit A to AtwoodOpening Expert Report) | | | | U |
| **DX473** | | | CV - Johnson Tai Wong, M.D. (Exhibit A to Wong Opening Expert Report) | 08/28/2007 | | | U |
| **DX474** | | | CV - Mansoor M. Amiji, RPh, PhD (Exhibit A to AmijiOpening Expert Report) | | | | U |
| **DX475** | | | CV - Mark C. Manning | | Manning 2 | | U |
| **DX476** | | | CV - Michael R. Hamrell (Exhibit 2 to Hamrell Expert Report) | | | | U |
| **DX477** | | | CV - Michael Richard Hamrell (Exhibit 1 to Hamrell Expert Report) | | | | U |
| **DX478** | | | CV - Samuel J. Danishefsky, Ph.D. (Exhibit A to | | | | U |

| Ex. No. | Beg. Bates No. | End Bates No. | Description | Date | Depo. Ex. | Abrxs Obj. | Elan Obj. |
|---|---|---|---|---|---|---|---|
| | | | Danishefsky Opening Expert Report) | | | | |
| **DX479** | | | CV - Stephen R. Byrn(Exhibit 4 to ByrnRebuttal Expert Report) | | | | U |
| **DX480** | | | CV - Terry L. Musika, CPA (Exhibit 1 to Musika Expert Report on Damages) | | | | U |
| **DX481** | | | Data (Exhibit D to AtwoodOpening Expert Report) | | | | U |
| **DX482** | | | Data Files from MUNSON0002203 (Exhibit E to AtwoodSupplemental Expert Report) | | | | U |
| **DX483** | | | Declaration of Paul F. Fehlner in Support of Plaintiff's Opposition to Defendant's Motion for Sanctions Pursuant to Fed. R. Civ. P. 11 | 04/02/2007 | | | U I (402), P (403), C |
| **DX484** | | | Documents cited in Interrogatory No. 12 to Plaintiff Elan Pharma International Limited's First Amended Answers and Objections to Defendant Abraxis's Third Set of Interrogatories (Nos. 10-13) | 10/29/2007 | | | U |
| **DX485** | | | Elan Corporation, PLC - Form 20-F | 12/31/2007 | | | I (402), H (802), U |
| **DX486** | | | Elan's Summary Judgment Opening Letter | 01/02/2008 | | | I (402), U |
| **DX487** | | | E-mail chain from Michael Jacobs to Steven Balick re Stipulation to Judgment on '025 Patent | 01/01/2008 | | | H (802), I (402) U |
| **DX488** | | | Email from Diana Kruze to Fred Barrera et al. re BrittainPrivilege Log | 11/15/2007 | | | H (802), U |
| **DX489** | | | Excerpts - Daniel Harris, "Quantitative Chemical Analysis" (Exhibit B to AtwoodSupplemental Expert Report) | 00/00/1999 | | | U |
| **DX490** | | | Excerpts - Remington's Pharmaceutical Sciences, Ch. 89 (Exhibit AE to AmijiOpening Expert Report) | | | | U |
| **DX491** | | | Excerpts - Rowe et al., "Handbook of Pharmaceutical Excipients" (Exhibit 17 to AmijiRebuttal Expert Report) | | | | U |
| **DX492** | | | Excerpts - Schoffstall et al., "Microscale and Miniscale Organic Chemistry Laboratory Experiments" (Exhibit D to AtwoodSupplemental Expert Report) | 00/00/2000 | | | I (402), P (403),U |

| Ex. No. | Beg Bates No. | End Bates No. | Description[1] | Date | Depo. Ex. | Abrxs Obj. | Elan Obj. |
|---|---|---|---|---|---|---|---|
| **DX493** | | | Excerpts - Shoemaker et al., "Experiments in Physical Chemistry" (Exhibit C to AtwoodSupplemental Expert Report) | 00/00/1996 | | | I (402), P (403), U |
| **DX494** | | | Excerpts - The Merck Index (Exhibit L to AmijiOpening Expert Report) | 00/00/1989 | | | U |
| **DX495** | | | Excerpts - The United States Pharmacopea - The National Formulary (Exhibit 16 to AmijiRebuttal Expert Report) | 05/01/2007 | | | U |
| **DX496** | | | Excerpts from Plaintiff's Objections and Responses to Abraxis's Second Set of Requests for Admission (Nos. 6-36) | 08/06/2007 | | | U |
| **DX497** | | | Excerpts from Plaintiff Elan Pharma International Limited's First Amended Objections and Answers to Defendant Abraxis's Third Set of Interrogatories (Nos. 10-13) | 10/29/2007 | | | U |
| **DX498** | | | Excerpts from Plaintiff Elan Pharma International Limited's Sixth Amended Answers and Objections to Defendant Abraxis's Second Set of Interrogatories (Nos. 2-9) | 10/29/2007 | | | U |
| **DX499** | | | Excerpts from Plaintiff's First Amended Objections and Answers to Abraxis's Fourth Set of Interrogatories (Nos. 14-42) | 10/29/2007 | | | U |
| **DX500** | | | Excerpts from Deposition Transcript of Michael Hawkins, p. 70-72, 126-128 (Exhibit 10 to AmijiRebuttal Expert Report) | | | | X (403),U |
| **DX501** | | | Graphs - Chemagnetics (Exhibit F to AtwoodSupplemental Expert Report) | | | | U |
| **DX502** | | | Graphs - Chemagnetics (Exhibit I to AtwoodSupplemental Expert Report) | | | | U |
| **DX503** | | | Graphs - Chemagnetics (Exhibit J to AtwoodSupplemental Expert Report) | | | | U |
| **DX504** | | | Graphs - Chemagnetics (Exhibit K to AtwoodSupplemental Expert Report) | | | | U |
| **DX505** | | | Graphs - Chemagnetics (Exhibit L to AtwoodSupplemental Expert Report) | | | | U |
| **DX506** | | | Graphs - Chemagnetics (Exhibit M to AtwoodSupplemental Expert Report) | | | | U |

| Ex No. | Beg Bates No. | End Bates No. | Description | Date | Depo Ex | Abrxs Obj | Elan Obj |
|---|---|---|---|---|---|---|---|
| **DX507** | | | Guidance for Industry - Estimating the Maximum Safe Starting Dose in Initial Clinical Trials for Therapeutics in Adult Healthy Volunteers | 07/00/2005 | Maniar3 | | U |
| **DX508** | | | Harry G. Brittain's Document Production Privilege Log | 11/15/2007 | | | I (402),U |
| **DX509** | | | Letter from Michael Jacobs to Stephen Scheve re Abraxis's Statement in the Joint Status Report | 11/08/2006 | | | H (802), Opinion 702,703, I (402), C, U |
| **DX510** | | | Letter from Michael Jacobs to Stephen Scheve re Supplemental Letter (with attachments) | 12/01/2006 | | | H (802), Opinion 702,703, I (402), C, U |
| **DX511** | | | Letter from Michael Jacobs to Stephen Scheve re Supplemental Letter (with attachments) | 01/31/2007 | | | H (802), Opinion 702,703, C, I (402), U |
| **DX512** | | | New Abraxis, Inc. - Company Information | 11/07/2007 | | | U |
| **DX513** | | | Phasing 1D Data (Exhibit H to AtwoodSupplemental Expert Report) | | | | U |
| **DX514** | | | Photograph of VivoRx personnel | 05/14/1993 | | | I (402),U |
| **DX515** | | | Plaintiff Elan Pharma International Limited's Responses and Objections to Defendant Abraxis's First Set of Interrogatories (No. 1) | 12/04/2006 | | | U |
| **DX516** | | | Presentation - Abraxane and the Nanoparticle Albumin Bound (nabTM) Technology by Neil Desai | 03/00/2008 | | | Opinion (702, 702), I (402), P (403), H (802), U |
| **DX517** | | | Presentation - Abraxane for injectable Suspension | | | | U |
| **DX518** | | | Presentation - Elan - NanoCrystal Technology | | | | U |
| **DX519** | | | Press Release - Abraxis Receives Approval from EU Commission to Market Abraxane for Metastatic Breast Cancer in Europe | 01/22/2008 | | | U |
| **DX520** | | | Remington's: Amorphous More Soluble Than Crystalline | | Brittain13A | | P (403), H (802),U |
| **DX521** | | | Set of several different spectra that are associated with As | | BARICH9 | | A (901), Opinion (702,703), I(402), |

| Ex. No. | Beg. Bates No. | End Bates No. | Description | Date | Depo Ex. | Abrxs Obj. | Elan Obj. |
|---|---|---|---|---|---|---|---|
| | | | Received samples | | | | P (403), U |
| **DX522** | | | Submission Under 37 C.F.R. § 1.111 and 1.114(c) for Application No. 10/429,245 (Cunningham et al.) | 09/20/2007 | | | I (402), P (403), Opinion 702, 703, U, M |
| **DX523** | | | Table 6-1 Processing Functions - Control Strip (Exhibit G to AtwoodSupplemental Expert Report) | | | | U |
| **DX524** | | | Tables 1-3 (Pages 16-26 to Wong Rebuttal Expert Report) | | | | P (403), H (802), X , R (foundation) |
| **DX525** | | | Transcript of Hearing before the Honorable Gregory M. Sleet | 11/06/2006 | | | I (402), U |
| **DX526** | | | Transcript of Hearing before the Honorable Gregory M. Sleet | 02/16/2007 | | | I (402), U |
| **DX527** | | | United States Patent Application Publication No. 2003/005/4042 A1 (Liversidge et al.) | 03/20/2003 | | | I (402), P (403), U, M |
| **DX528** | | | United States Patent Application Publication No. 2003/0185869 A1 (Wertz et al.) | 10/02/2003 | | | I (402), P (403), U, M |
| **DX529** | | | United States Patent Application Publication No. 2003/0232796 A1 (Cooper et al.) | 12/18/2003 | | | I (402), P (403), U, M |
| **DX530** | | | United States Patent Application Publication No. 2004/0018242 A1 (Cunningham et al.) | 01/29/2004 | | | I (402), P (403), U, M |
| **DX531** | | | United States Patent Application Publication No. 2004/0033202 A1 (Cooper et al.) | 02/19/2004 | | | I (402), P (403), U, M |
| **DX532** | | | United States Patent Application Publication No. 2004/0033267 A1 (Merisko-Liversidge et al.) | 02/19/2004 | | | I (402), P (403), U, M |
| **DX533** | | | United States Patent Application Publication No. 2004/0115134 A1 (Merisko-Liversidge) | 06/17/2004 | | | I (402), P (403), U, M |

| Ex. No. | Beg. Bates No. | End Bates No. | Description[1] | Date | Depo. Ex. | Abrxs Obj. | Elan Obj. |
|---|---|---|---|---|---|---|---|
| **DX534** | | | United States Patent Application Publication No. 2004/0141925 A1 (Bosch et al.) | 07/22/2004 | | | I (402), P (403), M, U |
| **DX535** | | | United States Patent Application Publication No. 2004/0156872 A1 (Bosch et al.) | 08/12/2004 | | | I (402), P (403), U, M |
| **DX536** | | | United States Patent Application Publication No. 2004/0208833 A1 (Hovey et al.) | 10/21/2004 | | | I (402), P (403), U, M |
| **DX537** | | | United States Patent Application Publication No. 2004/0229038 A1 (Cooper et al.) | 11/18/2004 | | | I (402), P (403), U, M |
| **DX538** | | | United States Patent Application Publication No. 2004/0258758 A1 (Gustow et al.) | 12/23/2004 | | | I (402), P (403), U, M |
| **DX539** | | | United States Patent Application Publication No. 2005/0004049 A1 (Liversidge) | 01/06/2005 | | | I (402), P (403), U, M |
| **DX540** | | | United States Patent Application Publication No. 2005/0019412 A1 (Bosch et al.) | 01/27/2005 | | | I (402), P (403), U, M |
| **DX541** | | | United States Patent Application Publication No. 2005/0042177 A1 (Ryde et al.) | 02/24/2005 | | | I (402), P (403), U, M |
| **DX542** | | | United States Patent Application Publication No. 2005/0063913 A1 (Pruitt et al.) | 03/24/2005 | | | I (402), P (403), U, M |
| **DX543** | | | United States Patent Application Publication No. 2005/0147664 A1 (Liversidge et al.) | 07/07/2005 | | | I (402), P (403), U, M |
| **DX544** | | | United States Patent Application Publication No. 2005/0238725 A1 (Cunningham et al.) | 10/27/2005 | | | I (402), P (403), U, M |

| Ex. No. | Beg. Bates No. | End Bates No. | Description[1] | Date | Depo. Ex. | Abrxs Obj. | Elan Obj. |
|---|---|---|---|---|---|---|---|
| **DX545** | | | United States Patent Application Publication No. 2006/0154918 A1 (Liversidge et al.) | 07/13/2006 | | | I (402), P (403), U, M |
| **DX546** | | | United States Patent Application Publication No. 2006/0165806 A1 (Liversidge et al.) | 07/27/2006 | | | I (402), P (403), U, M |
| **DX547** | | | United States Patent Application Publication No. 2006/0188566 A1 (Liversidge et al.) | 08/24/2006 | | | I (402), P (403), U, M |
| **DX548** | | | United States Patent No. 4,107,288 - Oppenheim et al. | 08/15/1978 | | | U |
| **DX549** | | | United States Patent No. 4,540,602 - Motoyama et al. | 09/10/1985 | | | U |
| **DX550** | | | United States Patent No. 5,049,322 - Devissaguet el al. | 09/17/1991 | | | U |
| **DX551** | | | United States Patent No. 5,175,287 - Lee et al. (Exhibit M to AmijiOpening Expert Report) | 12/29/1992 | | | U |
| **DX552** | | | United States Patent No. 5,439,686 - Desai et al. | 08/08/1995 | | | I (402), P (403), U, M |
| **DX553** | | | United States Patent No. 5,518,187 - Bruno et al. | 05/21/1996 | | | I (402), P (403), U, M |
| **DX554** | | | United States Patent No. 5,560,932 - Bagchi et al. | 10/01/1996 | | | I (402), P (403), U, M |
| **DX555** | | | United States Patent No. 5,981,474 - Manning et al. | 11/09/1999 | Manning 12 | | I (402), P (403), U |
| **DX556** | | | United States Patent No. 6,045,829 - Liversidge et al. | 04/04/2000 | G. Liversidge 25 | | I (402), P (403), U, M |
| **DX557** | | | United States Patent No. 6,153,225 - Lee et al. | 11/28/2000 | | | I (402), P (403), U, M |
| **DX558** | | | United States Patent No. 6,613,358 - Randolph et al. | 09/02/2003 | Manning 17 | | I (402), P (403), U, M |
| **DX559** | | | United States Patent No. 6,656,504 - Bosch et al. | 12/02/2003 | | | I (402), P (403), U, M |
| **DX560** | | | United States Patent No. 7,101,576 B2 - Hovey et al. | 09/05/2006 | | | I (402), P (403), U, |

REDACTED

| Ex. No. | Beg. Bates. No. | End Bates No. | Description | Date | Depo Ex. | Abrx's Obj. | Elan Obj. |
|---|---|---|---|---|---|---|---|
| | | | | | | | M |
| **DX561** | | | United States Patent No. 7,276,249 B2 - Ryde et al. | 10/02/2007 | | | I (402), P (403), U, M |
| **DX562** | | | Elan's Amended Third Non-Party Confidentiality Log | 06/29/2007 | | | I (402); P (403), R (superseded version) |
| **DX563** | ABRX0537417 | ABRX0537522 | [REDACTED] | 02/28/2007 | | | H (802), Unreliable (702, 703), I (402), L (602), U |
| **DX564** | | | ISI's 10858 Most Cited Chemists, 1981-June 1997, Ranked by Total Citations | | | | H (802), I (402), P (403), L (602), U, 611a |
| **DX565** | | | Article – "How Do We Identify Highly Cited Researchers?" | 06/00/2007 | | | H (802); I (402), P (403) L (602), U, 611a |
| **DX566** | | | Article – Saindon et al., "Solid-State Nuclear Magnetic Resonance (NMR) Spectra of Pharmaceutical Dosage Forms" | 00/00/1993 | | | H (802); I (402), P (403) L (602), U, 611a |
| **DX567** | | | Article – Lubach et al., "Solid-State NMR Studies of Pharmaceutical Solids in Polymer Matrices" | 00/00/2004 | | | H (802); I (402), P (403) L (602), U, 611a |
| **DX568** | | | Article – Offerdahl and Munson., "Solid-State NMR Spectroscopy of Pharmaceutical Materials" | 01/00/2004 | | | H (802); I (402), P (403) L (602), U, 611a |
| **DX569** | | | Article – Atwood, et al., "Solvent-Free, Direct Synthesis of Supramolecular Nano-Capsules" | 00/00/2005 | | | H (802); I (402), P (403) L (602), U, 611a |
| **DX570** | | | Article – Atwoodet al., "Engineering Void Space in Organic Van Der Waals Crystals: Calixarenes Lead the Way" | 00/00/2007 | | | H (802); I (402), P (403) L (602), U, 611a |
| **DX571** | | | Article – Atwoodet al., "Frustrated Organic Solids Display Unexpected Gas Sorption" | 00/00/2006 | | | H (802); I (402), P (403) L (602), U, 611a |

| Ex. No. | Beg. Bates No. | End Bates No. | Description[1] | Date | Depo. Ex. | Abrxs Obj. | Elan Obj. |
|---|---|---|---|---|---|---|---|
| **DX572** | | | Article – Atwoodet al., "Comparison of Porous and Nonporous Materials for Methane Storage" | 00/00/2007 | | | H (802); I (402), P (403) L (602), U, 611a |
| **DX573** | | | Excerpts from Book – Atwoodand Steed, "Organic Nanostructures" | 12/00/2007 | | | H (802); I (402), P, X (403) L (602), U, 611a, |
| **DX574** | | | Excerpts from Book – Atwoodet al., "Inclusion Compounds – Volume 5 – Inorganic and Physical Aspects of Inclusion" | 00/00/1991 | | | H (802); I (402), P, X (403) L (602), U, 611a, |
| **DX575** | | | Excerpts from Book – Atwood, "Inclusion Phenomena and Molecular Recognition" | 00/00/1990 | | | H (802); I (402), P, X (403) L (602), U, 611a, |
| **DX576** | | | Excerpts from Book – Atwoodand Steed, "Encyclopedia of Supramolecular Chemistry" | 00/00/2004 | | | H (802); I (402), P, X (403) L (602), U, 611a, |
| **DX577** | | | Excerpts from Book – Atwoodet al., "Comprehensive Supramolecular Chemistry" | 00/00/1996 | | | H (802); I (402), P, X (403) L (602), U, 611a, |

# EXHIBIT 5

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| ELAN PHARMA INTERNATIONAL LIMITED, | § | |
| Plaintiff, | § | |
| v. | § | Case No. 06-438-GMS |
| ABRAXIS BIOSCIENCE, INC., | § | |
| Defendant. | § | |

## EXHIBIT 5: PLAINTIFF ELAN'S WITNESS LIST, DEFENDANT ABRAXIS'S RESPONSE AND PLAINTIFF ELAN'S REPLY

**Plaintiff Elan identifies the following witnesses that will be called to testify at trial. The order of the presentation of evidence of witnesses is not indicative of the order in which the witnesses will be called at trial.**

Abraxis Response: Abraxis objects to Elan calling more than one expert witness on each subject.

***Elan's reply: Elan will not call more than one expert witness on each subject to testify absent cause. Elan reserves the right to select the witness to testify on each separate subject.***

As to all Elan experts, Abraxis objects to any testimony beyond that contained in the experts' reports, or as to subjects on which the expert is not qualified to opine.

***Elan's reply: Elan reserves the right to offer expert testimony in rebuttal on any issue raised by Abraxis.***

Other Abraxis objections are noted with respect to individual witnesses below.

1. **Gary G. Liversidge**
   **Elan Drug Delivery, Inc.**
   **3500 Horizon Drive**
   **King of Prussia, PA 19406**
   **(live)**

2. **John C. Jarosz**
   **Analysis Group**
   **1899 Pennsylvania Ave., N.W.**
   **Suite 200**
   **Washington, D.C. 20006**
   **(live)**

**Mr. Jarosz will testify about the methodology to determine damages for patent infringement. Mr. Jarosz will testify as to reasonable royalty damages arising from Abraxis's past infringement of the '363 Patent and the appropriate reasonable royalty to license the '363 Patent to Abraxis. Mr. Jarosz will testify as to the methods, assumptions, and conclusions of Mr. Musika.**

**Mr. Jarosz will testify as to the topics addressed in his report.**

**Mr. Jarosz may rebut related testimony by Abraxis's witnesses.**

3. **Eric J. Munson Ph.D.**
   **1324 Lawrence Ave.**
   **Lawrence, KS 66049**
   **(live)**

**Dr. Munson will testify about analytical testing of pharmaceutical formulations using Solid-State Nuclear Magnetic Resonance Spectroscopy (SSNMR). He will also testify about how SSNMR compares with other analytical testing of pharmaceutical formulations. Dr. Munson will testify that particles of crystalline paclitaxel exist in Abraxane® and reconstituted Abraxane®. Dr. Munson will testify as to the particles within Abraxane® and reconstituted**

**Abraxane® meeting the crystalline medicament useful for treating cancer limitation of the asserted claims.**

**Dr. Munson will testify as to the topics addressed in his report.**

**Dr. Munson may rebut related testimony by Abraxis's witnesses.**

Abraxis's response: Abraxis objects to testimony by Dr. Munson for the reasons explained in Abraxis's motions in limine. Abraxis objects to Dr. Munson testifying about "how SSNMR compares with other analytical testing of pharmaceutical formulations" because it was not addressed in Dr. Munson's expert report. Abraxis objects to Dr. Munson testifying that "particles of crystalline paclitaxel exist in Abraxane® and reconstituted Abraxane®" because that opinion was not expressed in Dr. Munson's expert report. Abraxis objects to Dr. Munson testifying about "the particles within Abraxane® and reconstituted Abraxane® meeting the crystalline medicament useful for treating cancer limitation of the asserted claims" because Dr. Munson does not opine on the claims of the '363 patent in his expert report.

***Elan's reply: Elan opposes Abraxis's motion in limine seeking to exclude Dr. Munson's testimony. Elan objects to any effort to arbitrarily limit Dr. Munson's testimony about issues raised in his report, such as but not limited to his tutorial testimony no SSNMR, including comparing SSNMR with other analytical testing of pharmaceutical formulations, and statements concerning crystalline paclitaxel in reconstituted Abraxane® and Abraxane® powder. Elan reserves the right to call Dr. Munson in rebuttal on any issue raised by Abraxis about which he is qualified to testify.***

**Plaintiff Elan identifies the following witnesses that may be called to testify at trial. The order of the presentation of evidence of witnesses is not indicative of the order in which the witnesses may be called at trial.**

Abraxis objects to Elan calling the following witnesses by deposition because they are within Elan's control and/or within the subpoena power of the Court: Elaine Liversidge, Nancy Peltier, David Czekai, Lawrence de Garavilla, Lianjun Shi, Dewey Barich, Jeffrey Winkler, Mark Manning, Harry Brittain, Samuel Danishefsky, Cory Berkland, Manoj Maniar, Robert Taft, David Haidak, and Stephen Byrn. . Abraxis also objects to Elan calling any witness by deposition for whom Elan failed to provide designations by the March 7, 2008 deadline.

***Elan's reply: Elan reserves the right to call any witness by deposition under appropriate circumstances, such as (1) that the witness is not reasonably available; (2) the testimony is of such a nature that the imposition on the witness to appear at trial would be unduly burdensome; or (3) for other good cause.***

1. **All witnesses listed by defendant Abraxis (Ex 12) (live and/or by deposition).**

2. **Elaine Liversidge**
**Elan Drug Delivery, Inc.**
**3500 Horizon Drive**
**King of Prussia, PA 19406**
**(live and/or by deposition)**

Abraxis's response: Abraxis objects to Elan's presentation of Elaine Liversidge by deposition.

***Elan's reply: Elan reserves the right to call Elaine Liversidge by deposition for the reasons set forth above.***

3. **Nancy Peltier**
**Elan Drug Delivery, Inc.**
**3500 Horizon Drive**
**King of Prussia, PA 19406**
**(live and/or by deposition)**

Abraxis's response: Abraxis objects to Elan's presentation of Nancy Peltier by deposition.

***Elan's reply: Elan reserves the right to call Nancy Peltier by deposition for the reasons set forth above.***

4. **David Czekai**
**NanoSystems Div., Elan Pharmaceuticals**
**3500 Horizon Drive**
**King of Prussia, PA 19406**
**(live and/or by deposition)**

Abraxis's response: Abraxis objects to Elan's presentation of David Czekai by deposition.

***Elan's reply: Elan reserves the right to call David Czekai by deposition for the reasons set forth above.***

5. **Pramod P. Sarpotdar**
**3981 Gaffney Court**
**San Diego, California 92130**
**(live and/or by deposition)**

Abraxis's response: Abraxis objects to Elan's presentation of Pramod Sarpotdar by deposition.

***Elan's reply: Elan reserves the right to call Pramod Sarpotdar by deposition for the reasons set forth above.***

6. **Lawrence de Garavilla**
**909 Noble Drive**
**Downingtown, PA 19335**
**(live and/or by deposition)**

Abraxis's response: Abraxis objects to Elan's presentation of Lawrence de Garavilla by deposition.

***Elan's reply: Elan and reserves the right to call Lawrence de Garavilla by deposition for the reasons set forth above.***

7. **Lianjun Shi, Ph.D.**
**150318 Doolittle Drive**
**Bridgewater, NJ**
**(live and/or by deposition)**

Abraxis's response: Abraxis objects to testimony by Lianjun Shi for the reasons explained in Abraxis's motions in limine. Abraxis objects to Elan's presentation of Lianjun Shi by deposition.

***Elan's reply: Elan objects to Abraxis's objection because Abraxis has included Lianjun Shi on its witness list. Elan opposes Abraxis's motion in limine seeking to exclude the testimony of Lianjun Shi. Elan reserves the right to call Lianjun Shi by deposition for the reasons set forth above.***

8. **Dewey Barich, Ph.D.**
**University of Kansas**
**Lawrence, KS 66045**
**(live and/or by deposition)**

Abraxis's response: Abraxis objects to testimony by Dewey Barich for the reasons explained in Abraxis's motions in limine. Abraxis objects to Elan's presentation of

Dewey Barich by deposition.

***Elan's reply:* *Elan objects to Abraxis's objection because Abraxis has included Dewey Barich on its witness list. Elan opposes Abraxis's motion in limine seeking to exclude testimony of Dewey Barich. Elan reserves the right to call Dewey Barich by deposition for the reasons set forth above.***

9. **Jeffrey D. Winkler, Ph.D.**
**University of Pennsylvania**
**Philadelphia, PA 19104**
**(live and/or by deposition)**

Abraxis's response: Abraxis objects to testimony by Jeffrey Winkler for the reasons explained in Abraxis's motions in limine. Abraxis objects to Elan's presentation of Jeffrey Winkler by deposition.

***Elan's reply: Elan objects to Abraxis's objection because Abraxis has included Jeffrey Winkler on its witness list. Elan opposes Abraxis's motion in limine seeking to exclude testimony of Dr. Winkler. Elan reserves the right to call Dr. Winkler by deposition for the reasons set forth above.***

10. **Mark C. Manning, Ph.D.**
**1826 Monarch Circle**
**Loveland, CO 80538**
**(live and/or by deposition)**

**Dr. Manning will testify about human albumin in pharmaceutical formulations and about crosslinking. Dr. Manning will testify that human albumin on the particles within Abraxane® and reconstituted Abraxane® is essentially free of intermolecular crosslinkages. He will further testify that the particles within Abraxane® and reconstituted Abraxane® meet the non-**

**crosslinked limitation in the asserted claims. Dr. Manning will testify as to the deficiencies of Abraxis's analytical testing.**

**Dr. Manning will testify as to the validity and enforceability of the '363 Patent. Dr. Manning will testify as to the understanding of the '363 Patent by one of ordinary skill in the art, including that the specification enables one of ordinary skill in the art to practice the invention of the asserted claims without undue experimentation; that the specification adequately describes the limitations of the asserted claims; and that one of ordinary skill in the art would understand the scope of the asserted claims when read in light of the specification. Dr. Manning will testify that no material information was withheld from the Patent Office during examination of the patent application that issued as the '363 Patent.**

**Dr. Manning will testify as to the topics addressed in his expert reports.**

**Dr. Manning may rebut related testimony by Abraxis's witnesses.**

Abraxis's response: Abraxis objects to Elan's presentation of Dr. Manning by deposition. Abraxis objects to Dr. Manning testifying about the following topics because they are not discussed in either of his expert reports:

- "human albumin in pharmaceutical formulations"
- "human albumin on the particles within ... reconstituted Abraxane® is essentially free of intermolecular crosslinkages"
- "that the particles ... reconstituted Abraxane® meet the non-crosslinked limitation in the asserted claims"

- "deficiencies of Abraxis's analytical testing" other than XRPD and DSC
- "validity and enforceability of the '363 Patent" other than as to enablement, written description, definiteness, and materiality of information discussed in Dr. Manning's rebuttal report
- "the understanding of the '363 Patent by one of ordinary skill in the art" as it relates to enablement, written description, definiteness, and materiality of information other than that discussed in Dr. Manning's rebuttal report.

***Elan's reply: Elan objects to any effort to arbitrarily limit Dr. Manning's testimony about his expertise in human albumin in pharmaceutical formulations as established in his expert report, publications, and deposition; the factual contention that human albumin in Abraxane® is non-crosslinked;, the claims of the '363 and '025 patents as construed by the Court;, the issue of whether human albumin in Abraxane meets the "non-crosslinked surface modifier" claim limitation of the '363 patent; and any other issue raised in his expert report. Elan reserves the right to call Dr. Manning by deposition for the reasons set forth above. Elan reserves the right to call Dr. Manning in rebuttal on any issue raised by Abraxis about which he is competent to testify..***

11. **Harry G. Brittain, Ph.D.**
**10 Charles Street**
**Milford, NJ 08848**
**(live and/or by deposition)**

**Dr. Brittain will testify about limitations of using X-Ray Powder**

**Diffraction (XRPD) to characterize Abraxane®. Dr. Brittain will testify as to the deficiencies in the XRPD testing commissioned by Abraxis. Dr. Brittain will testify that particles within Abraxane® and reconstituted Abraxane® meet the non-crosslinked surface modifier limitation of the asserted claims. Dr. Brittain will testify that Abraxane® and reconstituted Abraxane® infringe the asserted claims under the doctrine of equivalents.**

**Dr. Brittain will testify as to the methods, assumptions, and conclusions of Dr. Atwood.**

**Dr. Brittain will testify as to the topics addressed in his reports.**

**Dr. Brittain may rebut related testimony by Abraxis's witnesses.**

Abraxis's response: Abraxis objects to testimony by Dr. Brittain relating to alleged crystallinity in Abraxane for the reasons explained in Abraxis's motions in limine. Abraxis objects to Elan's presentation of Dr. Brittain by deposition. Abraxis objects to testimony by Dr. Brittain about alleged infringement by "reconstituted Abraxane®" because that topic is not discussed in his expert reports.

***Elan's reply: Elan opposes Abraxis's motion in limine seeking to exclude testimony of Dr. Brittain. Elan objects to any effort to arbitrarily limit Dr. Brittain's testimony about reconstituted Abraxane® or any other issue raised in his expert reports. Elan reserves the right to call Dr. Brittain by deposition for the reasons set forth above. Elan reserves the right to call Dr. Brittain in rebuttal on any issue raised by Abraxis on which he is competent to testify.***

12.     **Samuel J. Danishefsky, Ph.D.**
        **Memorial Sloan-Kettering Cancer Institute**
        **1275 York Avenue**
        **New York, NY 10065**
        **(live and/or by deposition)**

      **Dr. Danishevsky will testify about the nature of paclitaxel, the synthesis of paclitaxel, and the role of formulation in effective delivery of paclitaxel. Dr. Danishevsky will testify as to the inventive achievements described in the '363 Patent. Dr. Danishevsky will testify as to the chemical nature of paclitaxel in particles within Abraxane® and reconstituted Abraxane® with respect to literal infringement and infringement under the doctrine of equivalents.**

      **Dr. Danishevsky will testify as to the non-obviousness of the '363 Patent in view of the Haynes Patent.**

      **Dr. Danishevsky will testify as to the topics addressed in his reports.**

      **Dr. Danishevsky may rebut related testimony by Abraxis's witnesses.**

      Abraxis's response:  Abraxis objects to testimony by Dr. Danishefsky relating to alleged crystallinity in Abraxane® for the reasons explained in Abraxis's motions in limine.  Abraxis objects to Elan's presentation of Dr. Danishefsky by deposition.  Abraxis objects to testimony by Dr. Danishefsky about alleged infringement by "reconstituted Abraxane®" because that topic is not discussed in his expert reports.  Abraxis objects to testimony by Dr. Danishefsky about "the role of formulation in effective delivery of paclitaxel" because that topic is not discussed in his expert reports, and he is not qualified to testify on that subject.  Abraxis objects to testimony by Dr. Danishefsky about alleged "inventive achievements described in

the '363 Patent" and "non-obviousness of the '363 Patent in view of the Haynes Patent" except as discussed in Dr. Danishefsky's rebuttal report with respect to the Haynes patent. Dr. Danishefsky was not prepared at his deposition to discuss prior art other than the Haynes patent. ("I would have to go back and actually retrieve all of the matters if it came to testimony about that at the trial or so forth, or here." Danishefsky dep., 215:5-8)

***Elan's reply: Elan opposes any motions in limine to exclude testimony of Dr. Danishefsky. Elan objects to any effort to arbitrarily limit Dr. Danishefsky's testimony about reconstituted Abraxane®; inventiveness and non-obviousness of the '363 Patent; references that Abraxis did not allow Dr. Danishefsky to review during his deposition to refresh his recollection; and any other issues raised in his reports or at his deposition about which he is competent to testify. Elan reserves the right to call Dr. Danishefsky by deposition for the reasons set forth above. Elan reserves the right to call Dr. Danishefsky in rebuttal on any issue raised by Abraxis about which he is competent to testify.***

13. **Cory Berkland, Ph.D.**
**18329 Northwind Drive**
**Lawrence, KS 66044**
**(live and/or by deposition)**

**Dr. Berkland will testify as to the isolation of particles within reconstituted Abraxane®. Dr. Berkland will testify that particles within Abraxane® and reconstituted Abraxane® meet the non-crosslinked surface modifier limitation of the asserted claims. Dr. Berkland will testify as to deficiencies of Abraxis's analytical testing. Dr. Berkland will testify about**

**REDACTED**

**TEM and cryo-TEM testing to determine crystallinity.**

**Dr. Berkland intends to testify as to the topics addressed in his report.**

**Dr. Berkland may rebut related testimony by Abraxis's witnesses.**

Abraxis's response: Abraxis objects to testimony by Dr. Berkland relating to "isolation of particles within reconstituted Abraxane®" (*i.e.* Section C of Dr. Berkland's report) for the reasons explained in Abraxis's motions in limine. Abraxis objects to Elan's presentation of Dr. Berkland by deposition. Abraxis objects to testimony by Dr. Berkland about "deficiencies of Abraxis's analytical testing" other than electron microscopy and XRPD. Abraxis objects to testimony by Dr. Berkland about alleged infringement by "reconstituted Abraxane®" because that topic is not discussed in his expert report.

