UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ELAN PHARMA INTERNATIONAL LIMITED, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No. 06-438-GMS |
| ABRAXIS BIOSCIENCE, INC., | ) ) | **REDACTED -** |
| Defendant. | ) ) ) | <u>**PUBLIC VERSION**</u> |

### DECLARATION OF DIANA KRUZE IN SUPPORT OF <u>ABRAXIS'S REPLY IN SUPPORT OF ABRAXIS'S MOTIONS IN LIMINE NOS. 1 AND 2</u>

I, Diana Kruze, declare as follows:

1.    I am an attorney admitted to practice law in the State of California, and I am admitted *pro hac vice* in the above-captioned action. I am an associate in the law firm of Morrison & Foerster LLP, attorneys for Abraxis BioScience, Inc. ("Abraxis") in the above-captioned action. I submit this Declaration in Support of Abraxis's Reply in Support of Motion in Limine Nos. 1 and 2. I have personal knowledge of the matters set forth herein, and if called upon to do so, I could and would competently testify thereto.

2.    Attached hereto as Exhibit 1 is a true and correct copy of certain correspondence between Abraxis's counsel and William Sipio, counsel for Elan. As requested by Mr. Sipio, Abraxis's counsel routinely copied Mr. Sipio on case correspondence

3.    Attached hereto as Exhibit 2 is a true and correct copy of relevant portions of the transcript of October 2, 2007 hearing before the Court.

    4.      Attached hereto as Exhibit 3 is a true and correct copy of relevant portions of the transcript of Dr. Winkler's deposition, which occurred on February 13, 2008.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Executed this 7th day of April, 2008 at Palo Alto, California.

Diana Kruze

## CERTIFICATE OF SERVICE

I, Karen E. Keller, Esquire, hereby certify that on April 15, 2008, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Steven J. Balick, Esquire
> ASHBY & GEDDES
> 500 Delaware Avenue, 8th Floor
> Wilmington, DE 19801

I further certify that on April 15, 2008, I caused a true and correct copy of the foregoing document to be served by e-mail on the above-listed counsel of record and on the following non-registered participants in the manner indicated:

> **BY E-MAIL**
>
> Linda Glover, Esquire
> Stephen Scheve, Esquire
> BAKER BOTTS L.L.P.
> One Shell Plaza
> 910 Louisiana Street
> Houston, TX  77002-4995
> steve.scheve@bakerbotts.com
>
> Paul F. Fehlner, Esquire
> BAKER BOTTS L.L.P.
> 30 Rockefeller Plaza
> New York, NY  10112-4498
> paul.fehlner@bakerbotts.com

William J. Sipio, Esquire
1375 Brentwood Road
Yardley, PA  19067
sipz25@aol.cm

YOUNG CONAWAY STARGATT
 &  TAYLOR, LLP

/s/ *Karen E. Keller*
Josy W. Ingersoll (No. 1088)
jingersoll@ycst.com
Elena C. Norman (No. 4780)
enorman@ycst.com
Karen E. Keller (No. 4489)
kkeller@ycst.com
Michele Sherretta Budicak (No. 4651)
mbudicak@ycst.com
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware  19899
(302) 571-6600

Attorneys for Defendant
ABRAXIS BIOSCIENCE, INC.

2

# EXHIBIT 1

-----Original Message-----
**From:** sipz25@aol.com [mailto:sipz25@aol.com]
**Sent:** Thursday, November 09, 2006 1:31 PM
**To:** Evans, Emily A.; Kruze, Diana B.
**Cc:** sipz25@aol.com
**Subject:** Teleconference with Morrison & Foerster LLP re: E-Discovery - 11-09-2006

Dear Dr. Evans,

The purpose of this letter is to memorialize our meet and confer teleconference regarding e-discovery issues pursuant to Fed. R. Civ. Pro. 26(f). At the outset of our teleconference, you informed me that you were unable to meet with your client to discuss e-discovery and therefore unable to propose any topics for today's conference, which you had originally suggested take place today. With no proposal to offer us, you asked us to present our proposal for e-discovery for this case.

