UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ELAN PHARMA INTERNATIONAL LIMITED, | ) ) ) | Case No. 06-438-GMS |
| Plaintiff, | ) ) | |
| v. | ) ) ) | |
| ABRAXIS BIOSCIENCE, INC., | ) ) | |
| Defendant. | ) ) ) ) | |

**EXHIBIT 9**
**DEFENDANT'S DEPOSITION DESIGNATIONS**
**AND**
**PLAINTIFF'S OBJECTIONS AND COUNTER-**
**DESIGNATIONS TO DEFENDANT'S DEPOSITION DESIGNATIONS**
**AND**
**DEFENDANT'S RESPONSES AND OBJECTIONS TO PLAINTIFF'S OBJECTIONS**
**AND COUNTER-DESIGNATIONS**

Defendant Abraxis BioScience, Inc. ("Abraxis") makes the following designations of deposition testimony for its case[1]:

## Deposition Designations

1. Dewey Barich (page/line designations attached as Exhibit A).

2. Cory Berkland (page/line designations attached as Exhibit B).

3. Harry Brittain (page/line designations attached as Exhibit C).

4. Stephen Byrn (page/line designations attached as Exhibit D).

5. David Czekai (page/line designations attached as Exhibit E).

6. Samuel Danishefsky (page/line designations attached as Exhibit F).

7. William Davis (page/line designations attached as Exhibit G).

8. Lawrence De Garavilla (page/line designations attached as Exhibit H).

---

[1] Abraxis's counter-designations to Elan's designated deposition testimony are in Exhibit 8 to the Proposed Pretrial Order.

9.  Michael Hawkins (page/line designations attached as Exhibit I).

10. Elaine Liversidge (page/line designations attached as Exhibit J).

11. Gary Liversidge (page/line designations attached as Exhibit K).

12. Manoj Maniar (page/line designations attached as Exhibit L).

13. Eric Munson (page/line designations attached as Exhibit M).

14. Nancy Peltier (page/line designations attached as Exhibit N).

15. Pramod Sarpotdar (page/line designations attached as Exhibit O).

16. Lianjun Shi (page/line designations attached as Exhibit P).

17. David Taft (page/line designations attached as Exhibit Q).

18. Jeffrey Winkler (page/line designations attached as Exhibit R).


### Responses and Objections

Plaintiff Elan Pharma International Limited ("Elan") makes the following objections and counter-designations to Abraxis's designations of deposition testimony, and Abraxis makes the following responses and objections.

1.  Dewey Barich (responses/objections and counter-designations attached as Exhibit AA).

2.  Cory Berkland (responses/objections and counter-designations attached as Exhibit BB).

3.  Harry Brittain (responses/objections and counter-designations attached as Exhibit CC).

4.  Stephen Byrn (responses/objections and counter-designations attached as Exhibit DD).

5.  David Czekai (responses/objections and counter-designations attached as Exhibit EE).

6.  Samuel Danishefsky (responses/objections and counter-designations attached as Exhibit FF).

7.  William Davis (responses/objections and counter-designations attached as Exhibit GG).

8.  Lawrence De Garavilla (responses/objections and counter-designations attached as Exhibit HH).

9.  Michael Hawkins (no responses/objections and counter-designations).

10. Elaine Liversidge (responses/objections and counter-designations attached as Exhibit JJ).

11. Gary Liversidge (responses/objections and counter-designations attached as Exhibit KK).

12. Manoj Maniar (responses/objections and counter-designations attached as Exhibit LL).

13. Eric Munson (responses/objections and counter-designations attached as Exhibit MM).

14. Nancy Peltier (responses/objections and counter-designations attached as Exhibit NN).

15. Pramod Sarpotdar (responses/objections and counter-designations attached as Exhibit OO).

16. Lianjun Shi (responses/objections and counter-designations attached as Exhibit PP).

17. David Taft (responses/objections and counter-designations attached as Exhibit QQ).

18. Jeffrey Winkler (responses/objections and counter-designations attached as Exhibit RR).

**EXHIBIT 9-A**

**TO PRETRIAL ORDER**

Abraxis's Designation of Deposition Testimony

Witness:  Dewey Barich

**Deposition Designations: Dewey Barich**

5:4-6

8:19-24

32:15-16

33:20-21

33:23-34:17

41:9-11

41:13-42:16

45:2-6

45:8-46:13

49:16-17

49:19-20

52:14-17

52:19-25

54:10-11

54:14-15

57:13-14

57:16-17

69:5-6

69:8

71:16-20

75:2-4

75:6

80:10-14

100:6-7

100:12-14

100:15

100:21-22

132:7-10

132:12-22

134:19-21

137:19-138:13

138:25-139:3

149:5-11

150:25-151:3

159:21-23

159:25-160:10

162:16-163:3

167:1-168:12

168:14-23

178:13-14, 17-20

179:13-14, 16-17

180:7-9, 15-18

185:9-10

185:12

186:8-12

186:14-18

186:25-187:10

188:2-4, 6-16

197:8-10

197:15-198:13

204:4-6, 8-10

206:18-21

206:23-207:8

209:14-23

212:25-213:3

213:11-18, 20

215:1-2, 4

215:16-19

216:9

218:19-23, 25

219:7-8, 10

219:11-12, 14

219:18, 20, 22

221:23-222:6

222:7-10

222:17-20, 22

223:10-11

224:16-17, 19

224:20-22, 24-25

225:8-11

225:12-13, 15-16

226:22-24

227:6-8

227:19-20, 22-23

228:22-23, 25

234:22-24

235:1-2, 4-11, 13-18

**EXHIBIT 9-AA**

**TO PRETRIAL ORDER**

Elan's Objections and Counter-Designations and Abraxis's Responses and Objections to

Abraxis's Designation of Deposition Testimony

Witness:  Dewey Barich

**Barich**

| Abraxis's Designations | Elan's Objections | Ruling | Elan's Counter Designations | Abraxis's Objections | Ruling |
|---|---|---|---|---|---|
| 33:20-21 | | | 33:4-19 | | |
| 41:13-42:16 | | | 42:17-43:14<br>44:17-45:1 | | |
| 45:2-6 | Depo. Obj. at 45:7<br><br>Vague, ambiguous, and speculative (FRE 403); Improper lay opinion (701); No personal knowledge (402) | | | | |
| 45:8-46:13 | Depo. Obj. at 45:7<br><br>Vague, ambiguous, and speculative (FRE 403); Improper lay opinion (701); No personal knowledge (402) | | 46:14-20 | | |
| 49:16-17 | | | 49:6-15 | | |
| 52:14-17 | Depo. Obj. at 52:18<br><br>Irrelevant (FRE 402); vague, ambiguous, and confusing (FRE 403) Improper lay opinion (701); No personal knowledge (402) | | | | |

| Abraxis's Designations | Elan's Objections | Ruling | Elan's Counter Designations | Abraxis's Objections | Ruling |
|---|---|---|---|---|---|
| 52:19-25 | Depo. Obj. at 52:18<br><br>Irrelevant (FRE 402); vague, ambiguous, and confusing (FRE 403) Improper lay opinion (701); No personal knowledge (402) | | 53:1-54:9 | | |
| 54:10-11 | Depo. Obj. at 54:13<br><br>Vague, ambiguous, and confusing (FRE 403); Improper lay opinion (701); No personal knowledge (402) | | | | |
| 54:14-15 | Depo. Obj. at 54:13<br><br>Vague, ambiguous, and confusing (FRE 403); Improper lay opinion (701); No personal knowledge (402) | | 53:1-54:9 | | |
| 57:13-14 | | | 55:21-57:12 | Vague, ambiguous, and confusing (FRE 403); no question designated; unrelated (FRCP 32(a)(6) and FRE 106) | |
| 57:16-17 | | | 55:21-57:12 | Vague, ambiguous, and confusing (FRE 403); no question designated; unrelated (FRCP 32(a)(6) and FRE 106) | |
| 69:5-6 | Depo. Obj. at 69:7<br><br>Irrelevant (FRE 402); confusion of the issues (FRE 403) | | | | |

| Abraxis's Designations | Elan's Objections | Ruling | Elan's Counter Designations | Abraxis's Objections | Ruling |
|---|---|---|---|---|---|
| 69:8 | Depo. Obj. at 69:7<br><br>Irrelevant (FRE 402); confusion of the issues (FRE 403) | | 69:9-70:2<br>70:14-16 | Vague, ambiguous, and confusing (FRE 403)<br><br>As to 70:14-16 only: unrelated (FRCP 32(a)(6) and FRE 106) | |
| 71:16-20 | | | 72:4-6 | | |
| 75:1-4 | Depo. Obj. at 75:5<br><br>Irrelevant (FRE 402) confusion of the issues (FRE 403) | | | | |
| 75:6 | Depo. Obj. at 75:5<br><br>Irrelevant (FRE 402); confusion of the issues (FRE 403) | | 74:7-75:1 | Vague, ambiguous, and confusing (FRE 403); Irrelevant (FRE 402) | |
| 80:10-14 | | | 80:16-23 | | |
| 100:6-7 | Depo. Obj. at 100:8<br><br>Irrelevant (FRE 402); confusion of the issues (FRE 403) | | | | |
| 100:12-15 | Depo. Obj. at 100:8, 100:16<br><br>Irrelevant (FRE 402); confusion of the issues (FRE 403) | | 100:9-11 | | |
| 100:21-22 | | | 100:18-20<br>100:23 101:1 | | |

| Abraxis's Designations | Elan's Objections | Ruling | Elan's Counter Designations | Abraxis's Objections | Ruling |
|---|---|---|---|---|---|
| 132:7-10 | Depo. Obj. at 132:11<br><br>Irrelevant (FRE 402); confusion of the issues (FRE 403) | | | | |
| 132:12-22 | Depo. Obj. at 132:11<br><br>Irrelevant (FRE 402); confusion of the issues (FRE 403) | | 134:2-18 | | |
| 134:19-21 | | | 134:2-18 | | |
| 137-19-138:13 | | | 139:7-140:22 | Vague, ambiguous, and confusing (FRE 403) | |
| 138:25-139:3 | | | 139:7-140:22 | Vague, ambiguous, and confusing (FRE 403) | |
| 149:5-11 | Depo. Obj. at 149:12<br><br>Confusion of the issues (FRE 403) | | 150:1-19 | Vague, ambiguous, and confusing (FRE 403); Irrelevant (FRE 402); unrelated (FRCP 32(a)(6) and FRE 106) | |
| 150:25-1513 | | | 150:1-19 | Vague, ambiguous, and confusing (FRE 403); Irrelevant (FRE 402); unrelated (FRCP 32(a)(6) and FRE 106) | |
| 159:21-23 | | | (overlapping designation) | | |

| Abraxis's Designations | Elan's Objections | Ruling | Elan's Counter Designations | Abraxis's Objections | Ruling |
|---|---|---|---|---|---|
| 159:25-160:10 | | | (overlapping designation) | | |
| 162:16-163:3 | | | (overlapping designation) | | |
| 167:1-168:12 | Depo. Obj. at 168:13<br><br>Misleading (FRE 403) | | | | |
| 168:14-23 | Depo. Obj. at 168:13<br><br>Misleading (FRE 403) | | 171:12-172:5 | Vague, ambiguous, and confusing (FRE 403); Irrelevant (FRE 402) | |
| 178:17-20 | | | 178:21-179:12 | | |
| 179:13-14 | Depo. Obj. at 179:15<br><br>Prejudicial, confusing, misleading (FRE 403) | | | | |
| 179:16-17 | Depo. Obj. at 179:15<br><br>Prejudicial, confusing, misleading (FRE 403) | | 179:18-180:4 | | |
| 180:7-9, 15-18 | Depo. Obj. at 180:10<br><br>Confusing (FRE 403) | | 180:11-14 | | |

| Abraxis's Designations | Elan's Objections | Ruling | Elan's Counter Designations | Abraxis's Objections | Ruling |
|---|---|---|---|---|---|
| 185:9-10 | Depo. Obj. at 185:11<br><br>Irrelevant (FRE 402); confusing and misleading (FRE 403) | | | | |
| 185:12 | Depo. Obj. at 185:11<br><br>Irrelevant (FRE 402); confusing and misleading - incomplete response (FRE 403) | | 185:13-186:7 | | |
| 186:8-12 | | | 187:11-188:1 | | |
| 186:25-187:10 | | | 187:11-188:1 | | |
| 188:2-4 | Depo. Obj. at 188:5<br><br>Confusing and misleading (FRE 403); no personal knowledge (FRE 602) | | | | |
| 188:6-16 | Depo. Obj. at 188:5<br><br>Confusing and misleading (FRE 403); no personal knowledge (FRE 602) | | 188:17-20<br>188:24-189:1 | | |
| 197:8-10 | Depo. Obj. at 197:14<br><br>Confusing and misleading (FRE 403); no personal knowledge (FRE 602) | | | | |

| Abraxis's Designations | Elan's Objections | Ruling | Elan's Counter Designations | Abraxis's Objections | Ruling |
|---|---|---|---|---|---|
| 197:15-198:13 | Depo. Obj. at 197:14<br><br>Confusing and misleading (FRE 403); no personal knowledge (FRE 602) | | 198:14-25 | Vague, ambiguous, and confusing (FRE 403); Irrelevant (FRE 402); unrelated | |
| 204:4-6 | Depo. Obj. at 204:7<br><br>Confusing and misleading (FRE 403); expert opinion (FRE 702) | | | | |
| 204:8-10 | Depo. Obj. at 204:7<br><br>Confusing and misleading (FRE 403); expert opinion (FRE 702) | | 203:23-204:3 | | |
| 206:18-21 | Depo. Obj. at 206:22<br><br>Misleading and prejudicial (FRE 403); expert opinion (FRE 702) | | | | |
| 206:23-207:8 | Depo. Obj. at 206:22<br><br>Misleading and prejudicial (FRE 403); expert opinion (FRE 702) | | 207:9-11<br><br>207:13 | | |
| 209:14-23 | | | 207:14-209:13 | Vague, ambiguous, and confusing (FRE 403); Irrelevant (FRE 402); unrelated | |
| 212:25-213:3 | Depo. Obj. at 213:4<br><br>Irrelevant (FRE 402); misleading and prejudicial (FRE 403) | | | | |

| Abraxis's Designations | Elan's Objections | Ruling | Elan's Counter Designations | Abraxis's Objections | Ruling |
|---|---|---|---|---|---|
| 213:11-18 | Depo. Obj. at 213:19 (objection to question posed at 213:16-18)<br><br>Irrelevant (FRE 402); misleading and prejudicial (FRE 403) | | | | |
| 213:20 | Depo. Obj. at 213:19 (objection to question posed at 213:16-18)<br><br>Irrelevant (FRE 402); misleading and prejudicial (FRE 403) | | | | |
| 215:1-2, 4 | Depo. Obj. at 215:3<br><br>Irrelevant (FRE 402) | | | | |
| 215:16-19 | Depo. Obj. at 215:20<br><br>Confusing (FRE 403) | | 215:21-216:8 | Vague, ambiguous, and confusing (FRE 403); Irrelevant (FRE 402); unrelated | |
| 216:9 | | | 216:10-12<br>216:18-22 | | |
| 218:19-23, 25 | Depo. Obj. at 218:24<br><br>Irrelevant (FRE 402); misleading and prejudicial (FRE 403) | | | | |
| 219:7-8, 10 | Depo. Obj. at 219:9<br><br>Irrelevant (FRE 402); misleading and prejudicial (FRE 403) | | | | |

| Abraxis's Designations | Elan's Objections | Ruling | Elan's Counter Designations | Abraxis's Objections | Ruling |
|---|---|---|---|---|---|
| 219:11-12, 14 | Depo. Obj. at 219:13<br><br>Irrelevant (FRE 402); misleading and prejudicial (FRE 403) | | | | |
| 219:18, 20, 22 | | | 220:1-2 | | |
| 221:23-222:10 | | | 222:11-12<br>222:14-16 | | |
| 222:17-20,22 | | | 222:23-223:9 | | |
| 223:10-11 | | | 222:23-223:9 | | |
| 224:20-22, 24-25 | Depo. Obj. at 224:23<br><br>No personal knowledge (FRE 602) | | | | |
| 225:8-13, 15-16 | Depo. Obj. at 225:14<br><br>No personal knowledge (FRE 602) | | 225:1-7 | | |
| 228:22-23, 25 | Depo. Obj. at 228:24<br><br>Cumulative (FRE 403); incomplete answer | | 228:25-229:5 | | |
| 234:22-24 | Depo. Obj. at 234:25<br><br>Irrelevant (FRE 402); vague, misleading, confusing, prejudicial (FRE 403) | | | | |

| Abraxis's Designations | Elan's Objections | Ruling | Elan's Counter Designations | Abraxis's Objections | Ruling |
|---|---|---|---|---|---|
| 235:1-2, 4-7 | Depo. Obj. at 235:3<br><br>Irrelevant (FRE 402); vague, misleading, confusing, prejudicial (FRE 403) | | | | |
| 235:8-11, 13-18 | Depo. Obj. at 235:12<br><br>Irrelevant (FRE 402); vague, misleading, confusing, prejudicial (FRE 403) | | | | |

**EXHIBIT 9-B**

**TO PRETRIAL ORDER**

Abraxis's Designation of Deposition Testimony

Witness:  Cory Berkland

**Deposition Designations: Cory Berkland**

5:1-2

7:2-8

50:5-7

50:9-17

50:19-24

51:11-12

51:14-52:1

52:24-53:1

53:3-6

72:15-17

76:15-77:3

160:6-23

160:25-161:6

**EXHIBIT 9-BB**

**TO PRETRIAL ORDER**

Elan's Objections and Counter-Designations and Abraxis's Responses and Objections to

Abraxis's Designation of Deposition Testimony

Witness:  Cory Berkland

**Berkland**

| Abraxis's Designations | Elan's Objections | Ruling | Elan's Counter Designations | Abraxis's Objections | Ruling |
|---|---|---|---|---|---|
| 50:5-7 | Depo. Obj. at 50:8<br><br>Confusing, misleading (FRE 403) | | | | |
| 50:9-17 | Depo. Obj. at 50:8<br><br>Depo. Obj. at 50:18<br><br>Confusing, misleading (FRE 403)<br><br>No personal knowledge and improper foundation (FRE 602); confusing, misleading (FRE 403) | | 48:21-50:4 | No question designated; confusing, misleading, waste of time (FRE 403) | |
| 50:19-24 | Depo. Obj. at 50:18<br><br>No personal knowledge and improper foundation (FRE 602); confusing, misleading (FRE 403) | | | | |
| 51:11-12 | Depo. Obj. at 51:13<br><br>Irrelevant (FRE 402) | | | | |
| 51:14-52:1 | Depo. Obj. at 51:13<br><br>Irrelevant (FRE 402) | | 72:20-74:10 | No question designated; Confusing, misleading, waste of time (FRE 403); Irrelevant (FRE 402); unrelated (FRCP 32(a)(6) and FRE 106) | |

| Abraxis's Designations | Elan's Objections | Ruling | Elan's Counter Designations | Abraxis's Objections | Ruling |
|---|---|---|---|---|---|
| 52:24-53:1 | Depo. Obj. at 53:2<br><br>Irrelevant (FRE 402) | | 72:20-74:10 | No question designated; Confusing, misleading, waste of time (FRE 403); Irrelevant (FRE 402); unrelated (FRCP 32(a)(6) and FRE 106) | |
| 53:3-6 | Depo. Obj. at 53:2<br><br>Irrelevant (FRE 402) | | 72:20-74:10 | No question designated; Confusing, misleading, waste of time (FRE 403); Irrelevant (FRE 402); unrelated (FRCP 32(a)(6) and FRE 106) | |
| 72:15-17 | | | 72:20-74:10 | No question designated; Confusing, misleading, waste of time (FRE 403); Irrelevant (FRE 402); unrelated (FRCP 32(a)(6) and FRE 106) | |
| 76:15-77:3 | | | 77:19-78:3<br><br>78:9-15 | | |
| 160:6-23 | Depo. Obj. at 160:24<br><br>Irrelevant (FRE 402); calls for speculation (FRE 403); personal knowledge (FRE 602) | | 147:7-19<br><br>153:12-18<br><br>160:24 | No question designated; Confusing, misleading, waste of time (FRE 403); Irrelevant (FRE 402); unrelated (FRCP 32(a)(6) and FRE 106) | |

| Abraxis's Designations | Elan's Objections | Ruling | Elan's Counter Designations | Abraxis's Objections | Ruling |
|---|---|---|---|---|---|
| 160:25-161:6 | Depo. Obj. at 160:24<br><br>Irrelevant (FRE 402); calls for speculation (FRE 403); no personal knowledge (FRE 602) | | 147:7-19<br><br>153:12-18<br><br>160:24 | No question designated; Confusing, misleading, waste of time (FRE 403); Irrelevant (FRE 402); unrelated (FRCP 32(a)(6) and FRE 106) | |

