IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ELAN PHARMA INTERNATIONAL LTD, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ABRAXIS BIOSCIENCE, INC, )<br>)<br>Defendant. )<br>) | C.A. No. 06-438 GMS |

## ORDER

At Wilmington this 19th day of May, 2008, having reviewed and duly considered the defendant's motion in limine to exclude evidence of the plaintiff's SSNMR testing of Abraxane®;

IT IS ORDERED that the Motion in Limine Number II (D.I. 465) is DENIED. Upon further consideration of the motion and parties' arguments, the court concludes that the issues raised by the defendant are factually disputed by the plaintiff, and the defendant can address any alleged "holes" in the plaintiff's experts' evidence, specifically Dr. Eric Munson's evidence and testimony, through effective cross-examination.

/s/ Gregory M. Sleet
CHIEF, UNITED STATES DISTRICT JUDGE