IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ELAN PHARMA INTERNATIONAL LIMITED,<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>ABRAXIS BIOSCIENCE, INC.,<br><br>　　　Defendant. | )<br>)<br>)<br>)　C.A. No. 06-438-GMS<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

The undersigned hereby certifies that on the 23rd day of May, 2008, **SUPPLEMENTAL EXPERT REPORT OF JOHN C. JAROSZ** was served upon the following counsel of record at the address and in the manner indicated:

Emily A. Evans, Esquire　　　　　　　　　　　　　　VIA ELECTRONIC MAIL
Eric S. Walters, Esquire
Diana B. Kruze, Esquire
Paul F. Coyne, Esquire
Morrison & Foerster, LLP
755 Page Mill Road
Palo Alto, CA 94304-1018

　　　　　　　　　　　　　　　　　　　　ASHBY & GEDDES

　　　　　　　　　　　　　　　　　　　　*/s/ Lauren E. Maguire*
　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Steven J. Balick (I.D. #2114)
　　　　　　　　　　　　　　　　　　　　John G. Day (I.D. #2403)
　　　　　　　　　　　　　　　　　　　　Lauren E. Maguire (I.D. #4261)
　　　　　　　　　　　　　　　　　　　　500 Delaware Avenue, 8th Floor
　　　　　　　　　　　　　　　　　　　　P.O. Box 1150
　　　　　　　　　　　　　　　　　　　　Wilmington, DE 19899
　　　　　　　　　　　　　　　　　　　　(302) 654-1888
　　　　　　　　　　　　　　　　　　　　sbalick@ashby-geddes.com
　　　　　　　　　　　　　　　　　　　　jday@ashby-geddes.com
　　　　　　　　　　　　　　　　　　　　lmaguire@ashby-geddes.com

　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*
　　　　　　　　　　　　　　　　　　　　*Elan Pharma International Limited*

{00175073;v1}

*Of Counsel:*

Stephen Scheve
Linda M. Glover
BAKER BOTTS LLP
One Shell Plaza
910 Lousiana Street
Houston, TX 77042-4995
(713) 229-1659

Paul F. Fehlner
Jeffrey D. Sullivan
Lisa Chiarini
BAKER BOTTS LLP
30 Rockefeller Plaza
New York, NY 10112-4498
(212) 408-2527


Dated: May 28, 2008