IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ELAN PHARMA INTERNATIONAL LIMITED,<br><br>    Plaintiff,<br><br>v.<br><br>ABRAXIS BIOSCIENCE, INC.,<br><br>    Defendant. | )<br>)<br>)  C.A. No. 06-438-GMS<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF SERVICE**

The undersigned hereby certifies that on the 26th day of May, 2008, **DR. STEPHEN R. BYRN SUPPLEMENTAL REPORT TO DR. MANSOOR'S OPENING EXPERT REPORT** was served upon the following counsel of record at the address and in the manner indicated:

Emily A. Evans, Esquire
Eric S. Walters, Esquire
Diana B. Kruze, Esquire
Paul F. Coyne, Esquire
Morrison & Foerster, LLP
755 Page Mill Road
Palo Alto, CA 94304-1018

VIA ELECTRONIC MAIL

ASHBY & GEDDES

/s/ *Lauren E. Maguire*

Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Lauren E. Maguire (I.D. #4261)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com
lmaguire@ashby-geddes.com

*Attorneys for Plaintiff*

{00175073;v1}

*Of Counsel:*

Stephen Scheve
Linda M. Glover
BAKER BOTTS LLP
One Shell Plaza
910 Lousiana Street
Houston, TX 77042-4995
(713) 229-1659

Paul F. Fehlner
Jeffrey D. Sullivan
Lisa Chiarini
BAKER BOTTS LLP
30 Rockefeller Plaza
New York, NY 10112-4498
(212) 408-2527


Dated:  May 28, 2008

{00175073;v1}