## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ELAN PHARMA INTERNATIONAL LTD, | ) ) ) |
| Plaintiff, | ) ) |
| v. | )    C.A. No. 06-438 GMS |
| ABRAXIS BIOSCIENCE, INC., | ) ) ) |
| Defendant. | ) ) |

## <u>ORDER</u>

At Wilmington this 30th day of May, 2008, having reviewed and duly considered the Parties'

Proposed Preliminary Jury Instructions;

IT IS ORDERED that the court approves the Parties Proposed Preliminary Jury Instructions

(D.I. 587) (the "Instructions"), which were electronically filed with the court on May 29, 2008, at

11:48 A.M., subject to the following changes, which the plaintiff is directed to make:

1. The title page shall read "Preliminary Jury Instructions;"

2. The Instructions shall be paginated;

3. The bracketed language in the first paragraph of Instruction Number 1.6 shall be removed and the word "must" inserted; and

4. Instruction Number 1.7 shall be edited in accordance with the discussion between the court and the parties during the teleconference held on May 29, 2008.

Fifteen copies of the final version of the Instructions shall be delivered to Chambers no later than

12:00 P.M., on May 30, 2008.

/s/ Gregory M. Sleet
CHIEF, UNITED STATES DISTRICT JUDGE