UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ELAN PHARMA INTERNATIONAL )  Case No. 06-438-GMS
LIMITED, )
 )
                  Plaintiff, )
 )
      v. )
 )
ABRAXIS BIOSCIENCE, INC., )
 )
                Defendant. )
 )
 )

**EXHIBIT 8**
**PLAINTIFF'S DEPOSITION DESIGNATIONS**
**AND**
**DEFENDANT'S OB AND COUNTER-**
**DESIGNATIONS TO PLAINTIFF'S DEPOSITION DESIGNATIONS**
**AND**
**PLAINTIFF'S RESPONSES AND OBJECTIONS TO DEFENDANT'S OBJECTIONS**
**AND COUNTER-DESIGNATIONS**

Plaintiff Elan Pharma International Limited ("Elan") makes the following deposition designations for its case.

**<u>Deposition Designations</u>**

Elan may present the following witnesses by deposition for its case:

      1.      Patrick Soon Shiong (page/line designations attached as Exhibit 8-A.)

      2.      Neil Desai (page/line designations attached as Exhibit 8-B.)

      3.      Michael Hawkins (page/line designations attached as Exhibit 8-C.)

      4.      Ulagaraj Selvaraj (page/line designations attached as Exhibit 8-D.)

      5.      Herbert Lee (page/line designations attached as Exhibit 8-E.)

6.      Leslie Louie (page/line designations attached as Exhibit 8-F.)

7.      Lianjun Shi (page/line designations attached as Exhibit 8-G.)

8.      Dewey H. Barich (page/line designations attached as Exhibit 8-H.)

9.      Johnson Tai Wong (page/line designations attached as Exhibit 8-I.)

10.     Edmund A. C. Crouch (page/line designations attached as Exhibit 8-J.)

11.     Mansoor M. Amiji (page/line designations attached as Exhibit 8-K.)

12.     Michael Hamrell (page/line designations attached as Exhibit 8-L)

13.     William J. Davis (page/line designations attached as Exhibit 8-M)

14.     Kathryn Melody (page/line designations attached as Exhibit 8-N

**<u>Responses and Objections</u>**

Defendant Abraxis makes the following objections and counter-designations to Elan's designations of deposition testimony, and Elan makes the following responses and objections:

1.      Patrick Soon Shiong (objections, counter-designations, and responses attached as Exhibit 8-AA).

2.      Neil Desai (objections, counter-designations, and responses attached as Exhibit 8-BB).

3.      Michael Hawkins (objections, counter-designations, and responses attached as Exhibit 8-CC).

4.      Ulagaraj Selvaraj (objections, counter-designations, and responses attached as Exhibit 8-DD).

5.      Herbert Lee (objections, counter-designations, and responses attached as Exhibit 8-EE).

6.      Leslie Louie (objections, counter-designations, and responses attached as Exhibit 8-FF).

7.      Lianjun Shi (objections, counter-designations, and responses attached as Exhibit 8-GG).

8.      Dewey H. Barich (objections, counter-designations, and responses attached as Exhibit 8-HH).

9.      Johnson Tai Wong ((objections, counter-designations, and responses attached as Exhibit 8-II).

10.     Edmund A. C. Crouch (objections, counter-designations, and responses attached as Exhibit 8-JJ).

11.     Mansoor M. Amiji (objections, counter-designations, and responses attached as Exhibit 8-KK).

12.     Michael Hamrell (objections, counter-designations, and responses attached as Exhibit 8-LL.

13.     William J. Davis (objections, counter-designations, and responses attached as Exhibit 8-MM).

### Elan's General Objections to Abraxis's Counter-Designations

Plaintiff Elan Pharma International Ltd ("Elan") objects to Abraxis's counter-designations as far exceeding the "fairness" requirement of Federal Rule of Civil Procedure 32(a)(4) (providing that "[i]f only part of a deposition is offered in evidence by the party, an adverse party may require the offeror to introduce any other part which *ought in fairness* to be considered with the part introduced" (emphasis added)), and Federal Rule of Evidence 106 (providing "[w]hen a writing or recorded statement or part thereof is introduced by a party, an adverse party may require the introduction at that time of any other part . . . or recorded statement which *ought in fairness* to be considered contemporaneously with it" (emphasis added)).  Abraxis' counter-designations far exceed any rational interpretation of the Third Circuit's "rule of completeness."  *See U.S. v. Noble*, 251 Fed. Appx. 792, 798 (3d Cir. 2007) ("We have interpreted [Federal Rule of Evidence 106] to mean that the remainder of a writing is required to be read 'if it is necessary to (1) explain the admitted portion, (2) place the admitted

portion in context, (3) avoid misleading the trier of fact, or (4) insure a fair and impartial understanding.'" (citing *U.S. v. Soures*, 736 F.2d 87, 91 (3d Cir. 1984))).

Evidence of Abraxis' excessive counter-designations, far exceeding any fairness or completeness justification, is apparent based on the sheer volume of deposition testimony Abraxis counter-designated.  For example, Abraxis offers 500 lines of counter-designated testimony as "completeness" for these 4 lines of testimony designated by Elan:

> Q - When you had finished lyophilizing the samples, where did you take them to?
>
> A - I told Dr. Berkland that the samples he requested are ready.

*See* Exhibit 8-GG, Abraxis' Objections and Counter-Designations of Deposition Testimony, Witness: Lianjun Shi (Abraxis' counter designations to Elan's designations of 103:21:23 and 103:25-104:1.)[1]  The same 500 lines of counter-designated testimony are offered against numerous portions of Dr. Shi's deposition.  Overall, Elan designated 428 lines from Dr. Lianjun Shi's deposition.  Abraxis counter-designated 742 lines of Dr. Shi's deposition testimony - almost double Elan's designations.

Abraxis' over designation of deposition testimony is also evidenced by Abraxis' cherry-picking virtually every statement in the deposition that could, arguably, be *remotely* related to Elan's designated portions, even counter designating deposition testimony from as far

---

[1]  Abraxis made the following counter-designations to this testimony: 50:24-25; 51:2-6; 53:3-54:2; 54:5-55:11; 56:10-24; 57:25-58:2; 58:4-7; 58:9-17; 58:19-23; 58:25-59:1; 61:3-11; 61:13; 62:10-13; 62:15; 62:21-23; 62:25; 73:1-3; 73:5-7; 73-9; 77:21-78:9; 78:11-12;  78:14 79:10-12; 80:7-8; 80:15-81:13; 81:15-18; 81:23-82:1; 92:1-6; 92:8-14;  92:16-93:2;  93:21-25;  94:1-18;  94:20-95:19;  96:9-97:16;  97:18-98:16;    98:18-23;    98:25-99:8; 100:4-101:23;  102:1-5;  102:7-16;    102:18-103:2;    103:4-8;  109:22-110:2;  110:4-110:13;  110:15;  111:2-3; 111:5-112:2;  112:4-8;  114:9-11;  114:13-25;  115:3-8;  115:10-116:8;  116:10-13;  116:15;  122:6-10;  122:12-16; 124:19-22;  124:24;  125:20-126:2;  126:4-6;  126:8-13;  127:25-128:1;  128:3-13;  128:15-16;  129:9-11;  129:13-17; 129:19; 157:19-21; 157:23.

away as 283 pages.  *See* Exhibit 8-AA, Abraxis' Objections and Counter-Designations of Deposition Testimony, Witness: Patrick Soon-Shiong, Abraxis' counter designation of lines 18:22-23 and 8:25-19:22 against Elan's designations at 302:2-15 (The testimony on page 302 is not "redirect" testimony.)

Elan objects to Abraxis' efforts to introduce deposition testimony that is neither explanatory nor relevant to Elan's designated portions.  *See Soures*, 736 F.2d at 91 ("The Rule does not require introduction of portions of a statement that are neither explanatory of nor relevant to the passages that have been admitted.").

Elan further objects to Abraxis' attempts to admit inadmissible testimony under the guise of the "rule of completeness."  *See Phoenix Associates III v. Stone*, 60 F.3d 95, 103 (2d Cir. 1995 ("Rule 106 'does not compel admission of otherwise inadmissible hearsay evidence.'" (citing *U.S. Football League v. Nat'l Football League*, 842 F.2d 1335, 1375-76 (2d Cir. 1988))).

Finally, Elan objects to Abraxis' counter designations as a transparent effort to prevent Elan from presenting its case without undue interruption or distractions as permitted by common law and Federal Rule of Evidence 611(b).  *See Blue Cross and Blue Shield of New Jersey, Inc.*, 199 F.R.D. 487, 490 (E.D.N.Y. 2001).

### RESPONSE TO ELAN'S GENERAL OBJECTIONS
### TO ABRAXIS'S COUNTER DESIGNATIONS

Abraxis's Response:

Elan correctly states that a counter designation is proper "'if it is necessary to (1) explain the admitted portion, (2) place the admitted portion in context, (3) avoid misleading the trier of fact, or (4) insure a fair and impartial understanding,'" but then proceeds to ignore that standard in objecting to Abraxis's counter designations. That is, Elan does *not* dispute that Abraxis's counter designations are necessary to (1) explain the admitted portion, (2) place the admitted portion in context, (3) avoid misleading the trier of fact, or (4) insure a fair and impartial understanding. Instead, Elan argues that Abraxis's counter designations should be rejected because of their "volume" and because they are "far away" from Elan's designations. But the "volume" and location of counter designations are not factors in determining the "fairness" of presenting counter designations at the same time as affirmative designations.

Elan's "volume" objection misses the mark. Elan takes the example of Abraxis's Lianjun Shi designations and misconstrues them as 500 lines "offered against" four lines of testimony.[1] Rather, Abraxis's counter designations were made on a topic-by-topic basis, and Elan admits these same designations are offered by Abraxis against "numerous portions of Dr. Shi's deposition" on the same topic.[2] Thus, Abraxis's counter designations are a set of testimony that completes the set of testimony designated by

---

[1] In this example, Elan asked Dr. Shi about one experimental step in a procedure he performed without referencing all of the steps of the procedure he performed. If any of this testimony is to be played to the jury, fairness requires Dr. Shi's complete testimony regarding the procedure. Note, too, that the necessary counter designations for the Shi deposition were by far and away the most voluminous of Abraxis's counter designations.

[2] The amount of testimony counter designated by Abraxis was increased by Elan's deposition practice of repeatedly asking the same questions throughout the deposition in the hopes of eventually obtaining an answer that better suited its purposes.

Elan, and should be shown to the jury as such at the same time as Elan's selected testimony to avoid misleading the jury and insure a fair and impartial understanding of the designated deposition testimony in context.

Elan's objection that the location of Abraxis's counter designations during the depositions renders them unfair is similarly unfounded. The location of a counter designation does not determine whether it should be played at the same time for completeness. While Elan apparently disputes the *degree* of relevance of Abraxis's counter designations, it admits that Abraxis's designations *are* relevant. Any specific questions of fairness or completeness should be brought to the Court's attention and addressed case-by-case, not decided *en masse* based on the red herrings of volume or location without reference to the specific designations and counter designations.

Moreover, Abraxis's counter designations are expressly permitted under Federal Rule of Civil Procedure 32(a)(6), which states if only part of a deposition is offered "any party may itself introduce any other parts." While Elan objects to the timing of the presentation of Abraxis's counter designations, it cannot block their admission.

The cases cited by Elan do not hold that the sheer volume or location of counter designations can render them unfair to present at the same time. In *U.S. v. Noble*, the Third Circuit held that the district court did not abuse its discretion by refusing to admit the remainder of "stream-of-consciousness" prison letters that did not explain or put into context the portions admitted. 251 Fed. Appx. 792, 799 (3d Cir. 2007). In *U.S. v. Soures*, the Third Circuit held that the district court had properly excluded some excerpts from a witness's second day of grand jury testimony only after careful review of the substance of the testimony and concluding it was not necessary. 736 F.2d 87, 91 (3d. Cir.

1984).  Neither case holds that volume or location are factors under F.R.C.P. 32(a)(6) or

F.R.E. 106.  Here, of course, Elan has not disputed relevance.  Nor could it.

Elan's reliance on *Phoenix Associates III v. Stone,* 60 F.3d 95, 103 (2d Cir. 1995)

is also not well considered.  It would be unfair to introduce portions of testimony

designated by Elan that are incomplete and misleading while excluding explanatory

testimony based on other evidentiary objections.  As the D.C. Circuit has stated:

> Rule 106 can adequately fulfill its function only by permitting the
> admission of some otherwise inadmissible evidence when the court finds
> in fairness that the proffered evidence should be considered
> contemporaneously.  A contrary construction raises the specter of distorted
> and misleading trials, and creates difficulties for both litigants and the
> trial court.

*U.S. v. Sutton*, 801 F.2d 1346, 1368 (D.C. Cir. 1986); *see also U.S. v. Le Fevour*, 798

F.2d 977, 981 (7th Cir. 1986) ("If otherwise inadmissible evidence is necessary to correct

a misleading impression, then either it is admissible for this limited purpose by force of

Rule 106…or, if it is inadmissible (maybe because of privilege), the misleading evidence

must be excluded too.").

### ELAN'S REPLY IN SUPPORT OF ITS GENERAL OBJECTIONS TO ABRAXIS'S COUNTER-DESIGNATIONS

**A.    Elan generally objects that Abraxis's counter-designations violate Federal Rule of Civil Procedure 32(a)(4) and Federal Rule of Evidence 106.**

Abraxis mischaracterizes Elan's general objections as pertaining only to the volume and location of Abraxis's counter-designations. To the contrary, Elan objects that Abraxis's counter-designations violate Federal Rule of Civil Procedure 32(a)(4) and Federal Rule of Evidence 106. The volume and location of Abraxis's counter-designations are merely emblematic of that violation.

Rule 32(a)(4) provides that "[i]f only part of a deposition is offered in evidence by the party, an adverse party may require the offeror to introduce any other part which *ought in fairness* to be considered with the part introduced." Fed. R. Civ. P. 32(a)(4) (emphasis added). Similarly, Rule 106 provides that "[w]hen a writing or recorded statement or part thereof is introduced by a party, an adverse party may require the introduction at that time of any other part . . . or recorded statement which *ought in fairness* to be considered contemporaneously with it." Fed. R. Evid. 106 (emphasis added). Thus, both Rule 32(a)(4) and Rule 106 contemplate that an adverse party may interrupt or distract from its opponent's case *only* if fairness so demands. *See Blue Cross and Blue Shield of New Jersey, Inc.*, 199 F.R.D. 487, 490 (E.D.N.Y. 2001). Abraxis's counter-designations are not justified by any fairness considerations. Rather, Abraxis's counter-designations:

- are irrelevant to Elan's designated portion of testimony;

- do not explain Elan's designated portion of testimony;

- do not place Elan's designated portion of testimony in context;

- do not correct misleading evidence; and

{00220714;v1}

- do not ensure a fair and impartial understanding of Elan's designated portion of testimony.

As such, they are not permitted under the rules. *See U.S. v. Noble*, 251 Fed. Appx. 792, 798 (3d Cir. 2007); *U.S. v. Sources*, 736 F.2d 87,91 (3d Cir. 1984). Moreover, contrary to Abraxis's assertion otherwise, Elan does not seek an *en masse* decision as to the fairness of Abraxis's counter-designations. Elan lodged specific objections to each improper designation pursuant to the Federal Rules of Evidence. Elan's general objections merely provide an explanation as to the reasons why Elan was compelled to lodge *so many* specific objections.

**B.  Abraxis's counter-designations are almost uniformly irrelevant to Elan's designated portion of testimony.**

That Abraxis's counter-designations violate Rules 32(a)(4) and 106 can be easily demonstrated. For example, Elan designated the following testimony:

Q:  When you finished lyophilizing the samples, where did you take them?

A:  I told Dr. Berkland that the samples he requested are ready.

In response to this simple exchange, Abraxis counter-designated 500 lines of testimony, including the following representative testimony.[1]

Q:  Okay, so your testimony earlier, when you spoke of disposing something in the waste glass box, you threw out the vials?

A.  Yeah . . .

Q:  The glass vials?

A:  Yeah, I clean it. Clean it, yeah.

---

[1]  *See* Exh. 8-GG, Abraxis's Objections and Counter-Designations of Deposition Testimony, Witness Lianjun Shi (Abraxis's counter to Elan's designations of 103:21-23, 103:25-104:1.

Q:     And threw them out?

A:     Right.

Q:     And is it your testimony today that you don't know the location of the cardboard packaging around the vials?

A:     I can't remember.  I just remember I read this paper.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Q:     Maybe I'm not being clear.  Do you know the condition that the bottles of Abraxane—

A:     Uh-huh

Q:     —were stored before you received them?

A:     No.

Q:     Do you know how Dr. Berkland stored the vials before you received them?

A:     No.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Q:     Did you do any testing to establish the purity of the second set of samples?

A:     I didn't do that.  That's—that was not my job.

Q:     Are you aware whether Dr. Berkland did any purity testing on the second set of samples?

A:     No idea.  I didn't know that.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Most, if not all, of Abraxis's counter-designations—including those to Elan's designated portions of testimony from other deponents—are in a similar vein to those above, and are wholly irrelevant to the designation.  As such, they have nothing to do with fairness, and should be stricken.

**C.      Abraxis should not be permitted to convert its improper counter-designations to affirmative designations at this late date.**

Abraxis's defense of its counter-designations reveals a fundamental lack of understanding of the Federal Rules of Civil Procedure and Evidence. In its response to Elan's general objections, Abraxis states the following:

> Moreover, Abraxis's counter-designations are expressly permitted under Federal Rule of Civil Procedure 32(a)(6), which states if only part of a deposition is offered, any party may introduce other parts. While Elan objects to the timing of the presentation of Abraxis's counter-designations, it cannot block their admission.

See Response at p. 2. As a threshold matter, there is no Federal Rule of Civil Procedure 32(a)(6). Moreover, to the extent that Abraxis seeks to counter-designate testimony in response to Elan's designations, such testimony is only admissible pursuant to Federal Rule of Civil Procedure 32(a)(4) and Federal Rule of Evidence 106, which address the contemporaneous admission of testimony. If Abraxis wanted to affirmatively designate testimony to present during its case, then it was required to timely do so. Indeed, Elan provided Abraxis with its general objections in ample time for Abraxis to revise its affirmative deposition designations and counter-designations prior to the parties' submission of the Joint Pre-Trial Order. With only weeks to trial, Abraxis should not now be permitted to convert its improper counter-designations into additional affirmative deposition designations. Such a conversion would unfairly prejudice Elan, who would be forced to take time away from pressing trial preparation matters to prepare counter-designations to Abraxis's "converted" counter-designations.

**D.**     **Conclusion**

        Abraxis's response is nothing more than a red herring designed to divert the Court's attention from the substantive issues raised by Elan's objections.  As such, it should be disregarded by the Court.  Elan requests that the Court sustain Elan's general and specific objections and, as warranted, strike Abraxis's counter-designations that are improper under Federal Rule of Civil Procedure 32(a)(4) and Federal Rule of Evidence 106.

**EXHIBIT 8-A**

**TO PRETRIAL ORDER**

Plaintiff's Designation of Deposition Testimony

Witness:   Patrick Soon Shiong

**Deposition Designations: Patrick Soon Shiong**

| BEGIN (page:line) | END (page:line) |
|---|---|
| 7:10 | 7:13 |
| 36:17 | 37:4 |
| 37:7 | 37:15 |
| 59:17 | 59:19 |
| 59:21 | 59:21 |
| 79:3 | 79:15 |
| 79:20 | 79:22 |
| 85:15 | 86:7 |
| 86:9 | 86:12 |
| 86:14 | 86:17 |
| 86:19 | 86:20 |
| 93:1 | 93:11 |
| 93:13 | 93:16 |
| 93:18 | 93:18 |
| 121:6 | 121:7 |
| 121:9 | 121:15 |
| 121:18 | 122:1 |
| 123:11 | 123:14 |
| 124:9 | 124:24 |
| 215:12 | 215:13 |
| 215:21 | 216:13 |
| 216:16 | 216:23 |
| 217:4 | 217:25 |
| 223:20 | 223:24 |
| 224:8 | 224:14 |
| 226:24 | 228:4 |
| 230:5 | 230:13 |
| 234:8 | 234:13 |
| 235:3 | 235:6 |
| 235:13 | 235:15 |
| 235:17 | 235:17 |
| 237:18 | 238:23 |
| 237:25 | 238:20 |
| 238:22 | 239:14 |
| 239:23 | 239:25 |
| 241:7 | 241:12 |
| 264:18 | 264:22 |
| 302:2 | 302:15 |
| 306:4 | 306:14 |
| 306:21 | 307:7 |
| 309:14 | 309:19 |
| 310:4 | 310:6 |
| 338:25 | 340:10 |

**EXHIBIT 8-AA**

**TO PRETRIAL ORDER**

Abraxis's Objections and Counter-Designations of Deposition Testimony

Witness:  Patrick Soon-Shiong

**DEPOSITION DESIGNATIONS, OBJECTIONS, COUNTER-DESIGNATIONS, AND OBJECTIONS THERETO**
**PATRICK SOON-SHIONG**

| Elan Designations | Abraxis Objections | Ruling | Abraxis Counter-Designations | Elan's Response | Ruling |
|---|---|---|---|---|---|
| 36:17-37:4 | | | 45:7-10; 45:12-21; 74:11-18 | • Designated testimony does not need explanation or context.<br><br>• Proffered testimony found 8 and 37 pages after designated testimony does not further fairness or completeness.<br><br>• (FRE 701) - Improper lay opinion. (45:7-10, 45:12-21)<br><br>• (FRE 403) - cumulative<br><br>• Depo. Obj. at 45:25 - "Move to strike as nonresponsvie." | |
| 37:7-37:15 | | | 37:16-19; 37:21-38:5; 38:9-18; 41:13-17; 42:21-22; 42:23-43:5; 45:7-10; 45:12-21; 47:6-9; 47:12-24; 59:17-19; 59:21; 65:8-66:11; 80:21-81:6; 82:6-9; 82:11-19; 82:21-83:6; 83:8; 218:9-219:4 | • Designated testimony does not need explanation or context.<br><br>• Proffered testimony found 4, 5, 8, 10, 22, 28, 43, 45, and 181 pages after designated testimony does not further fairness or completeness.<br><br>• Objection at 38:6 - "Move to strike as nonresponsvie."<br><br>• Objection at 38:19-20 - "Move to strike the nonresponsvie portion." | |

| Elan Designations | Abraxis Objections | Ruling | Abraxis Counter-Designations | Elan's Response | Ruling |
|---|---|---|---|---|---|
| | | | | • (FRE 701) - Improper lay opinion (42:21-43:5). | |
| | | | | • (FRE 701) - Improper lay opinion. (42:21-43:5) | |
| | | | | • (FRE 701) - Improper lay opinion. (47:6-9, 47:12-24) | |
| | | | | • Proffered testimony found 45 pages before designated testimony does not further fairness or completeness. | |
| | | | | • (FRE 403) - Confusion - Counter-designated portion is a question asked by opposing counsel without deponent's response (41:13-17). | |
| | | | | • (FRE 611) - Vague and ambiguous - Counter-designated portion is a question asked by opposing counsel without deponent's response. (41:13-17) | |
| | | | | • (FRE 402) - Relevance - Counter-designated portion is a question asked by opposing counsel without deponent's response. (41:13-17). | |
| | | | | • (FRE 403) - cumulative | |
| | | | | • (FRE 401) - Relevance - Proffered testimony concerns identification of an exhibit not referenced in the designated portion against which offered. (59:17-19, 59:21) | |

| Elan Designations | Abraxis Objections | Ruling | Abraxis Counter-Designations | Elan's Response | Ruling |
|---|---|---|---|---|---|
| | | | | • Depo. Obj. at 66:12 - "Move to strike as nonresponsvie." <br><br> • (FRE 802) - Hearsay within Hearsay (66:5-11) <br><br> • (FRE 701) - Improper lay opinion. (80:21-81:6) <br><br> • Depo. Obj. at 81:7 - "Move to strike as nonresponsvie." <br><br> • (FRE 701) - Improper lay opinion; improper legal opinion (218:9-219:4) | |
| 86:9-86:12 <br><br> 86:14-86:17 <br><br> 86:19-86:20 | | | Same counter-designations as for Elan designation 37:7-37:15 | • Designated testimony does not need explanation or context. <br><br> • Testimony found 48, 43, 41, 39, 27, 20, 5 and 3 pages before designated testimony does not further fairness or completeness. <br><br> • Proffered testimony found 132 pages after designated testimony does not further fairness or completeness. <br><br> • Objection at 38:6 - "Move to strike as nonresponsvie." <br><br> • Objection at 38:19-20 - "Move to strike the nonresponsvie portion." | |

| Elan Designations | Abraxis Objections | Ruling | Abraxis Counter-Designations | Elan's Response | Ruling |
|---|---|---|---|---|---|
| | | | | • (FRE 701) Improper lay opinion | |
| | | | | • (FRE 701) - Improper lay opinion (42:21-43:5). | |
| | | | | • (FRE 701) - Improper lay opinion. (42:21-43:5) | |
| | | | | • (FRE 701) - Improper lay opinion. (47:6-9, 47:12-24) | |
| | | | | • Proffered testimony found 45 pages before designated testimony does not further fairness or completeness. | |
| | | | | • (FRE 403) - Confusion - Counter-designated portion is a question asked by opposing counsel without deponent's response (41:13-17). | |
| | | | | • (FRE 611) - Vague and ambiguous - Counter-designated portion is a question asked by opposing counsel without deponent's response. (41:13-17) | |
| | | | | • (FRE 402) - Relevance - Counter-designated portion is a question asked by opposing counsel without deponent's response. (41:13-17). | |
| | | | | • (FRE 403) - cumulative | |
| | | | | • (FRE 401) - Relevance - Proffered testimony concerns identification of an exhibit not referenced in the | |

| Elan Designations | Abraxis Objections | Ruling | Abraxis Counter-Designations | Elan's Response | Ruling |
|---|---|---|---|---|---|
| | | | | designated portion against which offered.  (59:17-19, 59:21) | |
| | | | | • Depo. Obj. at  66:12 – "Move to strike as nonresponsvie." | |
| | | | | • (FRE 802) - Hearsay within Hearsay (66:5-11) | |
| | | | | • (FRE 701) - Improper lay opinion. (80:21-81:6) | |
| | | | | • Depo. Obj. at  81:7 - "Move to strike as nonresponsvie." | |
| | | | | • (FRE 701) - Improper lay opinion; improper legal opinion (218:9-219:4) | |
| 93:1-93:11  93:13-93:16  93:18-93:18 | | | 88:14-89:19; 90:8-12; 91:3-13; 91:20-22; 91:24-92:7; 92:9-11; 93:1-6; 93:20-95:25; 97:18-23; 137:9-138:1 | • Designated testimony does not need explanation or context. <br> • Proffered testimony found 4, 3 and 2 pages before designated testimony does not further fairness or completeness. <br> • (FRE 403) - Cumulative <br> • Counter-designation of the same portion of the testimony against which its s proffered does not further the "rule of completeness" or fairness. (93:1-6) <br> • Proffered testimony found 4 pages after designated testimony does | |

| Elan Designations | Abraxis Objections | Ruling | Abraxis Counter-Designations | Elan's Response | Ruling |
|---|---|---|---|---|---|
| | | | | not further fairness or completeness. | |
| 121:9-121:15 | | | 120:12-14; 120:16; 120:19-121:5; 278:16-279:2; 282:16-17; 282:19-283:13; 284:17-285:25 | • Designated testimony does not need explanation or context.<br>• (FRE 403) Cumulative<br>• Proffered testimony found 156, 160 and 163 pages after designated testimony does not further fairness or completeness. | |
| 121:18-122:1 | | | Same counter-designations as for Elan designation 121:9-121:15 | • Designated testimony does not need explanation or context.<br>• (FRE 403) Cumulative<br>• Proffered testimony found 156, 160 and 163 pages after designated testimony does not further fairness or completeness. | |
| 124:9-124:24 | | | 123:15-22; 123:24-124:2; 124:4-7 | • Designated testimony does not need explanation or context.<br>• (FRE 403) Cumulative | |
| 216:16-216:23 | Vague and ambiguous, (FRE 403) (216:22-23; | | | • Prior designated testimony provides clarity and context to designated portion. | |

| Elan Designations | Abraxis Objections | Ruling | Abraxis Counter-Designations | Elan's Response | Ruling |
|---|---|---|---|---|---|
| | 217:4-6) | | | • Probative value of testimony regarding Abraxis' knowledge of patent-in-suit outweighs prejudicial, confusing, or misleading effect. | |
| 217:4-217:25 | Vague and ambiguous, (FRE 403) (216:22-23; 217:4-6) | | | • Prior designated testimony provides clarity and context to designated portion.<br><br>• Probative value of testimony regarding Abraxis' knowledge of patent-in-suit outweighs prejudicial, confusing, or misleading effect. | |
| 217:4-217:25 | | | 241:13-18; 241:21-242:6; 242:12-16; 242:20-243:8 | • Designated testimony does not need explanation or context.<br><br>• Proffered testimony found 24 and 25 pages after designated testimony does not further fairness or completeness.<br><br>• Depo. Obj. at 243:9 - "Move to strike as nonresponsvie."<br><br>• Depo. Obj. at 242:7 - "Move to strike as nonresponsvie." | |
| 224:8-224:14 | | | 218:9-219:4; 230:14-231:2 | • Designated testimony does not need explanation or context.<br><br>• Proffered testimony found 6 pages before designated testimony does | |

| Elan Designations | Abraxis Objections | Ruling | Abraxis Counter-Designations | Elan's Response | Ruling |
|---|---|---|---|---|---|
| | | | | not further fairness or completeness. <br><br> • Proffered testimony found 6 pages after designated testimony does not further fairness or completeness. | |
| 226:24-228:4 | | | 218:9-219:4 | • Designated testimony does not need explanation or context. <br><br> • Proffered testimony found 8 pagers before designated testimony does not further fairness or completeness. | |
| 230:5-230:13 | | | Same counter-designations as for Elan designation 226:24-228:4 | • Designated testimony does not need explanation or context. <br><br> • Proffered testimony found 11 pagers before designated testimony does not further fairness or completeness. | |
| 234:8-234:13 | | | Same counter-designations as for Elan designation 226:24-228:4 | • Designated testimony does not need explanation or context. <br><br> • Proffered testimony found 15 pages before designated testimony does not further fairness or completeness. | |

| Elan Designations | Abraxis Objections | Ruling | Abraxis Counter-Designations | Elan's Response | Ruling |
|---|---|---|---|---|---|
| | | | | • Proffered testimony is not relevant to designated portion. | |
| 235:3-235:6 | | | Same counter-designations as for Elan designation 226:24-228:4 | • Designated testimony does not need explanation or context.<br>• (FRE 403) Cumulative | |
| 235:17-235:17 | | | 235:19-236:5; 236:17-19; 236:23-237:4; 237:6-17 | • Designated testimony does not need explanation or context.<br>• (FRE 403) Cumulative | |
| 237:18-238:23 | | | Same counter-designations as for Elan designation 235:17-235:17 | • Designated testimony does not need explanation or context.<br>• (FRE 403) Cumulative | |
| 237:25-238:20 | | | Same counter-designations as for Elan designation 235:17-235:17 | • Designated testimony does not need explanation or context.<br>• (FRE 403) Cumulative | |
| 238:22-239:14 | | | 239:15-22 | • Designated testimony does not need explanation or context.<br>• Proffered testimony does not further explain designated testimony. | |

| Elan Designations | Abraxis Objections | Ruling | Abraxis Counter-Designations | Elan's Response | Ruling |
|---|---|---|---|---|---|
| | | | | • (FRE 403) Cumulative | |
| 239:23-239:25 | | | 240:1-241:6 | • Designated testimony does not need explanation or context.<br>• (FRE 403) Cumulative | |
| 264:18-264:22 | | | 263:15-264:17; 264:25-265:17 | • Designated testimony does not need explanation or context.<br>• (FRE 801) - Hearsay within Hearsay<br>• Depo. Obj. at 265:18 - "Move to strike a[s] nonresponsvie." | |
| 302:2-302:15 | | | 18:22-23; 18:25-19:22; 140:19-141:14; 300:22-301:11; 301:18-24; 303:14-15; 303:18; 303:20-25 | • Designated testimony does not need explanation or context.<br>• Proffered testimony found 161 and 283 pages before designated testimony does not further fairness or completeness.<br>• (FRE 403) Cumulative | |
| 338:25-340:10 | Irrelevant, FRE 403 | | | • (FRE 104(b)) conditional relevancy; reserved for Elan's rebuttal case | |

