IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ELAN PHARMA INTERNATIONAL LIMITED, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) C.A. No. 06-438-GMS ) |
| ABRAXIS BIOSCIENCE, INC., | ) ) |
| Defendant. | ) ) |

## ORDER

At Wilmington this 3rd day of June, 2008, upon consideration of defendant Abraxis Bioscience, Inc.'s Motion to Quash Subpoena Directed to Dr. Ulagaraj Selvaraj (D.I. 580) and all of the evidence and argument submitted therewith,

IT IS HEREBY ORDERED that the Motion to Quash is GRANTED.

United States District Judge