IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ELAN PHARMA INTERNATIONAL LTD, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) C.A. No. 06-438 GMS ) |
| ABRAXIS BIOSCIENCE, INC, | ) ) |
| Defendant. | ) ) ) |

**ORDER**

    IT IS HEREBY ORDERED that the United States Marshal for the District of Delaware be and hereby is directed to furnish lunch for eight jurors engaged in the above entitled case on June 12, 2008.

Dated: June 12, 2008        /s/ Gregory M. Sleet
                                     UNITED STATES DISTRICT CHIEF JUDGE