## VERDICT FORM

We, the jury, unanimously find as follows:

### QUESTION 1: INFRINGEMENT

**As to the '363 Patent ONLY:**

**Question No. 1(a): Literal Infringement Of '363 Patent**

Do you find that Elan has proven, by a preponderance of the evidence, that Abraxis has literally infringed any of the following claims of U.S. Patent No. 5,399,363?

Check YES (for Elan) or NO (for Abraxis) for each claim:

|  | YES (for Elan) | NO (for Abraxis) |
|---|---|---|
| Claim 3 | ✓ |  |
| Claim 5 | ✓ |  |

**PLEASE PROCEED TO QUESTION 2.**

## QUESTION 2: INVALIDITY

**As to the '363 Patent:**

**Question No. 2(a)(i): Invalidity Of '363 Patent For Lack of Enablement Under 35 U.S.C. Section 112**

Do you find that Abraxis has proven, by clear and convincing evidence, that any of the following claims of U.S. Patent No. 5,399,363 is invalid for lack of enablement?

Check YES (for Abraxis) or NO (for Elan) for each claim:

|  | YES (for Abraxis) | NO (for Elan) |
|---|---|---|
| Claim 1 |  | ✓ |
| Claim 3 |  | ✓ |
| Claim 5 |  | ✓ |
| Claim 10 |  | ✓ |
| Claim 11 |  | ✓ |

**Question No. 2(a)(ii): Invalidity Of '363 Patent For Lack Of Adequate Written Description Under 35 U.S.C. Section 112**

Do you find that Abraxis has proven, by clear and convincing evidence, that any of the following claims of U.S. Patent No. 5,399,363 is invalid for lack of adequate written description?

Check YES (for Abraxis) or NO (for Elan) for each claim:

|  | YES (for Abraxis) | NO (for Elan) |
|---|---|---|
| Claim 1 |  | ✓ |
| Claim 3 |  | ✓ |
| Claim 5 |  | ✓ |
| Claim 10 |  | ✓ |
| Claim 11 |  | ✓ |

**As to the '025 Patent:**

**Question No. 2(b)(i): Invalidity Of '025 Patent For Lack of Enablement Under 35 U.S.C. Section 112**

Do you find that Abraxis has proven, by clear and convincing evidence, that any of the following claims of U.S. Patent No. 5,834,025 is invalid for lack of enablement?

Check YES (for Abraxis) or NO (for Elan) for each claim:

|          | YES (for Abraxis) | NO (for Elan) |
|----------|-------------------|---------------|
| Claim 1  |                   | ✓             |
| Claim 2  |                   | ✓             |
| Claim 3  |                   | ✓             |
| Claim 13 |                   | ✓             |
| Claim 14 |                   | ✓             |
| Claim 15 |                   | ✓             |

**Question No. 2(b)(ii): Invalidity Of '025 Patent For Lack Of Adequate Written Description Under 35 U.S.C. Section 112**

Do you find that Abraxis has proven, by clear and convincing evidence, that any of the following claims of U.S. Patent No. 5,834,025 is invalid for lack of adequate written description?

Check YES (for Abraxis) or NO (for Elan) for each claim:

|          | YES (for Abraxis) | NO (for Elan) |
|----------|-------------------|---------------|
| Claim 1  |                   | ✓             |
| Claim 2  |                   | ✓             |
| Claim 3  |                   | ✓             |
| Claim 13 |                   | ✓             |
| Claim 14 |                   | ✓             |
| Claim 15 |                   | ✓             |

**PLEASE PROCEED TO QUESTION 3.**

## QUESTION 3: UNENFORCEABILITY

### As to the '363 Patent:

**Question No. 3(a): Inequitable Conduct Concerning '363 Patent**

Do you find that Abraxis has proven, by clear and convincing evidence, that U.S. Patent No. 5,399,363 is unenforceable due to inequitable conduct?

Check YES (for Abraxis) or NO (for Elan):

| YES (for Abraxis) | NO (for Elan) |
|---|---|
|  | ✓ |

### As to the '025 Patent:

**Question No. 3(b): Inequitable Conduct Concerning '025 Patent**

Do you find that Abraxis has proven, by clear and convincing evidence, that U.S. Patent No. 5,834,025 is unenforceable due to inequitable conduct?

Check YES (for Abraxis) or NO (for Elan):

| YES (for Abraxis) | NO (for Elan) |
|---|---|
|  | ✓ |

**ONLY ANSWER QUESTIONS 4 AND 5 IF YOU FIND THAT ABRAXIS HAS INFRINGED AT LEAST ONE VALID AND ENFORCEABLE CLAIM OF THE '363 PATENT. OTHERWISE, YOU ARE FINISHED, AND THE FOREPERSON SHOULD PLEASE SIGN THE SIGNATURE BLOCK BELOW.**

### QUESTION 4: WILLFULNESS

Has Elan proven, by clear and convincing evidence, that any infringement of claims 3 or 5 of U.S. Patent No. 5,399,363 by Abraxis was willful?

Answer YES (for Elan) or NO (for Abraxis):

| YES (for Elan) | NO (for Abraxis) |
| --- | --- |
|  | ✓ |

### QUESTION 5: MONETARY DAMAGES

If you find that Abraxis has infringed a valid and enforceable claim of U.S. Patent No. 5,399,363, then please identify the amount of monetary damages that will compensate Elan for Abraxis's infringement from January 7, 2005 through June 12, 2008.

$  55,230,000        13,

Please also identify the applicable reasonable royalty rate you used to calculate any damages above.

_____6_____ %

