IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ELAN PHARMA INTERNATIONAL LIMITED, § § § | |
| Plaintiff, § § | |
| v. § | Case No. 06-438-GMS |
| § ABRAXIS BIOSCIENCE, INC., § § | |
| Defendant. § | |

**DECLARATION OF JACQUELINE LOWE,
CUSTODIAN OF RECORDS FOR BAKER BOTTS LLP**

I, Jacqueline Lowe hereby declare as follows:

1. My name is Jacqueline Lowe. I am more than eighteen (18) years of age, of sound mind, have not been convicted of a crime of moral turpitude or a felony, am capable of making this affidavit, and have personal knowledge of the facts stated in it, which are true and correct.

2. I am the custodian of certain records of Baker Botts LLP and, in particular, I am custodian of records pertaining to the above-captioned litigation as set forth by Exhibit A attached to this Declaration.

3. These records were kept by Baker Botts LLP in the course of a regularly conducted business activity. It was the regular practice of that business activity for an employee or representative of the business with knowledge of the act, event, condition, opinion, or diagnosis recorded to make the record or to transmit information thereof to be included in such record. The records were made at or near the time of the act, event, condition, opinion or diagnosis recorded. The records are true and correct copies of the originals.

4. Pursuant to 28 U.S.C. § 1746, I affirm and declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

5.   FURTHER AFFIANT SAYETH NOT.

Executed this 1st day of June 2008 in Wilmington, Delaware.

*[signature: Jacqueline Lowe]*
Jacqueline Lowe

## EXHIBIT A

PX703

PX704

PX705

PX707

PX710

PX711

PX712

PX713

PX714

PX715

HOU01:1076339.1