IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ELAN PHARMA INTERNATIONAL LIMITED, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) )  Civil Action No. 06-438-GMS |
| ABRAXIS BIOSCIENCE, INC., | ) ) |
| Defendant. | ) ) |

**THE PARTIES' LIST OF WITNESSES CALLED AT TRIAL**

Plaintiff Elan Pharma International Limited identifies the following witnesses that were called to testify at trial in person or by deposition:

Gary G. Liversidge
Elan Drug Delivery, Inc.
3500 Horizon Drive
King of Prussia, PA  19406
(live)

Elaine Liversidge
Elan Drug Delivery, Inc.
3500 Horizon Drive
King of Prussia, PA  19406
(live)

Mark C. Manning, Ph.D.
1826 Monarch Circle
Loveland, CO  80538
(live)

Neil Desai, Ph.D.
Abraxis BioScience, Inc.
11755 Wilshire Blvd., 20th Floor
Los Angeles, CA  90025
(by video deposition)

Eric J. Munson, Ph.D.
1324 Lawrence Ave.
Lawrence, KS 66049
(live)

Samuel J. Danishefsky, Ph.D.
Memorial Sloan-Kettering Cancer Institute
1275 York Avenue
New York, NY 10065
(live)

David Robert Taft, Ph.D.
Division of Pharmaceutical Sciences
Long Island University
Brooklyn, NY 11201
(live)

John C. Jarosz
Analysis Group
1899 Pennsylvania Ave., N.W.
Suite 200
Washington, DC 20006
(live)

Ulagaraj Selvaraj, Ph.D.
Abraxis BioScience, inc.
11755 Wilshire Blvd., 20th Floor
Los Angeles, CA 90025
(by video deposition)

Leslie Louie
Abraxis BioScience, inc.
11755 Wilshire Blvd., 20th Floor
Los Angeles, CA 90025
(by video deposition)

Dr. Michael Hawkins
Abraxis BioScience, inc.
11755 Wilshire Blvd., 20th Floor
Los Angeles, CA 90025
(by video deposition)

Cory Berkland, Ph.D.
18329 Northwind Drive
Lawrence, KS 66044
(live)

2

Katherine F. Melody
Micron, Inc.
3815 Lancaster Pike
Wilmington, DE 19805
(live)

Herbert B. Lee
MedComm Solutions
1900 Powell Street, Sluite 880
Emeryville, CA 94608
(by deposition transcript)

Defendant Abraxis BioScience, Inc. identifies the following witnesses that were called to testify at trial in person or by deposition:

Jerry L. Atwood, Ph.D.
University of Missouri
601 South College Avenue
Room 125
Columbia, MO 65211
(live)

Neil Desai, Ph..D.
Abraxis BioScience, Inc.
11755 Wilshire Blvd., 20th Floor
Los Angeles, CA 90025
(live)

Mansoor M. Amiji, Ph.D.
Northeastern University
room 110 Mugar Life Sciences Buiding
360 Huntington Avenue
Boston, MA 02115
(live)

Pramod P. Sarpotdar, Ph.D.
3981 Gaffney Court
San Diego, CA 92130
(by video deposition)

Patrick Soon-Shiong, M.D.
Abraxis BioScience, Inc.
11755 Wilshire Blvd., 20th Floor
Los Angeles, CA 90025
(live)

Dated:   June 26, 2008

| **ASHBY & GEDDES** | **YOUNG CONAWAY STARGATT & TAYLOR, LLP** |
|---|---|

/s/ *John G. Day*                    /s/ *Karen E. Keller*

Steven J. Balick (No. 2114)      Josy W. Ingersoll (No. 1088)
John G. Day (No. 2403)            Elena C. Norman (No. 4780)
Lauren Maguire (No. 4261)       Karen E. Keller (No. 4489)
500 Delaware Avenue, 8th Floor   Michele Sherretta Budicak (No. 4651)
P.O. Box 1150                    Jeffrey T. Castellano (No. 4837)
Wilmington, DE 19899          The Brandywine Building, 17th Floor
Telephone : (302) 654-1888       1000 West Street
sbalick@ashby-geddes.com       Wilmington, DE 19801
jday@ashby-geddes.com          Telephone : (302) 571-6600
lmaguire@ashby-geddes.com    jingersoll@ycst.com
                                             enorman@ycst.com
Attorneys for Plaintiff            kkeller@ycst.com
ÉLAN PHARMACEUTICAL     mbudicak@ycst.com
INTERNATIONAL LIMITED    jcastellano@ycst.com

Attorneys for Defendant
ABRAXIS BIOSCIENCE, INC.

*Of Counsel*:                             *Of Counsel* :

Stephen Scheve                  Michael A. Jacobs
Linda Glover                      MORRISON & FOERSTER, LLP
BAKER BOTTS LLP           425 Market Street
One Shell Plaza                 San Francisco, CA 94105-2482
910 Louisiana Street            Telephone: (415) 268-7000
Houston, TX 77002            MJacobs@mofo.com
Steve.Scheve@bakerbotts.com

                                             Emily A. Evans
Paul F. Fehlner                  Eric S. Walters
BAKER BOTTS LLP           Erik J. Olson
30 Rockefeller Plaza            Paul F. Coyne
New York, NY 10112-4498   Diana B. Kruze
Paul.Fehlner@bakerbotts.com   MORRISON & FOERSTER, LLP
                                             755 Page Mill Road
                                             Palo Alto, CA 94304-1018
                                             EEvans@mofo.com

Anders T. Aannestad
MORRISON & FOERSTER, LLP
12531 High Bluff Drive
San Diego, CA  92130
aannestad@mofo.com