IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ELAN PHARMA INTERNATIONAL LIMITED, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) C. A. No. 06-438-GMS ) |
| ABRAXIS BIOSCIENCE, INC., | ) ) |
| Defendant. | ) |

**STIPULATION AND PROPOSED ORDER**
**REGARDING POST-TRIAL BRIEFING SCHEDULE**

WHEREAS, on June 13, 2008, the jury returned a verdict after trial in this action; and

WHEREAS, following the return of the jury's verdict, the Court directed the parties to file any post-trial motions within ten days after the judgment was entered under applicable rules, and thereafter to "set a briefing schedule for those motions" (Tr. at 1855); and

WHEREAS, on June 16, 2008 the Court entered judgment in this action;

WHEREAS, the parties each seek to file various post-trial motions;

IT IS HEREBY STIPULATED AND AGREED between the parties, subject to approval by the Court:

1. The schedule for briefing on the post-trial motions will be as follows:

| Event | Date of Filing |
|---|---|
| Abraxis' Post-Trial Motions, including (i) Renewed Motion for JMOL and in the alternative for a New Trial; and (ii) Motion to Amend the Judgment | June 30, 2008 |
| Opening Briefs on Abraxis' Post-Trial | July 14, 2008 |

1

2

| Event | Date of Filing |
|---|---|
| Motions, which will not exceed two briefs total | |
| Answering Briefs on Abraxis' Post-Trial Motions | August 4, 2008 |
| Reply Briefs on Abraxis' Post-Trial Motions | August 18, 2008 |

| Event | Date of Filing |
|---|---|
| Elan's Post-Trial Motions and Opening Brief | June 30, 2008 |
| Answering Brief to Elan's Post-Trial Motions | July 18, 2008 |
| Reply Brief to Elan's Post-Trial Motions | July 28, 2008 |

    2. The parties further agree that they will not argue that there has been a waiver of any rights to appeal from the verdict in this case by virtue of adherence to the briefing schedule set forth above.

3

| ASHBY & GEDDES | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
|---|---|
| */s/ John G. Day* | */s/ Karen E. Keller* |
| Steven J. Balick (No. 2114) | Josy W. Ingersoll (No. 1088) |
| John G. Day (No. 2403) | Elena C. Norman (No. 4780) |
| Lauren Maguire (No. 4261) | Karen E. Keller (No. 4489) |
| 500 Delaware Avenue, 8th Floor | Michele Sherretta Budicak (No. 4651) |
| P.O. Box 1150 | Jeffrey T. Castellano (No. 4837) |
| Wilmington, DE 19899 | The Brandywine Building, 17th Floor |
| Telephone : (302) 654-1888 | 1000 West Street |
| sbalick@ashby-geddes.com | Wilmington, DE 19801 |
| jday@ashby-geddes.com | Telephone : (302) 571-6600 |
| lmaguire@ashby-geddes.com | jingersoll@ycst.com |
| *Attorneys for Plaintiff* | enorman@ycst.com |
| *ÉLAN PHARMACEUTICAL INTERNATIONAL LIMITED* | *Attorneys for Defendant ABRAXIS BIOSCIENCE, INC.* |

*Of Counsel*:
Stephen Scheve
Linda Glover
BAKER BOTTS LLP
One Shell Plaza
910 Louisiana Street
Houston, TX 77002
Telephone: (713) 229-1659
Steve.Scheve@bakerbotts.com

Paul F. Fehlner
BAKER BOTTS LLP
30 Rockefeller Plaza
New York, NY 10112-4498
Telephone: (212) 408-2527
Paul.Fehlner@bakerbotts.com

William J. Sipio
1375 Brentwood Road
Yardley, PA 19067
Telephone: (215) 801-3625
sipz25@aol.com

*Of Counsel* :
Michael A. Jacobs
MORRISON & FOERSTER, LLP
425 Market Street
San Francisco, CA 94105-2482
Telephone: (415) 268-7000
MJacobs@mofo.com

Emily A. Evans
MORRISON & FOERSTER, LLP
755 Page Mill Road
Palo Alto, CA 94304-1018
Telephone: (650) 813-5600
EEvans@mofo.com

    SO ORDERED this _____ day of _____, 2008.

    _____
    UNITED STATES DISTRICT JUDGE