IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ELAN PHARMA INTERNATIONAL LIMITED, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | C.A. No. 06-438-GMS |
| ABRAXIS BIOSCIENCE, INC., | ) ) ) | |
| Defendant. | ) ) | |

**DEFENDANT'S MOTION TO AMEND JUDGMENT TO FIND THAT THE '363 AND '025 PATENTS ARE UNENFORCEABLE FOR INEQUITABLE CONDUCT**

Pursuant to Federal Rules of Civil Procedure 52(a)(1), (b), and 59(e), defendant Abraxis BioScience, Inc. ("Abraxis") hereby moves the Court to amend its judgment and enter findings of fact and conclusions of law that the '363 and '025 patents are unenforceable due to inequitable conduct. The grounds for Abraxis's motion, as will be more fully set forth in Abraxis's brief, are that:

1)   The '363 patent is unenforceable due to inequitable conduct because Elan made false representations or withheld information during prosecution concerning contamination or the ability to practice the full scope of the claimed invention that were material, and did so with intent to deceive;

2)   The '025 patent is unenforceable due to inequitable conduct because Elan made false representations or withheld information during prosecution concerning the applicability of the claimed invention to species other than dogs or the ability to practice the full scope of the claimed invention that were material, and did so with intent to deceive.

Briefing for this motion will proceed in accordance with the parties' stipulation governing post-trial briefing, on the Court's approval of the same, which has been filed this date as D.I. 632.

Dated: June 30, 2008

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_/s/ Josy W. Ingersoll_

Josy W. Ingersoll (#1088)
*jingersoll@ycst.com*
Elena C. Norman (#4780)
*enorman@ycst.com*
Karen E. Keller (#4489)
*kkeller@ycst.com*
Michele Sherretta Budicak (#4651)
*mbudicak@ycst.com*
Jeffrey T. Castellano (#4837)
*jcastellano@ycst.com*
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
(302) 571-6600

OF COUNSEL:

MORRISON & FOERSTER, LLP

Michael A. Jacobs
425 Market Street
San Francisco, CA 94105-2482
(415) 268-7000
*MJacobs@mofo.com*

Emily A. Evans
Eric S. Walters
Erik J. Olson
755 Page Mill Road
Palo Alto, CA 94304-1018
(650) 813-5600
*EEvans@mofo.com*
*EWalters@mofo.com*
*EJOlson@mofo.com*

*Attorneys for Defendant*
ABRAXIS BIOSCIENCE, INC.

2

## CERTIFICATE OF SERVICE

I, Elena C. Norman, Esquire, hereby certify that on June 30, 2008, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Steven J. Balick, Esquire
>ASHBY & GEDDES
>500 Delaware Avenue, 8th Floor
>Wilmington, DE 19801

I further certify that on June 30, 2008, I caused a true and correct copy of the foregoing document to be served by e-mail and hand delivery on the above-listed counsel of record and on the following non-registered participants in the manner indicated:

### BY E-MAIL

>Linda Glover, Esquire
>Stephen Scheve, Esquire
>BAKER BOTTS L.L.P.
>One Shell Plaza
>910 Louisiana Street
>Houston, TX 77002-4995
>steve.scheve@bakerbotts.com

>Paul F. Fehlner, Esquire
>BAKER BOTTS L.L.P.
>30 Rockefeller Plaza
>New York, NY 10112-4498
>paul.fehlner@bakerbotts.com

William J. Sipio, Esquire
1375 Brentwood Road
Yardley, PA 19067
sipz25@aol.cm

        YOUNG CONAWAY STARGATT
        & TAYLOR, LLP

        /s/ *signature*

        Josy W. Ingersoll (No. 1088)
        jingersoll@ycst.com
        Elena C. Norman (No. 4780)
        enorman@ycst.com
        Karen E. Keller (No. 4489)
        kkeller@ycst.com
        Michele Sherretta Budicak (No. 4651)
        mbudicak@ycst.com
        Jeffrey T. Castellano (No. 4837)
        jcastellano@ycst.com
        The Brandywine Building
        1000 West Street, 17th Floor
        Wilmington, Delaware 19899
        (302) 571-6600

        *Attorneys for Defendant*
        *ABRAXIS BIOSCIENCE, INC.*