**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| ELAN PHARMA INTERNATIONAL, LIMITED,<br><br>Plaintiff,<br><br>vs.<br><br>ABRAXIS BIOSCIENCE, INC.,<br><br>Defendant. | §§§§§§§§§§§§§ Case No. 06-438-GMS |

**DECLARATION OF JOHN C. JAROSZ**

**REGARDING PREJUDGMENT INTEREST AND AN ESTIMATE**

**OF DAMAGES ON ABRAXIS'S INFRINGING SALES AFTER JUNE 13, 2008**

**June 30, 2008**

I, John C. Jarosz, declare as follows:

1. I was the damages expert for Elan Pharma International, Ltd. ("Elan") in the above-captioned litigation and provided testimony at trial.

2. In response to Judge Sleet's Judgment of June 16, 2008 and as requested by Elan's Counsel, I have calculated prejudgment interest on the jury verdict of $55,230,000 based on the 3-Month Treasury Bill Rate. In addition, in support of Elan's Counsel's request for an accounting of Abraxis's infringing sales from June 13, 2008 to the date of final judgment and damages and prejudgment interest on those sales, I have estimated Abraxis's infringing sales of Abraxane® from June 14, 2008 forward and calculated damages and prejudgment interest on those sales.

*Prejudgment Interest on the Jury Verdict*

3. In calculating the prejudgment interest, I considered the period of infringement beginning on January 7, 2005 and continuing through the date of the verdict of June 13, 2008.[1]

4. Using the royalty rate of 6.0 percent found in the verdict of June 13, 2008, I calculated a quarterly royalty through the first quarter of 2008 based on the net receipts during each quarter. For the second quarter of 2008 through June 13, 2008, I calculated the quarterly royalty as the residual amount that made the total royalty payment add to $55,230,000. *See* Tab 1.

5. Based on the quarterly royalty amounts, I calculated the royalty per month amount due each month during the infringement period by dividing the quarterly royalty by 3 months. *See* Tab 2.

6. I used the Federal Reserve Statistical Release Form H.15, Secondary Market, 3-Month T-Bill Rate and the Federal Corporate Marginal Tax Rate of 35 percent to obtain the prevailing after-tax interest yield for any given month. Starting on June 13, 2008 and applying the quarterly after-tax T-Bill discount yields back to January 7, 2005, I calculated the cumulative interest factor for each month. *See* Tab 2.

7. Next, assuming that all monthly sales occurred on the first of the month, I calculated the amount of royalty with interest per month by multiplying the monthly royalty by the monthly cumulative interest factor. *See* Tab 2.

8. Subtracting the sum of royalties due each month from the sum of royalties with interest due for each month beginning on January 7, 2005 through June 13, 2008, I calculated that, as of

---

[1] January 7, 2005 is the date of first infringement according to an agreement between the parties-in-suit. *See* Parties Proposed General Jury Instructions, *Elan Pharma International Limited v. Abraxis BioScience, Inc.*, Civ. Action No. 06-438 (D. Del. June 12, 2008), D.I. 608 at p 58; Verdict Form at Question 5, *Elan Pharma International Limited v. Abraxis BioScience, Inc.*, Civ. Action No. 06-438 (D. Del. dated June 13, 2008), D.I. 614.

1

June 13, 2008, Elan is entitled to prejudgment interest in the amount of $2,255,420. *See* Tab 2.

9. I understand that final judgment has not yet been entered. To account for the time from the Jury verdict on June 13, 2008 through the day of final judgment, I calculated total damages plus additional prejudgment interest for each date from June 14, 2008 through December 31, 2008. *See* Tab 3.

10. I calculated additional prejudgment interest on the sum of the jury verdict of $55,230,000 and the interest on the jury verdict through June 13, 2008 of $2,255,420 for every day from June 14, 2008 through December 31, 2008. As with my calculation of royalty damages plus pre-judgment interest through June 13, 2008, this calculation relies on an interest factor based on the after-tax T-Bill discount yield assuming a Federal Corporate Marginal Tax Rate of 35 percent. *See* Tab 3.

11. Total interest on the jury verdict for any date from June 14, 2008 through the date of final judgment (or December 31, 2008, whichever comes first) can be read off of column (D) of Tab 3. The total royalty damages (from the jury verdict) plus interest for any date from June 14, 2008 through the date of final judgment (or December 31, 2008, whichever comes first) can be read off of column (E) of Tab 3.

*Royalty Damages from Abraxane® Sales after June 13, 2008*

12. My calculation of additional damages due Elan from additional infringing sales of Abraxane® from June 14, 2008 forward is based on an estimate of Abraxane® daily sales after June 13, 2008.

13. For June 14, 2008 through December 31, 2008, I have assumed that Abraxis's daily sales of Abraxane® accrue at a rate equal to $764,593, which equals Abraxis's average daily sales of Abraxane® for Q2 2007. That quarter represents the lowest Abraxane® average daily sales quarter of any of the last four quarters for which actual Abraxane® sales data are available. *See* Tab 1.

14. I calculated additional daily royalty damages by multiplying the additional daily sales by the royalty rate of 6.0 percent found in the verdict of June 13, 2008. *See* Tab 4.

15. I calculated cumulative additional royalty damages for each day from June 14, 2008 through December 31, 2008 by adding daily interest and each day's additional damages to the cumulative additional royalty damages from the previous day. Daily interest is calculated by applying a daily interest rate, compounded daily, to the cumulative additional royalty damages from the previous day. *See* Tab 4.

16. The total additional royalty damages plus interest related to Abraxane® sales after June 13, 2008 for any date from June 14, 2008 through the date of final judgment (or December 31, 2008, whichever comes first) can be read off of column (G) of Tab 4.

*Conclusion*

17. Based on the foregoing analysis, the total amount of damages plus prejudgment interest due Elan as of any day from June 14, 2008 through December 31, 2008 can be calculated using Tab 3 and Tab 4.  For example, assuming a date of final judgment of August 1, 2008, total royalty damages plus interest on the jury verdict would be $57,573,737, which appears in column (E) of Tab 3.  In addition, the total additional royalty damages plus interest related to Abraxane® sales from June 13, 2008 through August 1, 2008 would be $2,249,596, which appears in column (G) of Tab 4.  Total damages through August 1, 2008 would equal the sum of these two numbers, which, in this example, would be $59,823,333.

I declare under penalty of perjury that the foregoing is true and correct.

Date: <u>June 30, 2008</u>

_____
John C. Jarosz

3

**TAB 1**

**QUARTERLY ABRAXANE SALES AND ROYALTY CALCULATED WITH 6 PERCENT ROYALTY RATE**
**(IN THOUSANDS OF U.S. DOLLARS)**

| | Q1 2005 | Q2 2005 | Q3 2005 | Q4 2005 | Q1 2006 | Q2 2006 | Q3 2006 | Q4 2006 | Q1 2007 | Q2 2007 | Q3 2007 | Q4 2007 | Q1 2008 | Q2 2008 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Abraxane sales | $34,840 | $19,384 | $32,053 | $47,454 | $30,282 | $36,301 | $43,229 | $46,912 | $61,792 | $69,578 | $77,277 | $79,681 | $70,841 | $70,875 | $720,500 |
| AstraZeneca up-front fee | | | | | | $200,000 | | | | | | | | | $200,000 |
| Total accused revenue | $34,840 | $19,384 | $32,053 | $47,454 | $30,282 | $236,301 | $43,229 | $46,912 | $61,792 | $69,578 | $77,277 | $79,681 | $70,841 | $70,875 | $920,500 |
| Royalty rate | 6.0% | | | | | | | | | | | | | | |
| Royalty | $2,090 | $1,163 | $1,923 | $2,847 | $1,817 | $14,178 | $2,594 | $2,815 | $3,708 | $4,175 | $4,637 | $4,781 | $4,250 | $4,253 | $55,230 |

Notes & Sources:
Dollars in thousands.
Recognized revenue associated with the AstraZeneca up-front fee is removed for Q3 2006 through Q2 2008.
Abraxis received payment of $200 million in May, 2006. *See* Abraxis BioScience, Inc., Quarterly Report (Form 10-Q), at 20 (Aug. 9, 2006).
Royalty calculated as total accused revenue multiplied by the royalty rate of 6.0 percent.
Q1 2005 Abraxane sales calculated as Total Q1 - Q2 2005 Abraxane sales minus Q2 2005 Abraxane sales. Total Q1 - Q2 2005 Abraxane sales from Abraxis BioScience, Inc., Quarterly Report (Form 10-Q), at 31 (Aug. 9, 2006).
Q2 2005 Abraxane sales from Abraxis BioScience, Inc., Quarterly Report (Form 10-Q), at 28 (Aug. 9, 2006).
Q3 2005 Abraxane sales from Abraxis BioScience, Inc., Quarterly Report (Form 10-Q), at 15 (Nov. 9, 2006).
Q4 2005 Abraxane sales calculated as total 2005 Abraxane sales minus Q1 - Q3 2005 Abraxane sales. Total 2005 Abraxane sales from Abraxis BioScience, Inc., Annual Report (Form 10-K), at 33 (Mar. 1, 2007).
Q1 2006 Abraxane sales from Abraxis BioScience, Inc., Quarterly Report (Form 10-Q), at 12 (May 10, 2007).
Q2 2006 and 2007 Abraxane sales from Abraxis BioScience, Inc., Quarterly Report (Form 10-Q), at 14 (Aug. 9, 2007).
Q3 2006 and 2007 Abraxane sales from Abraxis BioScience, Inc., Quarterly Report (Form 10-Q), at 2 (Dec. 20, 2007).
Q4 2006 and 2007 Abraxane sales calculated as total Abraxane sale for the year minus Q1 - Q3 Abraxane sales. Total 2006 and 2007 Abraxane sales from Abraxis BioScience, Inc., Annual Report (Form 10-K), at 42 (Mar. 31, 2008).
Q1 2007 and 2008 Abraxane sales from Abraxis BioScience, Inc., Quarterly Report (Form 10-Q), at 4 (May 15, 2008).
Q2 2008 Abraxane sales calculated so as to make the total royalty add up to $55.23 million.

