IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ELAN PHARMA INTERNATIONAL LIMITED, | § § § § | |
| Plaintiff, | § § | |
| v. | § § § | C.A. No. 06-438-GMS |
| ABRAXIS BIOSCIENCE, INC., | § § § | |
| Defendant. | § § § | |

**PLAINTIFF ELAN PHARMA INTERNATIONAL LIMITED'S
CONDITIONAL MOTION FOR NEW TRIAL ON
<u>ITS CLAIMS OF INDUCED AND CONTRIBUTORY INFRINGEMENT</u>**

In the event that the Court's judgment of direct infringement against Abraxis BioScience, Inc. ("Abraxis") is vacated or otherwise modified, Plaintiff Elan Pharma International Limited ("Elan") respectfully moves for a new trial on its claims of induced and contributory infringement.

The grounds for this motion are set forth in the accompanying Opening Brief, and a proposed Order setting forth the relief requested by Elan is attached.

*Of Counsel:*

Stephen E. Scheve
Linda M. Glover
Robert Riddle
BAKER BOTTS LLP
One Shell Plaza
910 Louisiana Street
Houston, TX 77042-4995
(713) 229-1659

ASHBY & GEDDES

*/s/ John G. Day*

Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Lauren E. Maguire (I.D. #4261)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com
lmaguire@ashby-geddes.com

*Attorneys for Plaintiff
Elan Pharma International Limited*

Paul F. Fehlner
Jeffrey D. Sullivan
Lisa A. Chiarini
BAKER BOTTS LLP
30 Rockefeller Plaza
New York, NY 10112-4498
(212) 408-2527

Dated: June 30, 2008

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ELAN PHARMA INTERNATIONAL LIMITED, | § § § § | |
| Plaintiff, | § § | |
| v. | § § | C.A. No. 06-438-GMS |
| ABRAXIS BIOSCIENCE, INC., | § § § | |
| Defendant. | § § § | |

**ORDER GRANTING NEW TRIAL
ON PLAINTIFF ELAN PHARMA INTERNATIONAL LIMITED'S
CLAIMS OF INDUCED AND CONTRIBUTORY INFRINGEMENT**

The Court, having considered Plaintiff Elan Pharma International Limited's ("Elan") Conditional Motion For New Trial On Its Claims Of Induced And Contributory Infringement, and defendant's response thereto:

It is therefore ORDERED that should the jury verdict and judgment of direct infringement against Abraxis BioScience, Inc. be vacated or otherwise modified, a new trial on Elan's claims of induced and contributory infringement (as well as direct infringement) shall be held.

_____
Chief Judge

Dated:_____