IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ELAN PHARMA INTERNATIONAL LIMITED, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 06-438-GMS |
| ABRAXIS BIOSCIENCE, INC., | ) ) | **PUBLIC VERSION** |
| Defendant. | ) ) | |

### DECLARATION OF ERIK J. OLSON IN SUPPORT OF DEFENDANT ABRAXIS BIOSCIENCE, INC.'S ANSWERING BRIEF IN OPPOSITION TO ELAN'S MOTION FOR (1) AN AWARD OF PREJUDGMENT INTEREST AND (2) AN ACCOUNTING OF ABRAXIS'S INFRINGING SALES SINCE JUNE 12, 2008

OF COUNSEL:
Michael A. Jacobs
MORRISON & FOERSTER, LLP
425 Market Street
San Francisco, CA 94105-2482
(415) 268-7000

Emily A. Evans
Eric S. Walters
Erik J. Olson
Paul F. Coyne
Diana B. Kruze
MORRISON & FOERSTER, LLP
755 Page Mill Road
Palo Alto, CA 94304-1018
(650) 813-5600

Anders T. Aannestad
MORRISON & FOERSTER LLP
12531 High Bluff Drive
San Diego, California 92130
(858) 720-5100

Dated: July 18, 2008

YOUNG CONAWAY STARGATT
& TAYLOR, LLP
Josy W. Ingersoll (#1088)
Elena C. Norman (#4780)
Karen E. Keller (#4489)
Michele Sheretta Budicak (#4651)
Jeffrey T. Castellano (#4837)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
(302) 571-6600
jingersoll@ycst.com
enorman@ycst.com
kkeller@ycst.com
mbudicak@ycst.com
jcastellano@ycst.com

Attorneys for Defendant
ABRAXIS BIOSCIENCE, INC.

I, Erik J. Olson, declare as follow:

1. I am an attorney admitted to practice in the State of California, and I am admitted pro hac vice in the above-captioned action. I am a partner with the law firm of Morrison & Foerster LLP, attorneys for Abraxis BioScience, Inc. ("Abraxis") in the above-captioned action. I submit this Declaration in Support of Abraxis's Answering Brief In Opposition To Elan's Motion Tor (1) An Award Of Prejudgment Interest And (2) An Accounting Of Defendant Abraxis Bioscience, Inc.'s Infringing Sales Since June 12, 2008. I have personal knowledge of the matters set forth herein, and if called upon to do so, I could and would completely testify thereto.

2. Attached hereto as Exhibit A is a true and correct copy of Supplemental Tab 4 to the Supplemental Expert Report of John C. Jarosz dated May 23, 2008. This table is a document that was shown to Mr. Jarosz during cross examination on pages 859 and 860 of the trial transcript.

3. Abraxis publicly reports its balance sheet as a part of its financial statements in filings made with the United States Securities & Exchange Commission, which are verified by officers of the company. The most recent filing was in a Form 10-Q on May 15, 2008. A true and correct copy of Abraxis's balance sheet from that filing is attached as Exhibit B. As reflected in the filing, Abraxis had $698,244,000 in cash and cash equivalents $865,922,000 in current assets.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Executed this 17th day of July, 2008 at Palo Alto, California.

Erik J. Olson

## CERTIFICATE OF SERVICE

I, Karen E. Keller, Esquire, hereby certify that on July 23, 2008, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Steven J. Balick, Esquire
> ASHBY & GEDDES
> 500 Delaware Avenue, 8th Floor
> Wilmington, DE 19801

I further certify that on July 23, 2008, I caused a true and correct copy of the foregoing document to be served by e-mail on the above-listed counsel of record and on the following non-registered participants in the manner indicated:

**BY E-MAIL**

> Stephen Scheve, Esquire
> BAKER BOTTS L.L.P.
> One Shell Plaza
> 910 Louisiana Street
> Houston, TX  77002-4995
> steve.scheve@bakerbotts.com

> Paul F. Fehlner, Esquire
> BAKER BOTTS L.L.P.
> 30 Rockefeller Plaza
> New York, NY  10112-4498
> paul.fehlner@bakerbotts.com

