IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ELAN PHARMA INTERNATIONAL LIMITED, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 06-438-GMS |
| ABRAXIS BIOSCIENCE, INC., | ) ) ) | |
| Defendant. | ) | |

**<u>NOTICE OF FILING WITH CLERK'S OFFICE</u>**

Plaintiff Elan Pharma International Limited hereby gives NOTICE that the document listed below is being manually filed with the Court because of its voluminous size and is available in paper form only:

**SEALED APPENDIX OF EXHIBITS AND TRIAL TRANSCRIPT EXCERPTS TO PLAINTIFF ELAN PHARMA INTERNATIONAL LIMITED'S ANSWERING BRIEF IN OPPOSITION TO ABRAXIS BIOSCIENCE, INC.'S MOTIONS FOR JUDGMENT AS A MATTER OF LAW OF NONINFRINGEMENT, INVALIDITY, INEQUITABLE CONDUCT, AND ITS MOTION FOR NEW TRIAL**

The original document is maintained in the case file in the Clerk's Office.

| | |
|---|---|
| *Of Counsel:* | ASHBY & GEDDES |
| | /s/ *John G. Day* |
| Stephen E. Scheve | _____ |
| Robert Riddle | Steven J. Balick (I.D. #2114) |
| BAKER BOTTS L.L.P. | John G. Day (I.D. #2403) |
| One Shell Plaza | Lauren E. Maguire (I.D. # 4261) |
| 910 Louisiana Street | 500 Delaware Avenue, 8th Floor |
| Houston, Texas 77042-4995 | Wilmington, Delaware 19899-1150 |
| (713) 229-1659 Telephone | (302) 654-1888 Telephone |
| | sbalick@ashby-geddes.com |
| | jday@ashby-geddes.com |
| Paul F. Fehlner | lmaguire@ashby-geddes.com |
| Jeffrey D. Sullivan | |
| Lisa A. Chiarini | *Attorneys for Plaintiff,* |
| BAKER BOTTS L.L.P. | Elan Pharma International Limited |
| 30 Rockefeller Plaza | |
| New York, New York 10112-4498 | |
| (212) 408-2527 Telephone | |

Dated: August 4, 2008

- 2 -