IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ELAN PHARMA INTERNATIONAL LIMITED, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | C.A. No. 06-438-GMS |
| ABRAXIS BIOSCIENCE, INC., | ) ) | |
| Defendant. | ) ) | |

## <u>NOTICE OF FILING WITH CLERK'S OFFICE</u>

Plaintiff Elan Pharma International Limited hereby gives NOTICE that the document

listed below is being manually filed with the Court because of its voluminous size and is

available in paper form only:

**SEALED APPENDIX OF EXHIBITS AND TRIAL TRANSCRIPT EXCERPTS TO
PLAINTIFF ELAN PHARMA INTERNATIONAL LIMITED'S ANSWERING BRIEF
IN OPPOSITION TO ABRAXIS BIOSCIENCE, INC.'S MOTION TO AMEND THE
JUDGMENT AND ENTER FINDINGS THAT ELAN ENGAGED IN INEQUITABLE
CONDUCT IN PROCURING THE '363 AND '025 PATENTS**

The original document is maintained in the case file in the Clerk's Office.

ASHBY & GEDDES

*/s/ John G. Day*

_____

Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Lauren E. Maguire (I.D. #4261)
500 Delaware Avenue, 8th Floor
Wilmington, Delaware  19899-1150
(302) 654-1888 Telephone
sbalick@ashby-geddes.com
jday@ashby-geddes.com
lmaguire@ashby-geddes.com

*Attorneys for Plaintiff,*
*Elan Pharma International Limited*

*Of Counsel:*

Stephen E. Scheve
Robert Riddle
BAKER BOTTS L.L.P.
One Shell Plaza
910 Louisiana Street
Houston, Texas  77042-4995
(713) 229-1659 Telephone

Paul F. Fehlner
Jeffrey D. Sullivan
Lisa A. Chiarini
BAKER BOTTS L.L.P.
30 Rockefeller Plaza
New York, New York  10112-4498
(212) 408-2527 Telephone

Dated: August 4, 2008