IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ELAN PHARMA INTERNATIONAL LIMITED,<br><br>        Plaintiff,<br><br>v.<br><br>ABRAXIS BIOSCIENCE, INC.,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>) C.A. No. 06-438-GMS<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF FILING WITH CLERK'S OFFICE

Plaintiff Elan Pharma International Limited hereby gives NOTICE that the document listed below is being manually filed with the Court because of its voluminous size and is available in paper form only:

**REDACTED PUBLIC VERSION OF APPENDIX OF EXHIBITS AND TRIAL TRANSCRIPT EXCERPTS TO PLAINTIFF ELAN PHARMA INTERNATIONAL LIMITED'S ANSWERING BRIEF IN OPPOSITION TO ABRAXIS BIOSCIENCE, INC.'S MOTION TO AMEND THE JUDGMENT AND ENTER FINDINGS THAT ELAN ENGAGED IN INEQUITABLE CONDUCT IN PROCURING THE '363 AND '025 PATENTS**

The original document is maintained in the case file in the Clerk's Office.

{00233720;v1}

*Of Counsel:*

Stephen E. Scheve
Robert Riddle
BAKER BOTTS L.L.P.
One Shell Plaza
910 Louisiana Street
Houston, Texas 77042-4995
(713) 229-1659 Telephone

Paul F. Fehlner
Jeffrey D. Sullivan
Lisa A. Chiarini
BAKER BOTTS L.L.P.
30 Rockefeller Plaza
New York, New York 10112-4498
(212) 408-2527 Telephone

Dated: August 14, 2008

ASHBY & GEDDES

*/s/ Lauren E. Maguire*
_____
Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Lauren E. Maguire (I.D. #4261)
500 Delaware Avenue, 8th Floor
Wilmington, Delaware 19899-1150
(302) 654-1888 Telephone
sbalick@ashby-geddes.com
jday@ashby-geddes.com
lmaguire@ashby-geddes.com

*Attorneys for Plaintiff,*
*Elan Pharma International Limited*