IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ELAN PHARMA INTERNATIONAL LIMITED, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | C.A. No. 06-438-GMS |
| ABRAXIS BIOSCIENCE, INC., | ) ) ) | |
| Defendant. | ) | |

### NOTICE OF FILING WITH CLERK'S OFFICE

Plaintiff Elan Pharma International Limited hereby gives NOTICE that the document listed below is being manually filed with the Court because of its voluminous size and is available in paper form only:

**REDACTED PUBLIC VERSION OF APPENDIX OF EXHIBITS AND TRIAL TRANSCRIPT EXCERPTS TO PLAINTIFF ELAN PHARMA INTERNATIONAL LIMITED'S ANSWERING BRIEF IN OPPOSITION TO ABRAXIS BIOSCIENCE, INC.'S MOTION FOR JUDGMENT AS A MATTER OF LAW OF NONINFRINGEMENT, INVALIDITY, INEQUITABLE CONDUCT, AND ITS MOTION FOR NEW TRIAL**

The original document is maintained in the case file in the Clerk's Office.

{00233720;v1}

|  |  |
|---|---|
|  | ASHBY & GEDDES |
|  |  |
|  | /s/ Lauren E. Maguire |
|  | ———————————————— |
| *Of Counsel:* | Steven J. Balick (I.D. #2114) |
|  | John G. Day (I.D. #2403) |
| Stephen E. Scheve | Lauren E. Maguire (I.D. #4261) |
| Robert Riddle | 500 Delaware Avenue, 8th Floor |
| BAKER BOTTS L.L.P. | Wilmington, Delaware 19899-1150 |
| One Shell Plaza | (302) 654-1888 Telephone |
| 910 Louisiana Street | sbalick@ashby-geddes.com |
| Houston, Texas 77042-4995 | jday@ashby-geddes.com |
| (713) 229-1659 Telephone | lmaguire@ashby-geddes.com |
|  |  |
| Paul F. Fehlner | *Attorneys for Plaintiff,* |
| Jeffrey D. Sullivan | *Elan Pharma International Limited* |
| Lisa A. Chiarini |  |
| BAKER BOTTS L.L.P. |  |
| 30 Rockefeller Plaza |  |
| New York, New York 10112-4498 |  |
| (212) 408-2527 Telephone |  |

Dated: August 14, 2008