***Elan's reply: Elan objects to Abraxis's motion in limine seeking to exclude testimony of Dr. Berkland. Elan objects to any effort to arbitrarily limit Dr. Berkland's testimony about subjects raised in his expert report. Elan reserves the right to call Dr. Berkland by deposition for the reasons set forth above. Elan reserves the right to call Dr. Berkland in rebuttal on any issue raised by Abraxis about which he is competent to testify.***

14. **Manoj Maniar, Ph.D.**
**375 Pheasant Run**
**Newtown, PA 18940**
**(live and/or by deposition)**

**Dr. Maniar will testify about drug development, including compliance with guidelines promulgated by the United States Food and Drug**

**REDACTED**

**Administration. Dr. Maniar will testify as to the validity and enforceability of the '025 Patent, if necessary. Dr. Maniar will testify that no material information was withheld from the Patent Office during examination of the patent application that issued as the '025 Patent, if necessary.**

**Dr. Maniar will testify as to the topics addressed in his expert report.**

**Dr. Manning may rebut related testimony by Abraxis's witnesses.**

Abraxis's response: Abraxis objects to Dr. Maning testifying that no material information was withheld from the Patent Office that exceeds the scope of his expert report. Abraxis objects to Elan's presentation of Dr. Maniar by deposition.

***Elan's reply: Elan objects to any effort to arbitrarily limit Dr. Maniar's testimony that no material information was withheld and any other subject raised in his expert report. Elan reserves the right to call Dr. Maniar by deposition for the reasons set forth above. Elan reserves the right to call Dr. Manning in rebuttal on any issue raised by Abraxis about which he is competent to testify.***

15. **David Robert Taft, Ph.D.**
**Division of Pharmaceutical Sciences**
**Long Island University**
**Brooklyn, NY 11201**
**(live)**

**Dr. Taft will testify as to preclinical studies of Elan's nanoparticulate paclitaxel formulations** [REDACTED] **Dr. Taft will testify that the preclinical studies demonstrate that the efficacy of paclitaxel is increased by administering it as surface modified nanoparticles. Dr. Taft will testify that**

REDACTED

**the reduction of particle size and use of a surface modifier increased efficacy and reduced toxicity in [redacted] Elan's formulations [redacted] Dr. Taft will testify that [redacted] particles within reconstituted Abraxane® perform substantially the same function in substantially the same way with substantially the same result as the particles of the asserted claims.**

**Dr. Taft will testify as to the topics addressed in his report.**

**Dr. Taft may rebut related testimony by Abraxis's witnesses.**

Abraxis's response: Abraxis objects to testimony by Dr. Taft that [redacted] (See Hamrell dep., 294:20-300:10.) Abraxis objects to testimony by Dr. Taft that "the reduction of particle size and use of a surface modifier increased efficacy and reduced toxicity in [redacted] Elan's formulations [redacted]" because Dr. Taft does not express an opinion on that subject matter in his report.

***Elan's reply: Elan objects to Abraxis's characterizing Elan's positions through deposition testimony of Abraxis's witness, Dr. Hamrell, and mischaracterizing the subject matter cited from Dr. Hamrell's deposition. Elan objects to any effort to arbitrarily limit Dr. Taft's testimony that reduced particle size and use of a surface modifier increased efficacy and reduced toxicity in Elan's formulations [redacted], and any other subject raised in his expert***

**REDACTED**

***report. Elan reserves the right to call Dr. Taft by deposition for the reasons set forth above. Elan reserves the right to call Dr. Taft in rebuttal on any issue raised by Abraxis about which he is competent to testify.***

16. **David J. Haidak, M.D.**
**Oncology-Hematology Associates, P.A.**
**8926 Woodyard Road, Suite 201**
**Clinton, MD 20735**
**(live)**

**Dr. Haidak will testify about use of Abraxane® in treating cancer patients. He will testify as to the use and administration of Abraxane® to treat cancer patients.**

**Dr. Haidak will testify as to the topics addressed in his report.**

**Dr. Haidak may rebut related testimony by Abraxis's witnesses.**

17. **Stephen R. Byrn, Ph.D.**
**Purdue University**
**West Lafayette, IN 47906**
**(live)**

**Dr. Byrn will testify about formulation of pharmaceutical solids. Dr. Byrn will testify about nanoparticles, crystallinity, amorphousness, and analytical techniques for characterizing pharmaceutical solids. Dr. Byrn will testify about XRPD. [REDACTED] Dr. Byrn will testify that Abraxane® and reconstituted Abraxane® literally infringe the asserted claims.**

**Dr. Byrn will testify about the state of the prior art with respect to the '363 Patent and, if necessary, the '025 Patent. Dr. Byrn will testify as to what a**

**REDACTED**

**person of skill in the art would understand from the prior art. Dr. Byrn will testify that the '363 Patent claims are non-obviousness. Dr. Byrn will testify that the Domb Patent is immaterial to the '363 Patent claims.**

**Dr. Byrn will testify as to the topics addressed in his reports.**

**Dr. Byrn may rebut related testimony by Abraxis's witnesses.**

Abraxis's response: Abraxis objects to testimony by Dr. Byrn relating to the subjects in his untimely Supplemental Report for the reasons explained in Abraxis's motions in limine. Abraxis objects to Dr. Byrn testifying about the following topics because they are not discussed in his rebuttal report, including:

- "formulation of pharmaceutical solids"
- "nanoparticles, crystallinity, amorphousness, and analytical techniques for characterizing pharmaceutical solids"
- "XRPD"
- 
- "that Abraxane® and reconstituted Abraxane® literally infringe the asserted claims."

Abraxis objects to testimony by Dr. Byrn relating to alleged crystallinity in Abraxane for the reasons explained in Abraxis's motions in limine.

Dr. Byrn stated in his rebuttal report "

**REDACTED**

***Elan's reply:* Elan objects to Abraxis's motion in limine seeking to exclude testimony of Dr. Byrn. Elan objects to any effort to arbitrarily limit Dr. Byrn's tutorial or testimony on subjects [REDACTED], as well as any other subject raised in his expert reports. Elan notes that the limitation on Dr. Byrn's testimon asserted above is to the extent that it relates solely to the '025 patent. Elan reserves the right to call Dr. Byrn by deposition for the reasons set forth above. Elan reserves the right to call Dr. Byrn in rebuttal on any issue raised by Abraxis about which he is qualified to testify.**

18. **Patrick Soon-Shiong**<br>**c/o counsel for Abraxis**<br>**(live and/or by deposition)**

19. **Neil Desai**<br>**c/o counsel for Abraxis**<br>**(live and/or by deposition)**

20. **Michael Hawkins**<br>**c/o counsel for Abraxis**<br>**(live and/or by deposition)**

21. **Leslie Louie**<br>**c/o counsel for Abraxis**<br>**(live and/or by deposition)**

22. **Ulagaraj Selvaraj**<br>**c/o counsel for Abraxis**<br>**(live and/or by deposition)**

23. **Henry Lee**
**MedComm Solutions**
**1900 Powell Street, Suite 880**
**Emeryville, CA 94608**
**(live and/or by deposition)**

Abraxis's response: Abraxis objects to Elan's inclusion of Herbert Lee based on F.R.E. 401, 402, and 403.

***Elan's reply: Henry Lee's testimony, if offered at trial in person or by deposition, will be relevant and its relevance will outweigh any prejudicial effect to Abraxis.***

# EXHIBIT 6

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| ELAN PHARMA INTERNATIONAL LIMITED, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No. 06-438-GMS |
| | § | |
| ABRAXIS BIOSCIENCE, INC., | § | |
| | § | |
| Defendant. | § | |

**EXHIBIT 6: DEFENDANT ABRAXIS'S WITNESS LIST, PLAINTIFF ELAN'S RESPONSE, AND DEFENDANT ABRAXIS'S REPLY**

**Abraxis identifies below the witnesses whom it will call and may call as trial witnesses, by deposition or in person.**

Plaintiff Elan Pharma International Limited ("Elan") hereby objects to the calling of, or to the qualifications of, the following individuals identified in Defendant Abraxis BioScience, Inc.'s ("Abraxis") Witness List. Elan also objects to Abraxis calling any witness to testify that it obtained an opinion of counsel as to the '363 Patent prior to the filing of this lawsuit.[1]

[1] Elan served the following Interrogatory No. 10 on Abraxis:

> Identify: any individual[s] and/or firm[s] who provided Abraxis with a written opinion regarding infringement by Abraxane® and/or the validity of U.S. Patent No. 5,399,363.

Abraxis responded as follows:

> Abraxis objects to this Interrogatory because it seeks information protected from disclosure under the attorney-client privilege and/or the work-product doctrine. Abraxis further objects to this interrogatory because the term "written opinion" is vague and indefinite. Subject to the foregoing objections, Drs. Mansoor M. Amiji and Jerry L. Atwood provided written opinions to counsel for Abraxis regarding the validity of U.S. Patent No. 5,399,363 and/or facts underlying one or more of Abraxis's invalidity

*(footnote continued on next page)*

**Abraxis has identified the following witnesses who will be called to testify at trial.**

| | |
|---|---|
| 1. | **Mansoor M. Amiji, Ph.D.**<br>**Northeastern University**<br>**Room 110 Mugar Life Sciences Building**<br>**360 Huntington Avenue**<br>**Boston, Massachusetts 02115**<br>**(live)**<br><br>**Dr. Amiji will testify regarding the subject matter discussed in his expert reports, including the general background and development of the technology in suit, discussion of the claimed technology during prosecution of the '363 and '025 patents, invalidity of the '363 and '025 patents based on nonenablement, lack of written description, and indefiniteness, invalidity of the '363 patent based on obviousness and obviousness-type double patenting, and the materiality of prior art and information withheld from the United States Patent and Trademark Office during prosecution of the '363 and '025 patents (inequitable conduct). Dr. Amiji will offer rebuttal testimony on the subject of noninfringement, particularly with** |

---

contentions in this case. These written opinions were served on counsel for Elan on September 28, 2007.

Abraxis has not supplemented it response to this interrogatory, nor has Abraxis logged any such opinion(s) of counsel on its Privilege Log. Abraxis now contests the following statement of fact: "Abraxis did not obtain a legal opinion of infringement or validity of the '363 Patent prior to the date this lawsuit was filed on July 19, 2006," and comparable statements with respect to its predecessor companies American Biosciences, Inc. and VivoRx. Elan has provided Abraxis with citation to controlling authority that the existence of an opinion and identification of counsel who provided an opinion, without more, is not privileged. Abraxis, however, remains steadfast in its refusal to respond fully to this interrogatory, supplement its Privilege Log, identify any such opinion(s) in the Privilege Log, or concede that no such opinion(s) exist. Accordingly, in addition to other remedies, Elan objects to any evidence or testimony by Abraxis at trial relating to the existence of any such opinion(s).

**respect to the "non-crosslinked surface modifier" and "crystalline" claim limitations. Dr. Amiji may rebut related testimony by Elan witnesses.**

Elan's response: Elan objects to Dr. Amiji as unqualified to testify or opine about (1) the general technology of the patents-in-suit; (2) prior art to the '363 Patent, (3) invalidity of the '363 Patent based on alleged obviousness; and (4) X-Ray Powder Diffraction as more fully discussed in Elan's motion in limine no. 3 and the reply thereto. Elan also objects to Abraxis calling Dr. Amiji to testify or opine that the HSA in Abraxane is cross-linked for reasons more fully discussed in Elan's motion in limine no. 4 and the reply thereto. Elan further objects to Abraxis calling Dr. Amiji to testify or opine about obviousness-type double patenting, which is a question of law. *See Texas Instruments, Inc. v. Int'l Trade Comm'n*, 988 F.2d 1165, 1179 (Fed. Cir. 1993). Elan further objects to Abraxis calling Dr. Amiji to testify regarding any subject matter or opinions not expressly disclosed in his expert report. Furthermore, Elan objects to Abraxis calling Dr. Amiji to testify regarding the alleged invalidity or unenforceability of the '025 Patent. Such testimony is irrelevant and wasteful as the '025 Patent is currently pending before the U.S. Patent & Trademark Office in reissue proceedings. *See* Fed. R. Evid. 402, 403.

***Abraxis's reply*: *Taking Elan's objections sentence by sentence in turn,***

***(1) Elan never filed a motion in limine to exclude testimony by Dr. Amiji regarding the general technology of the patents-in-suit. It is absurd to argue that Dr. Amiji is not qualified to give such an opinion in view of his qualifications. See Dr. Amiji's qualifications set forth in Exhibit 7 to this***

| | |
|---|---|
| | *pretrial order.*<br>*(2) Elan's motion in limine No. 3 was limited to excluding testimony by Dr. Amiji regarding the prior art Domb patent. Elan's request here should be rejected for the reasons discussed in Abraxis's response to that motion. Elan's untimely request as to other prior art is without merit for the same reasons.*<br>*(3) Elan's motion in limine No. 3 was limited to excluding testimony by Dr. Amiji regarding the prior art Domb patent. Elan's untimely request here to exclude any obviousness opinions by Dr. Amiji is without merit for the same reasons discussed in Abraxis's response to Elan motion in limine No. 3—Dr. Amiji is without question an expert qualified to give these opinions.*<br>*(4) Dr. Amiji is qualified to give the XRPD opinions expressed in his rebuttal expert report for the reasons discussed in Abraxis's response to Elan motion in limine Nos. 3.*<br>*(5) Elan's objections in Elan motion in limine No. 4 to testimony by Dr. Amiji regarding the crosslinking of albumin in Abraxane is without merit for the reasons Abraxis discussed in its response to Elan motion in limine No. 4.*<br>*(6) Testimony by Dr. Amiji on obviousness-type double patenting is appropriate. Although the ultimate issue of obviousness-type double patenting is an issue of law (as is obviousness over prior art), there are underlying factual determinations as to which Dr. Amiji's expert testimony would be helpful.*<br>*(7) Dr. Amiji will testify as to the opinions expressed in his opening and rebuttal reports, and in reply to the opinions expressed by Elan's experts in rebuttal to Dr. Amiji's opening report, as to which Elan had the opportunity to examine* |

| | |
|---|---|
| | *Dr. Amiji at his deposition. In addition, if Elan's experts are permitted to testify at trial beyond the scope of their expert reports (on topics addressed in Dr. Amiji's reports), then Dr. Amiji may respond to that testimony.* <br> *(8) Testimony by Dr. Amiji about the invalidity and unenforceability of the '025 patent is appropriate because Abraxis has pending counterclaims seeking a declaration of invalidity and unenforceablity with respect to that patent.* |
| 2. | **Jerry L. Atwood, Ph.D.<br>University of Missouri<br>601 South College Avenue<br>Room 125<br>Columbia, MO 65211<br>(live)** <br><br> **Dr. Atwood will testify regarding the subject matter discussed in his expert reports, including the percent by weight of surface modifier that can be adsorbed on the surface of a crystalline medicament or drug substance as described and claimed in the '363 and '025 patents, as well as the background technology and terminology necessary to understand this subject. Dr. Atwood will offer rebuttal testimony on the subject of noninfringement, particularly with respect to the "crystalline" claim limitation. Dr. Atwood's testimony will include discussion of Abraxis's XRPD testing and electron microscopy of Abraxane®. Dr. Atwood will offer testimony regarding discussions of the claimed technology during prosecution of the '363 and '025 patents, and provide a background tutorial relating to crystallinity, amorphousness, and relevant analytical techniques, including X-ray powder diffraction, solid state NMR spectroscopy, and electron microscopy. Dr. Atwood will testify regarding Elan's ssNMR testing if that testing is not excluded** |

REDACTED

**by the Court. Dr. Atwood may rebut related testimony by Elan witnesses.**

Elan's response: Elan objects to Dr. Atwood as unqualified to testify or opine about solid-state nuclear resonance spectroscopy (ssNMR), or issues related to ssNMR, for reasons more fully discussed in Elan's motion in limine no. 3 and the reply thereto.

Elan also objects to Abraxis calling Dr. Atwood to testify regarding any subject matter or opinions not expressly disclosed in his timely served opening and rebuttal expert reports. Furthermore, Elan objects to Abraxis calling Dr. Atwood to testify regarding the alleged invalidity or unenforceability of the '025 Patent. Such testimony is irrelevant and wasteful as the '025 Patent is currently pending before the U.S. Patent & Trademark Office in reissue proceedings. *See* Fed. R. Evid. 402, 403.

Elan further specifically objects to Abraxis calling Dr. Atwood to testify or opine on subject matters discussed in his supplemental report. Dr. Atwood's supplemental report was served on February 29, 2008, some two and a half months after the December 14, 2007 close of expert discovery, and more than three months after Elan's December 5, 2007 deposition of Dr. Atwood. Notably, Abraxis failed to seek leave of Court before serving Dr. Atwood's supplemental report.

Dr. Atwood's purported "supplemental" report does not fill in gaps in his opening or rebuttal expert reports, as permitted by Federal Rule of Civil Procedure 26. Rather, Dr. Atwood's supplemental report addresses for the first time the provenance of [REDACTED] upon which Abraxis relies for its proposition that Abraxane is amorphous. In his rebuttal expert report, Dr. Atwood adopted the [REDACTED]

REDACTED

[redacted] Elan questioned Dr. Atwood about the [redacted] during his deposition, and particularly about the fact that [redacted]

On February 1, 2008 — some five and a half months after the August 13, 2007 close of fact discovery — Abraxis first disclosed Ms. Melody as a fact witness to Elan. 28 days later — three months after the close of expert discovery — Abraxis served Dr. Atwood's "supplemental" report. Dr. Atwood's supplemental expert report is nothing more than a back door attempt to introduce testimony from Ms. Melody that contradicts her written documents and that would otherwise be untimely and inadmissible.

Elan will be prejudiced by admission of testimony and/or evidence regarding the subject matter and opinions contained in Dr. Atwood's supplemental report. [redacted] Elan should not be punished or Abraxis rewarded for Dr. Atwood's failure to consider this information in a timely fashion. The time to proffer this evidence and allow Elan to depose the relevant witnesses is past. Abraxis should not be permitted to circumvent the Scheduling Order, burden Elan with further fact and expert discovery, and delay the orderly progress to trial. District courts have the power to control their dockets by refusing to give ineffective litigants a second

chance to develop their case. Here, the facts mitigate against allowing a deviation from the Court's Scheduling Order and providing Dr. Atwood with the opportunity to testify regarding the subject matter and opinions contained in his supplemental report.

Elan also objects to Abraxis calling Dr. Atwood to testify or opine on ssNMR issues raised in his supplemental report, which was served after the close of expert discovery. Any real expert in solid state NMR would have had ample opportunity to evaluate Dr. Munson's ssNMR data during the period of expert discovery. Dr. Atwood admits in his supplemental report that he lacked both the hardware and the software to evaluate the data generated by Dr. Munson – and that he waited months to acquire it. In essence, Abraxis retained an "expert" who lacked the ability to offer an effective critique of Dr. Munson's work during the period of expert discovery. In that light, Dr. Atwood should not now, 10 weeks after the close of expert discovery, be permitted to provide criticisms that he had ample opportunity to consider and address during expert discovery.

Dr. Atwood's complaints about sample handling, sample integrity, and standard purity expressed in his supplemental report are also not new. He should be permitted only to testify about that subject matter to the extent he addressed it in his timely served rebuttal report. Elan objects to Dr. Atwood taking this opportunity to introduce new takes on these issues in a late-filed "supplemental" report.

***Abraxis's reply: Taking Elan's objections in turn,***

***(1) Dr. Atwood is qualified to give the opinions regarding ssNMR for the reasons discussed in Abraxis's response to Elan motion in limine No. 3.***

***(2) Dr. Atwood will testify as to the opinions expressed in his opening, rebuttal,***

**REDACTED**

| | |
|---|---|
| | *and supplemental reports, and in reply to the opinions expressed by Elan's experts in rebuttal to Dr. Atwood's opening report, as to which Elan had the opportunity to examine Dr. Atwood at his deposition. In addition, if Elan's experts are permitted to testify at trial beyond the scope of their expert reports (on topics addressed in Dr. Atwood's reports), then Dr. Atwood may respond to that testimony.*<br>*(3) Testimony by Dr. Atwood about the invalidity and unenforceability of the '025 patent is appropriate because Abraxis has pending counterclaims seeking a declaration of invalidity and unenforceablity with respect to that patent.*<br>*(4) Elan did not file a motion in limine to exclude Dr. Atwood's supplemental report. Nor could it. As explained in Abraxis's response to Elan motion in limine No. 3 and in the report itself, it is based on information that was not available to Dr. Atwood at the time he prepared his opening and rebuttal expert reports. For example, Elan raised the issue [REDACTED] for the first time during expert depositions, when Elan's experts volunteered this theory at their depositions (without putting it in their expert reports). Dr. Atwood explained why he only explored this issue after his initial reports in his supplemental report, to which Elan does not respond. Similarly, the ssNMR opinions in Dr. Atwood's supplemental report were based on information not previously available to Dr. Atwood due to Elan's discovery misconduct, as explained in Abraxis's motion in limine No. 2 and the undisputed facts set forth in Dr. Atwood's and Emily Evans's declarations filed in support of that motion.* |

| | |
|---|---|
| 3. | **Neil Desai, Ph.D.**<br>**Abraxis BioScience, Inc.**<br>**11755 Wilshire Blvd., 20th Floor**<br>**Los Angeles, CA 90025**<br>**(live)**<br><br>Elan's response: Elan objects to Abraxis calling Dr. Desai to testify in the form of opinions or inferences except to the extent that such opinions and inferences are expressly permitted pursuant to Fed. R. Evid. 701. |
| 4. | **Elaine Liversidge, Ph.D.**<br>**Elan Drug Delivery, Inc.**<br>**3500 Horizon Drive**<br>**King of Prussia, PA 19406**<br>**(live and/or by deposition)** |
| 5. | **Gary G. Liversidge, Ph.D.**<br>**Elan Drug Delivery, Inc.**<br>**3500 Horizon Drive**<br>**King of Prussia, PA 19406**<br>**(live and/or by deposition)** |
| 6. | **Pramod P. Sarpotdar, Ph.D.**<br>**3981 Gaffney Court**<br>**San Diego, California 92130**<br>**(live and/or by deposition)** |
| 7. | **Patrick Soon-Shiong, M.D.**<br>**Abraxis BioScience, Inc.**<br>**11755 Wilshire Blvd., 20th Floor**<br>**Los Angeles, CA 90025**<br>**(live)**<br><br>Elan's response: Elan objects to Abraxis calling Dr. Soon-Shiong to testify in the form of opinions or inferences except to the extent that such opinions and inferences are expressly permitted by Fed. R. Evid. 701. |

| | **Defendant Abraxis identifies the following witnesses that may be called to testify at trial.** |
|---|---|
| 1. | **Dewey Barich, Ph.D.**<br>**University of Kansas**<br>**Lawrence, KS 66045**<br>**(live and/or by deposition)**<br><br>**Note: Abraxis is listing Dr. Barich as a "may call" witness in the event that its motion in limine No. 2 is not granted.** |
| 2. | **Cory Berkland, Ph.D.**<br>**18329 Northwind Drive**<br>**Lawrence, KS 66044**<br>**(live and/or by deposition)**<br><br>**Note: Abraxis is listing Dr. Berkland as a "may call" witness in the event that its motions in limine Nos. 1 and 2 are not granted.** |
| 3. | **Harry G. Brittain, Ph.D.**<br>**10 Charles Street**<br>**Milford, NJ 08848**<br>**(live and/or by deposition)** |
| 4. | **Stephen R. Byrn, Ph.D.**<br>**Purdue University**<br>**West Lafayette, IN 47906**<br>**(live and/or by deposition)** |

| | |
|---|---|
| 5. | **Mitchall Clark**<br>**Abraxis BioScience, Inc.**<br>**11755 Wilshire Blvd., 20th Floor**<br>**Los Angeles, CA 90025**<br>**(live)**<br><br>Elan's response: Elan objects to Abraxis calling Mitchall Clark to testify in the form of opinions or inferences except to the extent such opinions and inferences are expressly permitted by Fed. R. Evid. 701. |
| 6. | **David Czekai**<br>**NanoSystems Div., Elan Pharmaceuticals**<br>**3500 Horizon Drive**<br>**King of Prussia, PA 19406**<br>**(live and/or by deposition)** |
| 7. | **Samuel J. Danishefsky, Ph.D.**<br>**Memorial Sloan-Kettering Cancer Institute**<br>**1275 York Avenue**<br>**New York, NY 10065**<br>**(live and/or by deposition)** |
| 8. | **William J. Davis, Esq.**<br>**International Specialty Products**<br>**1361 Alps Rd.**<br>**Wayne, NJ 07470**<br>**Phone: (973) 628-3529**<br>**(live and/or by deposition)** |
| 9. | **Lawrence de Garavilla, Ph.D.**<br>**909 Noble Drive**<br>**Downingtown, PA 19335**<br>**(live and/or by deposition)** |
| 10. | **Michael R. Hamrell, Ph.D.**<br>**Moriah Consultants**<br>**4481 Paloma Lane**<br>**Yorba Linda, CA 92886**<br>**(live)**<br><br>**Dr. Hamrell may testify regarding the subject matter discussed in his** |

**expert report, including a background tutorial regarding preclinical testing of pharmaceutical products, the FDA approval process, and the significance of preclinical testing of Elan nanocrystal formulations as compared to preclinical and clinical testing of Abraxane®. Dr. Hamrell may rebut related testimony by Elan witnesses.**

Elan's response: Elan objects to Abraxis calling Dr. Hamrell to testify or opine on any subject matter not expressly disclosed in his expert report. Elan also objects to Abraxis calling Dr. Hamrell to testify regarding the alleged invalidity or unenforceability of the '025 Patent. Such testimony is irrelevant and wasteful as the '025 Patent is currently pending before the U.S. Patent & Trademark Office in reissue proceedings. *See* Fed. R. Evid. 402, 403.

***Abraxis's reply:_Taking Elan's objections in turn,***

***(1) Dr. Hamrell will testify as to the opinions expressed in his rebuttal report. In addition, if Elan's experts are permitted to testify at trial beyond the scope of their expert reports (on topics addressed in Dr. Hamrell's report), then Dr. Hamrell may respond to that testimony.***

***(2) Dr. Hamrell did not opine on the invalidity and unenforceability of the '025 patent.***

**REDACTED**

| | |
|---|---|
| 11. | **Michael Hawkins, M.D.**<br>**380 Harbor Street, No. 2**<br>**Venice, CA 90291**<br>**(live and/or by deposition)**<br><br>Elan's response: Elan objects to Abraxis calling Dr. Hawkins to testify in the form of opinions or inferences except to the extent such opinions and inferences are expressly permitted by Fed. R. Evid. 701. |
| 12. | **Leslie Louie**<br>**Abraxis BioScience, Inc.**<br>**11755 Wilshire Blvd., 20th Floor**<br>**Los Angeles, CA 90025**<br>**(live)** |
| 13. | **Manoj Maniar, Ph.D.**<br>**375 Pheasant Run**<br>**Newtown, PA 18940**<br>**(live and/or by deposition)** |
| 14. | **Katherine Melody**<br>**Micron, Inc.**<br>**3815 Lancaster Pike**<br>**Wilmington, DE 19805**<br>**(live)**<br><br>Elan's response: Elan objects to Abraxis calling Katherine Melody, a purported fact witness, to testify at trial. Abraxis first disclosed Ms. Melody to Elan on February 1, 2008—five and a half months after the August 13, 2007 close of fact discovery, and two and a half months after the close of expert discovery. Ms. Melody is |

**REDACTED**

Elan will be unduly prejudiced if Ms. Melody is permitted to testify. If Abraxis had timely advised Elan of any refutation by Ms. Melody of her written records, Elan would have had an opportunity to depose her and to have its experts consider her testimony in formulating their opinions. Abraxis's last-minute disclosure of Ms. Melody as a fact witness leaves Elan with the Hobson's choice of inadequate preparation or costly delay. Elan should not have to make this choice and Abraxis should suffer the consequences of its expert's failure to carefully evaluate the data upon which he relied.

Elan further objects to Abraxis calling Ms. Melody to testify in the form of opinions or inferences except to the extent that such opinions and inferences are expressly permitted by Fed. R. Evid. 701.

***Abraxis's reply:** Elan's objections to the testimony of Ms. Melody constitute an additional (and untimely) motion in limine in excess of its five permitted motions in limine. For the first time in this case, during expert depositions, Elan challenged*

REDACTED

| | |
|---|---|
| | *Ms. Melody's testimony also would support the admissibility of those records. Elan can show no prejudice from the presentation of Ms. Melody at trial. Ms. Melody was disclosed to Elan on Abraxis's supplemental initial disclosures on February 29, 2008. Abraxis has offered Ms. Melody for deposition numerous times, but Elan has elected not to depose her. Abraxis remains willing to produce Ms. Melody for a deposition before trial.* <br><br> *Abraxis notes that Dr. Atwood did not "adopt in his rebuttal expert report* |
| 15. | **Eric J. Munson Ph.D.**<br>**1324 Lawrence Ave.**<br>**Lawrence, KS 66049**<br>**(live and/or by deposition)**<br><br>**Note: Abraxis is listing Dr. Munson as a "may call" witness in the event that its motion in limine No. 2 is not granted.** |
| 16. | **Terry L. Musika, C.P.A.**<br>**Invotex Group**<br>**1637 Thames Street**<br>**Baltimore, MD 21231**<br>**(live)**<br><br>**Mr. Musika may testify regarding the subject matter discussed in his expert report, including background information regarding Elan and Abraxis, the** |

| | |
|---|---|
| | **taxane market, and the appropriate methodology to determine damages for patent infringement. Mr. Musika may offer testimony on reasonable royalty and the relevant factors to be considered in determining a reasonable royalty, including the appropriate calculation of profitability for Abraxane and for Elan; an evaluation of the degree to which prior licenses are comparable or should affect the determination of a reasonable royalty; the proper calculation of the royalty base; and the appropriate royalty rate if the jury finds that Abraxane infringes a valid claim of the '363 patent. Mr. Musika may offer rebuttal testimony on the subject of reasonable royalty damages in response to the testimony of John C. Jarosz. Mr. Musika may rebut related testimony by Elan witnesses.**<br><br>Elan's response: Elan objects to Abraxis calling Mr. Musika to offer any testimony or opinion regarding the financial condition of Elan or Elan Corporation, plc. Such testimony is irrelevant, confusing, and misleading to the jury. *See* Fed. R. Civ. P. 403. Elan also objects to Mr. Musika testifying regarding any subject matter or opinions not expressly disclosed in his expert report.<br><br>***Abraxis's reply: Abraxis responds that Elan's and Elan Corporation, plc's financial conditions are relevant to the determination of reasonable royalty damages calculated by means of a hypothetical negotiation pursuant to Georgia-Pacific. Both Mr. Musika and Elan's reasonable royalty expert, Mr. Jarosz, make the relevant calculations, discuss both Elan entities' financial condition and address its effect on the hypothetical negotiation in their respective expert reports and each attaches an exhibit reflecting the calculations to their expert reports. Several of the Georgia-*** |

| | |
|---|---|
| | *Pacific factors applied by both Mr. Musika and Mr. Jarosz relate to the hypothetical licensor's financial condition and business practices. As both Mr. Musika and Mr. Jarosz recognize, Elan and Elan Corporation, plc's financial condition is one economic factor that a prudent business person would, under similar circumstances, take into consideration in negotiating a hypothetical license. There is no reason to believe that the presentation of this information is likely to confuse or mislead the jury given the substantial differences between Abraxis and Elan/Elan Corporation, plc. Mr. Musika will testify with respect to the matters contained in his rebuttal expert report, updated for recently released financial information. In addition, if Mr. Jarosz is permitted to testify at trial beyond the scope of his expert report (on topics addressed in Mr. Musika's report), then Mr. Musika may respond to that testimony.* |
| 17. | **Nancy Peltier**<br>**Elan Drug Delivery, Inc.**<br>**3500 Horizon Drive**<br>**King of Prussia, PA 19406**<br>**(live and/or by deposition)** |
| 18. | **Ulagaraj Selvaraj, Ph.D.**<br>**Abraxis BioScience, Inc.**<br>**11755 Wilshire Blvd., 20th Floor**<br>**Los Angeles, CA 90025**<br>**(live)**<br><br>Elan objects to Abraxis calling Dr. Selvaraj to testify in the form of opinions or inferences except to the extent that such opinions and inferences are expressly permitted by Fed. R. Evid. 701. |

| | |
|---|---|
| 19. | **Lianjun Shi, Ph.D.**<br>**150318 Doolittle Drive**<br>**Bridgewater, NJ**<br>**(live and/or by deposition)**<br><br>**Note: Abraxis is listing Dr. Shi as a "may call" witness in the event that its motion in limine No. 2 is not granted.** |
| 20. | **David Robert Taft, Ph.D.**<br>**Division of Pharmaceutical Sciences**<br>**Long Island University**<br>**Brooklyn, NY 11201**<br>**(live and/or by deposition)** |
| 21. | **Jeffrey D. Winkler, Ph.D.**<br>**University of Pennsylvania**<br>**Philadelphia, PA 19104**<br>**(live and/or by deposition)**<br><br>**Note: Abraxis is listing Dr. Winkler as a "may call" witness in the event that its motion in limine No. 2 is not granted.** |
| 22. | **Johnson Tai Wong, M.D.**<br>**8 Hawthorne Place, Suite 104**<br>**Boston, MA 02114**<br>**(live)**<br><br>**Dr. Wong may testify regarding the subject matter discussed in his expert reports, including the state of the art of nanoparticles in medicine and invalidity of the '025 patent, including nonenablement, lack of written description, and the materiality of prior art and information withheld from the United States Patent and Trademark Office during prosecution of the '025 patent (inequitable conduct). Dr. Wong may also testify regarding the significance of preclinical testing of Elan nanocrystal formulations as compared to preclinical and clinical testing of** |

| | |
|---|---|
| | **Abraxane. Dr. Wong may rebut related testimony by Elan witnesses.**<br><br>Elan's response: Elan objects to Abraxis calling Dr. Wong to testify regarding any subject matter related to the '025 Patent. Such testimony would be irrelevant and wasteful as the '025 Patent is currently pending before the U.S. Patent & Trademark Office in reissue proceedings. *See* Fed. R. Evid. 402, 403. Elan also object to Dr. Wong testifying regarding any subject matter or opinions not expressly disclosed in his expert report.<br><br>***Abraxis's reply: Dr. Wong's testimony regarding the '025 patent is relevant because Abraxis's counterclaims on invalidity and unenforceability of the '025 patent are still at issue in this case. Dr. Wong will testify as to the opinions expressed in his opening and rebuttal reports, and in reply to the opinions expressed by Elan's experts in rebuttal to Dr. Wong's opening report. In addition, if Elan's experts are permitted to testify at trial beyond the scope of their expert reports (on topics addressed in Dr. Wong's reports), then Dr. Wong may respond to that testimony.***<br><br>. |
| 23. | **Timothy Wozniak, M.D.**<br>**Regional Hematology/Oncology, P.A.**<br>**4701 Ogletown Stanton Rd, Suite 2100**<br>**Newark, DE 19713**<br>**(live)**<br><br>Elan's response: Elan objects to Abraxis calling Dr. Wozniak, M.D., a purported fact witness, to testify at trial. Abraxis first disclosed Dr. Wozniak to Elan on February 29, 2008——five and a half months after the August 13, 2007 close of fact discovery, and two and a half months after the close of expert discovery. Abraxis's |

disclosure of Dr. Wozniak states that "Dr. Wozniak is knowledgeable about his clinical experience with Taxol and Abraxane." Abraxis has provided no explanation as to why it delayed disclosing Dr. Wozniak, or about what Dr. Wozniak's "knowledge" will contribute to the trial of this case.