We first informed you that our purpose for today's conference was a good faith attempt to reach a mutually acceptable protocol for e-discovery issues. We also reiterated our position that the DEFAULT STANDARD FOR DISCOVERY OF ELECTRONIC DOCUMENTS ("E-DISCOVERY"), as promulgated by the Ad Hoc Committee for Electronic Discovery of the United States District Court for the District of Delaware, would apply to this case in the absence of a consensual agreement.

Regarding our proposal, we presented a series of topics we considered relevant to e-discovery, which you offered to review with your client. We agreed that you would submit your proposal for e-discovery to us by **Friday, November 17, 2006**. We look forward to your proposal and the possibility of reaching an agreement on e-discovery for this case as soon as possible.

Best regards,

William J. Sipio

---

**Check out the new AOL**. Most comprehensive set of free safety and security tools, free access to millions of high-quality videos from across the web, free AOL Mail and more.

-----Original Message-----
**From:** sipz25@aol.com [mailto:sipz25@aol.com]
**Sent:** Monday, November 13, 2006 2:00 PM
**To:** Evans, Emily A.; Kruze, Diana B.
**Cc:** sipz25@aol.com
**Subject:** E-discovery - Response to Abraxis Letter of November 9, 2006

Emily A. Evans, Esq.                                                                  November 13,
2006
755 Page Mill Road
Palo Alto, CA 94304-1018

*Via e-mail*

Re:  Elan v. Abraxis - Case No. 06-438-GMS


Dear Dr. Evans,

        In response to your letter of November 9, 2006, we agree with your summation of Elan's proposal for
e-discovery in this case as expressed in paragraphs 1-7, 9, 10 and 8(a) only of your letter. Additionally, we
reserve the right to rescind or alter Elan's proposal based upon the content of your proposal.  As agreed, we expect
your client's proposal on e-discovery no later than Friday, November 17, 2006.

                                                                Best regards,

                                                                William J. Sipio

**<u>Check out the new AOL</u>**. Most comprehensive set of free safety and security tools, free access to millions of high-quality videos from across the web, free AOL Mail and more.

**From:** William J. Sipio [mailto:sipz25@aol.com]
**Sent:** Tuesday, November 28, 2006 12:09 PM
**To:** Kruze, Diana B.
**Subject:** Re: Elan vs. Abraxis/Telephone conference

Diana,

Thank you for the info.

Bill
On Nov 28, 2006, at 3:03 PM, Kruze, Diana B. wrote:

> Hi Bill-
>
> Below please find the conference call information:
>
> Call: (800) 650-4949
> Access Code: 8135649
>
> Thank you.
>
> Diana Kruze
> (650) 813-5649
>
> -----Original Message-----
> **From:** William J. Sipio [mailto:sipz25@aol.com]
> **Sent:** Tuesday, November 28, 2006 11:43 AM
> **To:** Kruze, Diana B.
> **Subject:** Re: Elan vs. Abraxis/Telephone conference
>
> Diana,
>
> Do you have a call-in # or do you want us to set it up? 3:00 P.M. PST ( 6:00 P.M.
> EST) is fine with us.
>
> Bill
> On Nov 28, 2006, at 1:20 PM, Kruze, Diana B. wrote:
>
>> Dear Bill-
>>
>> Please allow this email to confirm our telephone conference with Emily Evans
>> on Wednesday, November 29 at 3:00 p.m. PST (6:00 p.m. EST).
>>
>> Thank you.
>>
>> Diana Kruze

========================

To ensure compliance with requirements imposed by the IRS, Morrison & Foerster LLP informs you that, if any advice concerning one or more U.S. Federal tax issues is contained in this communication (including any attachments), such advice is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