**EXHIBIT 9-C**

**TO PRETRIAL ORDER**

Abraxis's Designation of Deposition Testimony

Witness:  Harry Brittain

**Deposition Designations: Harry Brittain**

5:19-22

5:25-6:19

6:20-7:2

7:14-8:6

8:8-10

8:18-9:15

11:3-6

13:23-14:4

14:14-24

17:5-19:9

21:25-23:8

24:5-13

24:17-21

57:23-59:5

68:2-21

69:11-23

70:11-15

70:19-71:2

76:21-77:13

78:2-80:4

80:6-81:12

85:19-86:15

94:6-15

106:25-107:2

107:4-107:16

109:22-110:8

110:9-15

110:17-21

111:22-112:20

113:23-114:10

119:8-120:7

120:10-121:2

121:4-17

126:6-127:20

130:15-19

130:21-131:5

165:3-7

166:12-168:17

169:18-21

169:23-170:9

170:13-24

171:16-172:16

176:17-177:25

206:12-207:5

213:3-6

213:11-13

213:22-214:4

218:25-219:25

221:17-23

235:14-237:20

237:23

238:4-7

239:17-240:15

251:14-253:13

253:15-255:7

255:9-10

255:14-18

256:2-12

260:24-262:2

**EXHIBIT 9-CC**

**TO PRETRIAL ORDER**

Elan's Objections and Counter-Designations and Abraxis's Responses and Objections to

Abraxis's Designation of Deposition Testimony

Witness:  Harry Brittain

**Brittain**

| Abraxis's Designations | Elan's Objections | Ruling | Elan's Counter Designations | Abraxis's Objections | Ruling |
|---|---|---|---|---|---|
| 6:20-7:2 | Depo. Obj. at 6:22-23<br>Privileged (FRE 501)<br>Irrelevant (FRE 402) | | | | |
| 7:14-8:6 | Irrelevant (FRE 402) | | | | |
| 8:8-10 | Depo. Obj. at 11-12<br>Privileged (FRE 501)<br>Irrelevant (FRE 402) | | 8:13-17 | No question designated | |
| 8:18-9:15 | Depo. Obj. at 9:11-12<br>Privileged (FRE 501)<br>Irrelevant (FRE 402) | | | | |
| 11:3-6 | Depo. Obj. at 11:5-6<br>Privileged (FRE 501)<br>Irrelevant (FRE 402) | | | | |
| 13:23-14:4 | Irrelevant (FRE 402) | | | | |
| 14:14-24 | Depo. Obj. at 14:20-24<br>Privileged (FRE 501)<br>Irrelevant (FRE 402) | | | | |

| Abraxis's Designations | Elan's Objections | Ruling | Elan's Counter Designations | Abraxis's Objections | Ruling |
|---|---|---|---|---|---|
| 17:5-19:9 | Depo. Obj. at 18:11, 18:17, 19:8-9<br><br>Privileged (FRE 501)<br><br>Irrelevant (FRE 402) | | | | |
| 57:23-59:5 | | | 61:6-13 | No question designated | |
| 69:11-23 | Hearsay within hearsay (FRE 802) | | | | |
| 76:21-77:13 | Hearsay within hearsay (FRE 802) | | | | |
| 78:2-80:4 | Hearsay within hearsay (FRE 802) | | | | |
| 85:19-86:15 | Hearsay within hearsay (FRE 802) | | 87:5-18<br>88:16-89:22 | No question designated (both) | |
| 107:4-107:16 | Depo. Obj. at 107:3<br><br>No personal knowledge (FRE 602) | | | | |
| 109:22-110:8 | Depo. Obj. at 110:16<br><br>No personal knowledge (FRE 602) | | | | |
| 110:17-21 | | | 110:24-111:9 | No question designated | |
| 119:8-120:7 | Irrelevant (FRE 402) | | | | |

| Abraxis's Designations | Elan's Objections | Ruling | Elan's Counter Designations | Abraxis's Objections | Ruling |
|---|---|---|---|---|---|
| 120:10-121:2 | Vague (FRE 403) | | | | |
| 121:4-17 | | | 135:19-136:2 | No question designated | |
| 126:6-127:20 | Hearsay within hearsay (FRE 802) | | | | |
| 130:15-19 | Compound (611(a)), misleading (FRE 403), hearsay within hearsay (FRE 802) | | | | |
| 130:21-131:5 | | | 136:10-14 | No question designated, Not appropriate counter designation (FRCP 32(a)(6) and FRE 106) | |
| 165:3-7 | | | 164:4-165:2 | No question designated, Not appropriate counter designation (FRCP 32(a)(6) and FRE 106) | |
| 166:12-168:17 | Misleading (FRE 403), irrelevant (FRE 402) | | | | |
| 169:18-21 | Irrelevant (FRE 402) | | | | |
| 169:23-170:9 | Irrelevant (FRE 402) | | | | |
| 171:16-172:16 | Hearsay within hearsay (FRE 802), irrelevant (FRE 402) | | | | |

| Abraxis's Designations | Elan's Objections | Ruling | Elan's Counter Designations | Abraxis's Objections | Ruling |
|---|---|---|---|---|---|
| 176:17-177:25 | Irrelevant (FRE 402), misleading (FRE 403) | | | | |
| 213:3-6 | Irrelevant (FRE 402) | | | | |
| 213:11-13 | Irrelevant (FRE 402) | | | | |
| 213:22-214:4 | Depo. Obj. at 213:24-214:4<br><br>Privileged (FRE 501)<br><br>Irrelevant (FRE 402) | | | | |
| 218:25-219:25 | Irrelevant (FRE 402) | | | | |
| 221:17-23 | Irrelevant (FRE 402) | | | | |
| 235:14-237:20 | | | 238:13-239-13 | No question designated | |
| 238:4-7 | | | 238:13-239-13 | No question designated | |
| 239:17-240:15 | | | 238:13-239-13<br>240:21-241:4 | No question designated (both) | |
| 251:14-253:13 | withdrawn question (253:9-17)<br>Vague, ambiguous (FRE 403) | | | | |
| 253:15-255:7 | Legal opinion (FRE 701) | | | | |

| Abraxis's Designations | Elan's Objections | Ruling | Elan's Counter Designations | Abraxis's Objections | Ruling |
|---|---|---|---|---|---|
| 255:14-18 | | | 255:11-13 | Not appropriate counter designation (FRCP 32(a)(6) and FRE 106) | |
| 260:24-262:2 | Hearsay within hearsay (FRE 802) | | | | |

**EXHIBIT 9-D**

**TO PRETRIAL ORDER**

Abraxis's Designation of Deposition Testimony

Witness:  Stephen Byrn

**Deposition Designations: Stephen Byrn**

14:6-10

65:6-17

65:19-67:13

67:15-68:8

69:15-71:8

130:6-11

135:15-19

137:25-139:13

139:16-140:2

140:23-141:1

190:2-6

193:20-194:3

195:2-14

195:16-21

196:3-5

196:14-205:18

206:7-207:17

208:6-212:19

213:17-22

224:22-225:14

225:22-226:4

226:7-227:17

227:19-228:5

228:8-9

228:18-229:16

230:24-231:14

233:11-234:16

**EXHIBIT 9-DD**

**TO PRETRIAL ORDER**

Elan's Objections and Counter-Designations and Abraxis's Responses and Objections to

Abraxis's Designation of Deposition Testimony

Witness:  Stephen Byrn

**Byrn**

| Abraxis's Designations | Elan's Objections | Ruling | Elan's Counter Designations | Abraxis's Objections | Ruling |
|---|---|---|---|---|---|
| 65:6-17 | Depo. Obj. at 65:18<br><br>Document speaks for itself (FRE 1002) | | | | |
| 65:19-67:13 | Depo. Obj. at 65:18<br><br>Document speaks for itself (FRE 1002)<br><br>Irrelevant (FRE 402) | | | | |
| 67:15-68-8 | Depo. Obj. at 67:14<br><br>Improper legal opinion (FRE 611); (FRE 403) | | | | |
| 69:15-71:8 | | | 71:9-15 | | |
| 137:25-139:13 | Cumulative (FRE 402) | | | | |
| 139:16-140:2 | | | 140:6-22 | No question designated. | |
| 140:23-141:1 | | | 140:6-22 | No question designated. | |
| 193:20-194:3 | | | 194:13-18 | No question designated; FRE 403. | |

| Abraxis's Designations | Elan's Objections | Ruling | Elan's Counter Designations | Abraxis's Objections | Ruling |
|---|---|---|---|---|---|
| 195:2-195:14 | Depo. Obj. at 195:15<br><br>Document speaks for itself (FRE 1002); misleading (FRE 403) | | 195:24-196:2 | No question designated; FRE 403. | |
| 195:16-21<br>196:3-5 | | | 195:22-196:2 | FRE 403. | |
| 196:14-205:18 | | | 207:25-208:5 | FRE 403; unrelated (FRCP 32(a)(6) and FRE 106) | |
| 206:7-207:17 | | | 207:25-208:5 | FRE 403; unrelated (FRCP 32(a)(6) and FRE 106) | |
| 224:22-225:14 | | | 217:1-4 | No question designated; FRE 403; unrelated (FRCP 32(a)(6) and FRE 106) | |
| 226:7-227:17 | As to 227:15-17<br><br>Depo. Obj. at 227:18<br><br>Mischaracterizes Witness Testimony (FRE 611(a)) | | | | |
| 227:19-228:5 | Depo. Obj. at 227:18<br><br>Mischaracterizes Witness Testimony (FRE 611(a)) | | | | |

| Abraxis's Designations | Elan's Objections | Ruling | Elan's Counter Designations | Abraxis's Objections | Ruling |
|---|---|---|---|---|---|
| 228:8-9 | Depo. Obj. at :228:6-7<br><br>Compound question; two questions asked (FRE 611); document speaks for itself (FRE 1002) | | | | |
| 228:18-229:16 | As to 229:14-16<br><br>FRE 402-Irrelevant; FRE 403; Judge Sleet's PTO fn. 6-Attorney colloquy | | | | |
| 230:24-231:14 | | | 230:20-23 | | |

**EXHIBIT 9-E**

**TO PRETRIAL ORDER**

Abraxis's Designation of Deposition Testimony

Witness:  David Czekai

**Deposition Designations: David Czekai**

5:20-23

6:9-13

7:17-8:23

25:4-26:4

33:19-24

34:10-35:17

44:2-3

44:5-16

47:23-49:20

50:4-22

50:24-51:7

59:11-60:10

61:6-62:22

70:2-9

76:2-76:23

77:16-17

77:19-23

77:25-78:9

88:6-89:12

127:4-8

127:10-17

139:1-16

141:11-13

142:3-25

186:3-11

186:13-189:25

245:19-21

250:12-252:14

254:8-14

254:17-22

261:3-263:6

263:8-264:13

264:16-264:20

264:23-265:3
265:6-266:5
266:7-266:21

**EXHIBIT 9-EE**

**TO PRETRIAL ORDER**

Elan's Objections and Counter-Designations and Abraxis's Responses and Objections to

Abraxis's Designation of Deposition Testimony

Witness:  David Czekai

**Czekai**

| Abraxis's Designations | Elan's Objections | Ruling | Elan's Counter Designations | Abraxis's Objections | Ruling |
|---|---|---|---|---|---|
| 44:2-3 | Depo. Obj. at 44:4<br><br>Irrelevant (FRE 402); vague (FRE 403);<br><br>question withdrawn at 47:20-22 | | | | |
| 44:5-16 | Depo. Obj. at 44:4<br><br>Irrelevant (FRE 402); vague (FRE 403);<br><br>question withdrawn at 47:20-22 | | | | |
| 50:4-22 | Depo. Obj. at 50:23<br><br>Vague (FRE 403); Expert (FRE 702) | | | | |
| 50:24-51:17 | Depo. Obj. at 50:23<br><br>Vague (FRE 403); Expert (FRE 702) | | | | |
| 76:2-76:23 | Depo. Obj. at 76:7<br><br>Best Evidence Rule (FRE 1002); hearsay (FRE 802); Irrelevant (FRE 402); Confusing and misleading (FRE 403) | | 76:24-77:10 | | |

| Abraxis's Designations | Elan's Objections | Ruling | Elan's Counter Designations | Abraxis's Objections | Ruling |
|---|---|---|---|---|---|
| 77:16-17 | Depo. Obj. at 77:18 Vague and ambiguous (FRE 403) | | 77:11-15 | | |
| 77:19-23 | Depo. Obj. at 77:24 Vague and ambiguous (FRE 403) | | | | |
| 77:25-78:9 | Depo. Obj. at 77:24 Vague and ambiguous (FRE 403) | | 78:10-15 | Improper lay opinion (FRE 702) | |
| 88:6-89:12 | Depo. Obj. at 87:22-23 Improper lay opinion (FRE 702) | | 87:23-88:5 | | |
| 127:4-8 | Depo. Obj. at 127:9 No personal knowledge, no foundation (FRE 602); Best Evidence Rule (FRE 1002) | | 126:13-127:3 | | |
| 127:10-17 | Depo. Obj. at 127:9 No personal knowledge, no foundation (FRE 602); Best Evidence Rule (FRE 1002) | | 126:13-127:3 | | |
| 141:11-13 | | | 140:13-141:2 141:3-10 141:14-22 | | |

| Abraxis's Designations | Elan's Objections | Ruling | Elan's Counter Designations | Abraxis's Objections | Ruling |
|---|---|---|---|---|---|
| 142:3-25 | Depo. Obj. at 142:21<br><br>Calls for specualtion (FRE 403); No personal knowledge, no foundation (FRE 602); Best Evidence Rule (FRE 1002) | | 140:13-141:2<br>141:3-10<br>141:14-22<br>143:2-6 | | |
| 186:3-11 | Depo. Obj. at 186:12<br><br>No personal knowledge, no foundation (FRE 602); Best Evidence Rule (FRE 1002) | | | | |
| 186:13-189:25 | Depo. Obj. at 186:12<br><br>No personal knowledge, no foundation (FRE 602); Best Evidence Rule (FRE 1002) | | | | |
| 250:12-252:14 | | | 246:3-20<br>248:16-249:7<br>249:25-250:10 | Incomplete designation (249:25-250:10) | |
| 254:8-14 | Depo. Obj. at 254:15-16<br><br>No personal knowledge, no foundation (FRE 602); Best Evidence Rule (FRE 1002) | | 246:3-20<br>248:16-249:7<br>249:25-250:10 | Incomplete designation (249:25-250:10) | |

| Abraxis's Designations | Elan's Objections | Ruling | Elan's Counter Designations | Abraxis's Objections | Ruling |
|---|---|---|---|---|---|
| 254:17-22 | Depo. Obj. at 254:15-16<br><br>No personal knowledge, no foundation (FRE 602); Best Evidence Rule (FRE 1002); incomplete response (FRE 402) | | 246:3-20<br>248:16 249:7<br>249:25-250:10<br>254:23-255:2 | Incomplete designation (249:25-250:10) | |
| 261:3-263:6 | Depo. Obj. at 263:7<br><br>No personal knowledge, no foundation (FRE 602); Best Evidence Rule (FRE 1002); | | | | |
| 263:8-264:13 | Depo. Obj. at 263:7<br><br>No personal knowledge, no foundation (FRE 602); Best Evidence Rule (FRE 1002) | | 246:3-20<br>248:16-249:7<br>249:25-<br>250:10<br>254:23-255:2 | Incomplete designation (249:25-250:10 | |
| 264:16-264:20 | Depo. Obj. at 264:14<br><br>No personal knowledge, no foundation (FRE 602); Best Evidence Rule (FRE 1002) | | 246:3-20<br>248:16-249:7<br>249:25-250:10<br>254:23-255:2 | Incomplete designation (249:25-250:10 | |

| Abraxis's Designations | Elan's Objections | Ruling | Elan's Counter Designations | Abraxis's Objections | Ruling |
|---|---|---|---|---|---|
| 264:23-265:3 | Depo. Obj. at 264:21-22<br><br>No personal knowledge, no foundation (FRE 602); Best Evidence Rule (FRE 1002) | | 246:3-20<br>248:16 -249:7<br>249:25-250:10<br>254:23-255:2 | Incomplete designation (249:25-250:10 | |
| 265:6-266:5 | Depo. Obj. at 266:6<br><br>No personal knowledge, no foundation (FRE 602); Best Evidence Rule (FRE 1002) | | 246:3-20<br>248:16-249:7<br>249:25-250:10<br>254:23-255:2 | Incomplete designation (249:25-250:10 | |

**EXHIBIT 9-F**

**TO PRETRIAL ORDER**

Abraxis's Designation of Deposition Testimony

Witness:  Samuel Danishefsky

**Deposition Designations: Samuel Danishefsky**

5:9-12

6:11-14

7:18-21

8:14-9:12

9:17-22

22:9-11

48:18-23

58:6-8

58:10-59:6

98:15-18

102:14-16, 102:18-20

119:5-6, 119:8-17

166:17-24

170:10-171:4

189:11-12

189:14-18

189:20-190:2

198:4-200:10

200:12-14

228:18-231:9

233:7-10, 18-20

236:22-237:6

237:7-9

237:11-17

237:24-238:2

238:21-23

238:25-239:7

239:9-13

239:15-23

239:25

243:17-21

243:23-244:25

245:3-246:2

246:4-9

246:11-12

247:5-8

247:10-248:5

248:7-20

248:22-23

249:8-9

249:11-12

249:14-17

271:11-14

271:16-24

272:2-18

272:20-23

272:25-273:11

288:6-289:6

293:8-11

293:13-294:6

294:8-15

294:17-295:16

295:18-296:13

**EXHIBIT 9-FF**

**TO PRETRIAL ORDER**


Elan's Objections and Counter-Designations and Abraxis's Responses and Objections to