**EXHIBIT 8-B**

**TO PRETRIAL ORDER**

Plaintiff's Designation of Deposition Testimony

Witness:   Neil Desai

## Deposition Designations: Neil Desai

| BEGIN (page:line) | END (page:line) |
|---|---|
| 9:3 | 9:6 |
| 11:17 | 11:18 |
| 12:10 | 12:11 |
| 14:21 | 16:3 |
| 16:23 | 17:11 |
| 17:19 | 17:23 |
| 26:5 | 26:8 |
| 26:21 | 26:24 |
| 28:24 | 29:2 |
| 31:19 | 31:19 |
| 33:20 | 34:4 |
| 39:2 | 39:5 |
| 39:9 | 39:15 |
| 41:21 | 41:24 |
| 42:15 | 42:23 |
| 43:01 | 43:21 |
| 45:14 | 45:19 |
| 46:13 | 46:15 |
| 46:20 | 47:16 |
| 48:11 | 48:19 |
| 50:6 | 50:8 |
| 50:10 | 50:10 |
| 50:19 | 50:23 |
| 51:5 | 51:7 |
| 52:12 | 52:22 |
| 53:10 | 53:19 |
| 54:14 | 55:02 |
| 56:9 | 56:18 |
| 56:20 | 56:21 |
| 82:14 | 82:16 |
| 82:25 | 83:13 |
| 103:14 | 103:15 |
| 103:21 | 104:01 |
| 105:7 | 105:11 |
| 105:13 | 105:13 |
| 106:11 | 106:14 |
| 106:22 | 106:24 |
| 107:10 | 107:11 |
| 107:13 | 107:13 |
| 108:7 | 108:12 |
| 108:18 | 108:22 |
| 108:25 | 109:7 |
| 110:2 | 110:21 |
| 111:23 | 111:25 |
| 112:22 | 112:24 |
| 113:1 | 113:3 |
| 113:5 | 113:9 |
| 121:25 | 122:07 |
| 122:15 | 123:04 |
| 128:16 | 129:2 |

| | |
|---|---|
| 133:17 | 133:20 |
| 136:11 | 136:11 |
| 147:2 | 147:6 |
| 148:1 | 148:4 |
| 148:9 | 148:14 |
| 148:16 | 148:22 |
| 149:14 | 149:17 |
| 150:3 | 150:6 |
| 151:16 | 151:21 |
| 152:23 | 153:5 |
| 153:9 | 153:11 |
| 156:7 | 156:9 |
| 156:15 | 156:16 |
| 157:5 | 157:8 |
| 157:13 | 157:23 |
| 158:11 | 158:15 |
| 158:17 | 158:20 |
| 164:12 | 164:19 |
| 179:2 | 179:7 |
| 179:9 | 179:16 |
| 179:18 | 179:19 |
| 180:3 | 180:7 |
| 184:20 | 185:10 |
| 185:12 | 185:13 |
| 187:21 | 187:24 |
| 188:7 | 188:14 |
| 188:16 | 188:16 |
| 193:10 | 193:16 |
| 194:20 | 195:9 |
| 195:11 | 195:25 |
| 196:9 | 196:11 |
| 197:7 | 197:16 |
| 197:17 | 197:23 |
| 198:7 | 198:9 |
| 198:23 | 199:2 |
| 201:2 | 201:9 |
| 203:8 | 203:10 |
| 203:13 | 203:19 |
| 203:20 | 204:2 |
| 204:9 | 204:16 |
| 209:2 | 209:7 |
| 212:14 | 212:23 |
| 213:17 | 213:23 |
| 219:5 | 219:12 |
| 221:11 | 222:8 |
| 223:4 | 223:5 |
| 223:14 | 224:7 |
| 224:9 | 224:18 |
| 226:3 | 227:4 |
| 227:6 | 227:17 |
| 228:15 | 228:17 |
| 228:19 | 228:19 |
| 230:12 | 231:2 |
| 231:5 | 231:7 |

238:9      238:12
239:7      239:10
259:7      259:10
260:21     260:25
261:7      261:15
261:18     261:25
263:2      263:10
265:25     266:6
271:11     271:13
271:17     271:20
275:5      275:19
276:3      276:12
276:20     276:22
277:1      277:9
277:11     277:18
277:20     277:24
278:1      278:12
308:10     308:20

**EXHIBIT 8-BB**

**TO PRETRIAL ORDER**

Abraxis's Objections and Counter-Designations of Deposition Testimony

Witness:  Neil Desai

**DEPOSITION DESIGNATIONS, OBJECTIONS, COUNTER-DESIGNATIONS, AND OBJECTIONS THERETO**
NEIL DESAI

| Elan Designations | Abraxis Objections | Ruling | Abraxis Counter-Designations | Elan's Response | Ruling |
|---|---|---|---|---|---|
| 14:21-16:3 | | | 53:20-54:7 | • Designated testimony does not need explanation or context.<br><br>• Proffered testimony does not further explain designated testimony.<br><br>• Proffered testimony found 39 pages after designated testimony does not further fairness or completeness. | |
| 16:23-17:11 | | | 16:4-22 | • Designated testimony does not need explanation or context.<br><br>• Proffered testimony does not further explain designated testimony.<br><br>• (FRE 403) - Needless presentation of cumulative evidence. | |
| 26:5-26:8 | | | 26:2-4 | • Designated testimony does not need explanation or context.<br><br>• Proffered testimony does not further explain designated | |

| Elan Designations | Abraxis Objections | Ruling | Abraxis Counter-Designations | Elan's Response | Ruling |
|---|---|---|---|---|---|
| | | | | testimony. | |
| 33:20-34:4 | | | 33:14-19 | • Designated testimony does not need explanation or context.<br><br>• Proffered testimony does not further explain designated testimony. | |
| 46:13-46:15 | | | 47:21-48:3; 48:5-7; 48:20-25; 291:24-292:21; 292:23-25 | • Designated testimony does not need explanation or context.<br><br>• Proffered testimony does not further explain designated testimony.<br><br>• (FRE 802) - Hearsay within Hearsay (48:20-25)<br><br>• Depo. Obj. at 292:22 - (FRE 611(a)) - Leading the witness | |
| 46:20-47:16 | | | Same counter-designation as for Elan designation 46:13-46:15 | • Designated testimony does not need explanation or context.<br><br>• Proffered testimony does not further explain designated testimony. | |

| Elan Designations | Abraxis Objections | Ruling | Abraxis Counter-Designations | Elan's Response | Ruling |
|---|---|---|---|---|---|
| | | | | • (FRE 802) - Hearsay within Hearsay (48:20-25)<br><br>• Depo. Obj. at  292:22 - (FRE 611(a)) - Leading the witness | |
| 48:11-48:19 | | | Same counter-designation as for Elan designation 46:13-46:15 | • Designated testimony does not need explanation or context.<br><br>• Proffered testimony does not further explain designated testimony.<br><br>• (FRE 802) - Hearsay within Hearsay (48:20-25)<br><br>• Depo. Obj. at  292:22 - (FRE 611(a)) - Leading the witness | |
| 50:10-50:10 | | | 293:2-294:2; 294:4-5 | • Designated testimony does not need explanation or context.<br><br>• Proffered testimony does not further explain designated testimony.<br><br>• Depo. Obj. at  294:3 - (FRE 611(a)) - Leading the witness. | |

| Elan Designations | Abraxis Objections | Ruling | Abraxis Counter-Designations | Elan's Response | Ruling |
|---|---|---|---|---|---|
| 51:5-51:7 | | | 294:11-295:1; 295:4-15 | • Designated testimony does not need explanation or context.<br><br>• Proffered testimony does not further explain designated testimony. | |
| 52:12-52:22 | | | 53:20-54:7 | • Designated testimony does not need explanation or context.<br><br>• Proffered testimony does not further explain designated testimony. | |
| 108:7-108:12 | | | 108:13-17 | • (FRE 403) Cumulative - counter designated testimony 108:7-12 is already designated by Elan.<br><br>• (FRE 802) - Hearsay within Hearsay (108:12-17)<br><br>• (FRE 611(a)) - Assumes Facts not in evidence<br><br>• (FRE 602) - Lack of Foundation<br><br>• Designated testimony does not need explanation or context.<br><br>• Proffered testimony does not further explain designated | |

| Elan Designations | Abraxis Objections | Ruling | Abraxis Counter-Designations | Elan's Response | Ruling |
|---|---|---|---|---|---|
| | | | | testimony. | |
| 108:18-108:22 | | | 108:7-17 | • Designated testimony does not need explanation or context.<br><br>• (FRE 801) - Hearsay within Hearsay 108:12-17<br><br>• (FRE 611(a)) - Assumes Facts not in evidence<br><br>• (FRE 602) - Lack of Foundation | |
| 108:25-109:7 | | | 262:1-11 | • Designated testimony does not need explanation or context.<br><br>• Proffered testimony does not further explain designated testimony.<br><br>• Proffered testimony found 154 pages after designated testimony does not further fairness or completeness. | |
| 110:2-110:21 | | | Same counter-designation as for Elan designation 108:25-109:7 | • Designated testimony does not need explanation or context.<br><br>• Proffered testimony does not | |

| Elan Designations | Abraxis Objections | Ruling | Abraxis Counter-Designations | Elan's Response | Ruling |
|---|---|---|---|---|---|
| | | | | further explain designated testimony. <br><br> • Proffered testimony found 153 pages after designated testimony does not further fairness or completeness. | |
| 111:23-111:25 | | | 111:8-16; 112:8-21 | • Designated testimony does not need explanation or context. | |
| 113:5-113:9 | | | 262:1-9 | • Designated testimony does not need explanation or context. <br><br> • Proffered testimony does not further explain designated testimony. <br><br> • Proffered testimony found 149 pages after designated testimony does not further fairness or completeness. <br><br> • (FRE 403) - Confusing - Proffered portion only includes an incomplete answer | |
| 121:25-122:07 | irrelevant, FRE 403? | | | • Probative value of Abraxis' selection of which data to provide | |

| Elan Designations | Abraxis Objections | Ruling | Abraxis Counter-Designations | Elan's Response | Ruling |
|---|---|---|---|---|---|
| | | | | FDA during approval process and which images to withhold outweighs prejudicial, confusing, or misleading effect. <br><br> • Probative value of this evidence outweighs prejudicial, confusing, or misleading effect. | |
| 128:16-129:2 | | | 127:22-128:1; 128:8-15; 129:15-17; 129:19-24; 133:6-16 | • Designated testimony does not need explanation or context. <br><br> • Proffered testimony does not further explain designated testimony. <br><br> • (FRE 602) - Lack of Personal Knowledge <br><br> • Proffered testimony found 4 pages after designated testimony does not further fairness or completeness. | |
| 147:2-147:6 | FRE 403, subject to motion in limine | | | • Motion in limine will be addressed in Elan's response to Abraxis' motion in limine. <br><br> • Evidence that FDA does not accept Abraxis' representation that paclitaxel in Abraxane amorphous make the existence of a fact of | |

| Elan Designations | Abraxis Objections | Ruling | Abraxis Counter-Designations | Elan's Response | Ruling |
|---|---|---|---|---|---|
| | | | | consequence to the determination of the action more likely. <br><br> • Probative value of this evidence outweighs prejudicial, confusing, or misleading effect. | |
| 148:1-148:4 | FRE 403, subject to motion in limine | | | • Motion in limine will be addressed in Elan's response to Abraxis' motion in limine. <br><br> • Evidence that FDA does not accept Abraxis' representation that paclitaxel in Abraxane amorphous make the existence of a fact of consequence to the determination of the action more likely. <br><br> • Probative value of this evidence outweighs prejudicial, confusing, or misleading effect. | |
| 148:9-148:14 | FRE 403, subject to motion in limine | | | • Motion in limine will be addressed in Elan's response to Abraxis' motion in limine. <br><br> • Evidence that FDA does not accept Abraxis' representation that paclitaxel in Abraxane amorphous make the existence of a fact of consequence to the determination of the action more likely. | |

| Elan Designations | Abraxis Objections | Ruling | Abraxis Counter-Designations | Elan's Response | Ruling |
|---|---|---|---|---|---|
| | | | | • Probative value of this evidence outweighs prejudicial, confusing, or misleading effect. | |
| 148:16-148:22 | FRE 403, subject to motion in limine | | | • Motion in limine will be addressed in Elan's response to Abraxis' motion in limine.<br><br>• Evidence that FDA does not accept Abraxis' representation that paclitaxel in Abraxane amorphous make the existence of a fact of consequence to the determination of the action more likely.<br><br>• Probative value of this evidence outweighs prejudicial, confusing, or misleading effect. | |
| 158:17-158:20 | | | 168:15-21; 168:23-24; 169:4-14; 169:15-16; 169:19; 169:23-25; 176:7-11; 177:6-12 | • Designated testimony does not need explanation or context.<br><br>• Proffered testimony found 10 and 18 pages after designated testimony does not further fairness or completeness.<br><br>• Proffered testimony does not further explain designated testimony.<br><br>• (FRE 403) - Confusion - proffered | |

| Elan Designations | Abraxis Objections | Ruling | Abraxis Counter-Designations | Elan's Response | Ruling |
|---|---|---|---|---|---|
| | | | | portion omits question and only designates answer (169:4-5) | |
| 179:9-179:16<br><br>179:18-179:19 | | | 176:7-11; 177:6-12 | • Designated testimony does not need explanation or context.<br><br>• Proffered testimony does not further explain designated testimony. | |
| 180:3-180:7 | | | 179:21-180:1; 296:2-297:2; 300:6-22 | • Designated testimony does not need explanation or context.<br><br>• Proffered testimony does not further explain designated testimony.<br><br>• (FRE 403) - Proffered testimony regarding deposition exhibit 29 (300:6-22) is offered against unrelated testimony. | |
| 184:20-185:10 | irrelevant, confusing, FRE 402 and 403 | | | • Evidence that Abraxis hired former Elan consultant during its development of Abraxane makes the existence of a fact of consequence to the determination of the action more likely. | |

| Elan Designations | Abraxis Objections | Ruling | Abraxis Counter-Designations | Elan's Response | Ruling |
|---|---|---|---|---|---|
| | | | | • Probative value of this evidence outweighs prejudicial, confusing, or misleading effect. | |
| 184:20-185:10 | | | 183:3-184:9; 184:15-19 | • Designated testimony does not need explanation or context.<br><br>• Proffered testimony does not further explain designated testimony. | |
| 185:12-185:13 | irrelevant, confusing, FRE 402 and 403 | | Same counter-designation as for Elan designation 184:20-185:10 | • Evidence that Abraxis hired former Elan consultant during its development of Abraxane makes the existence of a fact of consequence to the determination of the action more likely.<br><br>• Probative value of this evidence outweighs prejudicial, confusing, or misleading effect.<br><br>• Designated testimony does not need explanation or context.<br><br>• Proffered testimony does not further explain designated testimony. | |
| 187:21- | irrelevant, | | | • Evidence that Abraxis hired | |

| Elan Designations | Abraxis Objections | Ruling | Abraxis Counter-Designations | Elan's Response | Ruling |
|---|---|---|---|---|---|
| 187:24 | confusing, FRE 402 and 403 | | | former Elan consultant during its development of Abraxane makes the existence of a fact of consequence to the determination of the action more likely.<br><br>• Probative value of this evidence outweighs prejudicial, confusing, or misleading effect. | |
| 187:21-187:24 | | | Same counter-designation as for Elan designation 184:20-185:10 | • Designated testimony does not need explanation or context.<br><br>• Proffered testimony found 4 pages before designated testimony does not further fairness or completeness.<br><br>• Proffered testimony does not further explain designated testimony. | |
| 188:7-188:14 | irrelevant, confusing, FRE 402 and 403 | | | • Evidence that Abraxis hired former Elan consultant during its development of Abraxane makes the existence of a fact of consequence to the determination of the action more likely.<br><br>• Probative value of this evidence outweighs prejudicial, confusing, or misleading effect. | |

| Elan Designations | Abraxis Objections | Ruling | Abraxis Counter-Designations | Elan's Response | Ruling |
|---|---|---|---|---|---|
| | | | | | |
| 188:7-188:14 | | | Same counter-designation as for Elan designation 184:20-185:10 | • Designated testimony does not need explanation or context.<br><br>• Proffered testimony found 5 pages before designated testimony does not further fairness or completeness.<br><br>• Proffered testimony does not further explain designated testimony. | |
| 188:16-188:16 | irrelevant, FRE 403,<br><br>vague, ambiguous | | | • Evidence that Abraxis hired former Elan consultant during its development of Abraxane makes the existence of a fact of consequence to the determination of the action more likely.<br><br>• Prior designated testimony provides clarity and context to designated portion.<br><br>• Probative value of this evidence outweighs prejudicial, confusing, or misleading effect. | |
| 193:10-193:16 | | | 193:17-22; 194:12-18; 198:10-12; 199:3-18 | • Designated testimony does not need explanation or context. | |

| Elan Designations | Abraxis Objections | Ruling | Abraxis Counter-Designations | Elan's Response | Ruling |
|---|---|---|---|---|---|
| | | | | • Proffered testimony does not further explain designated testimony.<br><br>• Proffered testimony found 5 and 6 pages after designated testimony does not further fairness or completeness. | |
| 194:20-195:9 | compound, vague, ambiguous (195:2-9) | | | • Prior designated testimony provides clarity and context to designated portion. | |
| 194:20-195:9 | | | Same counter-designation as for Elan designation 193:10-193:16 | • Designated testimony does not need explanation or context.<br><br>• Proffered testimony does not further explain designated testimony.<br><br>• Proffered testimony found 4 pages after designated testimony does not further fairness or completeness. | |
| 195:11-195:25 | compound, vague, ambiguous (195:11-13) | | | • Prior designated testimony provides clarity and context to designated portion. | |

| Elan Designations | Abraxis Objections | Ruling | Abraxis Counter-Designations | Elan's Response | Ruling |
|---|---|---|---|---|---|
| | | | | | |
| 195:11-195:25 | | | 193:17-22; 194:12-18; 196:1-8; 198:10-12; 199:3-18; 296:13-297:14; 297:21-24; 300:6-22 | • Designated testimony does not need explanation or context.<br><br>• Proffered testimony does not further explain designated testimony.<br><br>• Proffered testimony found 4 pages after designated testimony does not further fairness or completeness.<br><br>• (FRE 403) - Misleading. Only answer is designated without question for context. (297:21-24)<br><br>• Depo. Obj. at 297:20 - (FRE 611(a)) Leading the witness<br><br>• (FRE 403) - Proffered testimony regarding deposition exhibit 29 (300:6-22) is offered against unrelated testimony. | |
| 196:9-196:11 | | | 193:17-22; 194:12-18; 195:21-196:8; 198:10-12; 199:3-18; 296:13-297:14; 297:21-24; 300:6-22 | • Designated testimony does not need explanation or context.<br><br>• Proffered testimony does not further explain designated testimony. | |

| Elan Designations | Abraxis Objections | Ruling | Abraxis Counter-Designations | Elan's Response | Ruling |
|---|---|---|---|---|---|
| | | | | • Proffered testimony found 3 pages before designated testimony does not further fairness or completeness.<br><br>• (FRE 403) - Misleading. Only answer is designated without question for context. (297:21-24)<br><br>• Depo. Obj. at 297:20 - (FRE 611(a) Leading the witness<br><br>• (FRE 403) - Cumulative Counter designated testimony 195:21-25 is already designated by Elan.<br><br>• (FRE 403) - Proffered testimony regarding deposition exhibit 29 (300:6-22) is offered against unrelated testimony. | |
| 197:17-197:23 | | | Same counter-designation as for Elan designation 196:9-196:11 | • Designated testimony does not need explanation or context.<br><br>• Proffered testimony does not further explain designated testimony.<br><br>• Proffered testimony found 3 and 4 pages before designated testimony does not further fairness or completeness. | |

| Elan Designations | Abraxis Objections | Ruling | Abraxis Counter-Designations | Elan's Response | Ruling |
|---|---|---|---|---|---|
| | | | | •   (FRE 403) - Proffered testimony regarding deposition exhibit 29 (300:6-22) is offered against unrelated testimony. | |
| 198:7-198:9 | | | Same counter-designation as for Elan designation 196:9-196:11 | •   Designated testimony does not need explanation or context.<br><br>•   Proffered testimony does not further explain designated testimony.<br><br>•   Proffered testimony found 3, 4 and 5 pages before designated testimony does not further fairness or completeness.<br><br>•   (FRE 403) - Proffered testimony regarding deposition exhibit 29 (300:6-22) is offered against unrelated testimony. | |
| 198:23-199:2 | | | Same counter-designation as for Elan designation 196:9-196:11 | •   Designated testimony does not need explanation or context.<br><br>•   Proffered testimony does not further explain designated testimony.<br><br>•   Proffered testimony found 3, 4 and 5 pages before designated | |

| Elan Designations | Abraxis Objections | Ruling | Abraxis Counter-Designations | Elan's Response | Ruling |
|---|---|---|---|---|---|
| | | | | testimony does not further fairness or completeness.<br><br>• (FRE 403) - Proffered testimony regarding deposition exhibit 29 (300:6-22) is offered against unrelated testimony. | |
| 201:2-201:9 | | | Same counter-designation as for Elan designation 196:9-196:11 | • Designated testimony does not need explanation or context.<br><br>• Proffered testimony does not further explain designated testimony.<br><br>• Proffered testimony found 3, 6, 7 and 8 pages before designated testimony does not further fairness or completeness.<br><br>• (FRE 403) - Proffered testimony regarding deposition exhibit 29 (300:6-22) is offered against unrelated testimony. | |
| 203:8-203:10 | vague, ambiguous | | 193:17-22; 194:12-18; 195:21-196:8; 198:10-12; 199:3-18; 201:10-15; 201:18-202:21; 203:1-7; 296:13- | • Designated testimony does not need explanation or context.<br><br>• Proffered testimony does not further explain designated testimony. | |

| Elan Designations | Abraxis Objections | Ruling | Abraxis Counter-Designations | Elan's Response | Ruling |
|---|---|---|---|---|---|
| | | | 297:14; 297:21-24; 300:6-22 | • Proffered testimony found 4, 5, 8, 9 and 10 pages before designated testimony does not further fairness or completeness.<br><br>• (FRE 403) - Misleading. Only answer is designated without question for context. (297:21-24)<br><br>• Depo. Obj. at 297:20 - (FRE 611(a)) Leading the witness<br><br>• (FRE 403) - Cumulative Counter designated testimony 195:21-25 is already designated by Elan.<br><br>• (FRE 403) - Proffered testimony regarding deposition exhibit 29 (300:6-22) is offered against unrelated testimony. | |
| 203:13-203:19 | vague, ambiguous (203:13-14) | | Same counter-designation as for Elan designation 203:8-203:10 | • Designated testimony does not need explanation or context.<br><br>• Proffered testimony does not further explain designated testimony.<br><br>• Proffered testimony found 10 pages before designated testimony does not further fairness or completeness. | |

| Elan Designations | Abraxis Objections | Ruling | Abraxis Counter-Designations | Elan's Response | Ruling |
|---|---|---|---|---|---|
| | | | | | |
| 203:20-204:2 | | | Same counter-designation as for Elan designation 203:8-203:10 | • Designated testimony does not need explanation or context.<br><br>• Proffered testimony does not further explain designated testimony.<br><br>• Proffered testimony found 10 pages before designated testimony does not further fairness or completeness. | |
| 204:9-204:16 | | | 193:17-22; 194:12-18; 195:21-196:8; 198:10-12; 199:3-18; 201:10-15; 201:18-202:21; 203:1-7; 204:3-8; 204:17-23; 296:13-297:14; 297:21-24; 300:6-22 | • Designated testimony does not need explanation or context.<br><br>• Proffered testimony does not further explain designated testimony.<br><br>• Proffered testimony found 5, 6, 9 and 11 pages before designated testimony does not further fairness or completeness.<br><br>• (FRE 403) - Misleading. Only answer is designated without question for context. (297:21-24)<br><br>• Depo. Obj. at 297:20 - (FRE 611(a)) Leading the witness | |

| Elan Designations | Abraxis Objections | Ruling | Abraxis Counter-Designations | Elan's Response | Ruling |
|---|---|---|---|---|---|
| | | | | • (FRE 403) - Cumulative Counter designated testimony 195:21-25 is already designated by Elan.<br><br>• (FRE 403) - Proffered testimony regarding deposition exhibit 29 (300:6-22) is offered against unrelated testimony. | |
| 219:5-219:12 | | | 195:21-196:8; 198:10-12; 198:18-22; 219:16-220:3; | • Designated testimony does not need explanation or context.<br><br>• Proffered testimony does not further explain designated testimony.<br><br>• Proffered testimony found 21 and 24 pages before designated testimony does not further fairness or completeness.<br><br>• (FRE 403) - Proffered testimony regarding deposition exhibit 28 (198:18-22) is offered against testimony regarding deposition exhibit 29.<br><br>• (FRE 403) - Proffered testimony regarding deposition exhibit 28 (198:10-12) is offered against testimony regarding deposition exhibit 29. | |

| Elan Designations | Abraxis Objections | Ruling | Abraxis Counter-Designations | Elan's Response | Ruling |
|---|---|---|---|---|---|
| | | | | • (FRE 403) - Proffered testimony regarding deposition exhibit 28 is offered against testimony regarding deposition exhibit 29 (195:21-196:8).<br><br>• (FRE 403) - Cumulative Counter designated testimony 195:21-25 is already designated by Elan. | |
| 221:11-222:8 | | | 195:21-196:8; 198:10-12; 198:18-22; 219:16-220:3; 296:13-297:14; 297:21-24; 300:6-22 | • Designated testimony does not need explanation or context.<br><br>• Proffered testimony does not further explain designated testimony.<br><br>• Proffered testimony found 23 and 26 pages before designated testimony does not further fairness or completeness.<br><br>• (FRE 403) - Proffered testimony regarding deposition exhibit 28 (198:18-22) is offered against testimony regarding deposition exhibit 29.<br><br>• (FRE 403) - Proffered testimony regarding deposition exhibit 28 (198:10-12) is offered against testimony regarding deposition | |

| Elan Designations | Abraxis Objections | Ruling | Abraxis Counter-Designations | Elan's Response | Ruling |
|---|---|---|---|---|---|
| | | | | exhibit 29. | |
| | | | | • (FRE 602, 701) - Lack of Personal Knowledge; Speculation | |
| | | | | • (FRE 403) - Proffered testimony regarding deposition exhibit 28 (195:21-196:8) is offered against testimony regarding deposition exhibit 29. | |
| | | | | • (FRE 403) - Misleading. Only answer is designated without question for context. (297:21-24) | |
| | | | | • Depo. Obj. at 297:20 - (FRE 611(a) Leading the witness | |
| | | | | • (FRE 403) - Cumulative Counter designated testimony 195:21-25 is already designated by Elan. | |
| 223:14-224:7 | vague, ambiguous (224:4-7) – | | 294:7-295:1; 295:5-15 | • Prior designated testimony provides clarity and context to designated portion. | |
| | | | | • Depo. Obj. at 295:2 - (FRE 611(a)) - Assumes Facts not in evidence; leading the witness | |
| 224:9-224:18 | vague, ambiguous | | Same counter-designation as for | • Prior designated testimony provides clarity and context to | |

| Elan Designations | Abraxis Objections | Ruling | Abraxis Counter-Designations | Elan's Response | Ruling |
|---|---|---|---|---|---|
| | (224:9-11) | | Elan designation 223:14-224:7 | designated portion.<br><br>• Depo. Obj. at 295:2 - (FRE 611(a)) - Assumes Facts not in evidence; leading the witness | |
| 226:3-227:4 | | | 227:18-22; 228:9; 294:7-295:1; 295:5-15 | • Designated testimony does not need explanation or context.<br><br>• Proffered testimony does not further explain designated testimony.<br><br>• (FRE 403) - Needless presentation of cumulative evidence.<br><br>• (FRE 403) - Confusion - Designated portion is not complete; answer at 228:9 is given without question for context. | |
| 227:6-227:17 | | | Same counter-designation as for Elan designation 226:3-227:4 | • Designated testimony does not need explanation or context.<br><br>• Proffered testimony does not further explain designated testimony. | |
| 228:15- | vague, ambiguous | | 228:21-229:4 | • Prior designated testimony provides clarity and context to | |

| Elan Designations | Abraxis Objections | Ruling | Abraxis Counter-Designations | Elan's Response | Ruling |
|---|---|---|---|---|---|
| 228:17 | | | | designated portion. | |
| 228:19-228:19 | vague, ambiguous | | Same counter-designation as for Elan designation 228:15-228:17 | • Prior designated testimony provides clarity and context to designated portion. | |
| 230:12-231:2 | | | 111:8-16; 112:8-21 | • Designated testimony does not need explanation or context.<br><br>• Proffered testimony found 118 and 119 pages before designated testimony does not further fairness or completeness.<br><br>• Proffered testimony does not further explain designated testimony. | |
| 259:7-259:10 | | | 262:1-11 | • Designated testimony does not need explanation or context.<br><br>• Proffered testimony does not further explain designated testimony. | |
| 260:21-260:25 | | | Same counter-designation as for Elan designation | • Designated testimony does not need explanation or context. | |

| Elan Designations | Abraxis Objections | Ruling | Abraxis Counter-Designations | Elan's Response | Ruling |
|---|---|---|---|---|---|
| | | | 259:7-259:10 | • Proffered testimony does not further explain designated testimony. | |
| 261:7-261:15 | | | Same counter-designation as for Elan designation 259:7-259:10 | • Designated testimony does not need explanation or context.<br><br>• Proffered testimony does not further explain designated testimony. | |
| 261:18-261:25 | | | Same counter-designation as for Elan designation 259:7-259:10 | • Designated testimony does not need explanation or context.<br><br>• Proffered testimony does not further explain designated testimony. | |
| 263:2-263:10 | | | Same counter-designation as for Elan designation 259:7-259:10 | • Designated testimony does not need explanation or context.<br><br>• Proffered testimony does not further explain designated testimony. | |
| 265:25-266:6 | FRE 403 | | | • Probative value of Abraxis' representations to FDA outweighs | |

| Elan Designations | Abraxis Objections | Ruling | Abraxis Counter-Designations | Elan's Response | Ruling |
|---|---|---|---|---|---|
| | | | | prejudicial, confusing, or misleading effect. | |
| 265:25-266:6 | | | Same counter-designation as for Elan designation 259:7-259:10 | • Designated testimony does not need explanation or context.<br><br>• Proffered testimony does not further explain designated testimony.<br><br>• Proffered testimony found 3 pages before designated testimony does not further fairness or completeness. | |
| 271:11-271:13 | FRE 403 | | | • Probative value of Abraxis' representations to FDA outweighs prejudicial, confusing, or misleading effect. | |
| 271:11-271:13 | | | 274:23-275:4 | • Designated testimony does not need explanation or context.<br><br>• Proffered testimony does not further explain designated testimony. | |

| Elan Designations | Abraxis Objections | Ruling | Abraxis Counter-Designations | Elan's Response | Ruling |
|---|---|---|---|---|---|
| 271:17-271:20 | FRE 403 | | | • Probative value of Abraxis' representations to FDA outweighs prejudicial, confusing, or misleading effect. | |
| 271:17-271:20 | | | 262:1-11 | • Designated testimony does not need explanation or context.<br><br>• Proffered testimony does not further explain designated testimony.<br><br>• Proffered testimony found 9 pages before designated testimony does not further fairness or completeness. | |
| 275:5-275:19 | FRE 403 | | | • Probative value of Abraxis' FDA submissions and Abraxis' cryo-TEM images outweighs prejudicial, confusing, or misleading effect. | |
| 275:5-275:19 | | | Same counter-designation as for Elan designation 271:17-271:20 | • Designated testimony does not need explanation or context.<br><br>• Proffered testimony does not further explain designated testimony. | |

| Elan Designations | Abraxis Objections | Ruling | Abraxis Counter-Designations | Elan's Response | Ruling |
|---|---|---|---|---|---|
| | | | | • Proffered testimony found 13 pages before designated testimony does not further fairness or completeness. | |
| 276:3-276:12 | FRE 403 | | | • Probative value of Abraxis' FDA submissions and Abraxis' cryo-TEM images outweighs prejudicial, confusing, or misleading effect. | |
| 276:3-276:12 | | | 276:13; 276:15-19; 276:23-25 | • Designated testimony does not need explanation or context.<br><br>• Proffered testimony does not further explain designated testimony. | |
| 276:20-276:22 | FRE 403 | | | • Probative value of Abraxis' cryo-TEM images outweighs prejudicial, confusing, or misleading effect. | |
| 276:20-276:22 | | | Same counter-designation as for Elan designation 276:3-276:12 | • Designated testimony does not need explanation or context.<br><br>• Proffered testimony does not | |

| Elan Designations | Abraxis Objections | Ruling | Abraxis Counter-Designations | Elan's Response | Ruling |
|---|---|---|---|---|---|
| | | | | further explain designated testimony. | |
| 277:11-277:18 | FRE 403 | | | • Probative value of Abraxis' cryo-TEM images outweighs prejudicial, confusing, or misleading effect. | |
| 277:20-277:24 | FRE 403 | | | • Probative value of Abraxis' cryo-TEM images outweighs prejudicial, confusing, or misleading effect. | |
| 278:1-278:12 | FRE 403 | | | • Probative value of Abraxis' FDA submissions outweighs prejudicial, confusing, or misleading effect. | |
| 308:10-308:20 | FRE 403 | | | • Probative value of Abraxis' FDA submissions outweighs prejudicial, confusing, or misleading effect. | |
| 308:10-308:20 | | | 309:25-310:22 | • Designated testimony does not need explanation or context. <br><br> • Proffered testimony does not further explain designated | |

| Elan Designations | Abraxis Objections | Ruling | Abraxis Counter-Designations | Elan's Response | Ruling |
|---|---|---|---|---|---|
| | | | | testimony. | |
| 9:3 - 9:6 | | | | | |
| 197:7 - 197:16 | | | | | |
| 209:2 - 209:7 | Irrelevant | | | • FRE 104(b) conditional relevancy, reserved for Elan's defense of counterclaims | |
| 212:14 - 212:23 | | | 212:7 - 212:13 | • Designated testimony does not need explanation or context | |
| 31:19 - 31:19 | Irrelevant, FRE 403, question fragment | | | | |
| 136:11 - 136:11 | Irrelevant, FRE 403, question fragment | | | | |