**TAB 2**

**CALCULATION OF PREJUDGMENT INTEREST ON ROYALTY DAMAGES FROM JURY VERDICT
THROUGH JUNE 13, 2008**

| Year | Month | Annualized 3-Month T-Bill Discount Rate | Quarterly 3-Month T-Bill Discount Yield | After-Tax Quarterly T-Bill Discount Yield | After-Tax T-Bill Cumulative Interest Factor To 6/13/2008 | Royalty Per Month | Royalty With Interest |
|---|---|---|---|---|---|---|---|
| | | [A] | [B] | [C] | [D] | [E] | [F] |
| 2005 | January | 2.33% | 0.55% | 0.36% | 1.0919 | $696,800 | $760,824 |
| | February | 2.54% | 0.63% | 0.41% | 1.0900 | $696,800 | $759,483 |
| | March | 2.74% | 0.71% | 0.46% | 1.0865 | $696,800 | $757,045 |
| | April | 2.78% | 0.71% | 0.46% | 1.0880 | $387,680 | $421,803 |
| | May | 2.84% | 0.73% | 0.48% | 1.0855 | $387,680 | $420,826 |
| | June | 2.97% | 0.76% | 0.50% | 1.0815 | $387,680 | $419,277 |
| | July | 3.22% | 0.83% | 0.54% | 1.0830 | $641,060 | $694,291 |
| | August | 3.44% | 0.89% | 0.58% | 1.0804 | $641,060 | $692,579 |
| | September | 3.42% | 0.87% | 0.57% | 1.0762 | $641,060 | $689,879 |
| | October | 3.71% | 0.96% | 0.62% | 1.0772 | $949,080 | $1,022,373 |
| | November | 3.88% | 1.00% | 0.65% | 1.0742 | $949,080 | $1,019,476 |
| | December | 3.89% | 0.98% | 0.64% | 1.0701 | $949,080 | $1,015,599 |
| 2006 | January | 4.24% | 1.07% | 0.70% | 1.0706 | $605,640 | $648,377 |
| | February | 4.43% | 1.11% | 0.72% | 1.0672 | $605,640 | $646,355 |
| | March | 4.51% | 1.17% | 0.76% | 1.0633 | $605,640 | $643,977 |
| | April | 4.60% | 1.18% | 0.76% | 1.0632 | $726,020 | $771,876 |
| | May | 4.72% | 1.22% | 0.79% | 1.0596 | $12,726,020 | $13,484,482 |
| | June | 4.79% | 1.24% | 0.81% | 1.0553 | $726,020 | $766,170 |
| | July | 4.95% | 1.28% | 0.83% | 1.0551 | $864,580 | $912,212 |
| | August | 4.96% | 1.28% | 0.83% | 1.0513 | $864,580 | $908,895 |
| | September | 4.81% | 1.23% | 0.80% | 1.0469 | $864,580 | $905,102 |
| | October | 4.92% | 1.27% | 0.83% | 1.0464 | $938,244 | $981,758 |
| | November | 4.94% | 1.28% | 0.83% | 1.0426 | $938,244 | $978,172 |
| | December | 4.85% | 1.23% | 0.80% | 1.0386 | $938,244 | $974,423 |
| 2007 | January | 4.98% | 1.26% | 0.82% | 1.0378 | $1,235,840 | $1,282,542 |
| | February | 5.03% | 1.26% | 0.82% | 1.0340 | $1,235,840 | $1,277,813 |
| | March | 4.94% | 1.28% | 0.83% | 1.0303 | $1,235,840 | $1,273,336 |
| | April | 4.87% | 1.25% | 0.81% | 1.0294 | $1,391,560 | $1,432,408 |
| | May | 4.73% | 1.22% | 0.80% | 1.0256 | $1,391,560 | $1,427,141 |
| | June | 4.61% | 1.19% | 0.77% | 1.0218 | $1,391,560 | $1,421,963 |
| | July | 4.82% | 1.25% | 0.81% | 1.0211 | $1,545,540 | $1,578,123 |
| | August | 4.20% | 1.08% | 0.71% | 1.0175 | $1,545,540 | $1,572,552 |
| | September | 3.89% | 0.99% | 0.65% | 1.0140 | $1,545,540 | $1,567,163 |
| | October | 3.90% | 1.01% | 0.65% | 1.0129 | $1,593,627 | $1,614,140 |
| | November | 3.27% | 0.84% | 0.55% | 1.0104 | $1,593,627 | $1,610,124 |
| | December | 3.00% | 0.76% | 0.50% | 1.0075 | $1,593,627 | $1,605,559 |
| 2008 | January | 2.75% | 0.70% | 0.46% | 1.0063 | $1,416,822 | $1,425,729 |
| | February | 2.12% | 0.53% | 0.35% | 1.0048 | $1,416,822 | $1,423,690 |
| | March | 1.26% | 0.32% | 0.21% | 1.0025 | $1,416,822 | $1,420,375 |
| | April | 1.29% | 0.33% | 0.21% | 1.0017 | $1,417,507 | $1,419,958 |
| | May | 1.73% | 0.44% | 0.29% | 1.0014 | $1,417,507 | $1,419,463 |
| | June* | 1.73% | 0.44% | 0.29% | 1.0004 | $1,417,507 | $1,418,085 |
| | | | | | Total | $55,230,000 | $57,485,420 |

| | Total Prejudgment Interest | $2,255,420 |
|---|---|---|

Notes & Sources:

[A]  Federal Reserve Statistical Release Form H.15, Secondary Market, 3-Month T-Bill Rate.
  * Assumed to be equal to May 2008 monthly rate.
[B]  Discount Rate converted to Yield.
  = (100 - (100 - (Days in Quarter / 360) × [A] × 100)) / (100 - (Days in Quarter / 360) × [A] × 100).
[C]  = [B] × (1 - Federal Corporate Marginal Tax Rate) where Federal Corporate Marginal Tax Rate is 35%.
[D]  June 2008 = (1 + [C]) ^ (13/92).
  May 2008 = (1 + [C]) ^ (44/92).
  April 2008 = (1 + [C]) ^ (74/91).
  Months before April 2008 = ( (1 + [C]$_t$) × [D]$_{t+3}$).
[E]  Calculated as quarterly damage amounts from Tab 1 divided by the number of months in the period. May 2006 includes royalty payment
  on the $200 million payment received by Abraxis from AstraZeneca. See Abraxis BioScience, Inc., Quarterly Report (Form 10-Q),
  at 18 (Nov. 9, 2006).
[F]  = [D] * [E].
  Total Interest calculated as Total Royalty With Interest minus Total Royalty payments.