2

       YOUNG CONAWAY STARGATT
        & TAYLOR, LLP


/s/ *Karen E. Keller*
Josy W. Ingersoll (No. 1088)
jingersoll@ycst.com
Elena C. Norman (No. 4780)
enorman@ycst.com
Karen E. Keller (No. 4489)
kkeller@ycst.com
Michele Sherretta Budicak (No. 4651)
mbudicak@ycst.com
Jeffrey T. Castellano (No. 4837)
jcastellano@ycst.com
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware  19899
(302) 571-6600

*Attorneys for Defendant*
*ABRAXIS BIOSCIENCE, INC*.

2

# EXHIBIT A

**RESTRICTED CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

**SUPPLEMENTAL TAB 4**

**NEW ABRAXIS**
**2005 - Q1 2008 PROFIT AND LOSS STATEMENT**

|  | 2005 | | 2006 | | 2007 | | Q1 2008 | | Total | |
|---|---|---|---|---|---|---|---|---|---|---|
| **Revenue** | $ | % | $ | % | $ | % | $ | % | $ | % |
| Abraxane revenue | | | | | | | | | | |
|   From sales | 133,731 | 98.6% | 156,724 | 86.0% | 288,328 | 86.4% | 70,841 | 86.2% | 649,625 | 88.5% |
|   From AstraZeneca Alliance | - | 0.0% | 18,182 | 10.0% | 36,364 | 10.9% | 9,091 | 11.1% | 63,636 | 8.7% |
| Other revenue | 1,944 | 1.4% | 7,381 | 4.0% | 8,994 | 2.7% | 2,210 | 2.7% | 20,529 | 2.8% |
| **Total revenue** | 135,675 | 100.0% | 182,287 | 100.0% | 333,686 | 100.0% | 82,142 | 100.0% | 733,790 | 100.0% |
|  | | | | | | | | | | |
| **Cost of sales** | 24,066 | 17.7% | 21,183 | 11.6% | 34,450 | 10.3% | 8,607 | 10.5% | 88,306 | 12.0% |
| **Gross profit** | 111,609 | 82.3% | 161,104 | 88.4% | 299,236 | 89.7% | 73,535 | 89.5% | 645,484 | 88.0% |
|  | | | | | | | | | | |
| **Expenses** | | | | | | | | | | |
| Research and development | 50,121 | 36.9% | 63,073 | 34.6% | 88,717 | 26.6% | 20,822 | 25.3% | 222,733 | 30.4% |
| Selling, general and administrative | 69,239 | 51.0% | 119,462 | 65.5% | 230,031 | 68.9% | 45,300 | 55.1% | 464,032 | 63.2% |
| Amortization of merger related intangibles | - | 0.0% | 27,349 | 15.0% | 38,615 | 11.6% | 9,653 | 11.8% | 75,617 | 10.3% |
| Merger related in-process research and development charge | - | 0.0% | 83,447 | 45.8% | - | 0.0% | - | 0.0% | 83,447 | 11.4% |
| Other merger related costs | - | 0.0% | 16,722 | 9.2% | - | 0.0% | - | 0.0% | 16,722 | 2.3% |
| Equity in net income of Drug Source Company, LLC | (1,843) | -1.4% | (2,776) | -1.5% | (3,771) | -1.1% | 248 | 0.3% | (8,142) | -1.1% |
| **Total operating expenses** | 117,517 | 86.6% | 307,277 | 168.6% | 353,592 | 106.0% | 76,023 | 92.6% | 854,409 | 116.4% |
| **Income from operations** | (5,908) | -4.4% | (146,173) | -80.2% | (54,356) | -16.3% | (2,488) | -3.0% | (208,925) | -28.5% |