Elan will be unduly prejudiced if Dr. Wozniak is allowed to testify. Elan's experts formed their opinions at least in part based upon the testimony of fact witnesses. Dr. Wozniak's testimony about his clinical experience with Taxol and Abraxane would undoubtedly be of substantial interest to Elan's experts. To reopen both fact and expert discovery on the very eve of trial will cause undue delay and result in Elan incurring substantial additional cost. Elan should not be required to endure either, since Abraxis had ample opportunity to offer Dr. Wozniak, who has been in practice since Abraxane came on the market, as a fact witness before now, the eve of trial.

Elan also objects to Abraxis calling Dr. Wozniak to testify in the form of opinions or inferences except to the extent that such opinions and inferences are expressly permitted by Federal Rule of Evidence 701.

***Abraxis's reply: Elan's objections to the testimony of Dr. Wozniak constitute another motion in limine in excess of Elan's quota of five, and are untimely. Dr. Wozniak is a background fact witness disclosed to Elan on limited subjects in Abraxis's Second Supplemental Initial Disclosures. Dr. Wozniak will provide brief testimony limited to his personal experience as a clinical oncologist administering Abraxane and Taxol. Dr. Wozniak's testimony will be helpful testimony for the jury in understanding how Abraxane is administered to patients as compared to the previously-available paclitaxel product Taxol, and one doctor's experience with those products. Dr.***

| | *Wozniak is uniquely qualified to provide this contextual testimony to the jury. Elan can show no prejudice from the presentation of Dr. Wozniak at trial. Abraxis has offered Dr. Wozniak for deposition, but Elan has elected not to depose Dr. Wozniak. Abraxis remains willing to produce Dr. Wozniak for a deposition.* |
|---|---|

**Abraxis reserves the following rights to:**

**a) Call at trial any witness identified by Elan on its witness list;**

**b) Question, as an adverse witness, any individual called to testify by Elan on matters beyond the scope of direct testimony;**

**c) Present rebuttal testimony from other witnesses to rebut evidence presented by Elan, which was not previously produced to Abraxis during discovery or as to which Abraxis has had no reasonable opportunity to take discovery;**

**d) Present rebuttal testimony from other witnesses to the extent necessary for a full and fair presentation of issues to the Court;**

**e) Present testimony of other witnesses as may be necessary to overcome objections to authenticity and/or admissibility of evidence; and**

**f) Supplement to this list to add additional witnesses, as necessary.**

Elan's response: Elan objects to Abraxis calling to trial any witness not previously disclosed to Elan during fact or expert discovery. Elan further objects to Abraxis's stated intention to examine witnesses beyond the scope of permissible cross-examination.

Abraxis's reply:  Abraxis does not intend to call any witness at trial not already disclosed

to Elan.  Abraxis has not stated an intention to examine witnesses beyond the scope of

permissible cross-examination.  Nor does it intend to do so.

# EXHIBIT 7

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| ELAN PHARMA INTERNATIONAL LIMITED, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No. 06-438-GMS |
| | § | |
| ABRAXIS BIOSCIENCE, INC., | § | |
| | § | |
| Defendant. | § | |

## EXHIBIT 7: THE PARTIES' SEPARATE STATEMENTS REGARDING QUALIFICATIONS OF THEIR EXPERT WITNESSES

### I. Plaintiff's Expert Witnesses

**Eric J. Munson Ph.D.**

Dr. Munson is a full tenured Professor in the Department of Pharmaceutical Chemistry at the University of Kansas. Dr. Munson graduated with highest honors with a degree in Chemistry and Physics from Augustana College. Dr. Munson received a Ph.D. in Chemistry from Texas A&M University. After completing his doctoral dissertation on solid-state nuclear magnetic resonance, the focus of his research has been on solid-state characterization of pharmaceutical solids. He was awarded a Fulbright Fellowship and received the Texas A&M University Outstanding Graduate Research Award. At age 32, he was awarded the National Science Foundation CAREER Award; and at age 39 he received the Pfizer Research Scholar Award. He is currently listed in "Who's Who in SSNMR" published by the Rocky-Mountain Conference on Solid-State NMR. Dr. Munson currently serves on the Editorial Board of the *Journal of*

*Pharmaceutical Science* and is a member of a number of professional pharmaceutical organizations, including the American Association of Pharmaceutical Scientists and National Institute of Pharmaceutical Technology. He has published more than 65 articles in refereed journals, including more than a dozen concerning the characterization of pharmaceutical solids.

**David Robert Taft, Ph.D.**

Dr. Taft is the Director of the Division of Pharmaceutical Sciences and a tenured

Associate Professor within the Arnold & Marie Schwartz College of Pharmacy and Health

Sciences, of Long Island University. He received his undergraduate degree in Pharmacy with

highest distinction from the University of Rhode Island. Dr. Taft received a Ph.D. in

Pharmaceutics from the University of Connecticut. After completing his doctoral dissertation on

mechanisms of drug excretion by the kidney, his professional interests have focused on

pharmacokinetics, pharmacology, and pharmacodynamics. A number of pharmaceutical

companies have consulted with Dr. Taft concerning the proper interpretation of preclinical

testing. Dr. Taft teaches courses at both the undergraduate and graduate levels and currently has

13 graduate students working under his direction on topics including preclinical evaluation of

novel therapeutic entities. He is the recipient of the American Association of Pharmaceutical

Scientists' New Investigator Award in Pharmacokinetics, Pharmacodynamics, and Drug

Metabolism. He presently serves on the Editorial Advisory Board for three peer-reviewed

journals and on the International Advisory Board of a fourth, and has published more than 40

manuscripts and research abstracts, as well as co-edited two books in the areas of preclinical

drug development and formulation strategies to optimize therapeutic outcomes.

**David J. Haidak, M.D.**

Dr. Haidak is a medical oncologist who has treated cancer patients in private practice for 32 years. He is actively engaged in the treatment of adult cancer patients with Oncology-Hematology Associates PA. Dr. Haidak has served as both a Principal Investigator and Co-Investigator in clinical trials involving anticancer drugs and related medications. Dr. Haidak graduated from Yale University with an undergraduate degree in Biology, and he earned a medical degree from Albany Medical College. After medical school, Dr. Haidak did a one year internship with Georgetown Service at D.C. General Hospital; a two year internal medical residency at Georgetown University Hospital; a one year hematology fellowship at Georgetown University Hospital; a one year oncology and hematology fellowship at George Washington University Medical Center; and a one year oncology fellowship at Georgetown University Hospital. Dr. Haidak is licensed to practice medicine in the District of Columbia, Virginia, Maryland, New York, and Massachusetts. He is board certified by the American College of Physicians in internal medicine, hematology, and oncology, and is a Fellow in the American College of Physicians (F.A.C.P.). Dr. Haidak has authored or co-authored numerous articles on medical oncology.

**John C. Jarosz**

Mr. Jarosz is a Managing Principal of Analysis Group, Inc. and Director of the firm's Washington, D.C. office. He is an economist whose specialty is valuing intellectual property assets. His experience includes the valuation of intellectual property assets of pharmaceutical companies. Mr. Jarosz received his undergraduate degree in Economics and Organizational Communication from Creighton University in Omaha, Nebraska. He has a master's degree in Economics from Washington University in St. Louis, and a juris doctor from the University of Wisconsin. He is a member of Omicron Delta Epsilon, an international honor society in Economics. Mr. Jarosz is a member of a number of professional organizations focusing on economics analysis, including the American Economic Association and American Law and Economics Association.

**Stephen R. Byrn, Ph.D.**

Dr. Byrn is the Charles B. Jordan Professor of Medicinal Chemistry and Head of the Department of Industrial and Physical Pharmacy at Purdue University, West Lafayette, Indiana. Dr. Byrn received his undergraduate degree at DePauw University. He received his Ph.D. in Organic and Physical Chemistry from the University of Illinois. Dr. Byrn did postdoctoral training in Physical Chemistry at the University of California, Los Angeles. Dr. Byrn has authored over 135 peer-reviewed publications in technical journals on topics relating to solid-state chemistry of drugs and pharmaceutical solids, and processing and manufacturing of pharmaceuticals. He is coauthor of the pharmaceutical text books "Solid State Chemistry of Drugs" and "Quantitative Pharmaceutical Chemistry." He has taught at the United States Food and Drug Administration, and has given over 100 invited lectures and presentations on solid-state chemistry and pharmaceutical formulations. Dr. Byrn has consulted to a number of pharmaceutical companies on formulation issues, including the conception and design of drug formulations. Dr. Byrn has founded or co-founded several academic and industrial programs including Purdue's Center for AIDS Research, the Consortium for the Advancement of Manufacturing in Pharmacy, and SSCI, Inc., a research and information company in West Lafayette, Indiana. Dr. Byrn is the past Chair of the Pharmaceutical Sciences Advisory Committee at FDA, which advised FDA on biopharmaceutical issues as well as chemical manufacturing control issues. He is a member and former Chair of the Drug Substances Technical Committee of the Product Quality Research Institute. Dr. Byrn is a past Chair of the Chemistry 5 Expert Committee at the United States Pharmacoepia, a past member of the Council of Experts at the United States Pharmacoepia, the current Purdue University delegate to the

United States Pharmacoepia, and has served on the United States Pharmacoepia Excipients

Committee.

**Mark C. Manning, Ph.D.**

Dr. Manning is the Chief Scientific Officer for Legacy BioDesign LLC. He is also a member of the Affiliate Faculty at the Colorado State University Veterinary Teaching Hospital. Dr. Manning received his bachelor's degree in Chemistry from Hope College, a master's degree in Chemistry from Northwestern University, and a Ph.D. degree in Chemistry from Northwestern University. He did postdoctoral training in the Departments of Chemistry and Biochemistry at Colorado State University. He was Assistant Professor of Pharmaceutical Chemistry at the University of Kansas from 1988 to 1990. He was Assistant Professor of Pharmaceutics at the University of Colorado from 1990 to 1997. He was Associate Professor of Pharmaceutics at the University of Colorado from 1997 to 2003. He has over 20 years experience with a variety of analytical methods for the characterization of pharmaceutical solids, including x-ray diffraction and differential scanning calorimetry.  He has specific experience with the structure, aggregation, and chemical modification of a number of proteins, including human albumin. He has published over 100 peer-reviewed articles and has co-edited three books on Pharmaceutical Biotechnology. He is an inventor of four U.S. Patents, and has given over 100 invited lectures around the world. Dr. Manning has consulted to over 45 pharmaceutical and biotechnology companies during the past 15 years. He is a Fellow of the American Association of Pharmaceutical Scientists, and has received the American Association of Pharmaceutical Scientists National Research Award in Biotechnology.

**Harry G. Brittain, Ph.D.**

Dr. Brittain is the Institute Director of the Center for Pharmaceutical Physics, a private consulting company he founded in 1999. He received his bachelor's degree in Chemistry from Queens College, a master's degree in Physical Chemistry from Northwestern University, and a Ph.D. in Physical Chemistry from City University of New York. Dr. Brittain has over 22 years of experience in the fields of physical pharmacy, pharmaceutical formulation design, and pharmaceutical characterization. Dr. Brittain has authored approximately 285 research publications and book chapters, and has presented over 145 invited lectures in the pharmaceutical field. He has edited the monographs *Analytical Applications of Circular Dichroism*, *Physical Characterization of Pharmaceutical Solids*, *Polymorphism in Pharmaceutical Solids*, *Spectroscopy of Pharmaceutical Solids*, and *Preformulation in Solid Dosage Form Development*. He is the Editor-In-Chief of the book series *Profiles of Drug Substances, Excipients, and Related Methodology*, and has edited 13 volumes in the series which is now published annually by Elsevier. Dr. Brittain is presently an Associate Editor of Physical Pharmacy for the *Journal of Pharmaceutical Sciences*, and a member of the editorial boards of *Pharmaceutical Development and Technology*, *AAPS PharmSciTech*, *Pharmaceutical Technology*, the *Encyclopedia of Pharmaceutical Technology*, and the Informa Press book series *Drugs and the Pharmaceutical Sciences*. Dr. Brittain is a Fellow of the American Association of Pharmaceutical Scientists and of the Royal Society of Chemistry, and was awarded the Research Achievement Award by the APQ Section of the American Association of Pharmaceutical Scientists.

**Cory Berkland, Ph.D.**

Dr. Berkland is an Assistant Professor in the Department of Pharmaceutical Chemistry at the University of Kansas. He received his bachelor's degree in Chemical Engineering from Iowa State University; a master's degree in Chemical Engineering from the University of Illinois; and a Ph.D. in Chemical and Biomolecular Engineering from the University of Illinois. After completing his Ph.D., Dr. Berkland was selected as a Postdoctoral Research Associate in the Department of Chemical and Biomolecular Engineering at the University of Illinois. The focus of his research is pharmaceutical formulations, including nanoparticulate drug formulations, microencapsulation of pharmaceuticals, and controlled release drug delivery. He has devoted specific attention to the formulation and characterization of pharmaceutical nanoparticles and microencapsulated therapeutics. Dr. Berkland's research has led to five patent applications that name him as an inventor. In addition to his research, Dr. Berkland has co-founded two companies based on his inventions. These companies involve micro- and nano-drug delivery technologies. Dr. Berkland is a member of the American Association of Pharmaceutical Scientists and the Controlled Release Society. He is a co-founder of the Nanomedicine Research Group, and serves as a peer-reviewer for *Advanced Materials*, *Expert Opinion in Drug Delivery*, *Biomaterials*, *Journal of Pharmaceutical Sciences*, *Journal of Controlled Release*, and *Journal of Pharmaceutical Research*.

**Manoj Maniar, Ph.D.**

Dr. Maniar is the Vice President of Product Development at Onconova Therapeutics, Inc. He is also the President & CEO of Palm Pharmaceuticals, Inc., and Chairman of Focal Vision International Pvt. Ltd. Dr. Maniar received a bachelor's degree in Pharmacy from the University of Bombay and a Ph.D. in Pharmaceutics from The University of Connecticut. For 18 years Dr. Maniar has been involved with the discovery, development, and commercialization of pharmaceutical products and medical devices. He has specific experience developing novel drug delivery systems, which includes evaluating safety, efficacy, and toxicology, as well as testing them in humans under FDA approved Investigational New Drug applications.

**Samuel J. Danishefsky, Ph.D.**

Dr. Danishefsky is a Professor of Chemistry at Columbia University and the Eugene Kettering Chair and Director of the Laboratory of Bioorganic Chemistry at the Memorial Sloan-Kettering Cancer Center. He received his bachelor's degree in Chemistry from Yeshiva University and a Ph.D. in Chemistry from Harvard University. Dr. Danishefsky did his postdoctoral training at Columbia University as a National Institutes of Health Postdoctoral Associate. Dr. Danishefsky was a faculty member of the chemistry department at the University of Pittsburgh, where he held the positions of Assistant Professor, Associate Professor, Professor, and University Professor. He was also a Professor at Yale University, where he taught and conducted research in bioorganic chemistry. While at Yale, Dr. Danishefsky was named the Eugene Higgins Professor in Chemistry and Sterling Professor in Chemistry, and he served as Chairman of the Yale University department of chemistry. Dr. Danishefsky's research is directed to the synthesis and bioactivity of potential drugs and vaccines, primarily focusing on the preparation of drugs and vaccines useful in the treatment of cancer and related illnesses. His work is recognized by a number of awards including the Wolf Prize in Chemistry, the Tetrahedron Prize, the Arthur C. Cope Medal, the Franklin Medal in Chemistry, the Bristol-Myers Squibb Lifetime Achievement Award in Chemistry, the National Academy of Sciences Award in the Chemical Sciences, the Roger Adams Award, and the inaugural award of the American Association for Cancer Research.

## II.     Defendant's Expert Witnesses

**Mansoor. M. Amiji, Ph.D.**

Dr. Amiji has extensive experience with the development of nanoparticulate drug

delivery systems.  He is Professor and Associate Department Chairman in the Department of

Pharmaceutical Sciences, School of Pharmacy, Bouve College of Health Sciences at

Northeastern University in Boston, Massachusetts.  Dr. Amiji also is Co-Director of the

Nanomedicine Education and Research Consortium at Northeastern University.  Dr. Amiji

received his bachelor's degree in Pharmacy *(magna cum laude)* from Northeastern University in

1988 and a Ph.D. degree in Pharmaceutics from Purdue University in 1992.

Dr. Amiji's research focuses on nanotechnology for medical diagnosis and therapy, drug

delivery systems, and polymeric biomaterials.  His teaching has included the courses

*Introduction to Nanomedicine* and *Nanosystems Design for Biology and Medicine.*  He provides

consulting services to pharmaceutical, biotechnology, and medical device companies.

Dr. Amiji has three published books:  *Nanotechnology for Cancer Therapy* (CRC Press

2007), *Polymeric Gene Delivery: Principles and Applications* (Taylor & Francis, 2005), and

*Applied Physical Pharmacy* (McGraw-Hill, 2003).  He also has published over one-hundred

peer-reviewed publications and abstracts and eight book chapters, most of which relate to

nanotechnology applications in biology and medicine.  He was awarded or has applied for

several U.S. patents concerning biocompatible materials, drug delivery systems, and

nanomedicine.

Dr. Amiji has been recognized with a number of awards and accolades, including the

2006 Nanoscience and Technology Institute's Fellow Award for Outstanding Contributions

Towards the Advancement in Nanotechnology, Microtechnology, and Biotechnology and

citation in Who's Who in Academic Pharmaceutical Sciences (2004).  He received the American

Association of Pharmaceutical Scientists, 2007 Manuscript Meritorious Award and was selected as a Fellow of the Association.

Dr. Amiji is an active member of various professional and scientific organizations in the field of pharmaceutical science and is a member of five peer-reviewed journal editorial boards, including for Expert Opinion on Drug Delivery and Journal of Nano Education.  He is the faculty delegate for Northeastern University in the United States Pharmacopeia (USP) Convention.

**Jerry L. Atwood, Ph.D.**

Dr. Atwood has more than 40 years' experience characterizing the crystalline and amorphous solid states. Since the mid-1980s, he has focused on solid-state organic chemistry (the study of solid organic chemicals) and supramolecular chemistry, including nanostructures. Dr. Atwood received a bachelor's degree in Chemistry and Mathematics from Southwest Missouri State University in 1964 and a Ph.D. from the University of Illinois in 1968. He is currently the Curators' Professor of Chemistry and Chair of the Department of Chemistry at the University of Missouri-Columbia.

Dr. Atwood carries out cutting-edge research in solid-state organic chemistry, with emphasis on solvate and polymorphic molecules, including molecules with pharmaceutical applications, and has trained many graduate students and post-doctoral fellows in his laboratory. Dr. Atwood also has taught courses related to many aspects of synthetic and solid state chemistry, including courses in synthetic supramolecular chemistry, physical methods for materials characterization, and X-ray crystallography.

Dr. Atwood has published over 600 articles in peer-reviewed journals. Many of his publications concern nanostructures and solid state chemistry. Dr. Atwood has authored and/or edited several treatises concerning supramolecular chemistry and nanochemistry, including *Organic Nanostructures* (Wiley 2007), *Inclusion Compounds* (Oxford 1991), and the definitive text on supramolecular chemistry, the *Encyclopedia of Supramolecular Chemistry* (Marcel Dekker 2004). Dr. Atwood is a co-editor of the New Journal of Chemistry and the consulting editor of the Journal of Chemical Crystallography. Dr. Atwood is among the top 50 most-cited chemists in the world.

Dr. Atwood has extensive research experience with organic crystals including organic nanostructures. Dr. Atwood also has expertise in several analytical techniques for characterizing solid materials, including X-ray powder diffraction, ssNMR, cryoTEM, and FT-IR.

Dr. Atwood has supervised and interpreted XRPD in his laboratory, and has published extensively regarding XRPD. He also has edited multiple treatises with chapters discussing XRPD. Dr. Atwood has also supervised and interpreted ssNMR in his laboratory, and has published papers describing ssNMR results. Over 75 of Dr. Atwood's 600 plus articles refer to NMR. He also has edited multiple treatises with chapters discussing ssNMR. Dr. Atwood also has experiencewith deconvolution analyes, having used this technique many times to analyze experimental results.

Dr. Atwood has received numerous international awards and honors, including the von Humboldt Senior Scientist Award (Germany), the Japanese Society for the Promotion of Science Award, the President's Award in Research and Creative Activity from the University of Missouri, the Izatt-Christensen International Macrocyclic Chemistry Award, the Honorary Medal of the Institute of Physical Chemistry of the Polish Academy of Sciences, the Midwest Chemist Award of the American Chemical Society, and the Burnum Award for Teaching and Research from the University of Alabama. Dr. Atwood is a Foreign Member of the Polish Academy of Sciences, and a Fellow of the Royal Society of Chemistry.

Dr. Atwood has served as a consultant for more than twenty pharmaceutical, polymer, and petrochemical companies. He sits on the editorial boards of several chemistry journals that focus on crystal structure and supramolecular chemistry, including Supramolecular Chemistry, Chemical Communications, Crystal Growth & Design, and the Journal of Coordination Chemistry.

**Dr. Johnson T. Wong, M.D.**

Dr. Wong is a licensed physician and is board certified in internal medicine, allergy, and immunology. Dr. Wong is currently an Assistant Professor of Medicine at Harvard Medical School and an Associate Physician at Massachusetts General Hospital. He received a bachelor's degree in Chemistry from the California Institute of Technology and an M.D. from the University of California at San Francisco Medical School. He has extensive experience in treating patients with allergic and immunologic diseases, including many patients who experience adverse drug reactions.

Clinically, Dr. Wong is the former Training Program Director of the Allergy/Immunology Unit and former co-director of the Allergy/Immunology Clinic at Massachusetts General Hospital. Dr. Wong's laboratory has evaluated many patients who have adverse drug reactions and formulated their treatment plans over the past 24 years. He has been involved in the evaluation and management of hypersensitivity reactions to paclitaxel (Taxol, Abraxane), among other chemotherapeutic drugs. As part of the management, desensitization to the offending drug was often required. Dr. Wong has devised most of the drug desensitization protocols currently in use at Massachusetts General Hospital.

**Michael R. Hamrell, Ph.D.**

Dr. Hamrell has extensive experience in the areas of bioequivalence, regulatory affairs, and clinical and preclinical drug development. Dr. Hamrell received a bachelor's degree in biochemistry from the University of California, Los Angeles in 1973 and a Ph.D. in pharmacology from the University of Southern California in 1977. He received his Regulatory Affairs Certification from the Regulatory Affairs Professionals Society in 1996. He has authored numerous articles in the fields of pharmacology, drug development, compliance and strategic development and has received awards for research, teaching and professional work.

Dr. Hamrell currently is President of MORIAH Consultants, a professional consulting services firm located in California. In this capacity he provides comprehensive regulatory affairs consulting and training to the pharmaceutical, biotechnological and medical device industries. Dr. Hamrell has over 30 years of experience in basic research, both domestic and international product development, and the pharmaceutical industry, including over 25 years of experience in drug, biologic and medical device regulatory affairs. He was formerly employed with the FDA as a reviewer in the Center for Drug Evaluation & Research, in the Divisions of Antiviral Drug Products, Oncologic Drug Products, and the Division of Bioequivalence. At the FDA Dr. Hamrell participated in numerous preclinical and clinical drug development review projects for generic drugs and drugs for serious and life-threatening illnesses. As an FDA reviewer he also served as primary pharmacology/toxicology reviewer for hundreds of INDs and NDAs for cancer, AIDS and AIDS-related drugs. He reviewed over 200 bioequivalence studies for generic versions of major drug products and proposed and drafted guidelines for bioequivalence study requirements for a number of therapeutic classes.

While at the FDA, Dr. Hamrell also drafted a number of Agency documents and position papers on the issues of bioequivalence and generic drugs. He wrote a major policy paper on the FDA's position on bioequivalence that was published in a peer-reviewed journal, for industry-wide dissemination. He also organized the FDA Bioequivalence Hearing and drafted the landmark Task Force Report on Bioequivalence for the Commissioner's office.

**Terry L. Musika**

Mr. Musika has worked in the fields of the valuation of intellectual property, the calculation of patent damages, and accounting for more than two decades. He has served as an expert on the valuation of patented technology in numerous contexts, including the calculation of damges in litigation. Mr. Musika has significant experience valuing and providing calculations of reasonable royalties for technology used in industries regulated by the United States Food and Drug Administration, including pharmaceuticals and medical devices. Mr. Musika received a B.S. in 1970 and a Masters of Public Affairs in Public Finance in 1974 from Indiana University. He is a Certified Public Accountant and has served the accounting profession in a variety of roles and responsibilities for over 33 years, including service as a from staff level auditor to National Audit Partner in one of the world's largest international accounting firms. He is currently the Chief Executive Officer of Invotex, a financial and valuation consulting firm.

Mr. Musika has been appointed by both Federal and State Court judges on numerous occasions to provide a broad range of services. Additionally, Mr. Musika has provided expert testimony in over 170 separate proceedings before 45 different federal district courts throughout the United States. He has presented on and has published extensively in the field of intellectual property valuation.

# EXHIBIT 8

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ELAN PHARMA INTERNATIONAL LIMITED, Plaintiff, v. ABRAXIS BIOSCIENCE, INC., Defendant. | ) Case No. 06-438-GMS |

**EXHIBIT 8**
**PLAINTIFF'S DEPOSITION DESIGNATIONS**
**AND**
**DEFENDANT'S OBJECTIONS AND COUNTER-DESIGNATIONS TO PLAINTIFF'S DEPOSITION DESIGNATIONS**
**AND**
**PLAINTIFF'S RESPONSES AND OBJECTIONS TO DEFENDANT'S OBJECTIONS AND COUNTER-DESIGNATIONS**

Plaintiff Elan Pharma International Limited ("Elan") makes the following deposition designations for its case.

## Deposition Designations

Elan may present the following witnesses by deposition for its case:

1. Patrick Soon Shiong (page/line designations attached as Exhibit 8-A.)

2. Neil Desai (page/line designations attached as Exhibit 8-B.)

3. Michael Hawkins (page/line designations attached as Exhibit 8-C.)

4. Ulagaraj Selvaraj (page/line designations attached as Exhibit 8-D.)

5.    Herbert Lee (page/line designations attached as Exhibit 8-E.)

6.    Leslie Louie (page/line designations attached as Exhibit 8-F.)

7.    Lianjun Shi (page/line designations attached as Exhibit 8-G.)

8.    Dewey H. Barich (page/line designations attached as Exhibit 8-H.)

9.    Johnson Tai Wong (page/line designations attached as Exhibit 8-I.)

10.    Edmund A. C. Crouch (page/line designations attached as Exhibit 8-J.)

11.    Mansoor M. Amiji (page/line designations attached as Exhibit 8-K.)

12.    Michael Hamrell (page/line designations attached as Exhibit 8-L)

13.    William J. Davis (page/line designations attached as Exhibit 8-M)

**Responses and Objections**

Defendant Abraxis makes the following objections and counter-designations to Elan's designations of deposition testimony, and Elan makes the following responses and objections:

1. Patrick Soon Shiong (objections, counter-designations, and responses attached as Exhibit 8-AA).

2. Neil Desai (objections, counter-designations, and responses attached as Exhibit 8-BB).

3. Michael Hawkins (objections, counter-designations, and responses attached as Exhibit 8-CC).

4. Ulagaraj Selvaraj (objections, counter-designations, and responses attached as Exhibit 8-DD).

5. Herbert Lee (objections, counter-designations, and responses attached as Exhibit 8-EE).

6. Leslie Louie (objections, counter-designations, and responses attached as Exhibit 8-FF).

7. Lianjun Shi (objections, counter-designations, and responses attached as Exhibit 8-GG).

8. Dewey H. Barich (objections, counter-designations, and responses attached as Exhibit 8-HH).

9. Johnson Tai Wong ((objections, counter-designations, and responses attached as Exhibit 8-II).

10. Edmund A. C. Crouch (objections, counter-designations, and responses attached as Exhibit 8-JJ).

11. Mansoor M. Amiji (objections, counter-designations, and responses attached as Exhibit 8-KK).

12. Michael Hamrell (objections, counter-designations, and responses attached as Exhibit 8-LL.

13. William J. Davis (objections, counter-designations, and responses attached as Exhibit 8-MM).

**Elan's General Objections to Abraxis's Counter-Designations**

Plaintiff Elan Pharma International Ltd ("Elan") objects to Abraxis's counter-designations as far exceeding the "fairness" requirement of Federal Rule of Civil Procedure 32(a)(4) (providing that "[i]f only part of a deposition is offered in evidence by the party, an adverse party may require the offeror to introduce any other part which *ought in fairness* to be considered with the part introduced" (emphasis added)), and Federal Rule of Evidence 106 (providing "[w]hen a writing or recorded statement or part thereof is introduced by a party, an adverse party may require the introduction at that time of any other part . . . or recorded statement which *ought in fairness* to be considered contemporaneously with it" (emphasis added)). Abraxis' counter-designations far exceed any rational interpretation of the Third Circuit's "rule of completeness." *See U.S. v. Noble*, 251 Fed. Appx. 792, 798 (3d Cir. 2007) ("We have interpreted [Federal Rule of Evidence 106] to mean that the remainder of a writing is required to be read 'if it is necessary to (1) explain the admitted portion, (2) place the admitted portion in context, (3) avoid misleading the trier of fact, or (4) insure a fair and impartial understanding.'" (citing *U.S. v. Soures*, 736 F.2d 87, 91 (3d Cir. 1984))).

Evidence of Abraxis' excessive counter-designations, far exceeding any fairness or completeness justification, is apparent based on the sheer volume of deposition testimony Abraxis counter-designated. For example, Abraxis offers 500 lines of counter-designated testimony as "completeness" for these 4 lines of testimony designated by Elan:

> Q - When you had finished lyophilizing the samples, where did you take them to?
>
> A - I told Dr. Berkland that the samples he requested are ready.

*See* Exhibit 8-GG, Abraxis' Objections and Counter-Designations of Deposition Testimony, Witness: Lianjun Shi (Abraxis' counter designations to Elan's designations of 103:21:23 and 103:25-104:1.)[1] The same 500 lines of counter-designated testimony are offered against numerous portions of Dr. Shi's deposition. Overall, Elan designated 428 lines from Dr. Lianjun Shi's deposition. Abraxis counter-designated 742 lines of Dr. Shi's deposition testimony - almost double Elan's designations.