For information about this legend, go to
http://www.mofo.com/Circular230.html

==================================================
========================

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail @mofo.com, and delete the message.
==================================================
========================


=

==============================================================
============

To ensure compliance with requirements imposed by the IRS, Morrison & Foerster LLP informs you that, if any advice concerning one or more U.S. Federal tax issues is contained in this communication (including any attachments), such advice is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

For information about this legend, go to
http://www.mofo.com/Circular230.html

==============================================================
============

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail @mofo.com, and delete the message.
==============================================================
============

```
-----Original Message-----
From: William J. Sipio [mailto:sipz25@aol.com]
Sent: Wednesday, December 06, 2006 7:13 AM
To: Kruze, Diana B.; Evans, Emily A.
Subject: Exchange of Documents

Diana or Emily,

     Are you available today to discuss a mutual exchange of documents?  If not, please
provide a time this week when we could discuss this issue.
Thank you.

Bill Sipio
```

```
-----Original Message-----
From: William J. Sipio [mailto:sipz25@aol.com]
Sent: Tuesday, March 20, 2007 4:17 AM
To: Evans, Emily A.
Subject: Elan v. Abraxis
```

Emily,

      Please copy me on ALL correspondence regarding Elan v. Abraxis.  Thank you.

Best regards,

      William J. Sipio

**From:** William J. Sipio [mailto:sipz25@aol.com]
**Sent:** Friday, March 30, 2007 7:18 AM
**To:** Kruze, Diana B.
**Subject:** Re: Elan vs Abraxis/Document Production

Diana,

Please send me a copy of the Disks that you sent to Linda.

Thank you.

Bill Sipio
On Mar 29, 2007, at 6:48 PM, Kruze, Diana B. wrote:


<<03-29-07 D. Kruze Ltr to L. Glover re Hard Drive and CD.pdf>>
Hi Linda:

Please see the attached letter.

Thanks,

Diana

Diana Kruze
Morrison & Foerster, LLP
755 Page Mill Road
Palo Alto, CA 94304-1018
Telephone: 650.813.5649
Facsimile: 650.494.0792
dkruze@mofo.com


=================================================================
============

To ensure compliance with requirements imposed by the IRS, Morrison & Foerster LLP
informs you that, if any advice concerning one or more U.S. Federal tax issues is
contained in this communication (including any attachments), such advice is not intended
or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under
the Internal Revenue Code or (ii) promoting, marketing or recommending to another
party any transaction or matter addressed herein.

For information about this legend, go to
http://www.mofo.com/Circular230.html

================================================================
============

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail @mofo.com, and delete the message.
================================================================
============

<03-29-07 D. Kruze Ltr to L. Glover re Hard Drive and CD.pdf>

=

**From:** William J. Sipio [mailto:sipz25@aol.com]
**Sent:** Wednesday, April 18, 2007 1:22 PM
**To:** <linda.glover@bakerbotts.com>
**Cc:** Steve.Scheve@bakerbotts.com; PAUL.FEHLNER@bakerbotts.com; Lisa.Chiarini@bakerbotts.com; Kruze, Diana B.; Evans, Emily A.
**Subject:** Re: Conference Call to Discuss Claim Construction

Team,

I will be unavailable for the call this evening.

Bill
On Apr 17, 2007, at 1:32 PM, <linda.glover@bakerbotts.com> <linda.glover@bakerbotts.com> wrote:

> When: Wednesday, April 18, 2007 6:00 PM-6:30 PM (GMT-06:00) Central Time (US & Canada).
>
> *~*~*~*~*~*~*~*~*~*
>
> Call In Number: 719-867-4922
> Pass Code:     713-229-1665

=

---

**From:**       Kruze, Diana B.
**Sent:**       Monday, July 16, 2007 1:12 PM
**To:**          sipz25@aol.com
**Cc:**          PAUL.FEHLNER@bakerbotts.com; Robert.Riddle@bakerbotts.com; 'Lisa.Chiarini@bakerbotts.com'; Evans, Emily A.
**Subject:**   Elan vs. Abraxis

Dear Bill:

I am and have been able to access the documents that you mention in your email below.  I have also confirmed with Intralinks that all Elan approved attorneys can and have been able to view these documents.  Please contact Baker Botts' or Intralinks' technical support lines if you need further assistance.