Abraxis's Designation of Deposition Testimony

Witness:  Samuel Danishefsky

**Danishefsky**

| Abraxis's Designations | Elan's Objections | Ruling | Elan's Counter Designations | Abraxis's Objections | Ruling |
|---|---|---|---|---|---|
| 22:9-11 | | | 22:12-15 | | |
| 48:18-23 | | | 48:24-49:4 | | |
| 58:6-8 | Depo. Obj. at 58:9<br><br>No foundation (FRE 602); Best Evidence Rule (FRE 1002) | | 51:7-54:10 | Improper opinion; hearsay; question not designated | |
| 58:10-59:6 | Depo. Obj. at 58:9<br><br>No foundation (FRE 602); Best Evidence Rule (FRE 1002) | | 51:7-54:10 | Improper opinion; hearsay; question not designated | |
| 119:5-6, 119:8-17 | Depo. Obj. at 119:7<br><br>Irrelevant (FRE 402); Confusing and misleading (FRE 403) | | | | |
| 166:17-24 | | | 165:21-166:11 | Improper opinion; incomplete designation | |
| 170:10-171:4 | | | 170:5-9<br>171:5-13 | Irrelevant, report is inadmissible; hearsay, incomplete designation (171:14-172:6) | |

| Abraxis's Designations | Elan's Objections | Ruling | Elan's Counter Designations | Abraxis's Objections | Ruling |
|---|---|---|---|---|---|
| 189:11-12 | Depo. Obj. at 189:13<br><br>No personal knowledge, no foundation (FRE 602); Best Evidence Rule (FRE 1002); Irrelevant (FRE 402); Confusing and misleading (FRE 403) | | 186:13-189:10 | Hearsay; improper opinion | |
| 189:14-18 | Depo. Obj. at 189:13<br><br>No personal knowledge, no foundation (FRE 602); Best Evidence Rule (FRE 1002); Irrelevant (FRE 402); Confusing and misleading (FRE 403) | | 186:13-189:10 | Hearsay; improper opinion | |
| 189:20-190:2 | Depo. Obj. at 189:20<br><br>No personal knowledge, no foundation (FRE 602); Best Evidence Rule (FRE 1002); Irrelevant (FRE 402); Confusing and misleading (FRE 403) | | 186:13-189:10 | Hearsay; improper opinion | |
| 198:4-200:10 | Depo. Obj. at 200:11<br><br>No personal knowledge, no foundation (FRE 602); Best Evidence Rule (FRE 1002); Irrelevant (FRE 402); Confusing and misleading (FRE 403) | | 186:13-189:10 | Hearsay; improper opinion | |

| Abraxis's Designations | Elan's Objections | Ruling | Elan's Counter Designations | Abraxis's Objections | Ruling |
|---|---|---|---|---|---|
| 200:12-14 | Depo. Obj. at 200:11<br><br>No personal knowledge, no foundation (FRE 602); Best Evidence Rule (FRE 1002); Irrelevant (FRE 402); Confusing and misleading (FRE 403) | | 186:13-189:10 | Hearsay; improper opinion | |
| 228:18-231:9 | | | 225:20-228:17<br><br>231:10-232:3 | Unrelated (FRCP 32(a)(6) and FRE 106); improper opinion; incomplete designation | |
| 233:7-10, 18-20 | | | 233:11-17<br><br>233:21-234:12 | Unrelated (FRCP 32(a)(6) and FRE 106); improper opinion; incomplete designation (233:18-20); improper designation (233:15) | |
| 237:7-9 | Depo. Obj. at 237:10<br><br>Confusing and misleading (FRE 403) | | | | |
| 237:11-17 | Depo. Obj. at 237:10<br><br>Confusing and misleading (FRE 403) | | | | |
| 237:24-238:2 | | | 234:19-236:21 | Incomplete designation (234:16-17); improper opinion | |

| Abraxis's Designations | Elan's Objections | Ruling | Elan's Counter Designations | Abraxis's Objections | Ruling |
|---|---|---|---|---|---|
| 238:21-23 | Depo. Obj. at 238:4<br><br>Ambiguous, confusing and misleading (FRE 403) | | 234:19-236:21 | Incomplete designation (234:16-17); improper opinion | |
| 238:25-239:7 | Depo. Obj. at 239:8<br><br>Ambiguous, confusing and misleading (FRE 403) | | 234:19-236:21 | Incomplete designation (234:16-17); improper opinion | |
| 239:9-13 | Depo. Obj. at 239:14<br><br>Ambiguous, confusing and misleading (FRE 403) | | 240:2-241:10 | Incomplete designation (241:11-17); improper opinion | |
| 239:15-23 | Depo. Obj. at 239:14<br><br>Ambiguous, confusing and misleading (FRE 403) | | 240:2-241:10 | Incomplete designation (241:11-17); improper opinion | |
| 239:25 | Depo. Obj. at 239:24<br><br>Ambiguous, confusing and misleading (FRE 403) | | 240:2-241:10 | Incomplete designation (241:11-17); improper opinion | |
| 245:3-246:2 | Depo. Obj. at 246:3<br><br>Irrelevant (FRE 402); vague, ambiguous and confusing (FRE 403) | | | | |
| 246:4-9 | Depo. Obj. at 246:10<br><br>Irrelevant (FRE 402); vague, ambiguous and confusing (FRE 403) | | | | |

| Abraxis's Designations | Elan's Objections | Ruling | Elan's Counter Designations | Abraxis's Objections | Ruling |
|---|---|---|---|---|---|
| 246:11-12 | Depo. Obj. at 246:10<br><br>Irrelevant (FRE 402); vague, ambiguous and confusing (FRE 403) | | | | |
| 247:5-8 | Depo. Obj. at 247:9<br><br>Irrelevant (FRE 402); confusing and misleading (FRE 403) | | 246:22-247:4 | | |
| 247:10-248:5 | Depo. Obj. at 247:9<br><br>Irrelevant (FRE 402); confusing and misleading (FRE 403) | | 246:22-247:4 | | |
| 248:7-20 | Depo. Obj. at 248:6<br><br>Irrelevant (FRE 402); confusing and misleading (FRE 403) | | 246:22-247:4 | | |
| 248:22-23 | Depo. Obj. at 248:21<br><br>Irrelevant (FRE 402); confusing and misleading (FRE 403) | | 248:24-249:7 | Improper opinion | |
| 271:11-14 | Depo. Obj. at 271:15<br><br>Irrelevant (FRE 402); Confusing and misleading (FRE 403); Expert (702) | | | | |
| 271:16-24 | Depo. Obj. at 271:15<br><br>Irrelevant (FRE 402); Confusing and misleading, prejudicial (FRE 403) | | | | |

| Abraxis's Designations | Elan's Objections | Ruling | Elan's Counter Designations | Abraxis's Objections | Ruling |
|---|---|---|---|---|---|
| 272:2-18 | Depo. Obj. at 271:25<br><br>Irrelevant (FRE 402); Confusing and misleading, prejudicial (FRE 403) | | | | |
| 272:20-23 | Depo. Obj. at 272:24<br><br>Irrelevant (FRE 402); Confusing and misleading, prejudicial (FRE 403) | | | | |
| 272:25-273:11 | Depo. Obj. at 272:24<br><br>Irrelevant (FRE 402); Confusing and misleading, prejudicial (FRE 403) | | | | |
| 288:6-289:6 | | | | | |
| 293:8-11 | Depo. Obj. at 293:12<br><br>Irrelevant (FRE 402); speculative, confusing, misleading and prejudicial (FRE 403) | | | | |
| 293:13-294:6 | Depo. Obj. at 294:7<br><br>Irrelevant (FRE 402); speculative, confusing, misleading and prejudicial (FRE 403) | | | | |
| 294:8-15 | Depo. Obj. at 294:7<br><br>Irrelevant (FRE 402); speculative, confusing, misleading and prejudicial (FRE 403) | | | | |

| Abraxis's Designations | Elan's Objections | Ruling | Elan's Counter Designations | Abraxis's Objections | Ruling |
|---|---|---|---|---|---|
| 294:17-295:16 | Depo. Obj. at 295:17<br><br>Irrelevant (FRE 402); speculative, confusing, misleading and prejudicial (FRE 403) | | | | |
| 295:18-296:13 | Depo. Obj. at 295:17<br><br>Irrelevant (FRE 402); speculative, confusing, misleading and prejudicial (FRE 403) | | | | |

**EXHIBIT 9-G**

**TO PRETRIAL ORDER**

Abraxis's Designation of Deposition Testimony

Witness:  William Davis

**Deposition Designations: William Davis**

5:1-6

5:10-14

12:2-6

12:12-16

14:7-9

14:15-17

15:19-23

17:18-22

18:5-6

18:8-10

18:12-15

18:18-19

20:7-13

20:16-18

20:21-23

82:8-15

85:15-86:1

26:1-15

27:17-28:8

28:10-14

28:16-24

29:2-3

29:10

29:13-16

72:5-7

72:12-24

73:3

73:7-14

73:17-22

74:13-20

75:2-7

90:23-91:3

91:5-11

92:1-3

93:9-16

93:20-21

93:23-94:3

95:9-14

95:21-96:1

106:20-107:13

107:17-19

107:21-23

108:18-109:8

110:16-19

110:22-111:2

112:12-14

112:16-113:2

113:5-6

113:8-12

113:15-22

113:24-114:7

114:10-11

114:20-115:4

115:6-116:2

118:23-119:4

119:7-11

119:13-23

120:9-15

122:19-123:9

123:17-21

123:24-124:5

127:2-6

127:12-128:5

129:24-130:3

130:6-11

130:13-15

130:18-131:3

131:24-132:9

132:17-18

132:21-133:3

133:15-17

133:20-134:4

145:5-146:13

146:16-17

146:22-147:4

147:20-148:6

148:8-9

148:11

154:3-15

154:18-21

154:23-155:4

155:7-8

155:10-13

155:16-21

156:7-10

156:13-14

157:2-6

157:12

157:16-19

157:22-23

158:7-12

158:15-16

158:18

158:20-21

161:3-8

148:19-20

149:12-13

149:16

164:8-12

164:14-24

165:3-5

165:10-11

165:14-15

165:17-23

166:12-21

167:19-22

168:7-9

168:11-14

168:17-23

169:1-4

169:7-10

169:12-15

169:18-19

169:21-171:19

171:22-23

172:1-3

172:6-7

172:9-11

172:16-18

172:21-22

172:24-173:2

173:5-6

173:8-13

176:11-22

177:3-4

177:6-178:5

180:11-16

180:19-181:3

181:5-9

181:14-15

184:12-19

184:22-185:1

185:5-8

185:13-16

185:20-23

186:4-7

187:13-15

187:18-24

188:9-11

188:13-16

189:12-190:2

191:15-20

192:3-8

192:23-193:2

193:7-8

193:10-11

193:12-13

193:17-194:5

194:8-16

194:19-21

201:9-10

201:13-17

202:7-9

202:12-20

202:22-203:6

203:11-204:7

204:14-20

204:22-24

**EXHIBIT 9-GG**

**TO PRETRIAL ORDER**

Elan's Objections and Counter-Designations and Abraxis's Responses and Objections to

Abraxis's Designation of Deposition Testimony

Witness:  William Davis

**Davis**

| Abraxis's Designations | Elan's Objections | Ruling | Elan's Counter Designations | Abraxis's Objections | Ruling |
|---|---|---|---|---|---|
| 95:21-96:1 | | | 95:15-20 | Answer is non-responsive; Not proper counterdesignation (FRCP 32(a)(6) and FRE 106); FRE 403. | |
| 106:20-107:13 | | | 107:14-16 | Unrelated (FRCP 32(a)(6) and FRE 106). Designated testimony inaccurately reflects witnesses' testimony (see 109:4-8); FRE 403. | |
| 107:17-19 | | | 108:1-7<br>108:10-14 | Unrelated (FRCP 32(a)(6) and FRE 106). Designated testimony inaccurately reflects witness' testimony (see 109:4-8); FRE 403. | |
| 107:21-23 | | | 108:1-7<br>108:10-14<br>108:15-17 | Unrelated (FRCP 32(a)(6) and FRE 106). Designated testimony inaccurately reflects witness' testimony (see 109:4-8); FRE 403. | |
| 108:18-109:8 | | | 109:9-14<br>109:17-19<br>109:21-110:9 | 109:21-110:9 (unrelated (FRCP 32(a)(6) and FRE 106); designated testimony inaccurately reflects witness' testimony (see 112:21-114:7); FRE 403. | |
| 110:16-19 | | | 111:4<br>111:7-15 | Unrelated (FRCP 32(a)(6) and FRE 106). | |

| Abraxis's Designations | Elan's Objections | Ruling | Elan's Counter Designations | Abraxis's Objections | Ruling |
|---|---|---|---|---|---|
| 110:22-111:2 | | | 111:4<br>111:7-15 | Unrelated (FRCP 32(a)(6) and FRE 106) | |
| 114:10-11 | | | 114:15-18 | | |
| 115:6-116:2 | | | 116:3-20<br>117:8-11<br>117:14-19<br>117:21-118:2<br>118:10-20 | Unrelated (FRCP 32(a)(6) and FRE 106) | |
| 122:19-123:9 | | | 122:3-17 | Unrelated (FRCP 32(a)(6) and FRE 106); attorney objections included. | |
| 123:24-124:5 | | | 125:2-15<br>125:18-21 | Unrelated (FRCP 32(a)(6) and FRE 106). | |
| 127:12-128:5 | | | 128:6-7<br>128:10-11 | Unrelated (FRCP 32(a)(6) and FRE 106) | |
| 129:24-130:3 | | | 129:3-13<br>129:18-22 | Unrelated (FRCP 32(a)(6) and FRE 106), waste of time. | |
| 130:6-11 | Depo. Obj. at 130:4-5<br>Vague, ambiguous, incomplete (FRE 403) | | 129:3-3<br>129:18-22 | Unrelated (FRCP 32(a)(6) and FRE 106), waste of time. | |

| Abraxis's Designations | Elan's Objections | Ruling | Elan's Counter Designations | Abraxis's Objections | Ruling |
|---|---|---|---|---|---|
| 130:13-15 | Depo. Obj. at 130:16-17<br><br>Mischaracterizes previous testimony, misleading, prejudicial (FRE 403); no foundation (FRE 602) | | 129:3-13<br>129:18-22 | Unrelated (FRCP 32(a)(6) and FRE 106), waste of time. | |
| 130:18-131:3 | Depo. Obj. at 130:16-17<br><br>Mischaracterizes previous testimony (FRE 611(a)), misleading, prejudicial (FRE 403); no foundation (602) | | 129:3-13<br>129:18-22 | Unrelated (FRCP 32(a)(6) and FRE 106), waste of time. | |
| 131:24-132:9 | | | 132:10-11<br>132:14-15 | Unrelated (FRCP 32(a)(6) and FRE 106) | |
| 145:5-146:13 | Depo. Obj. at 146:14-15<br><br>Vague and ambiguous (FRE 403), Expert (FRE 702) | | | | |
| 146:16-17 | Depo. Obj. at 146:14-15<br><br>Vague and ambiguous (FRE 403), Improper lay opinion (FRE 702) | | | | |
| 146:22-147:4 | Depo. Obj. at 147:6-7<br><br>Expert (FRE 702) | | | | |
| 147:20-148:6 | Depo. Obj. at 148:1-2<br><br>Expert (FRE 702) | | | | |

| Abraxis's Designations | Elan's Objections | Ruling | Elan's Counter Designations | Abraxis's Objections | Ruling |
|---|---|---|---|---|---|
| 148:8-9 | Depo. Obj. at 148:10<br><br>Expert (FRE 702) | | | | |
| 148:11 | | | 148:13-18 | | |
| 157:16-19 | Depo. Obj. at 157:20<br><br>Speculation, vague and ambiguous (FRE 403); Expert (FRE 702); No personal knowledge (FRE 602) | | | | |
| 157:22-23 | Depo. Obj. at 157:20<br><br>Speculation, vague and ambiguous (FRE 403); Expert (FRE 702); No personal knowledge (FRE 602) | | | | |
| 158:7-12 | Depo. Obj. at 158:13-14<br><br>Vague, ambiguous and confusing (FRE 403, 611a); Expert (FRE 701, 702); No personal knowledge (FRE 602) | | | | |
| 158:15-16 | Depo. Obj. at 158:19<br><br>Vague, ambiguous and confusing (FRE 403, 611a); Expert (FRE 701, 702); No personal knowledge (FRE 602) | | | | |

| Abraxis's Designations | Elan's Objections | Ruling | Elan's Counter Designations | Abraxis's Objections | Ruling |
|---|---|---|---|---|---|
| 158:18 | Depo. Obj. at 158:19<br><br>Vague, ambiguous and confusing (FRE 403, 611a); Expert (FRE 701, 702); No personal knowledge (FRE 602) | | | | |
| 158:20-21 | Depo. Obj. at 158:19<br><br>Vague, ambiguous and confusing (FRE 403, 611a); Expert (FRE 701, 702); No personal knowledge (FRE 602) | | 159:14-23<br>160:2-11 | Unrelated (FRCP 32(a)(6) and FRE 106) | |
| 148:19-20 | Irrelevant (FRE 402) | | 148:24-149:3 | Unrelated (FRCP 32(a)(6) and FRE 106) | |
| 149:12-13 | Depo. Obj. at 149:14-15<br><br>No personal knowledge (*see* 148:19-20); Expert (FRE 701) | | 148:24 | Unrelated (FRCP 32(a)(6) and FRE 106); question fragment. | |
| 149:16 | Depo. Obj. at 149:14-15<br><br>No personal knowledge (*see* 148:19-20) Expert (FRE 701) | | 148:24 | Unrelated (FRCP 32(a)(6) and FRE 106); question fragment. | |
| 167:19-22 | Depo. Obj. at 167:23-24<br><br>Vague, ambiguous (FRE 403, 611a) | | | | |
| 168:17-23 | Depo. Obj. at 168:15-16<br><br>Vague, ambiguous, incomplete hypothetical (FRE 403, 611a) | | | | |

| Abraxis's Designations | Elan's Objections | Ruling | Elan's Counter Designations | Abraxis's Objections | Ruling |
|---|---|---|---|---|---|
| 169:1-4 | Depo. Obj. at 169:5-6<br><br>Vague, ambiguous, , speculative, incomplete hypothetical (FRE 403, 611a) | | | | |
| 169:12-15 | Depo. Obj. at 169:16-17<br><br>No personal knowledge (FRE 602); Confusing (FRE 403) | | | | |
| 169:18-19 | Depo. Obj. at 169:16-17<br><br>No personal knowledge (FRE 602); Confusing (FRE 403) | | | | |
| 169:21-171:19 | Depo. Obj. at 171:20-21<br><br>Vague and ambiguous (FRE 403) | | 174:17-23<br>175:3-12<br>175:16-23 | Unrelated (FRCP 32(a)(6) and FRE 106); testimony is nonresponsive and is unconnected to the '363 patent (see 176:1-9); FRE 403. | |
| 171:22-23 | Depo. Obj. at 171:20-21<br><br>Irrelevant (FRE 402); vague and ambiguous (FRE 403) | | 174:17-23<br>175:3-12<br>175:16-23 | Unrelated (FRCP 32(a)(6) and FRE 106); testimony is non responsive and is unconnected to the '363 patent (see 176:1-9) ; FRE 403. | |
| 172:1-3 | Depo. Obj. at 172:4-5<br><br>Irrelevant (FRE 402); vague and ambiguous (FRE 403) | | 174:17-23<br>175:3-12<br>175:16-23 | Unrelated (FRCP 32(a)(6) and FRE 106); testimony is nonresponsive and is unconnected to the '363 patent (see 176:1-9); FRE 403. | |

| Abraxis's Designations | Elan's Objections | Ruling | Elan's Counter Designations | Abraxis's Objections | Ruling |
|---|---|---|---|---|---|
| 172:6-7 | Depo. Obj. at 172:4-5<br><br>Irrelevant (FRE 402); vague and ambiguous (FRE 403) | | 174:17-23<br><br>175:3-12<br><br>175:16-23 | Unrelated (FRCP 32(a)(6) and FRE 106); testimony is nonresponsive and is unconnected to the '363 patent (see 176:1-9); FRE 403. | |
| 172:9-11 | Depo. Obj. at 172:12-13<br><br>Irrelevant (FRE402), vague, ambiguous and compound (FRE 403) | | 174:17-23<br><br>175:3-12<br><br>175:16-23 | Unrelated (FRCP 32(a)(6) and FRE 106); testimony is nonresponsive and is unconnected to the '363 patent (see 176:1-9); FRE 403. | |
| 172:16-18 | Depo. Obj. at 172:19-20<br><br>Irrelevant (FRE 402); vague and ambiguous (FRE 403) | | 174:17-23<br><br>175:3-12<br><br>175:16-23 | Unrelated (FRCP 32(a)(6) and FRE 106); testimony is nonresponsive and is unconnected to the '363 patent (see 176:1-9); FRE 403. | |
| 172:21-22 | Irrelevant (FRE 402) | | 174:17-23<br><br>175:3-12<br><br>175:16-23 | Unrelated (FRCP 32(a)(6) and FRE 106); testimony is nonresponsive and is unconnected to the '363 patent (see 176:1-9); FRE 403. | |
| 172:24-173:2 | Depo. Obj. at 173:3-4<br><br>Vague and ambiguous (FRE 403) | | 174:17-23<br><br>175:3-12<br><br>175:16-23 | Unrelated (FRCP 32(a)(6) and FRE 106); testimony is nonresponsive and is unconnected to the '363 patent (see 176:1-9); FRE 403. | |

| Abraxis's Designations | Elan's Objections | Ruling | Elan's Counter Designations | Abraxis's Objections | Ruling |
|---|---|---|---|---|---|
| 173:5-6 | Depo. Obj. at 173:3-4<br><br>Vague and ambiguous (FRE 403) | | 174:17-23<br>175:3-12<br>175:16-23 | Unrelated (FRCP 32(a)(6) and FRE 106); testimony is nonresponsive and is unconnected to the '363 patent (see 176:1-9); FRE 403. | |
| 176:11-22 | Depo. Obj. at 176:23-177:2<br><br>Irrelevant (FRE 402); No personal knowledge (FRE 602); vague and ambiguous (FRE 403) | | | | |
| 177:3-4 | Depo. Obj. at 176:23-177:2<br><br>Irrelevant (FRE 402); No personal knowledge (FRE 602); vague and ambiguous (FRE 403) | | | | |
| 177:6-178:5 | | | 178:7-13<br>178:16-19 | Unrelated (FRCP 32(a)(6) and FRE 106); testimony is nonresponsive; FRE 403; waste of time. | |
| 180:11-16 | Depo. Obj. at 180:17-18<br><br>Hearsay within hearsay (FRE 802); Incomplete hypothetical (FRE 703), vague and ambiguous (FRE 403) | | | | |
| 180:19-181:3 | Depo. Obj. at 180:17-18<br><br>Hearsay within hearsay (FRE 802); Incomplete hypothetical (FRE 703), vague and ambiguous (FRE 403) | | | | |

| Abraxis's Designations | Elan's Objections | Ruling | Elan's Counter Designations | Abraxis's Objections | Ruling |
|---|---|---|---|---|---|
| 181:5-9 | Depo. Obj. at 181:10-13<br><br>Hearsay within hearsay (FRE 802); Misleading, no foundation (FRE 403) | | | | |
| 181:14-15 | Depo. Obj. at 181:10-13<br><br>Hearsay within hearsay (FRE 802); Misleading, vague and ambiguous (FRE 403) | | | | |
| 184:12-19 | Depo. Obj. at 184:20-21<br><br>Irrelevant; vague and ambiguous (FRE 403) | | | | |
| 185:5-8 | | | 185:9-12 | | |
| 185:20-23 | | | 185:9-12 | Unrelated (FRCP 32(a)(6) and FRE 106) | |
| 186:4-7 | | | 184:22-185:1 | Unrelated (FRCP 32(a)(6) and FRE 106), no question designated, testimony is speculative ("I have to assume") and nonresponsive. | |
| 191:15-20 | Depo. Obj. at 191:21-24<br><br>No foundation, vague and ambiguous (FRE 403) | | 192:3-8 | | |
| 192:3-8 | | | 192:3-8 | | |

| Abraxis's Designations | Elan's Objections | Ruling | Elan's Counter Designations | Abraxis's Objections | Ruling |
|---|---|---|---|---|---|
| 192:23-193:2 | Depo. Obj. at 193:3-6<br><br>No foundation, vague, ambiguous, and misleading (FRE 403) | | 192:3-8 | Unrelated (FRCP 32(a)(6) and FRE 106), no question designated. | |
| 193:7-8 | | | 189:12-190:2 | Unrelated; testimony is nonresponsive. | |
| 193:17-194:5 | Depo. Obj. at 194:6-7<br><br>Misleading, no foundation (FRE 403) | | 189:12-190:2 | Unrelated; testimony is nonresponsive. | |
| 194:8-16 | Depo. Obj. at 194:6-7<br><br>Misleading, no foundation (FRE 403) | | 189:12-190:2 | Unrelated; testimony is nonresponsive. | |
| 194:19-21 | Depo. Obj. at 194:17-18<br><br>Vague and ambiguous (FRE 403) | | 195:5-13 | Unrelated (FRCP 32(a)(6) and FRE 106), no question designated. | |
| 201:9-10 | Depo. Obj. at 201:11-12<br><br>Speculation, vague and ambiguous (FRE 403); no personal knowledge (FRE 602) | | 201:13-17 | | |
| 201:13-17 | | | 201:18-22 | Waste of time. | |
| 202:7-9 | Depo. Obj. at 202:10-11<br><br>Irrelevant (FRE 402); vague and ambiguous (FRE 403) | | | | |