**EXHIBIT 8-C**

**TO PRETRIAL ORDER**

Plaintiff's Designation of Deposition Testimony

Witness:   Michael Hawkins

**Deposition Designations: Michael Hawkins (July 6, 2007)**

| BEGIN (page:line) | END (page:line) |
|---|---|
| 9:18 | 9:22 |
| 10:2 | 10:6 |
| 47:5 | 48:2 |
| 48:16 | 49:1 |
| 49:14 | 49:16 |
| 70:13 | 71:15 |
| 73:5 | 73:13 |
| 79:20 | 80:24 |
| 104:17 | 104:19 |
| 104:21 | 104:23 |
| 108:20 | 109:7 |
| 109:9 | 109:23 |
| 112:15 | 112:19 |
| 112:23 | 113:11 |
| 113:15 | 113:23 |
| 114:14 | 115:10 |
| 115:25 | 116:5 |
| 117.5 | 117:7 |
| 117:25 | 118:10 |
| 119:5 | 119:10 |
| 125:24 | 126:6 |
| 126:9 | 127:6 |
| 127:8 | 127:12 |
| 127:24 | 128:4 |
| 128:18 | 128:21 |
| 134:24 | 135:8 |
| 141:15 | 142:16 |
| 142:18 | 143:2 |
| 143:4 | 143:4 |
| 182:5 | 182:18 |
| 183:7 | 183:17 |
| 185:22 | 186:9 |
| 186:17 | 187:8 |
| 188:23 | 189:1 |

**EXHIBIT 8-CC**

**TO PRETRIAL ORDER**

Abraxis's Objections and Counter-Designations of Deposition Testimony

Witness: Michael Hawkins

**DEPOSITION DESIGNATIONS, OBJECTIONS, COUNTER-DESIGNATIONS, AND OBJECTIONS THERETO**
MICHAEL HAWKINS (JULY 6, 2007)

| Elan Designations | Abraxis Objections | Ruling | Abraxis Counter-Designations | Elan's Response | Ruling |
|---|---|---|---|---|---|
| 9:18-9:22 | | | 9:23-10:1; 21:1-3 | • Designated testimony does not need explanation or context.<br><br>• Proffered testimony found 12 pages after designated testimony does not further fairness or completeness.<br><br>• Proffered testimony does not further explain designated testimony. | |
| 48:16-49:1 | | | 49:2-5; 49:7-9 | • Designated testimony does not need explanation or context.<br><br>• (FRE 403) - Cumulative | |
| 49:14-49:16 | | | Same counter-designation as for Elan designation 48:16-49:1 | • Designated testimony does not need explanation or context.<br><br>• Proffered testimony does not further explain designated testimony. | |

| Elan Designations | Abraxis Objections | Ruling | Abraxis Counter-Designations | Elan's Response | Ruling |
|---|---|---|---|---|---|
| | | | | | |
| 73:5-73:13 | | | 70:13-71:15 | • Designated testimony does not need explanation or context.<br><br>• (FRE 403) - Cumulative Counter designated testimony 70:13-71:15 s already designated by Elan. | |
| 104:17-104:19 | Vague, ambiguous, lack of foundation, FRE 403 | | | • Prior designated testimony provides clarity and context.<br><br>• Designated testimony, including 47:5-48:2, provides foundation.<br><br>• Goes to credibility of witness.<br><br>• Probative value outweighs prejudicial, confusing, or misleading effect. | |
| 104:21-104:23 | Vague, ambiguous, lack of foundation, FRE 403 | | | • Prior designated testimony provides clarity and context.<br><br>• Designated testimony, including 47:5-48:2, provides foundation.<br><br>• Goes to credibility of witness. | |

| Elan Designations | Abraxis Objections | Ruling | Abraxis Counter-Designations | Elan's Response | Ruling |
|---|---|---|---|---|---|
| | | | | • Probative value outweighs prejudicial, confusing, or misleading effect. | |
| 104:21-104:23 | Vague, ambiguous, lack of foundation, FRE 403 | | 110:20-23 | • Proffered testimony is not relevant to designated portion.<br><br>• Designated testimony does not need explanation or context.<br><br>• Proffered testimony does not further explain designated testimony.<br><br>• Proffered testimony found 6 pages after designated testimony does not further fairness or completeness. | |
| 108:20-109:7 | Subject to motion in limine, irrelevant, FRE 402 and 403 | | | • Motion in limine will be addressed in Elan's response to Abraxis' motion in limine.<br><br>• Evidence that FDA does not accept Abraxis' representation that paclitaxel in Abraxane amorphous make the existence of a fact of consequence to the determination of | |

| Elan Designations | Abraxis Objections | Ruling | Abraxis Counter-Designations | Elan's Response | Ruling |
|---|---|---|---|---|---|
| | | | | the action more likely. <br><br> • Probative value of this evidence outweighs prejudicial, confusing, or misleading effect. | |
| 108:20-109:7 | | | Same counter-designation as for Elan designation 104:21-104:23 | • Designated testimony does not need explanation or context. <br><br> • Proffered testimony does not further explain designated testimony. | |
| 109:9-109:23 | Subject to motion in limine, irrelevant, FRE 402 and 403 | | | • Motion in limine will be addressed in Elan's response to Abraxis' motion in limine. <br><br> • Evidence that FDA does not accept Abraxis' representation that paclitaxel in Abraxane amorphous make the existence of a fact of consequence to the determination of the action more likely. <br><br> • Probative value of this evidence outweighs prejudicial, confusing, or misleading effect. | |

| Elan Designations | Abraxis Objections | Ruling | Abraxis Counter-Designations | Elan's Response | Ruling |
|---|---|---|---|---|---|
| | | | | | |
| 112:15-112:19 | Irrelevant, confusing, FRE 402 and 403 | | | • Evidence that Abraxis' representations to FDA regarding paclitaxel in Abraxane make the existence of a fact of consequence to the determination of the action more likely. <br><br> • Probative value of this evidence outweighs prejudicial, confusing, or misleading effect. | |
| 112:15-112:19 | | | 111:7-21 | • Designated testimony does not need explanation or context. <br><br> • Proffered testimony does not further explain designated testimony. | |
| 112:23-113:11 | Irrelevant, confusing, FRE 402 and 403 | | | • Evidence that Abraxis' representations to FDA regarding paclitaxel in Abraxane make the existence of a fact of consequence to the determination of the action more likely. <br><br> • Probative value of this evidence | |

| Elan Designations | Abraxis Objections | Ruling | Abraxis Counter-Designations | Elan's Response | Ruling |
|---|---|---|---|---|---|
| | | | | outweighs prejudicial, confusing, or misleading effect. | |
| 112:23-113:11 | | | Same counter-designation as for Elan designation 112:15-112:19 | • Designated testimony does not need explanation or context.<br><br>• Proffered testimony does not further explain designated testimony. | |

| Elan Designations | Abraxis Objections | Ruling | Abraxis Counter-Designations | Elan's Response | Ruling |
|---|---|---|---|---|---|
| 113:15-113:23 | Irrelevant, confusing, FRE 402 and 403 | | | • Evidence that Abraxis' representations to FDA regarding paclitaxel in Abraxane make the existence of a fact of consequence to the determination of the action more likely.<br><br>• Probative value of this evidence outweighs prejudicial, confusing, or misleading effect. | |
| 113:15-113:23 | | | Same counter-designation as for Elan designation 112:15-112:19 | • Designated testimony does not need explanation or context.<br><br>• Proffered testimony is not relevant to designated portion.<br><br>• Proffered testimony does not further explain designated testimony. | |
| 114:14-115:10 | Irrelevant, confusing, FRE 402 and 403 | | | • Evidence that Abraxis' representations to FDA regarding paclitaxel in Abraxane make the existence of a fact of consequence to the determination of the action more likely. | |

| Elan Designations | Abraxis Objections | Ruling | Abraxis Counter-Designations | Elan's Response | Ruling |
|---|---|---|---|---|---|
| | | | | • Probative value of this evidence outweighs prejudicial, confusing, or misleading effect. | |
| 114:14-115:10 | | | Same counter-designation as for Elan designation 112:15-112:19 | • Designated testimony does not need explanation or context.<br><br>• Proffered testimony does not further explain designated testimony. | |
| 126:9-127:6 | Irrelevant, confusing, FRE 402 and 403 | | | • Evidence of Abraxis' public statements regarding composition of Abraxane make the existence of a fact of consequence to the determination of the action more likely.<br><br>• Probative value of this evidence outweighs prejudicial, confusing, or misleading effect. | |
| 127:8-127:12 | | | 127:20-23 | • Designated testimony does not need explanation or context.<br><br>• Proffered testimony does not | |

| Elan Designations | Abraxis Objections | Ruling | Abraxis Counter-Designations | Elan's Response | Ruling |
|---|---|---|---|---|---|
| | | | | further explain designated testimony. | |
| 127:24-128:4 | | | 128:5-17 | • Designated testimony does not need explanation or context.<br><br>• Proffered testimony does not further explain designated testimony. | |
| 128:18-128:21 | | | 128:22-129:12 | • Designated testimony does not need explanation or context.<br><br>• Proffered testimony does not further explain designated testimony. | |
| 182:5-182:18 | | | 182:19-183:6 | • Designated testimony does not need explanation or context.<br><br>• Proffered testimony does not further explain designated testimony. | |

| Elan Designations | Abraxis Objections | Ruling | Abraxis Counter-Designations | Elan's Response | Ruling |
|---|---|---|---|---|---|
| 183:7-183:17 | | | 183:18-25 | • Designated testimony does not need explanation or context. | |
| 185:22-186:9 | Irrelevant, confusing, FRE 402 and 403 | | | • Goes to credibility of witness.<br>• Probative value outweighs prejudicial, confusing, or misleading effect. | |
| 186:17-187:8 | | | 187:13-21 | • Designated testimony does not need explanation or context.<br>• Proffered testimony does not further explain designated testimony.<br>• Proffered testimony is not relevant to designated portion. | |
| 188:23-189:1 | Irrelevant, confusing, FRE 402 and 403 | | | • Goes to credibility of witness.<br>• Probative value outweighs prejudicial, confusing, or misleading effect. | |

**EXHIBIT 8-D**

**TO PRETRIAL ORDER**

Plaintiff's Designation of Deposition Testimony

Witness:    Ulagaraj Selvaraj

## Deposition Designations: Ulagaraj Selvaraj (July 27, 2007)

| BEGIN (page:line) | END (page:line) |
|---|---|
| 8:2 | 8:13 |
| 9:3 | 9:15 |
| 12:22 | 13:4 |
| 24:19 | 24:25 |
| 27:5 | 27:16 |
| 28:22 | 29:1 |
| 29:19 | 29:21 |
| 30:20 | 31:4 |
| 31:7 | 31:12 |
| 31:20 | 31:23 |
| 32:4 | 32:9 |
| 59:3 | 59:20 |
| 59:23 | 60:7 |
| 60:11 | 60:14 |
| 60:18 | 60:21 |
| 60:25 | 61:11 |
| 98:21 | 100:3 |
| 109:24 | 110:13 |
| 110:18 | 110:18 |
| 110:25 | 111:5 |
| 111:7 | 111:9 |
| 112:9 | 112:14 |
| 119:24 | 120:13 |
| 125:16 | 125:18 |
| 125:20 | 126:2 |
| 126:5 | 126:9 |
| 126:11 | 126:12 |
| 126:14 | 126:14 |
| 126:16 | 126:19 |
| 126:21 | 126:25 |
| 129:19 | 129:23 |
| 130:6 | 130:14 |
| 132:20 | 133:5 |
| 136:7 | 136:9 |
| 136:13 | 137:4 |
| 137:9 | 137:12 |
| 137:15 | 137:23 |
| 137:25 | 138:8 |
| 138:10 | 138:13 |
| 141:1 | 141:2 |
| 141:4 | 141:14 |
| 141:16 | 141:17 |
| 141:25 | 142:4 |
| 144:11 | 144:12 |
| 144:14 | 144:24 |
| 158:8 | 158:17 |
| 161:14 | 162:5 |
| 169:25 | 170:12 |
| 171:3 | 171:5 |
| 171:20 | 172:4 |

| | |
|---|---|
| 175:10 | 176:19 |
| 177:11 | 178:7 |
| 180:5 | 180:10 |
| 180:17 | 181:8 |
| 181:18 | 181:23 |
| 181:25 | 182:16 |
| 187:17 | 187:23 |
| 188:5 | 188:11 |
| 190:9 | 190:12 |
| 192:8 | 192:9 |
| 192:11 | 192:19 |
| 192:21 | 192:21 |
| 198:6 | 199:7 |
| 199:10 | 199:25 |
| 200:2 | 200:3 |
| 206:16 | 207:4 |
| 207:6 | 207:17 |
| 207:19 | 207:22 |
| 207:24 | 208:1 |
| 209:21 | 209:25 |
| 210:2 | 210:4 |

**EXHIBIT 8-DD**

**TO PRETRIAL ORDER**

Abraxis's Objections and Counter Designations of Deposition Testimony

Witness:  Ulagaraj Selvaraj

**DEPOSITION DESIGNATIONS, OBJECTIONS, COUNTER-DESIGNATIONS, AND OBJECTIONS THERETO**
**ULAGARAJ SELVARAJ**

| Elan Designations | Abraxis Objections | Ruling | Abraxis Counter-Designations | Elan's Response | Ruling |
|---|---|---|---|---|---|
| 9:3-9:15 | | | 9:16-11:8; 11:11-12:21 | • Designated testimony does not need explanation or context.<br><br>• Proffered testimony does not further explain designated testimony.<br><br>• (FRE 403) Cumulative | |
| 12:22-13:4 | | | 13:5-14; 13:20-14:4; 16:5-13 | • Designated testimony does not need explanation or context.<br><br>• Proffered testimony does not further explain designated testimony. | |
| 24:19-24:25 | | | 22:2-20; 24:1-19; 40:13-19; 40:21-41:5 | • Proffered testimony found 16 pages after designated testimony does not further fairness or completeness.<br><br>• Designated testimony does not need explanation or context. | |

| Elan Designations | Abraxis Objections | Ruling | Abraxis Counter-Designations | Elan's Response | Ruling |
|---|---|---|---|---|---|
| 27:5-27:16 | | | 12:22-13:4; 13:20-14:4; 16:5-13; 25:1-15; 27:1-4 | • Designated testimony does not need explanation or context.<br><br>• Proffered testimony does not further explain designated testimony.<br><br>• Proffered testimony found 15, 13, and 11 pages before designated testimony does not further fairness or completeness.<br><br>• (FRE 403) Cumulative Counter designated testimony 12:22-13:4 is already designated by Elan. | |
| 28:22-29:1 | | | 13:5-14; 13:20-14:4, 16:5-13 | • Designated testimony does not need explanation or context.<br><br>• Proffered testimony found 15, 14, and 12 pages before designated testimony does not further fairness or completeness.<br><br>• Proffered testimony does not further explain designated testimony. | |
| 29:19-29:21 | | | 29:22-24; 30:1-5 | • Designated testimony does not need explanation or context. | |

| Elan Designations | Abraxis Objections | Ruling | Abraxis Counter-Designations | Elan's Response | Ruling |
|---|---|---|---|---|---|
| | | | | | |
| 30:20-31:4 | | | 30:11-15 | • Designated testimony does not need explanation or context. | |
| 31:20-31:23 | | | 31:13-18; 33:24-34:11 | Elan inadvertently omitted line 31:19 from its designations. Elan's designations have been amended to include 31:19.<br><br>• Designated testimony does not need explanation or context. | |
| 32:4-32:9 | | | Same counter-designation as for Elan designation 31:20-31:23 | • Designated testimony does not need explanation or context. | |
| 59:3-59:20 | | | 58:15-18; 58:22-23; 58:25-59:2; 139:15-16; 139:18-19; 139:24-25; 140:2-3; 140:5-13 | • Proffered testimony found 80 pages after designated testimony does not further fairness or completeness.<br><br>• Designated testimony does not need explanation or context. | |
| 59:23-60:7 | | | 139:15-16; 139:18-19; 139:24-25; | • Proffered testimony found 80 pages after designated testimony does not further fairness or | |

| Elan Designations | Abraxis Objections | Ruling | Abraxis Counter-Designations | Elan's Response | Ruling |
|---|---|---|---|---|---|
| | | | 140:2-3; 140:5-13 | completeness.<br><br>• Designated testimony does not need explanation or context. | |
| 60:11-60:14<br><br>60:18-60:21 | | | 60:22-24; 61:15-21; 62:4-21; 63:8-11 | • Designated testimony does not need explanation or context. | |
| 109:24-110:13 | vague, ambiguous, (110:12-13), irrelevant, FRE 403 | | | • Evidence of Abraxis' knowledge of paclitaxel's properties makes the existence of a fact of consequence to the determination of the action more likely.<br><br>• Prior designated testimony provides clarity and context to designated portion.<br><br>• Probative value of this evidence outweighs prejudicial, confusing, or misleading effect. | |
| 110:18-110:18 | vague, ambiguous, (110:18), irrelevant, FRE 403 | | | • Evidence of Abraxis' knowledge of paclitaxel's properties makes the existence of a fact of consequence to the determination of the action more likely.<br><br>• Prior designated testimony | |

| Elan Designations | Abraxis Objections | Ruling | Abraxis Counter-Designations | Elan's Response | Ruling |
|---|---|---|---|---|---|
| | | | | provides clarity and context to designated portion. <br><br> • Probative value of this evidence outweighs prejudicial, confusing, or misleading effect. | |
| 110:25-111:5 | vague, ambiguous, irrelevant, FRE 403 | | | • Evidence of Abraxis' knowledge of paclitaxel's properties makes the existence of a fact of consequence to the determination of the action more likely. <br><br> • Prior designated testimony provides clarity and context to designated portion. <br><br> • Probative value of this evidence outweighs prejudicial, confusing, or misleading effect. | |
| 111:7-111:9 | vague, ambiguous, irrelevant, confusing, FRE 403 | | | • Evidence of Abraxis' knowledge of paclitaxel's properties makes the existence of a fact of consequence to the determination of the action more likely. <br><br> • Prior designated testimony provides clarity and context to designated portion. <br><br> • Probative value of this evidence outweighs prejudicial, confusing, or misleading effect. | |

| Elan Designations | Abraxis Objections | Ruling | Abraxis Counter-Designations | Elan's Response | Ruling |
|---|---|---|---|---|---|
| | | | | | |
| 112:9-112:14 | irrelevant, FRE 403 | | | <ul><li>Evidence of Abraxis' knowledge of paclitaxel's properties makes the existence of a fact of consequence to the determination of the action more likely.</li><li>Probative value of this evidence outweighs prejudicial, confusing, or misleading effect.</li></ul> | |
| 119:24-120:13 | irrelevant, FRE 403 | | | <ul><li>Evidence of Abraxis' understanding of crystallinity makes the existence of a fact of consequence to the determination of the action more likely.</li><li>Probative value of this evidence outweighs prejudicial, confusing, or misleading effect.</li></ul> | |
| 119:24-120:13 | | | 125:3-8 | <ul><li>Proffered testimony found 5 pages after designated testimony does not further fairness or completeness.</li><li>Designated testimony does not need explanation or context.</li></ul> | |
| 125:16-125:18 | irrelevant, FRE | | | <ul><li>Evidence of Abraxis' understanding of crystallinity</li></ul> | |

| Elan Designations | Abraxis Objections | Ruling | Abraxis Counter-Designations | Elan's Response | Ruling |
|---|---|---|---|---|---|
| | 403 | | | makes the existence of a fact of consequence to the determination of the action more likely.<br><br>• Probative value of this evidence outweighs prejudicial, confusing, or misleading effect. | |
| 125:16-125:18 | | | 125:3-15 | • Designated testimony does not need explanation or context. | |
| 125:20-126:2 | irrelevant, FRE 403 | | | • Evidence of Abraxis' understanding of crystallinity makes the existence of a fact of consequence to the determination of the action more likely.<br><br>• Probative value of this evidence outweighs prejudicial, confusing, or misleading effect. | |
| 126:5-126:9 | irrelevant, FRE 403 | | | • Evidence of Abraxis' understanding of crystallinity makes the existence of a fact of consequence to the determination of the action more likely.<br><br>• Probative value of this evidence outweighs prejudicial, confusing, or misleading effect. | |

| Elan Designations | Abraxis Objections | Ruling | Abraxis Counter-Designations | Elan's Response | Ruling |
|---|---|---|---|---|---|
| 126:11-126:12 | irrelevant, FRE 403 | | | • Evidence of Abraxis' understanding of crystallinity makes the existence of a fact of consequence to the determination of the action more likely.<br><br>• Probative value of this evidence outweighs prejudicial, confusing, or misleading effect. | |
| 126:14-126:14 | irrelevant, FRE 403 | | | • Evidence of Abraxis' understanding of crystallinity makes the existence of a fact of consequence to the determination of the action more likely.<br><br>• Probative value of this evidence outweighs prejudicial, confusing, or misleading effect. | |
| 126:16-126:19 | irrelevant, FRE 403 | | | • Evidence of Abraxis' understanding of crystallinity makes the existence of a fact of consequence to the determination of the action more likely.<br><br>• Probative value of this evidence outweighs prejudicial, confusing, or misleading effect. | |
| 126:21-126:25 | irrelevant, FRE 403 | | | • Evidence of Abraxis' understanding of crystallinity makes the existence of a fact of consequence to the determination | |

| Elan Designations | Abraxis Objections | Ruling | Abraxis Counter-Designations | Elan's Response | Ruling |
|---|---|---|---|---|---|
| | | | | of the action more likely.<br><br>• Probative value of this evidence outweighs prejudicial, confusing, or misleading effect. | |
| 132:20-133:5 | Secret Abraxane Manufacturing Information | | | • Secret Abraxane Manufacturing Information provides to basis at law to exclude evidence | |
| 136:7-136:9 | vague, ambiguous, FRE 403 | | | • Evidence Abraxis possessed knowledge about Elan's patents during the time Abraxis' was developing Abraxane makes the existence of a fact of consequence to the determination of the action more likely.<br><br>• Probative value of this evidence outweighs prejudicial, confusing, or misleading effect. | |
| 136:7-136:9 | | | 136:11 | **Elan's Designations have been amended to include this portion.** | |
| 136:13-137:4 | vague and ambiguous antecedent basis, FRE 403 | | | • Evidence Abraxis possessed knowledge about Elan's patents during the time Abraxis' was developing Abraxane makes the existence of a fact of consequence to the determination of the action more likely.<br><br>• Prior designated testimony | |

| Elan Designations | Abraxis Objections | Ruling | Abraxis Counter-Designations | Elan's Response | Ruling |
|---|---|---|---|---|---|
| | | | | provides clarity and context to designated portion. • Probative value of this evidence outweighs prejudicial, confusing, or misleading effect. | |
| 137:9-137:12 | vague and ambiguous antecedent basis, FRE 403 | | | • Evidence Abraxis possessed knowledge about Elan's patents during the time Abraxis' was developing Abraxane makes the existence of a fact of consequence to the determination of the action more likely. • Prior designated testimony provides clarity and context to designated portion. • Probative value of this evidence outweighs prejudicial, confusing, or misleading effect. | |
| 137:15-137:23 | vague and ambiguous antecedent basis, FRE 403 | | | • Evidence Abraxis possessed knowledge about Elan's patents during the time Abraxis' was developing Abraxane makes the existence of a fact of consequence to the determination of the action more likely. • Prior designated testimony provides clarity and context to designated portion. | |

| Elan Designations | Abraxis Objections | Ruling | Abraxis Counter-Designations | Elan's Response | Ruling |
|---|---|---|---|---|---|
| | | | | • Probative value of this evidence outweighs prejudicial, confusing, or misleading effect. | |
| 137:25-138:8 | | | | • Designated testimony does not need explanation or context. | |
| 138:10-138:13 | | | | • Designated testimony does not need explanation or context. | |
| 141:1-141:2 | vague, ambiguous, FRE 403 | | | • Evidence Abraxis possessed knowledge about Elan's patents during the time Abraxis' was developing Abraxane makes the existence of a fact of consequence to the determination of the action more likely.<br><br>• Prior designated testimony provides clarity and context to designated portion.<br><br>• Probative value of this evidence outweighs prejudicial, confusing, or misleading effect. | |
| 141:4-141:14 | vague, ambiguous, FRE 403 | | | • Evidence Abraxis possessed knowledge about Elan's patents during the time Abraxis' was developing Abraxane makes the | |

| Elan Designations | Abraxis Objections | Ruling | Abraxis Counter-Designations | Elan's Response | Ruling |
|---|---|---|---|---|---|
| | | | | existence of a fact of consequence to the determination of the action more likely. <br><br> • Prior designated testimony provides clarity and context to designated portion. <br><br> • Probative value of this evidence outweighs prejudicial, confusing, or misleading effect | |
| 141:4-141:14 | | | 186:6-9; 186:11-15 | • Designated testimony does not need explanation or context. <br><br> • Proffered testimony found 45 pages after designated testimony does not further fairness or completeness. | |
| 141:16-141:17 | vague, ambiguous, FRE 403 | | | • Evidence Abraxis possessed knowledge about Elan's patents during the time Abraxis' was developing Abraxane makes the existence of a fact of consequence to the determination of the action more likely. <br><br> • Prior designated testimony provides clarity and context to designated portion. <br><br> • Probative value of this evidence outweighs prejudicial, confusing, | |

| Elan Designations | Abraxis Objections | Ruling | Abraxis Counter-Designations | Elan's Response | Ruling |
|---|---|---|---|---|---|
| | | | | or misleading effect. | |
| 141:16-141:17 | | | 186:6-9; 186:11-15 | • Designated testimony does not need explanation or context.<br><br>• Proffered testimony found 45 pages after designated testimony does not further fairness or completeness. | |
| 141:25-142:4 | vague and ambiguous antecedent basis, FRE 403 | | | Evidence Abraxis possessed knowledge about Elan's patents during the time Abraxis' was developing Abraxane makes the existence of a fact of consequence to the determination of the action more likely.<br><br>• No objection made during deposition to preserve "vague and ambiguous" objection.<br><br>• Probative value of this evidence outweighs prejudicial, confusing, or misleading effect. | |
| 141:25-142:4 | | | 142:5-16; 186:6-9; 186:11-15 | • Designated testimony does not need explanation or context.<br><br>• Proffered testimony found 44 pages after designated testimony does not further fairness or completeness. | |

| Elan Designations | Abraxis Objections | Ruling | Abraxis Counter-Designations | Elan's Response | Ruling |
|---|---|---|---|---|---|
| | | | | | |
| 144:14-144:24 | | | 138:15-139:4; 143:13-15; 143:17-144:5 | • Designated testimony does not need explanation or context. <br><br> • Proffered testimony found 5 pages before designated testimony does not further fairness or completeness. | |
| 158:8-158:17 | | | 157:11-158:7; 158:18-25 | • Designated testimony does not need explanation or context. | |
| 161:14-162:5 | | | 145:7-12; 145:21-25; 147:5-22; 147:23-25; 148:2-6; 148:18-149:11; 149:13-23; 150:6-11; 151:2-9; 151:13-152:18; 153:6-19; 183:17-25 | • Designated testimony does not need explanation or context. <br><br> • Proffered testimony found 16, 13, 11, 9, and 8 pages before designated testimony does not further fairness or completeness. | |
| 169:25-170:12 | | | Same counter-designation as for Elan designation 161:14-162:5 | • Designated testimony does not need explanation or context. <br><br> • Proffered testimony found 24, 21, 20, 19, 17 and16 pages before designated testimony does not further fairness or completeness. <br><br> • Proffered testimony found 13 amd | |

| Elan Designations | Abraxis Objections | Ruling | Abraxis Counter-Designations | Elan's Response | Ruling |
|---|---|---|---|---|---|
| | | | | 21 pages after designated testimony does not further fairness or completeness. | |
| 171:3-171:5 | | | Same counter-designation as for Elan designation 161:14-162:5 | • Designated testimony does not need explanation or context.<br><br>• Proffered testimony found 26, 23, 21, 19 and 18 pages before designated testimony does not further fairness or completeness.<br><br>• Proffered testimony found 12 pages after designated testimony does not further fairness or completeness. | |
| 177:11-178:7 | | | 145:7-12; 145:21-25; 147:5-22; 147:23-25; 148:2-6; 148:18-149:11; 149:13-23; 150:6-11; 151:2-9; 151:13-152:18; 153:6-19; 183:17-25; 176:24-177:7; 179:3-9 | • Designated testimony does not need explanation or context.<br><br>• Proffered testimony found 32, 29, 28 27, 25, and 24 pages before designated testimony does not further fairness or completeness.<br><br>• Proffered testimony found 5 pages after designated testimony does not further fairness or completeness. | |

| Elan Designations | Abraxis Objections | Ruling | Abraxis Counter-Designations | Elan's Response | Ruling |
|---|---|---|---|---|---|
| 180:17-181:8 | | | 181:9-11; 181:13-16 | • Designated testimony does not need explanation or context. | |
| 181:25-182:16 | | | 176:24-177:7; 177:25-178:7; 182:20-22; 182:24-183:1; 185:21-186:5; 188:12-15; 188:17-25; 189:6-11; 189:14-17; 190:14-17; 190:22-191:2; 191:19-23; 191:25-192:7 | • Designated testimony does not need explanation or context.<br><br>• Proffered testimony does not further explain designated testimony.<br><br>• Proffered testimony found 4 pages before designated testimony does not further fairness or completeness.<br><br>• Proffered testimony found 6, 7, 9 and 10 pages after designated testimony does not further fairness or completeness. | |
| 187:17-187:23 | | | 187:24-188:4 | • Designated testimony does not need explanation or context. | |
| 188:5-188:11 | | | 177:3-7; 177:25-178:7; 182:20-22; 182:24-183:1; 185:21-186:5; 188:12-15; 188:17-25; 189:6-11; 189:14-17; 190:14-17; 190:22-191:2; | • Designated testimony does not need explanation or context.<br><br>• Proffered testimony found 11, 10, and 5 pages before designated testimony does not further fairness or completeness. | |

| Elan Designations | Abraxis Objections | Ruling | Abraxis Counter-Designations | Elan's Response | Ruling |
|---|---|---|---|---|---|
| | | | 191:19-23; 191:25-192:7 | | |
| 190:9-190:12 | | | Same counter-designation as for Elan designation 188:5-188:11 | • Designated testimony does not need explanation or context.<br><br>• Proffered testimony found 13, 12, 8 and 5 pages before designated testimony does not further fairness or completeness.<br><br>• Proffered testimony does not further explain designated testimony. | |
| 192:8-9<br><br>192:11-19<br><br>192:21-192:21 | | | 177:3-7; 177:25-178:7; 182:20-22; 182:24-183:1; 185:21-186:5; 188:12-15; 188:17-25; 189:6-11; 189:14-17; 190:14-17; 190:22-191:2; 191:19-23; 191:25-192:7 | • Proffered testimony found 15, 14, 9, 6, 4 and 3 pages before designated testimony does not further fairness or completeness.<br><br>• Designated testimony does not need explanation or context. | |
| 200:2-200:3 | | | 200:5-8; 200:10-16 | • Designated testimony does not need explanation or context. | |
| 207:19-207:22 | | | 206:21-207:4; 207:6-7 | • Designated testimony does not need explanation or context.<br><br>• (FRE 403) Cumulative Counter designated testimony 206:21- | |

| Elan Designations | Abraxis Objections | Ruling | Abraxis Counter-Designations | Elan's Response | Ruling |
|---|---|---|---|---|---|
| | | | | 207:4 and 207:6-7 is already designated by Elan. | |
| 210:2-210:4 | Irrelevant, attorney colloquy, (FRE 403) (210:3-4) | | | <u>As to 210:2</u><br><br>• Evidence regarding Abraxis' representations to FDA regarding paclitaxel in Abraxane make the existence of a fact of consequence to the determination of the action more likely.<br><br>• Probative value of this evidence outweighs prejudicial, confusing, or misleading effect. | |