**TAB 3**

**CALCULATION OF SUM OF ROYALTY DAMAGES FROM JURY VERDICT
PLUS PREJUDGMENT INTEREST BY DATE
STARTING JUNE 14, 2008**

| Month | Day | Royalty Damages Without Interest As of June 13, 2008 | After-Tax Quarterly T-Bill Daily Discount Yield | After-Tax T-Bill Cumulative Interest Factor From 6/14/2008 | Cumulative Interest | Cumulative Royalty Damages With Interest |
|---|---|---|---|---|---|---|
| | | [A] | [B] | [C] | [D] | [E] |
| June | 14 | $55,230,000 | 0.0031% | 1.0000 | $2,257,221 | $57,487,221 |
| | 15 | $55,230,000 | 0.0031% | 1.0001 | $2,259,022 | $57,489,022 |
| | 16 | $55,230,000 | 0.0031% | 1.0001 | $2,260,824 | $57,490,824 |
| | 17 | $55,230,000 | 0.0031% | 1.0001 | $2,262,625 | $57,492,625 |
| | 18 | $55,230,000 | 0.0031% | 1.0002 | $2,264,426 | $57,494,426 |
| | 19 | $55,230,000 | 0.0031% | 1.0002 | $2,266,227 | $57,496,227 |
| | 20 | $55,230,000 | 0.0031% | 1.0002 | $2,268,029 | $57,498,029 |
| | 21 | $55,230,000 | 0.0031% | 1.0003 | $2,269,830 | $57,499,830 |
| | 22 | $55,230,000 | 0.0031% | 1.0003 | $2,271,632 | $57,501,632 |
| | 23 | $55,230,000 | 0.0031% | 1.0003 | $2,273,433 | $57,503,433 |
| | 24 | $55,230,000 | 0.0031% | 1.0003 | $2,275,235 | $57,505,235 |
| | 25 | $55,230,000 | 0.0031% | 1.0004 | $2,277,036 | $57,507,036 |
| | 26 | $55,230,000 | 0.0031% | 1.0004 | $2,278,838 | $57,508,838 |
| | 27 | $55,230,000 | 0.0031% | 1.0004 | $2,280,640 | $57,510,640 |
| | 28 | $55,230,000 | 0.0031% | 1.0005 | $2,282,442 | $57,512,442 |
| | 29 | $55,230,000 | 0.0031% | 1.0005 | $2,284,244 | $57,514,244 |
| | 30 | $55,230,000 | 0.0031% | 1.0005 | $2,286,045 | $57,516,045 |
| July | 1 | $55,230,000 | 0.0031% | 1.0006 | $2,287,847 | $57,517,847 |
| | 2 | $55,230,000 | 0.0031% | 1.0006 | $2,289,649 | $57,519,649 |
| | 3 | $55,230,000 | 0.0031% | 1.0006 | $2,291,452 | $57,521,452 |
| | 4 | $55,230,000 | 0.0031% | 1.0007 | $2,293,254 | $57,523,254 |
| | 5 | $55,230,000 | 0.0031% | 1.0007 | $2,295,056 | $57,525,056 |
| | 6 | $55,230,000 | 0.0031% | 1.0007 | $2,296,858 | $57,526,858 |
| | 7 | $55,230,000 | 0.0031% | 1.0008 | $2,298,661 | $57,528,661 |
| | 8 | $55,230,000 | 0.0031% | 1.0008 | $2,300,463 | $57,530,463 |
| | 9 | $55,230,000 | 0.0031% | 1.0008 | $2,302,265 | $57,532,265 |
| | 10 | $55,230,000 | 0.0031% | 1.0008 | $2,304,068 | $57,534,068 |
| | 11 | $55,230,000 | 0.0031% | 1.0009 | $2,305,870 | $57,535,870 |
| | 12 | $55,230,000 | 0.0031% | 1.0009 | $2,307,673 | $57,537,673 |
| | 13 | $55,230,000 | 0.0031% | 1.0009 | $2,309,476 | $57,539,476 |
| | 14 | $55,230,000 | 0.0031% | 1.0010 | $2,311,278 | $57,541,278 |
| | 15 | $55,230,000 | 0.0031% | 1.0010 | $2,313,081 | $57,543,081 |
| | 16 | $55,230,000 | 0.0031% | 1.0010 | $2,314,884 | $57,544,884 |
| | 17 | $55,230,000 | 0.0031% | 1.0011 | $2,316,687 | $57,546,687 |
| | 18 | $55,230,000 | 0.0031% | 1.0011 | $2,318,490 | $57,548,490 |
| | 19 | $55,230,000 | 0.0031% | 1.0011 | $2,320,293 | $57,550,293 |
| | 20 | $55,230,000 | 0.0031% | 1.0012 | $2,322,096 | $57,552,096 |
| | 21 | $55,230,000 | 0.0031% | 1.0012 | $2,323,899 | $57,553,899 |
| | 22 | $55,230,000 | 0.0031% | 1.0012 | $2,325,702 | $57,555,702 |
| | 23 | $55,230,000 | 0.0031% | 1.0013 | $2,327,505 | $57,557,505 |
| | 24 | $55,230,000 | 0.0031% | 1.0013 | $2,329,309 | $57,559,309 |
| | 25 | $55,230,000 | 0.0031% | 1.0013 | $2,331,112 | $57,561,112 |
| | 26 | $55,230,000 | 0.0031% | 1.0013 | $2,332,915 | $57,562,915 |

**TAB 3**

**CALCULATION OF SUM OF ROYALTY DAMAGES FROM JURY VERDICT
PLUS PREJUDGMENT INTEREST BY DATE
STARTING JUNE 14, 2008**

| Month | Day | Royalty Damages Without Interest As of June 13, 2008 | After-Tax Quarterly T-Bill Daily Discount Yield | After-Tax T-Bill Cumulative Interest Factor From 6/14/2008 | Cumulative Interest | Cumulative Royalty Damages With Interest |
|---|---|---|---|---|---|---|
| | | [A] | [B] | [C] | [D] | [E] |
| | 27 | $55,230,000 | 0.0031% | 1.0014 | $2,334,719 | $57,564,719 |
| | 28 | $55,230,000 | 0.0031% | 1.0014 | $2,336,522 | $57,566,522 |
| | 29 | $55,230,000 | 0.0031% | 1.0014 | $2,338,326 | $57,568,326 |
| | 30 | $55,230,000 | 0.0031% | 1.0015 | $2,340,130 | $57,570,130 |
| | 31 | $55,230,000 | 0.0031% | 1.0015 | $2,341,933 | $57,571,933 |
| August | 1 | $55,230,000 | 0.0031% | 1.0015 | $2,343,737 | $57,573,737 |
| | 2 | $55,230,000 | 0.0031% | 1.0016 | $2,345,541 | $57,575,541 |
| | 3 | $55,230,000 | 0.0031% | 1.0016 | $2,347,345 | $57,577,345 |
| | 4 | $55,230,000 | 0.0031% | 1.0016 | $2,349,149 | $57,579,149 |
| | 5 | $55,230,000 | 0.0031% | 1.0017 | $2,350,952 | $57,580,952 |
| | 6 | $55,230,000 | 0.0031% | 1.0017 | $2,352,756 | $57,582,756 |
| | 7 | $55,230,000 | 0.0031% | 1.0017 | $2,354,561 | $57,584,561 |
| | 8 | $55,230,000 | 0.0031% | 1.0018 | $2,356,365 | $57,586,365 |
| | 9 | $55,230,000 | 0.0031% | 1.0018 | $2,358,169 | $57,588,169 |
| | 10 | $55,230,000 | 0.0031% | 1.0018 | $2,359,973 | $57,589,973 |
| | 11 | $55,230,000 | 0.0031% | 1.0019 | $2,361,777 | $57,591,777 |
| | 12 | $55,230,000 | 0.0031% | 1.0019 | $2,363,582 | $57,593,582 |
| | 13 | $55,230,000 | 0.0031% | 1.0019 | $2,365,386 | $57,595,386 |
| | 14 | $55,230,000 | 0.0031% | 1.0019 | $2,367,191 | $57,597,191 |
| | 15 | $55,230,000 | 0.0031% | 1.0020 | $2,368,995 | $57,598,995 |
| | 16 | $55,230,000 | 0.0031% | 1.0020 | $2,370,800 | $57,600,800 |
| | 17 | $55,230,000 | 0.0031% | 1.0020 | $2,372,604 | $57,602,604 |
| | 18 | $55,230,000 | 0.0031% | 1.0021 | $2,374,409 | $57,604,409 |
| | 19 | $55,230,000 | 0.0031% | 1.0021 | $2,376,214 | $57,606,214 |
| | 20 | $55,230,000 | 0.0031% | 1.0021 | $2,378,019 | $57,608,019 |
| | 21 | $55,230,000 | 0.0031% | 1.0022 | $2,379,824 | $57,609,824 |
| | 22 | $55,230,000 | 0.0031% | 1.0022 | $2,381,628 | $57,611,628 |
| | 23 | $55,230,000 | 0.0031% | 1.0022 | $2,383,433 | $57,613,433 |
| | 24 | $55,230,000 | 0.0031% | 1.0023 | $2,385,238 | $57,615,238 |
| | 25 | $55,230,000 | 0.0031% | 1.0023 | $2,387,044 | $57,617,044 |
| | 26 | $55,230,000 | 0.0031% | 1.0023 | $2,388,849 | $57,618,849 |
| | 27 | $55,230,000 | 0.0031% | 1.0024 | $2,390,654 | $57,620,654 |
| | 28 | $55,230,000 | 0.0031% | 1.0024 | $2,392,459 | $57,622,459 |
| | 29 | $55,230,000 | 0.0031% | 1.0024 | $2,394,265 | $57,624,265 |
| | 30 | $55,230,000 | 0.0031% | 1.0024 | $2,396,070 | $57,626,070 |
| | 31 | $55,230,000 | 0.0031% | 1.0025 | $2,397,875 | $57,627,875 |
| September | 1 | $55,230,000 | 0.0031% | 1.0025 | $2,399,681 | $57,629,681 |
| | 2 | $55,230,000 | 0.0031% | 1.0025 | $2,401,486 | $57,631,486 |
| | 3 | $55,230,000 | 0.0031% | 1.0026 | $2,403,292 | $57,633,292 |
| | 4 | $55,230,000 | 0.0031% | 1.0026 | $2,405,098 | $57,635,098 |
| | 5 | $55,230,000 | 0.0031% | 1.0026 | $2,406,903 | $57,636,903 |
| | 6 | $55,230,000 | 0.0031% | 1.0027 | $2,408,709 | $57,638,709 |
| | 7 | $55,230,000 | 0.0031% | 1.0027 | $2,410,515 | $57,640,515 |