Notes & Sources:
Data in thousands.
Abraxane revenue from sales calculated as total Abraxane revenue minus Abraxane revenue from AstraZeneca Alliance.
$200 million received from the Astra Zeneca Alliance pro-rated from July 1, 2006.
  *See* Abraxis BioScience, Inc., Annual Report (Form 10-K), at 11, 58 (Mar. 1, 2007); Abraxis BioScience, Inc., Annual Report (Form 10-K), at 51, 68 (Mar. 31, 2008); and Abraxis BioScience, Inc., Quarterly Report (Form 10-Q), at 25 (May 15, 2008).
Other revenue includes $20 million up-front fee received from the Taiho agreement recognized ratably over the estimated life of the agreement.
  *See* Abraxis BioScience, Inc., Annual Report (Form 10-K), at 34, 58 (Mar. 1, 2007); Abraxis BioScience, Inc., Annual Report (Form 10-K), at 46, 69 (Mar. 31, 2008); and Abraxis BioScience, Inc., Quarterly Report (Form 10-Q), at 15 (May 15, 2008).
2005 – 2007 from Abraxis BioScience, Inc., Annual Report (Form 10-K), at 60 (Mar. 31, 2008).
Q1 2008 from Abraxis BioScience, Inc., Quarterly Report (Form 10-Q), at 4 (May 15, 2008).

# EXHIBIT B



# FORM 10-Q

## Abraxis Biosciences, Inc. - ABII

**Filed: May 15, 2008 (period: March 31, 2008)**

Quarterly report which provides a continuing view of a company's financial position

PART I. FINANCIAL INFORMATION

ITEM 1.    FINANCIAL STATEMENTS

Abraxis BioScience, Inc.

Condensed Consolidated and Combined Balance Sheets

(in thousands, except share data)

|  | March 31, 2008 (unaudited) | December 31, 2007 |
|---|---:|---:|
| **Assets** | | |
| Current assets: | | |
|     Cash and cash equivalents | $ 698,244 | $ 705,125 |
|     Accounts receivable, net of chargebacks of $1,061 in 2008 and $1,172 in 2007 and credit returns of $170 in 2008 and $414 in 2007 | 41,359 | 43,944 |
|     Related party receivable | 5,033 | 1,958 |
|     Inventories | 71,204 | 73,677 |
|     Prepaid expenses and other current assets | 15,583 | 18,572 |
|     Deferred income taxes | 34,499 | 33,696 |
|         Total current assets | 865,922 | 876,972 |
| Property, plant and equipment, net | 144,952 | 145,120 |
| Investment in Drug Source Company, LLC | 9,027 | 9,275 |
| Intangible assets, net of accumulated amortization of $76,806 in 2008 and $67,136 in 2007 | 195,561 | 205,231 |
| Goodwill | 241,361 | 241,361 |
| Other non-current assets | 26,682 | 24,296 |
|     Total assets | $ 1,483,505 | $ 1,502,255 |
| **Liabilities and stockholders' equity** | | |
| Current liabilities: | | |
|     Accounts payable | $ 27,032 | $ 33,579 |
|     Accrued liabilities | 58,078 | 54,927 |
|     Accounts payable to related parties | — | 6,986 |
|     Income taxes payable | 95 | 5,010 |
|     Deferred revenue | 41,289 | 41,289 |
|         Total current liabilities | 126,494 | 141,791 |
| Deferred income taxes, non-current | 33,199 | 32,396 |
| Long-term portion of deferred revenue | 110,829 | 121,138 |
| Other non-current liabilities | 9,490 | 9,543 |
|     Total liabilities | 280,012 | 304,868 |
| Stockholders' equity: | | |
| Common stock—$0.001 par value; 100,000,000 shares authorized; 40,014,706 and 39,993,684 shares issued and outstanding at March 31, 2008 and December 31, 2007, respectively | 40 | 40 |
|     Additional paid-in capital | 1,194,327 | 1,192,461 |
|     Retained earnings | 8,391 | 4,082 |
|     Accumulated other comprehensive income | 735 | 804 |
|         Total stockholders' equity | 1,203,493 | 1,197,387 |
|         Total liabilities and stockholders' equity | $ 1,483,505 | $ 1,502,255 |

*See notes to condensed consolidated and combined financial statements.*

3

Source: Abraxis Biosciences,, 10-Q, May 15, 2008