Abraxis' over designation of deposition testimony is also evidenced by Abraxis' cherry-picking virtually every statement in the deposition that could, arguably, be *remotely* related to Elan's designated portions, even counter designating deposition testimony from as far away as 283 pages. *See* Exhibit 8-AA, Abraxis' Objections and Counter-Designations of Deposition Testimony, Witness: Patrick Soon-Shiong, Abraxis' counter designation of lines 18:22-23 and 8:25-19:22 against Elan's designations at 302:2-15 (The testimony on page 302 is not "redirect" testimony.)

---

[1] Abraxis made the following counter-designations to this testimony: 50:24-25; 51:2-6; 53:3-54:2; 54:5-55:11; 56:10-24; 57:25-58:2; 58:4-7; 58:9-17; 58:19-23: 58:25-59:1; 61:3-11; 61:13; 62:10-13; 62:15; 62:21-23; 62:25; 73:1-3; 73:5-7; 73-9; 77:21-78:9; 78:11-12; 78:14 79:10-12; 80:7-8; 80:15-81:13; 81:15-18; 81:23-82:1; 92:1-6; 92:8-14; 92:16-93:2; 93:21-25; 94:1-18; 94:20-95:19; 96:9-97:16; 97:18-98:16; 98:18-23; 98:25-99:8; 100:4-101:23; 102:1-5; 102:7-16; 102:18-103:2; 103:4-8; 109:22-110:2; 110:4-110:13; 110:15; 111:2-3; 111:5-112:2; 112:4-8; 114:9-11; 114:13-25; 115:3-8; 115:10-116:8; 116:10-13; 116:15; 122:6-10; 122:12-16; 124:19-22; 124:24; 125:20-126:2; 126:4-6; 126:8-13; 127:25-128:1; 128:3-13; 128:15-16; 129:9-11; 129:13-17; 129:19; 157:19-21; 157:23.

Elan objects to Abraxis' efforts to introduce deposition testimony that is neither explanatory nor relevant to Elan's designated portions. *See Soures*, 736 F.2d at 91 ("The Rule does not require introduction of portions of a statement that are neither explanatory of nor relevant to the passages that have been admitted.").

Elan further objects to Abraxis' attempts to admit inadmissible testimony under the guise of the "rule of completeness." *See Phoenix Associates III v. Stone*, 60 F.3d 95, 103 (2d Cir. 1995 ("Rule 106 'does not compel admission of otherwise inadmissible hearsay evidence.'" (citing *U.S. Football League v. Nat'l Football League*, 842 F.2d 1335, 1375-76 (2d Cir. 1988))).

Finally, Elan objects to Abraxis' counter designations as a transparent effort to prevent Elan from presenting its case without undue interruption or distractions as permitted by common law and Federal Rule of Evidence 611(b). *See Blue Cross and Blue Shield of New Jersey, Inc.*, 199 F.R.D. 487, 490 (E.D.N.Y. 2001).

**EXHIBIT 8-A**

**TO PRETRIAL ORDER**

Plaintiff's Designation of Deposition Testimony

Witness:   Patrick Soon Shiong

**Deposition Designations: Patrick Soon Shiong**

| BEGIN (page:line) | END (page:line) |
|---|---|
| 7:10 | 7:13 |
| 36:17 | 37:4 |
| 37:7 | 37:15 |
| 59:17 | 59:19 |
| 59:21 | 59:21 |
| 79:3 | 79:15 |
| 79:20 | 79:22 |
| 85:15 | 86:7 |
| 86:9 | 86:12 |
| 86:14 | 86:17 |
| 86:19 | 86:20 |
| 93:1 | 93:11 |
| 93:13 | 93:16 |
| 93:18 | 93:18 |
| 121:6 | 121:7 |
| 121:9 | 121:15 |
| 121:18 | 122:1 |
| 123:11 | 123:14 |
| 124:9 | 124:24 |
| 215:12 | 215:13 |
| 215:21 | 216:13 |
| 216:16 | 216:23 |
| 217:4 | 217:25 |
| 223:20 | 223:24 |
| 224:8 | 224:14 |
| 226:24 | 228:4 |
| 230:5 | 230:13 |
| 234:8 | 234:13 |
| 235:3 | 235:6 |
| 235:13 | 235:15 |
| 235:17 | 235:17 |
| 237:18 | 238:23 |
| 237:25 | 238:20 |
| 238:22 | 239:14 |
| 239:23 | 239:25 |
| 241:7 | 241:12 |
| 264:18 | 264:22 |
| 302:2 | 302:15 |
| 306:4 | 306:14 |
| 306:21 | 307:7 |
| 309:14 | 309:19 |
| 310:4 | 310:6 |
| 338:25 | 340:10 |

**EXHIBIT 8-AA**

**TO PRETRIAL ORDER**

Abraxis's Objections and Counter-Designations of Deposition Testimony

Witness:  Patrick Soon-Shiong

ELAN'S RESPONSES AND OBJECTIONS TO ABRAXIS' OBJECTIONS AND COUNTER-DESIGNATIONS TO PATRICK SOON SHIONG DEPOSITION DESIGNATIONS

## DEPOSITION DESIGNATIONS, COUNTER-DESIGNATIONS, AND OBJECTIONS THERETO

| Elan Designations | Abraxis Objections | Ruling | Abraxis Counter-Designations | Elan's Response | Ruling |
|---|---|---|---|---|---|
| 36:17-37:4 | | | 45:7-10; 45:12-21; 74:11-18 | • Designated testimony does not need explanation or context.<br>• Proffered testimony found 8 and 37 pages after designated testimony does not further fairness or completeness.<br>• (FRE 701) - Improper lay opinion. (45:7-10, 45:12-21)<br>• (FRE 403) - cumulative<br>• Depo. Obj. at 45:25 - "Move to strike as nonresponsvie." | |
| 37:7-37:15 | | | 37:16-19; 37:21-38:5; 38:9-18; 41:13-17; 42:21-22; 42:23-43:5; 45:7-10; 45:12-21; 47:6-9; 47:12-24; 59:17-19; 59:21; 65:8-66:11; 80:21-81:6; 82:6-9; 82:11-19; 82:21-83:6; 83:8; 218:9-219:4 | • Designated testimony does not need explanation or context.<br>• Proffered testimony found 4, 5, 8, 10, 22, 28, 43, 45, and 181 pages after designated testimony does not further fairness or completeness.<br>• Objection at 38:6 - "Move to strike as nonresponsvie." | |

| Elan Designations | Abraxis Objections | Ruling | Abraxis Counter-Designations | Elan's Response | Ruling |
|---|---|---|---|---|---|
| | | | | • Objection at 38:19-20 - "Move to strike the nonresponsvie portion."<br>• (FRE 701) - Improper lay opinion (42:21-43:5).<br>• (FRE 701) - Improper lay opinion. (42:21-43:5)<br>• (FRE 701) - Improper lay opinion. (47:6-9, 47:12-24)<br>• Proffered testimony found 45 pages before designated testimony does not further fairness or completeness.<br>• (FRE 403) - Confusion - Counter-designated portion is a question asked by opposing counsel without deponent's response (41:13-17).<br>• (FRE 611) - Vague and ambiguous - Counter-designated portion is a question asked by opposing counsel without deponent's response. (41:13-17)<br>• (FRE 402) - Relevance - Counter-designated portion is a question asked by opposing counsel without deponent's response. (41:13-17).<br>• (FRE 403) - cumulative<br>• (FRE 401) - Relevance - Proffered testimony concerns identification | |

| Elan Designations | Abraxis Objections | Ruling | Abraxis Counter-Designations | Elan's Response | Ruling |
|---|---|---|---|---|---|
| | | | | of an exhibit not referenced in the designated portion against which offered._(59:17-19, 59:21)<br>• Depo. Obj. at 66:12 - "Move to strike as nonresponsvie."<br>• (FRE 802) - Hearsay within Hearsay (66:5-11)<br>• (FRE 701) - Improper lay opinion. (80:21-81:6)<br>• Depo. Obj. at 81:7 - "Move to strike as nonresponsvie."<br>• (FRE 701) - Improper lay opinion; improper legal opinion (218:9-219:4) | |
| 86:9-86:12<br>86:14-86:17<br>86:19-86:20 | | | Same counter-designations as for Elan designation 37:7-37:15 | • Designated testimony does not need explanation or context.<br>• Testimony found 48, 43, 41, 39, 27, 20, 5 and 3 pages before designated testimony does not further fairness or completeness.<br>• Proffered testimony found 132 pages after designated testimony does not further fairness or completeness.<br>• Objection at 38:6 - "Move to strike as nonresponsvie." | |

| Elan Designations | Abraxis Objections | Ruling | Abraxis Counter-Designations | Elan's Response | Ruling |
|---|---|---|---|---|---|
| | | | | • Objection at 38:19-20 - "Move to strike the nonresponsvie portion."<br>• (FRE 701) Improper lay opinion<br>• (FRE 701) - Improper lay opinion (42:21-43:5).<br>• (FRE 701) - Improper lay opinion. (42:21-43:5)<br>• (FRE 701) - Improper lay opinion. (47:6-9, 47:12-24)<br>• Proffered testimony found 45 pages before designated testimony does not further fairness or completeness.<br>• (FRE 403) - Confusion - Counter-designated portion is a question asked by opposing counsel without deponent's response (41:13-17).<br>• (FRE 611) - Vague and ambiguous - Counter-designated portion is a question asked by opposing counsel without deponent's response. (41:13-17)<br>• (FRE 402) - Relevance - Counter-designated portion is a question asked by opposing counsel without deponent's response. (41:13-17).<br>• (FRE 403) - cumulative | |

| Elan Designations | Abraxis Objections | Ruling | Abraxis Counter-Designations | Elan's Response | Ruling |
|---|---|---|---|---|---|
| | | | | • (FRE 401) - Relevance - Proffered testimony concerns identification of an exhibit not referenced in the designated portion against which offered._(59:17-19, 59:21)<br>• Depo. Obj. at 66:12 - "Move to strike as nonresponsvie."<br>• (FRE 802) - Hearsay within Hearsay (66:5-11)<br>• (FRE 701) - Improper lay opinion. (80:21-81:6)<br>• Depo. Obj. at 81:7 - "Move to strike as nonresponsvie."<br>• (FRE 701) - Improper lay opinion; improper legal opinion (218:9-219:4) | |
| 93:1-93:11<br>93:13-93:16<br>93:18-93:18 | | | 88:14-89:19; 90:8-12; 91:3-13; 91:20-22; 91:24-92:7; 92:9-11; 93:1-6; 93:20-95:25; 97:18-23; 137:9-138:1 | • Designated testimony does not need explanation or context.<br>• Proffered testimony found 4, 3 and 2 pages before designated testimony does not further fairness or completeness.<br>• (FRE 403) - Cumulative<br>• Counter-designation of the same portion of the testimony against which its s proffered does not further the "rule of completeness" | |

| Elan Designations | Abraxis Objections | Ruling | Abraxis Counter-Designations | Elan's Response | Ruling |
|---|---|---|---|---|---|
| | | | | or fairness. (93:1-6)<br>• Proffered testimony found 4 pages after designated testimony does not further fairness or completeness. | |
| 121:9-121:15 | | | 120:12-14; 120:16; 120:19-121:5; 278:16-279:2; 282:16-17; 282:19-283:13; 284:17-285:25 | • Designated testimony does not need explanation or context.<br>• (FRE 403) Cumulative<br>• Proffered testimony found 156, 160 and 163 pages after designated testimony does not further fairness or completeness. | |
| 121:18-122:1 | | | Same counter-designations as for Elan designation 121:9-121:15 | • Designated testimony does not need explanation or context.<br>• (FRE 403) Cumulative<br>• Proffered testimony found 156, 160 and 163 pages after designated testimony does not further fairness or completeness. | |
| 124:9-124:24 | | | 123:15-22; 123:24-124:2; 124:4-7 | • Designated testimony does not need explanation or context.<br>• (FRE 403) Cumulative | |

| Elan Designations | Abraxis Objections | Ruling | Abraxis Counter-Designations | Elan's Response | Ruling |
|---|---|---|---|---|---|
| 216:16-216:23 | Vague and ambiguous, (FRE 403) (216:22-23; 217:4-6) | | | • Prior designated testimony provides clarity and context to designated portion.<br>• Probative value of testimony regarding Abraxis' knowledge of patent-in-suit outweighs prejudicial, confusing, or misleading effect. | |
| 217:4-217:25 | Vague and ambiguous, (FRE 403) (216:22-23; 217:4-6) | | | • Prior designated testimony provides clarity and context to designated portion.<br>• Probative value of testimony regarding Abraxis' knowledge of patent-in-suit outweighs prejudicial, confusing, or misleading effect. | |
| 217:4-217:25 | | | 241:13-18; 241:21-242:6; 242:12-16; 242:20-243:8 | • Designated testimony does not need explanation or context.<br>• Proffered testimony found 24 and 25 pages after designated testimony does not further fairness or completeness.<br>• Depo. Obj. at 243:9 - "Move to strike as nonresponsvie."<br>• Depo. Obj. at 242:7 - "Move to strike as nonresponsvie." | |

| Elan Designations | Abraxis Objections | Ruling | Abraxis Counter-Designations | Elan's Response | Ruling |
|---|---|---|---|---|---|
| 224:8-224:14 | | | 218:9-219:4; 230:14-231:2 | • Designated testimony does not need explanation or context.<br>• Proffered testimony found 6 pages before designated testimony does not further fairness or completeness.<br>• Proffered testimony found 6 pages after designated testimony does not further fairness or completeness. | |
| 226:24-228:4 | | | 218:9-219:4 | • Designated testimony does not need explanation or context.<br>• Proffered testimony found 8 pagers before designated testimony does not further fairness or completeness. | |
| 230:5-230:13 | | | Same counter-designations as for Elan designation 226:24-228:4 | • Designated testimony does not need explanation or context.<br>• Proffered testimony found 11 pagers before designated testimony does not further fairness or completeness. | |
| 234:8-234:13 | | | Same counter-designations as for Elan designation | • Designated testimony does not need explanation or context. | |

| Elan Designations | Abraxis Objections | Ruling | Abraxis Counter-Designations | Elan's Response | Ruling |
|---|---|---|---|---|---|
| | | | 226:24-228:4 | • Proffered testimony found 15 pages before designated testimony does not further fairness or completeness.<br>• Proffered testimony is not relevant to designated portion. | |
| 235:3-235:6 | | | Same counter-designations as for Elan designation 226:24-228:4 | • Designated testimony does not need explanation or context.<br>• (FRE 403) Cumulative | |
| 235:17-235:17 | | | 235:19-236:5; 236:17-19; 236:23-237:4; 237:6-17 | • Designated testimony does not need explanation or context.<br>• (FRE 403) Cumulative | |
| 237:18-238:23 | | | Same counter-designations as for Elan designation 235:17-235:17 | • Designated testimony does not need explanation or context.<br>• (FRE 403) Cumulative | |
| 237:25-238:20 | | | Same counter-designations as for Elan designation 235:17-235:17 | • Designated testimony does not need explanation or context.<br>• (FRE 403) Cumulative | |
| 238:22- | | | 239:15-22 | • Designated testimony does not | |

| Elan Designations | Abraxis Objections | Ruling | Abraxis Counter-Designations | Elan's Response | Ruling |
|---|---|---|---|---|---|
| 239:14 | | | | need explanation or context.<br>• Proffered testimony does not further explain designated testimony.<br>• (FRE 403) Cumulative | |
| 239:23-239:25 | | | 240:1-241:6 | • Designated testimony does not need explanation or context.<br>• (FRE 403) Cumulative | |
| 264:18-264:22 | | | 263:15-264:17; 264:25-265:17 | • Designated testimony does not need explanation or context.<br>• (FRE 801) - Hearsay within Hearsay<br>• Depo. Obj. at 265:18 - "Move to strike a[s] nonresponsvie." | |
| 302:2-302:15 | | | 18:22-23; 18:25-19:22; 140:19-141:14; 300:22-301:11; 301:18-24; 303:14-15; 303:18; 303:20-25 | • Designated testimony does not need explanation or context.<br>• Proffered testimony found 161 and 283 pages before designated testimony does not further fairness or completeness.<br>• (FRE 403) Cumulative | |

| Elan Designations | Abraxis Objections | Ruling | Abraxis Counter-Designations | Elan's Response | Ruling |
|---|---|---|---|---|---|
| 338:25-340:10 | Irrelevant, FRE 403 | | | • (FRE 104(b)) conditional relevancy; reserved for Elan's rebuttal case | |

**EXHIBIT 8-B**

**TO PRETRIAL ORDER**

Plaintiff's Designation of Deposition Testimony

Witness:   Neil Desai

**Deposition Designations: Neil Desai**

| BEGIN (page:line) | END (page:line) |
|---|---|
| 9:3 | 9:6 |
| 11:17 | 11:18 |
| 12:10 | 12:11 |
| 14:21 | 16:3 |
| 16:23 | 17:11 |
| 17:19 | 17:23 |
| 26:5 | 26:8 |
| 26:21 | 26:24 |
| 28:24 | 29:2 |
| 31:19 | 31:19 |
| 33:20 | 34:4 |
| 39:2 | 39:5 |
| 39:9 | 39:15 |
| 41:21 | 41:24 |
| 42:15 | 42:23 |
| 43:01 | 43:21 |
| 45:14 | 45:19 |
| 46:13 | 46:15 |
| 46:20 | 47:16 |
| 48:11 | 48:19 |
| 50:6 | 50:8 |
| 50:10 | 50:10 |
| 50:19 | 50:23 |
| 51:5 | 51:7 |
| 52:12 | 52:22 |
| 53:10 | 53:19 |
| 54:14 | 55:02 |
| 56:9 | 56:18 |
| 56:20 | 56:21 |
| 82:14 | 82:16 |
| 82:25 | 83:13 |
| 103:14 | 103:15 |
| 103:21 | 104:01 |
| 105:7 | 105:11 |
| 105:13 | 105:13 |
| 106:11 | 106:14 |
| 106:22 | 106:24 |
| 107:10 | 107:11 |
| 107:13 | 107:13 |
| 108:7 | 108:12 |
| 108:18 | 108:22 |
| 108:25 | 109:7 |
| 110:2 | 110:21 |
| 111:23 | 111:25 |
| 112:22 | 112:24 |
| 113:1 | 113:3 |
| 113:5 | 113:9 |
| 121:25 | 122:07 |
| 122:15 | 123:04 |
| 128:16 | 129:2 |

| | |
|---|---|
| 133:17 | 133:20 |
| 136:11 | 136:11 |
| 147:2 | 147:6 |
| 148:1 | 148:4 |
| 148:9 | 148:14 |
| 148:16 | 148:22 |
| 149:14 | 149:17 |
| 150:3 | 150:6 |
| 151:16 | 151:21 |
| 152:23 | 153:5 |
| 153:9 | 153:11 |
| 156:7 | 156:9 |
| 156:15 | 156:16 |
| 157:5 | 157:8 |
| 157:13 | 157:23 |
| 158:11 | 158:15 |
| 158:17 | 158:20 |
| 164:12 | 164:19 |
| 179:2 | 179:7 |
| 179:9 | 179:16 |
| 179:18 | 179:19 |
| 180:3 | 180:7 |
| 184:20 | 185:10 |
| 185:12 | 185:13 |
| 187:21 | 187:24 |
| 188:7 | 188:14 |
| 188:16 | 188:16 |
| 193:10 | 193:16 |
| 194:20 | 195:9 |
| 195:11 | 195:25 |
| 196:9 | 196:11 |
| 197:7 | 197:16 |
| 197:17 | 197:23 |
| 198:7 | 198:9 |
| 198:23 | 199:2 |
| 201:2 | 201:9 |
| 203:8 | 203:10 |
| 203:13 | 203:19 |
| 203:20 | 204:2 |
| 204:9 | 204:16 |
| 209:2 | 209:7 |
| 212:14 | 212:23 |
| 213:17 | 213:23 |
| 219:5 | 219:12 |
| 221:11 | 222:8 |
| 223:4 | 223:5 |
| 223:14 | 224:7 |
| 224:9 | 224:18 |
| 226:3 | 227:4 |
| 227:6 | 227:17 |
| 228:15 | 228:17 |
| 228:19 | 228:19 |
| 230:12 | 231:2 |
| 231:5 | 231:7 |

| | |
|---|---|
| 238:9 | 238:12 |
| 239:7 | 239:10 |
| 259:7 | 259:10 |
| 260:21 | 260:25 |
| 261:7 | 261:15 |
| 261:18 | 261:25 |
| 263:2 | 263:10 |
| 265:25 | 266:6 |
| 271:11 | 271:13 |
| 271:17 | 271:20 |
| 275:5 | 275:19 |
| 276:3 | 276:12 |
| 276:20 | 276:22 |
| 277:1 | 277:9 |
| 277:11 | 277:18 |
| 277:20 | 277:24 |
| 278:1 | 278:12 |
| 308:10 | 308:20 |

**EXHIBIT 8-BB**

**TO PRETRIAL ORDER**

Abraxis's Objections and Counter-Designations of Deposition Testimony

Witness:  Neil Desai

**ELAN'S RESPONSES TO ABRAXIS' OBJECTIONS TO NEIL DESAI DEPOSITION DESIGNATIONS (NOVEMBER 20, 2007)**

| Elan Designations | Abraxis Objections | Ruling | Abraxis Counter-Designations | Elan's Response | Ruling |
|---|---|---|---|---|---|
| 14:21-16:3 | | | 53:20-54:7 | • Designated testimony does not need explanation or context.<br>• Proffered testimony does not further explain designated testimony.<br>• Proffered testimony found 39 pages after designated testimony does not further fairness or completeness. | |
| 16:23-17:11 | | | 16:4-22 | • Designated testimony does not need explanation or context.<br>• Proffered testimony does not further explain designated testimony.<br>• (FRE 403) - Needless presentation of cumulative evidence. | |
| 26:5-26:8 | | | 26:2-4 | • Designated testimony does not need explanation or context.<br>• Proffered testimony does not | |

| Elan Designations | Abraxis Objections | Ruling | Abraxis Counter-Designations | Elan's Response | Ruling |
|---|---|---|---|---|---|
| | | | | further explain designated testimony. | |
| 33:20-34:4 | | | 33:14-19 | • Designated testimony does not need explanation or context.<br>• Proffered testimony does not further explain designated testimony. | |
| 46:13-46:15 | | | 47:21-48:3; 48:5-7; 48:20-25; 291:24-292:21; 292:23-25 | • Designated testimony does not need explanation or context.<br>• Proffered testimony does not further explain designated testimony.<br>• (FRE 802) - Hearsay within Hearsay (48:20-25)<br>• Depo. Obj. at 292:22 - (FRE 611(a)) - Leading the witness | |
| 46:20-47:16 | | | Same counter-designation as for Elan designation 46:13-46:15 | • Designated testimony does not need explanation or context.<br>• Proffered testimony does not further explain designated testimony. | |

| Elan Designations | Abraxis Objections | Ruling | Abraxis Counter-Designations | Elan's Response | Ruling |
|---|---|---|---|---|---|
| | | | | • (FRE 802) - Hearsay within Hearsay (48:20-25)<br>• Depo. Obj. at 292:22 - (FRE 611(a)) - Leading the witness | |
| 48:11-48:19 | | | Same counter-designation as for Elan designation 46:13-46:15 | • Designated testimony does not need explanation or context.<br>• Proffered testimony does not further explain designated testimony.<br>• (FRE 802) - Hearsay within Hearsay (48:20-25)<br>• Depo. Obj. at 292:22 - (FRE 611(a)) - Leading the witness | |
| 50:10-50:10 | | | 293:2-294:2; 294:4-5 | • Designated testimony does not need explanation or context.<br>• Proffered testimony does not further explain designated testimony.<br>• Depo. Obj. at 294:3 - (FRE 611(a)) - Leading the witness. | |

| Elan Designations | Abraxis Objections | Ruling | Abraxis Counter-Designations | Elan's Response | Ruling |
|---|---|---|---|---|---|
| 51:5-51:7 | | | 294:11-295:1; 295:4-15 | • Designated testimony does not need explanation or context.<br>• Proffered testimony does not further explain designated testimony. | |
| 52:12-52:22 | | | 53:20-54:7 | • Designated testimony does not need explanation or context.<br>• Proffered testimony does not further explain designated testimony. | |
| 108:7-108:12 | | | 108:13-17 | • (FRE 403) Cumulative - counter designated testimony 108:7-12 is already designated by Elan.<br>• (FRE 802) - Hearsay within Hearsay (108:12-17)<br>• (FRE 611(a)) - Assumes Facts not in evidence<br>• (FRE 602) - Lack of Foundation<br>• Designated testimony does not need explanation or context.<br>• Proffered testimony does not further explain designated | |

| Elan Designations | Abraxis Objections | Ruling | Abraxis Counter-Designations | Elan's Response | Ruling |
|---|---|---|---|---|---|
| | | | | testimony. | |
| 108:18-108:22 | | | 108:7-17 | • Designated testimony does not need explanation or context.<br>• (FRE 801) - Hearsay within Hearsay 108:12-17<br>• (FRE 611(a)) - Assumes Facts not in evidence<br>• (FRE 602) - Lack of Foundation | |
| 108:25-109:7 | | | 262:1-11 | • Designated testimony does not need explanation or context.<br>• Proffered testimony does not further explain designated testimony.<br>• Proffered testimony found 154 pages after designated testimony does not further fairness or completeness. | |
| 110:2-110:21 | | | Same counter-designation as for Elan designation 108:25-109:7 | • Designated testimony does not need explanation or context.<br>• Proffered testimony does not | |

| Elan Designations | Abraxis Objections | Ruling | Abraxis Counter-Designations | Elan's Response | Ruling |
|---|---|---|---|---|---|
| | | | | further explain designated testimony.<br>• Proffered testimony found 153 pages after designated testimony does not further fairness or completeness. | |
| 111:23-111:25 | | | 111:8-16; 112:8-21 | • Designated testimony does not need explanation or context. | |
| 113:5-113:9 | | | 262:1-9 | • Designated testimony does not need explanation or context.<br>• Proffered testimony does not further explain designated testimony.<br>• Proffered testimony found 149 pages after designated testimony does not further fairness or completeness.<br>• (FRE 403) - Confusing - Proffered portion only includes an incomplete answer | |
| 121:25-122:07 | irrelevant, FRE 403? | | | • Probative value of Abraxis' selection of which data to provide | |

| Elan Designations | Abraxis Objections | Ruling | Abraxis Counter-Designations | Elan's Response | Ruling |
|---|---|---|---|---|---|
| | | | | FDA during approval process and which images to withhold outweighs prejudicial, confusing, or misleading effect.<br>• Probative value of this evidence outweighs prejudicial, confusing, or misleading effect. | |
| 128:16-129:2 | | | 127:22-128:1; 128:8-15; 129:15-17; 129:19-24; 133:6-16 | • Designated testimony does not need explanation or context.<br>• Proffered testimony does not further explain designated testimony.<br>• (FRE 602) - Lack of Personal Knowledge<br>• Proffered testimony found 4 pages after designated testimony does not further fairness or completeness. | |
| 147:2-147:6 | FRE 403, subject to motion in limine | | | • Motion in limine will be addressed in Elan's response to Abraxis' motion in limine.<br>• Evidence that FDA does not accept Abraxis' representation that paclitaxel in Abraxane amorphous make the existence of a fact of | |

| Elan Designations | Abraxis Objections | Ruling | Abraxis Counter-Designations | Elan's Response | Ruling |
|---|---|---|---|---|---|
| | | | | consequence to the determination of the action more likely.<br>• Probative value of this evidence outweighs prejudicial, confusing, or misleading effect. | |
| 148:1-148:4 | FRE 403, subject to motion in limine | | | • Motion in limine will be addressed in Elan's response to Abraxis' motion in limine.<br>• Evidence that FDA does not accept Abraxis' representation that paclitaxel in Abraxane amorphous make the existence of a fact of consequence to the determination of the action more likely.<br>• Probative value of this evidence outweighs prejudicial, confusing, or misleading effect. | |
| 148:9-148:14 | FRE 403, subject to motion in limine | | | • Motion in limine will be addressed in Elan's response to Abraxis' motion in limine.<br>• Evidence that FDA does not accept Abraxis' representation that paclitaxel in Abraxane amorphous make the existence of a fact of consequence to the determination of the action more likely. | |

| Elan Designations | Abraxis Objections | Ruling | Abraxis Counter-Designations | Elan's Response | Ruling |
|---|---|---|---|---|---|
| | | | | • Probative value of this evidence outweighs prejudicial, confusing, or misleading effect. | |
| 148:16-148:22 | FRE 403, subject to motion in limine | | | • Motion in limine will be addressed in Elan's response to Abraxis' motion in limine.<br>• Evidence that FDA does not accept Abraxis' representation that paclitaxel in Abraxane amorphous make the existence of a fact of consequence to the determination of the action more likely.<br>• Probative value of this evidence outweighs prejudicial, confusing, or misleading effect. | |
| 158:17-158:20 | | | 168:15-21; 168:23-24; 169:4-14; 169:15-16; 169:19; 169:23-25; 176:7-11; 177:6-12 | • Designated testimony does not need explanation or context.<br>• Proffered testimony found 10 and 18 pages after designated testimony does not further fairness or completeness.<br>• Proffered testimony does not further explain designated testimony.<br>• (FRE 403) - Confusion - proffered | |

| Elan Designations | Abraxis Objections | Ruling | Abraxis Counter-Designations | Elan's Response | Ruling |
|---|---|---|---|---|---|
| | | | | portion omits question and only designates answer (169:4-5) | |
| 179:9-179:16<br>179:18-179:19 | | | 176:7-11; 177:6-12 | • Designated testimony does not need explanation or context.<br>• Proffered testimony does not further explain designated testimony. | |
| 180:3-180:7 | | | 179:21-180:1; 296:2-297:2; 300:6-22 | • Designated testimony does not need explanation or context.<br>• Proffered testimony does not further explain designated testimony.<br>• (FRE 403) - Proffered testimony regarding deposition exhibit 29 (300:6-22) is offered against unrelated testimony. | |
| 184:20-185:10 | irrelevant, confusing, FRE 402 and 403 | | | • Evidence that Abraxis hired former Elan consultant during its development of Abraxane makes the existence of a fact of consequence to the determination of the action more likely. | |

| Elan Designations | Abraxis Objections | Ruling | Abraxis Counter-Designations | Elan's Response | Ruling |
|---|---|---|---|---|---|
| | | | | • Probative value of this evidence outweighs prejudicial, confusing, or misleading effect. | |
| 184:20-185:10 | | | 183:3-184:9; 184:15-19 | • Designated testimony does not need explanation or context.<br>• Proffered testimony does not further explain designated testimony. | |
| 185:12-185:13 | irrelevant, confusing, FRE 402 and 403 | | Same counter-designation as for Elan designation 184:20-185:10 | • Evidence that Abraxis hired former Elan consultant during its development of Abraxane makes the existence of a fact of consequence to the determination of the action more likely.<br>• Probative value of this evidence outweighs prejudicial, confusing, or misleading effect.<br>• Designated testimony does not need explanation or context.<br>• Proffered testimony does not further explain designated testimony. | |
| 187:21- | irrelevant, | | | • Evidence that Abraxis hired | |

| Elan Designations | Abraxis Objections | Ruling | Abraxis Counter-Designations | Elan's Response | Ruling |
|---|---|---|---|---|---|
| 187:24 | confusing, FRE 402 and 403 | | | former Elan consultant during its development of Abraxane makes the existence of a fact of consequence to the determination of the action more likely.<br>• Probative value of this evidence outweighs prejudicial, confusing, or misleading effect. | |
| 187:21-187:24 | | | Same counter-designation as for Elan designation 184:20-185:10 | • Designated testimony does not need explanation or context.<br>• Proffered testimony found 4 pages before designated testimony does not further fairness or completeness.<br>• Proffered testimony does not further explain designated testimony. | |
| 188:7-188:14 | irrelevant, confusing, FRE 402 and 403 | | | • Evidence that Abraxis hired former Elan consultant during its development of Abraxane makes the existence of a fact of consequence to the determination of the action more likely.<br>• Probative value of this evidence outweighs prejudicial, confusing, or misleading effect. | |

| Elan Designations | Abraxis Objections | Ruling | Abraxis Counter-Designations | Elan's Response | Ruling |
|---|---|---|---|---|---|
| | | | | | |
| 188:7-188:14 | | | Same counter-designation as for Elan designation 184:20-185:10 | • Designated testimony does not need explanation or context.<br>• Proffered testimony found 5 pages before designated testimony does not further fairness or completeness.<br>• Proffered testimony does not further explain designated testimony. | |
| 188:16-188:16 | irrelevant, FRE 403,<br>vague, ambiguous | | | • Evidence that Abraxis hired former Elan consultant during its development of Abraxane makes the existence of a fact of consequence to the determination of the action more likely.<br>• Prior designated testimony provides clarity and context to designated portion.<br>• Probative value of this evidence outweighs prejudicial, confusing, or misleading effect. | |
| 193:10-193:16 | | | 193:17-22; 194:12-18; 198:10-12; 199:3-18 | • Designated testimony does not need explanation or context. | |

| Elan Designations | Abraxis Objections | Ruling | Abraxis Counter-Designations | Elan's Response | Ruling |
|---|---|---|---|---|---|
| | | | | • Proffered testimony does not further explain designated testimony.<br>• Proffered testimony found 5 and 6 pages after designated testimony does not further fairness or completeness. | |
| 194:20-195:9 | compound, vague, ambiguous (195:2-9) | | | • Prior designated testimony provides clarity and context to designated portion. | |
| 194:20-195:9 | | | Same counter-designation as for Elan designation 193:10-193:16 | • Designated testimony does not need explanation or context.<br>• Proffered testimony does not further explain designated testimony.<br>• Proffered testimony found 4 pages after designated testimony does not further fairness or completeness. | |
| 195:11-195:25 | compound, vague, ambiguous (195:11-13) | | | • Prior designated testimony provides clarity and context to designated portion. | |