Thanks,

Diana

**From:** sipz25@aol.com [mailto:sipz25@aol.com]
**Sent:** Saturday, July 14, 2007 8:03 PM
**To:** Evans, Emily A.
**Cc:** paul.fehlner@bakerbotts.com; Robert.Riddle@BakerBotts.com; Lisa.Chiarini@bakerbotts.com
**Subject:** SECRET ABRAXANE MANUFACTURING INFORMATION

Dear Dr. Evans,

I hope you are having a good evening. Please note that ABRX0518228-ABRX0519988 and ABRX0521927-ABRX0521974 are not viewable on the INTRALINKS website. Please correct this problem immediately and inform us via email when these documents will be accessible. Thank you.

Yours truly,

Willam J. Sipio

AOL now offers free email to everyone. Find out more about what's free from AOL at AOL.com.

1

-----Original Message-----
From: William J. Sipio [mailto:sipz25@aol.com]
Sent: Thursday, August 09, 2007 1:53 PM
To: Kruze, Diana B.
Subject: Emails and other communications


Diana,

Please cc me on ALL correspondence with Baker Botts (re: de-
designation email).  I am sure it was just an oversight on your part.

Best regards,

Bill Sipio

-----Original Message-----
From: Coyne, Paul F.
Sent: Friday, September 28, 2007 11:14 PM
To: 'William J. Sipio'
Subject: RE: Elan v. Abraxis: Expert Report of Dr. Wong

Bill,

Please find the report and exhibits attached.

Best regards,
Paul

-----Original Message-----
From: William J. Sipio [mailto:sipz25@aol.com]
Sent: Friday, September 28, 2007 8:22 PM
To: Coyne, Paul F.
Subject: Re: Elan v. Abraxis: Expert Report of Dr. Wong

Paul,

Could you please re-send the Expert Report of Dr. Wong to me.  I can't open it as it give
me a message stating that there is a "file error".  Thank you.

Best regards,

Bill Sipio
On Sep 28, 2007, at 10:00 PM, Coyne, Paul F. wrote:

>  <<Expert Report of Dr  Wong .pdf>> Counsel:
>
> Attached please find the expert report of Dr. Wong, with exhibits.
>
> Best regards,
>
> Paul F. Coyne
> Morrison and Foerster, LLP
> 755 Page Mill Road
> Palo Alto, CA 94304-1018
> Phone (650) 813-4294
> Fax (650) 494-0792
> pcoyne@mofo.com
>
>
> ====================================================================
> ======
>

> To ensure compliance with requirements imposed by the IRS, Morrison &
> Foerster LLP informs you that, if any advice concerning one or more
> U.S. Federal tax issues is contained in this communication (including
> any attachments), such advice is not intended or written to be used,
> and cannot be used, for the purpose of (i) avoiding penalties under
> the Internal Revenue Code or (ii) promoting, marketing or recommending
> to another party any transaction or matter addressed herein.
>
> For information about this legend, go to
> http://www.mofo.com/Circular230.html
>
> =====================================================================
> ======
>
> This message contains information which may be confidential and
> privileged.  Unless you are the addressee (or authorized to receive
> for the addressee), you may not use, copy or disclose to anyone the
> message or any information contained in the message. If you have
> received the message in error, please advise the sender by reply e-
> mail @mofo.com, and delete the message.
> =====================================================================
> ======
> <EXHIBIT A to WONG EXPERT REPORT (Confidential).pdf> <EXHIBIT B to
> WONG EXPERT REPORT.pdf> <COS to Opening Expert Report of Dr. Wong.pdf>
> <Expert Report of Dr  Wong .pdf>

**From:** William J. Sipio [mailto:sipz25@aol.com]
**Sent:** Friday, September 28, 2007 8:25 PM
**To:** Kruze, Diana B.
**Subject:** Re: Elan vs Abraxis/Amiji report

Diana,

I confirm receipt of the Expert report of Dr. Amiji.  I have not tried to open the exhibits yet.