**EXHIBIT 9-H**

**TO PRETRIAL ORDER**

Abraxis's Designation of Deposition Testimony

Witness:  Lawrence De Garavilla

**Deposition Designations: Lawrence De Garavilla**

8:1-5

8:10-23

29:24-30:11

30:13-31:10

31:11-12

31:17-18

32:1-33:4

45:5-7

45:10-20

45:23-46:4

49:24-50:3

50:4-5

50:7-51:10

52:14-53:5

60:14-23

65:6-22

81:18-24

94:11-95:20

101:20-102:23

118:21-23

119:2-18

120:1-6

120:9-11

120:23-121:2

121:5-10

121:14-17

121:20-122:2

122:5-9

122:17-18

122:22-123:5

123:8-124:3

125:19-22

126:1-8

126:11-12

127:8-9

127:11-13

127:16-17

128:1-129:4

129:7-16

129:19-130:2

134:9-12

134:16-135:10

138:4-139:23

142:8-13

142:16-143:1

143:4-9

144:16-20

144:24-145:9

145:12-19

145:22-146:9

146:12-24

147:3-9

147:12-14

158:4-14

158:15-159:4

159:7-17

160:18-161:2

161:11-15

161:19-162:2

162:5-19

162:20-163:1

163:4-6

163:8-12

163:15-16

163:18-164:9

164:12-22

165:1-5

165:8-166:19

166:23-167:18

170:23-171:13

172:2-4

172:7-9

173:17-19

194:1-7

194:10-11

195:16-23

196:2-3

196:19-23

197:2-16

197:19-199:3

199:7-10

199:16-200:1

200:4-10

217:1-9

218:11-19

230:6-231:12

231:20-233:24

234:3-235:18

235:19-236:2

237:7-24

238:5-10

238:21-241:1

241:7-13

242:17-22

246:4-247:4

247:7-249:9

250:5-21

251:3-252:1

256:18-258:20

259:11-261:11

261:14-21

262:1-5

263:1-16

263:21-264:18

265:20-266:2

266:11-24

268:7-13

274:15-275:7

278:1-279:1

279:4-13

279:24-280:6

281:1-4

281:7-8

281:13-16

281:20-282:15

282:18-283:4

299:1-300:14

307:4-16

308:1-7

308:15-17

310:3-10

312:6-10

312:14-313:7

313:10-21

313:24-314:5

321:13-322:15

331:6-8

331:12-18

331:21-333:4

334:14-335:15

336:1-2

338:6-9

338:12-339:1

339:5-14

339:15-18

343:7-11

343:19-20

344:21-345:5

362:17-24

367:2-6

367:10-18

367:21-22

374:16-20

374:23-24

375:3-377:2

**EXHIBIT 9-HH**

**TO PRETRIAL ORDER**

Elan's Objections and Counter-Designations and Abraxis's Responses and Objections to

Abraxis's Designation of Deposition Testimony

Witness:  Lawrence De Garavilla

**de Garavilla**

| Abraxis's Designations | Elan's Objections | Ruling | Elan's Counter Designations | Abraxis's Objections | Ruling |
|---|---|---|---|---|---|
| 32:1-33:4 | Relevance (FRE 402) | | | | |
| 45:5-7 | As to: 45:5-7<br><br>Depo. Obj. at :45 8-9<br><br>Calls for legal conclusion (FRE 702) | | | | |
| 45:10-20 | As to: 45:10-12; 45:18-20<br><br>Depo. Obj. at 45: 21-22<br><br>Calls for legal conclusion (FRE 702) | | | | |
| 45:23-46:4 | As to 45:23-46:4<br><br>Depo. Obj. at 45:21-22<br><br>Calls for legal conclusion (FRE 702) | | 46:5 | | |
| 94:11-95:20 | | | 94:6-10 | | |
| 128:1-129:4 | As to 129:2-4<br><br>Depo. Obj. at : 129:5-6<br><br>Calls for legal conclusion (FRE 702) | | | | |
| 129:7-16 | As to 129:7-8<br><br>Depo. Obj. at : 129:5-6<br><br>Calls for legal conclusion (FRE 702) | | | | |

| Abraxis's Designations | Elan's Objections | Ruling | Elan's Counter Designations | Abraxis's Objections | Ruling |
|---|---|---|---|---|---|
| 144:16-20 | Depo. Obj. at 144:21-23<br><br>Improper lay opinion (FRE 702); compound question (FRE 611) | | | | |
| 144:24-145:9 | Depo. Obj. at 145:10-11<br><br>Improper lay opinion (FRE 702) | | | | |
| 145:12-19 | Depo. Obj. at 145:20-21<br><br>Improper lay opinion (FRE 702) | | | | |
| 145:22-146:9 | Depo. Obj. at 146:10-11<br><br>Improper lay opinion (FRE 702) | | | | |
| 146:12-24 | Depo. Obj. at 147:1-2<br><br>Improper lay opinion (FRE 702) | | | | |
| 147:3-9 | Depo. Obj. at 147:6-9<br><br>Improper lay opinion (FRE 702) | | | | |
| 147:12-14 | Depo. Obj. at 147:6-9<br><br>Improper lay opinion (FRE 702) | | | | |
| 158:4-159:4 | Depo. Obj. at 146:10-11<br><br>Improper lay opinion (FRE 702) | | | | |

| Abraxis's Designations | Elan's Objections | Ruling | Elan's Counter Designations | Abraxis's Objections | Ruling |
|---|---|---|---|---|---|
| 238:21-241:1 | Depo. Obj. at 239:1-240:8<br>Hearsay within hearsay (FRE 802)<br>Depo. Obj. at 240:9-241:1<br>No personal knowledge (FRE 602) | | | | |
| 242:17-22 | Depo. Obj. at 242:17-22<br>Hearsay within hearsay (FRE 802) | | | | |
| 246:4-247:4 | Depo. Obj. at 246:4-23<br>Hearsay within hearsay (FRE 802)<br>Depo. Obj. at 247:1-4<br>No personal knowledge (FRE 602) | | | | |
| 247:7-249:9 | Depo. Obj. at 247:7-9 & 249:4-9<br>No personal knowledge (FRE 602) | | | | |
| 251:3-252:1 | Depo. Obj. at 251:16-21<br>Hearsay within hearsay (FRE 802) | | | | |
| 256:18-258:20 | Depo. Obj. at 257:9-258:10<br>Hearsay within hearsay (FRE 802) | | | | |
| 259:11-261:11 | Depo. Obj. at 259:11-22 & 260:11-18<br>Hearsay within hearsay (FRE 802) | | | | |

| Abraxis's Designations | Elan's Objections | Ruling | Elan's Counter Designations | Abraxis's Objections | Ruling |
|---|---|---|---|---|---|
| 263:1-16 | Depo. Obj. at 263:1-8<br>No Personal Knowledge (FRE 602) | | | | |
| 266:11-24 | Depo. Obj. at 266:11-24<br>Hearsay within hearsay (FRE 802) | | | | |
| 279:4-13 | Depo. Obj. at 279:4-13<br>No Personal Knowledge (FRE 602) | | | | |
| 299:1-300:14 | Depo. Obj. at 299:10-300:14<br>No personal knowledge (FRE 602) | | | | |
| 362:17-24 | Irrelevant (FRE 402) | | | | |
| 367:2-6 | Depo. Obj. at 367:7-9<br>Improper lay opinion (FRE 702) | | | | |
| 367:10-18 | Depo. Obj. at 367:7-9; 367:19-20<br>Improper lay opinion (FRE 702) | | | | |
| 367:21-22 | Depo. Obj. at 367:19-20<br>Improper lay opinion (FRE 702) | | | | |
| 374:16-20 | | | | | |
| 374:23-24 | | | | | |
| 375:3-377:2 | | | | | |

**EXHIBIT 9-I**

**TO PRETRIAL ORDER**

Abraxis's Designation of Deposition Testimony

Witness:  Michael Hawkins

## Deposition Designations: Michael Hawkins

7:4-7

222:5-8

241:25-242:8

242:10-14

257:4-10

266:25-267:12

**EXHIBIT 9-J**

**TO PRETRIAL ORDER**

Abraxis's Designation of Deposition Testimony

Witness:  Elaine Liversidge

**Deposition Designations: Elaine Liversidge**

6:3-6:4

6:6-6:8

6:11-7:1

7:5-7:8

9:11-9:12

9:15-9:16

12:13-12:21

19:3-19:6

19:9-19:11

20:13-20:16

20:19-21:2

21:5-22:4

22:7-22:8

22:25-23:2

23:4-23:7

23:10-23:24

24:4-24:11

24:13-24:18

25:14-25:17

25:20-26:8

26:11-26:12

26:14-26:15

29:6-29:8

29:13-30:11

32:10-32:22

33:3-33:7

34:3-34:12

34:15-34:25

35:4-35:18

35:21-36:13

36:16-36:17

36:21-39:9

39:19-39:22

39:24-42:7

44:10-44:16

44:25-45:2

47:2-47:10

47:15-47:17

47:21-49:10

49:13-49:19

52:16-52:18

53:10-53:12

57:4-57:7

57:16-57:23

58:2-58:8

62:2-63:13

63:22-64:21

64:23-66:20

66:23-67:23

75:4-75:8

75:12-76:4

76:7-76:11

100:6-100:8

100:11-100:15

120:14-120:17

120:20-120:25

121:3-121:6

121:8-121:9

122:2-122:5

123:3-123:3

124:2-124:23

125:2-125:19

128:5-128:9

130:12-130:16

130:19-131:3

132:25-133:7

133:9-133:14

135:5-135:8

135:11-135:18

135:20-136:2

136:5-136:9

136:12-136:18

136:21

136:25-137:8

138:2-138:3

139:3-139:18

139:21-139:23

141:2-141:4

142:2-142:7

142:10-143:2

143:6-143:12

143:15-144:7

163:5-163:7

163:10-163:18

163:24-164:2

164:6-164:12

164:15-164:21

164:24-165:3

166:11-166:13

166:16-167:6

167:9-168:6

168:9-168:19

168:21-168:23

169:2-169:9

169:12-169:20

174:25-175:3

178:9-178:13

178:15-178:15

178:19-179:8

180:2-180:5

180:10-180:14

181:8-181:19

181:24-182:4

182:9-183:14

184:25-185:6

185:9-185:13

186:5-186:19

189:7-189:9

190:3-190:7

190:10

190:13-191:5

191:8-191:15

195:2-195:5

196:3-197:22

197:25-198:19

199:16-199:21

199:24-200:13

200:17-201:5

201:9-201:21

201:24-202:7

203:2-203:4

203:10-203:15

203:18-204:17

204:20-206:13

207:9-207:14

207:17-207:25

209:7-209:9

209:13-209:18

211:15-211:25

213:10-213:12

213:18-213:25

222:8-222:11

222:14-222:21

222:24

223:2-223:15

246:2-246:4

247:3-248:19

252:13-252:24

253:3

253:6-253:11

253:13-253:20

281:3-282:4

284:2-284:5

284:8-284:15

284:19-284:23

285:12-285:23

288:3-288:5

288:9-288:11

292:2-292:4

293:24-295:2

306:10-306:17

308:3-308:16

310:8-310:20

310:25-311:10

311:14-311:25

312:4-312:17

312:24

313:7-313:12

313:15-314:12

315:2-315:3

317:3-318:20

318:24-319:6

352:9-352:10

352:13

355:5-355:8

355:12-355:17

**EXHIBIT 9-JJ**

**TO PRETRIAL ORDER**

Elan's Objections and Counter-Designations and Abraxis's Responses and Objections to

Abraxis's Designation of Deposition Testimony

Witness:  Elaine Liversidge

**E. Liversidge**

| Abraxis's Designations | Elan's Objections | Ruling | Elan's Counter Designations | Abraxis's Objections | Ruling |
|---|---|---|---|---|---|
| 6:11-7:1 | FRE 402 (home address 6:20-7:1) | | | | |
| 9:11-9:12 | Depo. Obj. at 9:13-14<br><br>Improper lay opinion (FRE 701); No personal knowledge (FRE 602); ambiguous (FRE 403); no foundation (FRE 611(a)) | | 10:10-13 | Unrelated (FRCP 32(a)(6) and FRE 106); no question designated. | |
| 9:15-9:16 | Depo. Obj. at 9:13-14<br><br>Improper lay opinion (FRE 701); No personal knowledge (FRE 602); ambiguous (FRE 403); no foundation (FRE 611(a)) | | | | |
| 12:13-12:21 | Irrelevant (FRE 403) (12:16) | | 13:15-18 | Unrelated (FRCP 32(a)(6) and FRE 106); no question designated; testimony is misleading without question and prior testimony; FRE 403. | |
| 21:5-22:4 | Depo. Obj. at 22:5-6<br><br>No personal knowledge (FRE 602); vague, ambiguous (FRE 403); No foundation (FRE 611(a)) | | | | |

| Abraxis's Designations | Elan's Objections | Ruling | Elan's Counter Designations | Abraxis's Objections | Ruling |
|---|---|---|---|---|---|
| 22:7-22:8 | Depo. Obj. at 22:5-6<br><br>No personal knowledge (FRE 602); vague, ambiguous (FRE 403); No foundation (FRE 611(a)) | | | | |
| 23:10-23:24 | Depo. Obj. at 23:25-24:3<br><br>No personal knowledge FRE 602); vague and ambiguous (FRE 403); No foundation (FRE 611(a)) | | | | |
| 24:4-24:11 | Depo. Obj. at 23:25-24:3<br><br>No personal knowledge FRE 602); vague and ambiguous (FRE 403); No foundation (FRE 611(a)) | | | | |
| 25:20-26:8 | Depo. Obj. at 25:18-19<br><br>No foundation (FRE 611(a))<br><br>Depo. Obj. at 26:9-10<br><br>No foundation (FRE 611(a)) | | | | |
| 26:11-26:12 | Depo. Obj. at 26:9-10<br><br>No foundation (FRE 611(a)); Cumulative (FRE 403) | | | | |

| Abraxis's Designations | Elan's Objections | Ruling | Elan's Counter Designations | Abraxis's Objections | Ruling |
|---|---|---|---|---|---|
| 26:14-26:15 | Cumulative (FRE 403) | | 26:24-27:6 | Unrelated (FRCP 32(a)(6) and FRE 106); testimony is non-responsive; FRE 403; no question designated. | |
| 29:6-29:8 | Irrelevant (FRE 402) | | | | |
| 29:13-30:11 | Irrelevant (FRE 402) | | | | |
| 35:4-35:18 | Depo. Obj. at 35:19-20 Best Evidence Rule (FRE 1002) | | | | |
| 35:21-36:13 | Depo. Obj. at 35:19-20 Best Evidence Rule (FRE 1002) | | | | |
| 36:21-39:9 | Depo. Obj. at 36:14-15l 36:18-20 Improper lay opinion (FRE 701) | | | | |
| 39:19-39:22 | Depo. Obj. at 36:14-15l 36:18-20 Improper lay opinion (FRE 701) | | | | |
| 39:24-42:7 | Depo. Obj. at 39:23 Improper lay opinion (FRE 701) | | | | |

| Abraxis's Designations | Elan's Objections | Ruling | Elan's Counter Designations | Abraxis's Objections | Ruling |
|---|---|---|---|---|---|
| 47:15-47:17 | Depo. Obj. at 47:18-20<br><br>Misstates prior testimony (FRE 611(a)); improper lay opinion (FRE 701)<br><br>Irrelevant (FRE 402) | | | | |
| 47:21-49:10 | Depo. Obj. at 47:18-20<br><br>Misstates prior testimony (FRE 611(a)); improper lay opinion (FRE 701) | | | | |
| 49:13-49:19 | Depo. Obj. at 49:11-12<br><br>Vague and ambiguous (FRE 611(a)) | | | | |
| 52:16-52:18 | Vague, confusing, no question designated, no context for response (FRE 403) | | | | |
| 53:10-53:12 | Depo. Obj. at 57:8-9, 57:15<br><br>Best Evidence Rule (FRE 1002) | | | | |
| 57:4-57:7 | Depo. Obj. at 57:8-9, 57:15<br><br>Best Evidence Rule (FRE 1002) | | | | |
| 57:16-57:23 | Depo. Obj. at 57:8-9, 57:15<br><br>Best Evidence Rule (FRE 1002) | | | | |

| Abraxis's Designations | Elan's Objections | Ruling | Elan's Counter Designations | Abraxis's Objections | Ruling |
|---|---|---|---|---|---|
| 58:2-58:8 | Depo obj 57:24-25<br><br>No foundation (FRE 611(a)) | | 58:18-59:3 | Unrelated (FRCP 32(a)(6) and FRE 106); no question designated; testimony is nonresponsive; FRE 403. | |
| 64:23-66:20 | FRE 403 as to 64:23<br><br>Depo. Obj. at 64:20-23<br><br>No personal knowledge as to "NanoSystem's belief" (FRE 602) | | | | |
| 66:23-67:23 | FRE 403 as to 64:23<br><br>Depo. Obj. at 64:20-23<br><br>No personal knowledge as to "NanoSystem's belief" (FRE 602) | | | | |
| 75:12-76:4 | Depo. Obj. at 75:9-11<br><br>Vague, ambiguous (FRE 403, FRE 611a) | | | | |
| 76:7-76:11 | Depo. Obj. at 75:9-11<br><br>Vague, ambiguous (FRE 403, FRE 611a)<br><br>Depo. Obj. at 76:5-6<br><br>Improper lay opinion (FRE 701), no personal knowledge (FRE 611(a)) | | | | |