**EXHIBIT 8-E**

**TO PRETRIAL ORDER**

Plaintiff's Designation of Deposition Testimony

Witness:   Herbert Lee

**Deposition Designations: Herbert Lee**

| BEGIN (page:line) | END (page:line) |
|---|---|
| 9:23 | 10:7 |
| 11:5 | 11:15 |
| 11:20 | 11:24 |
| 12:13 | 12:16 |
| 12:21 | 13:1 |
| 13:4 | 13:13 |
| 14:1 | 14:14 |
| 28:3 | 28:13 |
| 29:2 | 29:16 |
| 29:18 | 30:4 |
| 30:19 | 30:24 |
| 31:2 | 31:11 |
| 34:5 | 34:12 |
| 34:14 | 34:14 |
| 57:21 | 58:18 |
| 59:10 | 59:14 |
| 59:18 | 60:5 |
| 64:9 | 64:15 |
| 64:18 | 66:5 |
| 66:22 | 66:25 |
| 71:10 | 71:22 |
| 71:25 | 72:4 |
| 73:17 | 73:21 |
| 73:23 | 74:9 |
| 74:16 | 74:20 |
| 75:2 | 75:11 |
| 75:18 | 75:22 |
| 75:25 | 76:19 |
| 77:19 | 77:20 |
| 78:8 | 78:22 |
| 78:24 | 78:24 |
| 128:23 | 129:10 |
| 129:12 | 129:12 |
| 129:19 | 129:25 |
| 130:2 | 130:3 |
| 131:15 | 131:22 |

**EXHIBIT 19-EE**

**TO PRETRIAL ORDER**

Abraxis's Objections and Counter-Designations of Deposition Testimony

Witness:  Herbert Lee

**DEPOSITION DESIGNATIONS, OBJECTIONS, COUNTER-DESIGNATIONS, AND OBJECTIONS THERETO**
HERBERT LEE DEPOSITION (MEDCOM 30(B)(6)) DESIGNATIONS

Abraxis objects to all of Elan's deposition designations of the Medcom Rule 30(b)(6) deposition by Herbert Lee as irrelevant and confusing and therefore barred under FRE 402 and 403.

**<u>Elan's Response</u>**

Herbert Lee's testimony is relevant to Elan's claim of induced infringement. The probative value of this testimony outweighs its prejudicial, confusing, or misleading effect.

Abraxis has not offered any counter-designations for Elan's designated portions of Herbert Lee's testimony.

**EXHIBIT 8-F**

**TO PRETRIAL ORDER**

Plaintiff's Designation of Deposition Testimony

Witness:   Leslie Louie

**Deposition Designations: Leslie Louie**

| BEGIN (page:line) | END (page:line) |
|---|---|
| 7:13 | 7:15 |
| 15:17 | 16:11 |
| 18:2 | 18:15 |
| 32:4 | 32:22 |
| 57:11 | 57:14 |
| 58:10 | 58:13 |
| 58:15 | 58:17 |
| 60:13 | 61:6 |
| 79:25 | 80:4 |
| 81:3 | 81:24 |
| 82:15 | 82:19 |
| 84:5 | 84:8 |
| 84:10 | 84:12 |
| 84:14 | 84:14 |
| 85:11 | 85:12 |
| 85:14 | 85:15 |
| 85:20 | 85:24 |
| 87:13 | 87:19 |
| 88:16 | 88:18 |
| 88:22 | 88:23 |
| 88:25 | 89:1 |
| 89:13 | 89:15 |
| 89:17 | 89:20 |
| 89:22 | 89:22 |
| 94:1 | 94:8 |
| 94:12 | 94:16 |
| 94:19 | 94:20 |
| 94:23 | 95:1 |
| 95:4 | 95:8 |
| 95:11 | 95:11 |
| 95:13 | 95:14 |
| 124:21 | 124:23 |
| 124:25 | 125:25 |
| 125:16 | 125:17 |
| 125:19 | 125:20 |
| 127:21 | 127:24 |
| 128:7 | 128:9 |
| 128:11 | 128:11 |
| 135:15 | 135:18 |
| 135:20 | 135:25 |

| | |
|---|---|
| 136:2 | 136:4 |
| 136:6 | 136:10 |
| 139:10 | 139:11 |
| 139:13 | 139:13 |
| 139:15 | 139:16 |
| 155:20 | 155:19 |
| 184:13 | 184:23 |
| 184:25 | 185:5 |
| 185:7 | 185:11 |
| 185:13 | 185:16 |
| 185:18 | 185:18 |
| 185:20 | 185:21 |
| 185:23 | 186:1 |
| 186:3 | 186:3 |
| 186:14 | 186:15 |
| 186:17 | 186:22 |
| 186:24 | 186:25 |
| 189:24 | 189:25 |
| 190:2 | 190:25 |
| 191:5 | 191:7 |
| 191:9 | 191:15 |
| 191:17 | 191:17 |
| 192:13 | 192:16 |
| 192:18 | 192:18 |
| 195:25 | 196:1 |
| 196:4 | 196:4 |
| 210:20 | 212:9 |

**EXHIBIT 19-FF**

**TO PRETRIAL ORDER**

Abraxis's Objections and Counter-Designations of Deposition Testimony

Witness:  Leslie Louie

**DEPOSITION DESIGNATIONS, OBJECTIONS, COUNTER-DESIGNATIONS, AND OBJECTIONS THERETO**

LESLIE LOUIE

| Elan Designations | Abraxis Objections | Ruling | Abraxis Counter-Designations | Elan's Response | Ruling |
|---|---|---|---|---|---|
| 82:15-82:19 | Irrelevant, FRE 402 and 403 | | | • Testimony provides foundation for subsequent designated testimony.<br>• Evidence regarding Abraxis' development research makes the existence of a fact of consequence to the determination of the action more likely.<br>• Probative value outweighs prejudicial, confusing, or misleading effect. | |
| 84:5-84:8 | Irrelevant, FRE 402 and 403 | | | • Testimony provides foundation for subsequent designated testimony.<br>• Evidence regarding Abraxis' development research makes the existence of a fact of consequence to the determination of the action more likely.<br>• Probative value outweighs prejudicial, confusing, or misleading effect. | |
| 84:10-84:12 | Irrelevant, FRE 402 and 403 | | | • Evidence regarding Abraxis' development research makes the existence of a fact of consequence to the determination of the action more likely. | |

| | | | | | |
|---|---|---|---|---|---|
| | | | | • Probative value outweighs prejudicial, confusing, or misleading effect. | |
| 84:14-84:14 | Irrelevant, FRE 402 and 403 | | | • Testimony provides foundation for subsequent designated testimony.<br>• Probative value outweighs prejudicial, confusing, or misleading effect.<br>• Prior designated testimony provides clarity and context to designated portion. | |
| 85:11-85:12 | Irrelevant, FRE 402 and 403 | | | • Evidence regarding Abraxis' development research makes the existence of a fact of consequence to the determination of the action more likely.<br>• Probative value outweighs prejudicial, confusing, or misleading effect.. | |
| 85:14-85:15 | Irrelevant, FRE 402 and 403 | | | • Evidence regarding Abraxis' development research makes the existence of a fact of consequence to the determination of the action more likely.<br>• Probative value outweighs prejudicial, confusing, or misleading effect.. | |
| 85:20-85:24 | Irrelevant, FRE 402 and 403 | | | • Evidence regarding Abraxis' development research makes the existence of a fact of consequence | |

| | | | | | |
|---|---|---|---|---|---|
| | | | | to the determination of the action more likely.<br>• Probative value outweighs prejudicial, confusing, or misleading effect. | |
| 85:20-85:24 | | | 85:17-24<br>87:7-8<br>87:10-11 | • Designated testimony does not need explanation or context. | |
| 87:13-87:19 | Irrelevant, FRE 402 and 403 | | | • Evidence regarding Abraxis' development research makes the existence of a fact of consequence to the determination of the action more likely.<br>• Probative value outweighs prejudicial, confusing, or misleading effect. | |
| 87:13-87:19 | | | 87:20<br>87:22-88:3 | • Designated testimony does not need explanation or context.<br>• Proffered testimony does not further explain designated testimony.<br>• (602) - Lack of Personal Knowledge | |
| 88:16-88:18 | Irrelevant, FRE 402 and 403 | | | • Evidence regarding Abraxis' development research makes the existence of a fact of consequence to the determination of the action more likely.<br>• Probative value outweighs | |

| | | | | | |
|---|---|---|---|---|---|
| | | | | prejudicial, confusing, or misleading effect. | |
| 88:22-88:23 | Irrelevant, FRE 402 and 403 | | | • Evidence regarding Abraxis' development research makes the existence of a fact of consequence to the determination of the action more likely.<br><br>• Probative value outweighs prejudicial, confusing, or misleading effect. | |
| 88:25-89:1 | Irrelevant, FRE 402 and 403 | | | • Evidence regarding Abraxis' development research makes the existence of a fact of consequence to the determination of the action more likely.<br><br>• Probative value outweighs prejudicial, confusing, or misleading effect. | |
| 89:13-89:15 | Irrelevant, FRE 402 and 403 | | | • Evidence regarding Abraxis' development research makes the existence of a fact of consequence to the determination of the action more likely.<br><br>• Probative value outweighs prejudicial, confusing, or misleading effect. | |
| 89:17-89:20 | Irrelevant, FRE 402 and 403 | | | • Evidence regarding Abraxis' development research makes the existence of a fact of consequence to the determination of the action | |

| | | | | | |
|---|---|---|---|---|---|
| | | | | more likely.<br>• Probative value outweighs prejudicial, confusing, or misleading effect. | |
| 89:22-89:22 | Irrelevant, FRE 402 and 403 | | | • Evidence regarding Abraxis' development research makes the existence of a fact of consequence to the determination of the action more likely.<br><br>• Probative value outweighs prejudicial, confusing, or misleading effect. | |
| 95:13-95:14 | | | 95:20<br>95:22 | • Proffered testimony does not further explain designated testimony.<br>• Designated testimony does not need explanation or context.<br>• (FRE 403) Cumulative | |
| 124:21-124:23 | | | 124:6-8<br>124:11-12 | • Proffered testimony does not further explain designated testimony.<br>• Designated testimony does not need explanation or context. | |
| 128:11-128:11 | | | 128:18-21 | • Proffered testimony does not further explain designated testimony. | |

| | | | | | |
|---|---|---|---|---|---|
| | | | 129:2-5<br><br>130:2-4<br><br>130:6-7<br><br>130:9-11 | • Designated testimony does not need explanation or context.<br>• (FRE 403) cumulative | |
| 136:6-136:10 | | | 137:3-6<br><br>137:8<br><br>137:10-13 | • Designated testimony does not need explanation or context. | |
| 139:15-139:16 | | | 139:17-18<br><br>139:20-21 | • Proffered testimony does not further explain designated testimony.<br>• Designated testimony does not need explanation or context. | |
| 184:13-184:23<br><br>184:25-185:5<br><br>185:7-185:11<br><br>185:13-185:16<br><br>185:18-185:18 | | | 193:15-18<br><br>193:20-194:1<br><br>194:25-195:2<br><br>195:5-13<br><br>195:19-20<br><br>195:22-23<br><br>196:6-8<br><br>197:10 | • Proffered testimony found 7, 8, 10, 11, 37,40, 42, and 49 pages after designated testimony does not further fairness or completeness.<br>• Proffered testimony does not further explain designated testimony.<br>• Designated testimony does not need explanation or context.<br>• (FRE 402) - Judge Sleet's PTO fn.6 - Attorney colloquy (193:20-194:1)<br>• (FRE 402) - Judge Sleet's PTO | |

| | | | | | |
|---|---|---|---|---|---|
| 185:20-185:21<br><br>185:23-186:1<br><br>186:3-186:3 | | | 197:16<br><br>212:10-12<br><br>223:18-21<br><br>223:23<br><br>226:24-25<br><br>227:2-3<br><br>227:5-6<br><br>227:8<br><br>228:6-7<br><br>228:10<br><br>228:24-229:2<br><br>229:4<br><br>234:19-24<br><br>235:11-13<br><br>235:19-20<br><br>235:22-24 | fn.6 - Attorney colloquy (196:6-8)<br>• (FRE 402, 403) - Counter-designated portion is a question asked by opposing counsel without deponent's response.<br>• (FRE 402) - Irrelevant (196:6-8)<br>• (FRE 402) - Irrelevant (197:10-16)<br>• (FRE 403) - Confusing (234:19-24) | |
| 186:14-186:15 | | | Same counter-designation as for Elan designation | • Proffered testimony found 7, 8, 10, 11, 37, 40, 42, and 49 pages after designated testimony does not | |

| | | | 184:13-184:23 | further fairness or completeness. | |
|---|---|---|---|---|---|
| 186:17-186:22<br><br>186:24-186:25 | | | | • Proffered testimony does not further explain designated testimony.<br><br>• Designated testimony does not need explanation or context.<br><br>• (FRE 402) - Judge Sleet's PTO fn.6 - Attorney colloquy (193:20-194:1)<br><br>• (FRE 402) - Judge Sleet's PTO fn.6 - Attorney colloquy (196:6-8)<br><br>• (FRE 402, 403) - Counter-designated portion is a question asked by opposing counsel without deponent's response.<br><br>• (FRE 402) - Irrelevant (196:6-8)<br><br>• (FRE 402) - Irrelevant (197:10-16)<br><br>• (FRE 403) - Confusing (234:19-24) | |
| 189:24-189:25<br><br>190:2-190:25 | | | Same counter-designation as for Elan designation 184:13-184:23 | • Proffered testimony found 4, 6, 8 34, 37, 38, and 45pages after designated testimony does not further fairness or completeness.<br><br>• Proffered testimony does not further explain designated testimony.<br><br>• Designated testimony does not need explanation or context.<br><br>• (FRE 402) - Judge Sleet's PTO | |

| | | | | | |
|---|---|---|---|---|---|
| | | | | fn.6 - Attorney colloquy (193:20-194:1)<br><br>• (FRE 402) - Judge Sleet's PTO fn.6 - Attorney colloquy (196:6-8)<br><br>• (FRE 402, 403) - Counter-designated portion is a question asked by opposing counsel without deponent's response.<br><br>• (FRE 402) - Irrelevant (196:6-8)<br><br>• (FRE 402) - Irrelevant (197:10-16)<br><br>• (FRE 403) - Confusing (234:19-24) | |
| 191:5-191:7<br><br>191:9-191:15<br><br>191:17-191:17 | | | | Same counter-designation as for Elan designation 184:13-184:23 | • Proffered testimony found 5, 35, 37 and 44 pages after designated testimony does not further fairness or completeness.<br><br>• Proffered testimony does not further explain designated testimony.<br><br>• Designated testimony does not need explanation or context.<br><br>• (FRE 402) - Judge Sleet's PTO fn.6 - Attorney colloquy (193:20-194:1)<br><br>• (FRE 402) - Judge Sleet's PTO fn.6 - Attorney colloquy (196:6-8)<br><br>• (FRE 402, 403) - Counter-designated portion is a question asked by opposing counsel without | |

| | | | | | |
|---|---|---|---|---|---|
| | | | | deponent's response.<br>• (FRE402) - Irrelevant (196:6-8)<br>• (FRE 402) - Irrelevant (197:10-16)<br>• (FRE 403) - Confusing (234:19-24) | |
| 192:13-192:16<br><br>192:18-192:18 | | | Same counter-designation as for Elan designation 184:13-184:23 | <u>Offered Against Deposition Designation:</u><br><u>192:13-16; 192:18</u><br><br>• Proffered testimony found 4, 34, 36, and 43 pages after designated testimony does not further fairness or completeness.<br><br>• Proffered testimony does not further explain designated testimony.<br><br>• Designated testimony does not need explanation or context.<br><br>• (FRE 402) - Judge Sleet's PTO fn.6 - Attorney colloquy (193:20-194:1)<br><br>• (FRE 402) - Judge Sleet's PTO fn.6 - Attorney colloquy (196:6-8)<br><br>• (FRE 402, 403) - Counter-designated portion is a question asked by opposing counsel without deponent's response.<br><br>• (FRE 402) - Irrelevant (196:6-8)<br><br>• (FRE 402) - Irrelevant (197:10-16)<br><br>• (FRE 403) - Confusing (234:19- | |

| | | | | 24) | |
|---|---|---|---|---|---|
| 195:25-196:1<br><br>196:4-196:4 | | | Same counter-designation as for Elan designation 184:13-184:23 | • Proffered testimony found 31, 32, 40 and 41 pages after designated testimony does not further fairness or completeness.<br><br>• Proffered testimony does not further explain designated testimony.<br><br>• Designated testimony does not need explanation or context.<br><br>• (FRE 402) - Judge Sleet's PTO fn.6 - Attorney colloquy (193:20-194:1)<br><br>• (FRE 402) - Judge Sleet's PTO fn.6 - Attorney colloquy (196:6-8)<br><br>• (FRE 402, 403) - Counter-designated portion is a question asked by opposing counsel without deponent's response.<br><br>• (FRE 402) - Irrelevant (196:6-8)<br><br>• (FRE 402) - Irrelevant (197:10-16)<br><br>• (FRE 403) - Confusing (234:19-24) | |
| 210:20-212:9 | | | Same counter-designation as for Elan designation 184:13-184:23 | • Proffered testimony found 17 pages after designated testimony does not further fairness or completeness.<br><br>• Designated testimony does not need explanation or context. | |

| | | | | | |
|---|---|---|---|---|---|
| | | | | • Proffered testimony does not further explain designated testimony.<br><br>• (FRE 402) - Judge Sleet's PTO fn.6 - Attorney colloquy (193:20-194:1)<br><br>• (FRE 402) - Judge Sleet's PTO fn.6 - Attorney colloquy (196:6-8)<br><br>• (FRE 402, 403) - Counter-designated portion is a question asked by opposing counsel without deponent's response.<br><br>• (FRE 402) - Irrelevant (196:6-8)<br><br>• (FRE 402) - Irrelevant (197:10-16)<br><br>• (FRE 403) - Confusing (234:19-24) | |
| 32:4 - 32:22 | Irrelevant, FRE 403 (waste of time); answer but no question 32:4-6); FRE 403, attorney colloquy (32:8-12, 21) | | | • FRE 401 Proffered testimony of knowledge and use of instrumentation to size particles has a tendency to make the existence of a fact that is of consequence to the determination for the action more probable.<br><br>• Probative value of Abraxis' knowledge and use of instrumentation for particle size outweighs consideration of undue delay or waste of time. | |
| 79:25 - 80:4 | Irrelevant, FRE 403 (waste of | | | • FRE 401 Proffered testimony of knowledge and use of | |

| | | | | |
|---|---|---|---|---|
| | time); blank line of transcript (79:25) | | | • instrumentation to size particles has a tendency to make the existence of a fact that is of consequence to the determination for the action more probable.<br><br>• Probative value of Abraxis' knowledge and use of instrumentation for particle size outweighs consideration of undue delay or waste of time. | |
| 81:3 - 81:24 | Irrelevant, FRE 403 (waste o time); FRE 403, attorney colloquy (81:9, 14,16-24); irrelevant, FRE 403 (answer but no question) (81:3) | | | • FRE 401 Proffered testimony of knowledge and use of instrumentation to size particles has a tendency to make the existence of a fact that is of consequence to the determination for the action more probable.<br><br>• Probative value of Abraxis' knowledge and use of instrumentation for particle size outweighs consideration of undue delay or waste of time. | |
| 155:20 - 155:19 | Irrelevant, FRE 403, question fragment. | | | | |

**EXHIBIT 8-G**

**TO PRETRIAL ORDER**

Plaintiff's Designation of Deposition Testimony

Witness:   **Lianjun Shi**

# Deposition Designations: Lianjun Shi

| BEGIN (page:line) | END (page:line) |
|---|---|
| 11:5 | 11:7 |
| 11:17 | 11:21 |
| 13:15 | 13:16 |
| 13:18 | 13:21 |
| 14:16 | 14:23 |
| 15:25 | 16:1 |
| 16:3 | 16:9 |
| 17:5 | 17:6 |
| 17:12 | 17:13 |
| 24:19 | 24:21 |
| 24:23 | 24:24 |
| 31:13 | 31:14 |
| 31:16 | 32:7 |
| 32:9 | 32:15 |
| 32:17 | 32:21 |
| 39:24 | 40:1 |
| 40:6 | 40:23 |
| 41:3 | 41:5 |
| 41:10 | 41:12 |
| 41:14 | 41:16 |
| 41:21 | 41:25 |
| 42:17 | 42:24 |
| 43:8 | 43:13 |
| 43:15 | 43:16 |
| 44:1 | 44:3 |
| 44:5 | 44:7 |
| 44:16 | 44:21 |
| 44:23 | 45:3 |
| 49:21 | 49:24 |
| 50:1 | 50:10 |
| 50:12 | 50:17 |
| 63:1 | 63:13 |
| 65:8 | 65:11 |
| 65:15 | 65:17 |
| 66:20 | 66:21 |
| 66:23 | 67:7 |
| 67:9 | 67:21 |
| 78:15 | 78:16 |
| 78:18 | 79:9 |
| 80:7 | 80:8 |
| 80:10 | 80:12 |
| 80:14 | 80:19 |
| 81:1 | 81:13 |
| 81:15 | 81:21 |
| 81:23 | 82:1 |
| 83:5 | 83:10 |
| 88:2 | 88:4 |
| 88:6 | 88:17 |
| 89:5 | 89:11 |

| | |
|---|---|
| 89:13 | 89:15 |
| 92:13 | 92:14 |
| 92:16 | 92:22 |
| 93:21 | 94:17 |
| 97:2 | 97:12 |
| 97:25 | 98:8 |
| 103:21 | 103:23 |
| 103:25 | 104:1 |
| 108:24 | 108:25 |
| 109:2 | 109:3 |
| 109:7 | 109:21 |
| 110:16 | 110:19 |
| 110:21 | 111:1 |
| 124:25 | 125:1 |
| 125:3 | 125:19 |
| 135:9 | 135:12 |
| 135:14 | 135:16 |
| 145:12 | 145:14 |
| 145:16 | 146:1 |
| 146:5 | 146:7 |
| 147:23 | 147:24 |
| 148:1 | 148:8 |
| 155:2 | 155:12 |

**EXHIBIT 8-GG**

**TO PRETRIAL ORDER**

Abraxis's Objections and Counter-Designations of Deposition Testimony

Witness:  Lianjun Shi

**ELAN'S RESPONSE TO ABRAXIS OBJECTIONS TO**
**LIANJUN SHI DEPOSITION DESIGNATIONS**
**(JANUARY 7, 2008)**

During his December 14, 2007 deposition, Elan's expert witness, Dr. Cory Berkland, testified that a post-doctoral student in his laboratory had provided routine assistance in preparing samples to be tested by Elan's expert witness, Dr. Munson. (Depo of Cory Berkland 73:12-74:10 (Dec. 14, 2007)) Abraxis demanded, and was given, an opportunity to depose Dr. Shi on January 7, 2008. Despite Abraxis' full opportunity to discover Dr. Shi's purely routine assistance, it now seeks to exclude Dr. Shi's testimony on grounds that it is "Untimely; violation of discovery obligation; should be in expert report."

Elan identified Dr. Shi as a fact witness on its proposed witness list to the pre-trial order, and provided Abraxis the deposition designations it may use at trial on March 7, 2008. Elan did not designate Dr. Shi as an expert in this proceeding, Dr. Shi has not tendered an expert opinion in this proceeding, nor has Dr. Shi tendered an expert report in this proceeding. To date, Abraxis has made no showing that Dr. Shi is a testifying expert for Elan. Rather, Dr. Shi, as a post-doctoral student in Dr. Berkland's laboratory at the University of Kansas (Depo. of Lianjun Shi 15:25-16:9 (Jan. 7, 2008)), merely assisted in preparing two samples of Abraxane for Dr. Berkland (Depo of Lianjun Shi 50:15-17), for which he was paid $50. (Depo of Lianjun Shi 39:24-40:1; 40:6-7).

In the context of excluding trial testimony from a witness not listed on a parties' pre-trial order (which are not the facts at issue in this case as Elan included Dr. Shi in its pre-trial submission), the Third Circuit weighs four factors when considering a motion to exclude: (1) the prejudice or surprise in fact to the opposing party, (2) the ability of that party to cure the prejudice, (3) the extent of disruption of the orderly and efficient trial of the case, and (4) the bad faith or willfulness of the non-compliant party. *Berroyer v. Hertz*, 672 F.2d 334, 338 (3d Cir. 1982). In this case, (1) Abraxis has not articulated any prejudice to allowing Dr. Shi to testify, (2) Abraxis had ample opportunity to cure any prejudice during its deposition of Dr. Shi on

January 7, 2008, (3) there will be no disruption of trial given Elan's timely inclusion of Dr. Shi's deposition designation in the pre-trial order, and (4) Abraxis can claim no bad faith or willfulness on the part of Elan regarding Dr. Shi's testimony as Elan included Dr. Shi's deposition designation in the pre-trial order.