**TAB 3**

**CALCULATION OF SUM OF ROYALTY DAMAGES FROM JURY VERDICT
PLUS PREJUDGMENT INTEREST BY DATE
STARTING JUNE 14, 2008**

| Month | Day | Royalty Damages Without Interest As of June 13, 2008 | After-Tax Quarterly T-Bill Daily Discount Yield | After-Tax T-Bill Cumulative Interest Factor From 6/14/2008 | Cumulative Interest | Cumulative Royalty Damages With Interest |
|---|---|---|---|---|---|---|
| | | [A] | [B] | [C] | [D] | [E] |
| | 8 | $55,230,000 | 0.0031% | 1.0027 | $2,412,321 | $57,642,321 |
| | 9 | $55,230,000 | 0.0031% | 1.0028 | $2,414,127 | $57,644,127 |
| | 10 | $55,230,000 | 0.0031% | 1.0028 | $2,415,933 | $57,645,933 |
| | 11 | $55,230,000 | 0.0031% | 1.0028 | $2,417,739 | $57,647,739 |
| | 12 | $55,230,000 | 0.0031% | 1.0029 | $2,419,545 | $57,649,545 |
| | 13 | $55,230,000 | 0.0031% | 1.0029 | $2,421,351 | $57,651,351 |
| | 14 | $55,230,000 | 0.0031% | 1.0029 | $2,423,157 | $57,653,157 |
| | 15 | $55,230,000 | 0.0031% | 1.0029 | $2,424,964 | $57,654,964 |
| | 16 | $55,230,000 | 0.0031% | 1.0030 | $2,426,770 | $57,656,770 |
| | 17 | $55,230,000 | 0.0031% | 1.0030 | $2,428,576 | $57,658,576 |
| | 18 | $55,230,000 | 0.0031% | 1.0030 | $2,430,383 | $57,660,383 |
| | 19 | $55,230,000 | 0.0031% | 1.0031 | $2,432,189 | $57,662,189 |
| | 20 | $55,230,000 | 0.0031% | 1.0031 | $2,433,996 | $57,663,996 |
| | 21 | $55,230,000 | 0.0031% | 1.0031 | $2,435,802 | $57,665,802 |
| | 22 | $55,230,000 | 0.0031% | 1.0032 | $2,437,609 | $57,667,609 |
| | 23 | $55,230,000 | 0.0031% | 1.0032 | $2,439,416 | $57,669,416 |
| | 24 | $55,230,000 | 0.0031% | 1.0032 | $2,441,223 | $57,671,223 |
| | 25 | $55,230,000 | 0.0031% | 1.0033 | $2,443,029 | $57,673,029 |
| | 26 | $55,230,000 | 0.0031% | 1.0033 | $2,444,836 | $57,674,836 |
| | 27 | $55,230,000 | 0.0031% | 1.0033 | $2,446,643 | $57,676,643 |
| | 28 | $55,230,000 | 0.0031% | 1.0034 | $2,448,450 | $57,678,450 |
| | 29 | $55,230,000 | 0.0031% | 1.0034 | $2,450,257 | $57,680,257 |
| | 30 | $55,230,000 | 0.0031% | 1.0034 | $2,452,065 | $57,682,065 |
| October | 1 | $55,230,000 | 0.0031% | 1.0035 | $2,453,872 | $57,683,872 |
| | 2 | $55,230,000 | 0.0031% | 1.0035 | $2,455,679 | $57,685,679 |
| | 3 | $55,230,000 | 0.0031% | 1.0035 | $2,457,486 | $57,687,486 |
| | 4 | $55,230,000 | 0.0031% | 1.0035 | $2,459,294 | $57,689,294 |
| | 5 | $55,230,000 | 0.0031% | 1.0036 | $2,461,101 | $57,691,101 |
| | 6 | $55,230,000 | 0.0031% | 1.0036 | $2,462,909 | $57,692,909 |
| | 7 | $55,230,000 | 0.0031% | 1.0036 | $2,464,716 | $57,694,716 |
| | 8 | $55,230,000 | 0.0031% | 1.0037 | $2,466,524 | $57,696,524 |
| | 9 | $55,230,000 | 0.0031% | 1.0037 | $2,468,331 | $57,698,331 |
| | 10 | $55,230,000 | 0.0031% | 1.0037 | $2,470,139 | $57,700,139 |
| | 11 | $55,230,000 | 0.0031% | 1.0038 | $2,471,947 | $57,701,947 |
| | 12 | $55,230,000 | 0.0031% | 1.0038 | $2,473,755 | $57,703,755 |
| | 13 | $55,230,000 | 0.0031% | 1.0038 | $2,475,562 | $57,705,562 |
| | 14 | $55,230,000 | 0.0031% | 1.0039 | $2,477,370 | $57,707,370 |
| | 15 | $55,230,000 | 0.0031% | 1.0039 | $2,479,178 | $57,709,178 |
| | 16 | $55,230,000 | 0.0031% | 1.0039 | $2,480,986 | $57,710,986 |
| | 17 | $55,230,000 | 0.0031% | 1.0040 | $2,482,794 | $57,712,794 |
| | 18 | $55,230,000 | 0.0031% | 1.0040 | $2,484,603 | $57,714,603 |
| | 19 | $55,230,000 | 0.0031% | 1.0040 | $2,486,411 | $57,716,411 |
| | 20 | $55,230,000 | 0.0031% | 1.0040 | $2,488,219 | $57,718,219 |

**TAB 3**

**CALCULATION OF SUM OF ROYALTY DAMAGES FROM JURY VERDICT
PLUS PREJUDGMENT INTEREST BY DATE
STARTING JUNE 14, 2008**

| Month | Day | Royalty Damages Without Interest As of June 13, 2008 | After-Tax Quarterly T-Bill Daily Discount Yield | After-Tax T-Bill Cumulative Interest Factor From 6/14/2008 | Cumulative Interest | Cumulative Royalty Damages With Interest |
|---|---|---|---|---|---|---|
| | | [A] | [B] | [C] | [D] | [E] |
| | 21 | $55,230,000 | 0.0031% | 1.0041 | $2,490,027 | $57,720,027 |
| | 22 | $55,230,000 | 0.0031% | 1.0041 | $2,491,836 | $57,721,836 |
| | 23 | $55,230,000 | 0.0031% | 1.0041 | $2,493,644 | $57,723,644 |
| | 24 | $55,230,000 | 0.0031% | 1.0042 | $2,495,453 | $57,725,453 |
| | 25 | $55,230,000 | 0.0031% | 1.0042 | $2,497,261 | $57,727,261 |
| | 26 | $55,230,000 | 0.0031% | 1.0042 | $2,499,070 | $57,729,070 |
| | 27 | $55,230,000 | 0.0031% | 1.0043 | $2,500,878 | $57,730,878 |
| | 28 | $55,230,000 | 0.0031% | 1.0043 | $2,502,687 | $57,732,687 |
| | 29 | $55,230,000 | 0.0031% | 1.0043 | $2,504,496 | $57,734,496 |
| | 30 | $55,230,000 | 0.0031% | 1.0044 | $2,506,305 | $57,736,305 |
| | 31 | $55,230,000 | 0.0031% | 1.0044 | $2,508,114 | $57,738,114 |
| November | 1 | $55,230,000 | 0.0031% | 1.0044 | $2,509,923 | $57,739,923 |
| | 2 | $55,230,000 | 0.0031% | 1.0045 | $2,511,732 | $57,741,732 |
| | 3 | $55,230,000 | 0.0031% | 1.0045 | $2,513,541 | $57,743,541 |
| | 4 | $55,230,000 | 0.0031% | 1.0045 | $2,515,350 | $57,745,350 |
| | 5 | $55,230,000 | 0.0031% | 1.0046 | $2,517,159 | $57,747,159 |
| | 6 | $55,230,000 | 0.0031% | 1.0046 | $2,518,968 | $57,748,968 |
| | 7 | $55,230,000 | 0.0031% | 1.0046 | $2,520,777 | $57,750,777 |
| | 8 | $55,230,000 | 0.0031% | 1.0046 | $2,522,587 | $57,752,587 |
| | 9 | $55,230,000 | 0.0031% | 1.0047 | $2,524,396 | $57,754,396 |
| | 10 | $55,230,000 | 0.0031% | 1.0047 | $2,526,206 | $57,756,206 |
| | 11 | $55,230,000 | 0.0031% | 1.0047 | $2,528,015 | $57,758,015 |
| | 12 | $55,230,000 | 0.0031% | 1.0048 | $2,529,825 | $57,759,825 |
| | 13 | $55,230,000 | 0.0031% | 1.0048 | $2,531,634 | $57,761,634 |
| | 14 | $55,230,000 | 0.0031% | 1.0048 | $2,533,444 | $57,763,444 |
| | 15 | $55,230,000 | 0.0031% | 1.0049 | $2,535,254 | $57,765,254 |
| | 16 | $55,230,000 | 0.0031% | 1.0049 | $2,537,064 | $57,767,064 |
| | 17 | $55,230,000 | 0.0031% | 1.0049 | $2,538,873 | $57,768,873 |
| | 18 | $55,230,000 | 0.0031% | 1.0050 | $2,540,683 | $57,770,683 |
| | 19 | $55,230,000 | 0.0031% | 1.0050 | $2,542,493 | $57,772,493 |
| | 20 | $55,230,000 | 0.0031% | 1.0050 | $2,544,303 | $57,774,303 |
| | 21 | $55,230,000 | 0.0031% | 1.0051 | $2,546,113 | $57,776,113 |
| | 22 | $55,230,000 | 0.0031% | 1.0051 | $2,547,923 | $57,777,923 |
| | 23 | $55,230,000 | 0.0031% | 1.0051 | $2,549,734 | $57,779,734 |
| | 24 | $55,230,000 | 0.0031% | 1.0052 | $2,551,544 | $57,781,544 |
| | 25 | $55,230,000 | 0.0031% | 1.0052 | $2,553,354 | $57,783,354 |
| | 26 | $55,230,000 | 0.0031% | 1.0052 | $2,555,165 | $57,785,165 |
| | 27 | $55,230,000 | 0.0031% | 1.0052 | $2,556,975 | $57,786,975 |
| | 28 | $55,230,000 | 0.0031% | 1.0053 | $2,558,785 | $57,788,785 |
| | 29 | $55,230,000 | 0.0031% | 1.0053 | $2,560,596 | $57,790,596 |
| | 30 | $55,230,000 | 0.0031% | 1.0053 | $2,562,407 | $57,792,407 |
| December | 1 | $55,230,000 | 0.0031% | 1.0054 | $2,564,217 | $57,794,217 |
| | 2 | $55,230,000 | 0.0031% | 1.0054 | $2,566,028 | $57,796,028 |