| Elan Designations | Abraxis Objections | Ruling | Abraxis Counter-Designations | Elan's Response | Ruling |
|---|---|---|---|---|---|
| | | | | | |
| 195:11-195:25 | | | 193:17-22; 194:12-18; 196:1-8; 198:10-12; 199:3-18; 296:13-297:14; 297:21-24; 300:6-22 | • Designated testimony does not need explanation or context.<br>• Proffered testimony does not further explain designated testimony.<br>• Proffered testimony found 4 pages after designated testimony does not further fairness or completeness.<br>• (FRE 403) - Misleading. Only answer is designated without question for context. (297:21-24)<br>• Depo. Obj. at 297:20 - (FRE 611(a)) Leading the witness<br>• (FRE 403) - Proffered testimony regarding deposition exhibit 29 (300:6-22) is offered against unrelated testimony. | |
| 196:9-196:11 | | | 193:17-22; 194:12-18; 195:21-196:8; 198:10-12; 199:3-18; 296:13-297:14; 297:21-24; 300:6-22 | • Designated testimony does not need explanation or context.<br>• Proffered testimony does not further explain designated testimony. | |

| Elan Designations | Abraxis Objections | Ruling | Abraxis Counter-Designations | Elan's Response | Ruling |
|---|---|---|---|---|---|
| | | | | • Proffered testimony found 3 pages before designated testimony does not further fairness or completeness.<br>• (FRE 403) - Misleading. Only answer is designated without question for context. (297:21-24)<br>• Depo. Obj. at 297:20 - (FRE 611(a) Leading the witness<br>• (FRE 403) - Cumulative Counter designated testimony 195:21-25 is already designated by Elan.<br>• (FRE 403) - Proffered testimony regarding deposition exhibit 29 (300:6-22) is offered against unrelated testimony. | |
| 197:17-197:23 | | | Same counter-designation as for Elan designation 196:9-196:11 | • Designated testimony does not need explanation or context.<br>• Proffered testimony does not further explain designated testimony.<br>• Proffered testimony found 3 and 4 pages before designated testimony does not further fairness or completeness. | |

| Elan Designations | Abraxis Objections | Ruling | Abraxis Counter-Designations | Elan's Response | Ruling |
|---|---|---|---|---|---|
| | | | | • (FRE 403) - Proffered testimony regarding deposition exhibit 29 (300:6-22) is offered against unrelated testimony. | |
| 198:7-198:9 | | | Same counter-designation as for Elan designation 196:9-196:11 | • Designated testimony does not need explanation or context.<br>• Proffered testimony does not further explain designated testimony.<br>• Proffered testimony found 3, 4 and 5 pages before designated testimony does not further fairness or completeness.<br>• (FRE 403) - Proffered testimony regarding deposition exhibit 29 (300:6-22) is offered against unrelated testimony. | |
| 198:23-199:2 | | | Same counter-designation as for Elan designation 196:9-196:11 | • Designated testimony does not need explanation or context.<br>• Proffered testimony does not further explain designated testimony.<br>• Proffered testimony found 3, 4 and 5 pages before designated | |

| Elan Designations | Abraxis Objections | Ruling | Abraxis Counter-Designations | Elan's Response | Ruling |
|---|---|---|---|---|---|
| | | | | testimony does not further fairness or completeness.<br>• (FRE 403) - Proffered testimony regarding deposition exhibit 29 (300:6-22) is offered against unrelated testimony. | |
| 201:2-201:9 | | | Same counter-designation as for Elan designation 196:9-196:11 | • Designated testimony does not need explanation or context.<br>• Proffered testimony does not further explain designated testimony.<br>• Proffered testimony found 3, 6, 7 and 8 pages before designated testimony does not further fairness or completeness.<br>• (FRE 403) - Proffered testimony regarding deposition exhibit 29 (300:6-22) is offered against unrelated testimony. | |
| 203:8-203:10 | vague, ambiguous | | 193:17-22; 194:12-18; 195:21-196:8; 198:10-12; 199:3-18; 201:10-15; 201:18-202:21; 203:1-7; 296:13- | • Designated testimony does not need explanation or context.<br>• Proffered testimony does not further explain designated testimony. | |

| Elan Designations | Abraxis Objections | Ruling | Abraxis Counter-Designations | Elan's Response | Ruling |
|---|---|---|---|---|---|
| | | | 297:14; 297:21-24; 300:6-22 | • Proffered testimony found 4, 5, 8, 9 and 10 pages before designated testimony does not further fairness or completeness.<br>• (FRE 403) - Misleading. Only answer is designated without question for context. (297:21-24)<br>• Depo. Obj. at 297:20 - (FRE 611(a)) Leading the witness<br>• (FRE 403) - Cumulative Counter designated testimony 195:21-25 is already designated by Elan.<br>• (FRE 403) - Proffered testimony regarding deposition exhibit 29 (300:6-22) is offered against unrelated testimony. | |
| 203:13-203:19 | vague, ambiguous (203:13-14) | | Same counter-designation as for Elan designation 203:8-203:10 | • Designated testimony does not need explanation or context.<br>• Proffered testimony does not further explain designated testimony.<br>• Proffered testimony found 10 pages before designated testimony does not further fairness or completeness. | |

| Elan Designations | Abraxis Objections | Ruling | Abraxis Counter-Designations | Elan's Response | Ruling |
|---|---|---|---|---|---|
| | | | | | |
| 203:20-204:2 | | | Same counter-designation as for Elan designation 203:8-203:10 | • Designated testimony does not need explanation or context.<br>• Proffered testimony does not further explain designated testimony.<br>• Proffered testimony found 10 pages before designated testimony does not further fairness or completeness. | |
| 204:9-204:16 | | | 193:17-22; 194:12-18; 195:21-196:8; 198:10-12; 199:3-18; 201:10-15; 201:18-202:21; 203:1-7; 204:3-8; 204:17-23; 296:13-297:14; 297:21-24; 300:6-22 | • Designated testimony does not need explanation or context.<br>• Proffered testimony does not further explain designated testimony.<br>• Proffered testimony found 5, 6, 9 and 11 pages before designated testimony does not further fairness or completeness.<br>• (FRE 403) - Misleading. Only answer is designated without question for context. (297:21-24)<br>• Depo. Obj. at 297:20 - (FRE 611(a)) Leading the witness | |

| Elan Designations | Abraxis Objections | Ruling | Abraxis Counter-Designations | Elan's Response | Ruling |
|---|---|---|---|---|---|
| | | | | • (FRE 403) - Cumulative Counter designated testimony 195:21-25 is already designated by Elan.<br>• (FRE 403) - Proffered testimony regarding deposition exhibit 29 (300:6-22) is offered against unrelated testimony. | |
| 219:5-219:12 | | | 195:21-196:8; 198:10-12; 198:18-22; 219:16-220:3; | • Designated testimony does not need explanation or context.<br>• Proffered testimony does not further explain designated testimony.<br>• Proffered testimony found 21 and 24 pages before designated testimony does not further fairness or completeness.<br>• (FRE 403) - Proffered testimony regarding deposition exhibit 28 (198:18-22) is offered against testimony regarding deposition exhibit 29.<br>• (FRE 403) - Proffered testimony regarding deposition exhibit 28 (198:10-12) is offered against testimony regarding deposition exhibit 29. | |

| Elan Designations | Abraxis Objections | Ruling | Abraxis Counter-Designations | Elan's Response | Ruling |
|---|---|---|---|---|---|
| | | | | • (FRE 403) - Proffered testimony regarding deposition exhibit 28 is offered against testimony regarding deposition exhibit 29 (195:21-196:8).<br>• (FRE 403) - Cumulative Counter designated testimony 195:21-25 is already designated by Elan. | |
| 221:11-222:8 | | | 195:21-196:8; 198:10-12; 198:18-22; 219:16-220:3; 296:13-297:14; 297:21-24; 300:6-22 | • Designated testimony does not need explanation or context.<br>• Proffered testimony does not further explain designated testimony.<br>• Proffered testimony found 23 and 26 pages before designated testimony does not further fairness or completeness.<br>• (FRE 403) - Proffered testimony regarding deposition exhibit 28 (198:18-22) is offered against testimony regarding deposition exhibit 29.<br>• (FRE 403) - Proffered testimony regarding deposition exhibit 28 (198:10-12) is offered against testimony regarding deposition | |

| Elan Designations | Abraxis Objections | Ruling | Abraxis Counter-Designations | Elan's Response | Ruling |
|---|---|---|---|---|---|
| | | | | exhibit 29.<br>• (FRE 602, 701) - Lack of Personal Knowledge; Speculation<br>• (FRE 403) - Proffered testimony regarding deposition exhibit 28 (195:21-196:8) is offered against testimony regarding deposition exhibit 29.<br>• (FRE 403) - Misleading. Only answer is designated without question for context. (297:21-24)<br>• Depo. Obj. at 297:20 - (FRE 611(a) Leading the witness<br>• (FRE 403) - Cumulative Counter designated testimony 195:21-25 is already designated by Elan. | |
| 223:14-224:7 | vague, ambiguous (224:4-7) – | | 294:7-295:1; 295:5-15 | • Prior designated testimony provides clarity and context to designated portion.<br>• Depo. Obj. at 295:2 - (FRE 611(a)) - Assumes Facts not in evidence; leading the witness | |
| 224:9-224:18 | vague, ambiguous | | Same counter-designation as for | • Prior designated testimony provides clarity and context to | |

| Elan Designations | Abraxis Objections | Ruling | Abraxis Counter-Designations | Elan's Response | Ruling |
|---|---|---|---|---|---|
| | (224:9-11) | | Elan designation 223:14-224:7 | designated portion.<br>• Depo. Obj. at 295:2 - (FRE 611(a)) - Assumes Facts not in evidence; leading the witness | |
| 226:3-227:4 | | | 227:18-22; 228:9; 294:7-295:1; 295:5-15 | • Designated testimony does not need explanation or context.<br>• Proffered testimony does not further explain designated testimony.<br>• (FRE 403) - Needless presentation of cumulative evidence.<br>• (FRE 403) - Confusion - Designated portion is not complete; answer at 228:9 is given without question for context. | |
| 227:6-227:17 | | | Same counter-designation as for Elan designation 226:3-227:4 | • Designated testimony does not need explanation or context.<br>• Proffered testimony does not further explain designated testimony. | |
| 228:15- | vague, ambiguous | | 228:21-229:4 | • Prior designated testimony provides clarity and context to | |

| Elan Designations | Abraxis Objections | Ruling | Abraxis Counter-Designations | Elan's Response | Ruling |
|---|---|---|---|---|---|
| 228:17 | | | | designated portion. | |
| 228:19-228:19 | vague, ambiguous | | Same counter-designation as for Elan designation 228:15-228:17 | • Prior designated testimony provides clarity and context to designated portion. | |
| 230:12-231:2 | | | 111:8-16; 112:8-21 | • Designated testimony does not need explanation or context.<br>• Proffered testimony found 118 and 119 pages before designated testimony does not further fairness or completeness.<br>• Proffered testimony does not further explain designated testimony. | |
| 259:7-259:10 | | | 262:1-11 | • Designated testimony does not need explanation or context.<br>• Proffered testimony does not further explain designated testimony. | |
| 260:21-260:25 | | | Same counter-designation as for Elan designation | • Designated testimony does not need explanation or context. | |

| Elan Designations | Abraxis Objections | Ruling | Abraxis Counter-Designations | Elan's Response | Ruling |
|---|---|---|---|---|---|
| | | | 259:7-259:10 | • Proffered testimony does not further explain designated testimony. | |
| 261:7-261:15 | | | Same counter-designation as for Elan designation 259:7-259:10 | • Designated testimony does not need explanation or context.<br>• Proffered testimony does not further explain designated testimony. | |
| 261:18-261:25 | | | Same counter-designation as for Elan designation 259:7-259:10 | • Designated testimony does not need explanation or context.<br>• Proffered testimony does not further explain designated testimony. | |
| 263:2-263:10 | | | Same counter-designation as for Elan designation 259:7-259:10 | • Designated testimony does not need explanation or context.<br>• Proffered testimony does not further explain designated testimony. | |
| 265:25-266:6 | FRE 403 | | | • Probative value of Abraxis' representations to FDA outweighs | |

| Elan Designations | Abraxis Objections | Ruling | Abraxis Counter-Designations | Elan's Response | Ruling |
| --- | --- | --- | --- | --- | --- |
| | | | | prejudicial, confusing, or misleading effect. | |
| 265:25-266:6 | | | Same counter-designation as for Elan designation 259:7-259:10 | • Designated testimony does not need explanation or context.<br>• Proffered testimony does not further explain designated testimony.<br>• Proffered testimony found 3 pages before designated testimony does not further fairness or completeness. | |
| 271:11-271:13 | FRE 403 | | | • Probative value of Abraxis' representations to FDA outweighs prejudicial, confusing, or misleading effect. | |
| 271:11-271:13 | | | 274:23-275:4 | • Designated testimony does not need explanation or context.<br>• Proffered testimony does not further explain designated testimony. | |

| Elan Designations | Abraxis Objections | Ruling | Abraxis Counter-Designations | Elan's Response | Ruling |
|---|---|---|---|---|---|
| 271:17-271:20 | FRE 403 | | | • Probative value of Abraxis' representations to FDA outweighs prejudicial, confusing, or misleading effect. | |
| 271:17-271:20 | | | 262:1-11 | • Designated testimony does not need explanation or context.<br>• Proffered testimony does not further explain designated testimony.<br>• Proffered testimony found 9 pages before designated testimony does not further fairness or completeness. | |
| 275:5-275:19 | FRE 403 | | | • Probative value of Abraxis' FDA submissions and Abraxis' cryo-TEM images outweighs prejudicial, confusing, or misleading effect. | |
| 275:5-275:19 | | | Same counter-designation as for Elan designation 271:17-271:20 | • Designated testimony does not need explanation or context.<br>• Proffered testimony does not further explain designated testimony. | |

| Elan Designations | Abraxis Objections | Ruling | Abraxis Counter-Designations | Elan's Response | Ruling |
|---|---|---|---|---|---|
| | | | | • Proffered testimony found 13 pages before designated testimony does not further fairness or completeness. | |
| 276:3-276:12 | FRE 403 | | | • Probative value of Abraxis' FDA submissions and Abraxis' cryo-TEM images outweighs prejudicial, confusing, or misleading effect. | |
| 276:3-276:12 | | | 276:13; 276:15-19; 276:23-25 | • Designated testimony does not need explanation or context.<br>• Proffered testimony does not further explain designated testimony. | |
| 276:20-276:22 | FRE 403 | | | • Probative value of Abraxis' cryo-TEM images outweighs prejudicial, confusing, or misleading effect. | |
| 276:20-276:22 | | | Same counter-designation as for Elan designation 276:3-276:12 | • Designated testimony does not need explanation or context.<br>• Proffered testimony does not | |

| Elan Designations | Abraxis Objections | Ruling | Abraxis Counter-Designations | Elan's Response | Ruling |
|---|---|---|---|---|---|
| | | | | further explain designated testimony. | |
| 277:11-277:18 | FRE 403 | | | • Probative value of Abraxis' cryo-TEM images outweighs prejudicial, confusing, or misleading effect. | |
| 277:20-277:24 | FRE 403 | | | • Probative value of Abraxis' cryo-TEM images outweighs prejudicial, confusing, or misleading effect. | |
| 278:1-278:12 | FRE 403 | | | • Probative value of Abraxis' FDA submissions outweighs prejudicial, confusing, or misleading effect. | |
| 308:10-308:20 | FRE 403 | | | • Probative value of Abraxis' FDA submissions outweighs prejudicial, confusing, or misleading effect. | |
| 308:10-308:20 | | | 309:25-310:22 | • Designated testimony does not need explanation or context.<br>• Proffered testimony does not further explain designated | |

| Elan Designations | Abraxis Objections | Ruling | Abraxis Counter-Designations | Elan's Response | Ruling |
|---|---|---|---|---|---|
| | | | | testimony. | |

**EXHIBIT 8-C**

**TO PRETRIAL ORDER**

Plaintiff's Designation of Deposition Testimony

Witness:   Michael Hawkins

**Deposition Designations: Michael Hawkins (July 6, 2007)**

| **BEGIN (page:line)** | **END (page:line)** |
|---|---|
| 9:18 | 9:22 |
| 10:2 | 10:6 |
| 47:5 | 48:2 |
| 48:16 | 49:1 |
| 49:14 | 49:16 |
| 70:13 | 71:15 |
| 73:5 | 73:13 |
| 79:20 | 80:24 |
| 104:17 | 104:19 |
| 104:21 | 104:23 |
| 108:20 | 109:7 |
| 109:9 | 109:23 |
| 112:15 | 112:19 |
| 112:23 | 113:11 |
| 113:15 | 113:23 |
| 114:14 | 115:10 |
| 115:25 | 116:5 |
| 117.5 | 117:7 |
| 117:25 | 118:10 |
| 119:5 | 119:10 |
| 125:24 | 126:6 |
| 126:9 | 127:6 |
| 127:8 | 127:12 |
| 127:24 | 128:4 |
| 128:18 | 128:21 |
| 134:24 | 135:8 |
| 141:15 | 142:16 |
| 142:18 | 143:2 |
| 143:4 | 143:4 |
| 182:5 | 182:18 |
| 183:7 | 183:17 |
| 185:22 | 186:9 |
| 186:17 | 187:8 |
| 188:23 | 189:1 |

**EXHIBIT 8-CC**

**TO PRETRIAL ORDER**

Abraxis's Objections and Counter-Designations of Deposition Testimony

Witness:  Michael Hawkins

**ELAN'S RESPONSES TO ABRAXIS OBJECTIONS TO MICHAEL HAWKINS DEPOSITION DESIGNATIONS (JULY 6, 2007)**

| Elan Designations | Abraxis Objections | Ruling | Abraxis Counter-Designations | Elan's Response | Ruling |
|---|---|---|---|---|---|
| 9:18-9:22 | | | 9:23-10:1; 21:1-3 | • Designated testimony does not need explanation or context.<br>• Proffered testimony found 12 pages after designated testimony does not further fairness or completeness.<br>• Proffered testimony does not further explain designated testimony. | |
| 48:16-49:1 | | | 49:2-5; 49:7-9 | • Designated testimony does not need explanation or context.<br>• (FRE 403) - Cumulative | |
| 49:14-49:16 | | | Same counter-designation as for Elan designation 48:16-49:1 | • Designated testimony does not need explanation or context.<br>• Proffered testimony does not further explain designated testimony. | |

| Elan Designations | Abraxis Objections | Ruling | Abraxis Counter-Designations | Elan's Response | Ruling |
|---|---|---|---|---|---|
| | | | | | |
| 73:5-73:13 | | | 70:13-71:15 | • Designated testimony does not need explanation or context.<br>• (FRE 403) - Cumulative Counter designated testimony 70:13-71:15 s already designated by Elan. | |
| 104:17-104:19 | Vague, ambiguous, lack of foundation, FRE 403 | | | • Prior designated testimony provides clarity and context.<br>• Designated testimony, including 47:5-48:2, provides foundation.<br>• Goes to credibility of witness.<br>• Probative value outweighs prejudicial, confusing, or misleading effect. | |
| 104:21-104:23 | Vague, ambiguous, lack of foundation, FRE 403 | | | • Prior designated testimony provides clarity and context.<br>• Designated testimony, including 47:5-48:2, provides foundation.<br>• Goes to credibility of witness. | |

| Elan Designations | Abraxis Objections | Ruling | Abraxis Counter-Designations | Elan's Response | Ruling |
|---|---|---|---|---|---|
| | | | | • Probative value outweighs prejudicial, confusing, or misleading effect. | |
| 104:21-104:23 | Vague, ambiguous, lack of foundation, FRE 403 | | 110:20-23 | • Proffered testimony is not relevant to designated portion.<br>• Designated testimony does not need explanation or context.<br>• Proffered testimony does not further explain designated testimony.<br>• Proffered testimony found 6 pages after designated testimony does not further fairness or completeness. | |
| 108:20-109:7 | Subject to motion in limine, irrelevant, FRE 402 and 403 | | | • Motion in limine will be addressed in Elan's response to Abraxis' motion in limine.<br>• Evidence that FDA does not accept Abraxis' representation that paclitaxel in Abraxane amorphous make the existence of a fact of consequence to the determination of | |

| Elan Designations | Abraxis Objections | Ruling | Abraxis Counter-Designations | Elan's Response | Ruling |
|---|---|---|---|---|---|
| | | | | the action more likely.<br>• Probative value of this evidence outweighs prejudicial, confusing, or misleading effect. | |
| 108:20-109:7 | | | Same counter-designation as for Elan designation 104:21-104:23 | • Designated testimony does not need explanation or context.<br>• Proffered testimony does not further explain designated testimony. | |
| 109:9-109:23 | Subject to motion in limine, irrelevant, FRE 402 and 403 | | | • Motion in limine will be addressed in Elan's response to Abraxis' motion in limine.<br>• Evidence that FDA does not accept Abraxis' representation that paclitaxel in Abraxane amorphous make the existence of a fact of consequence to the determination of the action more likely.<br>• Probative value of this evidence outweighs prejudicial, confusing, or misleading effect. | |

| Elan Designations | Abraxis Objections | Ruling | Abraxis Counter-Designations | Elan's Response | Ruling |
|---|---|---|---|---|---|
| | | | | | |
| 112:15-112:19 | Irrelevant, confusing, FRE 402 and 403 | | | • Evidence that Abraxis' representations to FDA regarding paclitaxel in Abraxane make the existence of a fact of consequence to the determination of the action more likely.<br>• Probative value of this evidence outweighs prejudicial, confusing, or misleading effect. | |
| 112:15-112:19 | | | 111:7-21 | • Designated testimony does not need explanation or context.<br>• Proffered testimony does not further explain designated testimony. | |
| 112:23-113:11 | Irrelevant, confusing, FRE 402 and 403 | | | • Evidence that Abraxis' representations to FDA regarding paclitaxel in Abraxane make the existence of a fact of consequence to the determination of the action more likely.<br>• Probative value of this evidence | |

| Elan Designations | Abraxis Objections | Ruling | Abraxis Counter-Designations | Elan's Response | Ruling |
|---|---|---|---|---|---|
| | | | | outweighs prejudicial, confusing, or misleading effect. | |
| 112:23-113:11 | | | Same counter-designation as for Elan designation 112:15-112:19 | • Designated testimony does not need explanation or context.<br>• Proffered testimony does not further explain designated testimony. | |

| Elan Designations | Abraxis Objections | Ruling | Abraxis Counter-Designations | Elan's Response | Ruling |
|---|---|---|---|---|---|
| 113:15-113:23 | Irrelevant, confusing, FRE 402 and 403 | | | • Evidence that Abraxis' representations to FDA regarding paclitaxel in Abraxane make the existence of a fact of consequence to the determination of the action more likely.<br>• Probative value of this evidence outweighs prejudicial, confusing, or misleading effect. | |
| 113:15-113:23 | | | Same counter-designation as for Elan designation 112:15-112:19 | • Designated testimony does not need explanation or context.<br>• Proffered testimony is not relevant to designated portion.<br>• Proffered testimony does not further explain designated testimony. | |
| 114:14-115:10 | Irrelevant, confusing, FRE 402 and 403 | | | • Evidence that Abraxis' representations to FDA regarding paclitaxel in Abraxane make the existence of a fact of consequence to the determination of the action more likely. | |

| Elan Designations | Abraxis Objections | Ruling | Abraxis Counter-Designations | Elan's Response | Ruling |
|---|---|---|---|---|---|
| | | | | • Probative value of this evidence outweighs prejudicial, confusing, or misleading effect. | |
| 114:14-115:10 | | | Same counter-designation as for Elan designation 112:15-112:19 | • Designated testimony does not need explanation or context.<br>• Proffered testimony does not further explain designated testimony. | |
| 126:9-127:6 | Irrelevant, confusing, FRE 402 and 403 | | | • Evidence of Abraxis' public statements regarding composition of Abraxane make the existence of a fact of consequence to the determination of the action more likely.<br>• Probative value of this evidence outweighs prejudicial, confusing, or misleading effect. | |
| 127:8-127:12 | | | 127:20-23 | • Designated testimony does not need explanation or context.<br>• Proffered testimony does not | |

| Elan Designations | Abraxis Objections | Ruling | Abraxis Counter-Designations | Elan's Response | Ruling |
|---|---|---|---|---|---|
| | | | | further explain designated testimony. | |
| 127:24-128:4 | | | 128:5-17 | • Designated testimony does not need explanation or context.<br>• Proffered testimony does not further explain designated testimony. | |
| 128:18-128:21 | | | 128:22-129:12 | • Designated testimony does not need explanation or context.<br>• Proffered testimony does not further explain designated testimony. | |
| 182:5-182:18 | | | 182:19-183:6 | • Designated testimony does not need explanation or context.<br>• Proffered testimony does not further explain designated testimony. | |

| Elan Designations | Abraxis Objections | Ruling | Abraxis Counter-Designations | Elan's Response | Ruling |
|---|---|---|---|---|---|
| 183:7-183:17 | | | 183:18-25 | • Designated testimony does not need explanation or context. | |
| 185:22-186:9 | Irrelevant, confusing, FRE 402 and 403 | | | • Goes to credibility of witness.<br>• Probative value outweighs prejudicial, confusing, or misleading effect. | |
| 186:17-187:8 | | | 187:13-21 | • Designated testimony does not need explanation or context.<br>• Proffered testimony does not further explain designated testimony.<br>• Proffered testimony is not relevant to designated portion. | |
| 188:23-189:1 | Irrelevant, confusing, FRE 402 and 403 | | | • Goes to credibility of witness.<br>• Probative value outweighs prejudicial, confusing, or misleading effect. | |

**EXHIBIT 8-D**

**TO PRETRIAL ORDER**

Plaintiff's Designation of Deposition Testimony

Witness:   Ulagaraj Selvaraj

**Deposition Designations: Ulagaraj Selvaraj (July 27, 2007)**

| BEGIN (page:line) | END (page:line) |
|---|---|
| 8:2 | 8:13 |
| 9:3 | 9:15 |
| 12:22 | 13:4 |
| 24:19 | 24:25 |
| 27:5 | 27:16 |
| 28:22 | 29:1 |
| 29:19 | 29:21 |
| 30:20 | 31:4 |
| 31:7 | 31:12 |
| 31:20 | 31:23 |
| 32:4 | 32:9 |
| 59:3 | 59:20 |
| 59:23 | 60:7 |
| 60:11 | 60:14 |
| 60:18 | 60:21 |
| 60:25 | 61:11 |
| 98:21 | 100:3 |
| 109:24 | 110:13 |
| 110:18 | 110:18 |
| 110:25 | 111:5 |
| 111:7 | 111:9 |
| 112:9 | 112:14 |
| 119:24 | 120:13 |
| 125:16 | 125:18 |
| 125:20 | 126:2 |
| 126:5 | 126:9 |
| 126:11 | 126:12 |
| 126:14 | 126:14 |
| 126:16 | 126:19 |
| 126:21 | 126:25 |
| 129:19 | 129:23 |
| 130:6 | 130:14 |
| 132:20 | 133:5 |
| 136:7 | 136:9 |
| 136:13 | 137:4 |
| 137:9 | 137:12 |
| 137:15 | 137:23 |
| 137:25 | 138:8 |
| 138:10 | 138:13 |
| 141:1 | 141:2 |
| 141:4 | 141:14 |
| 141:16 | 141:17 |
| 141:25 | 142:4 |
| 144:11 | 144:12 |
| 144:14 | 144:24 |
| 158:8 | 158:17 |
| 161:14 | 162:5 |
| 169:25 | 170:12 |
| 171:3 | 171:5 |
| 171:20 | 172:4 |

| | |
|---|---|
| 175:10 | 176:19 |
| 177:11 | 178:7 |
| 180:5 | 180:10 |
| 180:17 | 181:8 |
| 181:18 | 181:23 |
| 181:25 | 182:16 |
| 187:17 | 187:23 |
| 188:5 | 188:11 |
| 190:9 | 190:12 |
| 192:8 | 192:9 |
| 192:11 | 192:19 |
| 192:21 | 192:21 |
| 198:6 | 199:7 |
| 199:10 | 199:25 |
| 200:2 | 200:3 |
| 206:16 | 207:4 |
| 207:6 | 207:17 |
| 207:19 | 207:22 |
| 207:24 | 208:1 |
| 209:21 | 209:25 |
| 210:2 | 210:4 |

**EXHIBIT 8-DD**

**TO PRETRIAL ORDER**

Abraxis's Objections and Counter Designations of Deposition Testimony

Witness:  Ulagaraj Selvaraj

**ELAN'S OBJECTIONS TO ABRAXIS COUNTER-DESIGNATIONS TO ULAGARAJ SELVARAJ DEPOSITION DESIGNATIONS (JULY 27, 2007)**

| Elan Designations | Abraxis Objections | Ruling | Abraxis Counter-Designations | Elan's Response | Ruling |
|---|---|---|---|---|---|
| 9:3-9:15 | | | 9:16-11:8; 11:11-12:21 | • Designated testimony does not need explanation or context.<br>• Proffered testimony does not further explain designated testimony.<br>• (FRE 403) Cumulative | |
| 12:22-13:4 | | | 13:5-14; 13:20-14:4; 16:5-13 | • Designated testimony does not need explanation or context.<br>• Proffered testimony does not further explain designated testimony. | |
| 24:19-24:25 | | | 22:2-20; 24:1-19; 40:13-19; 40:21-41:5 | • Proffered testimony found 16 pages after designated testimony does not further fairness or completeness.<br>• Designated testimony does not need explanation or context. | |

| Elan Designations | Abraxis Objections | Ruling | Abraxis Counter-Designations | Elan's Response | Ruling |
|---|---|---|---|---|---|
| 27:5-27:16 | | | 12:22-13:4; 13:20-14:4; 16:5-13; 25:1-15; 27:1-4 | • Designated testimony does not need explanation or context.<br>• Proffered testimony does not further explain designated testimony.<br>• Proffered testimony found 15, 13, and 11 pages before designated testimony does not further fairness or completeness.<br>• (FRE 403) Cumulative Counter designated testimony 12:22-13:4 is already designated by Elan. | |
| 28:22-29:1 | | | 13:5-14; 13:20-14:4, 16:5-13 | • Designated testimony does not need explanation or context.<br>• Proffered testimony found 15, 14, and 12 pages before designated testimony does not further fairness or completeness.<br>• Proffered testimony does not further explain designated testimony. | |
| 29:19-29:21 | | | 29:22-24; 30:1-5 | • Designated testimony does not need explanation or context. | |

| Elan Designations | Abraxis Objections | Ruling | Abraxis Counter-Designations | Elan's Response | Ruling |
|---|---|---|---|---|---|
| | | | | | |
| 30:20-31:4 | | | 30:11-15 | • Designated testimony does not need explanation or context. | |
| 31:20-31:23 | | | 31:13-18; 33:24-34:11 | **Elan inadvertently omitted line 31:19 from its designations. Elan's designations have been amended to include 31:19.**<br>• Designated testimony does not need explanation or context. | |
| 32:4-32:9 | | | Same counter-designation as for Elan designation 31:20-31:23 | • Designated testimony does not need explanation or context. | |
| 59:3-59:20 | | | 58:15-18; 58:22-23; 58:25-59:2; 139:15-16; 139:18-19; 139:24-25; 140:2-3; 140:5-13 | • Proffered testimony found 80 pages after designated testimony does not further fairness or completeness.<br>• Designated testimony does not need explanation or context. | |
| 59:23-60:7 | | | 139:15-16; 139:18-19; 139:24-25; | • Proffered testimony found 80 pages after designated testimony does not further fairness or | |

| Elan Designations | Abraxis Objections | Ruling | Abraxis Counter-Designations | Elan's Response | Ruling |
|---|---|---|---|---|---|
| | | | 140:2-3; 140:5-13 | completeness.<br>• Designated testimony does not need explanation or context. | |
| 60:11-60:14<br>60:18-60:21 | | | 60:22-24; 61:15-21; 62:4-21; 63:8-11 | • Designated testimony does not need explanation or context. | |
| 109:24-110:13 | vague, ambiguous, (110:12-13), irrelevant, FRE 403 | | | • Evidence of Abraxis' knowledge of paclitaxel's properties makes the existence of a fact of consequence to the determination of the action more likely.<br>• Prior designated testimony provides clarity and context to designated portion.<br>• Probative value of this evidence outweighs prejudicial, confusing, or misleading effect. | |
| 110:18-110:18 | vague, ambiguous, (110:18), irrelevant, FRE 403 | | | • Evidence of Abraxis' knowledge of paclitaxel's properties makes the existence of a fact of consequence to the determination of the action more likely.<br>• Prior designated testimony | |

| Elan Designations | Abraxis Objections | Ruling | Abraxis Counter-Designations | Elan's Response | Ruling |
|---|---|---|---|---|---|
| | | | | provides clarity and context to designated portion.<br>• Probative value of this evidence outweighs prejudicial, confusing, or misleading effect. | |
| 110:25-111:5 | vague, ambiguous, irrelevant, FRE 403 | | | • Evidence of Abraxis' knowledge of paclitaxel's properties makes the existence of a fact of consequence to the determination of the action more likely.<br>• Prior designated testimony provides clarity and context to designated portion.<br>• Probative value of this evidence outweighs prejudicial, confusing, or misleading effect. | |
| 111:7-111:9 | vague, ambiguous, irrelevant, confusing, FRE 403 | | | • Evidence of Abraxis' knowledge of paclitaxel's properties makes the existence of a fact of consequence to the determination of the action more likely.<br>• Prior designated testimony provides clarity and context to designated portion.<br>• Probative value of this evidence outweighs prejudicial, confusing, or misleading effect. | |