Best regards,

Bill Sipio
On Sep 28, 2007, at 9:02 PM, Kruze, Diana B. wrote:

> All:
>
> Attached please find the expert report of Dr. Amiji.  Exhibits and charts will follow.  Could you please confirm receipt?
>
> Thanks,
>
> Diana

Diana Kruze
Morrison & Foerster, LLP
755 Page Mill Road
Palo Alto, CA 94304-1018
Telephone: 650.813.5649
Facsimile: 650.494.0792
dkruze@mofo.com

===========================================================================

To ensure compliance with requirements imposed by the IRS, Morrison & Foerster LLP informs you that, if any advice concerning one or more U.S. Federal tax issues is contained in this communication (including any attachments), such advice is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

For information about this legend, go to
http://www.mofo.com/Circular230.html

============

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail @mofo.com, and delete the message.
================================================================
============

<Amiji_expert_report.pdf>

=

```
-----Original Message-----
From: William J. Sipio [mailto:sipz25@aol.com]
Sent: Friday, November 02, 2007 9:43 AM
To: Walters, Eric S.
Cc: Evans, Emily A.
Subject: Receipt of Expert Reports
```

Dear Eric,

      As I am sure it was an oversight, I was not copied on the email containing the rebuttal expert report of Dr. Wong.  Please make sure that I am copied on ALL transmissions to the folks at Baker Botts regarding this case.

Thank you.

Best regards,

Bill Sipio

# EXHIBIT 2

**Page 1**

```
1           IN THE UNITED STATES DISTRICT COURT

2           IN AND FOR THE DISTRICT OF DELAWARE

3                    -  -  -

4   ELAN PHARMA INTERNATIONAL  :   Civil Action
    LIMITED,
5                              :
              Plaintiff,
6                              :
        v.                     :
7                              :
    ABRAXIS BIOSCIENCE INC.,   :
8                              :
              Defendant.       :   No. 06-438-GMS
9                    -  -  -

10              Wilmington, Delaware
            Tuesday, October 2, 2007
11                  9:30 a.m.

12

13

14   BEFORE:  HONORABLE GREGORY M. SLEET, Chief Judge

15   APPEARANCES:

16        STEVEN J. BALICK, ESQ.
          Ashby & Geddes
17            -and-
          STEPHEN SCHEVE, ESQ.,
18        LINDA M. GLOVER, ESQ., and
          JEFFREY D. SULLIVAN, ESQ. (New York, N.Y.)
19        Baker Botts LLP
          (Houston, Texas)
20            -and-
          GREGORY BOKAR, ESQ.
21        Counsel - Elan Drug Delivery

22             Counsel for Plaintiff

23

24

25
```

**Page 2**

```
1   APPEARANCES CONTINUED:

2        ELENA C. NORMAN, ESQ., and
         JEFFREY CASTELLANO, ESQ.

3        Young Conaway Stargatt & Taylor, LLP
             -and-

4        EMILY A. EVANS, ESQ.,
         ERIC S. WALTERS, ESQ., and

5        DIANA B. KRUZE, ESQ.
         Morrison & Foerster

6        (Palo Alto, California)

7             Counsel for Defendant
                 -  -  -
```

8        THE COURT: Please take your seats. Counsel,
9   this is an office conference. Let's begin with a round of
10   introductions.
11        MR. BALICK: Good morning, Your Honor. Steven
12   Balick here for the plaintiff. With me from the Baker Botts
13   firm, starting at the end of the table, to Your Honor's
14   right is Stephen Scheve. Jeffrey Daniels Sullivan next to
15   him. Linda Glover next to me. Behind us from Elan is
16   Gregory Bokar.
17        THE COURT: All right.
18        MS. NORMAN: Good morning, Your Honor. Elena
19   Norman from Young Conaway for Abraxis. With me at counsel
20   table are Emily Evans of Morrison & Foerster from
21   California, Eric Walters, Diana Kruze, and my colleague from
22   Young Conaway, Jeffrey Castellano.
23        THE COURT: Good morning, all.
24        Was Mr. Jacobs involved in this?