| Abraxis's Designations | Elan's Objections | Ruling | Elan's Counter Designations | Abraxis's Objections | Ruling |
|---|---|---|---|---|---|
| 100:6-100:8 | Depo. Obj. at 100:9-10<br><br>Improper lay opinion (FRE 701); no foundation (FRE 611(a)); no personal knowledge (FRE 602) | | | | |
| 100:11-100:15 | Depo. Obj. at 100:9-10<br><br>Improper lay opinion (FRE 701); no foundation (FRE 611(a)); no personal knowledge (FRE 602) | | 100:23-103:23 | Unrelated (FRCP 32(a)(6) and FRE 106); waste of time; FRE 403. | |
| 120:14-120:17 | Depo. Obj. at 120:14-17<br><br>No foundation (FRE 611(a)); no personal knowledge (FRE 602) | | | | |
| 120:20-120:25 | Depo. Obj. at 120:14-17; 121:2<br><br>No foundation (FRE 611(a)); no personal knowledge (FRE 602) | | | | |
| 121:3-121:6 | Depo. Obj. at 120:14-17; 121:2<br><br>No foundation (FRE 611(a)); no personal knowledge (FRE 602) | | | | |
| 121:8-121:9 | Depo. Obj. at 121:7<br><br>No foundation (FRE 611(a)); no personal knowledge (FRE 602) | | | | |

| Abraxis's Designations | Elan's Objections | Ruling | Elan's Counter Designations | Abraxis's Objections | Ruling |
|---|---|---|---|---|---|
| 125:2-125:19 | FRE 403 as to 125:9-10<br><br>Depo. Obj. at 125:9-11<br><br>Best Evidence Rule (FRE 1002) | | | | |
| 128:5-128:9 | Question designated without response (FRE 403) | | | | |
| 130:12-130:16 | Depo. Obj. at 130:17-18<br><br>Vague (FRE 403, FRE 611a); no foundation (FRE 611(a)) | | | | |
| 130:19-131:3 | Depo. Obj. at 130:17-18<br><br>Vague (FRE 403, FRE 611a); no foundation (FRE 611(a)) | | | | |
| 135:5-135:8 | Depo. Obj. at 135:9-10<br><br>Improper lay opinion (FRE 701); incomplete hypothetical (FRE 703) | | | | |
| 135:11-135:18 | Depo. Obj. at 135:9-10, 135:19<br><br>Improper lay opinion (FRE 701); incomplete hypothetical (FRE 703) | | | | |
| 135:20-136:2 | Depo. Obj. at 135:19; 135:25-136:2<br><br>Irrelevant (FRE 402) | | | | |

| Abraxis's Designations | Elan's Objections | Ruling | Elan's Counter Designations | Abraxis's Objections | Ruling |
|---|---|---|---|---|---|
| 136:5-136:9 | Depo. Obj. at 135:25-136:2<br><br>Irrelevant (FRE 402); No personal knowledge (FRE 602) | | | | |
| 136:12-136:18 | FRE 611a 136:19-20<br><br>Irrelevant (FRE 402); No personal knowledge (FRE 602) | | | | |
| 136:21 | FRE 611a 136:19-20<br><br>Irrelevant (FRE 402); No personal knowledge (FRE 602); No foundation (FRE 611(a)) | | | | |
| 136:25-137:8 | Depo. Obj. at 136:22-24; 137:5-6<br><br>Irrelevant (FRE 402); No foundation (FRE 611(a)); No personal knowledge (FRE 602); misstates prior testimony (FRE 611(a)) | | | | |
| 138:2-138:3 | Irrelevant (FRE 402) | | | | |
| 139:3-139:18 | Depo. Obj. at 139:19-20<br><br>No foundation (FRE 611(a)), no personal knowledge (FRE 602) | | | | |

| Abraxis's Designations | Elan's Objections | Ruling | Elan's Counter Designations | Abraxis's Objections | Ruling |
|---|---|---|---|---|---|
| 139:21-139:23 | Depo. Obj. at 139:19-20<br><br>No foundation (FRE 611(a)), no personal knowledge (FRE 602) | | 140:2-7 | Unrelated (FRCP 32(a)(6) and FRE 106); no question designated; 140:5-7 lacks foundation and is nonresponsive. | |
| 142:2-142:7 | Depo. Obj. at 142:8-9<br><br>Vague and ambiguous (FRE 403); No foundation (FRE 611(a)); No personal knowledge (FRE 602); Best Evidence Rule (FRE 1002) | | | | |
| 142:10-143:2 | Depo. Obj. at 142:8-9, 143:3-5<br><br>Vague and ambiguous (FRE 403); No foundation (FRE 611(a)); No personal knowledge (FRE 602); Best Evidence Rule (FRE 1002) | | | | |
| 143:6-143:12 | Depo. Obj. at 143:3-5; 143:13-14<br><br>Vague and ambiguous (FRE 403); No foundation (FRE 611(a)); No personal knowledge (FRE 602); Best Evidence Rule (FRE 1002) | | | | |
| 143:15-144:7 | Depo. Obj. at 143:13-14<br><br>Vague and ambiguous (FRE 403); No foundation (FRE 611(a)); No personal knowledge (FRE 602); Best Evidence Rule (FRE 1002) | | 144:12-19<br>145:2-9 | No question designated for testimony. | |

| Abraxis's Designations | Elan's Objections | Ruling | Elan's Counter Designations | Abraxis's Objections | Ruling |
|---|---|---|---|---|---|
| 163:5-163:7 | Depo. Obj. at 163:8-9<br><br>No personal knowledge (FRE 602); vague and ambiguous (FRE 403); no foundation (FRE 611(a)) compound question (FRE 611(a)) | | | | |
| 163:10-163:18 | Depo. Obj. at 163:8-9<br><br>No personal knowledge (FRE 602); vague and ambiguous (FRE 403); no foundation (FRE 611(a)) compound question (FRE 611(a)) | | | | |
| 163:24-164:2 | Depo. Obj. at 164:3-5<br><br>No personal knowledge (FRE 602); vague and ambiguous (FRE 403); no foundation (FRE 611(a)) compound question (FRE 611(a)) | | | | |
| 164:6-164:12 | Depo. Obj. at 164:3-5, 164:13-14<br><br>No personal knowledge (FRE 602); vague and ambiguous (FRE 403); no foundation (FRE 611(a)) compound question (FRE 611(a)) | | | | |

| Abraxis's Designations | Elan's Objections | Ruling | Elan's Counter Designations | Abraxis's Objections | Ruling |
|---|---|---|---|---|---|
| 164:15-164:21 | Depo. Obj. at 164:22-23<br><br>No personal knowledge (FRE 602); vague and ambiguous (FRE 403); no foundation (FRE 611(a)) compound question (FRE 611(a)) | | | | |
| 164:24-165:3 | Depo. Obj. at 164:22-23<br><br>No personal knowledge (FRE 602); vague and ambiguous (FRE 403); no foundation (FRE 611(a)) compound question (FRE 611(a)) | | | | |
| 166:11-166:13 | Depo. Obj. at 166:14-15<br><br>Vague and ambiguous (FRE 611(a)); improper hypothetical (FRE 703) | | | | |
| 166:16-167:6 | Depo. Obj. at 166:14-15<br><br>Vague and ambiguous (FRE 611(a)); improper hypothetical (FRE 703) | | | | |
| 167:9-168:6 | Depo. Obj. at 167:7-8<br><br>No foundation (FRE 611(a)) | | | | |

| Abraxis's Designations | Elan's Objections | Ruling | Elan's Counter Designations | Abraxis's Objections | Ruling |
|---|---|---|---|---|---|
| 168:9-168:19 | Depo. Obj. at 167:7-8, 168:7-8; 167:20<br><br>Irrelevant (FRE 402); no foundation (FRE 611(a)) | | | | |
| 168:21-168:23 | Depo. Obj. at 167:20, 167:24<br>No foundation (FRE 611(a)) | | | | |
| 169:2-169:9 | Depo. Obj. at 167:24<br>Irrelevant (FRE 402); no foundation (FRE 611(a)) | | | | |
| 169:12-169:20 | Irrelevant (FRE 402) | | | | |
| 178:9-178:13 | Depo. Obj. at 178:14<br>No foundation (FRE 611(a)) | | | | |
| 178:15-178:15 | Depo. Obj. at 178:14<br>No foundation (FRE 611(a)) | | | | |
| 178:19-179:8 | Depo. Obj. at 178:16-18<br>No foundation (FRE 611(a)) | | | | |
| 182:9-183:14 | | | 183:21-184:6 | Unrelated (FRCP 32(a)(6) and FRE 106); no question designated; FRE 403; confusing and waste of time. | |

| Abraxis's Designations | Elan's Objections | Ruling | Elan's Counter Designations | Abraxis's Objections | Ruling |
|---|---|---|---|---|---|
| 184:25-185:6 | Depo. Obj. at 185:7-8<br><br>Compound question, vague and ambiguous (FRE 611(a)) | | | | |
| 185:9-185:13 | Depo. Obj. at 185:7-8<br><br>No foundation (FRE 611(a)) | | 185:21-186:4 | Unrelated (FRCP 32(a)(6) and FRE 106); no question designated; FRE 403. | |
| 190:3-190:7 | Depo. Obj. at 190:8-9<br><br>No foundation (FRE 611(a)) | | | | |
| 190:10 | Depo. Obj. at 190:8-9<br><br>No foundation (FRE 611(a)) | | | | |
| 190:13-191:5 | Depo. Obj. at 191:6-7<br><br>No foundation (FRE 611(a)); compound question (FRE 611(a)) | | | | |
| 191:8-191:15 | Depo. Obj. at 191:6-7<br><br>No foundation (FRE 611(a)); compound question (FRE 611(a)) | | | | |
| 199:16-199:21 | Depo. Obj. at 199:22-23<br><br>No foundation (FRE 611(a)) compound question (FRE 611(a)); no personal knowledge (FRE 602) | | | | |

| Abraxis's Designations | Elan's Objections | Ruling | Elan's Counter Designations | Abraxis's Objections | Ruling |
|---|---|---|---|---|---|
| 199:24-200:13 | Depo. Obj. at 199:22-23, 200:14-16<br><br>No foundation (FRE 611(a)) compound question (FRE 611(a)); no personal knowledge (FRE 602) | | | | |
| 200:17-201:5 | Depo. Obj. at 200:14-16, 201:6-8<br><br>Irrelevant (FRE 402); Compound question (FRE 611(a)) | | | | |
| 201:9-201:21 | Depo. Obj. at 201:6-8<br><br>Irrelevant (FRE 402); Compound question (FRE 611(a)) | | | | |
| 201:24-202:7 | Depo. Obj. at 201:22-23<br><br>No foundation (FRE 611(a)); no personal knowledge (FRE 602) | | | | |
| 203:2-203:4 | Depo. Obj. at 201:22-23<br><br>No foundation (FRE 611(a)); no personal knowledge (FRE 602) | | | | |
| 203:18-204:17 | Depo. Obj. at 204:18-19<br><br>No foundation (FRE 611(a)) | | | | |
| 204:20-206:13 | Depo. Obj. at 204:18-19<br><br>No foundation (FRE 611(a)) | | | | |

| Abraxis's Designations | Elan's Objections | Ruling | Elan's Counter Designations | Abraxis's Objections | Ruling |
|---|---|---|---|---|---|
| 207:9-207:14 | Depo. Obj. at 207:15-16<br><br>No foundation (FRE 611(a)) | | | | |
| 207:17-207:25 | Depo. Obj. at 207:15-16<br><br>No foundation (FRE 611(a)) | | 208:4-10 | Unrelated (FRCP 32(a)(6) and FRE 106); no question pending or designated; answer fragment; not responsive to any question. | |
| 209:7-209:9 | Depo. Obj. at 209:10-12<br><br>No foundation (FRE 611(a)) | | | | |
| 209:13-209:18 | Depo. Obj. at 209:10-12<br><br>No foundation (FRE 611(a)) | | 210:5-9 | Unrelated (FRCP 32(a)(6) and FRE 106); no question designated. | |
| 222:8-222:11 | Depo. Obj. at 222:12-13<br><br>Compound question (FRE 611(a)) | | | | |
| 222:14-222:21 | Depo. Obj. at 222:12-13, 222:23-23<br><br>Compound question (FRE 611(a)), no foundation (FRE 611(a)) | | | | |
| 222:24 | Depo. Obj. at 222:23-23<br><br>Compound question (FRE 611(a)), no foundation (FRE 611(a)) | | | | |
| 252:13-252:24 | Irrelevant (FRE 402) (answer is provided without question for context) | | | | |

| Abraxis's Designations | Elan's Objections | Ruling | Elan's Counter Designations | Abraxis's Objections | Ruling |
|---|---|---|---|---|---|
| 253:3 | Depo. Obj. at 252:25-253:2<br><br>Irrelevant (FRE 402); vague and ambiguous (FRE 403, FRE 611a); no personal knowledge (FRE 602) | | | | |
| 253:6-253:11 | Depo. Obj. at 253:12<br><br>No personal knowledge (FRE 602); vague and ambiguous (FRE 611(a)) | | | | |
| 253:13-253:20 | Depo. Obj. at 253:12<br><br>No personal knowledge (FRE 602); vague and ambiguous (FRE 611(a)) | | 253:21-25<br><br>254:2-15 | Unrelated (FRCP 32(a)(6) and FRE 106); testimony is nonresponsive; FRE 403, waste of time. | |
| 281:3-282:4 | Irrelevant (FRE 402); vague and ambiguous (FRE 403) | | | | |
| 284:2-284:5 | Depo. Obj. at 284:6-7<br><br>Irrelevant (FRE 402); vague and ambiguous (FRE 403); no foundation (FRE 611(a)) | | | | |
| 284:8-284:15 | Depo. Obj. at 284:6-7<br><br>Irrelevant (FRE 402); vague and ambiguous (FRE 403); no foundation (FRE 611(a)) | | | | |

| Abraxis's Designations | Elan's Objections | Ruling | Elan's Counter Designations | Abraxis's Objections | Ruling |
|---|---|---|---|---|---|
| 284:19-284:23 | Depo. Obj. at 284:21-22<br><br>Irrelevant (FRE 402 -attorney colloquy); vague and ambiguous (FRE 403) | | | | |
| 285:12-285:23 | Depo. Obj. at 285:14-15, 19-20<br><br>Irrelevant (FRE 402-attorney colloquy), question without response (FRE 403); no foundation (FRE 611(a)) | | 285:24-286:25 | Unrelated (FRCP 32(a)(6) and FRE 106); testimony is nonresponsive. | |
| 288:3-288:5 | Depo. Obj. at 288:6-8<br><br>Irrelevant (FRE 402); vague and ambiguous (FRE 403); improper lay opinion (FRE 701) | | | | |
| 288:9-288:11 | Irrelevant (FRE 402); vague and ambiguous (FRE 403) | | 288:17-289:4 | Unrelated (FRCP 32(a)(6) and FRE 106); no question designated; testimony is not responsive; FRE 403. | |
| 293:24-295:2 | Irrelevant (FRE 402); vague and ambiguous (FRE 403) | | | | |
| 310:8-310:20 | Depo. Obj. at 310:21-24<br><br>Irrelevant (FRE 402); No foundation (FRE 403, FRE 611a) | | | | |

| Abraxis's Designations | Elan's Objections | Ruling | Elan's Counter Designations | Abraxis's Objections | Ruling |
|---|---|---|---|---|---|
| 310:25-311:10 | Depo. Obj. at 310:21-24, 311:11-13<br><br>Irrelevant (FRE 402); No foundation (FRE 403, FRE 611a) | | | | |
| 311:14-311:25 | Depo. Obj. at311:11-13; 312:2-3<br><br>Irrelevant (FRE 402); No foundation (FRE 403, FRE 611a) | | | | |
| 312:4-312:17 | Depo. Obj. at 312:2-3<br><br>Irrelevant (FRE 402); No foundation (FRE 403, FRE 611a) | | | | |
| 312:24 | Depo. Obj. at 312:2-3, 312:2-3<br><br>Irrelevant (FRE 402); No foundation (FRE 403, FRE 611a) | | | | |
| 313:7-313:12 | Irrelevant (FRE 402) | | | | |
| 313:15-314:12 | Irrelevant (FRE 402) | | | | |
| 317:3-318:20 | Depo. Obj. at 317:20<br><br>Irrelevant (FRE 402) (part of question with no response) | | | | |
| 318:24-319:6 | Irrelevant (FRE 402); confusing (FRE 403) only answer designated without entire question for context | | | | |

| Abraxis's Designations | Elan's Objections | Ruling | Elan's Counter Designations | Abraxis's Objections | Ruling |
|---|---|---|---|---|---|
| 355:5-355:8 | Depo. Obj. at 355:9-11<br><br>Irrelevant (FRE 402); Misstates prior testimony (FRE 611(a)) | | | | |
| 355:12-355:17 | Depo. Obj. at 355:9-11<br><br>Irrelevant (FRE 402); Misstates prior testimony (FRE 611(a)) | | | | |

**EXHIBIT 9-K**

**TO PRETRIAL ORDER**

Abraxis's Designation of Deposition Testimony

Witness:  Gary Liversidge

**Deposition Designations: Gary Liversidge**

5:21-24

6:3-7

9:15-11:16

52:8-11

52:16-53:3

54:20-55:16

57:15-57:23

57:24-57:25

61:2-62:19

71:13-20

75:6-16

75:19

76:4-10

76:14-77:11

79:1-80:11

85:25-86:19

88:7-17

94:17-24

95:4-19

96:3-5

96:13-97:1

97:2-3

97:8-17

100:14-101:4

102:13-103:2

103:19-104:11

105:19-106:3

106:19-20

106:22

106:24-107:12

107:14-108:2

110:13-111:12

116:2-117:13

119:9-18

121:5-7

121:13-122:7

124:16-127:4

132:16-134:3

134:5-11

134:13-14

134:23-135:20

136:13-139:14

136:22-25

137:2

141:10-143:16

148:20-149:12

154:6-15

155:2-23

156:20-25

157:1-7, 9-16

159:22-160:2

160:9-161:14

161:16-17

164:3-7

165:7-166:15

166:21-167:1

171:25-173:5

173:6-173:19

175:10-19

177:14-17

179:22-25

183:1-184:18

184:22-185:14

185:15

185:17-24

186:1-9

186:16-17

187:21-188:3

188:4-17

188:24

189:2-15

189:19-190:4

190:7

190:9-12

190:14-22

191:2

191:4-5

191:7-13

191:15-18

191:20-192:1

192:3-10

192:12

192:14-17

199:12-200:3

200:14-25

201:5-7

201:25-202:24

209:13-20

211:10-13

212:5-18

217:11-16

218:6-219:2

221:22-25

223:17-224:3

224:5-11

224:14-16

224:20-225:6

225:8

225:12-226:1

226:3-14

226:23-227:13

227:19-232:4

227:22-232:4

233:22-235:17

240:14-241:5

241:10-242:16

243:2-6

249:2-7

251:14-252:6

252:7-24

254:2-24

255:4-8

256:10-258:5

258:7-260:7

260:10-261:8

261:10-24

262:1-13

262:15-264:11

264:13-17

264:19-265:8

284:9-285:4

287:20-288:9

288:11-17

288:19

311:24-312:2

**EXHIBIT 9-KK**

**TO PRETRIAL ORDER**

Elan's Objections and Counter-Designations and Abraxis's Responses and Objections to