**DEPOSITION DESIGNATIONS, OBJECTIONS, COUNTER-DESIGNATIONS, AND OBJECTIONS THERETO**
**LIANJUN SHI DEPOSITION**

| Elan Designations | Abraxis Objections | Ruling | Abraxis Counter-Designations | Elan's Response | Ruling |
|---|---|---|---|---|---|
| 11:17-11:21 | | | 11:12-16 | • Proffered testimony does not further explain designated testimony.<br><br>• Designated testimony does not need explanation or context. | |
| 13:15-13:16 | | | 13:11-14 | • Proffered testimony does not further explain designated testimony.<br><br>• Designated testimony does not need explanation or context. | |
| 13:18-13:21 | | | 13:11-14 | | |
| 24:19-24:21 | | | 21:7-9; 21:11-16; 21:18-22:3; 33:5-6; 33:8-13 | • Proffered testimony is not further explanatory of designated testimony.<br><br>• Designated testimony does not need explanation or context.<br><br>• Proffered testimony does not further explain designated testimony.<br><br>• Depo Obj. at 21:10 - (611(a)) - Assumes facts not in evidence.<br><br>• Depo Obj. at 21:17 - (611(a)) - | |

| Elan Designations | Abraxis Objections | Ruling | Abraxis Counter-Designations | Elan's Response | Ruling |
|---|---|---|---|---|---|
| | | | | Assumes facts not in evidence.<br><br>• Proffered testimony found 9 pages after designated testimony does not further fairness or completeness.<br><br>• | |
| 32:17-32:21 | | | 33:5-6; 33:8-13 | • Proffered testimony is not further explanatory of designated testimony.<br><br>• Designated testimony does not need explanation or context. | |
| 42:17-42:24 | | | 42:1-16 | • Proffered testimony does not further explain designated testimony.<br><br>• Designated testimony does not need explanation or context. | |
| 44:23-45:3 | | | 45:4-15; 47:4-20 | • Proffered testimony does not further explain designated testimony.<br><br>• Designated testimony does not need explanation or context. | |

| Elan Designations | Abraxis Objections | Ruling | Abraxis Counter-Designations | Elan's Response | Ruling |
|---|---|---|---|---|---|
| 49:21-49:24 | | | 50:24-25; 51:2-6; 53:3-54:2; 54:5-55:11; 56:10-24; 57:25-58:2; 58:4-7; 58:9-17; 58:19-23: 58:25-59:1; 61:3-11; 61:13; 62:10-13; 62:15; 62:21-23; 62:25; 73:1-3; 73:5-7; 73-9; 77:21-78:9; 78:11-12;  78:14 79:10-12; 80:7-8; 80:15-81:13; 81:15-18; 81:23-82:1; 92:1-6; 92:8-14; 92:16-93:2; 93:21-25; 94:1-18; 94:20-95:19; 96:9-97:16; 97:18-98:16; 98:18-23;  98:25-99:8; 100:4-101:23; 102:1-5; 102:7-16; 102:18-103:2; 103:4-8; 109:22-110:2; 110:4-110:13; 110:15; 111:2-3; 111:5-112:2; 112:4-8; 114:9-11; 114:13-25; 115:3-8; 115:10-116:8; | • Designated testimony does not need explanation or context. <br><br>• Proffered testimony does not further explain designated testimony. <br><br>• Proffered testimony found 4, 7, 8, 12, 13, 24, 28, 30, 31, 43, 44, 47, 51, 60, 62, 65, 73, 75, 77, 78, 80, and 108 pages after designated testimony does not further fairness or completeness. <br><br>• Depo. Obj. at  61:12- (FRE 602) Lack of Personal Knowledge <br><br>• Depo. Obj. at  62:14- (FRE 602) Lack of Personal Knowledge; (FRE 611(a)) Calls for Speculation <br><br>• Depo. Obj. at  62:24- (FRE 602) Lack of Personal Knowledge; (FRE 611(a)) Calls for Speculation <br><br>• (FRE 403) Cumulative Proffered testimony at 92:21 to 94:17 is already designated by Elan. <br><br>• (FRE 403) Cumulative Proffered testimony at 97:2-12 and 97:25 to 98:8 is already designated by Elan. <br><br>• (FRE 611(a)) - Assumes facts not in evidence; Shi Exhibit 2 not on exhibit list. | |

| Elan Designations | Abraxis Objections | Ruling | Abraxis Counter-Designations | Elan's Response | Ruling |
|---|---|---|---|---|---|
| | | | 116:10-13; 116:15; 122:6-10; 122:12-16; 124:19-22; 124:24; 125:20-126:2; 126:4-6; 126:8-13; 127:25-128:1; 128:3-13; 128:15-16; 129:9-11; 129:13-17; 129:19; 157:19-21; 157:23 | <ul><li>(FRE 611(a)) (112:1-2, 112:4) Vague and ambiguous. Counter designated testimony consists of a question without an answer.</li><li>(FRE 602) (112:5-8) - Lack of Personal Knowledge</li><li>(FRE 402) - Relevance (115:12-21)</li><li>(FRE 402) - Attorney colloquy (115:12-21)</li><li>Depo. Obj. at 124:23 (FRE 611(a)) - Mischaracterizing testimony of witness, Assumes facts not in evidence.</li><li>Depo. Obj. at 128:2 - (FRE 611(a)) - Mischaracterizing testimony of witness</li><li>Depo. Obj. at 129:18- (FRE 602) - No Personal Knowledge; (FRE 611(a)) - Calls for Speculation</li><li></li></ul> | |

| Elan Designations | Abraxis Objections | Ruling | Abraxis Counter-Designations | Elan's Response | Ruling |
|---|---|---|---|---|---|
| 50:1-50:10<br><br>50:12-50:17 | | | Same counter-designation as for Elan designation 49:21-49:24 | • Designated testimony does not need explanation or context.<br><br>• Proffered testimony does not further explain designated testimony.<br><br>• Proffered testimony found 6, 8, 11,12, 23, 27, 29, 30, 42, 43, 46, 50, 59, 61, 64, 72, 74, 76, 77, 79, and 107 pages after designated testimony does not further fairness or completeness.<br><br>• Depo. Obj. at 61:12- (FRE 602) Lack of Personal Knowledge<br><br>• Depo. Obj. at 62:14- (FRE 602) Lack of Personal Knowledge; (FRE 611(a)) Calls for Speculation<br><br>• Depo. Obj. at 62:24- (FRE 602) - Lack of Personal Knowledge; (FRE 611(a)) Calls for Speculation<br><br>• (FRE 403) Cumulative Proffered testimony at 92:21 to 94:17 is already designated by Elan.<br><br>• (FRE 403) Cumulative Proffered testimony at 97:2-12 and 97:25 to 98:8 is already designated by Elan.<br><br>• (FRE 611(a)) - Assumes facts not in evidence; Shi Exhibit 2 not on exhibit list. | |

| Elan Designations | Abraxis Objections | Ruling | Abraxis Counter-Designations | Elan's Response | Ruling |
|---|---|---|---|---|---|
| | | | | • (FRE 611(a)) (112:1-2, 112:4) Vague and ambiguous. Counter designated testimony consists of a question without an answer.<br><br>• (FRE 602) (112:5-8) - Lack of Personal Knowledge<br><br>• (FRE 402) - Relevance (115:12-21)<br><br>• (FRE 402) - Attorney colloquy (115:12-21)<br><br>• Depo. Obj. at 124:23 (FRE 611(a)) - Mischaracterizing testimony of witness, Assumes facts not in evidence.<br><br>• Depo. Obj. at 128:2 - (FRE 611(a)) - Mischaracterizing testimony of witness<br><br>• Depo. Obj. at 129:18- (FRE 602) - No Personal Knowledge; (FRE 611(a)) - Calls for Speculation | |
| 63:1-63:13 | | | Same counter-designation as for Elan designation 49:21-49:24 | • Proffered testimony does not further explain designated testimony.<br><br>• Designated testimony does not need explanation or context.<br><br>• Proffered testimony found 5, 7, 8, and 12 pages before designated | |

| Elan Designations | Abraxis Objections | Ruling | Abraxis Counter-Designations | Elan's Response | Ruling |
|---|---|---|---|---|---|
| | | | | testimony does not further fairness or completeness.<br><br>• Proffered testimony found 10, 14, 16, 17, 29, 30, 33, 37, 46, 48, 51, 59, 61, 62, 64, 66, and 94  pages after designated testimony does not further fairness or completeness.<br><br>• Depo. Obj. at  61:12- (FRE 602) - Lack of Personal Knowledge<br><br>• Depo. Obj. at  62:14- (FRE 602) - Lack of Personal Knowledge; (FRE 611(a)) - Calls for Speculation<br><br>• Depo. Obj. at  62:24- (FRE 602) - Lack of Personal Knowledge; (FRE 611(a)) - Calls for Speculation<br><br>• (FRE 403) - Cumulative Proffered testimony at 92:21 to 94:17 is already designated by Elan.<br><br>• (FRE 403) - Cumulative Proffered testimony at 97:2-12 and 97:25 to 98:8 is already designated by Elan.<br><br>• (FRE 611(a)) - Assumes facts not in evidence; Shi Exhibit 2 not on exhibit list.<br><br>• (FRE 611(a)) (112:1-2, 112:4) | |

| Elan Designations | Abraxis Objections | Ruling | Abraxis Counter-Designations | Elan's Response | Ruling |
|---|---|---|---|---|---|
| | | | | Vague and ambiguous.  Counter designated testimony consists of a question without an answer.<br><br>• (FRE 602) (112:5-8) - Lack of Personal Knowledge<br><br>• (FRE 402) - Relevance (115:12-21)<br><br>• (FRE 402) - Attorney colloquy (115:12-21)<br><br>• Depo. Obj. at 124:23 (FRE 611(a)) - Mischaracterizing testimony of witness, Assumes facts not in evidence.<br><br>• Depo. Obj. at  128:2 - (FRE 611(a)) - Mischaracterizing testimony of witness<br><br>• Depo. Obj. at  129:18- (FRE 602) - No Personal Knowledge; (FRE 611(a)) - Calls for Speculation | |

| Elan Designations | Abraxis Objections | Ruling | Abraxis Counter-Designations | Elan's Response | Ruling |
|---|---|---|---|---|---|
| 65:8-65:11<br><br>65:15-65:17 | | | Same counter-designation as for Elan designation 49:21-49:24 | • Proffered testimony does not further explain designated testimony.<br><br>• Designated testimony does not need explanation or context.<br><br>• Proffered testimony found 15, 10, 9, 6, and 4 pages before designated testimony does not further fairness or completeness.<br><br>• Proffered testimony found 8, 12, 14, 27, 28, 31, 35, 44, 46, 49, 57, 59, 60, 61, 64 and 92 pages after designated testimony does not further fairness or completeness.<br><br>• Depo. Obj. at 61:12- (FRE 602) - Lack of Personal Knowledge<br><br>• Depo. Obj. at 62:14- (FRE 602) - Lack of Personal Knowledge; (FRE 611(a)) - Calls for Speculation<br><br>• Depo. Obj. at 62:24- (FRE 602) - Lack of Personal Knowledge; (FRE 611(a)) - Calls for Speculation<br><br>• (FRE 403) - Cumulative Proffered testimony at 92:21 to 94:17 is already designated by Elan.<br><br>• (FRE 403) - Cumulative Proffered | |

| Elan Designations | Abraxis Objections | Ruling | Abraxis Counter-Designations | Elan's Response | Ruling |
|---|---|---|---|---|---|
| | | | | testimony at 97:2-12 and 97:25 to 98:8 is already designated by Elan.<br><br>• (FRE 611(a)) - Assumes facts not in evidence; Shi Exhibit 2 not on exhibit list.<br><br>• (FRE 611(a)) - (112:1-2, 112:4) Vague and ambiguous. Counter designated testimony consists of a question without an answer.<br><br>• (FRE 602) - (112:5-8) - Lack of Personal Knowledge<br><br>• (FRE 402) - Relevance (115:12-21)<br><br>• (FRE 402) - Attorney colloquy (115:12-21)<br><br>• Depo. Obj. at 124:23 (FRE 611(a)) - Mischaracterizing testimony of witness, Assumes facts not in evidence.<br><br>• Depo. Obj. at 128:2 - (FRE 611(a)) - Mischaracterizing testimony of witness<br><br>• Depo. Obj. at 129:18- (FRE 602) - No Personal Knowledge; (FRE 611(a)) - Calls for Speculation | |

| Elan Designations | Abraxis Objections | Ruling | Abraxis Counter-Designations | Elan's Response | Ruling |
|---|---|---|---|---|---|
| 66:20-66:21<br><br>66:23-67:7<br><br>67:9-67:21 | | | Same counter-designation as for Elan designation 49:21-49:24 | • Proffered testimony does not further explain designated testimony.<br><br>• Designated testimony does not need explanation or context.<br><br>• Proffered testimony found 16, 11, 10, 7, 5 and 4 pages before designated testimony does not further fairness or completeness.<br><br>• Proffered testimony found 7, 10, 13, 26, 27, 29, 34, 43, 45, 48, 56, 58, 59, 65, and 90pages after designated testimony does not further fairness or completeness.<br><br>• Depo. Obj. at 61:12- (FRE 602) - Lack of Personal Knowledge<br><br>• Depo. Obj. at 62:14- (FRE 602) - Lack of Personal Knowledge; (FRE 611(a)) - Calls for Speculation<br><br>• Depo. Obj. at 62:24- (FRE 602) - Lack of Personal Knowledge; (FRE 611(a)) - Calls for Speculation<br><br>• (FRE 403) - Cumulative Proffered testimony at 92:21 to 94:17 is already designated by Elan.<br><br>• (FRE 403) - Cumulative Proffered | |

| Elan Designations | Abraxis Objections | Ruling | Abraxis Counter-Designations | Elan's Response | Ruling |
|---|---|---|---|---|---|
| | | | | testimony at 97:2-12 and 97:25 to 98:8 is already designated by Elan. | |
| | | | | • (FRE 611(a)) - Assumes facts not in evidence; Shi Exhibit 2 not on exhibit list. | |
| | | | | • (FRE 611(a)) - (112:1-2, 112:4) Vague and ambiguous. Counter designated testimony consists of a question without an answer. | |
| | | | | • (FRE 602) - (112:5-8) - Lack of Personal Knowledge | |
| | | | | • (FRE 402) - Relevance (115:12-21) | |
| | | | | • (FRE 402) - Attorney colloquy (115:12-21) | |
| | | | | • Depo. Obj. at 124:23 (FRE 611(a)) - Mischaracterizing testimony of witness, Assumes facts not in evidence. | |
| | | | | • Depo. Obj. at 128:2 - (FRE 611(a)) - Mischaracterizing testimony of witness | |
| | | | | • Depo. Obj. at 129:18- (FRE 602) - No Personal Knowledge; (FRE 611(a)) - Calls for Speculation | |
| 78:15-78:16 | | | Same counter- | • Proffered testimony does not further explain designated | |

| Elan Designations | Abraxis Objections | Ruling | Abraxis Counter-Designations | Elan's Response | Ruling |
|---|---|---|---|---|---|
| 78:18-79:9 | | | designation as for Elan designation 49:21-49:24 | testimony.<br><br>• Designated testimony does not need explanation or context.<br><br>• Proffered testimony found 23, 22, 19, 18, 17, 16 and 5 pages before designated testimony does not further fairness or completeness.<br><br>• Proffered testimony found 9, 14, 15, 18, 22, 31, 33, 36, 44, 47, 49, 51, and 78 pages after before designated testimony does not further fairness or completeness.<br><br>• Depo. Obj. at 61:12- (FRE 602) - Lack of Personal Knowledge<br><br>• Depo. Obj. at 62:14- (FRE 602) - Lack of Personal Knowledge; (FRE - 611(a)) - Calls for Speculation<br><br>• Depo. Obj. at 62:24- (FRE 602) - Lack of Personal Knowledge; (FRE 611(a)) - Calls for Speculation<br><br>• (FRE 403) - Cumulative Proffered testimony at 92:21 to 94:17 is already designated by Elan.<br><br>• (FRE 403) - Cumulative Proffered testimony at 97:2-12 and 97:25 to 98:8 is already designated by Elan. | |

| Elan Designations | Abraxis Objections | Ruling | Abraxis Counter-Designations | Elan's Response | Ruling |
|---|---|---|---|---|---|
| | | | | • (FRE 611(a)) - Assumes facts not in evidence; Shi Exhibit 2 not on exhibit list.<br><br>• (FRE 611(a)) - (112:1-2, 112:4) Vague and ambiguous. Counter designated testimony consists of a question without an answer.<br><br>• (FRE 602) - (112:5-8) - Lack of Personal Knowledge<br><br>• (FRE 402) - Relevance (115:12-21)<br><br>• (FRE 402) - Attorney colloquy (115:12-21)<br><br>• Depo. Obj. at 124:23 (FRE 611(a)) - Mischaracterizing testimony of witness, Assumes facts not in evidence.<br><br>• Depo. Obj. at 128:2 - (FRE 611(a)) - Mischaracterizing testimony of witness<br><br>• Depo. Obj. at 129:18- (FRE 602) - No Personal Knowledge; (FRE 611(a)) - Calls for Speculation | |
| 80:7-80:8<br><br>80:10-80:12 | | | Same counter-designation as for Elan designation | • Designated testimony does not need explanation or context.<br><br>• Proffered testimony does not further explain designated | |

| Elan Designations | Abraxis Objections | Ruling | Abraxis Counter-Designations | Elan's Response | Ruling |
|---|---|---|---|---|---|
| 80:14-80:19 | | | 49:21-49:24 | testimony.<br><br>• Proffered testimony found 30, 25, 24, 21, 19, 18, and 7 pages before designated testimony does not further fairness or completeness.<br><br>• Proffered testimony found 12, 13, 15 16, 20, 29, 31, 34, 42, 45, 47, 49, and 77 pages after designated testimony does not further fairness or completeness.<br><br>• Depo. Obj. at 61:12- (FRE 602) Lack of Personal Knowledge<br><br>• Depo. Obj. at 62:14- (FRE 602) - Lack of Personal Knowledge; (FRE 611(a)) - Calls for Speculation<br><br>• Depo. Obj. at 62:24- (FRE 602) - Lack of Personal Knowledge; (FRE 611(a)) - Calls for Speculation<br><br>• (FRE 403) - Cumulative Proffered testimony at 92:21 to 94:17 is already designated by Elan.<br><br>• (FRE 403) - Cumulative Proffered testimony at 97:2-12 and 97:25 to 98:8 is already designated by Elan.<br><br>• (FRE 611(a)) - Assumes facts not in evidence; Shi Exhibit 2 not on | |

| Elan Designations | Abraxis Objections | Ruling | Abraxis Counter-Designations | Elan's Response | Ruling |
|---|---|---|---|---|---|
| | | | | exhibit list. | |
| | | | | • (FRE 611(a)) - (112:1-2, 112:4) Vague and ambiguous. Counter designated testimony consists of a question without an answer. | |
| | | | | • (FRE 602) - (112:5-8) - Lack of Personal Knowledge | |
| | | | | • (FRE 402) - Relevance (115:12-21) | |
| | | | | • (FRE 402) - Attorney colloquy (115:12-21) | |
| | | | | • Depo. Obj. at 124:23 (FRE 611(a)) - Mischaracterizing testimony of witness, Assumes facts not in evidence. | |
| | | | | • Depo. Obj. at 128:2 - (FRE 611(a)) - Mischaracterizing testimony of witness | |
| | | | | • Depo. Obj. at 129:18- (FRE 602) - No Personal Knowledge; (FRE 611(a)) - Calls for Speculation | |
| 81:1-81:13<br><br>81:15-81:21<br><br>81:23-82:1 | | | Same counter-designation as for Elan designation 49:21-49:24 | • Designated testimony does not need explanation or context.<br><br>• Proffered testimony does not further explain designated testimony. | |

| Elan Designations | Abraxis Objections | Ruling | Abraxis Counter-Designations | Elan's Response | Ruling |
|---|---|---|---|---|---|
| | | | | • Proffered testimony found 31, 26, 25, 22, 20, 19, and 8 pages before designated testimony does not further fairness or completeness.<br><br>• Proffered testimony found 11, 14, 18, 28, 29, 33, 41, 44, 46, 48, and 75 pages after designated testimony does not further fairness or completeness.<br><br>• Depo. Obj. at 61:12- (FRE 602) - Lack of Personal Knowledge<br><br>• Depo. Obj. at 62:14- (FRE 602) - Lack of Personal Knowledge; (FRE 611(a)) - Calls for Speculation<br><br>• Depo. Obj. at 62:24- (FRE 602) - Lack of Personal Knowledge; (FRE 611(a)) - Calls for Speculation<br><br>• (FRE 403) - Cumulative Proffered testimony at 92:21 to 94:17 is already designated by Elan.<br><br>• (FRE 403) - Cumulative Proffered testimony at 97:2-12 and 97:25 to 98:8 is already designated by Elan.<br><br>• (FRE 611(a)) - Assumes facts not in evidence; Shi Exhibit 2 not on exhibit list. | |

| Elan Designations | Abraxis Objections | Ruling | Abraxis Counter-Designations | Elan's Response | Ruling |
|---|---|---|---|---|---|
| | | | | • (FRE 611(a)) - (112:1-2, 112:4) Vague and ambiguous.  Counter designated testimony consists of a question without an answer.<br><br>• (FRE 602) - (112:5-8) - Lack of Personal Knowledge<br><br>• (FRE 402) - Relevance (115:12-21)<br><br>• (FRE 402) - Attorney colloquy (115:12-21)<br><br>• Depo. Obj. at 124:23 (FRE 611(a)) - Mischaracterizing testimony of witness, Assumes facts not in evidence.<br><br>• Depo. Obj. at  128:2 - (FRE 611(a)) - Mischaracterizing testimony of witness<br><br>• Depo. Obj. at  129:18- (FRE 602) - No Personal Knowledge; (FRE 611(a)) - Calls for Speculation | |
| 83:5-83:10 | | | Same counter-designation as for Elan designation 49:21-49:24 | • Proffered testimony does not further explain designated testimony.<br><br>• Designated testimony does not need explanation or context.<br><br>• Proffered testimony found 33, 28, 27, 24, 22, 21, 10, 5, and 4 pages | |

| Elan Designations | Abraxis Objections | Ruling | Abraxis Counter-Designations | Elan's Response | Ruling |
|---|---|---|---|---|---|
| | | | | before designated testimony does not further fairness or completeness.<br><br>• Proffered testimony found 9, 10, 13, 17, 26, 28, 31, 39, 42, 44, 46, and 74 pages after designated testimony does not further fairness or completeness.<br><br>• Depo. Obj. at 61:12- (FRE 602) - Lack of Personal Knowledge<br><br>• Depo. Obj. at 62:14- (FRE 602) - Lack of Personal Knowledge; (FRE 611(a)) - Calls for Speculation<br><br>• Depo. Obj. at 62:24- (FRE 602) - Lack of Personal Knowledge; (FRE 611(a)) - Calls for Speculation<br><br>• (FRE 403) - Cumulative Proffered testimony at 92:21 to 94:17 is already designated by Elan.<br><br>• (FRE 403) - Cumulative Proffered testimony at 97:2-12 and 97:25 to 98:8 is already designated by Elan.<br><br>• (FRE 611(a)) - Assumes facts not in evidence; Shi Exhibit 2 not on exhibit list.<br><br>• (FRE 611(a)) - (112:1-2, 112:4) | |

| Elan Designations | Abraxis Objections | Ruling | Abraxis Counter-Designations | Elan's Response | Ruling |
|---|---|---|---|---|---|
| | | | | Vague and ambiguous.  Counter designated testimony consists of a question without an answer.<br><br>• (FRE 602) - (112:5-8) - Lack of Personal Knowledge<br><br>• (FRE 402) - Relevance (115:12-21)<br><br>• (FRE 402) - Attorney colloquy (115:12-21)<br><br>• Depo. Obj. at 124:23 (FRE 611(a)) - Mischaracterizing testimony of witness, Assumes facts not in evidence.<br><br>• Depo. Obj. at  128:2 - (FRE 611(a)) - Mischaracterizing testimony of witness<br><br>• Depo. Obj. at  129:18- (FRE 602) - No Personal Knowledge; (FRE 611(a)) - Calls for Speculation | |
| 88:2-88:4<br><br>88:6-88:17 | | | Same counter-designation as for Elan designation 49:21-49:24 | • Proffered testimony does not further explain designated testimony.<br><br>• Designated testimony does not need explanation or context.<br><br>• Proffered testimony found 38, 33,32, 29, 27, 26, 15, 10, 9, 8 and 4 pages before designated | |

| Elan Designations | Abraxis Objections | Ruling | Abraxis Counter-Designations | Elan's Response | Ruling |
|---|---|---|---|---|---|
| | | | | testimony does not further fairness or completeness. | |
| | | | | • Proffered testimony found 5,8, 12, 21, 23, 26, 34, 37, 39, 41, and 69 pages after designated testimony does not further fairness or completeness. | |
| | | | | • Depo. Obj. at  61:12- (FRE 602) - Lack of Personal Knowledge | |
| | | | | • Depo. Obj. at  62:14- (FRE 602) - Lack of Personal Knowledge; (FRE 611(a)) - Calls for Speculation | |
| | | | | • Depo. Obj. at  62:24- (FRE 602) - Lack of Personal Knowledge; (FRE 611(a)) - Calls for Speculation | |
| | | | | • (FRE 403) - Cumulative Proffered testimony at 92:21 to 94:17 is already designated by Elan. | |
| | | | | • (FRE 403) - Cumulative Proffered testimony at 97:2-12 and 97:25 to 98:8 is already designated by Elan. | |
| | | | | • (FRE 611(a)) - Assumes facts not in evidence; Shi Exhibit 2 not on exhibit list. | |
| | | | | • (FRE 611(a)) - (112:1-2, 112:4) Vague and ambiguous.  Counter | |

| Elan Designations | Abraxis Objections | Ruling | Abraxis Counter-Designations | Elan's Response | Ruling |
|---|---|---|---|---|---|
| | | | | designated testimony consists of a question without an answer.<br><br>• (FRE 602) - (112:5-8) - Lack of Personal Knowledge<br><br>• (FRE 402) - Relevance (115:12-21)<br><br>• (FRE 402) - Attorney colloquy (115:12-21)<br><br>• Depo. Obj. at 124:23 (FRE 611(a)) - Mischaracterizing testimony of witness, Assumes facts not in evidence.<br><br>• Depo. Obj. at 128:2 - (FRE 611(a)) - Mischaracterizing testimony of witness<br><br>• Depo. Obj. at 129:18- (FRE 602) - No Personal Knowledge; (FRE 611(a)) - Calls for Speculation | |
| 89:5-89:11<br><br>89:13-89:15 | | | Same counter-designation as for Elan designation 49:21-49:24 | • Proffered testimony does not further explain designated testimony.<br><br>• Designated testimony does not need explanation or context.<br><br>• Proffered testimony found 39, 34, 33, 30, 28, 27, 16, 11, and 10 pages before designated testimony does not further fairness or | |

| Elan Designations | Abraxis Objections | Ruling | Abraxis Counter-Designations | Elan's Response | Ruling |
|---|---|---|---|---|---|
| | | | | completeness. | |
| | | | | • Proffered testimony found 4, 7, 11, 20, 22, 25, 33, 36, 38, 40 and 68 pages after designated testimony does not further fairness or completeness. | |
| | | | | • Depo. Obj. at 61:12- (FRE 602) - Lack of Personal Knowledge | |
| | | | | • Depo. Obj. at 62:14- (FRE 602) - Lack of Personal Knowledge; (FRE 611(a)) - Calls for Speculation | |
| | | | | • Depo. Obj. at 62:24- (FRE 602) - Lack of Personal Knowledge; (FRE 611(a)) - Calls for Speculation | |
| | | | | • (FRE 403) - Cumulative Proffered testimony at 92:21 to 94:17 is already designated by Elan. | |
| | | | | • (FRE 403) - Cumulative Proffered testimony at 97:2-12 and 97:25 to 98:8 is already designated by Elan. | |
| | | | | • (FRE 611(a)) - Assumes facts not in evidence; Shi Exhibit 2 not on exhibit list. | |
| | | | | • (FRE 611(a)) - (112:1-2, 112:4) Vague and ambiguous. Counter designated testimony consists of a | |

| Elan Designations | Abraxis Objections | Ruling | Abraxis Counter-Designations | Elan's Response | Ruling |
|---|---|---|---|---|---|
| | | | | question without an answer. | |
| | | | | • (FRE 602) - (112:5-8) - Lack of Personal Knowledge | |
| | | | | • (FRE 402) - Relevance (115:12-21) | |
| | | | | • (FRE 402) - Attorney colloquy (115:12-21) | |
| | | | | • Depo. Obj. at 124:23 (FRE 611(a)) - Mischaracterizing testimony of witness, Assumes facts not in evidence. | |
| | | | | • Depo. Obj. at 128:2 - (FRE 611(a)) - Mischaracterizing testimony of witness | |
| | | | | • Depo. Obj. at 129:18- (FRE 602) - No Personal Knowledge; (FRE 611(a)) - Calls for Speculation | |
| 92:13-92:14  92:16-92:22 | | | Same counter-designation as for Elan designation 49:21-49:24 | • (FRE 403) Cumulative Counter designated testimony 92:13-14 and 92:16-21 is already designated by Elan.  • Depo. Obj. at 92:7 - (FRE 702) - Improper lay opinion.  • Proffered testimony does not further explain designated testimony. | |

| Elan Designations | Abraxis Objections | Ruling | Abraxis Counter-Designations | Elan's Response | Ruling |
|---|---|---|---|---|---|
| | | | | • Designated testimony does not need explanation or context. | |
| | | | | • Proffered testimony found 42, 37, 36, 33, 31, 30, 19, 14, 13 pages before designated testimony does not further fairness or completeness. | |
| | | | | • Proffered testimony found 4, 8, 17, 19, 22, 30, 33, 37, 38, and 65 pages after designated testimony does not further fairness or completeness. | |
| | | | | • Depo. Obj. at  61:12- (FRE 602) - Lack of Personal Knowledge | |
| | | | | • Depo. Obj. at  62:14- (FRE 602) - Lack of Personal Knowledge; (FRE 611(a)) Calls for Speculation | |
| | | | | • Depo. Obj. at  62:24- (FRE 602) - Lack of Personal Knowledge; (FRE 611(a)) - Calls for Speculation | |
| | | | | • (FRE 403) - Cumulative Proffered testimony at 92:21 to 94:17 is already designated by Elan. | |
| | | | | • (FRE 403) - Cumulative Proffered testimony at 97:2-12 and 97:25 to 98:8 is already designated by Elan. | |
| | | | | • (FRE 611(a)) - Assumes facts not | |

| Elan Designations | Abraxis Objections | Ruling | Abraxis Counter-Designations | Elan's Response | Ruling |
|---|---|---|---|---|---|
| | | | | in evidence; Shi Exhibit 2 not on exhibit list.<br><br>• (FRE 611(a)) - (112:1-2, 112:4) Vague and ambiguous. Counter designated testimony consists of a question without an answer.<br><br>• (FRE 602) - (112:5-8) - Lack of Personal Knowledge<br><br>• (FRE 402) - Relevance (115:12-21)<br><br>• (FRE 402) - Attorney colloquy (115:12-21)<br><br>• Depo. Obj. at 124:23 (FRE 611(a)) - Mischaracterizing testimony of witness, Assumes facts not in evidence.<br><br>• Depo. Obj. at 128:2 - (FRE 611(a)) - Mischaracterizing testimony of witness<br><br>• Depo. Obj. at 129:18- (FRE 602) - No Personal Knowledge; (FRE 611(a)) - Calls for Speculation | |
| 93:21-94:17 | | | Same counter-designation as for Elan designation 49:21-49:24 | • Proffered testimony does not further explain designated testimony.<br><br>• Designated testimony does not need explanation or context. | |

| Elan Designations | Abraxis Objections | Ruling | Abraxis Counter-Designations | Elan's Response | Ruling |
|---|---|---|---|---|---|
| | | | | • Proffered testimony found 43, 38, 37, 34, 32, 31, 20, 15, 14 pages before designated testimony does not further fairness or completeness.<br><br>• Proffered testimony found 7, 16, 18, 21, 29, 32, 34, 36, and 63 pages after designated testimony does not further fairness or completeness.<br><br>• Depo. Obj. at 61:12- (FRE 602) - Lack of Personal Knowledge<br><br>• Depo. Obj. at 62:14- (FRE 602) - Lack of Personal Knowledge; (FRE 611(a)) - Calls for Speculation<br><br>• Depo. Obj. at 62:24- (FRE 602) - Lack of Personal Knowledge; (FRE 611(a)) - Calls for Speculation<br><br>• (FRE 403) - Cumulative Proffered testimony at 92:21 to 94:17 is already designated by Elan.<br><br>• (FRE 403) - Cumulative Proffered testimony at 97:2-12 and 97:25 to 98:8 is already designated by Elan.<br><br>• (FRE 611(a)) - Assumes facts not in evidence; Shi Exhibit 2 not on | |