**TAB 3**

**CALCULATION OF SUM OF ROYALTY DAMAGES FROM JURY VERDICT
PLUS PREJUDGMENT INTEREST BY DATE
STARTING JUNE 14, 2008**

| Month | Day | Royalty Damages Without Interest As of June 13, 2008 | After-Tax Quarterly T-Bill Daily Discount Yield | After-Tax T-Bill Cumulative Interest Factor From 6/14/2008 | Cumulative Interest | Cumulative Royalty Damages With Interest |
|---|---|---|---|---|---|---|
| | | [A] | [B] | [C] | [D] | [E] |
| | 3 | $55,230,000 | 0.0031% | 1.0054 | $2,567,839 | $57,797,839 |
| | 4 | $55,230,000 | 0.0031% | 1.0055 | $2,569,650 | $57,799,650 |
| | 5 | $55,230,000 | 0.0031% | 1.0055 | $2,571,460 | $57,801,460 |
| | 6 | $55,230,000 | 0.0031% | 1.0055 | $2,573,271 | $57,803,271 |
| | 7 | $55,230,000 | 0.0031% | 1.0056 | $2,575,082 | $57,805,082 |
| | 8 | $55,230,000 | 0.0031% | 1.0056 | $2,576,893 | $57,806,893 |
| | 9 | $55,230,000 | 0.0031% | 1.0056 | $2,578,704 | $57,808,704 |
| | 10 | $55,230,000 | 0.0031% | 1.0057 | $2,580,516 | $57,810,516 |
| | 11 | $55,230,000 | 0.0031% | 1.0057 | $2,582,327 | $57,812,327 |
| | 12 | $55,230,000 | 0.0031% | 1.0057 | $2,584,138 | $57,814,138 |
| | 13 | $55,230,000 | 0.0031% | 1.0057 | $2,585,949 | $57,815,949 |
| | 14 | $55,230,000 | 0.0031% | 1.0058 | $2,587,761 | $57,817,761 |
| | 15 | $55,230,000 | 0.0031% | 1.0058 | $2,589,572 | $57,819,572 |
| | 16 | $55,230,000 | 0.0031% | 1.0058 | $2,591,384 | $57,821,384 |
| | 17 | $55,230,000 | 0.0031% | 1.0059 | $2,593,195 | $57,823,195 |
| | 18 | $55,230,000 | 0.0031% | 1.0059 | $2,595,007 | $57,825,007 |
| | 19 | $55,230,000 | 0.0031% | 1.0059 | $2,596,819 | $57,826,819 |
| | 20 | $55,230,000 | 0.0031% | 1.0060 | $2,598,630 | $57,828,630 |
| | 21 | $55,230,000 | 0.0031% | 1.0060 | $2,600,442 | $57,830,442 |
| | 22 | $55,230,000 | 0.0031% | 1.0060 | $2,602,254 | $57,832,254 |
| | 23 | $55,230,000 | 0.0031% | 1.0061 | $2,604,066 | $57,834,066 |
| | 24 | $55,230,000 | 0.0031% | 1.0061 | $2,605,878 | $57,835,878 |
| | 25 | $55,230,000 | 0.0031% | 1.0061 | $2,607,690 | $57,837,690 |
| | 26 | $55,230,000 | 0.0031% | 1.0062 | $2,609,502 | $57,839,502 |
| | 27 | $55,230,000 | 0.0031% | 1.0062 | $2,611,314 | $57,841,314 |
| | 28 | $55,230,000 | 0.0031% | 1.0062 | $2,613,126 | $57,843,126 |
| | 29 | $55,230,000 | 0.0031% | 1.0063 | $2,614,938 | $57,844,938 |
| | 30 | $55,230,000 | 0.0031% | 1.0063 | $2,616,751 | $57,846,751 |
| | 31 | $55,230,000 | 0.0031% | 1.0063 | $2,618,563 | $57,848,563 |

Notes & Sources:
[A]  Total damages award without interest from June 13, 2008. *See* Tab 2.
[B]  = (1 + After-Tax Quarterly T-Bill Discount Yield in May 2008) ^ (1/92) - 1. *See* Tab 2, column [C].
[C]  June 14, 2008 calculated as (1+ [B]).
   After June 14, 2008 calculated as $[C]_{t-1} * (1 + [B]_t)$.
[D]  = (([A] + Cumulative Interest as of June 13, 2008) * [C]) - [A].  June 13, 2008 cumulative interest equals $2,255,420. *See* Tab 2.
[E]  = [A] + [D].