| Elan Designations | Abraxis Objections | Ruling | Abraxis Counter-Designations | Elan's Response | Ruling |
|---|---|---|---|---|---|
| | | | | | |
| 112:9-112:14 | irrelevant, FRE 403 | | | • Evidence of Abraxis' knowledge of paclitaxel's properties makes the existence of a fact of consequence to the determination of the action more likely.<br>• Probative value of this evidence outweighs prejudicial, confusing, or misleading effect. | |
| 119:24-120:13 | irrelevant, FRE 403 | | | • Evidence of Abraxis' understanding of crystallinity makes the existence of a fact of consequence to the determination of the action more likely.<br>• Probative value of this evidence outweighs prejudicial, confusing, or misleading effect. | |
| 119:24-120:13 | | | 125:3-8 | • Proffered testimony found 5 pages after designated testimony does not further fairness or completeness.<br>• Designated testimony does not need explanation or context. | |
| 125:16-125:18 | irrelevant, FRE | | | • Evidence of Abraxis' understanding of crystallinity | |

| Elan Designations | Abraxis Objections | Ruling | Abraxis Counter-Designations | Elan's Response | Ruling |
|---|---|---|---|---|---|
| | 403 | | | makes the existence of a fact of consequence to the determination of the action more likely.<br>• Probative value of this evidence outweighs prejudicial, confusing, or misleading effect. | |
| 125:16-125:18 | | | 125:3-15 | • Designated testimony does not need explanation or context. | |
| 125:20-126:2 | irrelevant, FRE 403 | | | • Evidence of Abraxis' understanding of crystallinity makes the existence of a fact of consequence to the determination of the action more likely.<br>• Probative value of this evidence outweighs prejudicial, confusing, or misleading effect. | |
| 126:5-126:9 | irrelevant, FRE 403 | | | • Evidence of Abraxis' understanding of crystallinity makes the existence of a fact of consequence to the determination of the action more likely.<br>• Probative value of this evidence outweighs prejudicial, confusing, or misleading effect. | |

| Elan Designations | Abraxis Objections | Ruling | Abraxis Counter-Designations | Elan's Response | Ruling |
|---|---|---|---|---|---|
| 126:11-126:12 | irrelevant, FRE 403 | | | • Evidence of Abraxis' understanding of crystallinity makes the existence of a fact of consequence to the determination of the action more likely.<br>• Probative value of this evidence outweighs prejudicial, confusing, or misleading effect. | |
| 126:14-126:14 | irrelevant, FRE 403 | | | • Evidence of Abraxis' understanding of crystallinity makes the existence of a fact of consequence to the determination of the action more likely.<br>• Probative value of this evidence outweighs prejudicial, confusing, or misleading effect. | |
| 126:16-126:19 | irrelevant, FRE 403 | | | • Evidence of Abraxis' understanding of crystallinity makes the existence of a fact of consequence to the determination of the action more likely.<br>• Probative value of this evidence outweighs prejudicial, confusing, or misleading effect. | |
| 126:21-126:25 | irrelevant, FRE 403 | | | • Evidence of Abraxis' understanding of crystallinity makes the existence of a fact of consequence to the determination | |

| Elan Designations | Abraxis Objections | Ruling | Abraxis Counter-Designations | Elan's Response | Ruling |
|---|---|---|---|---|---|
| | | | | of the action more likely.<br>• Probative value of this evidence outweighs prejudicial, confusing, or misleading effect. | |
| 132:20-133:5 | Secret Abraxane Manufacturing Information | | | • Secret Abraxane Manufacturing Information provides to basis at law to exclude evidence | |
| 136:7-136:9 | vague, ambiguous, FRE 403 | | | • Evidence Abraxis possessed knowledge about Elan's patents during the time Abraxis' was developing Abraxane makes the existence of a fact of consequence to the determination of the action more likely.<br>• Probative value of this evidence outweighs prejudicial, confusing, or misleading effect. | |
| 136:7-136:9 | | | 136:11 | **Elan's Designations have been amended to include this portion.** | |
| 136:13-137:4 | vague and ambiguous antecedent basis, FRE 403 | | | • Evidence Abraxis possessed knowledge about Elan's patents during the time Abraxis' was developing Abraxane makes the existence of a fact of consequence to the determination of the action more likely.<br>• Prior designated testimony | |

| Elan Designations | Abraxis Objections | Ruling | Abraxis Counter-Designations | Elan's Response | Ruling |
|---|---|---|---|---|---|
| | | | | provides clarity and context to designated portion.<br>• Probative value of this evidence outweighs prejudicial, confusing, or misleading effect. | |
| 137:9-137:12 | vague and ambiguous antecedent basis, FRE 403 | | | • Evidence Abraxis possessed knowledge about Elan's patents during the time Abraxis' was developing Abraxane makes the existence of a fact of consequence to the determination of the action more likely.<br>• Prior designated testimony provides clarity and context to designated portion.<br>• Probative value of this evidence outweighs prejudicial, confusing, or misleading effect. | |
| 137:15-137:23 | vague and ambiguous antecedent basis, FRE 403 | | | • Evidence Abraxis possessed knowledge about Elan's patents during the time Abraxis' was developing Abraxane makes the existence of a fact of consequence to the determination of the action more likely.<br>• Prior designated testimony provides clarity and context to designated portion. | |

| Elan Designations | Abraxis Objections | Ruling | Abraxis Counter-Designations | Elan's Response | Ruling |
|---|---|---|---|---|---|
| | | | | • Probative value of this evidence outweighs prejudicial, confusing, or misleading effect. | |
| 137:25-138:8 | | | | • Designated testimony does not need explanation or context. | |
| 138:10-138:13 | | | | • Designated testimony does not need explanation or context. | |
| 141:1-141:2 | vague, ambiguous, FRE 403 | | | • Evidence Abraxis possessed knowledge about Elan's patents during the time Abraxis' was developing Abraxane makes the existence of a fact of consequence to the determination of the action more likely.<br>• Prior designated testimony provides clarity and context to designated portion.<br>• Probative value of this evidence outweighs prejudicial, confusing, or misleading effect. | |
| 141:4-141:14 | vague, ambiguous, FRE 403 | | | • Evidence Abraxis possessed knowledge about Elan's patents during the time Abraxis' was developing Abraxane makes the | |

| Elan Designations | Abraxis Objections | Ruling | Abraxis Counter-Designations | Elan's Response | Ruling |
|---|---|---|---|---|---|
| | | | | existence of a fact of consequence to the determination of the action more likely.<br>• Prior designated testimony provides clarity and context to designated portion.<br>• Probative value of this evidence outweighs prejudicial, confusing, or misleading effect | |
| 141:4-141:14 | | | 186:6-9; 186:11-15 | • Designated testimony does not need explanation or context.<br>• Proffered testimony found 45 pages after designated testimony does not further fairness or completeness. | |
| 141:16-141:17 | vague, ambiguous, FRE 403 | | | • Evidence Abraxis possessed knowledge about Elan's patents during the time Abraxis' was developing Abraxane makes the existence of a fact of consequence to the determination of the action more likely.<br>• Prior designated testimony provides clarity and context to designated portion.<br>• Probative value of this evidence outweighs prejudicial, confusing, | |

| Elan Designations | Abraxis Objections | Ruling | Abraxis Counter-Designations | Elan's Response | Ruling |
|---|---|---|---|---|---|
| | | | | or misleading effect. | |
| 141:16-141:17 | | | 186:6-9; 186:11-15 | • Designated testimony does not need explanation or context.<br>• Proffered testimony found 45 pages after designated testimony does not further fairness or completeness. | |
| 141:25-142:4 | vague and ambiguous antecedent basis, FRE 403 | | | Evidence Abraxis possessed knowledge about Elan's patents during the time Abraxis' was developing Abraxane makes the existence of a fact of consequence to the determination of the action more likely.<br>• No objection made during deposition to preserve "vague and ambiguous" objection.<br>• Probative value of this evidence outweighs prejudicial, confusing, or misleading effect. | |
| 141:25-142:4 | | | 142:5-16; 186:6-9; 186:11-15 | • Designated testimony does not need explanation or context.<br>• Proffered testimony found 44 pages after designated testimony does not further fairness or completeness. | |

| Elan Designations | Abraxis Objections | Ruling | Abraxis Counter-Designations | Elan's Response | Ruling |
|---|---|---|---|---|---|
| | | | | | |
| 144:14-144:24 | | | 138:15-139:4; 143:13-15; 143:17-144:5 | • Designated testimony does not need explanation or context.<br>• Proffered testimony found 5 pages before designated testimony does not further fairness or completeness. | |
| 158:8-158:17 | | | 157:11-158:7; 158:18-25 | • Designated testimony does not need explanation or context. | |
| 161:14-162:5 | | | 145:7-12; 145:21-25; 147:5-22; 147:23-25; 148:2-6; 148:18-149:11; 149:13-23; 150:6-11; 151:2-9; 151:13-152:18; 153:6-19; 183:17-25 | • Designated testimony does not need explanation or context.<br>• Proffered testimony found 16, 13, 11, 9, and 8 pages before designated testimony does not further fairness or completeness. | |
| 169:25-170:12 | | | Same counter-designation as for Elan designation 161:14-162:5 | • Designated testimony does not need explanation or context.<br>• Proffered testimony found 24, 21, 20, 19, 17 and16 pages before designated testimony does not further fairness or completeness.<br>• Proffered testimony found 13 amd | |

| Elan Designations | Abraxis Objections | Ruling | Abraxis Counter-Designations | Elan's Response | Ruling |
|---|---|---|---|---|---|
| | | | | 21 pages after designated testimony does not further fairness or completeness. | |
| 171:3-171:5 | | | Same counter-designation as for Elan designation 161:14-162:5 | • Designated testimony does not need explanation or context.<br>• Proffered testimony found 26, 23, 21, 19 and 18 pages before designated testimony does not further fairness or completeness.<br>• Proffered testimony found 12 pages after designated testimony does not further fairness or completeness. | |
| 177:11-178:7 | | | 145:7-12; 145:21-25; 147:5-22; 147:23-25; 148:2-6; 148:18-149:11; 149:13-23; 150:6-11; 151:2-9; 151:13-152:18; 153:6-19; 183:17-25; 176:24-177:7; 179:3-9 | • Designated testimony does not need explanation or context.<br>• Proffered testimony found 32, 29, 28 27, 25, and 24 pages before designated testimony does not further fairness or completeness.<br>• Proffered testimony found 5 pages after designated testimony does not further fairness or completeness. | |

| Elan Designations | Abraxis Objections | Ruling | Abraxis Counter-Designations | Elan's Response | Ruling |
|---|---|---|---|---|---|
| 180:17-181:8 | | | 181:9-11; 181:13-16 | • Designated testimony does not need explanation or context. | |
| 181:25-182:16 | | | 176:24-177:7; 177:25-178:7; 182:20-22; 182:24-183:1; 185:21-186:5; 188:12-15; 188:17-25; 189:6-11; 189:14-17; 190:14-17; 190:22-191:2; 191:19-23; 191:25-192:7 | • Designated testimony does not need explanation or context.<br>• Proffered testimony does not further explain designated testimony.<br>• Proffered testimony found 4 pages before designated testimony does not further fairness or completeness.<br>• Proffered testimony found 6, 7, 9 and 10 pages after designated testimony does not further fairness or completeness. | |
| 187:17-187:23 | | | 187:24-188:4 | • Designated testimony does not need explanation or context. | |
| 188:5-188:11 | | | 177:3-7; 177:25-178:7; 182:20-22; 182:24-183:1; 185:21-186:5; 188:12-15; 188:17-25; 189:6-11; 189:14-17; 190:14-17; 190:22-191:2; | • Designated testimony does not need explanation or context.<br>• Proffered testimony found 11, 10, and 5 pages before designated testimony does not further fairness or completeness. | |

| Elan Designations | Abraxis Objections | Ruling | Abraxis Counter-Designations | Elan's Response | Ruling |
|---|---|---|---|---|---|
| | | | 191:19-23; 191:25-192:7 | | |
| 190:9-190:12 | | | Same counter-designation as for Elan designation 188:5-188:11 | • Designated testimony does not need explanation or context.<br>• Proffered testimony found 13, 12, 8 and 5 pages before designated testimony does not further fairness or completeness.<br>• Proffered testimony does not further explain designated testimony. | |
| 192:8-9<br>192:11-19<br>192:21-192:21 | | | 177:3-7; 177:25-178:7; 182:20-22; 182:24-183:1; 185:21-186:5; 188:12-15; 188:17-25; 189:6-11; 189:14-17; 190:14-17; 190:22-191:2; 191:19-23; 191:25-192:7 | • Proffered testimony found 15, 14, 9, 6, 4 and 3 pages before designated testimony does not further fairness or completeness.<br>• Designated testimony does not need explanation or context. | |
| 200:2-200:3 | | | 200:5-8; 200:10-16 | • Designated testimony does not need explanation or context. | |
| 207:19-207:22 | | | 206:21-207:4; 207:6-7 | • Designated testimony does not need explanation or context.<br>• (FRE 403) Cumulative Counter designated testimony 206:21- | |

| Elan Designations | Abraxis Objections | Ruling | Abraxis Counter-Designations | Elan's Response | Ruling |
|---|---|---|---|---|---|
| | | | | 207:4 and 207:6-7 is already designated by Elan. | |
| 210:2-210:4 | Irrelevant, attorney colloquy, (FRE 403) (210:3-4) | | | As to 210:2<br>• Evidence regarding Abraxis' representations to FDA regarding paclitaxel in Abraxane make the existence of a fact of consequence to the determination of the action more likely.<br>• Probative value of this evidence outweighs prejudicial, confusing, or misleading effect. | |

**EXHIBIT 8-E**

**TO PRETRIAL ORDER**

Plaintiff's Designation of Deposition Testimony

Witness:   Herbert Lee

**Deposition Designations: Herbert Lee**

| BEGIN (page:line) | END (page:line) |
|---|---|
| 9:23 | 10:7 |
| 11:5 | 11:15 |
| 11:20 | 11:24 |
| 12:13 | 12:16 |
| 12:21 | 13:1 |
| 13:4 | 13:13 |
| 14:1 | 14:14 |
| 28:3 | 28:13 |
| 29:2 | 29:16 |
| 29:18 | 30:4 |
| 30:19 | 30:24 |
| 31:2 | 31:11 |
| 34:5 | 34:12 |
| 34:14 | 34:14 |
| 57:21 | 58:18 |
| 59:10 | 59:14 |
| 59:18 | 60:5 |
| 64:9 | 64:15 |
| 64:18 | 66:5 |
| 66:22 | 66:25 |
| 71:10 | 71:22 |
| 71:25 | 72:4 |
| 73:17 | 73:21 |
| 73:23 | 74:9 |
| 74:16 | 74:20 |
| 75:2 | 75:11 |
| 75:18 | 75:22 |
| 75:25 | 76:19 |
| 77:19 | 77:20 |
| 78:8 | 78:22 |
| 78:24 | 78:24 |
| 128:23 | 129:10 |
| 129:12 | 129:12 |
| 129:19 | 129:25 |
| 130:2 | 130:3 |
| 131:15 | 131:22 |

**EXHIBIT 19-EE**

**TO PRETRIAL ORDER**

Abraxis's Objections and Counter-Designations of Deposition Testimony

Witness: Herbert Lee

**ELAN'S RESPONSES AND OBJECTIONS TO ABRAXIS OBJECTIONS AND COUNTER-DESIGNATIONS TO HERBERT LEE DEPOSITION (MEDCOM 30(B)(6)) DESIGNATIONS JULY 26, 2007**

**Abraxis objects to all of Elan's deposition designations of the Medcom Rule 30(b)(6) deposition by Herbert Lee as irrelevant and confusing and therefore barred under FRE 402 and 403.**

**Elan's Response**

Herbert Lee's testimony is relevant to Elan's claim of induced infringement. The probative value of this testimony outweighs its prejudicial, confusing, or misleading effect.

Abraxis has not offered any counter-designations for Elan's designated portions of Herbert Lee's testimony.

**EXHIBIT 8-F**

**TO PRETRIAL ORDER**

Plaintiff's Designation of Deposition Testimony

Witness: Leslie Louie

**Deposition Designations: Leslie Louie**

| **BEGIN (page:line)** | **END (page:line)** |
|---|---|
| 7:13 | 7:15 |
| 15:17 | 16:11 |
| 18:2 | 18:15 |
| 32:4 | 32:22 |
| 57:11 | 57:14 |
| 58:10 | 58:13 |
| 58:15 | 58:17 |
| 60:13 | 61:6 |
| 79:25 | 80:4 |
| 81:3 | 81:24 |
| 82:15 | 82:19 |
| 84:5 | 84:8 |
| 84:10 | 84:12 |
| 84:14 | 84:14 |
| 85:11 | 85:12 |
| 85:14 | 85:15 |
| 85:20 | 85:24 |
| 87:13 | 87:19 |
| 88:16 | 88:18 |
| 88:22 | 88:23 |
| 88:25 | 89:1 |
| 89:13 | 89:15 |
| 89:17 | 89:20 |
| 89:22 | 89:22 |
| 94:1 | 94:8 |
| 94:12 | 94:16 |
| 94:19 | 94:20 |
| 94:23 | 95:1 |
| 95:4 | 95:8 |
| 95:11 | 95:11 |
| 95:13 | 95:14 |
| 124:21 | 124:23 |
| 124:25 | 125:25 |
| 125:16 | 125:17 |
| 125:19 | 125:20 |
| 127:21 | 127:24 |
| 128:7 | 128:9 |
| 128:11 | 128:11 |
| 135:15 | 135:18 |
| 135:20 | 135:25 |
| 136:2 | 136:4 |
| 136:6 | 136:10 |

| | |
|---|---|
| 139:10 | 139:11 |
| 139:13 | 139:13 |
| 139:15 | 139:16 |
| 155:20 | 155:19 |
| 184:13 | 184:23 |
| 184:25 | 185:5 |
| 185:7 | 185:11 |
| 185:13 | 185:16 |
| 185:18 | 185:18 |
| 185:20 | 185:21 |
| 185:23 | 186:1 |
| 186:3 | 186:3 |
| 186:14 | 186:15 |
| 186:17 | 186:22 |
| 186:24 | 186:25 |
| 189:24 | 189:25 |
| 190:2 | 190:25 |
| 191:5 | 191:7 |
| 191:9 | 191:15 |
| 191:17 | 191:17 |
| 192:13 | 192:16 |
| 192:18 | 192:18 |
| 195:25 | 196:1 |
| 196:4 | 196:4 |
| 210:20 | 212:9 |

**EXHIBIT 19-FF**

**TO PRETRIAL ORDER**

Abraxis's Objections and Counter-Designations of Deposition Testimony

Witness:  Leslie Louie

**ELAN'S OBJECTIONS TO ABRAXIS COUNTER-DESIGNATIONS TO LESLIE LOUIE DEPOSITION DESIGNATIONS JULY 26, 2007**

| Elan Designations | Abraxis Objections | Ruling | Abraxis Counter-Designations | Elan's Response | Ruling |
|---|---|---|---|---|---|
| 82:15-82:19 | Irrelevant, FRE 402 and 403 | | | • Testimony provides foundation for subsequent designated testimony.<br>• Evidence regarding Abraxis' development research makes the existence of a fact of consequence to the determination of the action more likely.<br>• Probative value outweighs prejudicial, confusing, or misleading effect. | |
| 84:5-84:8 | Irrelevant, FRE 402 and 403 | | | • Testimony provides foundation for subsequent designated testimony.<br>• Evidence regarding Abraxis' development research makes the existence of a fact of consequence to the determination of the action more likely.<br>• Probative value outweighs prejudicial, confusing, or misleading effect. | |
| 84:10-84:12 | Irrelevant, FRE 402 and 403 | | | • Evidence regarding Abraxis' development research makes the existence of a fact of consequence to the determination of the action | |

| Elan Designations | Abraxis Objections | Ruling | Abraxis Counter-Designations | Elan's Response | Ruling |
|---|---|---|---|---|---|
| | | | | more likely.<br>• Probative value outweighs prejudicial, confusing, or misleading effect. | |
| 84:14-84:14 | Irrelevant, FRE 402 and 403 | | | • Testimony provides foundation for subsequent designated testimony.<br>• Probative value outweighs prejudicial, confusing, or misleading effect.<br>• Prior designated testimony provides clarity and context to designated portion. | |
| 85:11-85:12 | Irrelevant, FRE 402 and 403 | | | • Evidence regarding Abraxis' development research makes the existence of a fact of consequence to the determination of the action more likely.<br>• Probative value outweighs prejudicial, confusing, or misleading effect.. | |
| 85:14-85:15 | Irrelevant, FRE 402 and 403 | | | • Evidence regarding Abraxis' development research makes the existence of a fact of consequence to the determination of the action more likely.<br>• Probative value outweighs prejudicial, confusing, or misleading effect.. | |

| Elan Designations | Abraxis Objections | Ruling | Abraxis Counter-Designations | Elan's Response | Ruling |
|---|---|---|---|---|---|
| | | | | | |
| 85:20-85:24 | Irrelevant, FRE 402 and 403 | | | • Evidence regarding Abraxis' development research makes the existence of a fact of consequence to the determination of the action more likely.<br>• Probative value outweighs prejudicial, confusing, or misleading effect. | |
| 85:20-85:24 | | | 85:17-24<br>87:7-8<br>87:10-11 | • Designated testimony does not need explanation or context. | |
| 87:13-87:19 | Irrelevant, FRE 402 and 403 | | | • Evidence regarding Abraxis' development research makes the existence of a fact of consequence to the determination of the action more likely.<br>• Probative value outweighs prejudicial, confusing, or misleading effect. | |
| 87:13-87:19 | | | 87:20<br>87:22-88:3 | • Designated testimony does not need explanation or context.<br>• Proffered testimony does not further explain designated testimony.<br>• (602) - Lack of Personal Knowledge | |

| Elan Designations | Abraxis Objections | Ruling | Abraxis Counter-Designations | Elan's Response | Ruling |
|---|---|---|---|---|---|
| 88:16-88:18 | Irrelevant, FRE 402 and 403 | | | • Evidence regarding Abraxis' development research makes the existence of a fact of consequence to the determination of the action more likely.<br>• Probative value outweighs prejudicial, confusing, or misleading effect. | |
| 88:22-88:23 | Irrelevant, FRE 402 and 403 | | | • Evidence regarding Abraxis' development research makes the existence of a fact of consequence to the determination of the action more likely.<br>• Probative value outweighs prejudicial, confusing, or misleading effect. | |
| 88:25-89:1 | Irrelevant, FRE 402 and 403 | | | • Evidence regarding Abraxis' development research makes the existence of a fact of consequence to the determination of the action more likely.<br>• Probative value outweighs prejudicial, confusing, or misleading effect. | |
| 89:13-89:15 | Irrelevant, FRE 402 and 403 | | | • Evidence regarding Abraxis' development research makes the existence of a fact of consequence to the determination of the action more likely. | |

| Elan Designations | Abraxis Objections | Ruling | Abraxis Counter-Designations | Elan's Response | Ruling |
|---|---|---|---|---|---|
| | | | | • Probative value outweighs prejudicial, confusing, or misleading effect. | |
| 89:17-89:20 | Irrelevant, FRE 402 and 403 | | | • Evidence regarding Abraxis' development research makes the existence of a fact of consequence to the determination of the action more likely.<br>• Probative value outweighs prejudicial, confusing, or misleading effect. | |
| 89:22-89:22 | Irrelevant, FRE 402 and 403 | | | • Evidence regarding Abraxis' development research makes the existence of a fact of consequence to the determination of the action more likely.<br>• Probative value outweighs prejudicial, confusing, or misleading effect. | |
| 95:13-95:14 | | | 95:20<br>95:22 | • Proffered testimony does not further explain designated testimony.<br>• Designated testimony does not need explanation or context.<br>• (FRE 403) Cumulative | |

| Elan Designations | Abraxis Objections | Ruling | Abraxis Counter-Designations | Elan's Response | Ruling |
|---|---|---|---|---|---|
| 124:21-124:23 | | | 124:6-8<br>124:11-12 | • Proffered testimony does not further explain designated testimony.<br>• Designated testimony does not need explanation or context. | |
| 128:11-128:11 | | | 128:18-21<br>129:2-5<br>130:2-4<br>130:6-7<br>130:9-11 | • Proffered testimony does not further explain designated testimony.<br>• Designated testimony does not need explanation or context.<br>• (FRE 403) cumulative | |
| 136:6-136:10 | | | 137:3-6<br>137:8<br>137:10-13 | • Designated testimony does not need explanation or context. | |
| 139:15-139:16 | | | 139:17-18<br>139:20-21 | • Proffered testimony does not further explain designated testimony.<br>• Designated testimony does not need explanation or context. | |
| 184:13-184:23 | | | 193:15-18 | • Proffered testimony found 7, 8, 10, 11, 37,40, 42, and 49 pages after designated testimony does not | |

| Elan Designations | Abraxis Objections | Ruling | Abraxis Counter-Designations | Elan's Response | Ruling |
|---|---|---|---|---|---|
| 184:25-185:5<br>185:7-185:11<br>185:13-185:16<br>185:18-185:18<br>185:20-185:21<br>185:23-186:1<br>186:3-186:3 | | | 193:20-194:1<br>194:25-195:2<br>195:5-13<br>195:19-20<br>195:22-23<br>196:6-8<br>197:10<br>197:16<br>212:10-12<br>223:18-21<br>223:23<br>226:24-25<br>227:2-3<br>227:5-6<br>227:8<br>228:6-7<br>228:10 | further fairness or completeness.<br>• Proffered testimony does not further explain designated testimony.<br>• Designated testimony does not need explanation or context.<br>• (FRE 402) - Judge Sleet's PTO fn.6 - Attorney colloquy (193:20-194:1)<br>• (FRE 402) - Judge Sleet's PTO fn.6 - Attorney colloquy (196:6-8)<br>• (FRE 402, 403) - Counter-designated portion is a question asked by opposing counsel without deponent's response.<br>• (FRE 402) - Irrelevant (196:6-8)<br>• (FRE 402) - Irrelevant (197:10-16)<br>• (FRE 403) - Confusing (234:19-24) | |

| Elan Designations | Abraxis Objections | Ruling | Abraxis Counter-Designations | Elan's Response | Ruling |
|---|---|---|---|---|---|
| | | | 228:24-229:2<br>229:4<br>234:19-24<br>235:11-13<br>235:19-20<br>235:22-24 | | |
| 186:14-186:15<br>186:17-186:22<br>186:24-186:25 | | | Same counter-designation as for Elan designation 184:13-184:23 | • Proffered testimony found 7, 8, 10, 11, 37, 40, 42, and 49 pages after designated testimony does not further fairness or completeness.<br>• Proffered testimony does not further explain designated testimony.<br>• Designated testimony does not need explanation or context.<br>• (FRE 402) - Judge Sleet's PTO fn.6 - Attorney colloquy (193:20-194:1)<br>• (FRE 402) - Judge Sleet's PTO fn.6 - Attorney colloquy (196:6-8)<br>• (FRE 402, 403) - Counter-designated portion is a question asked by opposing counsel without | |

| Elan Designations | Abraxis Objections | Ruling | Abraxis Counter-Designations | Elan's Response | Ruling |
|---|---|---|---|---|---|
| | | | | deponent's response.<br>• (FRE 402) - Irrelevant (196:6-8)<br>• (FRE 402) - Irrelevant (197:10-16)<br>• (FRE 403) - Confusing (234:19-24) | |
| 189:24-189:25<br><br>190:2-190:25 | | | Same counter-designation as for Elan designation 184:13-184:23 | • Proffered testimony found 4, 6, 8 34, 37, 38, and 45pages after designated testimony does not further fairness or completeness.<br>• Proffered testimony does not further explain designated testimony.<br>• Designated testimony does not need explanation or context.<br>• (FRE 402) - Judge Sleet's PTO fn.6 - Attorney colloquy (193:20-194:1)<br>• (FRE 402) - Judge Sleet's PTO fn.6 - Attorney colloquy (196:6-8)<br>• (FRE 402, 403) - Counter-designated portion is a question asked by opposing counsel without deponent's response.<br>• (FRE 402) - Irrelevant (196:6-8)<br>• (FRE 402) - Irrelevant (197:10-16)<br>• (FRE 403) - Confusing (234:19- | |

| Elan Designations | Abraxis Objections | Ruling | Abraxis Counter-Designations | Elan's Response | Ruling |
|---|---|---|---|---|---|
| | | | | 24) | |
| 191:5-191:7<br>191:9-191:15<br>191:17-191:17 | | | Same counter-designation as for Elan designation 184:13-184:23 | • Proffered testimony found 5, 35, 37 and 44 pages after designated testimony does not further fairness or completeness.<br>• Proffered testimony does not further explain designated testimony.<br>• Designated testimony does not need explanation or context.<br>• (FRE 402) - Judge Sleet's PTO fn.6 - Attorney colloquy (193:20-194:1)<br>• (FRE 402) - Judge Sleet's PTO fn.6 - Attorney colloquy (196:6-8)<br>• (FRE 402, 403) - Counter-designated portion is a question asked by opposing counsel without deponent's response.<br>• (FRE402) - Irrelevant (196:6-8)<br>• (FRE 402) - Irrelevant (197:10-16)<br>• (FRE 403) - Confusing (234:19-24) | |

| Elan Designations | Abraxis Objections | Ruling | Abraxis Counter-Designations | Elan's Response | Ruling |
|---|---|---|---|---|---|
| 192:13-192:16<br>192:18-192:18 | | | Same counter-designation as for Elan designation 184:13-184:23 | Offered Against Deposition Designation: 192:13-16; 192:18<br>• Proffered testimony found 4, 34, 36, and 43 pages after designated testimony does not further fairness or completeness.<br>• Proffered testimony does not further explain designated testimony.<br>• Designated testimony does not need explanation or context.<br>• (FRE 402) - Judge Sleet's PTO fn.6 - Attorney colloquy (193:20-194:1)<br>• (FRE 402) - Judge Sleet's PTO fn.6 - Attorney colloquy (196:6-8)<br>• (FRE 402, 403) - Counter-designated portion is a question asked by opposing counsel without deponent's response.<br>• (FRE 402) - Irrelevant (196:6-8)<br>• (FRE 402) - Irrelevant (197:10-16)<br>• (FRE 403) - Confusing (234:19-24) | |
| 195:25-196:1 | | | Same counter-designation as for Elan designation | • Proffered testimony found 31, 32, 40 and 41 pages after designated testimony does not further fairness | |

| Elan Designations | Abraxis Objections | Ruling | Abraxis Counter-Designations | Elan's Response | Ruling |
|---|---|---|---|---|---|
| 196:4-196:4 | | | 184:13-184:23 | or completeness.<br>• Proffered testimony does not further explain designated testimony.<br>• Designated testimony does not need explanation or context.<br>• (FRE 402) - Judge Sleet's PTO fn.6 - Attorney colloquy (193:20-194:1)<br>• (FRE 402) - Judge Sleet's PTO fn.6 - Attorney colloquy (196:6-8)<br>• (FRE 402, 403) - Counter-designated portion is a question asked by opposing counsel without deponent's response.<br>• (FRE 402) - Irrelevant (196:6-8)<br>• (FRE 402) - Irrelevant (197:10-16)<br>• (FRE 403) - Confusing (234:19-24) | |
| 210:20-212:9 | | | Same counter-designation as for Elan designation 184:13-184:23 | • Proffered testimony found 17 pages after designated testimony does not further fairness or completeness.<br>• Designated testimony does not need explanation or context.<br>• Proffered testimony does not further explain designated testimony. | |

| Elan Designations | Abraxis Objections | Ruling | Abraxis Counter-Designations | Elan's Response | Ruling |
|---|---|---|---|---|---|
| | | | | • (FRE 402) - Judge Sleet's PTO fn.6 - Attorney colloquy (193:20-194:1)<br>• (FRE 402) - Judge Sleet's PTO fn.6 - Attorney colloquy (196:6-8)<br>• (FRE 402, 403) - Counter-designated portion is a question asked by opposing counsel without deponent's response.<br>• (FRE 402) - Irrelevant (196:6-8)<br>• (FRE 402) - Irrelevant (197:10-16)<br>• (FRE 403) - Confusing (234:19-24) | |

**EXHIBIT 8-G**

**TO PRETRIAL ORDER**

Plaintiff's Designation of Deposition Testimony

Witness:    **Lianjun Shi**

# Deposition Designations: Lianjun Shi

| BEGIN (page:line) | END (page:line) |
|---|---|
| 11:5 | 11:7 |
| 11:17 | 11:21 |
| 13:15 | 13:16 |
| 13:18 | 13:21 |
| 14:16 | 14:23 |
| 15:25 | 16:1 |
| 16:3 | 16:9 |
| 17:5 | 17:6 |
| 17:12 | 17:13 |
| 24:19 | 24:21 |
| 24:23 | 24:24 |
| 31:13 | 31:14 |
| 31:16 | 32:7 |
| 32:9 | 32:15 |
| 32:17 | 32:21 |
| 39:24 | 40:1 |
| 40:6 | 40:23 |
| 41:3 | 41:5 |
| 41:10 | 41:12 |
| 41:14 | 41:16 |
| 41:21 | 41:25 |
| 42:17 | 42:24 |
| 43:8 | 43:13 |
| 43:15 | 43:16 |
| 44:1 | 44:3 |
| 44:5 | 44:7 |
| 44:16 | 44:21 |
| 44:23 | 45:3 |
| 49:21 | 49:24 |
| 50:1 | 50:10 |
| 50:12 | 50:17 |
| 63:1 | 63:13 |
| 65:8 | 65:11 |
| 65:15 | 65:17 |
| 66:20 | 66:21 |
| 66:23 | 67:7 |
| 67:9 | 67:21 |
| 78:15 | 78:16 |
| 78:18 | 79:9 |
| 80:7 | 80:8 |
| 80:10 | 80:12 |
| 80:14 | 80:19 |
| 81:1 | 81:13 |
| 81:15 | 81:21 |
| 81:23 | 82:1 |
| 83:5 | 83:10 |
| 88:2 | 88:4 |
| 88:6 | 88:17 |
| 89:5 | 89:11 |

| | |
|---|---|
| 89:13 | 89:15 |
| 92:13 | 92:14 |
| 92:16 | 92:22 |
| 93:21 | 94:17 |
| 97:2 | 97:12 |
| 97:25 | 98:8 |
| 103:21 | 103:23 |
| 103:25 | 104:1 |
| 108:24 | 108:25 |
| 109:2 | 109:3 |
| 109:7 | 109:21 |
| 110:16 | 110:19 |
| 110:21 | 111:1 |
| 124:25 | 125:1 |
| 125:3 | 125:19 |
| 135:9 | 135:12 |
| 135:14 | 135:16 |
| 145:12 | 145:14 |
| 145:16 | 146:1 |
| 146:5 | 146:7 |
| 147:23 | 147:24 |
| 148:1 | 148:8 |
| 155:2 | 155:12 |

**EXHIBIT 8-GG**

**TO PRETRIAL ORDER**

Abraxis's Objections and Counter-Designations of Deposition Testimony

Witness:  Lianjun Shi

**ELAN'S RESPONSE TO ABRAXIS OBJECTIONS TO
LIANJUN SHI DEPOSITION DESIGNATIONS
(JANUARY 7, 2008)**

During his December 14, 2007 deposition, Elan's expert witness, Dr. Cory Berkland, testified that a post-doctoral student in his laboratory had provided routine assistance in preparing samples to be tested by Elan's expert witness, Dr. Munson. (Depo of Cory Berkland 73:12-74:10 (Dec. 14, 2007)) Abraxis demanded, and was given, an opportunity to depose Dr. Shi on January 7, 2008. Despite Abraxis' full opportunity to discover Dr. Shi's purely routine assistance, it now seeks to exclude Dr. Shi's testimony on grounds that it is "Untimely; violation of discovery obligation; should be in expert report."