**Page 3**

1        MS. EVANS: Yes, sir. He is not here today.
2        THE COURT: Where is Mr. Jacobs?
3        MS. EVANS: Mr. Jacobs is in California. We
4   have the attorneys that have the personal knowledge about
5   the issues.
6        THE COURT: Is Mr. Jacobs lead on this case?
7        MS. EVANS: Yes, sir.
8        THE COURT: Mr. Jacobs should have been here.
9        MS. EVANS: I am sorry, sir.
10        THE COURT: I understand we expressly ordered
11   his appearance today.
12        MR. SCHEVE: Actually, I was the one who had the
13   speech at the ABA conference and you ordered that I be here.
14        THE COURT: Mr. Jacobs should have been here.
15   This is unacceptable.
16        MS. EVANS: Sorry, Your Honor.
17        THE COURT: "Sorry" doesn't get it done. We
18   have now had lawyers travel across the country. Quite
19   frankly, whatever happens here, Ms. Evans, you will be
20   responsible for.
21        MS. EVANS: Yes, sir. I understand that, sir.
22        THE COURT: With regard to these proceedings
23   here today, which, as you can tell from the tone of my
24   order, I am not in the best of moods with regard to the way
25   these lawyers and the parties -- and I am going to include

**Page 4**

1   the parties in this, because we never know, but routinely
2   suspect that much of your behavior is dictated by clients
3   who may be behaving badly. That is okay. It is your job to
4   protect them. But I am not going to permit them through you
5   to inflict yourselves on me, my chambers, and my colleagues,
6   particularly, and most especially, our new Magistrate Judge.
7        For better or worse, you are stuck with me for
8   the duration. That is bad for me and could be, at the end
9   of the day, not very good for you, insofar as if the kind of
10   behavior I have seen, evinced by these 11 motions,
11   continues, I am going to take action in the form of
12   sanctions.
13        It's not a threat. It's a promise. Or either
14   way.
15        So I want to, in the strongest terms possible,
16   convey to you that this is going to stop, simply got to
17   stop. I am going to discuss with you today your disputes,
18   such as they are, and attempt to resolve them today if
19   possible. And we are going to revisit the fact discovery
20   deadline, because obviously we have to. We are beyond the
21   July 30th deadline for fact discovery.
22        I assume most of these situations or disputes
23   involve merits discovery. Is that correct?
24        MR. SCHEVE: Yes, Your Honor.
25        THE COURT: We will begin the way I have copied

109

1  confidentiality log.

2      THE COURT:  What is it specifically that you

3  require?

4      MS. EVANS:  The communications, the licensing

5  communications with potential licensees and experimental

6  work regarding nanoparticulate technology that they are

7  developing with their third parties.  There is no dispute

8  that this is responsive.  There just was a whole swath of

9  documents withheld on third-party confidentiality grounds.

10     THE COURT:  This all has to do with the

11  reasonable royalty.

12     MS. EVANS:  Some of it is technical.  We were

13  willing, as a resolution, you know, kind of both ways, we

14  were willing to pass on it.  If we are going to have to

15  produce our documents, and if that is not a valid objection

16  to producing documents, then we would like the documents.

17     THE COURT:  There was a reason other than that:

18  You do it so they have to do it, too.  That's not how I

19  operate.  I know lawyers say, you made us do it so you

20  should make the others.  There was a reason that I

21  announced.  I am not going to try to re-articulate the basis

22  of that announcement.