Abraxis's Designation of Deposition Testimony

Witness:  Gary Liversidge

**G. Liversidge**

| Abraxis's Designation | Elan's Objections | Ruling | Elan's Counter Designation | Abraxis's Objections | Ruling |
|---|---|---|---|---|---|
| 9:15-11:16 | Depo. Obj. at 10:10<br><br>No personal knowledge (FRE 602) | | | | |
| 52:8-11 | Depo. Obj. at 52:12<br><br>Improper lay opinion (FRE 701)<br><br>FRE 403 | | | | |
| 54:20-55:16 | Depo. Obj. at 54:23<br><br>Improper lay opinion (FRE 701) | | | | |
| 61:2-62:19 | Irrelevant (FRE 402) | | | | |
| 71:13-20 | Irrelevant (FRE 402) | | | | |
| 75:6-16 | Depo. Obj. at 75:17<br><br>Irrelevant (FRE 402)<br><br>FRE 403 as to 75:15-16 | | | | |
| 75:19 | Depo. Obj. at 75:17<br><br>No personal knowledge (FRE 602) | | | | |

| Abraxis's Designation | Elan's Objections | Ruling | Elan's Counter Designation | Abraxis's Objections | Ruling |
|---|---|---|---|---|---|
| 76:4-10 | Irrelevant (FRE 402) No personal knowledge (FRE 602) | | | | |
| 76:14-77:11 | Irrelevant (FRE 402) | | | | |
| 79:1-80:11 | Irrelevant (FRE 402) | | | | |
| 85:25-86:19 | Irrelevant (FRE 402) | | | | |
| 88:7-17 | Irrelevant (FRE 402) | | 88:20-89:5 | Not appropriate counter designation (FRCP 32(a)(6) and FRE 106) | |
| 95:4-19 | Irrelevant (FRE 402) | | | | |
| 96:3-5 | Irrelevant (FRE 402) | | | | |
| 96:13-97:1 | Irrelevant (FRE 402) | | | | |
| 97:2-3 | Irrelevant (FRE 402) | | | | |
| 97:8-17 | No personal knowledge (FRE 602) | | | | |
| 100:4-101:4 | Irrelevant (FRE 402) | | | | |
| 102:13-103:2 | Irrelevant (FRE 402) | | | | |

| Abraxis's Designation | Elan's Objections | Ruling | Elan's Counter Designation | Abraxis's Objections | Ruling |
|---|---|---|---|---|---|
| 103:19-104:11 | Depo. Obj. at 104:5<br><br>No personal knowledge (FRE 602)<br><br>Irrelevant (FRE 402) | | | | |
| 105:19-106:3 | Depo. Obj. at 104:5<br><br>No personal knowledge (FRE 602)<br><br>Irrelevant (FRE 402) | | | | |
| 106:19-20 | Depo. Obj. at 104:5<br><br>No personal knowledge (FRE 602)<br><br>Irrelevant (FRE 402) | | | | |
| 106:22 | No personal knowledge (FRE 602) | | | | |
| 106:24-107:12 | Depo. Obj. at 107:13<br><br>Irrelevant (FRE 402)<br><br>Improper lay opinion (FRE 701) | | | | |
| 107:14-108:2 | Improper lay opinion (FRE 701)<br><br>Irrelevant (FRE 402) | | | | |
| 110:13-111:12 | Irrelevant (FRE 402) | | | | |

| Abraxis's Designation | Elan's Objections | Ruling | Elan's Counter Designation | Abraxis's Objections | Ruling |
|---|---|---|---|---|---|
| 119:9-18 | Irrelevant (FRE 402) | | | | |
| 121:5-7 | Depo. Obj. at 121:11-12<br><br>Foundation (FRE 611(a)), no personal knowledge (FRE 602) | | | | |
| 124:16-127:4 | | | 128:9-14 | No question designated | |
| 132:16-134:3 | Depo. Obj. at134:4<br><br>Improper lay opinion (FRE 701) | | | | |
| 134:5-11 | Depo. Obj. at 134:12<br><br>FRE 701 Improper lay opinion (FRE 701); no personal knowledge (FRE 602) | | | | |
| 134:13-14 | No personal knowledge (FRE 602) | | | | |
| 134:23-135:20 | Irrelevant (FRE 402) | | | | |

| Abraxis's Designation | Elan's Objections | Ruling | Elan's Counter Designation | Abraxis's Objections | Ruling |
|---|---|---|---|---|---|
| 136:13-139:14 | Depo. Obj. at 137:1<br><br>No personal knowledge (FRE 602)<br><br>Depo. Obj. at 137:21<br><br>No personal knowledge (FRE 602) | | 136:7-12 | No question designated,<br><br>Not appropriate counter designation (FRCP 32(a)(6) and FRE 106) | |
| 141:10-143:16 | Irrelevant (FRE 402) | | | | |
| 148:20-149:12 | Irrelevant (FRE 402) | | | | |
| 154:6-15 | Irrelevant (FRE 402) | | | | |
| 155:2-23 | Irrelevant (FRE 402) | | | | |
| 156:20-25 | Irrelevant (FRE 402) | | | | |
| 157:1-7, 9-16 | Depo. Obj. at 157:8<br><br>FRE 403, 611(a) vague, ambiguous, unintelligible<br><br>Irrelevant (FRE 402)<br><br>No personal knowledge (FRE 602) | | | | |
| 159:22-160:2 | Irrelevant (FRE 402) | | | | |
| 160:9-161:14 | Depo. Obj. at 161:15<br><br>Irrelevant (FRE 402) | | | | |

| Abraxis's Designation | Elan's Objections | Ruling | Elan's Counter Designation | Abraxis's Objections | Ruling |
|---|---|---|---|---|---|
| 199:12-201:25 | Depo. Obj. at 200:4<br><br>Incomplete hypothetical (FRE 611(a), 703)<br><br>Improper lay opinion (FRE 701)<br><br>Cumulative (FRE 403) | | | | |
| 201:5-7 | Incomplete hypothetical (FRE 611(a), 703) | | | | |
| 201:25-202:24 | Improper lay opinion (FRE 701) | | | | |
| 217:11-16 | Irrelevant (FRE 402)<br><br>Best evidence (FRE 1002) | | | | |
| 223:17-224:3 | Depo. Obj. at 224:4<br><br>Improper lay opinion (FRE 701) | | | | |
| 224:5-11 | Depo. Obj. at 224:12-13<br><br>No personal knowledge (FRE 602) | | | | |

| Abraxis's Designation | Elan's Objections | Ruling | Elan's Counter Designation | Abraxis's Objections | Ruling |
|---|---|---|---|---|---|
| 224:14-16 | FRE 602 no personal knowledge as to concern at Sterling<br><br>611(a) no foundation | | | | |
| 224:20-225:6 | Depo. Obj. at 225:7<br><br>Foundation (FRE 611(a)) | | | | |
| 225:12-226:1 | Incomplete hypothetical (FRE 703);<br><br>Vague, ambiguous (FRE 403) | | | | |
| 226:3-14 | Compound (FRE 611(a)) | | | | |
| 226:23-227:13 | Irrelevant (FRE 402)<br>Incomplete hypothetical (FRE 703) | | | | |
| 227:19-232:4 | Irrelevant (FRE 402) | | 227:16-18 | No question designated,<br><br>Not appropriate counter designation (FRCP 32(a)(6) and FRE 106) | |
| 233:22-235:17 | Irrelevant (FRE 402) | | | | |

| Abraxis's Designation | Elan's Objections | Ruling | Elan's Counter Designation | Abraxis's Objections | Ruling |
|---|---|---|---|---|---|
| 251:14-252:24 | Improper hypothetical (FRE 703)<br><br>Improper lay opinion (FRE 701) | | | | |
| 256:10-258:5 | Depo. Obj. at 258:6<br><br>Document speaks for itself (FRE 1002)<br><br>Confusing as to no question (FRE 403) | | | | |

**EXHIBIT 9-L**

**TO PRETRIAL ORDER**

Abraxis's Designation of Deposition Testimony

Witness:  Manoj Maniar

**Deposition Designations: Manoj Maniar**

5:16-6:2

6:5-10

7:17-23

112:21-24

113:2-11

113:14-17

113:19-25

114:3-10

114:13-19

114:23-115:3

115:8-9

115:22-116:1

116:4-11

116:14-16

116:19-21

118:12-16

118:19-22

118:25-119:2

149:8-10

149:14-16

152:19-22

153:1-9

153:13-20

153:23-154:4

154:7

188:14-18

188:24-25

189:23-190:4

190:8

190:12-13

209:1-14

**EXHIBIT 9-LL**

**TO PRETRIAL ORDER**


Elan's Objections and Counter-Designations and Abraxis's Responses and Objections to

Abraxis's Designation of Deposition Testimony

Witness:  Manoj Maniar

**Maniar**

| Abraxis's Designations | Elan's Objections | Ruling | Elan's Counter Designation | Abraxis's Objections | Ruling |
|---|---|---|---|---|---|
| 5:16-6:2 | Irrelevant (FRE 402) | | | | |
| 6:5-10 | Irrelevant as to 6:8-10 (Elan objects to the disclosure of personal information beyond that required to identify the witness) (FRE 402) | | | | |
| 7:17-23 | Irrelevant attorney colloquy (FRE 402) | | | | |
| 112:21-24 | Depo. Obj. at 112:25-1<br><br>Irrelevant; vague, ambiguous, incomplete hypothetical, (FRE 403, 703, 611a) | | | | |
| 113:2-11 | Depo. Obj. at 113:12-13<br><br>Vague, incomplete hypothetical (FRE 402, 403, 703, 611a) | | | | |

| Abraxis's Designations | Elan's Objections | Ruling | Elan's Counter Designation | Abraxis's Objections | Ruling |
|---|---|---|---|---|---|
| 113:14-17 | Depo. Obj. at 113:18 <br><br> Irrelevant; vague, incomplete hypothetical (FRE 402, 403, 703, 611a) | | | | |
| 113:19-25 | Depo. Obj. at 114:1-2 <br><br> Irrelevant; vague, incomplete hypothetical (FRE 403, 703, 611a) | | | | |
| 114:3-10 | Depo. Obj. at 114:1-2 <br><br> Irrelevant, vague, incomplete hypothetical (FRE 402, 403, 703, 611a) | | 113:19-21 | | |
| 114:13-19 | Depo. Obj. at 114:20-22 <br><br> Irrelevant, misstates prior testimony, vague, incomplete hypothetical ; no personal knowledge (FRE 402, 403, 703, 611a) | | 113:19-21 | | |

| Abraxis's Designations | Elan's Objections | Ruling | Elan's Counter Designation | Abraxis's Objections | Ruling |
|---|---|---|---|---|---|
| 114:23-115:3 | Depo. Obj. at 114:20-22<br><br>Irrelevant, misstates prior testimony, vague, incomplete hypothetical (FRE 402, 403, 703, 611a) | | 113:19-21 | | |
| 115:8-9 | Depo. Obj. at 115:4-5<br><br>Irrelevant, vague, incomplete hypothetical (FRE 402, 403, 703, 611a) | | 113:19-21 | | |
| 115:22-116:1 | Depo. Obj. at 116:2-3<br><br>Irrelevant, vague, incomplete hypothetical, compound; no personal knowledge, cumulative (FRE 402, 403, 602, 703, 611a) | | 113:19-21<br>115:8-9 | | |

| Abraxis's Designations | Elan's Objections | Ruling | Elan's Counter Designation | Abraxis's Objections | Ruling |
|---|---|---|---|---|---|
| 116:4-11 | Depo. Obj. at 116:12-13<br><br>Irrelevant, vague, incomplete hypothetical, compound; no personal knowledge, cumulative (FRE 402, 403, 602, 703, 611a) | | 113:19-21<br>115:8-9 | | |
| 116:14-16 | Depo. Obj. at 116:12-13; 116:17-18<br><br>Irrelevant, vague, incomplete hypothetical, compound; no personal knowledge, misstates prior testimony (FRE 402, 403, 602, 703, 611a) | | 113:19-21<br>115:8-9 | | |
| 116:19-21 | Depo. Obj. at 116:17-18<br><br>Irrelevant, no personal knowledge; compound (FRE 402, 602, 611a) | | 113:19-21<br>115:8-9<br>116:14-15 | | |

| Abraxis's Designations | Elan's Objections | Ruling | Elan's Counter Designation | Abraxis's Objections | Ruling |
|---|---|---|---|---|---|
| 118:12-16 | Depo. Obj. at 118:17-18<br><br>Vague, compound, incomplete hypothetical, no personal knowledge (FRE 403, 611a, 602) | | 113:19-21<br>115:8-9 | | |
| 118:19-22 | Depo. Obj. at 118:17-18<br><br>Vague, compound, incomplete hypothetical, no personal knowledge (FRE 403, 611a, 602) | | 113:19-21<br>115:8-9 | | |
| 118:25-119:2 | Depo. Obj. at 118:23-24<br><br>Answer without a question, incomplete context; vague, incomplete hypothetical (FRE 403, 611a) | | | | |

| Abraxis's Designations | Elan's Objections | Ruling | Elan's Counter Designation | Abraxis's Objections | Ruling |
|---|---|---|---|---|---|
| 149:8-10 | Depo. Obj. at 149:8-10<br><br>Hearsay; incomplete hypothetical, vague, assumes facts not in evidence (FRE 802, 403, 611a) | | | | |
| 149:14-16 | Depo. Obj. at 149:8-10<br><br>Hearsay; incomplete hypothetical, vague, assumes facts not in evidence, no personal knowledge (FRE 802, 403, 611a) | | 149:24-150:1 | | |
| 152:19-22 | Depo. Obj. at 152:23-25<br><br>Hearsay, vague, incomplete hypothetical, assumes facts not in evidence (FRE 802, 403, 611a) | | | | |
| 153:1-9 | | | | | |

| Abraxis's Designations | Elan's Objections | Ruling | Elan's Counter Designation | Abraxis's Objections | Ruling |
|---|---|---|---|---|---|
| 153:13-20 | Depo. Obj. at 153:21-22<br><br>Incomplete hypothetical, vague, misstates prior testimony, no personal knowledge (FRE 403, 602, 611a) | | | | |
| 153:23-154:4 | Depo. Obj. at 153:21-22<br><br>Incomplete hypothetical, vague, misstates prior testimony, no personal knowledge (FRE 403, 602, 611a) | | | | |
| 154:7 | Depo. Obj. at 154:5-6<br><br>Vague, incomplete hypothetical, calls for speculation, confusing (FRE 403, 611a) | | | | |

| Abraxis's Designations | Elan's Objections | Ruling | Elan's Counter Designation | Abraxis's Objections | Ruling |
|---|---|---|---|---|---|
| 188:14-18 | Depo. Obj. at 188:19-20<br><br>Incomplete hypothetical, compound (FRE 403, 611a) | | | | |
| 188:24-25 | Depo. Obj. at 188:23<br><br>Incomplete hypothetical, compound (FRE 403, 611a) | | | | |
| 189:23-190:4 | Depo. Obj. at 190:5-7<br><br>Irrelevant, vague, incomplete hypothetical, compound, cumulative (FRE 402, 403, 611a) | | | | |
| 190:8 | Depo. Obj. at 190:5-7<br><br>Irrelevant, vague, incomplete hypothetical, compound, cumulative (FRE 402, 403, 611a) | | | | |

| Abraxis's Designations | Elan's Objections | Ruling | Elan's Counter Designation | Abraxis's Objections | Ruling |
|---|---|---|---|---|---|
| 190:12-13 | Depo. Obj. at 190:11<br><br>Irrelevant, vague, incomplete hypothetical, compound, cumulative (FRE 402, 403, 611a) | | | | |
| 209:1-14 | Irrelevant (FRE 402) | | | | |

**EXHIBIT 9-M**

**TO PRETRIAL ORDER**

Abraxis's Designation of Deposition Testimony

Witness:  Eric Munson

**Deposition Designations: Eric Munson**

5:1-2

5:5-15

5:25-6:1

6:3-7

18:9-17

18:23-19:9

19:12-15

19:18-20:3

20:7-9

23:10

23:12-24:3

30:17-31:15

31:17-32:10

32:12-25

33:3-8

33:10-13

33:15-16

33:19-21

35:10-18

36:10-13

36:24-37:18

37:20-22

39:1-40:9

40:14-17

41:8-17

43:2-9

44:20-45:14

45:17-23

49:2-11

51:1-11

51:15-52:21

52:23-25

53:3-4

53:9-54:7

54:10-55:9

55:11-18

60:18-20

62:12-13

62:15-21

65:9-66:8

66:10-18

84:14-15

84:17-21

84:23-85:1

86:20-21

86:23-87:2

87:4-18

87:20-21

89:16-90:3

90:5-14

90:20-24

91:7-12

92:13-14

92:16-19

95:6-8

95:10-13

95:15-22

95:24-25

100:24-101:9

103:3-5

103:7

103:9-18

103:23-24

104:6-10

104:12-13

104:15-22

105:15-17

105:19-106:2

118:1-119:12

119:16-23

119:25-120:2

121:9-15

121:19-21

124:4-21

127:11-15

127:17-21

128:11-12

128:14-129:10

129:12-13

129:15-130:2

138:13-15

138:17-139:17

139:20-140:12

149:18-19

149:21-22

150:3-7

150:9-19

160:12-161:10

161:12-13

170:4-171:1

176:23-177:7

181:25-182:10

182:13-183:7

183:16-184:6

184:10-13

184:22-185:5

197:21-23

197:25-200:1

201:24-202:14

202:24-203:9

209:6-212:7

214:2-7

227:1-234:4

234:6-12

234:18-235:21

240:18-241:4

241:10-19

241:21-242:13

242:15-16

242:22-24

243:1-5

243:9-22

**EXHIBIT 9-MM**

**TO PRETRIAL ORDER**

Elan's Objections and Counter-Designations and Abraxis's Responses and Objections to

Abraxis's Designation of Deposition Testimony

Witness:  Eric Munson

**Munson**

| Abraxis's Designations | Elan's Objections | Ruling | Elan's Counter Designations | Abraxis's Objections | Ruling |
|---|---|---|---|---|---|
| 5:5-15 | Irrelevant (FRE 402) | | | | |
| 5:25-6:1 | Irrelevant (FRE 402) | | | | |
| 18:23-19:9 | Irrelevant (FRE 402) | | | | |
| 19:12-15 | Irrelevant (FRE 402) | | | | |
| 19:18-20:3 | Irrelevant (FRE 402) | | | | |
| 20:7-9 | Irrelevant (FRE 402) | | | | |
| 23:10 | Irrelevant (FRE 402) | | 23:4-9 | | |
| 23:12-24:3 | Irrelevant (FRE 402) | | | | |
| 30:17-31:15 | Irrelevant (FRE 402) | | | | |
| 33:19-21 | | | 34:2-21; 34:24-35:9 | No question designated (34:2-7) | |
| 35:10-18 | Irrelevant (FRE 402) | | 36:14-23 | Not appropriate counter designation (FRCP 32(a)(6) and FRE 106) | |

| Abraxis's Designations | Elan's Objections | Ruling | Elan's Counter Designations | Abraxis's Objections | Ruling |
|---|---|---|---|---|---|
| 36:10-13 | | | 37:23-38:4 | Not appropriate counter designation (FRCP 32(a)(6) and FRE 106) | |
| 40:14-17 | | | 40:18-22 | | |
| 41:8-17 | 41:16-17      Irrelevant (FRE 402) | | | | |
| 43:2-9 | 43:7-9 Irrelevant (FRE 402) | | 43:11-19 | | |
| 44:20-45:14 | Depo. Obj. at 45:8-14<br><br>No personal knowledge (FRE 602) | | | | |
| 45:17-23 | Depo. Obj. at 45:7-23<br><br>No personal knowledge (FRE 602) | | 46:1-3 | | |
| 49:2-11 | 43:7-9<br>Irrelevant (FRE 402) | | 48:23-49:1; 49:12-23 | | |
| 51:1-11 | 51:6-11 43:7-9 Irrelevant (FRE 402) | | | | |
| 51:15-52:21 | Irrelevant (FRE 402) | | | | |

| Abraxis's Designations | Elan's Objections | Ruling | Elan's Counter Designations | Abraxis's Objections | Ruling |
|---|---|---|---|---|---|
| 52:23-25 | Irrelevant (FRE 402) | | | | |
| 53:3-4 | Irrelevant (FRE 402) | | | | |
| 53:9-54:7 | Irrelevant (FRE 402) | | | | |
| 54:10-55:9 | Cumulative (FRE 403) | | | | |
| 55:11-18 | Cumulative (FRE 403) | | | | |
| 60:18-20 | Irrelevant (FRE 402) | | 61:19-62:2 | Not appropriate counter designation (FRCP 32(a)(6) and FRE 106) | |
| 62:12-13 | Irrelevant (FRE 402) | | 62:22-64:3; 81:22-25 | Not appropriate counter designation (FRCP 32(a)(6) and FRE 106) (81:22-25) | |
| 66:10-18 | | | 66:19-20; 66:22-67:1 | | |
| 86:23-87:2 | | | 87:14-21 | Irrelevant (FRE 402)<br><br>Not appropriate counter designation (FRCP 32(a)(6) and FRE 106)<br><br>Includes attorney colloquy (87:19) | |
| 87:4-18 | Irrelevant (FRE 402) | | | | |

| Abraxis's Designations | Elan's Objections | Ruling | Elan's Counter Designations | Abraxis's Objections | Ruling |
|---|---|---|---|---|---|
| 89:16-90:3 | Irrelevant (FRE 402) | | | | |
| 90:5-14 | Irrelevant (FRE 402) | | | | |
| 90:20-24 | Irrelevant (FRE 402) | | | | |
| 91:7-12 | Irrelevant (FRE 402) | | 91:22-92:3 | No question designated | |
| 92:13-14 | Irrelevant (FRE 402) | | 92:20-93:5 | | |
| 105:15-17 | Depo. Obj. at 105:18<br><br>Mischaracterizes witness testimony (FRE 611) | | | | |
| 105:19-106:2 | Depo. Obj. at 105:18<br><br>Mischaracterizes witness testimony (FRE 611) | | | | |
| 124:4-21 | | | 124:22-125:2 | | |
| 127:17-21 | | | 127:22-128:10 | | |
| 128:14-129:10 | 129:9-130:20 Irrelevant (FRE 402) | | | | |

| Abraxis's Designations | Elan's Objections | Ruling | Elan's Counter Designations | Abraxis's Objections | Ruling |
|---|---|---|---|---|---|
| 129:12-13 | 129:9-130:20 Irrelevant (FRE 402) | | | | |
| 138:13-15 | | | 138:5-12 | Includes attorney colloquy (138:8) | |
| 138:17-139:17 | 139:14-17 Irrelevant (FRE 402) | | | | |
| 139:20-140:12 | 139:20-140:7 Irrelevant (FRE 402); Judge Sleet's PTO fn. 6-Improper Attorney Colloquy | | | | |
| 160:12-161:10 | 161:10-13 Irrelevant (FRE 402) | | | | |
| 161:12-13 | 161:10-13 Irrelevant (FRE 402) | | | | |
| 176:23-177:7 | Irrelevant (FRE 402) | | | | |
| 181:25-182:10 | | | 179:4-181:24 | Not appropriate counter designation (FRCP 32(a)(6) and FRE 106) Includes attorney colloquy (179:9, 179:21) | |

| Abraxis's Designations | Elan's Objections | Ruling | Elan's Counter Designations | Abraxis's Objections | Ruling |
|---|---|---|---|---|---|
| 197:25-200:1 | | | 198:2-200:1 | Counter designation subsumed by designation | |
| 202:24-203:9 | | | 203:10-12 | | |
| 214:2-7 | Irrelevant (FRE 402) | | | | |
| 227:1-234:4 | 227:1-17 Irrelevant (FRE 402); 232:5-15 Irrelevant (FRE 402); Judge Sleet's PTO fn. 6-Improper Attorney Colloquy | | | | |
| 234:6-12 | 234:6-9 Irrelevant (FRE 402); Judge Sleet's PTO fn. 6-Improper Attorney Colloquy | | | | |
| 234:18-235:21 | Depo. Obj. at 234:13