| Elan Designations | Abraxis Objections | Ruling | Abraxis Counter-Designations | Elan's Response | Ruling |
|---|---|---|---|---|---|
| | | | | exhibit list.<br><br>• (FRE 611(a)) - (112:1-2, 112:4) Vague and ambiguous. Counter designated testimony consists of a question without an answer.<br><br>• (FRE 602) - (112:5-8) - Lack of Personal Knowledge<br><br>• (FRE 402) - Relevance (115:12-21)<br><br>• (FRE 402) - Attorney colloquy (115:12-21)<br><br>• Depo. Obj. at 124:23 (FRE 611(a)) - Mischaracterizing testimony of witness, Assumes facts not in evidence.<br><br>• Depo. Obj. at 128:2 - (FRE 611(a)) - Mischaracterizing testimony of witness<br><br>• Depo. Obj. at 129:18- (FRE 602) - No Personal Knowledge; (FRE 611(a)) - Calls for Speculation | |
| 97:2-97:12 | | | Same counter-designation as for Elan designation 49:21-49:24 | • Proffered testimony does not further explain designated testimony.<br><br>• Designated testimony does not need explanation or context.<br><br>• (FRE 403) - Cumulative Proffered | |

| Elan Designations | Abraxis Objections | Ruling | Abraxis Counter-Designations | Elan's Response | Ruling |
|---|---|---|---|---|---|
| | | | | testimony at 97:2-12 is already designated by Elan. <br><br> • Proffered testimony found 46, 42, 41, 38, 36, 35, 24, 19, 18 and 5 pages before designated testimony does not further fairness or completeness. <br><br> • Proffered testimony found 12, 14, 17, 25, 27, 30, 32, and 60 pages after designated testimony does not further fairness or completeness. <br><br> • Depo. Obj. at 61:12- (FRE 602) - Lack of Personal Knowledge <br><br> • Depo. Obj. at 62:14- (FRE 602) - Lack of Personal Knowledge; (FRE 611(a)) - Calls for Speculation <br><br> • Depo. Obj. at 62:24- (FRE 602) - Lack of Personal Knowledge; (FRE 611(a)) - Calls for Speculation <br><br> • (FRE 403) - Cumulative Proffered testimony at 92:21 to 94:17 is already designated by Elan. <br><br> • (FRE 403) - Cumulative Proffered testimony at 97:2-12 and 97:25 to 98:8 is already designated by Elan. | |

| Elan Designations | Abraxis Objections | Ruling | Abraxis Counter-Designations | Elan's Response | Ruling |
|---|---|---|---|---|---|
| | | | | • (FRE 611(a)) - Assumes facts not in evidence; Shi Exhibit 2 not on exhibit list.<br><br>• (FRE 611(a)) - (112:1-2, 112:4) Vague and ambiguous. Counter designated testimony consists of a question without an answer.<br><br>• (FRE 602) - (112:5-8) - Lack of Personal Knowledge<br><br>• (FRE 402) - Relevance (115:12-21)<br><br>• (FRE 402) - Attorney colloquy (115:12-21)<br><br>• Depo. Obj. at 124:23 (FRE 611(a)) - Mischaracterizing testimony of witness, Assumes facts not in evidence.<br><br>• Depo. Obj. at 128:2 - (FRE 611(a)) - Mischaracterizing testimony of witness<br><br>• Depo. Obj. at 129:18- (FRE 602) - No Personal Knowledge; (FRE 611(a)) - Calls for Speculation | |
| 97:25-98:8 | | | Same counter-designation as for Elan designation | • Proffered testimony does not further explain designated testimony.<br><br>• Designated testimony does not | |

| Elan Designations | Abraxis Objections | Ruling | Abraxis Counter-Designations | Elan's Response | Ruling |
|---|---|---|---|---|---|
| | | | 49:21-49:24 | need explanation or context. | |
| | | | | • Proffered testimony found 46, 42, 41, 38, 36, 35, 24, 19, 18 and 5 pages before designated testimony does not further fairness or completeness. | |
| | | | | • Proffered testimony found 12, 14, 17, 25, 27, 30, 32, and 60 pages after designated testimony does not further fairness or completeness. | |
| | | | | • Depo. Obj. at 61:12- (FRE 602) Lack of Personal Knowledge | |
| | | | | • Depo. Obj. at 62:14- (FRE 602) Lack of Personal Knowledge; (FRE 611(a)) Calls for Speculation | |
| | | | | • Depo. Obj. at 62:24- (FRE 602) Lack of Personal Knowledge; (FRE 611(a)) Calls for Speculation | |
| | | | | • (FRE 403) - Cumulative Proffered testimony at 92:21 to 94:17 is already designated by Elan. | |
| | | | | • (FRE 403) - Cumulative Proffered testimony at 97:2-12 and 97:25 to 98:8 is already designated by Elan. | |
| | | | | • (FRE 611(a)) - Assumes facts not in evidence; Shi Exhibit 2 not on | |

| Elan Designations | Abraxis Objections | Ruling | Abraxis Counter-Designations | Elan's Response | Ruling |
|---|---|---|---|---|---|
| | | | | exhibit list. | |
| | | | | • (FRE 611(a)) - (112:1-2, 112:4) Vague and ambiguous. Counter designated testimony consists of a question without an answer. | |
| | | | | • (FRE 602) - (112:5-8) - Lack of Personal Knowledge | |
| | | | | • (FRE 402) - Relevance (115:12-21) | |
| | | | | • (FRE 402) - Attorney colloquy (115:12-21) | |
| | | | | • Depo. Obj. at 124:23 (FRE 611(a)) - Mischaracterizing testimony of witness, Assumes facts not in evidence. | |
| | | | | • Depo. Obj. at 128:2 - (FRE 611(a)) - Mischaracterizing testimony of witness | |
| | | | | • Depo. Obj. at 129:18- (FRE 602) - No Personal Knowledge; (FRE 611(a)) - Calls for Speculation | |

| Elan Designations | Abraxis Objections | Ruling | Abraxis Counter-Designations | Elan's Response | Ruling |
|---|---|---|---|---|---|
| 103:21-103:23<br><br>103:25-104:1 | | | Same counter-designation as for Elan designation 49:21-49:24 | • Proffered testimony does not further explain designated testimony.<br><br>• Designated testimony does not need explanation or context.<br><br>• Proffered testimony found 53, 48, 47, 44, 42, 41, 30, 25, 24, 11, 9 and 5 pages before designated testimony does not further fairness or completeness.<br><br>• Proffered testimony found 6, 8, 11, 19, 21, 24, 26, and 54 pages after designated testimony does not further fairness or completeness.<br><br>• Depo. Obj. at 61:12- (FRE 602) - Lack of Personal Knowledge<br><br>• Depo. Obj. at 62:14- (FRE 602) - Lack of Personal Knowledge; (FRE 611(a)) - Calls for Speculation<br><br>• Depo. Obj. at 62:24- (FRE 602) - Lack of Personal Knowledge; (FRE 611(a)) - Calls for Speculation<br><br>• (FRE 403) - Cumulative Proffered testimony at 92:21 to 94:17 is already designated by Elan.<br><br>• (FRE 403) - Cumulative Proffered | |

| Elan Designations | Abraxis Objections | Ruling | Abraxis Counter-Designations | Elan's Response | Ruling |
|---|---|---|---|---|---|
| | | | | testimony at 97:2-12 and 97:25 to 98:8 is already designated by Elan. | |
| | | | | • (FRE 611(a)) - Assumes facts not in evidence; Shi Exhibit 2 not on exhibit list. | |
| | | | | • (FRE 611(a)) - (112:1-2, 112:4) Vague and ambiguous.  Counter designated testimony consists of a question without an answer. | |
| | | | | • (FRE 602) - (112:5-8) - Lack of Personal Knowledge | |
| | | | | • (FRE 402) - Relevance (115:12-21) | |
| | | | | • (FRE 402) - Attorney colloquy (115:12-21) | |
| | | | | • Depo. Obj. at 124:23 (FRE 611(a)) - Mischaracterizing testimony of witness, Assumes facts not in evidence. | |
| | | | | • Depo. Obj. at  128:2 - (FRE 611(a)) - Mischaracterizing testimony of witness | |
| | | | | • Depo. Obj. at  129:18- (FRE 602) - No Personal Knowledge; (FRE 611(a)) - Calls for Speculation | |
| 108:24-108:25 | | | Same counter- | • Proffered testimony does not further explain designated | |

| Elan Designations | Abraxis Objections | Ruling | Abraxis Counter-Designations | Elan's Response | Ruling |
|---|---|---|---|---|---|
| 109:2-109:3 | | | designation as for Elan designation 49:21-49:24 | testimony.<br><br>• Designated testimony does not need explanation or context.<br><br>• Proffered testimony found 58, 53, 52, 49, 47, 46, 35, 30, 29, 16, 14, 10 and 5 pages before designated testimony does not further fairness or completeness.<br><br>• Proffered testimony found 6, 14, 16, 17, 19, 21, and 49 pages after designated testimony does not further fairness or completeness.<br><br>• Depo. Obj. at 61:12- (FRE 602) - Lack of Personal Knowledge<br><br>• Depo. Obj. at 62:14- (FRE 602) - Lack of Personal Knowledge; (FRE 611(a)) - Calls for Speculation<br><br>• Depo. Obj. at 62:24- (FRE 602) - Lack of Personal Knowledge; (FRE 611(a)) - Calls for Speculation<br><br>• (FRE 403) - Cumulative Proffered testimony at 92:21 to 94:17 is already designated by Elan.<br><br>• (FRE 403) - Cumulative Proffered testimony at 97:2-12 and 97:25 to 98:8 is already designated by Elan. | |

| Elan Designations | Abraxis Objections | Ruling | Abraxis Counter-Designations | Elan's Response | Ruling |
|---|---|---|---|---|---|
| | | | | • (FRE 611(a)) - Assumes facts not in evidence; Shi Exhibit 2 not on exhibit list.<br><br>• (FRE 611(a)) - (112:1-2, 112:4) Vague and ambiguous.  Counter designated testimony consists of a question without an answer.<br><br>• (FRE 602) - (112:5-8) - Lack of Personal Knowledge<br><br>• (FRE 402) - Relevance (115:12-21)<br><br>• (FRE 402) - Attorney colloquy (115:12-21)<br><br>• Depo. Obj. at 124:23 (FRE 611(a)) - Mischaracterizing testimony of witness, Assumes facts not in evidence.<br><br>• Depo. Obj. at  128:2 - (FRE 611(a)) - Mischaracterizing testimony of witness<br><br>• Depo. Obj. at  129:18- (FRE 602) - No Personal Knowledge; (FRE 611(a)) - Calls for Speculation | |
| 109:7-109:21 | | | Same counter-designation as for Elan designation | • Proffered testimony does not further explain designated testimony.<br><br>• Designated testimony does not | |

| Elan Designations | Abraxis Objections | Ruling | Abraxis Counter-Designations | Elan's Response | Ruling |
|---|---|---|---|---|---|
| | | | 49:21-49:24 | need explanation or context. | |
| | | | | • Proffered testimony found 59, 54, 53, 50, 48, 47, 36, 31, 30, 17, 15, 11, and 6 pages before designated testimony does not further fairness or completeness. | |
| | | | | • Proffered testimony found 15, 16, 18, 20, and 48 pages after designated testimony does not further fairness or completeness. | |
| | | | | • Proffered testimony found 5, 13 pages after designated testimony does not further fairness or completeness. | |
| | | | | • Depo. Obj. at 61:12- (FRE 602) - Lack of Personal Knowledge | |
| | | | | • Depo. Obj. at 62:14- (FRE 602) - Lack of Personal Knowledge; (FRE 611(a)) - Calls for Speculation | |
| | | | | • Depo. Obj. at 62:24- (FRE 602) - Lack of Personal Knowledge; (FRE 611(a)) - Calls for Speculation | |
| | | | | • (FRE 403) - Cumulative Proffered testimony at 92:21 to 94:17 is already designated by Elan. | |
| | | | | • (FRE 403) - Cumulative Proffered | |

| Elan Designations | Abraxis Objections | Ruling | Abraxis Counter-Designations | Elan's Response | Ruling |
|---|---|---|---|---|---|
| | | | | testimony at 97:2-12 and 97:25 to 98:8 is already designated by Elan. <br><br>• (FRE 611(a)) - Assumes facts not in evidence; Shi Exhibit 2 not on exhibit list. <br><br>• (FRE 611(a)) - (112:1-2, 112:4) Vague and ambiguous. Counter designated testimony consists of a question without an answer. <br><br>• (FRE 602) - (112:5-8) - Lack of Personal Knowledge <br>• (FRE 402) - Relevance (115:12-21) <br>• (FRE 402) - Attorney colloquy (115:12-21) <br>• Depo. Obj. at 124:23 (FRE 611(a)) - Mischaracterizing testimony of witness, Assumes facts not in evidence. <br>• Depo. Obj. at 128:2 - (FRE 611(a)) - Mischaracterizing testimony of witness <br><br>• Depo. Obj. at 129:18- (FRE 602) - No Personal Knowledge; (FRE 611(a)) - Calls for Speculation | |
| 110:16-110:19 | | | Same counter- | • Designated testimony does not | |

| Elan Designations | Abraxis Objections | Ruling | Abraxis Counter-Designations | Elan's Response | Ruling |
|---|---|---|---|---|---|
| 110:21-111:1 | | | designation as for Elan designation 49:21-49:24 | need explanation or context.<br><br>• Proffered testimony does not further explain designated testimony.<br><br>• Proffered testimony found 60, 55, 54, 51, 49, 48, 37, 32, 31, 18, 16, 12, and 7 pages before designated testimony does not further fairness or completeness.<br><br>• Proffered testimony found 4, 12, 14, 15, 17, 19, and 47 pages after designated testimony does not further fairness or completeness.<br><br>• Depo. Obj. at 61:12- (FRE 602) - Lack of Personal Knowledge<br><br>• Depo. Obj. at 62:14- (FRE 602) - Lack of Personal Knowledge; (FRE 611(a)) - Calls for Speculation<br><br>• Depo. Obj. at 62:24- (FRE 602) - Lack of Personal Knowledge; (FRE 611(a)) - Calls for Speculation<br><br>• (FRE 403) - Cumulative Proffered testimony at 92:21 to 94:17 is already designated by Elan.<br><br>• (FRE 403) - Cumulative Proffered testimony at 97:2-12 and 97:25 to | |

| Elan Designations | Abraxis Objections | Ruling | Abraxis Counter-Designations | Elan's Response | Ruling |
|---|---|---|---|---|---|
| | | | | 98:8 is already designated by Elan. | |
| | | | | • (FRE 611(a)) - Assumes facts not in evidence; Shi Exhibit 2 not on exhibit list. | |
| | | | | • (FRE 611(a)) - (112:1-2, 112:4) Vague and ambiguous. Counter designated testimony consists of a question without an answer. | |
| | | | | • (FRE 602) - (112:5-8) - Lack of Personal Knowledge | |
| | | | | • (FRE 402) - Relevance (115:12-21) | |
| | | | | • (FRE 402) - Attorney colloquy (115:12-21) | |
| | | | | • Depo. Obj. at 124:23 (FRE 611(a)) - Mischaracterizing testimony of witness, Assumes facts not in evidence. | |
| | | | | • Depo. Obj. at 128:2 - (FRE 611(a)) - Mischaracterizing testimony of witness | |
| | | | | • Depo. Obj. at 129:18- (FRE 602) - No Personal Knowledge; (FRE 611(a)) - Calls for Speculation | |
| 124:25-125:1 | | | Same counter-designation as for Elan designation | • Proffered testimony does not further explain designated testimony. | |

| Elan Designations | Abraxis Objections | Ruling | Abraxis Counter-Designations | Elan's Response | Ruling |
|---|---|---|---|---|---|
| 125:3-125:19 | | | 49:21-49:24 | • Designated testimony does not need explanation or context.<br><br>• Proffered testimony found 74, 69, 68, 65, 63, 62, 51, 46, 45, 32, 30, 26, 21, 14, 12 and 4 pages before designated testimony does not further fairness or completeness.<br><br>• Proffered testimony found 8 and 33 pages after designated testimony does not further fairness or completeness.<br><br>• Depo. Obj. at 61:12- (FRE 602) - Lack of Personal Knowledge<br><br>• Depo. Obj. at 62:14- (FRE 602) - Lack of Personal Knowledge; (FRE 611(a)) - Calls for Speculation<br><br>• Depo. Obj. at 62:24- (FRE 602) - Lack of Personal Knowledge; (FRE 611(a)) - Calls for Speculation<br><br>• (FRE 403) - Cumulative Proffered testimony at 92:21 to 94:17 is already designated by Elan.<br><br>• (FRE 403) - Cumulative Proffered testimony at 97:2-12 and 97:25 to 98:8 is already designated by Elan.<br><br>• (FRE 611(a)) - Assumes facts not | |

| Elan Designations | Abraxis Objections | Ruling | Abraxis Counter-Designations | Elan's Response | Ruling |
|---|---|---|---|---|---|
| | | | | in evidence; Shi Exhibit 2 not on exhibit list. | |
| | | | | • (FRE 611(a)) - (112:1-2, 112:4) Vague and ambiguous.  Counter designated testimony consists of a question without an answer. | |
| | | | | • (FRE 602 (112:5-8)) - Lack of Personal Knowledge | |
| | | | | • (FRE 402) - Relevance (115:12-21) | |
| | | | | • (FRE 402) - Attorney colloquy (115:12-21) | |
| | | | | • Depo. Obj. at 124:23 (FRE 611(a)) - Mischaracterizing testimony of witness, Assumes facts not in evidence. | |
| | | | | • Depo. Obj. at  128:2 - (FRE 611(a)) - Mischaracterizing testimony of witness | |
| | | | | • Depo. Obj. at  129:18- (FRE 602) - No Personal Knowledge; (FRE 611(a)) - Calls for Speculation | |
| 135:9-135:12  135:14-135:16 | | | Same counter-designation as for Elan designation 49:21-49:24 | • Proffered testimony does not further explain designated testimony.  • Designated testimony does not need explanation or context. | |

| Elan Designations | Abraxis Objections | Ruling | Abraxis Counter-Designations | Elan's Response | Ruling |
|---|---|---|---|---|---|
| | | | | • Proffered testimony found 85, 80, 79, 76, 74, 73, 62, 57, 56, 43, 41, 37, 32, 25, 23, 18, 13, 10, 9, and 7 pages before designated testimony does not further fairness or completeness. <br><br> • Proffered testimony found 22 pages after designated testimony does not further fairness or completeness. <br><br> • Proffered testimony found 6 pages after designated testimony does not further fairness or completeness. <br><br> • Depo. Obj. at 61:12- (FRE 602) - Lack of Personal Knowledge <br><br> • Depo. Obj. at 62:14- (FRE 602) - Lack of Personal Knowledge; (FRE 611(a)) - Calls for Speculation <br><br> • Depo. Obj. at 62:24- (FRE 602) - Lack of Personal Knowledge; (FRE 611(a)) - Calls for Speculation <br><br> • (FRE 403) - Cumulative Proffered testimony at 92:21 to 94:17 is already designated by Elan. <br><br> • (FRE 403) - Cumulative Proffered | |

| Elan Designations | Abraxis Objections | Ruling | Abraxis Counter-Designations | Elan's Response | Ruling |
|---|---|---|---|---|---|
| | | | | testimony at 97:2-12 and 97:25 to 98:8 is already designated by Elan. | |
| | | | | • (FRE 611(a)) - Assumes facts not in evidence; Shi Exhibit 2 not on exhibit list. | |
| | | | | • (FRE 611(a)) - (112:1-2, 112:4) Vague and ambiguous. Counter designated testimony consists of a question without an answer. | |
| | | | | • (FRE 602) - (112:5-8) - Lack of Personal Knowledge | |
| | | | | • (FRE 402) - Relevance (115:12-21) | |
| | | | | • (FRE 402) - Attorney colloquy (115:12-21) | |
| | | | | • Depo. Obj. at 124:23 (FRE 611(a)) - Mischaracterizing testimony of witness, Assumes facts not in evidence. | |
| | | | | • Depo. Obj. at  128:2 - (FRE 611(a)) - Mischaracterizing testimony of witness | |
| | | | | • Depo. Obj. at  129:18- (FRE 602) - No Personal Knowledge; (FRE 611(a)) - Calls for Speculation | |

| Elan Designations | Abraxis Objections | Ruling | Abraxis Counter-Designations | Elan's Response | Ruling |
|---|---|---|---|---|---|
| 145:12-145:14<br><br>145:16-146:1<br><br>146:5-146:7 | | | 144:1-2; 144:4-17; 144:19-25; 146:13-15; 146:17; 154:14-17; 154:19-155:1 | • Designated testimony does not need explanation or context.<br><br>• Proffered testimony does not further explain designated testimony. | |
| 147:23-147:24<br><br>148:1-148:8 | | | Same counter-designation as for Elan designation 145:12-145:14 | • Designated testimony does not need explanation or context.<br><br>• Proffered testimony does not further explain designated testimony. | |
| 155:2-155:12 | | | 155:16-22; 155:24-156:5 | • Designated testimony does not need explanation or context.<br><br>• Proffered testimony does not further explain designated testimony.<br><br>• (FRE 403) - Cumulative | |

**EXHIBIT 8-H**

**TO PRETRIAL ORDER**

Plaintiff's Designation of Deposition Testimony

Witness:   Dewey H. Barich

**Deposition Designations: Dewey H. Barich**

| BEGIN (page:line) | END (page:line) |
|---|---|
| 6:19 | 6:24 |
| 8:13 | 9:5 |
| 9:22 | 10:6 |
| 10:12 | 10:15 |
| 11:6 | 11:8 |
| 12:6 | 12:10 |
| 12:12 | 12:14 |
| 14:2 | 14:3 |
| 14:5 | 14:9 |
| 22:16 | 22:18 |
| 22:20 | 22:25 |
| 23:16 | 24:4 |
| 26:25 | 27:3 |
| 29:8 | 29:10 |
| 29:12 | 29:14 |
| 29:16 | 29:22 |
| 29:25 | 30:1 |
| 30:8 | 30:11 |
| 31:19 | 31:21 |
| 31:23 | 31:25 |
| 32:15 | 32:18 |
| 32:20 | 33:3 |
| 64:17 | 65:4 |
| 65:6 | 65:13 |
| 66:10 | 66:12 |
| 66:14 | 66:25 |
| 69:5 | 69:6 |
| 69:8 | 70:2 |
| 70:14 | 70:16 |
| 71:3 | 71:15 |
| 72:21 | 72:24 |
| 73:1 | 73:9 |
| 73:11 | 74:4 |
| 114:25 | 115:8 |
| 115:13 | 115:21 |
| 116:14 | 116:20 |
| 116:22 | 117:3 |
| 117:15 | 117:17 |
| 121:25 | 122:3 |
| 122:14 | 122:18 |
| 129:13 | 129:24 |
| 131:21 | 132:10 |
| 132:12 | 132:13 |
| 147:2 | 147:4 |
| 147:6 | 147:8 |
| 159:21 | 159:23 |
| 159:25 | 160:10 |
| 162:16 | 163:3 |
| 164:3 | 164:16 |

199:1        199:3
199:5        199:10

**EXHIBIT 8-HH**

**TO PRETRIAL ORDER**

Abraxis's Objections and Counter-Designations of Deposition Testimony

Witness:  Dewey H. Barich

Abraxis objects to all of Elan's deposition designations for Dewey Barich for the reasons discussed in Abraxis's motions in limine.

Elan will address Abraxis' objections to the admissibility of Dr. Dewey Barich's deposition testimony in Elan's response to Abraxis' motion in limine.

### DEPOSITION DESIGNATIONS, OBJECTIONS, COUNTER-DESIGNATIONS, AND OBJECTIONS THERETO
#### Dr. Dewey H. Barich

| Elan Designations | Abraxis Objections | Ruling | Abraxis Counter-Designations | Elan's Response | Ruling |
|---|---|---|---|---|---|
| 11:6-11:8 | | | 11:9-11; 11:22-24 | • Designated testimony does not need explanation or context.<br><br>• Proffered testimony does not further explain designated testimony. | |
| 14:2-14:3 | | | 13:4-5; 13:8-11 | • Designated testimony does not need explanation or context.<br><br>• Proffered testimony does not further explain designated testimony. | |
| 29:8-29:10 | | | 65:3-4; 65:6-7 | • (FRE 403) - Cumulative - Counter designated testimony 65:3-4 and 65:6-13 is already designated by Elan.<br><br>• Proffered testimony found 36 pages after designated testimony does not further fairness or completeness.<br><br>• Designated testimony does not | |

| Elan Designations | Abraxis Objections | Ruling | Abraxis Counter-Designations | Elan's Response | Ruling |
|---|---|---|---|---|---|
| | | | | need explanation or context. | |
| | | | | • (FRE 402) - Proffered testimony is not relevant to the question against which it is offered. | |
| 66:14-66:25 | | | 65:3-4; 65:6-14; 66:5-9; 67:1-5 | • (FRE 403) Cumulative Counter designated testimony 65:3-4 and 65:6-13 is already designated by Elan. <br><br> • Designated testimony does not need explanation or context. <br><br> • Proffered testimony does not further explain designated testimony. <br><br> • Proffered testimony 67:1-5 is not relevant to designated testimony. | |
| 71:3-71:15 | | | 71:16-20; 72:1-3 | • Designated testimony does not need explanation or context. <br><br> • Proffered testimony does not further explain designated testimony. | |
| 115:13-115:21 | | | 115:22-25; 116:5-13 | • Designated testimony does not need explanation or context. <br><br> • Proffered testimony does not | |

| Elan Designations | Abraxis Objections | Ruling | Abraxis Counter-Designations | Elan's Response | Ruling |
|---|---|---|---|---|---|
| | | | | further explain designated testimony. | |
| 116:22-117:3 | | | 117:4-5; 117:7-9; 117:11 | • Designated testimony does not need explanation or context.<br><br>• Proffered testimony is not further explanatory of designated testimony.<br><br>• Depo. Obj. at 117:10 - (FRE 602) - No Personal Knowledge | |
| 117:15-117:17 | | | 117:18-21; 117:24-121:17 | • Proffered testimony is not further explanatory of designated testimony.<br><br>• Designated testimony does not need explanation or context. | |
| 122:14-122:18 | | | 65:3-4; 65:6-7 | • Proffered testimony found 57 pages before designated testimony does not further fairness or completeness.<br><br>• Designated testimony does not need explanation or context.<br><br>• Proffered testimony is not further explanatory of designated testimony. | |

| Elan Designations | Abraxis Objections | Ruling | Abraxis Counter-Designations | Elan's Response | Ruling |
|---|---|---|---|---|---|
| | | | | | |
| 129:13-129:24 | | | 129:25-131:14; 212:25-213:3; 213:11-18; 213:20; 218:19-23; 218:25; 222:17-20; 222:22; 223:10-11 | • Designated testimony does not need explanation or context.<br><br>• Proffered testimony is not further explanatory of designated testimony.<br><br>• Proffered testimony found 83 pages after designated testimony does not further fairness or completeness.<br><br>• Depo. Obj. at 213:10 - (FRE 611(a)) - compound question<br><br>• Proffered testimony found 83 pages after designated testimony does not further fairness or completeness.<br><br>• Depo. Obj. at 213:19 - (FRE 611(a)) - mischaracterizes witness' testimony.<br><br>• Proffered testimony found 89 pages after designated testimony does not further fairness or completeness.<br><br>• Depo. Obj. at 218:24 - (FRE 611(a)) - mischaracterizes deponent's testimony.<br><br>• Proffered testimony found 93 pages after designated testimony | |

| Elan Designations | Abraxis Objections | Ruling | Abraxis Counter-Designations | Elan's Response | Ruling |
|---|---|---|---|---|---|
| | | | | does not further fairness or completeness. <br><br> • Depo Obj. at 222:23-24 - (FRE 611(a)) - Assumes facts not in evidence. | |
| 164:3-164:16 | | | 164:17-19; 164:21-165:10; 165:12 | • Designated testimony does not need explanation or context. <br><br> • Depo. Obj. at at 164:20 - (FRE 802) - Hearsay with Hearsay | |

# EXHIBIT 8-I

## TO PRETRIAL ORDER

Plaintiff's Designation of Deposition Testimony

Witness:   Johnson Tai Wong

**Deposition Designations:  Johnson Tai Wong**

| BEGIN<br>(page:line) | END<br>(page:line) |
|---|---|
| 58:9 | 58:14 |
| 58:16 | 58:21 |
| 60:14 | 60:15 |
| 60:17 | 60:17 |
| 60:19 | 61:8 |
| 63:4 | 63:6 |
| 63:10 | 63:10 |
| 63:13 | 63:14 |
| 65:20 | 66:1 |
| 133:10 | 134:23 |
| 134:25 | 134:25 |
| 135:2 | 135:3 |
| 135:5 | 135:5 |
| 135:25 | 136:3 |
| 140:19 | 141:7 |
| 141:10 | 141:11 |
| 141:13 | 141:14 |
| 142:18 | 143:4 |
| 144:3 | 144:6 |
| 215:24 | 216:21 |
| 216:23 | 217:6 |
| 217:11 | 217:13 |
| 276:12 | 276:13 |
| 276:15 | 277:1 |
| 277:3 | 277:21 |
| 281:4 | 281:6 |
| 281:8 | 281:10 |
| 281:12 | 282:13 |
| 282:15 | 282:18 |
| 293:1 | 293:9 |
| 318:19 | 319:11 |
| 319:13 | 319:22 |
| 319:24 | 320:2 |
| 320:4 | 320:14 |
| 320:16 | 320:8 |
| 321:12 | 321:13 |
| 322:21 | 323:2 |
| 323:14 | 323:17 |
| 323:20 | 323:22 |
| 327:14 | 327:18 |
| 327:23 | 328:3 |
| 328:9 | 328:12 |
| 328:14 | 328:14 |
| 328:16 | 329:4 |
| 333:15 | 334:22 |
| 376:22 | 377:3 |
| 377:6 | 377:11 |
| 377:13 | 377:17 |
| 377:19 | 377:21 |
| 377:24 | 378:7 |

| | |
|---|---|
| 378:11 | 378:20 |
| 378:22 | 379:7 |
| 379:9 | 379:11 |
| 379:13 | 379:18 |
| 379:21 | 379:22 |
| 379:25 | 380:1 |
| 380:3 | 380:15 |
| 380:17 | 380:19 |
| 380:21 | 380:23 |
| 380:25 | 380:1 |
| 381:3 | 381:8 |
| 392:24 | 393:22 |
| 395:8 | 395:16 |
| 396:10 | 396:12 |
| 396:15 | 396:18 |
| 396:20 | 396:22 |
| 396:24 | 396:24 |
| 397:1 | 397:3 |

**General Abraxis Objection**:

Abraxis objects to Elan's designations of the deposition transcript of Johnson T. Wong, as they were served on April 3rd and 4th, 2008, nearly one month after the Court-ordered deadline for Elan to provide its deposition designations.

**General Elan Response**

Abraxis filed a declaratory judgment action and is therefore the sole plaintiff of its counterclaims that US Patent Nos. 5,399,363 and 5,834,025 are invalid and/or unenforceable. Abraxis's case-in-chief was first served on Elan, two weeks after the Court-ordered deadline. Indeed, Elan was not informed of Abraxis's abandonment of certain invalidity allegations until after April 7, 2008, after Elan's initial deposition designations were made. The additional deposition designations are Elan's response to Abraxis's case in chief and are therefore timely. Moreover, Abraxis suffered no prejudice in Elan's service of additional deposition designations as the parties stipulated that Abraxis would have an additional time (to April 14, 2008) to respond to such deposition designations.