**TAB 4**

**ACCOUNTING BASED ON ESTIMATED ADDITIONAL INFRINGING SALES**
**STARTING JUNE 14, 2008**

| Month | Day | Additional Daily Sales | Royalty Rate | Additional Daily Royalty Damages | Cumulative Royalty Damages With Interest Beginning of Day | After-Tax Quarterly T-Bill Daily Discount Yield | Additional Interest | Cumulative Royalty Damages With Interest End of Day |
|---|---|---|---|---|---|---|---|---|
| | | [A] | [B] | [C] | [D] | [E] | [F] | [G] |
| June | 14 | $764,593 | 6.0% | $45,876 | $0 | | $0 | $45,876 |
| | 15 | $764,593 | 6.0% | $45,876 | $45,876 | 0.0031% | $1 | $91,753 |
| | 16 | $764,593 | 6.0% | $45,876 | $91,753 | 0.0031% | $3 | $137,631 |
| | 17 | $764,593 | 6.0% | $45,876 | $137,631 | 0.0031% | $4 | $183,511 |
| | 18 | $764,593 | 6.0% | $45,876 | $183,511 | 0.0031% | $6 | $229,392 |
| | 19 | $764,593 | 6.0% | $45,876 | $229,392 | 0.0031% | $7 | $275,275 |
| | 20 | $764,593 | 6.0% | $45,876 | $275,275 | 0.0031% | $9 | $321,159 |
| | 21 | $764,593 | 6.0% | $45,876 | $321,159 | 0.0031% | $10 | $367,045 |
| | 22 | $764,593 | 6.0% | $45,876 | $367,045 | 0.0031% | $11 | $412,932 |
| | 23 | $764,593 | 6.0% | $45,876 | $412,932 | 0.0031% | $13 | $458,821 |
| | 24 | $764,593 | 6.0% | $45,876 | $458,821 | 0.0031% | $14 | $504,711 |
| | 25 | $764,593 | 6.0% | $45,876 | $504,711 | 0.0031% | $16 | $550,602 |
| | 26 | $764,593 | 6.0% | $45,876 | $550,602 | 0.0031% | $17 | $596,495 |
| | 27 | $764,593 | 6.0% | $45,876 | $596,495 | 0.0031% | $19 | $642,389 |
| | 28 | $764,593 | 6.0% | $45,876 | $642,389 | 0.0031% | $20 | $688,285 |
| | 29 | $764,593 | 6.0% | $45,876 | $688,285 | 0.0031% | $22 | $734,182 |
| | 30 | $764,593 | 6.0% | $45,876 | $734,182 | 0.0031% | $23 | $780,081 |
| July | 1 | $764,593 | 6.0% | $45,876 | $780,081 | 0.0031% | $24 | $825,981 |
| | 2 | $764,593 | 6.0% | $45,876 | $825,981 | 0.0031% | $26 | $871,882 |
| | 3 | $764,593 | 6.0% | $45,876 | $871,882 | 0.0031% | $27 | $917,785 |
| | 4 | $764,593 | 6.0% | $45,876 | $917,785 | 0.0031% | $29 | $963,690 |
| | 5 | $764,593 | 6.0% | $45,876 | $963,690 | 0.0031% | $30 | $1,009,595 |
| | 6 | $764,593 | 6.0% | $45,876 | $1,009,595 | 0.0031% | $32 | $1,055,503 |
| | 7 | $764,593 | 6.0% | $45,876 | $1,055,503 | 0.0031% | $33 | $1,101,411 |
| | 8 | $764,593 | 6.0% | $45,876 | $1,101,411 | 0.0031% | $35 | $1,147,321 |
| | 9 | $764,593 | 6.0% | $45,876 | $1,147,321 | 0.0031% | $36 | $1,193,233 |
| | 10 | $764,593 | 6.0% | $45,876 | $1,193,233 | 0.0031% | $37 | $1,239,146 |
| | 11 | $764,593 | 6.0% | $45,876 | $1,239,146 | 0.0031% | $39 | $1,285,060 |
| | 12 | $764,593 | 6.0% | $45,876 | $1,285,060 | 0.0031% | $40 | $1,330,976 |
| | 13 | $764,593 | 6.0% | $45,876 | $1,330,976 | 0.0031% | $42 | $1,376,894 |
| | 14 | $764,593 | 6.0% | $45,876 | $1,376,894 | 0.0031% | $43 | $1,422,812 |
| | 15 | $764,593 | 6.0% | $45,876 | $1,422,812 | 0.0031% | $45 | $1,468,732 |
| | 16 | $764,593 | 6.0% | $45,876 | $1,468,732 | 0.0031% | $46 | $1,514,654 |
| | 17 | $764,593 | 6.0% | $45,876 | $1,514,654 | 0.0031% | $47 | $1,560,577 |
| | 18 | $764,593 | 6.0% | $45,876 | $1,560,577 | 0.0031% | $49 | $1,606,502 |
| | 19 | $764,593 | 6.0% | $45,876 | $1,606,502 | 0.0031% | $50 | $1,652,428 |
| | 20 | $764,593 | 6.0% | $45,876 | $1,652,428 | 0.0031% | $52 | $1,698,355 |
| | 21 | $764,593 | 6.0% | $45,876 | $1,698,355 | 0.0031% | $53 | $1,744,284 |
| | 22 | $764,593 | 6.0% | $45,876 | $1,744,284 | 0.0031% | $55 | $1,790,214 |
| | 23 | $764,593 | 6.0% | $45,876 | $1,790,214 | 0.0031% | $56 | $1,836,146 |
| | 24 | $764,593 | 6.0% | $45,876 | $1,836,146 | 0.0031% | $58 | $1,882,079 |
| | 25 | $764,593 | 6.0% | $45,876 | $1,882,079 | 0.0031% | $59 | $1,928,013 |
| | 26 | $764,593 | 6.0% | $45,876 | $1,928,013 | 0.0031% | $60 | $1,973,949 |
| | 27 | $764,593 | 6.0% | $45,876 | $1,973,949 | 0.0031% | $62 | $2,019,887 |
| | 28 | $764,593 | 6.0% | $45,876 | $2,019,887 | 0.0031% | $63 | $2,065,826 |
| | 29 | $764,593 | 6.0% | $45,876 | $2,065,826 | 0.0031% | $65 | $2,111,766 |
| | 30 | $764,593 | 6.0% | $45,876 | $2,111,766 | 0.0031% | $66 | $2,157,708 |
| | 31 | $764,593 | 6.0% | $45,876 | $2,157,708 | 0.0031% | $68 | $2,203,651 |
| August | 1 | $764,593 | 6.0% | $45,876 | $2,203,651 | 0.0031% | $69 | $2,249,596 |
| | 2 | $764,593 | 6.0% | $45,876 | $2,249,596 | 0.0031% | $70 | $2,295,542 |
| | 3 | $764,593 | 6.0% | $45,876 | $2,295,542 | 0.0031% | $72 | $2,341,489 |
| | 4 | $764,593 | 6.0% | $45,876 | $2,341,489 | 0.0031% | $73 | $2,387,438 |
| | 5 | $764,593 | 6.0% | $45,876 | $2,387,438 | 0.0031% | $75 | $2,433,389 |
| | 6 | $764,593 | 6.0% | $45,876 | $2,433,389 | 0.0031% | $76 | $2,479,341 |
| | 7 | $764,593 | 6.0% | $45,876 | $2,479,341 | 0.0031% | $78 | $2,525,294 |
| | 8 | $764,593 | 6.0% | $45,876 | $2,525,294 | 0.0031% | $79 | $2,571,249 |
| | 9 | $764,593 | 6.0% | $45,876 | $2,571,249 | 0.0031% | $81 | $2,617,205 |
| | 10 | $764,593 | 6.0% | $45,876 | $2,617,205 | 0.0031% | $82 | $2,663,162 |
| | 11 | $764,593 | 6.0% | $45,876 | $2,663,162 | 0.0031% | $83 | $2,709,121 |
| | 12 | $764,593 | 6.0% | $45,876 | $2,709,121 | 0.0031% | $85 | $2,755,082 |
| | 13 | $764,593 | 6.0% | $45,876 | $2,755,082 | 0.0031% | $86 | $2,801,044 |
| | 14 | $764,593 | 6.0% | $45,876 | $2,801,044 | 0.0031% | $88 | $2,847,007 |
| | 15 | $764,593 | 6.0% | $45,876 | $2,847,007 | 0.0031% | $89 | $2,892,972 |
| | 16 | $764,593 | 6.0% | $45,876 | $2,892,972 | 0.0031% | $91 | $2,938,938 |