Elan identified Dr. Shi as a fact witness on its proposed witness list to the pre-trial order, and provided Abraxis the deposition designations it may use at trial on March 7, 2008. Elan did not designate Dr. Shi as an expert in this proceeding, Dr. Shi has not tendered an expert opinion in this proceeding, nor has Dr. Shi tendered an expert report in this proceeding. To date, Abraxis has made no showing that Dr. Shi is a testifying expert for Elan. Rather, Dr. Shi, as a post-doctoral student in Dr. Berkland's laboratory at the University of Kansas (Depo. of Lianjun Shi 15:25-16:9 (Jan. 7, 2008)), merely assisted in preparing two samples of Abraxane for Dr. Berkland (Depo of Lianjun Shi 50:15-17), for which he was paid $50. (Depo of Lianjun Shi 39:24-40:1; 40:6-7).

In the context of excluding trial testimony from a witness not listed on a parties' pre-trial order (which are not the facts at issue in this case as Elan included Dr. Shi in its pre-trial submission), the Third Circuit weighs four factors when considering a motion to exclude: (1) the prejudice or surprise in fact to the opposing party, (2) the ability of that party to cure the prejudice, (3) the extent of disruption of the orderly and efficient trial of the case, and (4) the bad faith or willfulness of the non-compliant party. *Berroyer v. Hertz*, 672 F.2d 334, 338 (3d Cir. 1982). In this case, (1) Abraxis has not articulated any prejudice to allowing Dr. Shi to testify, (2) Abraxis had ample opportunity to cure any prejudice during its deposition of Dr. Shi on

January 7, 2008, (3) there will be no disruption of trial given Elan's timely inclusion of Dr. Shi's deposition designation in the pre-trial order, and (4) Abraxis can claim no bad faith or willfulness on the part of Elan regarding Dr. Shi's testimony as Elan included Dr. Shi's deposition designation in the pre-trial order.

**ELAN'S OBJECTIONS TO ABRAXIS' COUNTER-DESIGNATIONS TO LIANJUN SHI DEPOSITION DESIGNATIONS (JANUARY 7, 2008)**

| Elan Designations | Abraxis Objections | Ruling | Abraxis Counter-Designations | Elan's Response | Ruling |
|---|---|---|---|---|---|
| 11:17-11:21 | | | 11:12-16 | • Proffered testimony does not further explain designated testimony.<br>• Designated testimony does not need explanation or context. | |
| 13:15-13:16 | | | 13:11-14 | • Proffered testimony does not further explain designated testimony.<br>• Designated testimony does not need explanation or context. | |
| 13:18-13:21 | | | 13:11-14 | | |
| 24:19-24:21 | | | 21:7-9; 21:11-16; 21:18-22:3; 33:5-6; 33:8-13 | • Proffered testimony is not further explanatory of designated testimony.<br>• Designated testimony does not need explanation or context.<br>• Proffered testimony does not further explain designated testimony.<br>• Depo Obj. at 21:10 - (611(a)) - Assumes facts not in evidence. | |

| Elan Designations | Abraxis Objections | Ruling | Abraxis Counter-Designations | Elan's Response | Ruling |
|---|---|---|---|---|---|
| | | | | • Depo Obj. at 21:17 - (611(a)) - Assumes facts not in evidence.<br>• Proffered testimony found 9 pages after designated testimony does not further fairness or completeness.<br>• | |
| 32:17-32:21 | | | 33:5-6; 33:8-13 | • Proffered testimony is not further explanatory of designated testimony.<br>• Designated testimony does not need explanation or context. | |
| 42:17-42:24 | | | 42:1-16 | • Proffered testimony does not further explain designated testimony.<br>• Designated testimony does not need explanation or context. | |
| 44:23-45:3 | | | 45:4-15; 47:4-20 | • Proffered testimony does not further explain designated testimony.<br>• Designated testimony does not need explanation or context. | |

| Elan Designations | Abraxis Objections | Ruling | Abraxis Counter-Designations | Elan's Response | Ruling |
|---|---|---|---|---|---|
| 49:21-49:24 | | | 50:24-25; 51:2-6; 53:3-54:2; 54:5-55:11; 56:10-24; 57:25-58:2; 58:4-7; 58:9-17; 58:19-23: 58:25-59:1; 61:3-11; 61:13; 62:10-13; 62:15; 62:21-23; 62:25; 73:1-3; 73:5-7; 73-9; 77:21-78:9; 78:11-12; 78:14 79:10-12; 80:7-8; 80:15-81:13; 81:15-18; 81:23-82:1; 92:1-6; 92:8-14; 92:16-93:2; 93:21-25; 94:1-18; 94:20-95:19; 96:9-97:16; 97:18-98:16; 98:18-23; 98:25-99:8; 100:4-101:23; 102:1-5; 102:7-16; 102:18-103:2; 103:4-8; 109:22-110:2; 110:4-110:13; 110:15; 111:2-3; 111:5-112:2; 112:4-8; 114:9-11; 114:13-25; 115:3-8; 115:10-116:8; | • Designated testimony does not need explanation or context.<br>• Proffered testimony does not further explain designated testimony.<br>• Proffered testimony found 4, 7, 8, 12, 13, 24, 28, 30, 31, 43, 44, 47, 51, 60, 62, 65, 73, 75, 77, 78, 80, and 108 pages after designated testimony does not further fairness or completeness.<br>• Depo. Obj. at 61:12- (FRE 602) Lack of Personal Knowledge<br>• Depo. Obj. at 62:14- (FRE 602) Lack of Personal Knowledge; (FRE 611(a)) Calls for Speculation<br>• Depo. Obj. at 62:24- (FRE 602) Lack of Personal Knowledge; (FRE 611(a)) Calls for Speculation<br>• (FRE 403) Cumulative Proffered testimony at 92:21 to 94:17 is already designated by Elan.<br>• (FRE 403) Cumulative Proffered testimony at 97:2-12 and 97:25 to 98:8 is already designated by Elan.<br>• (FRE 611(a)) - Assumes facts not in evidence; Shi Exhibit 2 not on exhibit list. | |

| Elan Designations | Abraxis Objections | Ruling | Abraxis Counter-Designations | Elan's Response | Ruling |
|---|---|---|---|---|---|
| | | | 116:10-13; 116:15;<br>122:6-10;<br>122:12-16;<br>124:19-22; 124:24;<br>125:20-126:2;<br>126:4-6; 126:8-13;<br>127:25-128:1;<br>128:3-13;<br>128:15-16;<br>129:9-11;<br>129:13-17; 129:19;<br>157:19-21; 157:23 | • (FRE 611(a)) (112:1-2, 112:4) Vague and ambiguous. Counter designated testimony consists of a question without an answer.<br>• (FRE 602) (112:5-8) - Lack of Personal Knowledge<br>• (FRE 402) - Relevance (115:12-21)<br>• (FRE 402) - Attorney colloquy (115:12-21)<br>• Depo. Obj. at 124:23 (FRE 611(a)) - Mischaracterizing testimony of witness, Assumes facts not in evidence.<br>• Depo. Obj. at 128:2 - (FRE 611(a)) - Mischaracterizing testimony of witness<br>• Depo. Obj. at 129:18- (FRE 602) - No Personal Knowledge; (FRE 611(a)) - Calls for Speculation<br>• | |

| Elan Designations | Abraxis Objections | Ruling | Abraxis Counter-Designations | Elan's Response | Ruling |
|---|---|---|---|---|---|
| 50:1-50:10<br><br>50:12-50:17 | | | Same counter-designation as for Elan designation 49:21-49:24 | • Designated testimony does not need explanation or context.<br>• Proffered testimony does not further explain designated testimony.<br>• Proffered testimony found 6, 8, 11,12, 23, 27, 29, 30, 42, 43, 46, 50, 59, 61, 64, 72, 74, 76, 77, 79, and 107 pages after designated testimony does not further fairness or completeness.<br>• Depo. Obj. at 61:12- (FRE 602) Lack of Personal Knowledge<br>• Depo. Obj. at 62:14- (FRE 602) Lack of Personal Knowledge; (FRE 611(a)) Calls for Speculation<br>• Depo. Obj. at 62:24- (FRE 602) - Lack of Personal Knowledge; (FRE 611(a)) Calls for Speculation<br>• (FRE 403) Cumulative Proffered testimony at 92:21 to 94:17 is already designated by Elan.<br>• (FRE 403) Cumulative Proffered testimony at 97:2-12 and 97:25 to 98:8 is already designated by Elan.<br>• (FRE 611(a)) - Assumes facts not in evidence; Shi Exhibit 2 not on exhibit list. | |

| Elan Designations | Abraxis Objections | Ruling | Abraxis Counter-Designations | Elan's Response | Ruling |
|---|---|---|---|---|---|
| | | | | • (FRE 611(a)) (112:1-2, 112:4) Vague and ambiguous. Counter designated testimony consists of a question without an answer.<br>• (FRE 602) (112:5-8) - Lack of Personal Knowledge<br>• (FRE 402) - Relevance (115:12-21)<br>• (FRE 402) - Attorney colloquy (115:12-21)<br>• Depo. Obj. at 124:23 (FRE 611(a)) - Mischaracterizing testimony of witness, Assumes facts not in evidence.<br>• Depo. Obj. at 128:2 - (FRE 611(a)) - Mischaracterizing testimony of witness<br>• Depo. Obj. at 129:18- (FRE 602) - No Personal Knowledge; (FRE 611(a)) - Calls for Speculation | |
| 63:1-63:13 | | | Same counter-designation as for Elan designation 49:21-49:24 | • Proffered testimony does not further explain designated testimony.<br>• Designated testimony does not need explanation or context.<br>• Proffered testimony found 5, 7, 8, and 12 pages before designated | |

| Elan Designations | Abraxis Objections | Ruling | Abraxis Counter-Designations | Elan's Response | Ruling |
|---|---|---|---|---|---|
| | | | | testimony does not further fairness or completeness.<br>• Proffered testimony found 10, 14, 16, 17, 29, 30, 33, 37, 46, 48, 51, 59, 61, 62, 64, 66, and 94 pages after designated testimony does not further fairness or completeness.<br>• Depo. Obj. at 61:12- (FRE 602) - Lack of Personal Knowledge<br>• Depo. Obj. at 62:14- (FRE 602) - Lack of Personal Knowledge; (FRE 611(a)) - Calls for Speculation<br>• Depo. Obj. at 62:24- (FRE 602) - Lack of Personal Knowledge; (FRE 611(a)) - Calls for Speculation<br>• (FRE 403) - Cumulative Proffered testimony at 92:21 to 94:17 is already designated by Elan.<br>• (FRE 403) - Cumulative Proffered testimony at 97:2-12 and 97:25 to 98:8 is already designated by Elan.<br>• (FRE 611(a)) - Assumes facts not in evidence; Shi Exhibit 2 not on exhibit list.<br>• (FRE 611(a)) (112:1-2, 112:4) | |

| Elan Designations | Abraxis Objections | Ruling | Abraxis Counter-Designations | Elan's Response | Ruling |
| --- | --- | --- | --- | --- | --- |
| | | | | Vague and ambiguous. Counter designated testimony consists of a question without an answer.<br>• (FRE 602) (112:5-8) - Lack of Personal Knowledge<br>• (FRE 402) - Relevance (115:12-21)<br>• (FRE 402) - Attorney colloquy (115:12-21)<br>• Depo. Obj. at 124:23 (FRE 611(a)) - Mischaracterizing testimony of witness, Assumes facts not in evidence.<br>• Depo. Obj. at 128:2 - (FRE 611(a)) - Mischaracterizing testimony of witness<br>• Depo. Obj. at 129:18- (FRE 602) - No Personal Knowledge; (FRE 611(a)) - Calls for Speculation | |

| Elan Designations | Abraxis Objections | Ruling | Abraxis Counter-Designations | Elan's Response | Ruling |
|---|---|---|---|---|---|
| 65:8-65:11<br><br>65:15-65:17 | | | Same counter-designation as for Elan designation 49:21-49:24 | • Proffered testimony does not further explain designated testimony.<br>• Designated testimony does not need explanation or context.<br>• Proffered testimony found 15, 10, 9, 6, and 4 pages before designated testimony does not further fairness or completeness.<br>• Proffered testimony found 8, 12, 14, 27, 28, 31, 35, 44, 46, 49, 57, 59, 60, 61, 64 and 92 pages after designated testimony does not further fairness or completeness.<br>• Depo. Obj. at 61:12- (FRE 602) - Lack of Personal Knowledge<br>• Depo. Obj. at 62:14- (FRE 602) - Lack of Personal Knowledge; (FRE 611(a)) - Calls for Speculation<br>• Depo. Obj. at 62:24- (FRE 602) - Lack of Personal Knowledge; (FRE 611(a)) - Calls for Speculation<br>• (FRE 403) - Cumulative Proffered testimony at 92:21 to 94:17 is already designated by Elan.<br>• (FRE 403) - Cumulative Proffered | |

| Elan Designations | Abraxis Objections | Ruling | Abraxis Counter-Designations | Elan's Response | Ruling |
|---|---|---|---|---|---|
| | | | | testimony at 97:2-12 and 97:25 to 98:8 is already designated by Elan.<br>• (FRE 611(a)) - Assumes facts not in evidence; Shi Exhibit 2 not on exhibit list.<br>• (FRE 611(a)) - (112:1-2, 112:4) Vague and ambiguous. Counter designated testimony consists of a question without an answer.<br>• (FRE 602) - (112:5-8) - Lack of Personal Knowledge<br>• (FRE 402) - Relevance (115:12-21)<br>• (FRE 402) - Attorney colloquy (115:12-21)<br>• Depo. Obj. at 124:23 (FRE 611(a)) - Mischaracterizing testimony of witness, Assumes facts not in evidence.<br>• Depo. Obj. at 128:2 - (FRE 611(a)) - Mischaracterizing testimony of witness<br>• Depo. Obj. at 129:18- (FRE 602) - No Personal Knowledge; (FRE 611(a)) - Calls for Speculation | |

| Elan Designations | Abraxis Objections | Ruling | Abraxis Counter-Designations | Elan's Response | Ruling |
|---|---|---|---|---|---|
| 66:20-66:21<br>66:23-67:7<br>67:9-67:21 | | | Same counter-designation as for Elan designation 49:21-49:24 | • Proffered testimony does not further explain designated testimony.<br>• Designated testimony does not need explanation or context.<br>• Proffered testimony found 16, 11, 10, 7, 5 and 4 pages before designated testimony does not further fairness or completeness.<br>• Proffered testimony found 7, 10, 13, 26, 27, 29, 34, 43, 45, 48, 56, 58, 59, 65, and 90pages after designated testimony does not further fairness or completeness.<br>• Depo. Obj. at 61:12- (FRE 602) - Lack of Personal Knowledge<br>• Depo. Obj. at 62:14- (FRE 602) - Lack of Personal Knowledge; (FRE 611(a)) - Calls for Speculation<br>• Depo. Obj. at 62:24- (FRE 602) - Lack of Personal Knowledge; (FRE 611(a)) - Calls for Speculation<br>• (FRE 403) - Cumulative Proffered testimony at 92:21 to 94:17 is already designated by Elan.<br>• (FRE 403) - Cumulative Proffered | |

| Elan Designations | Abraxis Objections | Ruling | Abraxis Counter-Designations | Elan's Response | Ruling |
|---|---|---|---|---|---|
| | | | | testimony at 97:2-12 and 97:25 to 98:8 is already designated by Elan.<br>• (FRE 611(a)) - Assumes facts not in evidence; Shi Exhibit 2 not on exhibit list.<br>• (FRE 611(a)) - (112:1-2, 112:4) Vague and ambiguous. Counter designated testimony consists of a question without an answer.<br>• (FRE 602) - (112:5-8) - Lack of Personal Knowledge<br>• (FRE 402) - Relevance (115:12-21)<br>• (FRE 402) - Attorney colloquy (115:12-21)<br>• Depo. Obj. at 124:23 (FRE 611(a)) - Mischaracterizing testimony of witness, Assumes facts not in evidence.<br>• Depo. Obj. at 128:2 - (FRE 611(a)) - Mischaracterizing testimony of witness<br>• Depo. Obj. at 129:18- (FRE 602) - No Personal Knowledge; (FRE 611(a)) - Calls for Speculation | |
| 78:15-78:16 | | | Same counter- | • Proffered testimony does not further explain designated | |

| Elan Designations | Abraxis Objections | Ruling | Abraxis Counter-Designations | Elan's Response | Ruling |
|---|---|---|---|---|---|
| 78:18-79:9 | | | designation as for Elan designation 49:21-49:24 | testimony.<br>• Designated testimony does not need explanation or context.<br>• Proffered testimony found 23, 22, 19, 18, 17, 16 and 5 pages before designated testimony does not further fairness or completeness.<br>• Proffered testimony found 9, 14, 15, 18, 22, 31, 33, 36, 44, 47, 49, 51, and 78 pages after before designated testimony does not further fairness or completeness.<br>• Depo. Obj. at 61:12- (FRE 602) - Lack of Personal Knowledge<br>• Depo. Obj. at 62:14- (FRE 602) - Lack of Personal Knowledge; (FRE - 611(a)) - Calls for Speculation<br>• Depo. Obj. at 62:24- (FRE 602) - Lack of Personal Knowledge; (FRE 611(a)) - Calls for Speculation<br>• (FRE 403) - Cumulative Proffered testimony at 92:21 to 94:17 is already designated by Elan.<br>• (FRE 403) - Cumulative Proffered testimony at 97:2-12 and 97:25 to 98:8 is already designated by Elan. | |

| Elan Designations | Abraxis Objections | Ruling | Abraxis Counter-Designations | Elan's Response | Ruling |
|---|---|---|---|---|---|
| | | | | • (FRE 611(a)) - Assumes facts not in evidence; Shi Exhibit 2 not on exhibit list.<br>• (FRE 611(a)) - (112:1-2, 112:4) Vague and ambiguous. Counter designated testimony consists of a question without an answer.<br>• (FRE 602) - (112:5-8) - Lack of Personal Knowledge<br>• (FRE 402) - Relevance (115:12-21)<br>• (FRE 402) - Attorney colloquy (115:12-21)<br>• Depo. Obj. at 124:23 (FRE 611(a)) - Mischaracterizing testimony of witness, Assumes facts not in evidence.<br>• Depo. Obj. at 128:2 - (FRE 611(a)) - Mischaracterizing testimony of witness<br>• Depo. Obj. at 129:18- (FRE 602) - No Personal Knowledge; (FRE 611(a)) - Calls for Speculation | |
| 80:7-80:8<br>80:10-80:12 | | | Same counter-designation as for Elan designation | • Designated testimony does not need explanation or context.<br>• Proffered testimony does not further explain designated | |

| Elan Designations | Abraxis Objections | Ruling | Abraxis Counter-Designations | Elan's Response | Ruling |
|---|---|---|---|---|---|
| 80:14-80:19 | | | 49:21-49:24 | testimony.<br>• Proffered testimony found 30, 25, 24, 21, 19, 18, and 7 pages before designated testimony does not further fairness or completeness.<br>• Proffered testimony found 12, 13, 15 16, 20, 29, 31, 34, 42, 45, 47, 49, and 77 pages after designated testimony does not further fairness or completeness.<br>• Depo. Obj. at 61:12- (FRE 602) Lack of Personal Knowledge<br>• Depo. Obj. at 62:14- (FRE 602) - Lack of Personal Knowledge; (FRE 611(a)) - Calls for Speculation<br>• Depo. Obj. at 62:24- (FRE 602) - Lack of Personal Knowledge; (FRE 611(a)) - Calls for Speculation<br>• (FRE 403) - Cumulative Proffered testimony at 92:21 to 94:17 is already designated by Elan.<br>• (FRE 403) - Cumulative Proffered testimony at 97:2-12 and 97:25 to 98:8 is already designated by Elan.<br>• (FRE 611(a)) - Assumes facts not in evidence; Shi Exhibit 2 not on | |

| Elan Designations | Abraxis Objections | Ruling | Abraxis Counter-Designations | Elan's Response | Ruling |
|---|---|---|---|---|---|
| | | | | exhibit list.<br>• (FRE 611(a)) - (112:1-2, 112:4) Vague and ambiguous. Counter designated testimony consists of a question without an answer.<br>• (FRE 602) - (112:5-8) - Lack of Personal Knowledge<br>• (FRE 402) - Relevance (115:12-21)<br>• (FRE 402) - Attorney colloquy (115:12-21)<br>• Depo. Obj. at 124:23 (FRE 611(a)) - Mischaracterizing testimony of witness, Assumes facts not in evidence.<br>• Depo. Obj. at 128:2 - (FRE 611(a)) - Mischaracterizing testimony of witness<br>• Depo. Obj. at 129:18- (FRE 602) - No Personal Knowledge; (FRE 611(a)) - Calls for Speculation | |
| 81:1-81:13<br>81:15-81:21<br>81:23-82:1 | | | Same counter-designation as for Elan designation 49:21-49:24 | • Designated testimony does not need explanation or context.<br>• Proffered testimony does not further explain designated testimony. | |

| Elan Designations | Abraxis Objections | Ruling | Abraxis Counter-Designations | Elan's Response | Ruling |
|---|---|---|---|---|---|
| | | | | • Proffered testimony found 31, 26, 25, 22, 20, 19, and 8 pages before designated testimony does not further fairness or completeness.<br>• Proffered testimony found 11, 14, 18, 28, 29, 33, 41, 44, 46, 48, and 75 pages after designated testimony does not further fairness or completeness.<br>• Depo. Obj. at 61:12- (FRE 602) - Lack of Personal Knowledge<br>• Depo. Obj. at 62:14- (FRE 602) - Lack of Personal Knowledge; (FRE 611(a)) - Calls for Speculation<br>• Depo. Obj. at 62:24- (FRE 602) - Lack of Personal Knowledge; (FRE 611(a)) - Calls for Speculation<br>• (FRE 403) - Cumulative Proffered testimony at 92:21 to 94:17 is already designated by Elan.<br>• (FRE 403) - Cumulative Proffered testimony at 97:2-12 and 97:25 to 98:8 is already designated by Elan.<br>• (FRE 611(a)) - Assumes facts not in evidence; Shi Exhibit 2 not on exhibit list. | |

| Elan Designations | Abraxis Objections | Ruling | Abraxis Counter-Designations | Elan's Response | Ruling |
|---|---|---|---|---|---|
| | | | | • (FRE 611(a)) - (112:1-2, 112:4) Vague and ambiguous. Counter designated testimony consists of a question without an answer.<br>• (FRE 602) - (112:5-8) - Lack of Personal Knowledge<br>• (FRE 402) - Relevance (115:12-21)<br>• (FRE 402) - Attorney colloquy (115:12-21)<br>• Depo. Obj. at 124:23 (FRE 611(a)) - Mischaracterizing testimony of witness, Assumes facts not in evidence.<br>• Depo. Obj. at 128:2 - (FRE 611(a)) - Mischaracterizing testimony of witness<br>• Depo. Obj. at 129:18- (FRE 602) - No Personal Knowledge; (FRE 611(a)) - Calls for Speculation | |
| 83:5-83:10 | | | Same counter-designation as for Elan designation 49:21-49:24 | • Proffered testimony does not further explain designated testimony.<br>• Designated testimony does not need explanation or context.<br>• Proffered testimony found 33, 28, 27, 24, 22, 21, 10, 5, and 4 pages | |

| Elan Designations | Abraxis Objections | Ruling | Abraxis Counter-Designations | Elan's Response | Ruling |
|---|---|---|---|---|---|
| | | | | before designated testimony does not further fairness or completeness.<br>• Proffered testimony found 9, 10, 13, 17, 26, 28, 31, 39, 42, 44, 46, and 74 pages after designated testimony does not further fairness or completeness.<br>• Depo. Obj. at 61:12- (FRE 602) - Lack of Personal Knowledge<br>• Depo. Obj. at 62:14- (FRE 602) - Lack of Personal Knowledge; (FRE 611(a)) - Calls for Speculation<br>• Depo. Obj. at 62:24- (FRE 602) - Lack of Personal Knowledge; (FRE 611(a)) - Calls for Speculation<br>• (FRE 403) - Cumulative Proffered testimony at 92:21 to 94:17 is already designated by Elan.<br>• (FRE 403) - Cumulative Proffered testimony at 97:2-12 and 97:25 to 98:8 is already designated by Elan.<br>• (FRE 611(a)) - Assumes facts not in evidence; Shi Exhibit 2 not on exhibit list.<br>• (FRE 611(a)) - (112:1-2, 112:4) | |

| Elan Designations | Abraxis Objections | Ruling | Abraxis Counter-Designations | Elan's Response | Ruling |
|---|---|---|---|---|---|
| | | | | Vague and ambiguous. Counter designated testimony consists of a question without an answer.<br>• (FRE 602) - (112:5-8) - Lack of Personal Knowledge<br>• (FRE 402) - Relevance (115:12-21)<br>• (FRE 402) - Attorney colloquy (115:12-21)<br>• Depo. Obj. at 124:23 (FRE 611(a)) - Mischaracterizing testimony of witness, Assumes facts not in evidence.<br>• Depo. Obj. at 128:2 - (FRE 611(a)) - Mischaracterizing testimony of witness<br>• Depo. Obj. at 129:18- (FRE 602) - No Personal Knowledge; (FRE 611(a)) - Calls for Speculation | |
| 88:2-88:4<br>88:6-88:17 | | | Same counter-designation as for Elan designation 49:21-49:24 | • Proffered testimony does not further explain designated testimony.<br>• Designated testimony does not need explanation or context.<br>• Proffered testimony found 38, 33,32, 29, 27, 26, 15, 10, 9, 8 and 4 pages before designated | |

| Elan Designations | Abraxis Objections | Ruling | Abraxis Counter-Designations | Elan's Response | Ruling |
|---|---|---|---|---|---|
| | | | | testimony does not further fairness or completeness.<br>• Proffered testimony found 5,8, 12, 21, 23, 26, 34, 37, 39, 41, and 69 pages after designated testimony does not further fairness or completeness.<br>• Depo. Obj. at 61:12- (FRE 602) - Lack of Personal Knowledge<br>• Depo. Obj. at 62:14- (FRE 602) - Lack of Personal Knowledge; (FRE 611(a)) - Calls for Speculation<br>• Depo. Obj. at 62:24- (FRE 602) - Lack of Personal Knowledge; (FRE 611(a)) - Calls for Speculation<br>• (FRE 403) - Cumulative Proffered testimony at 92:21 to 94:17 is already designated by Elan.<br>• (FRE 403) - Cumulative Proffered testimony at 97:2-12 and 97:25 to 98:8 is already designated by Elan.<br>• (FRE 611(a)) - Assumes facts not in evidence; Shi Exhibit 2 not on exhibit list.<br>• (FRE 611(a)) - (112:1-2, 112:4) Vague and ambiguous. Counter | |

| Elan Designations | Abraxis Objections | Ruling | Abraxis Counter-Designations | Elan's Response | Ruling |
|---|---|---|---|---|---|
| | | | | designated testimony consists of a question without an answer.<br>• (FRE 602) - (112:5-8) - Lack of Personal Knowledge<br>• (FRE 402) - Relevance (115:12-21)<br>• (FRE 402) - Attorney colloquy (115:12-21)<br>• Depo. Obj. at 124:23 (FRE 611(a)) - Mischaracterizing testimony of witness, Assumes facts not in evidence.<br>• Depo. Obj. at 128:2 - (FRE 611(a) - Mischaracterizing testimony of witness<br>• Depo. Obj. at 129:18- (FRE 602) - No Personal Knowledge; (FRE 611(a)) - Calls for Speculation | |
| 89:5-89:11<br>89:13-89:15 | | | Same counter-designation as for Elan designation 49:21-49:24 | • Proffered testimony does not further explain designated testimony.<br>• Designated testimony does not need explanation or context.<br>• Proffered testimony found 39, 34, 33, 30, 28, 27, 16, 11, and 10 pages before designated testimony does not further fairness or | |

| Elan Designations | Abraxis Objections | Ruling | Abraxis Counter-Designations | Elan's Response | Ruling |
|---|---|---|---|---|---|
| | | | | completeness.<br>• Proffered testimony found 4, 7, 11, 20, 22, 25, 33, 36, 38, 40 and 68 pages after designated testimony does not further fairness or completeness.<br>• Depo. Obj. at 61:12- (FRE 602) - Lack of Personal Knowledge<br>• Depo. Obj. at 62:14- (FRE 602) - Lack of Personal Knowledge; (FRE 611(a)) - Calls for Speculation<br>• Depo. Obj. at 62:24- (FRE 602) - Lack of Personal Knowledge; (FRE 611(a)) - Calls for Speculation<br>• (FRE 403) - Cumulative Proffered testimony at 92:21 to 94:17 is already designated by Elan.<br>• (FRE 403) - Cumulative Proffered testimony at 97:2-12 and 97:25 to 98:8 is already designated by Elan.<br>• (FRE 611(a)) - Assumes facts not in evidence; Shi Exhibit 2 not on exhibit list.<br>• (FRE 611(a)) - (112:1-2, 112:4) Vague and ambiguous. Counter designated testimony consists of a | |

| Elan Designations | Abraxis Objections | Ruling | Abraxis Counter-Designations | Elan's Response | Ruling |
|---|---|---|---|---|---|
| | | | | question without an answer.<br>• (FRE 602) - (112:5-8) - Lack of Personal Knowledge<br>• (FRE 402) - Relevance (115:12-21)<br>• (FRE 402) - Attorney colloquy (115:12-21)<br>• Depo. Obj. at 124:23 (FRE 611(a)) - Mischaracterizing testimony of witness, Assumes facts not in evidence.<br>• Depo. Obj. at 128:2 - (FRE 611(a)) - Mischaracterizing testimony of witness<br>• Depo. Obj. at 129:18- (FRE 602) - No Personal Knowledge; (FRE 611(a)) - Calls for Speculation | |
| 92:13-92:14<br>92:16-92:22 | | | Same counter-designation as for Elan designation 49:21-49:24 | • (FRE 403) Cumulative Counter designated testimony 92:13-14 and 92:16-21 is already designated by Elan.<br>• Depo. Obj. at 92:7 - (FRE 702) - Improper lay opinion.<br>• Proffered testimony does not further explain designated testimony. | |

| Elan Designations | Abraxis Objections | Ruling | Abraxis Counter-Designations | Elan's Response | Ruling |
|---|---|---|---|---|---|
| | | | | • Designated testimony does not need explanation or context.<br>• Proffered testimony found 42, 37, 36, 33, 31, 30, 19, 14, 13 pages before designated testimony does not further fairness or completeness.<br>• Proffered testimony found 4, 8, 17, 19, 22, 30, 33, 37, 38, and 65 pages after designated testimony does not further fairness or completeness.<br>• Depo. Obj. at 61:12- (FRE 602) - Lack of Personal Knowledge<br>• Depo. Obj. at 62:14- (FRE 602) - Lack of Personal Knowledge; (FRE 611(a)) Calls for Speculation<br>• Depo. Obj. at 62:24- (FRE 602) - Lack of Personal Knowledge; (FRE 611(a)) - Calls for Speculation<br>• (FRE 403) - Cumulative Proffered testimony at 92:21 to 94:17 is already designated by Elan.<br>• (FRE 403) - Cumulative Proffered testimony at 97:2-12 and 97:25 to 98:8 is already designated by Elan.<br>• (FRE 611(a)) - Assumes facts not | |