23     Having said that, is there an objection that's

24  been interposed to the production she is seeking that makes

25  sense?

110

1      MR. SCHEVE:  We have dealt with this.  If I can

2  just remind you, my client's business is the nanoparticulate

3  business.  It is the one that started all this.  What she

4  wants is literally every piece of paper in my company that

5  deals with nanoparticles.  And the patents here deal with

6  anticancer drugs.  They deal with very specific compounds.

7  She sent us an e-mail yesterday saying --

8      THE COURT:  Hold on.  I am not going to

9  reconsider my ruling on this basis.  In other words, what I

10  am being reminded is I have ruled on this request.  Simply

11  because I ruled the way I did with regard to the two

12  third-party issues that I ruled about today, I am not going

13  to reconsider that motion.  Okay.

14     MS. EVANS:  All right.

15     THE COURT:  That's the ruling.

16     MR. SCHEVE:  Your Honor, could I just ask Your

17  Honor to -- if they have provided it to us and I have

18  overlooked it, I apologize.  Ms. Evans or Mr. Walters said

19  they provided every Desai notebook.  Can I have an order

20  that reflects they are to produce the lab notebook of Log

21  Entry 110, Desai Notebook No. 0006, and Lab Notebook

22  Temp-5719?  If we have got it, I apologize.

23     THE COURT:  Any problem with that?

24     MS. EVANS:  No problem, Your Honor, because they

25  have it.

111

1      MR. SCHEVE:  And then lastly, Your Honor, for

2  purposes of getting Dr. Soon-Shiong scheduled --

3      THE COURT:  Do we have the dates?

4      MS. EVANS:  It looks like the 15th, Your Honor,

5  October 15th would be something that would be do-able.

6      THE COURT:  Where would this take place?

7      MS. EVANS:  It would take place at our offices

8  in Los Angeles, where Mr. Soon-Shiong resides.

9      THE COURT:  Mr. Scheve?

10     MR. SCHEVE:  I will have to check, Your Honor.

11  I have a firm -- I head up a department with my firm and I

12  have a firm retreat that I have to sponsor.  Could I get one

13  or two alternative dates and we will work to come within

14  those two or three dates?

15     THE COURT:  I will leave that to counsel to work

16  out.

17     MS. EVANS:  We will work with Mr. Scheve on

18  that.

19     MR. SCHEVE:  If we need to go beyond the 30th of

20  October, we are accommodating.

21     THE COURT:  So counsel are aware, and your

22  clients, except to implement an order or to further address

23  an order that I have made today, there will be no further

24  discovery disputes that this Court or any Judge in this

25  building or any Court-appointed official outside of this

112

1  building will entertain.  This is it.  So speak now or

2  forever hold that piece out there.

3      Okay?  I will issue an order.

4      Yes.

5      MS. EVANS:  I do have one thing I would like to

6  raise, Your Honor.

7      THE COURT:  Sure.

8      MS. EVANS:  At least as to the testing that was

9  presented in some of the eight expert reports, and if the

10  other side will produce this, that would be all right, but

11  we wanted to actually get the testing, the actual laboratory

12  notebooks showing the testing and evaluation underlying

13  documents.  So we have been considering subpoenaing the

14  testifying experts, Elan's testifying experts, for any

15  documents showing testing or experimental work done on

16  Abraxane.  So we have been considering, we have been

17  thinking about that this weekend, Your Honor.  I wanted to

18  preview that with Your Honor.  If Elan will produce it in

19  the absence of subpoena, that is fine.  It may not be in

20  their control since these are third parties.

21     We would, rather than just kind of getting the

22  pre-digested report, we would like to see the raw data.

23     THE COURT:  Mr. Scheve, are you able to respond

24  to that?

25     MR. SCHEVE:  Your Honor, I understand it is

# EXHIBIT 3

# REDACTED IN ITS ENTIRETY