Compound (FRE 611) | | | | |
| 240:18-241:4 | Irrelevant (FRE 402) | | | | |
| 241:10-19 | Irrelevant (FRE 402) | | | | |
| 241:21-242:13 | Irrelevant (FRE 402) | | | | |
| 242:15-16 | Irrelevant (FRE 402) | | | | |

| Abraxis's Designations | Elan's Objections | Ruling | Elan's Counter Designations | Abraxis's Objections | Ruling |
|---|---|---|---|---|---|
| 242:22-24 | Irrelevant (FRE 402) | | | | |
| 243:1-5 | Irrelevant (FRE 402) | | | | |
| 243:9-22 | Irrelevant (FRE 402) | | | | |

**EXHIBIT 9-N**

**TO PRETRIAL ORDER**

Abraxis's Designation of Deposition Testimony

Witness:  Nancy Peltier

**Deposition Designations: Nancy Peltier**

8:9-12

11:9-12:4

14:7-19

14:11-14

14:19-21

14:24-15:4

23:2-4

24:11-12

24:14-17

24:23-25:7

71:5-20

71:22-72:4

73:17-19

73:21-74:3

74:5-6

80:7-11

80:14-17

112:9-10

112:14-15

112:16-20

116:18-21

116:24-25

143:2-6

143:9-13

143:14-15

143:18-24

151:13:17

151:20-152:2

152:5-11

165:2-4

165:6-12

170:18-21

170:24-171:7

184:14-17

184:21-185:3

192:3-6

192:11-19

233:22-24

234:3-11

217:2-21

218:12-20

223:12-24

224:3-5

224:19-25

248:24-249:2

249:5-7

**EXHIBIT 9-NN**

**TO PRETRIAL ORDER**

Elan's Objections and Counter-Designations and Abraxis's Responses and Objections to

Abraxis's Designation of Deposition Testimony

Witness:  Nancy Peltier

**Sarpotdar**[2]

| Abraxis's Designations | Elan's Objections | Ruling | Elan's Counter Designations | Abraxis's Objections | Ruling |
|---|---|---|---|---|---|
| 24:10-24:11 | Irrelevant (402) | | | | |
| 24:13-24:14 | Irrelevant (402) | | | | |
| 24:16-24:23 | | | 25:1-4 25:12-14 | | |
| 26:24-27:1 | Irrelevant (402) | | 28:3 | | |
| 27:17-27:22 | | | 28:2-3 | | |
| 28:4-29:1 | Irrelevant (402) | | | | |
| 29:3-29:5 | Irrelevant (402) | | | | |
| 36:13-37:1 | Irrelevant (402) | | | | |
| 41:1-42:2 | Irrelevant (402) | | | | |

---

[2] Elan has not provided any counter-designations or objections to the testimony of Ms. Peltier that was designated by Abraxis. Elan has instead objected to and counter-designated deposition testimony of Dr. Sarpotdar twice. Abraxis's objections to Elan's counter-designations of Dr. Sarpotdar's testimony are located in Exhibit 9-OO, *infra*.

| Abraxis's Designations | Elan's Objections | Ruling | Elan's Counter Designations | Abraxis's Objections | Ruling |
|---|---|---|---|---|---|
| 48:21-48:23 | Irrelevant (402), Vague, Confusing (403)<br><br>Depo. Obj. at 48:24<br><br>No personal knowledge (FRE 602) | | | | |
| 48:25-49:12 | Irrelevant (402), Vague, Confusing (403)<br><br>Depo. Obj. at 48:24<br><br>No personal knowledge (FRE 602) | | | | |
| 53:6-54:5 | | | 54:6-7<br>54:9-11<br>55:2-7 | | |
| 55:17-55:22 | Irrelevant (402) | | | | |
| 62:1-62:5 | Depo. Obj. at 62:6<br><br>Improper lay opinion (FRE 701); no personal knowledge (FRE 602) | | | | |

| Abraxis's Designations | Elan's Objections | Ruling | Elan's Counter Designations | Abraxis's Objections | Ruling |
|---|---|---|---|---|---|
| 62:7-62:9 | Depo. Obj. at 62:6<br><br>Improper lay opinion (FRE 701), no personal knowledge (FRE 602) | | | | |
| 63:4-10 | Irrelevant (402), Vague, Confusing (403)<br><br>Depo. Obj. at 63:11-16<br><br>No personal knowledge (FRE 602) | | | | |
| 63:17-64:3 | Irrelevant (402), Vague, Confusing (403)<br><br>Depo. Obj. at 63:11-16, 64:4-7<br><br>No personal knowledge (FRE 602) | | | | |

| Abraxis's Designations | Elan's Objections | Ruling | Elan's Counter Designations | Abraxis's Objections | Ruling |
|---|---|---|---|---|---|
| 64:17-64:22 | Irrelevant (402), Vague, Confusing (403)<br><br>Depo. Obj. at 63:11-16, 63:18-20<br><br>No personal knowledge (FRE 602)<br><br>As to 64:18-22<br><br>402; Judge Sleet's PTO fn. 6 | | | | |
| 68:22-69:9 | Hearsay within hearsay (802)<br><br>Irrelevant (402), misleading (403) | | | | |
| 91:11-91:12 | Depo. Obj. at 91:13<br><br>Improper lay opinion (FRE 701)<br><br>Irrelevant (402); Vague, Confusing (403) | | | | |
| 91:14-91:15 | Depo. Obj. at 91:13<br><br>Improper lay opinion (FRE 701)<br><br>Irrelevant (402); Vague, Confusing (403) | | | | |

| Abraxis's Designations | Elan's Objections | Ruling | Elan's Counter Designations | Abraxis's Objections | Ruling |
|---|---|---|---|---|---|
| 91:17-92:6 | Depo. Obj. at 92:7-8<br><br>Improper lay opinion (FRE 701); no personal knowledge (FRE 602)<br><br>Irrelevant (402), Vague, Confusing (403) | | | | |
| 92:9-92:15 | Depo. Obj. at 92:7-8<br><br>Improper lay opinion (FRE 701), no personal knowledge (FRE 602)<br><br>Irrelevant (402), Vague, Confusing (403) | | | | |
| 101:13-104:1 | As to 102:10-103:3 Judge Sleet's PTO fn. 6 | | | | |
| 106:20-106:22 | Irrelevant (402), Vague, Confusing (403)<br><br>Depo. Obj. at 106:23-24<br><br>Improper lay opinion (FRE 701) | | | | |

| Abraxis's Designations | Elan's Objections | Ruling | Elan's Counter Designations | Abraxis's Objections | Ruling |
|---|---|---|---|---|---|
| 106:25-107:1 | Irrelevant (402), Vague, Confusing (403) <br><br> Depo. Obj. at 106:23-24 <br><br> Improper lay opinion (FRE 701) | | | | |
| 109:9-10 | Irrelevant (402), Vague, Confusing (403) <br><br> Depo. Obj. at 109:11 <br><br> Improper lay opinion (FRE 701) | | | | |
| 109:12-18 | Irrelevant (402), Vague, Confusing (403) <br><br> Depo. Obj. at 109:11 <br><br> Improper lay opinion (FRE 701) | | | | |
| 115:15 | Irrelevant (402), Vague, Confusing (403) <br><br> Depo. Obj. at 115:16 <br><br> Improper lay opinion (FRE 701) | | | | |

| Abraxis's Designations | Elan's Objections | Ruling | Elan's Counter Designations | Abraxis's Objections | Ruling |
|---|---|---|---|---|---|
| 115:17-115:18 | Irrelevant (402), Vague, Confusing (403)<br><br>Depo. Obj. at 115:16<br><br>Improper lay opinion (FRE 701) | | | | |
| 119:4-119:10 | Irrelevant (402), Vague, Confusing (403)<br><br>Depo. Obj. at 119:11-12<br><br>Improper lay opinion (FRE 701) | | | | |
| 119:13-119:16 | Irrelevant (402), Vague, Confusing (403)<br><br>Depo. Obj. at 119:11-12<br><br>Improper lay opinion (FRE 701) | | | | |
| 119:21-119:22 | | | 120:4-12<br>121:4-23 | | |
| 137:5-137:6 | Depo. Obj. at 137:7<br><br>Improper lay opinion (FRE 701) | | | | |

| Abraxis's Designations | Elan's Objections | Ruling | Elan's Counter Designations | Abraxis's Objections | Ruling |
|---|---|---|---|---|---|
| 137:8-137:10 | Depo. Obj. at 137:7<br><br>Improper lay opinion (FRE 701) | | | | |
| 137:21 | Vague, Confusing (403), Depo. Obj. at 137:22-23<br><br>Improper lay opinion (FRE 701) | | | | |
| 137:24-138:3 | Vague, Confusing (403), Depo. Obj. at 137:22-23<br><br>Improper lay opinion (FRE 701) | | | | |
| 145:1-145:5 | Vague, Confusing (403), Depo. Obj. at 145:6-7<br><br>Improper lay opinion (FRE 701) | | | | |
| 145:8-145:10 | Vague, Confusing (403), Depo. Obj. at 145:6-7<br><br>Improper lay opinion (FRE 701) | | | | |

| Abraxis's Designations | Elan's Objections | Ruling | Elan's Counter Designations | Abraxis's Objections | Ruling |
|---|---|---|---|---|---|
| 148:16-148:21 | Vague, Confusing (403), Depo. Obj. at 148:12-23<br><br>Improper lay opinion (FRE 701) | | | | |
| 148:24-149:3 | Vague, Confusing (403), Depo. Obj. at 148:12-23<br><br>Improper lay opinion (FRE 701) | | | | |
| 153:22-154:11 | Vague, Confusing (403), Depo. Obj. at 154:12-13<br><br>Improper lay opinion (FRE 701); document speaks for itself (1002) | | | | |
| 154:14-154:19 | Vague, Confusing (403), Depo. Obj. at 154:12-13<br><br>Improper lay opinion (FRE 701); document speaks for itself (1002) | | | | |

| Abraxis's Designations | Elan's Objections | Ruling | Elan's Counter Designations | Abraxis's Objections | Ruling |
|---|---|---|---|---|---|
| 155:1-155:16 | Vague, Confusing (403), Depo. Obj. at 155:17-18<br><br>No personal knowledge (FRE 602) | | | | |
| 155:19-155:24 | Vague, Confusing (403), Depo. Obj. at 155:17-18<br><br>No personal knowledge (FRE 602) | | | | |
| 186:23-187:7 | Vague, Confusing (403), Depo. Obj. at 187:8-9<br><br>No personal knowledge (FRE 602) | | | | |
| 187:10-187:15 | Vague, Confusing (403), Depo. Obj. at 187:8-9<br><br>No personal knowledge (FRE 602) | | | | |
| 188:12-188:16 | Vague, Confusing (403), Depo. Obj. at 188:17<br><br>No personal knowledge (FRE 602) | | | | |

| Abraxis's Designations | Elan's Objections | Ruling | Elan's Counter Designations | Abraxis's Objections | Ruling |
|---|---|---|---|---|---|
| 188:18-188:19 | Vague, Confusing (403), Depo. Obj. at 188:17<br><br>No personal knowledge (FRE 602) | | | | |
| 200:24-201:7 | Irrelevant (402) | | | | |

**EXHIBIT 9-O**

**TO PRETRIAL ORDER**

Abraxis's Designation of Deposition Testimony

Witness:  Pramod Sarpotdar

**Deposition Designations: Pramod Sarpotdar**

6:4

6:18-6:21

7:9-7:13

11:17-11:25

12:15-12:16

12:20-12:22

13:13-13:16

13:18-13:20

15:9-15:22

16:23-16:25

17:2-17:3

17:5-17:12

17:22-18:2

18:7-18:12

24:10-24:11

24:13-24:14

24:16-24:23

26:24-27:1

27:17-27:22

28:4-29:1

29:3-29:5

30:8-30:21

36:13-37:1

37:19-37:20

37:22-38:12

41:1-42:2

48:21-48:23

48:25-49:12

52:25-53:1

53:3-53:4

53:6-54:5

55:12-55:13

55:17-55:22

62:1-62:5

62:7-62:9

62:11-62:17

62:19-62:22

62:24-62:25

63:2

63:4-10

63:17-64:3

64:17-64:22

64:24-65:2

65:6-66:5

66:7-66:8

66:10-66:17

68:22-69:9

91:11-91:12

91:14-91:15

91:17-92:6

92:9-92:15

92:17-93:3

98:22-98:23

98:25-99:7

99:13-99:21

101:13-104:1

104:13-104:14

104:16

104:18-104:20

106:20-106:22

106:25-107:1

107:3-107:8

107:18-108:7

109:9-10

109:12-18

109:20-110:5

110:7-110:12

110:18-110:22

110:24-110:25

112:8-112:10

114:9-115:11

115:15

115:17-115:18

116:21-117:7

118:22-118:23

119:4-119:10

119:13-119:16

119:18-119:19

119:21-119:22

136:23-136:25

137:5-137:6

137:8-137:10

137:12-137:13

137:15-137:19

137:21

137:24-138:3

138:5-138:8

138:11-138:15

138:17-138:20

145:1-145:5

145:8-145:10

145:12-145:15

145:18-145:20

148:16-148:21

148:24-149:3

150:11-152:14

153:22-154:11

154:14-154:19

155:1-155:16

155:19-155:24

165:1-165:7

165:9-165:23

165:25-166:2

166:4-166:9

166:11-166:15

167:1-167:8

178:25-179:20

181:17-182:5

186:23-187:7

187:10-187:15

188:12-188:16

188:18-188:19

200:24-201:7

**EXHIBIT 9-OO**

**TO PRETRIAL ORDER**

Elan's Objections and Counter-Designations and Abraxis's Responses and Objections to

Abraxis's Designation of Deposition Testimony

Witness:  Pramod Sarpotdar

**Sarpotdar**

| Abraxis's Designations | Elan's Objections | Ruling | Elan's Counter Designations | Abraxis's Objections | Ruling |
|---|---|---|---|---|---|
| 24:10-24:11 | Irrelevant (402) | | | | |
| 24:13-24:14 | Irrelevant (402) | | | | |
| 24:16-24:23 | | | 25:1-4<br>25:12-14 | No question designated; FRE 403; unrelated (FRCP 32(a)(6) and FRE 106); waste of time | |
| 26:24-27:1 | Irrelevant (402) | | 28:3 | No question designated; only partial answer designated; FRE 403; unrelated (FRCP 32(a)(6) and FRE 106); waste of time | |
| 27:17-27:22 | | | 28:2-3 | No question designated; FRE 403; unrelated (FRCP 32(a)(6) and FRE 106); waste of time | |
| 28:4-29:1 | Irrelevant (402) | | | | |

| Abraxis's Designations | Elan's Objections | Ruling | Elan's Counter Designations | Abraxis's Objections | Ruling |
|---|---|---|---|---|---|
| 29:3-29:5 | Irrelevant (402) | | | | |
| 36:13-37:1 | Irrelevant (402) | | | | |
| 41:1-42:2 | Irrelevant (402) | | | | |
| 48:21-48:23 | Irrelevant (402), Vague, Confusing (403)<br><br>Depo. Obj. at 48:24<br><br>No personal knowledge (FRE 602) | | | | |
| 48:25-49:12 | Irrelevant (402), Vague, Confusing (403)<br><br>Depo. Obj. at 48:24<br><br>No personal knowledge (FRE 602) | | | | |
| 53:6-54:5 | | | 54:6-7<br>54:9-11<br>55:2-7 | FRE 403; unrelated (FRCP 32(a)(6) and FRE 106); no question designated (as to 55:2-7) | |
| 55:17-55:22 | Irrelevant (402) | | | | |

| Abraxis's Designations | Elan's Objections | Ruling | Elan's Counter Designations | Abraxis's Objections | Ruling |
|---|---|---|---|---|---|
| 62:1-62:5 | Depo. Obj. at 62:6<br><br>Improper lay opinion (FRE 701); no personal knowledge (FRE 602) | | | | |
| 62:7-62:9 | Depo. Obj. at 62:6<br><br>Improper lay opinion (FRE 701), no personal knowledge (FRE 602) | | | | |
| 63:4-10 | Irrelevant (402), Vague, Confusing (403)<br><br>Depo. Obj. at 63:11-16<br><br>No personal knowledge (FRE 602) | | | | |
| 63:17-64:3 | Irrelevant (402), Vague, Confusing (403)<br><br>Depo. Obj. at 63:11-16, 64:4-7<br><br>No personal knowledge (FRE 602) | | | | |

| Abraxis's Designations | Elan's Objections | Ruling | Elan's Counter Designations | Abraxis's Objections | Ruling |
|---|---|---|---|---|---|
| 64:17-64:22 | Irrelevant (402), Vague, Confusing (403)<br><br>Depo. Obj. at 63:11-16, 63:18-20<br><br>No personal knowledge (FRE 602)<br><br>As to 64:18-22<br><br>402; Judge Sleet's PTO fn. 6 | | | | |
| 68:22-69:9 | Hearsay within hearsay (802)<br><br>Irrelevant (402), misleading (403) | | | | |
| 91:11-91:12 | Depo. Obj. at 91:13<br><br>Improper lay opinion (FRE 701)<br><br>Irrelevant (402); Vague, Confusing (403) | | | | |
| 91:14-91:15 | Depo. Obj. at 91:13<br><br>Improper lay opinion (FRE 701)<br><br>Irrelevant (402); Vague, Confusing (403) | | | | |

| Abraxis's Designations | Elan's Objections | Ruling | Elan's Counter Designations | Abraxis's Objections | Ruling |
|---|---|---|---|---|---|
| 91:17-92:6 | Depo. Obj. at 92:7-8  Improper lay opinion (FRE 701); no personal knowledge (FRE 602)  Irrelevant (402), Vague, Confusing (403) | | | | |
| 92:9-92:15 | Depo. Obj. at 92:7-8  Improper lay opinion (FRE 701), no personal knowledge (FRE 602)  Irrelevant (402), Vague, Confusing (403) | | | | |
| 101:13-104:1 | As to 102:10-103:3 Judge Sleet's PTO fn. 6 | | | | |
| 106:20-106:22 | Irrelevant (402), Vague, Confusing (403)  Depo. Obj. at 106:23-24  Improper lay opinion (FRE 701) | | | | |