**DEPOSITION DESIGNATIONS, OBJECTIONS, COUNTER-DESIGNATIONS, AND OBJECTIONS THERETO**
**Johnson Tai Wong**

| Elan Designations | Abraxis's Objections | Ruling | Abraxis Counter Designation | Elan's Response | Ruling |
|---|---|---|---|---|---|
| 58:9 - 58:14 | Irrelevant, compound (58:12-14) | | | • Elan was informed of Abraxis's abandonment of certain invalidity allegations relating to the '025 patent until April 7, 2008, after deposition designation by Elan. | |
| 58:16 - 58:21 | Irrelevant, compound | | | • Elan was informed of Abraxis's abandonment of certain invalidity allegations relating to the '025 patent until April 7, 2008, after deposition designation by Elan | |
| 60:14 - 60:15 | Irrelevant | | | • Elan was informed of Abraxis's abandonment of certain invalidity allegations relating to the '025 patent until April 7, 2008, after deposition designation by Elan. | |
| 60:17 - 60:17 | Irrelevant | | | • Elan was informed of Abraxis's abandonment of certain invalidity allegations relating to the '025 patent until April 7, 2008, after | |

| Elan Designations | Abraxis's Objections | Ruling | Abraxis Counter Designation | Elan's Response | Ruling |
|---|---|---|---|---|---|
| | | | | deposition designation by Elan. | |
| 60:19 - 61:8 | Irrelevant | | | • Elan was informed of Abraxis's abandonment of certain invalidity allegations relating to the '025 patent until April 7, 2008, after deposition designation by Elan. | |
| 63:4 - 63:6 | Irrelevant, vague | | | • Elan was informed of Abraxis's abandonment of certain invalidity allegations relating to the '025 patent until April 7, 2008, after deposition designation by Elan. | |
| 63:10 - 63:10 | Irrelevant, vague | | | • Elan was informed of Abraxis's abandonment of certain invalidity allegations relating to the '025 patent until April 7, 2008, after deposition designation by Elan. | |
| 63:13 - 63:14 | Irrelevant, vague | | | • Elan was informed of Abraxis's abandonment of certain invalidity allegations relating to the '025 patent until April 7, 2008, after | |

| Elan Designations | Abraxis's Objections | Ruling | Abraxis Counter Designation | Elan's Response | Ruling |
|---|---|---|---|---|---|
| | | | | deposition designation by Elan. | |
| 65:20 - 66:1 | Irrelevant | | | • Elan was informed of Abraxis's abandonment of certain invalidity allegations relating to the '025 patent until April 7, 2008, after deposition designation by Elan. | |
| 133:10 - 134:23 | Irrelevant; compound (134:22-23) | | | • Elan was informed of Abraxis's abandonment of certain invalidity allegations relating to the '025 patent until April 7, 2008, after deposition designation by Elan. | |
| 134:25 - 134:25 | Irrelevant, compound | | | • Elan was informed of Abraxis's abandonment of certain invalidity allegations relating to the '025 patent until April 7, 2008, after deposition designation by Elan. | |
| 135:2 - 135:3 | Irrelevant | | | • Elan was informed of Abraxis's abandonment of certain invalidity allegations relating to the '025 patent until April 7, 2008, after | |

| Elan Designations | Abraxis's Objections | Ruling | Abraxis Counter Designation | Elan's Response | Ruling |
|---|---|---|---|---|---|
| | | | | deposition designation by Elan. | |
| 135:5 - 135:5 | Irrelevant | | | • Elan was informed of Abraxis's abandonment of certain invalidity allegations relating to the '025 patent until April 7, 2008, after deposition designation by Elan. | |
| 135:25 - 136:3 | Irrelevant | | | • Elan was informed of Abraxis's abandonment of certain invalidity allegations relating to the '025 patent until April 7, 2008, after deposition designation by Elan. | |
| 140:19 - 141:7 | Irrelevant | | | • Elan was informed of Abraxis's abandonment of certain invalidity allegations relating to the '025 patent until April 7, 2008, after deposition designation by Elan. | |
| 141:10 - 141:11 | Irrelevant | | | • Elan was informed of Abraxis's abandonment of certain invalidity allegations relating to the '025 patent until April 7, 2008, after | |

| Elan Designations | Abraxis's Objections | Ruling | Abraxis Counter Designation | Elan's Response | Ruling |
|---|---|---|---|---|---|
| | | | | deposition designation by Elan. | |
| 141:13 - 141:14 | Irrelevant | | | • Elan was informed of Abraxis's abandonment of certain invalidity allegations relating to the '025 patent until April 7, 2008, after deposition designation by Elan. | |
| 142:18 - 143:4 | Irrelevant | | | • Elan was informed of Abraxis's abandonment of certain invalidity allegations relating to the '025 patent until April 7, 2008, after deposition designation by Elan. | |
| 144:3 - 144:6 | Irrelevant | | | • Elan was informed of Abraxis's abandonment of certain invalidity allegations relating to the '025 patent until April 7, 2008, after deposition designation by Elan. | |
| 215:24 - 216:21 | Irrelevant | | | • FRE 401 Proffered testimony of knowledge and use of animals in toxicology studies has the tendency to make the existence of a fact that is of | |

| Elan Designations | Abraxis's Objections | Ruling | Abraxis Counter Designation | Elan's Response | Ruling |
|---|---|---|---|---|---|
| | | | | consequence to the determination for the action more probable. | |
| 216:23 - 217:6 | Irrelevant | | | • FRE 401 Proffered testimony of knowledge and use of animals in toxicology studies has the tendency to make the existence of a fact that is of consequence to the determination for the action more probable. | |
| 217:11 - 217:13 | Irrelevant | | | • FRE 401 Proffered testimony of knowledge and use of animals in toxicology studies has the tendency to make the existence of a fact that is of consequence to the determination for the action more probable. | |
| 276:12 - 276:13 | Irrelevant, vague | | | • FRE 401 Proffered testimony of polystyrene being a model for solid drug has the tendency to make the existence of a fact that is of consequence to the determination for the action more probable.<br>• Question is neither | |

| Elan Designations | Abraxis's Objections | Ruling | Abraxis Counter Designation | Elan's Response | Ruling |
|---|---|---|---|---|---|
| | | | | unintelligible or susceptible to at least two interpretations. | |
| 276:15 - 277:1 | Irrelevant, vague | | | • FRE 401 Abraxis testimony regarding polystyrene being a model for solid drug makes the existence of a fact of consequence to the determination of the action more probable.<br>• Question is neither unintelligible or susceptible to at least two interpretations | |
| 277:3 - 277:21 | Irrelevant | | | • FRE 401- Abraxis testimony that drugs can have adverse effects, that paclitaxel and aspirin have different adverse effects, and that polystyrene is a good model for a certain structure of a certain size that can have surface modifier makes the existence of a fact of consequence to the determination for the action more probable. | |
| 281:4 - 281:6 | Irrelevant, FRE 403 (unfairly | | | • FRE - 401 -Abraxis's testimony that its expert uses | |

| Elan Designations | Abraxis's Objections | Ruling | Abraxis Counter Designation | Elan's Response | Ruling |
|---|---|---|---|---|---|
| | prejudicial, waste of time) | | | models in experiments to observe various effects makes the existence of a fact of consequence to the determination for the action more probable.<br><br>• Probative value of Abraxis's expert use of models in experiments to observe various effects outweighs danger of unfair prejudice or by considerations of waste of time.<br><br>• As FRE 403 only applies to the exclusion of relevant evidence, Abraxis's objection based on irrelevance is inconsistent. | |
| 281:8 - 281:10 | Irrelevant, FRE 403 (unfairly prejudicial, waste of time) | | | • FRE - 401 -Abraxis's testimony that its expert uses models in experiments to observe various effects makes the existence of a fact of consequence to the determination for the action more probable. | |

| Elan Designations | Abraxis's Objections | Ruling | Abraxis Counter Designation | Elan's Response | Ruling |
|---|---|---|---|---|---|
| | | | | • Probative value of Abraxis's expert use of models in experiments to observe various effects outweighs danger of unfair prejudice or by considerations of waste of time.<br><br>• As FRE 403 only applies to the exclusion of relevant evidence, Abraxis's objection based on irrelevance is inconsistent | |
| 281:12 - 282:13 | Irrelevant, FRE 403 (unfairly prejudicial, waste of time) | | | • FRE - 401 -Abraxis's testimony that its expert studies biospecific antibodies in mice makes the existence of a fact of consequence to the determination for the action more probable.<br><br>• Probative value of Abraxis's expert use of mice to study biospecific antibodies | |

| Elan Designations | Abraxis's Objections | Ruling | Abraxis Counter Designation | Elan's Response | Ruling |
|---|---|---|---|---|---|
| | | | | outweighs danger of unfair prejudice or by considerations of waste of time. <br><br> • As FRE 403 only applies to the exclusion of relevant evidence, Abraxis's objection based on irrelevance is inconsistent | |
| 282:15 - 282:18 | Irrelevant, FRE 403 (unfairly prejudicial, waste of time) | | | • FRE - 401 -Abraxis's testimony that its expert studies biospecific antibodies in mice and targets humans in his patents makes the existence of a fact of consequence to the determination for the action more probable. <br><br> • Probative value of Abraxis's expert use of mice to study biospecific antibodies and targets humans in his patents outweighs danger of unfair prejudice or by considerations of waste of time. | |

| Elan Designations | Abraxis's Objections | Ruling | Abraxis Counter Designation | Elan's Response | Ruling |
|---|---|---|---|---|---|
| | | | | • As FRE 403 only applies to the exclusion of relevant evidence, Abraxis's objection based on irrelevance is inconsistent | |
| 293:1 - 293:9 | Irrelevant, FRE 403, no question. | | | • Abraxis's testimony that different active drugs such as chemotherapeutic agents compounded with different nanoparticulate are very different from each other makes the existence of a fact of consequence for the action less probable. <br><br> • Probative value of Abraxis testimony that different active agents such as chemotherapeutic agents are very different from each other outweighs danger of unfair prejudice or by considerations of waste of time. | |
| 318:19 - 319:11 | Irrelevant | | | • FRE 401 - Abraxis's testimony that some nanoparticulate formulations | |

| Elan Designations | Abraxis's Objections | Ruling | Abraxis Counter Designation | Elan's Response | Ruling |
|---|---|---|---|---|---|
| | | | | can be administered at ten milligrams per minute makes a fact of consequence for the action less probable. | |
| 319:13 - 319:22 | Irrelevant | | | • FRE 401 - Abraxis's testimony that it is feasible to administer a nanoparticulate drug at a rate of infusion of ten milligrams per minute makes a fact of consequence for the action less probable. | |
| 319:24 - 320:2 | Irrelevant | | | • FRE 401 - Abraxis's testimony that it is feasible to administer a nanoparticulate drug at a rate of infusion of ten milligrams per minute makes a fact of consequence for the action less probable. | |
| 320:4 - 320:14 | Irrelevant | | | • FRE 401 - Abraxis's testimony that it is feasible to administer a nanoparticulate drug at a rate of infusion of ten milligrams per minute makes a fact of consequence for the action less probable. | |
| 320:16 - | Irrelevant, | | | | |

| Elan Designations | Abraxis's Objections | Ruling | Abraxis Counter Designation | Elan's Response | Ruling |
|---|---|---|---|---|---|
| 320:8 | fragment of question and of answer. | | | | |
| 321:12 - 321:13 | Irrelevant | | | • FRE 401 - Abraxis's testimony that it is feasible to administer a nanoparticulate drug at a rate of infusion of ten milligrams per minute makes a fact of consequence for the action less probable. | |
| 322:21 - 323:2 | Irrelevant | | 322:7-20; 323:23-324:13, 393:23-394:1, 175:11-12, 175:14-176:7 | • FRE 401 - Abraxis's testimony that the '025 patent claims exactly what its experiment allowed makes a fact of consequence for the action less probable.<br><br>• Designated testimony does not need explanation or context.<br>• Abraxis's designated testimony does not further explain designated testimony.<br><br>• Proffered testimony found 70 pages after designated | |

| Elan Designations | Abraxis's Objections | Ruling | Abraxis Counter Designation | Elan's Response | Ruling |
|---|---|---|---|---|---|
| | | | | testimony does not further fairness or completeness (393:23-394:1)<br><br>• Proffered testimony found 148 pages before designated testimony does not further fairness or completeness. (175:11-12, 175:14-176:7) | |
| 323:14 - 323:17 | Irrelevant | | 322:7-20; 323:23-324:13, 393:23-394:1, 175:11-12, 175:14-176:7 | • FRE 401 - Abraxis's expert testimony regarding the claim language of the '025 patent is fairly specific makes a fact of consequence for the action less probable.<br><br>• Designated testimony does not need explanation or context.<br><br>• Abraxis's designated testimony does not further explain designated testimony. | |

| Elan Designations | Abraxis's Objections | Ruling | Abraxis Counter Designation | Elan's Response | Ruling |
|---|---|---|---|---|---|
| | | | | • Proffered testimony found 70 pages after designated testimony does not further fairness or completeness (393:23-394:1)  <br><br>• Proffered testimony found 148 pages before designated testimony does not further fairness or completeness. (175:11-12, 175:14-176:7) | |
| 323:20 - 323:22 | Irrelevant | | 322:7-20; 323:23-324:13, 393:23-394:1, 175:11-12, 175:14-176:7 | • FRE 401 - Abraxis's expert testimony regarding the claim language of the '025 patent is fairly specific makes a fact of consequence for the action less probable.  <br><br>• Designated testimony does not need explanation or context.  <br><br>• Abraxis's designated testimony does not further | |

| Elan Designations | Abraxis's Objections | Ruling | Abraxis Counter Designation | Elan's Response | Ruling |
|---|---|---|---|---|---|
| | | | | explain designated testimony.<br><br>• Proffered testimony found 70 pages after designated testimony does not further fairness or completeness (393:23-394:1)<br>• Proffered testimony found 148 pages before designated testimony does not further fairness or completeness. (175:11-12, 175:14-176:7) | |
| 327:14 - 327:18 | Irrelevant | | | • Elan was informed of Abraxis's abandonment of certain invalidity allegations relating to the '025 patent until April 7, 2008, after deposition designation by Elan. | |
| 327:23 - 328:3 | Irrelevant, no question designated for answer | | | • FRE 401 - Abraxis's expert testimony regarding his understanding of '025 patent claims makes a fact of consequence for the action less probable | |

| Elan Designations | Abraxis's Objections | Ruling | Abraxis Counter Designation | Elan's Response | Ruling |
|---|---|---|---|---|---|
| 328:9 - 328:12 | Irrelevant, calls for legal conclusion on claim construction | | | • FRE 401 - Abraxis's expert testimony regarding his understanding of '025 patent claims makes a fact of consequence for the action less probable.<br>• FRE 702 - Expert Testimony. | |
| 328:14 - 328:14 | Irrelevant, calls for legal conclusion on claim construction | | | • FRE 401 - Abraxis's expert testimony regarding his understanding of '025 patent claims makes a fact of consequence for the action less probable<br><br>• FRE 702 - Expert Testimony | |
| 328:16 - 329:4 | Irrelevant | | 329:23-25, 330:2-17 | • FRE 401 - Abraxis's expert testimony that a person is able to administer at five milligram per minutes or twenty milligram per minute when told to do so makes a fact of consequence for the | |

| Elan Designations | Abraxis's Objections | Ruling | Abraxis Counter Designation | Elan's Response | Ruling |
|---|---|---|---|---|---|
| | | | | action less probable.<br><br>• Designated testimony does not need explanation or context.<br><br>• Abraxis's designated testimony does not further explain designated testimony. | |
| 333:15 - 334:22 | Irrelevant | | | • Elan was informed of Abraxis's abandonment of certain invalidity allegations relating to the '025 patent until April 7, 2008, after deposition designation by Elan. | |
| 376:22 - 377:3 | Irrelevant, vague and ambiguous, lacks foundation | | | • FRE 401 - Abraxis's expert testimony that crosslinked protein can be immunogenic makes a fact of consequence for the action more probable.<br><br>• FRE 702 - Proper expert testimony. | |

| Elan Designations | Abraxis's Objections | Ruling | Abraxis Counter Designation | Elan's Response | Ruling |
|---|---|---|---|---|---|
| | | | | | |
| 377:6 - 377:11 | Irrelevant, vague and ambiguous, lacks foundation | | | • FRE 401 - Abraxis's expert testimony that crosslinked protein can be immunogenic makes a fact of consequence for the action more or less probable.<br><br>• Abraxis's expert testimony that injectable drugs containing aggregated or crosslinked proteins is a concern for the FDA makes a fact of consequence for the action more or less probable.<br><br>• Prior designated testimony provides clarity and context to designated portion.<br><br>• FRE 702 - Proper expert testimony | |
| 377:13 - 377:17 | Irrelevant, vague and ambiguous, lacks foundation | | | • FRE 401 - Abraxis's expert testimony that injectable drugs containing aggregated or crosslinked proteins is a | |

| Elan Designations | Abraxis's Objections | Ruling | Abraxis Counter Designation | Elan's Response | Ruling |
|---|---|---|---|---|---|
| | | | | concern for the FDA makes a fact of consequence for the action more or less probable.<br>• Prior designated testimony provides clarity and context to designated portion<br><br>• FRE 702 - Proper expert testimony | |
| 377:19 - 377:21 | Irrelevant, vague and ambiguous, lacks foundation | | | • FRE 401 - Abraxis's expert testimony that injectable drugs containing aggregated or crosslinked proteins is a concern for the FDA makes a fact of consequence for the action more or less probable.<br><br>• Prior designated testimony provides clarity and context to designated portion<br><br>• FRE 702 - Proper expert testimony | |
| 377:24 - 378:7 | Irrelevant, vague and ambiguous, lacks foundation | | | • FRE 401 - Abraxis's expert testimony that injectable drugs containing aggregated or crosslinked proteins is a | |

| Elan Designations | Abraxis's Objections | Ruling | Abraxis Counter Designation | Elan's Response | Ruling |
|---|---|---|---|---|---|
| | | | | concern for the FDA makes a fact of consequence for the action more or less probable.<br><br>• Prior designated testimony provides clarity and context to designated portion<br>• FRE 702 - Proper expert testimony. | |
| 378:11 - 378:20 | Irrelevant | | | • FRE 401 Abraxis's expert testimony that examples of '025 patent represent a reasonable first experiment makes a fact of consequence for the action more or less probable. | |
| 378:22 - 379:7 | Irrelevant | | | • FRE 401 Abraxis's expert testimony that examples of '025 patent represent a reasonable first experiment makes a fact of consequence for the action more or less probable. | |
| 379:9 - 379:11 | | | 380:13-15, 17-19; 380:21-23, 380:25-381:8, 268:15-17, | • Designated testimony does not need explanation or | |

| Elan Designations | Abraxis's Objections | Ruling | Abraxis Counter Designation | Elan's Response | Ruling |
|---|---|---|---|---|---|
| | | | 268:19-270:5 | context.<br><br>• Abraxis's designated testimony does not further explain designated testimony.<br><br>• Proffered testimony found 111 pages before designated testimony does not further fairness or completeness (268:15-17, 268:19 - 270:5)<br><br>• FRE 802 Hearsay within Hearsay<br><br>• FRE 602 lack of personal knowledge | |
| 379:13 - 379:18 | | | 380:13-15, 17-19; 380:21-23, 380:25-381:8, 268:15-17, 268:19-270:5 | • Designated testimony does not need explanation or context.<br><br>• Abraxis's designated testimony does not further explain designated testimony.<br><br>• Proffered testimony found | |

| Elan Designations | Abraxis's Objections | Ruling | Abraxis Counter Designation | Elan's Response | Ruling |
|---|---|---|---|---|---|
| | | | | 111 pages before designated testimony does not further fairness or completeness (268:15-17, 268:19 - 270:5)<br><br>• FRE 802 Hearsay within Hearsay<br><br>• FRE 602 lack of personal knowledge | |
| 379:21 - 379:22 | | | 380:13-15, 17-19; 380:21-23, 380:25-381:8, 268:15-17, 268:19-270:5 | • Designated testimony does not need explanation or context.<br><br>• Abraxis's designated testimony does not further explain designated testimony.<br><br>• Proffered testimony found 111 pages before designated testimony does not further fairness or completeness (268:15-17, 268:19 - 270:5)<br><br>• FRE 802 Hearsay within | |

| Elan Designations | Abraxis's Objections | Ruling | Abraxis Counter Designation | Elan's Response | Ruling |
|---|---|---|---|---|---|
| | | | | Hearsay <br><br> • FRE 602 lack of personal knowledge | |
| 379:25 - 380:1 | | | 380:13-15, 17-19; 380:21-23, 380:25-381:8, 268:15-17, 268:19-270:5 | • Designated testimony does not need explanation or context. <br><br> • Abraxis's designated testimony does not further explain designated testimony. <br><br> • Proffered testimony found 111 pages before designated testimony does not further fairness or completeness (268:15-17, 268:19 - 270:5) <br><br> • FRE 802 Hearsay within Hearsay <br><br> • FRE 602 lack of personal | |

| Elan Designations | Abraxis's Objections | Ruling | Abraxis Counter Designation | Elan's Response | Ruling |
|---|---|---|---|---|---|
| | | | | knowledge | |
| 380:3 - 380:15 | | | 380:13-15, 17-19; 380:21-23, 380:25-381:8, 268:15-17, 268:19-270:5 | • Designated testimony does not need explanation or context.<br><br>• Abraxis's designated testimony does not further explain designated testimony.<br><br>• Proffered testimony found 111 pages before designated testimony does not further fairness or completeness (268:15-17, 268:19 - 270:5)<br><br>• FRE 802 Hearsay within Hearsay<br><br>• FRE 602 lack of personal knowledge | |
| 380:17 - 380:19 | | | 380:13-15, 17-19; | • Designated testimony does | |

| Elan Designations | Abraxis's Objections | Ruling | Abraxis Counter Designation | Elan's Response | Ruling |
|---|---|---|---|---|---|
| | | | 380:21-23, 380:25-381:8, 268:15-17, 268:19-270:5 | not need explanation or context.<br><br>• Abraxis's designated testimony does not further explain designated testimony.<br><br>• Proffered testimony found 111 pages before designated testimony does not further fairness or completeness (268:15-17, 268:19 - 270:5)<br><br>• FRE 802 Hearsay within Hearsay<br><br>• FRE 602 lack of personal knowledge | |
| 380:21 - 380:23 | | | 380:13-15, 17-19; 380:21-23, 380:25-381:8, 268:15-17, 268:19-270:5 | • Designated testimony does not need explanation or context.<br><br>• Abraxis's designated | |

| Elan Designations | Abraxis's Objections | Ruling | Abraxis Counter Designation | Elan's Response | Ruling |
|---|---|---|---|---|---|
| | | | | testimony does not further explain designated testimony.<br><br>• Proffered testimony found 111 pages before designated testimony does not further fairness or completeness (268:15-17, 268:19 - 270:5)<br><br>• FRE 802 Hearsay within Hearsay<br><br>• FRE 602 lack of personal knowledge | |
| 380:25 - 380:1 | | | 380:13-15, 17-19; 380:21-23, 380:25-381:8, 268:15-17, 268:19-270:5 | • Designated testimony does not need explanation or context.<br><br>• Abraxis's designated testimony does not further explain designated testimony. | |

| Elan Designations | Abraxis's Objections | Ruling | Abraxis Counter Designation | Elan's Response | Ruling |
|---|---|---|---|---|---|
| | | | | • Proffered testimony found 111 pages before designated testimony does not further fairness or completeness (268:15-17, 268:19 - 270:5)<br><br>• FRE 802 Hearsay within Hearsay<br><br>• FRE 602 lack of personal knowledge | |
| 381:3 - 381:8 | | | 380:13-15, 17-19; 380:21-23, 380:25-381:8, 268:15-17, 268:19-270:5 | • Designated testimony does not need explanation or context.<br><br>• Abraxis's designated testimony does not further explain designated testimony.<br><br>• Proffered testimony found 111 pages before designated testimony does not further | |

| Elan Designations | Abraxis's Objections | Ruling | Abraxis Counter Designation | Elan's Response | Ruling |
|---|---|---|---|---|---|
| | | | | fairness or completeness (268:15-17, 268:19 - 270:5)<br><br>• FRE 802 Hearsay within Hearsay<br><br>• FRE 602 lack of personal knowledge | |
| 392:24 - 393:22 | Irrelevant | | | • Abraxis's expert testimony that studies described in '025 patent disclose several controls and several different rates makes a fact of consequence for the action more or less probable. | |
| 395:8 - 395:16 | | | 399:25-400:2, 400:6-15 | • Designated testimony does not need explanation or context.<br><br>• Abraxis's designated testimony does not further explain designated testimony.<br><br>• FRE 802 Hearsay within | |

| Elan Designations | Abraxis's Objections | Ruling | Abraxis Counter Designation | Elan's Response | Ruling |
|---|---|---|---|---|---|
| | | | | Hearsay<br><br>• FRE 602 lack of personal knowledge | |
| 396:10 - 396:12 | Irrelevant, vague and ambiguous, lack of foundation | | | • Elan was informed of Abraxis's abandonment of certain invalidity allegations relating to the '025 patent until April 7, 2008, after deposition designation by Elan.<br><br>• Question is susceptible to at least two interpretations or unintelligible.<br><br>• FRE 702 Proper expert opinion. | |
| 396:15 - 396:18 | Irrelevant, calls for a legal conclusion | | | • Elan was informed of Abraxis's abandonment of certain invalidity allegations relating to the '025 patent | |

| Elan Designations | Abraxis's Objections | Ruling | Abraxis Counter Designation | Elan's Response | Ruling |
|---|---|---|---|---|---|
| | | | | until April 7, 2008, after deposition designation by Elan.<br><br>• Question is susceptible to at least two interpretations or unintelligible.<br><br>• FRE 702 Proper expert testimony that the claim term is definite to one of ordinary skill in the art. | |
| 396:20 - 396:22 | Irrelevant, calls for a legal conclusion | | | • Elan was informed of Abraxis's abandonment of certain invalidity allegations relating to the '025 patent until April 7, 2008, after deposition designation by Elan.<br><br>• Question is susceptible to at least two interpretations or unintelligible.<br><br>• FRE 702 Proper expert testimony. | |

| Elan Designations | Abraxis's Objections | Ruling | Abraxis Counter Designation | Elan's Response | Ruling |
|---|---|---|---|---|---|
| 396:24 - 396:24 | Irrelevant | | | • Elan was informed of Abraxis's abandonment of certain invalidity allegations relating to the '025 patent until April 7, 2008, after deposition designation by Elan.<br><br>• Question is susceptible to at least two interpretations or unintelligible.<br><br>• FRE 702 Proper expert testimony that the claim term is definite to one of ordinary skill in the art | |
| 397:1 - 397:3 | Irrelevant | | | • Elan was informed of Abraxis's abandonment of certain invalidity allegations relating to the '025 patent until April 7, 2008, after deposition designation by Elan.<br><br>• Question is susceptible to at least two interpretations or unintelligible. | |

| Elan Designations | Abraxis's Objections | Ruling | Abraxis Counter Designation | Elan's Response | Ruling |
|---|---|---|---|---|---|
| | | | | • FRE 702 Proper expert testimony that the claim term is definite to one of ordinary skill in the art | |

**EXHIBIT 8-J**

**TO PRETRIAL ORDER**

Plaintiff's Designation of Deposition Testimony

Witness:   Edmund A.C. Crouch

**Deposition Designations:  Edmund A.C. Crouch**

| BEGIN (page:line) | END (page:line) |
|---|---|
| 81:13 | 82:1 |
| 82:3 | 82:8 |
| 82:10 | 82:18 |
| 82:20 | 83:3 |
| 83:5 | 83:9 |
| 83:11 | 83:19 |
| 83:21 | 83:25 |
| 84:2 | 84:5 |
| 84:7 | 84:12 |
| 84:14 | 84:14 |
| 86:8 | 86:10 |
| 86:12 | 86:17 |
| 86:19 | 86:22 |
| 86:24 | 87:4 |
| 87:6 | 87:13 |
| 87:15 | 87:16 |
| 95:16 | 97:13 |

**General Abraxis Objection:**

Abraxis objects to Elan's designations of the deposition transcript of Edmund Crouch, as they were served on April 3, 2008, nearly one month after the Court-ordered deadline for Elan to provide its deposition designations.