**TAB 4**

**ACCOUNTING BASED ON ESTIMATED ADDITIONAL INFRINGING SALES**
**STARTING JUNE 14, 2008**

| Month | Day | Additional Daily Sales | Royalty Rate | Additional Daily Royalty Damages | Cumulative Royalty Damages With Interest Beginning of Day | After-Tax Quarterly T-Bill Daily Discount Yield | Additional Interest | Cumulative Royalty Damages With Interest End of Day |
|---|---|---|---|---|---|---|---|---|
| | | [A] | [B] | [C] | [D] | [E] | [F] | [G] |
| | 17 | $764,593 | 6.0% | $45,876 | $2,938,938 | 0.0031% | $92 | $2,984,906 |
| | 18 | $764,593 | 6.0% | $45,876 | $2,984,906 | 0.0031% | $94 | $3,030,875 |
| | 19 | $764,593 | 6.0% | $45,876 | $3,030,875 | 0.0031% | $95 | $3,076,845 |
| | 20 | $764,593 | 6.0% | $45,876 | $3,076,845 | 0.0031% | $96 | $3,122,817 |
| | 21 | $764,593 | 6.0% | $45,876 | $3,122,817 | 0.0031% | $98 | $3,168,791 |
| | 22 | $764,593 | 6.0% | $45,876 | $3,168,791 | 0.0031% | $99 | $3,214,766 |
| | 23 | $764,593 | 6.0% | $45,876 | $3,214,766 | 0.0031% | $101 | $3,260,742 |
| | 24 | $764,593 | 6.0% | $45,876 | $3,260,742 | 0.0031% | $102 | $3,306,720 |
| | 25 | $764,593 | 6.0% | $45,876 | $3,306,720 | 0.0031% | $104 | $3,352,699 |
| | 26 | $764,593 | 6.0% | $45,876 | $3,352,699 | 0.0031% | $105 | $3,398,680 |
| | 27 | $764,593 | 6.0% | $45,876 | $3,398,680 | 0.0031% | $106 | $3,444,662 |
| | 28 | $764,593 | 6.0% | $45,876 | $3,444,662 | 0.0031% | $108 | $3,490,645 |
| | 29 | $764,593 | 6.0% | $45,876 | $3,490,645 | 0.0031% | $109 | $3,536,630 |
| | 30 | $764,593 | 6.0% | $45,876 | $3,536,630 | 0.0031% | $111 | $3,582,617 |
| | 31 | $764,593 | 6.0% | $45,876 | $3,582,617 | 0.0031% | $112 | $3,628,605 |
| September | 1 | $764,593 | 6.0% | $45,876 | $3,628,605 | 0.0031% | $114 | $3,674,594 |
| | 2 | $764,593 | 6.0% | $45,876 | $3,674,594 | 0.0031% | $115 | $3,720,585 |
| | 3 | $764,593 | 6.0% | $45,876 | $3,720,585 | 0.0031% | $117 | $3,766,577 |
| | 4 | $764,593 | 6.0% | $45,876 | $3,766,577 | 0.0031% | $118 | $3,812,570 |
| | 5 | $764,593 | 6.0% | $45,876 | $3,812,570 | 0.0031% | $119 | $3,858,565 |
| | 6 | $764,593 | 6.0% | $45,876 | $3,858,565 | 0.0031% | $121 | $3,904,562 |
| | 7 | $764,593 | 6.0% | $45,876 | $3,904,562 | 0.0031% | $122 | $3,950,560 |
| | 8 | $764,593 | 6.0% | $45,876 | $3,950,560 | 0.0031% | $124 | $3,996,559 |
| | 9 | $764,593 | 6.0% | $45,876 | $3,996,559 | 0.0031% | $125 | $4,042,560 |
| | 10 | $764,593 | 6.0% | $45,876 | $4,042,560 | 0.0031% | $127 | $4,088,562 |
| | 11 | $764,593 | 6.0% | $45,876 | $4,088,562 | 0.0031% | $128 | $4,134,566 |
| | 12 | $764,593 | 6.0% | $45,876 | $4,134,566 | 0.0031% | $130 | $4,180,571 |
| | 13 | $764,593 | 6.0% | $45,876 | $4,180,571 | 0.0031% | $131 | $4,226,578 |
| | 14 | $764,593 | 6.0% | $45,876 | $4,226,578 | 0.0031% | $132 | $4,272,586 |
| | 15 | $764,593 | 6.0% | $45,876 | $4,272,586 | 0.0031% | $134 | $4,318,595 |
| | 16 | $764,593 | 6.0% | $45,876 | $4,318,595 | 0.0031% | $135 | $4,364,606 |
| | 17 | $764,593 | 6.0% | $45,876 | $4,364,606 | 0.0031% | $137 | $4,410,618 |
| | 18 | $764,593 | 6.0% | $45,876 | $4,410,618 | 0.0031% | $138 | $4,456,632 |
| | 19 | $764,593 | 6.0% | $45,876 | $4,456,632 | 0.0031% | $140 | $4,502,648 |
| | 20 | $764,593 | 6.0% | $45,876 | $4,502,648 | 0.0031% | $141 | $4,548,664 |
| | 21 | $764,593 | 6.0% | $45,876 | $4,548,664 | 0.0031% | $143 | $4,594,682 |
| | 22 | $764,593 | 6.0% | $45,876 | $4,594,682 | 0.0031% | $144 | $4,640,702 |
| | 23 | $764,593 | 6.0% | $45,876 | $4,640,702 | 0.0031% | $145 | $4,686,723 |
| | 24 | $764,593 | 6.0% | $45,876 | $4,686,723 | 0.0031% | $147 | $4,732,745 |
| | 25 | $764,593 | 6.0% | $45,876 | $4,732,745 | 0.0031% | $148 | $4,778,769 |
| | 26 | $764,593 | 6.0% | $45,876 | $4,778,769 | 0.0031% | $150 | $4,824,795 |
| | 27 | $764,593 | 6.0% | $45,876 | $4,824,795 | 0.0031% | $151 | $4,870,821 |
| | 28 | $764,593 | 6.0% | $45,876 | $4,870,821 | 0.0031% | $153 | $4,916,849 |
| | 29 | $764,593 | 6.0% | $45,876 | $4,916,849 | 0.0031% | $154 | $4,962,879 |
| | 30 | $764,593 | 6.0% | $45,876 | $4,962,879 | 0.0031% | $155 | $5,008,910 |
| October | 1 | $764,593 | 6.0% | $45,876 | $5,008,910 | 0.0031% | $157 | $5,054,943 |
| | 2 | $764,593 | 6.0% | $45,876 | $5,054,943 | 0.0031% | $158 | $5,100,977 |
| | 3 | $764,593 | 6.0% | $45,876 | $5,100,977 | 0.0031% | $160 | $5,147,012 |
| | 4 | $764,593 | 6.0% | $45,876 | $5,147,012 | 0.0031% | $161 | $5,193,049 |
| | 5 | $764,593 | 6.0% | $45,876 | $5,193,049 | 0.0031% | $163 | $5,239,087 |
| | 6 | $764,593 | 6.0% | $45,876 | $5,239,087 | 0.0031% | $164 | $5,285,127 |
| | 7 | $764,593 | 6.0% | $45,876 | $5,285,127 | 0.0031% | $166 | $5,331,168 |
| | 8 | $764,593 | 6.0% | $45,876 | $5,331,168 | 0.0031% | $167 | $5,377,211 |
| | 9 | $764,593 | 6.0% | $45,876 | $5,377,211 | 0.0031% | $168 | $5,423,255 |
| | 10 | $764,593 | 6.0% | $45,876 | $5,423,255 | 0.0031% | $170 | $5,469,300 |
| | 11 | $764,593 | 6.0% | $45,876 | $5,469,300 | 0.0031% | $171 | $5,515,347 |
| | 12 | $764,593 | 6.0% | $45,876 | $5,515,347 | 0.0031% | $173 | $5,561,396 |
| | 13 | $764,593 | 6.0% | $45,876 | $5,561,396 | 0.0031% | $174 | $5,607,446 |
| | 14 | $764,593 | 6.0% | $45,876 | $5,607,446 | 0.0031% | $176 | $5,653,497 |
| | 15 | $764,593 | 6.0% | $45,876 | $5,653,497 | 0.0031% | $177 | $5,699,550 |
| | 16 | $764,593 | 6.0% | $45,876 | $5,699,550 | 0.0031% | $179 | $5,745,604 |
| | 17 | $764,593 | 6.0% | $45,876 | $5,745,604 | 0.0031% | $180 | $5,791,659 |
| | 18 | $764,593 | 6.0% | $45,876 | $5,791,659 | 0.0031% | $181 | $5,837,717 |