| Elan Designations | Abraxis Objections | Ruling | Abraxis Counter-Designations | Elan's Response | Ruling |
| --- | --- | --- | --- | --- | --- |
| | | | | in evidence; Shi Exhibit 2 not on exhibit list.<br>• (FRE 611(a)) - (112:1-2, 112:4) Vague and ambiguous. Counter designated testimony consists of a question without an answer.<br>• (FRE 602) - (112:5-8) - Lack of Personal Knowledge<br>• (FRE 402) - Relevance (115:12-21)<br>• (FRE 402) - Attorney colloquy (115:12-21)<br>• Depo. Obj. at 124:23 (FRE 611(a)) - Mischaracterizing testimony of witness, Assumes facts not in evidence.<br>• Depo. Obj. at 128:2 - (FRE 611(a)) - Mischaracterizing testimony of witness<br>• Depo. Obj. at 129:18- (FRE 602) - No Personal Knowledge; (FRE 611(a)) - Calls for Speculation | |
| 93:21-94:17 | | | Same counter-designation as for Elan designation 49:21-49:24 | • Proffered testimony does not further explain designated testimony.<br>• Designated testimony does not need explanation or context. | |

| Elan Designations | Abraxis Objections | Ruling | Abraxis Counter-Designations | Elan's Response | Ruling |
|---|---|---|---|---|---|
| | | | | • Proffered testimony found 43, 38, 37, 34, 32, 31, 20, 15, 14 pages before designated testimony does not further fairness or completeness.<br>• Proffered testimony found 7, 16, 18, 21, 29, 32, 34, 36, and 63 pages after designated testimony does not further fairness or completeness.<br>• Depo. Obj. at 61:12- (FRE 602) - Lack of Personal Knowledge<br>• Depo. Obj. at 62:14- (FRE 602) - Lack of Personal Knowledge; (FRE 611(a)) - Calls for Speculation<br>• Depo. Obj. at 62:24- (FRE 602) - Lack of Personal Knowledge; (FRE 611(a)) - Calls for Speculation<br>• (FRE 403) - Cumulative Proffered testimony at 92:21 to 94:17 is already designated by Elan.<br>• (FRE 403) - Cumulative Proffered testimony at 97:2-12 and 97:25 to 98:8 is already designated by Elan.<br>• (FRE 611(a)) - Assumes facts not in evidence; Shi Exhibit 2 not on | |

| Elan Designations | Abraxis Objections | Ruling | Abraxis Counter-Designations | Elan's Response | Ruling |
|---|---|---|---|---|---|
| | | | | exhibit list.<br>• (FRE 611(a)) - (112:1-2, 112:4) Vague and ambiguous. Counter designated testimony consists of a question without an answer.<br>• (FRE 602) - (112:5-8) - Lack of Personal Knowledge<br>• (FRE 402) - Relevance (115:12-21)<br>• (FRE 402) - Attorney colloquy (115:12-21)<br>• Depo. Obj. at 124:23 (FRE 611(a)) - Mischaracterizing testimony of witness, Assumes facts not in evidence.<br>• Depo. Obj. at 128:2 - (FRE 611(a)) - Mischaracterizing testimony of witness<br>• Depo. Obj. at 129:18- (FRE 602) - No Personal Knowledge; (FRE 611(a)) - Calls for Speculation | |
| 97:2-97:12 | | | Same counter-designation as for Elan designation 49:21-49:24 | • Proffered testimony does not further explain designated testimony.<br>• Designated testimony does not need explanation or context.<br>• (FRE 403) - Cumulative Proffered | |

| Elan Designations | Abraxis Objections | Ruling | Abraxis Counter-Designations | Elan's Response | Ruling |
|---|---|---|---|---|---|
| | | | | testimony at 97:2-12 is already designated by Elan.<br>• Proffered testimony found 46, 42, 41, 38, 36, 35, 24, 19, 18 and 5 pages before designated testimony does not further fairness or completeness.<br>• Proffered testimony found 12, 14, 17, 25, 27, 30, 32, and 60 pages after designated testimony does not further fairness or completeness.<br>• Depo. Obj. at 61:12- (FRE 602) - Lack of Personal Knowledge<br>• Depo. Obj. at 62:14- (FRE 602) - Lack of Personal Knowledge; (FRE 611(a)) - Calls for Speculation<br>• Depo. Obj. at 62:24- (FRE 602) - Lack of Personal Knowledge; (FRE 611(a)) - Calls for Speculation<br>• (FRE 403) - Cumulative Proffered testimony at 92:21 to 94:17 is already designated by Elan.<br>• (FRE 403) - Cumulative Proffered testimony at 97:2-12 and 97:25 to 98:8 is already designated by Elan. | |

| Elan Designations | Abraxis Objections | Ruling | Abraxis Counter-Designations | Elan's Response | Ruling |
|---|---|---|---|---|---|
| | | | | • (FRE 611(a)) - Assumes facts not in evidence; Shi Exhibit 2 not on exhibit list.<br>• (FRE 611(a)) - (112:1-2, 112:4) Vague and ambiguous. Counter designated testimony consists of a question without an answer.<br>• (FRE 602) - (112:5-8) - Lack of Personal Knowledge<br>• (FRE 402) - Relevance (115:12-21)<br>• (FRE 402) - Attorney colloquy (115:12-21)<br>• Depo. Obj. at 124:23 (FRE 611(a)) - Mischaracterizing testimony of witness, Assumes facts not in evidence.<br>• Depo. Obj. at 128:2 - (FRE 611(a)) - Mischaracterizing testimony of witness<br>• Depo. Obj. at 129:18- (FRE 602) - No Personal Knowledge; (FRE 611(a)) - Calls for Speculation | |
| 97:25-98:8 | | | Same counter-designation as for Elan designation | • Proffered testimony does not further explain designated testimony.<br>• Designated testimony does not | |

| Elan Designations | Abraxis Objections | Ruling | Abraxis Counter-Designations | Elan's Response | Ruling |
|---|---|---|---|---|---|
| | | | 49:21-49:24 | need explanation or context.<br>• Proffered testimony found 46, 42, 41, 38, 36, 35, 24, 19, 18 and 5 pages before designated testimony does not further fairness or completeness.<br>• Proffered testimony found 12, 14, 17, 25, 27, 30, 32, and 60 pages after designated testimony does not further fairness or completeness.<br>• Depo. Obj. at 61:12- (FRE 602) Lack of Personal Knowledge<br>• Depo. Obj. at 62:14- (FRE 602) Lack of Personal Knowledge; (FRE 611(a)) Calls for Speculation<br>• Depo. Obj. at 62:24- (FRE 602) Lack of Personal Knowledge; (FRE 611(a)) Calls for Speculation<br>• (FRE 403) - Cumulative Proffered testimony at 92:21 to 94:17 is already designated by Elan.<br>• (FRE 403) - Cumulative Proffered testimony at 97:2-12 and 97:25 to 98:8 is already designated by Elan.<br>• (FRE 611(a)) - Assumes facts not in evidence; Shi Exhibit 2 not on | |

| Elan Designations | Abraxis Objections | Ruling | Abraxis Counter-Designations | Elan's Response | Ruling |
|---|---|---|---|---|---|
| | | | | exhibit list.<br>• (FRE 611(a)) - (112:1-2, 112:4) Vague and ambiguous. Counter designated testimony consists of a question without an answer.<br>• (FRE 602) - (112:5-8) - Lack of Personal Knowledge<br>• (FRE 402) - Relevance (115:12-21)<br>• (FRE 402) - Attorney colloquy (115:12-21)<br>• Depo. Obj. at 124:23 (FRE 611(a)) - Mischaracterizing testimony of witness, Assumes facts not in evidence.<br>• Depo. Obj. at 128:2 - (FRE 611(a)) - Mischaracterizing testimony of witness<br>• Depo. Obj. at 129:18- (FRE 602) - No Personal Knowledge; (FRE 611(a)) - Calls for Speculation | |

| Elan Designations | Abraxis Objections | Ruling | Abraxis Counter-Designations | Elan's Response | Ruling |
|---|---|---|---|---|---|
| 103:21-103:23<br><br>103:25-104:1 | | | Same counter-designation as for Elan designation 49:21-49:24 | • Proffered testimony does not further explain designated testimony.<br>• Designated testimony does not need explanation or context.<br>• Proffered testimony found 53, 48, 47, 44, 42, 41, 30, 25, 24, 11, 9 and 5 pages before designated testimony does not further fairness or completeness.<br>• Proffered testimony found 6, 8, 11, 19, 21, 24, 26, and 54 pages after designated testimony does not further fairness or completeness.<br>• Depo. Obj. at 61:12- (FRE 602) - Lack of Personal Knowledge<br>• Depo. Obj. at 62:14- (FRE 602) - Lack of Personal Knowledge; (FRE 611(a)) - Calls for Speculation<br>• Depo. Obj. at 62:24- (FRE 602) - Lack of Personal Knowledge; (FRE 611(a)) - Calls for Speculation<br>• (FRE 403) - Cumulative Proffered testimony at 92:21 to 94:17 is already designated by Elan.<br>• (FRE 403) - Cumulative Proffered | |

| Elan Designations | Abraxis Objections | Ruling | Abraxis Counter-Designations | Elan's Response | Ruling |
|---|---|---|---|---|---|
| | | | | testimony at 97:2-12 and 97:25 to 98:8 is already designated by Elan.<br>• (FRE 611(a)) - Assumes facts not in evidence; Shi Exhibit 2 not on exhibit list.<br>• (FRE 611(a)) - (112:1-2, 112:4) Vague and ambiguous. Counter designated testimony consists of a question without an answer.<br>• (FRE 602) - (112:5-8) - Lack of Personal Knowledge<br>• (FRE 402) - Relevance (115:12-21)<br>• (FRE 402) - Attorney colloquy (115:12-21)<br>• Depo. Obj. at 124:23 (FRE 611(a)) - Mischaracterizing testimony of witness, Assumes facts not in evidence.<br>• Depo. Obj. at 128:2 - (FRE 611(a)) - Mischaracterizing testimony of witness<br>• Depo. Obj. at 129:18- (FRE 602) - No Personal Knowledge; (FRE 611(a)) - Calls for Speculation | |
| 108:24-108:25 | | | Same counter- | • Proffered testimony does not further explain designated | |

| Elan Designations | Abraxis Objections | Ruling | Abraxis Counter-Designations | Elan's Response | Ruling |
|---|---|---|---|---|---|
| 109:2-109:3 | | | designation as for Elan designation 49:21-49:24 | testimony.<br>• Designated testimony does not need explanation or context.<br>• Proffered testimony found 58, 53, 52, 49, 47, 46, 35, 30, 29, 16, 14, 10 and 5 pages before designated testimony does not further fairness or completeness.<br>• Proffered testimony found 6, 14, 16, 17, 19, 21, and 49 pages after designated testimony does not further fairness or completeness.<br>• Depo. Obj. at 61:12- (FRE 602) - Lack of Personal Knowledge<br>• Depo. Obj. at 62:14- (FRE 602) - Lack of Personal Knowledge; (FRE 611(a)) - Calls for Speculation<br>• Depo. Obj. at 62:24- (FRE 602) - Lack of Personal Knowledge; (FRE 611(a)) - Calls for Speculation<br>• (FRE 403) - Cumulative Proffered testimony at 92:21 to 94:17 is already designated by Elan.<br>• (FRE 403) - Cumulative Proffered testimony at 97:2-12 and 97:25 to 98:8 is already designated by Elan. | |

| Elan Designations | Abraxis Objections | Ruling | Abraxis Counter-Designations | Elan's Response | Ruling |
| --- | --- | --- | --- | --- | --- |
| | | | | • (FRE 611(a)) - Assumes facts not in evidence; Shi Exhibit 2 not on exhibit list.<br>• (FRE 611(a)) - (112:1-2, 112:4) Vague and ambiguous. Counter designated testimony consists of a question without an answer.<br>• (FRE 602) - (112:5-8) - Lack of Personal Knowledge<br>• (FRE 402) - Relevance (115:12-21)<br>• (FRE 402) - Attorney colloquy (115:12-21)<br>• Depo. Obj. at 124:23 (FRE 611(a)) - Mischaracterizing testimony of witness, Assumes facts not in evidence.<br>• Depo. Obj. at 128:2 - (FRE 611(a)) - Mischaracterizing testimony of witness<br>• Depo. Obj. at 129:18- (FRE 602) - No Personal Knowledge; (FRE 611(a)) - Calls for Speculation | |
| 109:7-109:21 | | | Same counter-designation as for Elan designation | • Proffered testimony does not further explain designated testimony.<br>• Designated testimony does not | |

| Elan Designations | Abraxis Objections | Ruling | Abraxis Counter-Designations | Elan's Response | Ruling |
|---|---|---|---|---|---|
| | | | 49:21-49:24 | need explanation or context.<br>• Proffered testimony found 59, 54, 53, 50, 48, 47, 36, 31, 30, 17, 15, 11, and 6 pages before designated testimony does not further fairness or completeness.<br>• Proffered testimony found 15, 16, 18, 20, and 48 pages after designated testimony does not further fairness or completeness.<br>• Proffered testimony found 5, 13 pages after designated testimony does not further fairness or completeness.<br>• Depo. Obj. at 61:12- (FRE 602) - Lack of Personal Knowledge<br>• Depo. Obj. at 62:14- (FRE 602) - Lack of Personal Knowledge; (FRE 611(a)) - Calls for Speculation<br>• Depo. Obj. at 62:24- (FRE 602) - Lack of Personal Knowledge; (FRE 611(a)) - Calls for Speculation<br>• (FRE 403) - Cumulative Proffered testimony at 92:21 to 94:17 is already designated by Elan.<br>• (FRE 403) - Cumulative Proffered | |

| Elan Designations | Abraxis Objections | Ruling | Abraxis Counter-Designations | Elan's Response | Ruling |
|---|---|---|---|---|---|
| | | | | testimony at 97:2-12 and 97:25 to 98:8 is already designated by Elan.<br>• (FRE 611(a)) - Assumes facts not in evidence; Shi Exhibit 2 not on exhibit list.<br>• (FRE 611(a)) - (112:1-2, 112:4) Vague and ambiguous. Counter designated testimony consists of a question without an answer.<br>• (FRE 602) - (112:5-8) - Lack of Personal Knowledge<br>• (FRE 402) - Relevance (115:12-21)<br>• (FRE 402) - Attorney colloquy (115:12-21)<br>• Depo. Obj. at 124:23 (FRE 611(a)) - Mischaracterizing testimony of witness, Assumes facts not in evidence.<br>• Depo. Obj. at 128:2 - (FRE 611(a)) - Mischaracterizing testimony of witness<br>• Depo. Obj. at 129:18- (FRE 602) - No Personal Knowledge; (FRE 611(a)) - Calls for Speculation | |
| 110:16-110:19 | | | Same counter- | • Designated testimony does not | |

| Elan Designations | Abraxis Objections | Ruling | Abraxis Counter-Designations | Elan's Response | Ruling |
|---|---|---|---|---|---|
| 110:21-111:1 | | | designation as for Elan designation 49:21-49:24 | need explanation or context.<br>• Proffered testimony does not further explain designated testimony.<br>• Proffered testimony found 60, 55, 54, 51, 49, 48, 37, 32, 31, 18, 16, 12, and 7 pages before designated testimony does not further fairness or completeness.<br>• Proffered testimony found 4, 12, 14, 15, 17, 19, and 47 pages after designated testimony does not further fairness or completeness.<br>• Depo. Obj. at 61:12- (FRE 602) - Lack of Personal Knowledge<br>• Depo. Obj. at 62:14- (FRE 602) - Lack of Personal Knowledge; (FRE 611(a)) - Calls for Speculation<br>• Depo. Obj. at 62:24- (FRE 602) - Lack of Personal Knowledge; (FRE 611(a)) - Calls for Speculation<br>• (FRE 403) - Cumulative Proffered testimony at 92:21 to 94:17 is already designated by Elan.<br>• (FRE 403) - Cumulative Proffered testimony at 97:2-12 and 97:25 to | |

| Elan Designations | Abraxis Objections | Ruling | Abraxis Counter-Designations | Elan's Response | Ruling |
|---|---|---|---|---|---|
| | | | | 98:8 is already designated by Elan.<br>• (FRE 611(a)) - Assumes facts not in evidence; Shi Exhibit 2 not on exhibit list.<br>• (FRE 611(a)) - (112:1-2, 112:4) Vague and ambiguous. Counter designated testimony consists of a question without an answer.<br>• (FRE 602) - (112:5-8) - Lack of Personal Knowledge<br>• (FRE 402) - Relevance (115:12-21)<br>• (FRE 402) - Attorney colloquy (115:12-21)<br>• Depo. Obj. at 124:23 (FRE 611(a)) - Mischaracterizing testimony of witness, Assumes facts not in evidence.<br>• Depo. Obj. at 128:2 - (FRE 611(a)) - Mischaracterizing testimony of witness<br>• Depo. Obj. at 129:18- (FRE 602) - No Personal Knowledge; (FRE 611(a)) - Calls for Speculation | |
| 124:25-125:1 | | | Same counter-designation as for Elan designation | • Proffered testimony does not further explain designated testimony. | |

| Elan Designations | Abraxis Objections | Ruling | Abraxis Counter-Designations | Elan's Response | Ruling |
|---|---|---|---|---|---|
| 125:3-125:19 | | | 49:21-49:24 | • Designated testimony does not need explanation or context.<br>• Proffered testimony found 74, 69, 68, 65, 63, 62, 51, 46, 45, 32, 30, 26, 21, 14, 12 and 4 pages before designated testimony does not further fairness or completeness.<br>• Proffered testimony found 8 and 33 pages after designated testimony does not further fairness or completeness.<br>• Depo. Obj. at 61:12- (FRE 602) - Lack of Personal Knowledge<br>• Depo. Obj. at 62:14- (FRE 602) - Lack of Personal Knowledge; (FRE 611(a)) - Calls for Speculation<br>• Depo. Obj. at 62:24- (FRE 602) - Lack of Personal Knowledge; (FRE 611(a)) - Calls for Speculation<br>• (FRE 403) - Cumulative Proffered testimony at 92:21 to 94:17 is already designated by Elan.<br>• (FRE 403) - Cumulative Proffered testimony at 97:2-12 and 97:25 to 98:8 is already designated by Elan.<br>• (FRE 611(a)) - Assumes facts not | |

| Elan Designations | Abraxis Objections | Ruling | Abraxis Counter-Designations | Elan's Response | Ruling |
|---|---|---|---|---|---|
| | | | | in evidence; Shi Exhibit 2 not on exhibit list.<br>• (FRE 611(a)) - (112:1-2, 112:4) Vague and ambiguous. Counter designated testimony consists of a question without an answer.<br>• (FRE 602 (112:5-8)) - Lack of Personal Knowledge<br>• (FRE 402) - Relevance (115:12-21)<br>• (FRE 402) - Attorney colloquy (115:12-21)<br>• Depo. Obj. at 124:23 (FRE 611(a)) - Mischaracterizing testimony of witness, Assumes facts not in evidence.<br>• Depo. Obj. at 128:2 - (FRE 611(a)) - Mischaracterizing testimony of witness<br>• Depo. Obj. at 129:18- (FRE 602) - No Personal Knowledge; (FRE 611(a)) - Calls for Speculation | |
| 135:9-135:12<br>135:14-135:16 | | | Same counter-designation as for Elan designation 49:21-49:24 | • Proffered testimony does not further explain designated testimony.<br>• Designated testimony does not need explanation or context. | |

{00207198;v1}

| Elan Designations | Abraxis Objections | Ruling | Abraxis Counter-Designations | Elan's Response | Ruling |
|---|---|---|---|---|---|
| | | | | • Proffered testimony found 85, 80, 79, 76, 74, 73, 62, 57, 56, 43, 41, 37, 32, 25, 23, 18, 13, 10, 9, and 7 pages before designated testimony does not further fairness or completeness.<br>• Proffered testimony found 22 pages after designated testimony does not further fairness or completeness.<br>• Proffered testimony found 6 pages after designated testimony does not further fairness or completeness.<br>• Depo. Obj. at 61:12- (FRE 602) - Lack of Personal Knowledge<br>• Depo. Obj. at 62:14- (FRE 602) - Lack of Personal Knowledge; (FRE 611(a)) - Calls for Speculation<br>• Depo. Obj. at 62:24- (FRE 602) - Lack of Personal Knowledge; (FRE 611(a)) - Calls for Speculation<br>• (FRE 403) - Cumulative Proffered testimony at 92:21 to 94:17 is already designated by Elan.<br>• (FRE 403) - Cumulative Proffered | |

| Elan Designations | Abraxis Objections | Ruling | Abraxis Counter-Designations | Elan's Response | Ruling |
|---|---|---|---|---|---|
| | | | | testimony at 97:2-12 and 97:25 to 98:8 is already designated by Elan.<br>• (FRE 611(a)) - Assumes facts not in evidence; Shi Exhibit 2 not on exhibit list.<br>• (FRE 611(a)) - (112:1-2, 112:4) Vague and ambiguous. Counter designated testimony consists of a question without an answer.<br>• (FRE 602) - (112:5-8) - Lack of Personal Knowledge<br>• (FRE 402) - Relevance (115:12-21)<br>• (FRE 402) - Attorney colloquy (115:12-21)<br>• Depo. Obj. at 124:23 (FRE 611(a)) - Mischaracterizing testimony of witness, Assumes facts not in evidence.<br>• Depo. Obj. at 128:2 - (FRE 611(a)) - Mischaracterizing testimony of witness<br>• Depo. Obj. at 129:18- (FRE 602) - No Personal Knowledge; (FRE 611(a)) - Calls for Speculation | |

| Elan Designations | Abraxis Objections | Ruling | Abraxis Counter-Designations | Elan's Response | Ruling |
|---|---|---|---|---|---|
| 145:12-145:14<br>145:16-146:1<br>146:5-146:7 | | | 144:1-2; 144:4-17; 144:19-25; 146:13-15; 146:17; 154:14-17; 154:19-155:1 | • Designated testimony does not need explanation or context.<br>• Proffered testimony does not further explain designated testimony. | |
| 147:23-147:24<br>148:1-148:8 | | | Same counter-designation as for Elan designation 145:12-145:14 | • Designated testimony does not need explanation or context.<br>• Proffered testimony does not further explain designated testimony. | |
| 155:2-155:12 | | | 155:16-22; 155:24-156:5 | • Designated testimony does not need explanation or context.<br>• Proffered testimony does not further explain designated testimony.<br>• (FRE 403) - Cumulative | |

**EXHIBIT 8-H**

**TO PRETRIAL ORDER**

Plaintiff's Designation of Deposition Testimony

Witness:   Dewey H. Barich

**Deposition Designations: Dewey H. Barich**

| BEGIN (page:line) | END (page:line) |
|---|---|
| 6:19 | 6:24 |
| 8:13 | 9:5 |
| 9:22 | 10:6 |
| 10:12 | 10:15 |
| 11:6 | 11:8 |
| 12:6 | 12:10 |
| 12:12 | 12:14 |
| 14:2 | 14:3 |
| 14:5 | 14:9 |
| 22:16 | 22:18 |
| 22:20 | 22:25 |
| 23:16 | 24:4 |
| 26:25 | 27:3 |
| 29:8 | 29:10 |
| 29:12 | 29:14 |
| 29:16 | 29:22 |
| 29:25 | 30:1 |
| 30:8 | 30:11 |
| 31:19 | 31:21 |
| 31:23 | 31:25 |
| 32:15 | 32:18 |
| 32:20 | 33:3 |
| 64:17 | 65:4 |
| 65:6 | 65:13 |
| 66:10 | 66:12 |
| 66:14 | 66:25 |
| 69:5 | 69:6 |
| 69:8 | 70:2 |
| 70:14 | 70:16 |
| 71:3 | 71:15 |
| 72:21 | 72:24 |
| 73:1 | 73:9 |
| 73:11 | 74:4 |
| 114:25 | 115:8 |
| 115:13 | 115:21 |
| 116:14 | 116:20 |
| 116:22 | 117:3 |
| 117:15 | 117:17 |
| 121:25 | 122:3 |
| 122:14 | 122:18 |
| 129:13 | 129:24 |
| 131:21 | 132:10 |
| 132:12 | 132:13 |
| 147:2 | 147:4 |
| 147:6 | 147:8 |
| 159:21 | 159:23 |
| 159:25 | 160:10 |
| 162:16 | 163:3 |
| 164:3 | 164:16 |

| | |
|---|---|
| 199:1 | 199:3 |
| 199:5 | 199:10 |

**EXHIBIT 8-HH**

**TO PRETRIAL ORDER**

Abraxis's Objections and Counter-Designations of Deposition Testimony

Witness:  Dewey H. Barich

**ELAN'S RESPONSES TO ABRAXIS' OBJECTIONS TO DR. DEWEY H. BARICH DEPOSITION DESIGNATIONS (January 25, 2008)**

**Abraxis objects to all of Elan's deposition designations for Dewey Barich for the reasons discussed in Abraxis's motions in limine.**

Elan will address Abraxis' objections to the admissibility of Dr. Dewey Barich's deposition testimony in Elan's response to Abraxis' motion in limine.

**ELAN'S OBJECTIONS TO ABRAXIS' COUNTER-DESIGNATIONS DR. DEWEY H. BARICH DEPOSITION DESIGNATIONS (January 25, 2008)**

| Elan Designations | Abraxis Objections | Ruling | Abraxis Counter-Designations | Elan's Response | Ruling |
|---|---|---|---|---|---|
| 11:6-11:8 | | | 11:9-11; 11:22-24 | • Designated testimony does not need explanation or context.<br>• Proffered testimony does not further explain designated testimony. | |
| 14:2-14:3 | | | 13:4-5; 13:8-11 | • Designated testimony does not need explanation or context.<br>• Proffered testimony does not further explain designated testimony. | |
| 29:8-29:10 | | | 65:3-4; 65:6-7 | • (FRE 403) - Cumulative - Counter designated testimony 65:3-4 and 65:6-13 is already designated by Elan.<br>• Proffered testimony found 36 pages after designated testimony | |

| Elan Designations | Abraxis Objections | Ruling | Abraxis Counter-Designations | Elan's Response | Ruling |
|---|---|---|---|---|---|
| | | | | does not further fairness or completeness.<br>• Designated testimony does not need explanation or context.<br>• (FRE 402) - Proffered testimony is not relevant to the question against which it is offered. | |
| 66:14-66:25 | | | 65:3-4; 65:6-14; 66:5-9; 67:1-5 | • (FRE 403) Cumulative Counter designated testimony 65:3-4 and 65:6-13 is already designated by Elan.<br>• Designated testimony does not need explanation or context.<br>• Proffered testimony does not further explain designated testimony.<br>• Proffered testimony 67:1-5 is not relevant to designated testimony. | |
| 71:3-71:15 | | | 71:16-20; 72:1-3 | • Designated testimony does not need explanation or context.<br>• Proffered testimony does not further explain designated testimony. | |

| Elan Designations | Abraxis Objections | Ruling | Abraxis Counter-Designations | Elan's Response | Ruling |
|---|---|---|---|---|---|
| 115:13-115:21 | | | 115:22-25; 116:5-13 | • Designated testimony does not need explanation or context.<br>• Proffered testimony does not further explain designated testimony. | |
| 116:22-117:3 | | | 117:4-5; 117:7-9; 117:11 | • Designated testimony does not need explanation or context.<br>• Proffered testimony is not further explanatory of designated testimony.<br>• Depo. Obj. at 117:10 - (FRE 602) - No Personal Knowledge | |
| 117:15-117:17 | | | 117:18-21; 117:24-121:17 | • Proffered testimony is not further explanatory of designated testimony.<br>• Designated testimony does not need explanation or context. | |
| 122:14-122:18 | | | 65:3-4; 65:6-7 | • Proffered testimony found 57 pages before designated testimony does not further fairness or completeness.<br>• Designated testimony does not need explanation or context.<br>• Proffered testimony is not further | |

| Elan Designations | Abraxis Objections | Ruling | Abraxis Counter-Designations | Elan's Response | Ruling |
|---|---|---|---|---|---|
| | | | | explanatory of designated testimony. | |
| 129:13-129:24 | | | 129:25-131:14; 212:25-213:3; 213:11-18; 213:20; 218:19-23; 218:25; 222:17-20; 222:22; 223:10-11 | • Designated testimony does not need explanation or context.<br>• Proffered testimony is not further explanatory of designated testimony.<br>• Proffered testimony found 83 pages after designated testimony does not further fairness or completeness.<br>• Depo. Obj. at 213:10 - (FRE 611(a)) - compound question<br>• Proffered testimony found 83 pages after designated testimony does not further fairness or completeness.<br>• Depo. Obj. at 213:19 - (FRE 611(a)) - mischaracterizes witness' testimony.<br>• Proffered testimony found 89 pages after designated testimony does not further fairness or completeness.<br>• Depo. Obj. at 218:24 - (FRE 611(a)) - mischaracterizes deponent's testimony. | |

| Elan Designations | Abraxis Objections | Ruling | Abraxis Counter-Designations | Elan's Response | Ruling |
|---|---|---|---|---|---|
| | | | | • Proffered testimony found 93 pages after designated testimony does not further fairness or completeness.<br>• Depo Obj. at 222:23-24 - (FRE 611(a)) - Assumes facts not in evidence. | |
| 164:3-164:16 | | | 164:17-19; 164:21-165:10; 165:12 | • Designated testimony does not need explanation or context.<br>• Depo. Obj. at at 164:20 - (FRE 802) - Hearsay with Hearsay | |

**EXHIBIT 8-I**

**TO PRETRIAL ORDER**

Plaintiff's Designation of Deposition Testimony

Witness:   Johnson Tai Wong

**Deposition Designations:  Johnson Tai Wong**

| BEGIN (page:line) | END (page:line) |
|---|---|
| 58:9 | 58:14 |
| 58:16 | 58:21 |
| 60:14 | 60:15 |
| 60:17 | 60:17 |
| 60:19 | 61:8 |
| 63:4 | 63:6 |
| 63:10 | 63:10 |
| 63:13 | 63:14 |
| 65:20 | 66:1 |
| 133:10 | 134:23 |
| 134:25 | 134:25 |
| 135:2 | 135:3 |
| 135:5 | 135:5 |
| 135:25 | 136:3 |
| 140:19 | 141:7 |
| 141:10 | 141:11 |
| 141:13 | 141:14 |
| 142:18 | 143:4 |
| 144:3 | 144:6 |
| 215:24 | 216:21 |
| 216:23 | 217:6 |
| 217:11 | 217:13 |
| 276:12 | 276:13 |
| 276:15 | 277:1 |
| 277:3 | 277:21 |
| 281:4 | 281:6 |
| 281:8 | 281:10 |
| 281:12 | 282:13 |
| 282:15 | 282:18 |
| 293:1 | 293:9 |
| 318:19 | 319:11 |
| 319:13 | 319:22 |
| 319:24 | 320:2 |
| 320:4 | 320:14 |
| 320:16 | 320:8 |
| 321:12 | 321:13 |
| 322:21 | 323:2 |
| 323:14 | 323:17 |
| 323:20 | 323:22 |
| 327:14 | 327:18 |
| 327:23 | 328:3 |
| 328:9 | 328:12 |
| 328:14 | 328:14 |
| 328:16 | 329:4 |
| 333:15 | 334:22 |
| 376:22 | 377:3 |
| 377:6 | 377:11 |
| 377:13 | 377:17 |
| 377:19 | 377:21 |
| 377:24 | 378:7 |

| | |
|---|---|
| 378:11 | 378:20 |
| 378:22 | 379:7 |
| 379:9 | 379:11 |
| 379:13 | 379:18 |
| 379:21 | 379:22 |
| 379:25 | 380:1 |
| 380:3 | 380:15 |
| 380:17 | 380:19 |
| 380:21 | 380:23 |
| 380:25 | 380:1 |
| 381:3 | 381:8 |
| 392:24 | 393:22 |
| 395:8 | 395:16 |
| 396:10 | 396:12 |
| 396:15 | 396:18 |
| 396:20 | 396:22 |
| 396:24 | 396:24 |
| 397:1 | 397:3 |

**EXHIBIT 8-J**

**TO PRETRIAL ORDER**

Plaintiff's Designation of Deposition Testimony

Witness:   Edmund A.C. Crouch

**Deposition Designations: Edmund A.C. Crouch**

| BEGIN (page:line) | END (page:line) |
|---|---|
| 81:13 | 82:1 |
| 82:3 | 82:8 |
| 82:10 | 82:18 |
| 82:20 | 83:3 |
| 83:5 | 83:9 |
| 83:11 | 83:19 |
| 83:21 | 83:25 |
| 84:2 | 84:5 |
| 84:7 | 84:12 |
| 84:14 | 84:14 |
| 86:8 | 86:10 |
| 86:12 | 86:17 |
| 86:19 | 86:22 |
| 86:24 | 87:4 |
| 87:6 | 87:13 |
| 87:15 | 87:16 |
| 95:16 | 97:13 |

**EXHIBIT 8-K**

**TO PRETRIAL ORDER**

Plaintiff's Designation of Deposition Testimony

Witness:   Mansoor M. Amiji

**Deposition Designations:  Mansoor M. Amiji**

| BEGIN (page:line) | END (page:line) |
|---|---|
| 356:19 | 357:2 |
| 358:23 | 359:5 |
| 360:13 | 360:20 |
| 399:20 | 400:6 |
| 426:4 | 427:4 |

**EXHIBIT 8-L**

**TO PRETRIAL ORDER**

Plaintiff's Designation of Deposition Testimony

Witness:   Michael Hamrell

**Deposition Designations:    Michael Hamrell**

| BEGIN (page:line) | END (page:line) |
|---|---|
| 7:3 | 7:7 |
| 47:2 | 47:24 |
| 93:10 | 93:14 |
| 93:21 | 93:24 |
| 94:1 | 94:16 |

**EXHIBIT 8-M**

**TO PRETRIAL ORDER**

Plaintiff's Designation of Deposition Testimony

Witness:   William J. Davis

**Deposition Designations:     William J. Davis**

| BEGIN (page:line) | END (page:line) |
|---|---|
| 205:19 | 205:14 |