| Abraxis's Designations | Elan's Objections | Ruling | Elan's Counter Designations | Abraxis's Objections | Ruling |
|---|---|---|---|---|---|
| 106:25-107:1 | Irrelevant (402), Vague, Confusing (403)<br><br>Depo. Obj. at 106:23-24<br><br>Improper lay opinion (FRE 701) | | | | |
| 109:9-10 | Irrelevant (402), Vague, Confusing (403)<br><br>Depo. Obj. at 109:11<br><br>Improper lay opinion (FRE 701) | | | | |
| 109:12-18 | Irrelevant (402), Vague, Confusing (403)<br><br>Depo. Obj. at 109:11<br><br>Improper lay opinion (FRE 701) | | | | |
| 115:15 | Irrelevant (402), Vague, Confusing (403)<br><br>Depo. Obj. at 115:16<br><br>Improper lay opinion (FRE 701) | | | | |

| Abraxis's Designations | Elan's Objections | Ruling | Elan's Counter Designations | Abraxis's Objections | Ruling |
|---|---|---|---|---|---|
| 115:17-115:18 | Irrelevant (402), Vague, Confusing (403)<br><br>Depo. Obj. at 115:16<br><br>Improper lay opinion (FRE 701) | | | | |
| 119:4-119:10 | Irrelevant (402), Vague, Confusing (403)<br><br>Depo. Obj. at 119:11-12<br><br>Improper lay opinion (FRE 701) | | | | |
| 119:13-119:16 | Irrelevant (402), Vague, Confusing (403)<br><br>Depo. Obj. at 119:11-12<br><br>Improper lay opinion (FRE 701) | | | | |

| Abraxis's Designations | Elan's Objections | Ruling | Elan's Counter Designations | Abraxis's Objections | Ruling |
|---|---|---|---|---|---|
| 119:21-119:22 | | | 120:4-12<br>121:4-23 | No question designated; FRE 403; unrelated (FRCP 32(a)(6) and FRE 106); irrelevant; improper attorney colloquy (as to 121:4-6) | |
| 137:5-137:6 | Depo. Obj. at 137:7<br>Improper lay opinion (FRE 701) | | | | |
| 137:8-137:10 | Depo. Obj. at 137:7<br>Improper lay opinion (FRE 701) | | | | |
| 137:21 | Vague, Confusing (403), Depo. Obj. at 137:22-23<br>Improper lay opinion (FRE 701) | | | | |
| 137:24-138:3 | Vague, Confusing (403), Depo. Obj. at 137:22-23<br>Improper lay opinion (FRE 701) | | | | |

| Abraxis's Designations | Elan's Objections | Ruling | Elan's Counter Designations | Abraxis's Objections | Ruling |
|---|---|---|---|---|---|
| 145:1-145:5 | Vague, Confusing (403), Depo. Obj. at 145:6-7<br><br>Improper lay opinion (FRE 701) | | | | |
| 145:8-145:10 | Vague, Confusing (403), Depo. Obj. at 145:6-7<br><br>Improper lay opinion (FRE 701) | | | | |
| 148:16-148:21 | Vague, Confusing (403), Depo. Obj. at 148:12-23<br><br>Improper lay opinion (FRE 701) | | | | |
| 148:24-149:3 | Vague, Confusing (403), Depo. Obj. at 148:12-23<br><br>Improper lay opinion (FRE 701) | | | | |

| Abraxis's Designations | Elan's Objections | Ruling | Elan's Counter Designations | Abraxis's Objections | Ruling |
|---|---|---|---|---|---|
| 153:22-154:11 | Vague, Confusing (403), Depo. Obj. at 154:12-13<br><br>Improper lay opinion (FRE 701); document speaks for itself (1002) | | | | |
| 154:14-154:19 | Vague, Confusing (403), Depo. Obj. at 154:12-13<br><br>Improper lay opinion (FRE 701); document speaks for itself (1002) | | | | |
| 155:1-155:16 | Vague, Confusing (403), Depo. Obj. at 155:17-18<br><br>No personal knowledge (FRE 602) | | | | |
| 155:19-155:24 | Vague, Confusing (403), Depo. Obj. at 155:17-18<br><br>No personal knowledge (FRE 602) | | | | |

| Abraxis's Designations | Elan's Objections | Ruling | Elan's Counter Designations | Abraxis's Objections | Ruling |
|---|---|---|---|---|---|
| 186:23-187:7 | Vague, Confusing (403), Depo. Obj. at 187:8-9<br><br>No personal knowledge (FRE 602) | | | | |
| 187:10-187:15 | Vague, Confusing (403), Depo. Obj. at 187:8-9<br><br>No personal knowledge (FRE 602) | | | | |
| 188:12-188:16 | Vague, Confusing (403), Depo. Obj. at 188:17<br><br>No personal knowledge (FRE 602) | | | | |
| 188:18-188:19 | Vague, Confusing (403), Depo. Obj. at 188:17<br><br>No personal knowledge (FRE 602) | | | | |
| 200:24-201:7 | Irrelevant (402) | | | | |

**EXHIBIT 9-P**

**TO PRETRIAL ORDER**

Abraxis's Designation of Deposition Testimony

Witness:  Lianjun Shi

**Deposition Designations: Lianjun Shi**

6:18-22

21:7-9

21:11-16

21:18-22:3

31:13-14

31:16-17

33:5-6

33:8-13

39:24-40:1

40:6-7

42:1-5

42:7-19

42:24-43:2

43:8-13

43:15-16

44:1-3

44:5-8

44:12-21

44:23-45:3

45:4-15

47:4-20

49:21-24

50:1-10

50:12-17

50:24-25

51:2-6

53:3-54:2

54:5-55:11

56:10-24

57:25-58:2

58:4-7

58:9-17

58:19-23

58:25-59:1

61:3-11

61:13

62:10-13

62:15

62:21-23

62:25

65:8-11

65:15-17

66:20-21

66:23-67:7

67:9-21

72:15-16

72:18

73:1-3

73:5-7

73:9-16

73:18-24

74:1-5

74:7-9

117:25-118:5

77:21-78:9

78:11-12

78:14-16

78:18-79:12

80:7-8

80:10

80:15-81:13

81:15-18

81:19-21

81:23-82:1

92:1-6

92:8-14

92:16-93:2

93:21-25

94:1-18

94:20-95:19

96:9-97:16

97:18-98:16

98:18-23

98:25-99:8

100:4-24

101:3-23

101:17-23

102:1-5

102:7-16

102:18-103:2

103:4-8

109:7-110:2

110:4-13

110:15-19

110:21-111:3

111:5-112:2

112:4-8

110:11-13, 15

114:9-11

114:13-25

115:3-8

115:10-116:8

116:10-13

116:15

122:6-10

122:12-16

124:19-22

124:24

125:11-126:2

126:4-6

126:8-13

127:25-128:1

128:3-13

128:15-16

129:9-11

129:13-17

129:19

144:1-2

144:4-17

144:19-25

146:13-15

146:17

147:23-24

148:1-12

148:14-15

154:14-17

154:19-155:1

155:16-22

155:24-156:5

157:19-21

157:23

**EXHIBIT 9-PP**

**TO PRETRIAL ORDER**

Elan's Objections and Counter-Designations and Abraxis's Responses and Objections to

Abraxis's Designation of Deposition Testimony

Witness:  Lianjun Shi

**Shi**

| Abraxis's Designations | Elan's Objections | Ruling | Elan's Counter Designations | Abraxis's Objections | Ruling |
|---|---|---|---|---|---|
| 33:8-13 | | | 33:14-17 | | |
| 44:12-21 | FRE 402; 403, Judge Sleet's PTO fn.6 (44:12-13) | | | | |
| 53:3-54:2 | Depo. Obj. at 54:3-4 | | | | |
| 57:25-58:2 | Depo. Obj. at 58:3 | | | | |
| 58:4-7 | Depo. Obj. at 58:8 | | | | |
| 58:9-17 | Depo. Obj. at 58:18 | | | | |
| 58:19-23 | Depo. Obj. at 58:24 | | | | |
| 61:3-11 | Depo. Obj. at 61:12<br><br>No personal knowledge (FRE 602) | | | | |
| 61:13 | Depo. Obj. at 61:12<br><br>No personal knowledge (FRE 602) | | | | |
| 62:10-13 | Depo. Obj. at 62:14<br><br>No personal knowledge (FRE 602); calls for speculation | | | | |

| Abraxis's Designations | Elan's Objections | Ruling | Elan's Counter Designations | Abraxis's Objections | Ruling |
|---|---|---|---|---|---|
| 62:15 | Depo. Obj. at 62:14<br><br>No personal knowledge (FRE 602); calls for speculation | | | | |
| 62:21-23 | Depo. Obj. at 62:24<br><br>No personal knowledge (FRE 602); calls for speculation | | | | |
| 62:25 | Depo. Obj. at 62:24<br><br>No personal knowledge (FRE 602); calls for speculation | | | | |
| 73:1-3 | Depo. Obj. at 73:4<br><br>Improper lay opinion (FRE 701) | | | | |
| 73:5-7 | Depo. Obj. at 73:4<br><br>Improper lay opinion (FRE 701)<br><br>Depo. Obj. at 73:8<br><br>Improper lay opinion (FRE 701) | | | | |

| Abraxis's Designations | Elan's Objections | Ruling | Elan's Counter Designations | Abraxis's Objections | Ruling |
|---|---|---|---|---|---|
| 92:1-6 | Depo. Obj. at 92:7<br><br>Improper lay opinion (FRE 701). | | | | |
| 101:3-23 | Depo. Obj. at 101:19-21<br><br>Hearsay within hearsay (FRE 808) | | | | |
| 112:4-8 | Depo. Obj. at 112:3<br><br>No personal knowledge; speculation (FRE 602) | | | | |
| 115:10-116:8 | FRE 402, Judge Sleet's PTO fn.6 (115:12-21) | | | | |
| 122:6-10 | Depo. Obj. at 122:6-10<br><br>Mischaracterizes Witness Testimony (FRE 611) | | | | |
| 122:12-16 | Depo. Obj. at 122:6-10<br><br>Mischaracterizes Witness Testimony (FRE 611) (122:12-13) | | 122:17-23 | | |

| Abraxis's Designations | Elan's Objections | Ruling | Elan's Counter Designations | Abraxis's Objections | Ruling |
|---|---|---|---|---|---|
| 127:25-128:1 | Depo. Obj. at 128:2<br><br>Mischaracterizes Witness Testimony (FRE 611) | | | | |
| 128:3-13 | Depo. Obj. at 128:2<br><br>Mischaracterizes Witness Testimony (FRE 611) (128:3-13) | | | | |
| 129:13-17 | Depo. Obj. at 129:18<br><br>No personal knowledge; speculation (FRE 602) (129:15-17) | | | | |
| 129:19 | Depo. Obj. at 129:18<br><br>No personal knowledge; speculation (FRE 602) | | | | |
| 148:1-12 | Depo. Obj. at 148:13<br><br>Mischaracterizes Witness Testimony (FRE 611) (148:9-12) | | | | |
| 148:14-15 | Depo. Obj. at 148:13<br><br>Mischaracterizes Witness Testimony (FRE 611) | | | | |

| Abraxis's Designations | Elan's Objections | Ruling | Elan's Counter Designations | Abraxis's Objections | Ruling |
|---|---|---|---|---|---|
| 154:14-17 | Hearsay within hearsay (FRE 802) | | | | |
| 154:19-155:1 | Hearsay within hearsay (FRE 802) | | | | |

**EXHIBIT 9-Q**

**TO PRETRIAL ORDER**

Abraxis's Designation of Deposition Testimony

Witness:  David Taft

**Deposition Designations: David Taft**

6:1-12

7:20-8:9

8:17- 9:11

12:5-9

141:23

142:2-8

142:11-13-15

218:21-24

219:3-5

219:13-15

220:3-11

220:15

268:25-269:2

269:5-6

269:9

**EXHIBIT 9-QQ**

**TO PRETRIAL ORDER**

Elan's Objections and Counter-Designations and Abraxis's Responses and Objections to

Abraxis's Designation of Deposition Testimony

Witness:  David Taft

**Taft**

| Abraxis's Designations | Elan's Objections | Ruling | Elan's Counter Designations | Abraxis's Objections | Ruling |
|---|---|---|---|---|---|
| 141:23 | Irrelevant (FRE 402) | | | | |
| 142:2-8 | Irrelevant (FRE 402) | | | | |
| 142:11 13-15 | Irrelevant (FRE 402) | | | | |
| 218:21-24 | FRE 403; Irrelevant (FRE 402) | | | | |
| 219:13-15 | | | 219:19-24 | No question designated; waste of time; FRE 403 | |
| 220:3-11 | FRE 403; Irrelevant (FRE 402) | | | | |
| 220:15 | | | 221:23-25 | No question designated; unrelated (FRCP 32(a)(6) and FRE 106); waste of time; FRE 403 | |
| 268:25 269:2 | Irrelevant (FRE 402) | | | | |

**EXHIBIT 9-R**

**TO PRETRIAL ORDER**

Abraxis's Designation of Deposition Testimony

Witness:  Jeffrey Winkler

# Deposition Designations: Jeffrey Winkler

4:24-5:3

12:4-21

32:12-14

41:15-42:2

43:9-19

47:4-6

47:8

47:9-10

47:12

54:4-9

47:13-14

47:16

47:23-48:20

54:10-12

54:15-16

54:18-22

54:24-55:11

55:12-24

56:3-17

56:20-57:5

57:6-8

57:11-17

57:21-23

57:25

60:4-6

60:8

60:25-61:10

61:12-16

61:18

61:19-21

61:23-62:6

63:21-64:4

65:21-66:2

66:4-13

66:15-24

67:2-5

67:7-10

67:18-68:5

68:7-16

69:6-11

69:13

69:14-70:9

70:11-15

70:18-72:12

72:14-19

72:22-73:16

73:18-20

75:9-16

77:7-14

79:22-25

80:2-9

85:9-21

85:23-86:5

86:7-87:6

87:9-21

89:16-19

87:22-88:15

89:24-90:25

92:2-5

92:14-19

93:7-13

94:4-7

99:12-100:6

101:15-22

102:11-103:1

108:17-109:3

113:3-114:11

114:13-14

117:19-22, 24

118:11-17

119:24-120:2

120:4-8

120:10-12

121:25-122:3

122:6

124:4-7

124:12-125:8

126:10-17

127:18-21

129:10-13

129:16-24

130:4-9

148:15-18

148:20-23

132:4-9

136:3-9

138:10-19

138:21-23

138:25-139:2

154:15-155:15

157:7-10

158:10-13, 15

161:18-25

162:5-25

164:21-165:6

165:8-9

165:15-25

166:2, 4-11

166:23-167:5

168:10-20

169:5-24

170:4-17

172:8-16

172:17-25

173:3-9

174:10-175:4

176:22-177:8

178:19-22, 24

179:6-7

179:9-180:2

180:4-8

180:10-20

180:23-181:2

183:11-14

183:20-184:10

184:12

184:15-16

184:18-185:2

186:3-4, 7-14

187:9-11

190:2-5

190:10-17

191:8-11

192:22-25

193:3

193:4-19

193:21-195:24

196:23-197:10

199:5-9, 11-12

200:24-201:3

201:5-17

201:19-21

202:2-12

202:21-24

203:2-18

206:16-19

206:21-25

246:15-25

209:16-19

209:21-24

210:2-15

210:17-20

210:23-25

211:4-11

211:13-25

212:3

212:4-7, 10-13

214:14-25

215:13-216:2

216:4-8

216:10-25

217:3

219:19-25

221:5-10

222:2-5

222:10-11

222:22-223:3

223:4-8

223:25-224:9

224:10-16

224:21-25

225:21-226:12

226:14-17

244:17-245:3

245:5

226:18-227:14

227:19-22

228:5-9

228:16-25

229:2-4

230:5-6, 8-17

230:18-20, 23-24

231:2

233:7-234:7

238:7-16

239:20-240:6

240:14-241:2

242:5-12

243:10-19

268:4-7

269:25-270:3

270:6

274:6-7

274:9-11

274:22-275:5

275:7-276:5

276:8-9

276:24-277:4

277:14-15

277:16-20

278:8-11, 13

286:13-14, 16

291:18-19, 22

295:18-20, 22-24

296:2-8, 10-13

297:2-6

315:10-11, 13-16, 18-19

321:4-6, 8-13, 15-18, 20-21

322:19-323:21

323:23-324:2

324:10-25

325:4-7

325:9-11

325:13-326:15

326:17-327:3

327:9-13

327:15-16

328:6-329:2

329:4-15

329:17-18

330:7-15

330:17-331:18

333:3-20

**EXHIBIT 9-RR**

**TO PRETRIAL ORDER**

Elan's Objections and Counter-Designations and Abraxis's Responses and Objections to

Abraxis's Designation of Deposition Testimony

Witness:  Jeffrey Winkler

**Winkler**

| Abraxis's Designations | Elan's Objections | Ruling | Elan's Counter Designations | Abraxis's Objections | Ruling |
|---|---|---|---|---|---|
| 32:12-14 | Irrelevant (FRE 402) | | | | |
| 41:15-42:2 | Irrelevant (FRE 402) | | | | |
| 54:10-12 | Depo. Obj. at 54:13-14<br><br>Improper lay opinion (FRE 701) | | | | |
| 54:15-16 | Depo. Obj. at 54:17<br><br>No personal knowledge; no foundation (FRE 602) | | | | |
| 56:3-17 | As to 56:14-17<br><br>Depo. Obj. at 56:18-19<br><br>Mischaracterizes witness testimony (FRE 611); FRE 402; 403-Designation is only a question without answer | | | | |

| Abraxis's Designations | Elan's Objections | Ruling | Elan's Counter Designations | Abraxis's Objections | Ruling |
|---|---|---|---|---|---|
| 57:6-8 | Depo. Obj. at 57:6-8<br><br>Improper lay opinion (FRE 701) | | | | |
| 57:11-17 | Depo. Obj. at 57:6-8, 57:18-20<br><br>Improper hypothetical; Improper lay opinion (FRE 701) | | | | |
| 57:21-23 | Depo. Obj. at 57:18-20<br><br>Improper hypothetical; Improper lay opinion (FRE 701) | | | | |
| 80:2-9 | Irrelevant (FRE 402) | | | | |
| 87:22-88:15 | | | 88:16-20 | Irrelevant; FRE 403 | |
| 93:7-13 | | | 93:14-20 | | |
| 108:17-109:3 | | | 109:7-25 | Irrelevant; improper attorney colloquy | |
| 124:12-125:8 | | | 125:9-11<br>125:14-17 | | |

| Abraxis's Designations | Elan's Objections | Ruling | Elan's Counter Designations | Abraxis's Objections | Ruling |
|---|---|---|---|---|---|
| 136:3-9 | | | 136:10-13 | | |
| 158:10-13, 15 | Depo. Obj. at 158:14<br><br>Improper lay opinion (FRE 701) | | 158:16-17<br>158:19-20 | | |
| 168:10-20 | Irrelevant (FRE 402); FRE 403; (168:15-20) | | | | |
| 176:22-177:8 | Hearsay within hearsay (FRE 802) | | | | |
| 202:21-24 | As to 202:23-203:18 (FRE 402; 403), Judge Sleet's PTO fn. 6- Improper Attorney Colloquy | | | | |
| 230:18-20, 23-24 | Depo. Obj. at 230:21-22<br><br>Improper lay opinion (FRE 701) | | | | |
| 231:2 | Depo. Obj. at 230:25<br><br>Improper lay opinion (FRE 701) | | | | |

| Abraxis's Designations | Elan's Objections | Ruling | Elan's Counter Designations | Abraxis's Objections | Ruling |
|---|---|---|---|---|---|
| 240:14-241:2 | Depo. Obj. at 241:6 & 241:9<br><br>Improper lay opinion (FRE 701)<br><br>As to 241:11-12 (FRE 402; 403), Judge Sleet's PTO fn. 6-Improper Attorney Colloquy | | | | |
| 269:25-270:3 | Depo. Obj. at 270:4-5<br><br>Mischaracterizes witness testimony (FRE 611(a)) | | | | |
| 291:18-19, 22 | Depo. Obj. at 291: 20-21<br><br>(FRE 402) Irrelevant; (FRE 403); -Vague, Ambiguous; Lacks Foundation ( | | | | |
| 328:6-329:2 | Depo. Obj. at 329:3<br><br>Mischaracterizes Witness Testimony (FRE 611(a)) (328:21-329:2) | | | | |

| Abraxis's Designations | Elan's Objections | Ruling | Elan's Counter Designations | Abraxis's Objections | Ruling |
|---|---|---|---|---|---|
| 329:4-15 | Depo. Obj. at 329:3 <br><br> Mischaracterizes Witness Testimony (FRE 611(a)) (329:4-10) | | | | |
| 333:3-20 | Irrelevant (FRE 402); FRE 403 | | | | |