**General Elan Response**

Abraxis filed a declaratory judgment action and is the sole plaintiff of its counterclaims that US Patent Nos. 5,399,363 and 5,834,025 are invalid and/or unenforceable. Abraxis's case-in-chief was first served on Elan, two weeks after the Court-ordered deadline. Indeed, Elan was not informed of Abraxis's abandonment of certain invalidity allegations until after April 7, 2008, after Elan's initial deposition designations were made. The additional deposition designations are Elan's response to Abraxis's case in chief and are therefore timely. Moreover, Abraxis suffered no prejudice in Elan's service of additional deposition designations as the parties stipulated that Abraxis would have an additional time (to April 14, 2008) to respond to such deposition designations.

| Elan Designations | Abraxis's Objections | Ruling | Abraxis Counter Objections | Elan's Response | Ruling |
|---|---|---|---|---|---|
| 81:13 - 82:1 | Irrelevant, waste of time | | 87:17-20, 87:24-88:2, 88:4-23 | • FRE 401 Proffered testimony about reliance on animal models has a tendency to make the existence of a fact that is of consequence to the determination for the action more probable.<br><br>• Probative value of reliance on animal models for toxicity outweighs consideration of undue delay or waste of time.<br><br>• Designated testimony does not need explanation or context.<br><br>• Proffered testimony | |

| Elan Designations | Abraxis's Objections | Ruling | Abraxis Counter Objections | Elan's Response | Ruling |
|---|---|---|---|---|---|
| | | | | found 6 pages after designated testimony does not further fairness o completeness.<br><br>• FRE 403 - Confusion - Counter-designation 87:17-20 is a question asked by counsel without deponent's response.<br><br>• FRE 611 - Vague - Counter-designation 87:17-20 is a question asked by counsel without deponent's response<br><br>• FRE 402 - Relevance- Counter-designation 87:17-20 is a question asked by counsel without deponent's response | |

| Elan Designations | Abraxis's Objections | Ruling | Abraxis Counter Objections | Elan's Response | Ruling |
|---|---|---|---|---|---|
| | | | | • FRE 403 - Needless presentation of cumulative evidence. | |
| 82:3 - 82:8 | Irrelevant, waste of time | | 87:17-20, 87:24-88:2, 88:4-23 | • FRE 401 Proffered testimony about reliance on animal models has a tendency to make the existence of a fact that is of consequence to the determination for the action more probable.<br><br>• Probative value of reliance on animal models for toxicity outweighs consideration of undue delay or waste of time<br><br>• Designated testimony does not need explanation or context.<br><br>• Proffered testimony found 6 pages after | |

| Elan Designations | Abraxis's Objections | Ruling | Abraxis Counter Objections | Elan's Response | Ruling |
|---|---|---|---|---|---|
| | | | | designated testimony does not further fairness o completeness.<br><br>• FRE 403 - Confusion - Counter-designation 87:17-20 is a question asked by counsel without deponent's response.<br><br>• FRE 611 - Vague - Counter-designation 87:17-20 is a question asked by counsel without deponent's response<br><br>• FRE 402 - Relevance- Counter-designation 87:17-20 is a question asked by counsel without deponent's response<br><br>• FRE 403 - Needless | |

| Elan Designations | Abraxis's Objections | Ruling | Abraxis Counter Objections | Elan's Response | Ruling |
|---|---|---|---|---|---|
| | | | | presentation of cumulative evidence. | |
| 82:10 - 82:18 | Irrelevant, waste of time | | 87:17-20, 87:24-88:2, 88:4-23 | • FRE 401 Proffered testimony about reliance on animal models has a tendency to make the existence of a fact that is of consequence to the determination for the action more probable. <br><br> • Probative value of reliance on animal models for toxicity outweighs consideration of undue delay or waste of time <br><br> • Designated testimony does not need explanation or context. <br><br> • Proffered testimony found 6 pages after designated testimony | |

| Elan Designations | Abraxis's Objections | Ruling | Abraxis Counter Objections | Elan's Response | Ruling |
|---|---|---|---|---|---|
| | | | | does not further fairness o completeness.<br><br>• FRE 403 - Confusion - Counter-designation 87:17-20 is a question asked by counsel without deponent's response.<br><br>• FRE 611 - Vague - Counter-designation 87:17-20 is a question asked by counsel without deponent's response<br><br>• FRE 402 - Relevance- Counter-designation 87:17-20 is a question asked by counsel without deponent's response<br><br>• FRE 403 - Needless presentation of | |

| Elan Designations | Abraxis's Objections | Ruling | Abraxis Counter Objections | Elan's Response | Ruling |
|---|---|---|---|---|---|
| | | | | cumulative evidence. | |
| 82:20 - 83:3 | Irrelevant, waste of time | | 87:17-20, 87:24-88:2, 88:4-23 | • FRE 401 Proffered testimony about reliance on animal models has a tendency to make the existence of a fact that is of consequence to the determination for the action more probable.<br><br>• Probative value of reliance on animal models for toxicity outweighs consideration of undue delay or waste of time<br><br>• Designated testimony does not need explanation or context.<br><br>• Proffered testimony found 6 pages after designated testimony does not further | |

| Elan Designations | Abraxis's Objections | Ruling | Abraxis Counter Objections | Elan's Response | Ruling |
|---|---|---|---|---|---|
| | | | | fairness    o completeness.<br><br>• FRE 403 - Confusion - Counter-designation 87:17-20 is a question asked by counsel without deponent's response.<br><br>• FRE 611 - Vague - Counter-designation 87:17-20 is a question asked by counsel without deponent's response<br><br>• FRE 402 - Relevance- Counter-designation 87:17-20 is a question asked by counsel without deponent's response<br><br>• FRE 403 - Needless presentation of | |

| Elan Designations | Abraxis's Objections | Ruling | Abraxis Counter Objections | Elan's Response | Ruling |
|---|---|---|---|---|---|
| | | | | cumulative evidence. | |
| 83:5 - 83:9 | Irrelevant, waste of time | | 87:17-20, 87:24-88:2, 88:4-23 | • FRE 401 Proffered testimony about reliance on animal models has a tendency to make the existence of a fact that is of consequence to the determination for the action more probable.<br><br>• Probative value of reliance on animal models for toxicity outweighs consideration of undue delay or waste of time<br><br>• Designated testimony does not need explanation or context.<br><br>• Proffered testimony found 4 pages after designated testimony does not further | |

| Elan Designations | Abraxis's Objections | Ruling | Abraxis Counter Objections | Elan's Response | Ruling |
|---|---|---|---|---|---|
| | | | | fairness      o completeness. <br><br> • FRE 403 - Confusion - Counter-designation 87:17-20 is a question asked by counsel without deponent's response. <br><br> • FRE 611 - Vague - Counter-designation 87:17-20 is a question asked by counsel without deponent's response <br><br> • FRE 402 - Relevance- Counter-designation 87:17-20 is a question asked by counsel without deponent's response <br><br> • FRE 403 - Needless presentation of | |

| Elan Designations | Abraxis's Objections | Ruling | Abraxis Counter Objections | Elan's Response | Ruling |
|---|---|---|---|---|---|
| | | | | cumulative evidence. | |
| 83:11 - 83:19 | Irrelevant, waste of time | | 87:17-20, 87:24-88:2, 88:4-23 | • FRE 401 Proffered testimony about reliance on animal models has a tendency to make the existence of a fact that is of consequence to the determination for the action more probable.<br><br>• Probative value of reliance on animal models for toxicity outweighs consideration of undue delay or waste of time<br><br>• Designated testimony does not need explanation or context.<br><br>• Proffered testimony found 4 pages after designated testimony does not further | |

| Elan Designations | Abraxis's Objections | Ruling | Abraxis Counter Objections | Elan's Response | Ruling |
|---|---|---|---|---|---|
| | | | | fairness       o completeness.<br><br>• FRE 403 - Confusion - Counter-designation 87:17-20 is a question asked by counsel without deponent's response.<br><br>• FRE 611 - Vague - Counter-designation 87:17-20 is a question asked by counsel without deponent's response<br><br>• FRE 402 - Relevance- Counter-designation 87:17-20 is a question asked by counsel without deponent's response<br><br>• FRE 403 - Needless presentation of | |

| Elan Designations | Abraxis's Objections | Ruling | Abraxis Counter Objections | Elan's Response | Ruling |
|---|---|---|---|---|---|
| | | | | cumulative evidence. | |
| 83:21 - 83:25 | Irrelevant, waste of time | | 87:17-20, 87:24-88:2, 88:4-23 | • FRE 401 Proffered testimony about reliance on animal models has a tendency to make the existence of a fact that is of consequence to the determination for the action more probable.<br><br>• Probative value of reliance on animal models for toxicity outweighs consideration of undue delay or waste of time<br><br>• Designated testimony does not need explanation or context.<br><br>• Proffered testimony found 6 pages after designated testimony does not further | |

| Elan Designations | Abraxis's Objections | Ruling | Abraxis Counter Objections | Elan's Response | Ruling |
|---|---|---|---|---|---|
| | | | | fairness      o completeness.<br><br>• FRE 403 - Confusion - Counter-designation 87:17-20 is a question asked by counsel without deponent's response.<br><br>• FRE 611 - Vague - Counter-designation 87:17-20 is a question asked by counsel without deponent's response<br><br>• FRE 402 - Relevance- Counter-designation 87:17-20 is a question asked by counsel without deponent's response<br><br>• FRE 403 - Needless presentation of | |

| Elan Designations | Abraxis's Objections | Ruling | Abraxis Counter Objections | Elan's Response | Ruling |
|---|---|---|---|---|---|
| | | | | cumulative evidence. | |
| 84:2 - 84:5 | Irrelevant, waste of time | | 87:17-20, 87:24-88:2, 88:4-23 | • FRE 401 Proffered testimony about reliance on animal models has a tendency to make the existence of a fact that is of consequence to the determination for the action more probable.<br><br>• Probative value of reliance on animal models for toxicity outweighs consideration of undue delay or waste of time<br><br>• Designated testimony does not need explanation or context.<br><br>• Proffered testimony found 6 pages after designated testimony does not further | |

| Elan Designations | Abraxis's Objections | Ruling | Abraxis Counter Objections | Elan's Response | Ruling |
|---|---|---|---|---|---|
| | | | | fairness       o completeness.<br><br>• FRE 403 - Confusion - Counter-designation 87:17-20 is a question asked by counsel without deponent's response.<br><br>• FRE 611 - Vague - Counter-designation 87:17-20 is a question asked by counsel without deponent's response<br><br>• FRE 402 - Relevance- Counter-designation 87:17-20 is a question asked by counsel without deponent's response<br><br>• FRE 403 - Needless presentation of | |

| Elan Designations | Abraxis's Objections | Ruling | Abraxis Counter Objections | Elan's Response | Ruling |
|---|---|---|---|---|---|
| | | | | cumulative evidence. | |
| 84:7 - 84:12 | Irrelevant, waste of time | | 87:17-20, 87:24-88:2, 88:4-23 | • FRE 401 Proffered testimony about reliance on animal models has a tendency to make the existence of a fact that is of consequence to the determination for the action more probable.<br><br>• Probative value of reliance on animal models for toxicity outweighs consideration of undue delay or waste of time<br><br>• Designated testimony does not need explanation or context.<br><br>• Proffered testimony found 6 pages after designated testimony does not further | |

| Elan Designations | Abraxis's Objections | Ruling | Abraxis Counter Objections | Elan's Response | Ruling |
|---|---|---|---|---|---|
| | | | | fairness        o completeness.<br><br>• FRE 403 - Confusion - Counter-designation 87:17-20 is a question asked by counsel without deponent's response.<br><br>• FRE 611 - Vague - Counter-designation 87:17-20 is a question asked by counsel without deponent's response<br><br>• FRE 402 - Relevance- Counter-designation 87:17-20 is a question asked by counsel without deponent's response<br><br>• FRE 403 - Needless presentation of | |

| Elan Designations | Abraxis's Objections | Ruling | Abraxis Counter Objections | Elan's Response | Ruling |
|---|---|---|---|---|---|
| | | | | cumulative evidence. | |
| 84:14 - 84:14 | Irrelevant, waste of time | | 87:17-20, 87:24-88:2, 88:4-23 | • FRE 401 Proffered testimony about reliance on animal models has a tendency to make the existence of a fact that is of consequence to the determination for the action more probable.<br><br>• Probative value of reliance on animal models for toxicity outweighs consideration of undue delay or waste of time<br><br>• Designated testimony does not need explanation or context.<br><br>• Proffered testimony found 6 pages after designated testimony does not further | |

| Elan Designations | Abraxis's Objections | Ruling | Abraxis Counter Objections | Elan's Response | Ruling |
|---|---|---|---|---|---|
| | | | | fairness o completeness.<br><br>• FRE 403 - Confusion - Counter-designation 87:17-20 is a question asked by counsel without deponent's response.<br><br>• FRE 611 - Vague - Counter-designation 87:17-20 is a question asked by counsel without deponent's response<br><br>• FRE 402 - Relevance- Counter-designation 87:17-20 is a question asked by counsel without deponent's response<br><br>• FRE 403 - Needless presentation of | |

| Elan Designations | Abraxis's Objections | Ruling | Abraxis Counter Objections | Elan's Response | Ruling |
|---|---|---|---|---|---|
| | | | | cumulative evidence. | |
| 86:8 - 86:10 | Irrelevant, waste of time, vague | | 87:17-20, 87:24-88:2, 88:4-23 | • FRE 401 Proffered testimony about reliance on animal models has a tendency to make the existence of a fact that is of consequence to the determination for the action more probable.<br><br>• Probative value of reliance on animal models for toxicity outweighs consideration of undue delay or waste of time<br><br>• Prior designated testimony provides clarity and context to designated portion.<br><br>• Designated testimony does not need | |

| Elan Designations | Abraxis's Objections | Ruling | Abraxis Counter Objections | Elan's Response | Ruling |
|---|---|---|---|---|---|
| | | | | explanation or context.<br><br>• Proffered testimony found 6 pages after designated testimony does not further fairness o completeness.<br><br>• FRE 403 - Confusion - Counter-designation 87:17-20 is a question asked by counsel without deponent's response.<br><br>• FRE 611 - Vague - Counter-designation 87:17-20 is a question asked by counsel without deponent's response<br><br>• FRE 402 - Relevance- Counter-designation 87:17-20 is a question asked by counsel | |

| Elan Designations | Abraxis's Objections | Ruling | Abraxis Counter Objections | Elan's Response | Ruling |
|---|---|---|---|---|---|
| | | | | without deponent's response<br><br>• FRE 403 - Needless presentation of cumulative evidence. | |
| 86:12 - 86:17 | Irrelevant, waste of time, vague | | 87:17-20, 87:24-88:2, 88:4-23 | • FRE 401 Proffered testimony about reliance on animal models has a tendency to make the existence of a fact that is of consequence to the determination for the action more probable.<br><br>• Probative value of reliance on animal models for toxicity outweighs consideration of undue delay or waste of time<br><br>• Prior designated testimony provides clarity and context to | |

| Elan Designations | Abraxis's Objections | Ruling | Abraxis Counter Objections | Elan's Response | Ruling |
|---|---|---|---|---|---|
| | | | | designated portion<br><br>• Designated testimony does not need explanation or context.<br><br>• Proffered testimony found 6 pages after designated testimony does not further fairness o completeness.<br><br>• FRE 403 - Confusion - Counter-designation 87:17-20 is a question asked by counsel without deponent's response.<br><br>• FRE 611 - Vague - Counter-designation 87:17-20 is a question asked by counsel without deponent's response | |

| Elan Designations | Abraxis's Objections | Ruling | Abraxis Counter Objections | Elan's Response | Ruling |
|---|---|---|---|---|---|
| | | | | <ul><li>FRE 402 - Relevance-Counter-designation 87:17-20 is a question asked by counsel without deponent's response</li><li>FRE 403 - Needless presentation of cumulative evidence.</li></ul> | |
| 86:19 - 86:22 | Irrelevant, waste of time, vague | | 87:17-20, 87:24-88:2, 88:4-23 | <ul><li>FRE 401 Proffered testimony about reliance on animal models has a tendency to make the existence of a fact that is of consequence to the determination for the action more probable.</li><li>Probative value of reliance on animal models for toxicity outweighs consideration of undue</li></ul> | |

| Elan Designations | Abraxis's Objections | Ruling | Abraxis Counter Objections | Elan's Response | Ruling |
|---|---|---|---|---|---|
| | | | | delay or waste of time<br><br>• Prior designated testimony provides clarity and context to designated portion<br><br>• Designated testimony does not need explanation or context.<br><br>• Proffered testimony found 6 pages after designated testimony does not further fairness o completeness.<br><br>• FRE 403 - Confusion - Counter-designation 87:17-20 is a question asked by counsel without deponent's response.<br><br>• FRE 611 - Vague - Counter-designation | |

| Elan Designations | Abraxis's Objections | Ruling | Abraxis Counter Objections | Elan's Response | Ruling |
|---|---|---|---|---|---|
| | | | | 87:17-20 is a question asked by counsel without deponent's response<br><br>• FRE 402 - Relevance- Counter-designation 87:17-20 is a question asked by counsel without deponent's response<br><br>• FRE 403 - Needless presentation of cumulative evidence. | |
| 86:24 - 87:4 | Irrelevant, waste of time, vague | | 87:17-20, 87:24-88:2, 88:4-23 | • FRE 401 Proffered testimony about reliance on animal models has a tendency to make the existence of a fact that is of consequence to the determination for the action more probable.<br><br>• Probative value of | |

| Elan Designations | Abraxis's Objections | Ruling | Abraxis Counter Objections | Elan's Response | Ruling |
|---|---|---|---|---|---|
| | | | | reliance on animal models for toxicity outweighs consideration of undue delay or waste of time<br><br>• Prior designated testimony provides clarity and context to designated portion<br><br>• Designated testimony does not need explanation or context.<br><br>• Proffered testimony found 6 pages after designated testimony does not further fairness o completeness.<br><br>• FRE 403 - Confusion - Counter-designation 87:17-20 is a question asked by counsel without deponent's | |

| Elan Designations | Abraxis's Objections | Ruling | Abraxis Counter Objections | Elan's Response | Ruling |
|---|---|---|---|---|---|
| | | | | response. | |
| | | | | • FRE 611 - Vague - Counter-designation 87:17-20 is a question asked by counsel without deponent's response | |
| | | | | • FRE 402 - Relevance- Counter-designation 87:17-20 is a question asked by counsel without deponent's response | |
| | | | | • FRE 403 - Needless presentation of cumulative evidence. | |
| 87:6 - 87:13 | Irrelevant, waste of time, vague | | 87:17-20, 87:24-88:2, 88:4-23 | • FRE 401 Proffered testimony about reliance on animal models has a tendency to make the existence of a fact that is of consequence to the | |

| Elan Designations | Abraxis's Objections | Ruling | Abraxis Counter Objections | Elan's Response | Ruling |
|---|---|---|---|---|---|
| | | | | determination for the action more probable.<br><br>• Probative value of reliance on animal models for toxicity outweighs consideration of undue delay or waste of time<br><br>• Prior designated testimony provides clarity and context to designated portion<br><br>• Designated testimony does not need explanation or context.<br><br>• Proffered testimony found 6 pages after designated testimony does not further fairness o completeness.<br><br>• FRE 403 - Confusion - | |

| Elan Designations | Abraxis's Objections | Ruling | Abraxis Counter Objections | Elan's Response | Ruling |
|---|---|---|---|---|---|
| | | | | Counter-designation 87:17-20 is a question asked by counsel without deponent's response.<br><br>• FRE 611 - Vague - Counter-designation 87:17-20 is a question asked by counsel without deponent's response<br><br>• FRE 402 - Relevance- Counter-designation 87:17-20 is a question asked by counsel without deponent's response<br><br>• FRE 403 - Needless presentation of cumulative evidence. | |
| 87:15 - 87:16 | Irrelevant, waste of | | 87:17-20, 87:24-88:2, 88:4-23 | • FRE 401 Proffered testimony about reliance on animal | |

| Elan Designations | Abraxis's Objections | Ruling | Abraxis Counter Objections | Elan's Response | Ruling |
|---|---|---|---|---|---|
| | time, vague | | | models has a tendency to make the existence of a fact that is of consequence to the determination for the action more probable.<br><br>• Probative value of reliance on animal models for toxicity outweighs consideration of undue delay or waste of time<br><br>• Prior designated testimony provides clarity and context to designated portion<br><br>• Designated testimony does not need explanation or context.<br><br>• Proffered testimony found 6 pages after designated testimony does not further | |

| Elan Designations | Abraxis's Objections | Ruling | Abraxis Counter Objections | Elan's Response | Ruling |
|---|---|---|---|---|---|
| | | | | fairness        o completeness.<br><br>• FRE 403 - Confusion - Counter-designation 87:17-20 is a question asked by counsel without deponent's response.<br><br>• FRE 611 - Vague - Counter-designation 87:17-20 is a question asked by counsel without deponent's response<br><br>• FRE 402 - Relevance- Counter-designation 87:17-20 is a question asked by counsel without deponent's response<br><br>• FRE 403 - Needless presentation of | |

| Elan Designations | Abraxis's Objections | Ruling | Abraxis Counter Objections | Elan's Response | Ruling |
|---|---|---|---|---|---|
| | | | | cumulative evidence. | |
| 95:16 - 97:13 | Irrelevant, FRE 403, lack of foundation (97:5-13) | | 93:20-23, 93:25-95:4, 97:14-18, 97:20-22. | • FRE 401 Proffered testimony about known particle sizing methods and instruments has a tendency to make the existence of a fact that is of consequence to the determination for the action more probable.<br><br>• Probative value of particle sizing instruments and methodology outweighs consideration of undue delay or waste of time<br><br>• Prior designated testimony provides facts and context to designated portion as to 97:5 - 13 | |

| Elan Designations | Abraxis's Objections | Ruling | Abraxis Counter Objections | Elan's Response | Ruling |
|---|---|---|---|---|---|
| | | | | • Proffered testimony does not need explanation or context.<br><br>• Proffered testimony counter designated does not further fairness or completeness as it does not relate to particle size instruments or methodology of particle size instruments | |

**EXHIBIT 8-K**

**TO PRETRIAL ORDER**

Plaintiff's Designation of Deposition Testimony

Witness:    Mansoor M. Amiji

**Deposition Designations:  Mansoor M. Amiji**

| BEGIN (page:line) | END (page:line) |
|---|---|
| 356:19 | 357:2 |
| 358:23 | 359:5 |
| 360:13 | 360:20 |
| 399:20 | 400:6 |
| 426:4 | 427:4 |

**General Abraxis Objection:**

Abraxis objects to Elan's designations of the deposition transcript of Mansoor Amiji, Ph.D., as they were served on April 3, 2008, nearly one month after the Court-ordered deadline for Elan to provide its deposition designations.

**General Elan's Response:**

Abraxis is the sole plaintiff of its counterclaims that US Patent Nos. 5,399,363 and 5,834,025 are invalid and/or unenforceable. Abraxis's case-in-chief was served on Elan, two weeks after the Court-ordered deadline. Indeed, Elan was not informed of Abraxis's abandonment of certain invalidity allegations until after April 7, 2008, after Elan's initial deposition designations were made. The additional deposition designations are Elan's response to Abraxis's case in chief and are therefore timely. Moreover, Abraxis was not prejudiced by the timing of Elan's designations. The parties agreed that Abraxis would have additional time (to April 14, 2008) in which to counter Elan's designations, and that a replacement Exhibit 8 would thereafter be filed on April 21. *See* Addendum A to Pre-Trial Order

**DEPOSITION DESIGNATIONS, OBJECTIONS AND COUNTER-DESIGNATIONS, AND OBJECTIONS THERETO**
Mansoor Amiji

| Elan Designations | Abraxis's Objections | Ruling | Abraxis Counter-Designations | Elan's Response | Ruling |
|---|---|---|---|---|---|
| 356:19 - 357:2 | Irrelevant | | | • Elan was informed of Abraxis's abandonment of certain invalidity allegations based on alleged prior art until after March 7, 2008, after deposition designations were made by Elan. | |
| 358:23 - 359:5 | Irrelevant | | | • Elan was informed of Abraxis's abandonment of certain invalidity allegations based on alleged prior art until after March 7, 2008, after deposition designations were | |

| Elan Designations | Abraxis's Objections | Ruling | Abraxis Counter-Designations | Elan's Response | Ruling |
|---|---|---|---|---|---|
| | | | | made by Elan. | |
| 360:13 - 360:20 | Irrelevant | | | • Elan was informed of Abraxis's abandonment of certain invalidity allegations based on alleged prior art until after March 7, 2008, after deposition designations were made by Elan. | |
| 399:20 - 400:6 | | | 395:12-14; 395:17-19; 396:5-397:11; 397:14-21; 397:23-398:22; 398:25-399:17 | • Designated testimony does not need explanation or context.<br><br>• Proffered testimony does not further fairness or completeness | |
| 426:4 - 427:4 | Irrelevant | | | • Elan was informed of Abraxis's abandonment of certain invalidity | |

| Elan Designations | Abraxis's Objections | Ruling | Abraxis Counter-Designations | Elan's Response | Ruling |
|---|---|---|---|---|---|
|  |  |  |  | allegations based on alleged prior art until after March 7, 2008, after deposition designations were made by Elan. |  |

**EXHIBIT 8-L**

**TO PRETRIAL ORDER**

Plaintiff's Designation of Deposition Testimony

Witness:   Michael Hamrell

**Deposition Designations:     Michael Hamrell**

| BEGIN (page:line) | END (page:line) |
|---|---|
| 7:3 | 7:7 |
| 47:2 | 47:24 |
| 93:10 | 93:14 |
| 93:21 | 93:24 |
| 94:1 | 94:16 |

General Abraxis Objection:

Abraxis objects to Elan's designations of the deposition transcript of Michael Hamrell, as they were served on April 3, 2008, nearly one month after the Court-ordered deadline for Elan to provide its deposition designations.

General Elan Response

Abraxis filed a declaratory judgment action and is the sole plaintiff of its counterclaims that US Patent Nos. 5,399,363 and 5,834,025 are invalid and/or unenforceable. Abraxis's case-in-chief was first served on Elan, two weeks after the Court-ordered deadline. Indeed, Elan was not informed of Abraxis's abandonment of certain invalidity allegations until after April 7, 2008, after Elan's initial deposition designations were made. The additional deposition designations are Elan's response to Abraxis's case in chief and are therefore timely. Moreover, Abraxis suffered no prejudice in Elan's service of additional deposition designations as the parties stipulated that Abraxis would have an additional time (to April 14, 2008) to respond to such deposition designations.

**DEPOSITION DESIGNATIONS, OBJECTIONS, COUNTER-DESIGNATIONS, AND OBJECTIONS THERETO**
MICHAEL HAMRELL

| Elan Designations | Abraxis's Objections | Ruling | Abraxis Counter Designations | Elan's Response | Ruling |
|---|---|---|---|---|---|
| 7:3 - 7:7 | | | | | |
| 47:2 - 47:24 | Irrelevant | | | • FRE 104(a), (b) | |
| 93:10 - 93:14 | Irrelevant | | | • FRE 104(a), (b) | |
| 93:21 - 93:24 | Irrelevant | | | • FRE 104(a), (b) | |
| 94:1 - 94:16 | Irrelevant | | | • FRE 104(a), (b) | |

**EXHIBIT 8-M**

**TO PRETRIAL ORDER**

Plaintiff's Designation of Deposition Testimony

Witness:   William J. Davis

**Deposition Designations:     William J. Davis**

| BEGIN<br>(page:line) | END<br>(page:line) |
|---|---|
| 205:19 | 205:14 |

**General Abraxis Objection:**

Abraxis objects to Elan's designations of the deposition transcript of William J. Davis, as they were served on April 4, 2008, nearly one month after the Court-ordered deadline for Elan to provide its deposition designations. Abraxis further objects to Elan designating deposition testimony from Mr. Davis, its attorney, on the grounds that he is not unavailable to Elan and his testimony is therefore hearsay (FRE 802, 804(b)(1)).

**General Elan Response:**

Abraxis filed a declaratory judgment action and is the sole plaintiff of its counterclaims that US Patent Nos. 5,399,363 and 5,834,025 are invalid and/or unenforceable. Abraxis's case-in-chief was first served on Elan, two weeks after the Court-ordered deadline. Indeed, Elan was not informed of Abraxis's abandonment of certain invalidity allegations until after April 7, 2008, after Elan's initial deposition designations were made. The additional deposition designations are Elan's response to Abraxis's case in chief and are therefore timely. Moreover, Abraxis suffered no prejudice in Elan's service of additional deposition designations as the parties stipulated that Abraxis would have an additional time (to April 14, 2008) to respond to such deposition designations. See Addendum A to Pre-Trial Order.

Futhermore, Mr. Davis is not Elan's attorney. Neither is Mr. Davis a representative, agent, or employee of Elan. Accordingly, Elan has no control or custody of Mr. Davis. The designated testimony of Mr. Davis, i.e., that he had not intent to deceive the patent office is not hearsay, as it goes to the deponent's state of mind.

| Elan Designations | Abraxis's Objections | Ruling | Abraxis Counter-Designations | Elan's Response | Ruling |
|---|---|---|---|---|---|
| 205:19 - 20[6]:14* | Irrelevant, FRE 403, a question or an answer. | | | • FRE 401 - Witness testimony that he had no intent to deceive the patent office makes a fact of consequence for the action less probable.<br><br>• Witness testimony that he had no intent to deceive the patent office outweighs any danger of unfair prejudice, confusion of the issues, or misleading the jury, or considerations of undue delay, waste of time, or needless presentation of cumulative evidence. | |

**EXHIBIT 8-N**

**TO PRETRIAL ORDER**

Plaintiff's Designation of Deposition Testimony

Witness:   Kathryn Melody

# KATHERINE MELODY

# DEPOSITION DESIGNATIONS

| PAGE: LINE |
|:---:|
| 2:1-4 |
| 2:7-13 |
| 3:20-21 |
| 4:1 |
| 4:3-6 |
| 4:19-24 |
| 6:2-8 |
| 7:24 - 8:1 |
| 8:6-8 |

| |
|---|
| 8:9-11 |
| 8:15-18 |
| 8:22-23 |
| 9:1 |
| 12:22-24 |
| 13:1 |
| 13:4-12 |
| 13:16-18 |
| 13:24 - 14:17 |
| 16:18-19 |
| 17:4-9 |
| 18:13-17 |

| |
|---|
| 20:1-4 |
| 20:6-12 |
| 21:14-17 |
| 21:19-21 |
| 21:23 - 22:1 |
| 23:20-22 |
| 24:2-7 |
| 24:9-12 |
| 24:15-19 |
| 24:22 |
| 27:22 - 28:1 |
| 28:3-4 |

| |
|---|
| 28:6-8 |
| 28:10-19 |
| 29:21-24 |
| 30:2-4 |
| 30:6-7 |
| 30:9-11 |
| 30:13-21 |
| 31:4-7 |
| 31:10-13 |
| 31:15 - 32:6 |
| 35:14-21 |
| 35:23 - 36:1 |

| |
|---|
| 36:3-5 |
| 36:7 |
| 38:15-18 |
| 38:20 - 39:2 |
| 39:4-10 |
| 39:12 |
| 39:17 - 39:24 |
| 40:14-16 |
| 40:18-23 |
| 41:1-7 |
| 41:22 - 42:13 |
| 42:16-18 |

| |
|---|
| 42:20-23 |
| 43:1 |
| 44:6-8 |
| 44:10-12 |
| 44:14-16 |
| 44:18 |
| 45:6-9 |
| 45:11-14 |
| 45:16-19 |
| 45:21 |
| 45:23-24 |
| 46:2-8 |

| |
|---|
| 46:10-17 |
| 46:19-22 |
| 47:8-13 |
| 47:15-18 |
| 47:22-23 |
| 48:1-10 |
| 48:12-16 |
| 48:20-24 |
| 49:2 |
| 49:10-21 |
| 49:23 |
| 51:6-8 |

| |
|---|
| 51:10-20 |
| 52:16-20 |
| 52:22-24 |
| 53:2-7 |
| 53:9-18 |
| 53:22 - 54:3 |
| 54:5-7 |
| 54:9-11 |
| 56:12-13 |
| 56:15 |
| 56:17-18 |
| 56:20-24 |

| |
|---|
| 57:2-4 |
| 57:6 |
| 57:9-14 |
| 57:19-21 |
| 59:10-18 |
| 59:20-23 |
| 60:1 |
| 60:3-7 |
| 60:9-13 |
| 61:22-62:1 |
| 62:10-19 |
| 62:21-24 |

| |
|---|
| 63:2-4 |
| 63:6 |
| 67:12-17 |
| 67:19 - 68:8 |
| 68:10-13 |
| 68:15-19 |
| 68:21 - 69:1 |
| 69:4 |
| 69:10-16 |
| 69:18 |
| 69:23-24 |
| 70:2-5 |

| |
|---|
| 70:7-12 |
| 70:14-16 |
| 70:18-21 |
| 71:11-15 |
| 72:3 |
| 72:11-14 |
| 72:16-19 |
| 72:21 |
| 78:13-22 |
| 78:24 - 79:1 |
| 79:3-7 |
| 79:9-10 |

| |
|---|
| 79:12-15 |
| 79:17-19 |
| 83:9-11 |
| 84:8-12 |
| 84:16-20 |
| 88:13-5 |
| 88:17 |
| 91:1-2 |
| 91:4-5 |
| 91:7-11 |
| 91:14-16 |
| 91:21 - 92:2 |

| |
|---|
| 92:4-5 |
| 92:7-8 |
| 93:18-24 |
| 94:2-3 |
| 94:5-6 |
| 94:10-11 |
| 94:13 - 94:20 |
| 94:22 |
| 94:24-95:4 |
| 95:10-11 |
| 95:13 |
| 96:24 - 97:1 |

| |
|---|
| 97:5-7 |
| 99:8-11 |
| 104:1-5 |
| 104:7-12 |
| 104:14 |
| 110:1-8 |
| 110:10 |
| 111:3-5 |
| 111:7-8 |
| 111:11-14 |
| 111:16-21 |
| 116:6-18 |

| |
|---|
| 116:20 - 117:1 |
| 118:24 - 119:2 |
| 119:4-7 |
| 119:9-11 |
| 119:17-18 |

**ABRAXIS'S OBJECTION TO ELAN'S DESIGNATION OF MS. MELODY'S TESTIMONY**

Abraxis objects to the presentation of Ms. Melody by deposition at trial, as Ms. Melody is available to testify and within the subpoena power of the Court. Elan subpoenaed Ms. Melody to testify at trial on June 6, 2008; Ms. Melody will appear to testify at trial pursuant to Elan's subpoena.