**TAB 4**

**ACCOUNTING BASED ON ESTIMATED ADDITIONAL INFRINGING SALES**
**STARTING JUNE 14, 2008**

| Month | Day | Additional Daily Sales | Royalty Rate | Additional Daily Royalty Damages | Cumulative Royalty Damages With Interest Beginning of Day | After-Tax Quarterly T-Bill Daily Discount Yield | Additional Interest | Cumulative Royalty Damages With Interest End of Day |
|---|---|---|---|---|---|---|---|---|
| | | [A] | [B] | [C] | [D] | [E] | [F] | [G] |
| | 19 | $764,593 | 6.0% | $45,876 | $5,837,717 | 0.0031% | $183 | $5,883,775 |
| | 20 | $764,593 | 6.0% | $45,876 | $5,883,775 | 0.0031% | $184 | $5,929,835 |
| | 21 | $764,593 | 6.0% | $45,876 | $5,929,835 | 0.0031% | $186 | $5,975,896 |
| | 22 | $764,593 | 6.0% | $45,876 | $5,975,896 | 0.0031% | $187 | $6,021,959 |
| | 23 | $764,593 | 6.0% | $45,876 | $6,021,959 | 0.0031% | $189 | $6,068,023 |
| | 24 | $764,593 | 6.0% | $45,876 | $6,068,023 | 0.0031% | $190 | $6,114,089 |
| | 25 | $764,593 | 6.0% | $45,876 | $6,114,089 | 0.0031% | $192 | $6,160,156 |
| | 26 | $764,593 | 6.0% | $45,876 | $6,160,156 | 0.0031% | $193 | $6,206,225 |
| | 27 | $764,593 | 6.0% | $45,876 | $6,206,225 | 0.0031% | $194 | $6,252,295 |
| | 28 | $764,593 | 6.0% | $45,876 | $6,252,295 | 0.0031% | $196 | $6,298,366 |
| | 29 | $764,593 | 6.0% | $45,876 | $6,298,366 | 0.0031% | $197 | $6,344,439 |
| | 30 | $764,593 | 6.0% | $45,876 | $6,344,439 | 0.0031% | $199 | $6,390,514 |
| | 31 | $764,593 | 6.0% | $45,876 | $6,390,514 | 0.0031% | $200 | $6,436,590 |
| November | 1 | $764,593 | 6.0% | $45,876 | $6,436,590 | 0.0031% | $202 | $6,482,667 |
| | 2 | $764,593 | 6.0% | $45,876 | $6,482,667 | 0.0031% | $203 | $6,528,746 |
| | 3 | $764,593 | 6.0% | $45,876 | $6,528,746 | 0.0031% | $205 | $6,574,826 |
| | 4 | $764,593 | 6.0% | $45,876 | $6,574,826 | 0.0031% | $206 | $6,620,907 |
| | 5 | $764,593 | 6.0% | $45,876 | $6,620,907 | 0.0031% | $207 | $6,666,990 |
| | 6 | $764,593 | 6.0% | $45,876 | $6,666,990 | 0.0031% | $209 | $6,713,075 |
| | 7 | $764,593 | 6.0% | $45,876 | $6,713,075 | 0.0031% | $210 | $6,759,161 |
| | 8 | $764,593 | 6.0% | $45,876 | $6,759,161 | 0.0031% | $212 | $6,805,248 |
| | 9 | $764,593 | 6.0% | $45,876 | $6,805,248 | 0.0031% | $213 | $6,851,337 |
| | 10 | $764,593 | 6.0% | $45,876 | $6,851,337 | 0.0031% | $215 | $6,897,427 |
| | 11 | $764,593 | 6.0% | $45,876 | $6,897,427 | 0.0031% | $216 | $6,943,519 |
| | 12 | $764,593 | 6.0% | $45,876 | $6,943,519 | 0.0031% | $218 | $6,989,612 |
| | 13 | $764,593 | 6.0% | $45,876 | $6,989,612 | 0.0031% | $219 | $7,035,707 |
| | 14 | $764,593 | 6.0% | $45,876 | $7,035,707 | 0.0031% | $220 | $7,081,803 |
| | 15 | $764,593 | 6.0% | $45,876 | $7,081,803 | 0.0031% | $222 | $7,127,900 |
| | 16 | $764,593 | 6.0% | $45,876 | $7,127,900 | 0.0031% | $223 | $7,173,999 |
| | 17 | $764,593 | 6.0% | $45,876 | $7,173,999 | 0.0031% | $225 | $7,220,099 |
| | 18 | $764,593 | 6.0% | $45,876 | $7,220,099 | 0.0031% | $226 | $7,266,201 |
| | 19 | $764,593 | 6.0% | $45,876 | $7,266,201 | 0.0031% | $228 | $7,312,305 |
| | 20 | $764,593 | 6.0% | $45,876 | $7,312,305 | 0.0031% | $229 | $7,358,409 |
| | 21 | $764,593 | 6.0% | $45,876 | $7,358,409 | 0.0031% | $231 | $7,404,515 |
| | 22 | $764,593 | 6.0% | $45,876 | $7,404,515 | 0.0031% | $232 | $7,450,623 |
| | 23 | $764,593 | 6.0% | $45,876 | $7,450,623 | 0.0031% | $233 | $7,496,732 |
| | 24 | $764,593 | 6.0% | $45,876 | $7,496,732 | 0.0031% | $235 | $7,542,842 |
| | 25 | $764,593 | 6.0% | $45,876 | $7,542,842 | 0.0031% | $236 | $7,588,954 |
| | 26 | $764,593 | 6.0% | $45,876 | $7,588,954 | 0.0031% | $238 | $7,635,068 |
| | 27 | $764,593 | 6.0% | $45,876 | $7,635,068 | 0.0031% | $239 | $7,681,183 |
| | 28 | $764,593 | 6.0% | $45,876 | $7,681,183 | 0.0031% | $241 | $7,727,299 |
| | 29 | $764,593 | 6.0% | $45,876 | $7,727,299 | 0.0031% | $242 | $7,773,417 |
| | 30 | $764,593 | 6.0% | $45,876 | $7,773,417 | 0.0031% | $244 | $7,819,536 |
| December | 1 | $764,593 | 6.0% | $45,876 | $7,819,536 | 0.0031% | $245 | $7,865,656 |
| | 2 | $764,593 | 6.0% | $45,876 | $7,865,656 | 0.0031% | $246 | $7,911,778 |
| | 3 | $764,593 | 6.0% | $45,876 | $7,911,778 | 0.0031% | $248 | $7,957,902 |
| | 4 | $764,593 | 6.0% | $45,876 | $7,957,902 | 0.0031% | $249 | $8,004,027 |
| | 5 | $764,593 | 6.0% | $45,876 | $8,004,027 | 0.0031% | $251 | $8,050,153 |
| | 6 | $764,593 | 6.0% | $45,876 | $8,050,153 | 0.0031% | $252 | $8,096,281 |
| | 7 | $764,593 | 6.0% | $45,876 | $8,096,281 | 0.0031% | $254 | $8,142,410 |
| | 8 | $764,593 | 6.0% | $45,876 | $8,142,410 | 0.0031% | $255 | $8,188,541 |
| | 9 | $764,593 | 6.0% | $45,876 | $8,188,541 | 0.0031% | $257 | $8,234,673 |
| | 10 | $764,593 | 6.0% | $45,876 | $8,234,673 | 0.0031% | $258 | $8,280,807 |
| | 11 | $764,593 | 6.0% | $45,876 | $8,280,807 | 0.0031% | $259 | $8,326,942 |
| | 12 | $764,593 | 6.0% | $45,876 | $8,326,942 | 0.0031% | $261 | $8,373,078 |
| | 13 | $764,593 | 6.0% | $45,876 | $8,373,078 | 0.0031% | $262 | $8,419,216 |
| | 14 | $764,593 | 6.0% | $45,876 | $8,419,216 | 0.0031% | $264 | $8,465,355 |
| | 15 | $764,593 | 6.0% | $45,876 | $8,465,355 | 0.0031% | $265 | $8,511,496 |
| | 16 | $764,593 | 6.0% | $45,876 | $8,511,496 | 0.0031% | $267 | $8,557,639 |
| | 17 | $764,593 | 6.0% | $45,876 | $8,557,639 | 0.0031% | $268 | $8,603,782 |
| | 18 | $764,593 | 6.0% | $45,876 | $8,603,782 | 0.0031% | $270 | $8,649,927 |
| | 19 | $764,593 | 6.0% | $45,876 | $8,649,927 | 0.0031% | $271 | $8,696,074 |
| | 20 | $764,593 | 6.0% | $45,876 | $8,696,074 | 0.0031% | $272 | $8,742,222 |
| | 21 | $764,593 | 6.0% | $45,876 | $8,742,222 | 0.0031% | $274 | $8,788,372 |

**TAB 4**

**ACCOUNTING BASED ON ESTIMATED ADDITIONAL INFRINGING SALES**
**STARTING JUNE 14, 2008**

| Month | Day | Additional Daily Sales | Royalty Rate | Additional Daily Royalty Damages | Cumulative Royalty Damages With Interest Beginning of Day | After-Tax Quarterly T-Bill Daily Discount Yield | Additional Interest | Cumulative Royalty Damages With Interest End of Day |
|---|---|---|---|---|---|---|---|---|
| | | [A] | [B] | [C] | [D] | [E] | [F] | [G] |
| | 22 | $764,593 | 6.0% | $45,876 | $8,788,372 | 0.0031% | $275 | $8,834,523 |
| | 23 | $764,593 | 6.0% | $45,876 | $8,834,523 | 0.0031% | $277 | $8,880,675 |
| | 24 | $764,593 | 6.0% | $45,876 | $8,880,675 | 0.0031% | $278 | $8,926,829 |
| | 25 | $764,593 | 6.0% | $45,876 | $8,926,829 | 0.0031% | $280 | $8,972,984 |
| | 26 | $764,593 | 6.0% | $45,876 | $8,972,984 | 0.0031% | $281 | $9,019,141 |
| | 27 | $764,593 | 6.0% | $45,876 | $9,019,141 | 0.0031% | $283 | $9,065,299 |
| | 28 | $764,593 | 6.0% | $45,876 | $9,065,299 | 0.0031% | $284 | $9,111,459 |
| | 29 | $764,593 | 6.0% | $45,876 | $9,111,459 | 0.0031% | $285 | $9,157,620 |
| | 30 | $764,593 | 6.0% | $45,876 | $9,157,620 | 0.0031% | $287 | $9,203,782 |
| | 31 | $764,593 | 6.0% | $45,876 | $9,203,782 | 0.0031% | $288 | $9,249,946 |

Notes & Sources:
Assumes sales occur at end of day.
- [A] Additional daily sales assumed to equal average daily Abraxane sales in Q2 2007. Calculated as $69.6 million / 91 days. *See* Tab 1.
- [B] Royalty rate awarded at trial, June 13, 2008.
- [C] = [A] * [B].
- [D] June 14, 2008 equals zero.
  After June 14, 2008 equals [G]$_{t-1}$.
- [E] = (1+After-Tax Quarterly T-Bill Discount Yield in May 2008)^(1/92)-1. *See* Tab 2, column [C].
- [F] No interest is collected on June 14, 2008.
  After June 14, 2008 calculated as [D] * [E].
- [G] = [C] + [D] + [F].