IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ELAN PHARMA INTERNATIONAL LIMITED, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 06-438-GMS |
| ABRAXIS BIOSCIENCE, INC., | ) ) | **REDACTED –** |
| Defendant. | ) ) ) | <u>**PUBLIC VERSION**</u> |

**APPENDIX OF EXHIBITS TO
DEFENDANT ABRAXIS BIOSCIENCE, INC.'S REPLY BRIEF IN SUPPORT OF ITS
MOTION FOR JUDGMENT AS A MATTER OF LAW OF NONINFRINGEMENT,
INVALIDITY, INEQUITABLE CONDUCT, AND ITS MOTION FOR NEW TRIAL AND
DEFENDANT ABRAXIS BIOSCIENCE, INC.'S REPLY BRIEF IN SUPPORT
OF ITS MOTION TO AMEND THE JUDGMENT AND ENTER FINDINGS
THAT ELAN ENGAGED IN INEQUITABLE CONDUCT IN PROCURING
THE '363 AND '025 PATENTS**

OF COUNSEL:

Michael A. Jacobs
MORRISON & FOERSTER, LLP
425 Market Street
San Francisco, CA 94105-2482
(415) 268-7000

Emily A. Evans
Eric S. Walters
Erik J. Olson
Paul F. Coyne
Diana B. Kruze
MORRISON & FOERSTER, LLP
755 Page Mill Road
Palo Alto, CA 94304-1018
(650) 813-5600

Anders T. Aannestad
MORRISON & FOERSTER LLP
12531 High Bluff Drive
San Diego, California 92130
(858) 720-5100

Dated:  August 18, 2008

YOUNG CONAWAY STARGATT
& TAYLOR, LLP
Josy W. Ingersoll (#1088)
Elena C. Norman (#4780)
Karen E. Keller (#4489)
Michele Sheretta Budicak (#4651)
Jeffrey T. Castellano (#4837)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
(302) 571-6600
jingersoll@ycst.com
enorman@ycst.com
kkeller@ycst.com
mbudicak@ycst.com
jcastellano@ycst.com

Attorneys for Defendant
ABRAXIS BIOSCIENCE, INC.

**TABLE OF CONTENTS**

| Exhibit No. | Description | Date | Page Nos. |
|---|---|---|---|
| JX088 | Sterling Memo from Department of Vascular and Biochemical Pharmacology re Final Study Report for Study Report No. 1137 | 03/02/1993 | A 2207-2256 |
| PX717 | Laboratory Notebook 5489 (Nancy Peltier) | | A 2257-2272 |
| DX472 | CV – Jerry L. Atwood, Ph.D. (Exhibit A to Atwood Opening Expert Report) | | A 2273-2346 |
| DX474 | CV – Mansoor M. Amiji, R.Ph., Ph.D. (Exhibit A to Amiji Opening Expert Report) | | A 2347-2393 |
| | Excerpts from Plaintiff Elan Pharma International Limited's Sixth Amended Answers and Objections to Defendant Abraxis's Second Set of Interrogatories (Nos. 2-9) | 10/29/2007 | A 2394-2399 |
| | Excerpts from Plaintiff Elan Pharma International Limited's First Amended Objections and Answers to Defendant Abraxis's Third Set of Interrogatories (Nos. 10-13) | 10/29/2007 | A 2400-2404 |
| | Excerpts of Trial Transcripts | 06/02-11/2008 | A 2405-2420 |

DB02:7146170.1                                          065496.1001

## CERTIFICATE OF SERVICE

I, Karen E. Keller, Esquire, hereby certify that on August 20, 2008, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Steven J. Balick, Esquire
> ASHBY & GEDDES
> 500 Delaware Avenue, 8th Floor
> Wilmington, DE 19801

I further certify that on August 20, 2008, I caused a true and correct copy of the foregoing document to be served by e-mail on the above-listed counsel of record and on the following non-registered participants in the manner indicated:

**BY E-MAIL**

> Stephen Scheve, Esquire
> BAKER BOTTS L.L.P.
> One Shell Plaza
> 910 Louisiana Street
> Houston, TX 77002-4995
> steve.scheve@bakerbotts.com

> Paul F. Fehlner, Esquire
> BAKER BOTTS L.L.P.
> 30 Rockefeller Plaza
> New York, NY 10112-4498
> paul.fehlner@bakerbotts.com

YOUNG CONAWAY STARGATT
 &  TAYLOR, LLP


/s/ *Karen E. Keller*
Josy W. Ingersoll (No. 1088)
jingersoll@ycst.com
Elena C. Norman (No. 4780)
enorman@ycst.com
Karen E. Keller (No. 4489)
kkeller@ycst.com
Michele Sherretta Budicak (No. 4651)
mbudicak@ycst.com
Jeffrey T. Castellano (No. 4837)
jcastellano@ycst.com
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware  19899
(302) 571-6600

*Attorneys for Defendant*
*ABRAXIS BIOSCIENCE, INC.*

2

# PAGES A 2207- 2272

## REDACTED IN THEIR ENTIRETY

## CURRICULUM VITAE

### Jerry L. Atwood

**Personal**

Date of Birth: July 27, 1942
Place of Birth: Springfield, Missouri
Married:       Tracey Machen, 1984

**Education**

B.S., Southwest Missouri State, Chemistry and Mathematics, 1964
Ph.D., University of Illinois, 1968

**Professional Experience**

Assistant Professor, University of Alabama, 1968-1972
Associate Professor, University of Alabama, 1972-1978
Professor, University of Alabama, 1978-1987
Visiting Professor, Imperial College, 1977
University Research Professor, University of Alabama, 1987 - 1994
Professor and Chairman, University of Missouri-Columbia, 1994-
Curators' Professor, University of Missouri-Columbia, 1999-

**Professional Activities**

Co-Editor, *New Journal of Chemistry* (2005-)
Editor, *Journal of Supramolecular Chemistry* (2000-2004)
Editor, *Supramolecular Chemistry* (1992-2000 )
Associate Editor, *Chemical Communications* (1996-2006)
Consulting Editor, *Journal of Chemical Crystallography* (1999-)
Editor, *Journal of Chemical Crystallography* (1985-1998)
Regional Editor, *Journal of Coordination Chemistry*, A & B (1985-1993)
Editor, *Journal of Inclusion Phenomena* (1983-1991)
Editorial Advisory Board, *Crystal Growth & Design* (2000-)
International Advisory Editorial Board, *New Journal of Chemistry* (2003-)
Editorial Board, *Supramolecular Chemistry* (2000-)
Editorial Board, *Journal of Coordination Chemistry* (1993-)
Editorial Board, *Journal of Organometallic Chemistry* (1986-2000)
Editorial Board, *Crystal Engineering* (1998-)
Co-Editor, *Inclusion Compounds* (five volumes)
Co-Editor, *Comprehensive Supramolecular Chemistry* (ten volumes)
Co-Editor, *Encyclopedia of Supramolecular Chemistry* (two volumes)
Member, American Chemical Society
Member, American Institute of Chemical Engineers
Member, Royal Society of Chemistry
Member, American Crystallographic Association
Institute of Scientific Information, Highly Cited Researchers, isihighlycited.com

**Publications Summary**

| | |
|---|---|
| Publications in Refereed Journals | 632 |
| Patents | 11 |

Case No. 06-438-GMS
**DX-472**

**Honors and Awards:**

| | |
|---|---|
| 1986 | Burnum Award for Teaching and Research, U of Alabama |
| 1987 | University Research Professor, U of Alabama |
| 1989 | von Humboldt Senior Scientist Award, Germany |
| 1992 | Japanese Society for the Promotion of Science Award |
| 1996 | Outstanding Alumni Award, SMSU |
| 1999 | Curators' Professor, University of Missouri (MU) |
| 2000 | President's Award for Research and Creative Activity, MU |
| 2000 | Izatt-Christensen International Macrocyclic Chemistry     Award |
| 2000 | Polish Academy of Science, Elected Foreign Member |
| 2002 | Alumni-Faculty Award, MU |
| 2005 | Royal Society of Chemistry, Elected Fellow |
| 2005 | Honorary Medal of the Institute of Physical Chemistry, Polish Academy of Sciences |
| 2005 | Midwest Chemist Award, American Chemical Society |

2

## PUBLICATIONS

1. J. L. Atwood and G. D. Stucky, "The Crystal and Molecular Stucture of [Al(CH$_3$)$_3$]$_2$·C$_4$H$_8$O$_2$," *J. Amer. Chem. Soc.*, **89**, 5362 (1967).

2. J. L. Atwood and G. D. Stucky, "Dative Nitrogen-to-Metal π-bonding in Bis(dimethylamino)beryllium," *Chem. Comm.*, 1169 (1967).

3. J. L. Atwood and G. D. Stucky, "Mg[Al(OCH$_3$)$_2$(CH$_3$)$_2$]$_2$·C$_4$H$_8$O$_2$ A Novel Coordination Compound of a Metal Alkoxide and a Donor Molecule," *J. Organometal. Chem.*, **13**, 53 (1968).

4. J. L. Atwood and G. D. Stucky, "The Stereochemistry of Polynuclear Compounds of the Main Group Elements. VII. The Structure of Octamethyldialuminummonomagnesium," *J. Amer. Chem. Soc.*, **91**, 2538 (1969).

5. J. L. Atwood and G. D. Stucky, "The Stereochemistry of Polynuclear Compounds of the Main Group Elements. XI. The Structure of Bis(dimethylamino)beryllium and Its Reaction with Trimethylaluminum," *J. Amer. Chem. Soc.*, **91**, 4426 (1969).

6. J. L. Atwood and G. D. Stucky, "The Stereochemistry of Polynuclear Compounds of the Main Group Elements.  XII.  The Synthesis and Structure of the Ethyleniminodimethylaluminum Trimer," *J. Amer. Chem. Soc.*, **92**, 285 (1970).

7. J. L. Atwood, P. A. Milton, and S. K. Seale, "Thermal Decomposition of Anionic Organoaluminum Thiocyanates," *J. Organometal. Chem.*, **28**, C29 (1971).

8. C. D. Whitt and J. L. Atwood, "The Structure of Dimethylbis(quinuclidine)-beryllium," *J. Organometal. Chem.*, **32**, 17 (1971).

9. C. D. Whitt, L. M. Parker, and J. L. Atwood, "The Crystal Structure of Trimethyl(quinuclidine)aluminum," *J. Organometal. Chem.*, **32**, 291 (1971).

10. P. G. Laubereau, L. Ganguly, J. H. Burns, B. M. Benjamin, J. Selbin, and
J. L. Atwood, "Triindenylthoriumchloride and Triindenyluraniumchloride," *Inorg. Chem.*, **10**, 2274 (1971).

3

11. J. L. Atwood and P. A. Milton, "Thermolysis of Tetramethylammonium Iodotrimethylaluminate," *J. Organometal. Chem.*, **36**, C1 (1972).

12. K. D. Smith and J. L. Atwood, "The Nature of the Scandium-Carbon Bond. The Crystal and Molecular Structure of [(C$_5$H$_5$)$_2$ScCl]$_2$," *J. C. S. Chem. Comm.*, 593 (1972).

13. J. L. Atwood and W. R. Newberry, III, "Solid State Structure and Solution Behavior of Compounds of the Type M[Al$_2$(CH$_3$)$_6$X]," *J. Organometal. Chem.*, **42**, C77 (1972).

14. R. A. Abramovitch, G. Grins, R. B. Rogers, J. L. Atwood, M. D. Williams, and S. Crider, "A Novel β-Alkylation of Pyridine and Quinoline 1-Oxides," *J. Org. Chem.*, **37**, 3383 (1972).

15. M. L. Simms, J. L. Atwood, and D. A. Zatko, "The Crystal Structure of Ethylenebis(biguanide)silver(III) Perchlorate," *J. C. S. Chem. Comm.*, 46 (1973).

16. J. L. Atwood and R. E. Cannon, "The Synthesis and Structure of Potassium Cyanotrimethylaluminate," *J. Organometal. Chem.*, **47**, 321 (1973).

17. J. L. Atwood and K. D. Smith, "The Nature of the Scandium-Carbon Bond. II. The Crystal and Molecular Structure of Tricyclopentadienylscandium," *J. Amer. Chem. Soc.*, **95**, 1488 (1973).

18. J. L. Atwood, J. H. Burns, and P. G. Laubereau, "The Crystal Structure of Triindenylsamarium," *J. Amer. Chem. Soc.*, **95**, 1830 (1973).

19. J. L. Atwood, S. K. Seale, and D. H. Roberts, "Thermal Decomposition of Anionic Organoaluminum Compounds. III. The Preparation and Structure of the Neutral Addition Complex of Acetonitrile and Trimethylaluminum," *J. Organometal. Chem.*, **51**, 105 (1973).

20. J. L. Atwood, M. L. Simms, and D. A. Zatko, "Bis(2,2'-bipyridine)silver(II) Nitrate Monohydrate, Ag(N$_2$C$_{10}$H$_8$)$_2$·(NO$_3$)$_2$·H$_2$O," *Cryst. Struct. Comm.*, **2**, 279 (1973).

21. J. L. Atwood and P. A. Milton, "The Crystal Structure of Iododimethyl-(trimethylamine)aluminum," *J. Organometal. Chem.*, **52**, 275 (1973).

22. J. L. Atwood and D. C. Hrncir, "Thermal Decomposition of Anionic Organoaluminum Compounds. IV. The Formation of Alkali Metal

4

Tetramethylaluminates and the Crystal Structure of Rb[Al(CH$_3$)$_4$]," *J. Organometal. Chem.*, **61**, 43 (1973).

23. J. L. Atwood, B. L. Bailey, B. L. Kindberg, and W. J. Cook, "Ferrocenylalanes. The Preparation and Properties of (C$_5$H$_5$)Fe[$\pi$-C$_5$H$_4$Al$_2$(CH$_3$)$_4$Cl]," *Aust. J. Chem.*, **26**, 2297 (1973).

24. J. L. Atwood, C. F. Hains, M. Tsutsui, and A. E. Gebala, "X-ray Crystallographic Characterization of the Uranium-Carbon Sigma bond in Tricyclopentadienyl- phenylethynyluranium (IV)," *J. C. S. Chem. Comm.*, 452 (1973).

25. J. L. Atwood and K. D. Smith, "Crystal Structure of Di-$\mu$-chloro-bis[di-$\eta$-cyclo- pentadienylscandium(III)] Dimer," *J. C. S. Dalton Trans.*, 2487 (1973).

26. M. Tsutsui, N. Ely, A. E. Gebala, and J. L. Atwood, "Sigma-Bonded Organometallic Derivatives of the Lanthanides and Actinides," *Ann. N. Y. Acad. Sci.*, **239**, 160 (1973).

27. S. K. Seale and J. L. Atwood, "Cationic Influence in Anionic Organoaluminum Chemistry Synthesis and Structure of Dimethylthallium Isothiocyana- totrimethylaluminate," *J. Organometal. Chem.*, **64**, 57 (1974).

28. J. L. Atwood and W. R. Newberry, III, "The Interaction of Aromatic Hydrocarbons with Organometallic Compounds of the Main Group Elements III. The Crystal Structure of K[Al$_2$(CH$_3$)$_6$F]·C$_6$H$_6$," *J. Organometal. Chem.*, **66**, 15 (1974).

29. J. L. Atwood and W. R. Newberry, III, "The Interaction of Aromatic Hydrocarbons with Organometallic Compounds of the Main Group Elements. II. Solution Behavior and Crystal Structure of K[Al$_2$(CH$_3$)$_6$N$_3$]," *J. Organometal. Chem.*, **65**, 145 (1974).

30. J. L. Atwood and K. D. Smith, "Synthesis and Structure of Bis(indenyl)magnesium," *J. Amer. Chem. Soc.*, **96**, 994 (1974).

31. J. L. Atwood and K. D. Smith, "Crystal and Molecular Structure of Trichlorotris- (tetrahydrofuran)scandium(III)," *J. C. S. Dalton Trans.*, 921 (1974).

32. S. K. Seale and J. L. Atwood, "Thermal Decomposition of Anionic Organoaluminum Compounds. V. The Preparation and Crystal Structure of

5

the (Isopropylidenamino)dimethylaluminum Dimer," *J. Organometal. Chem.*, **73**, 27 (1974).

33. J. L. Atwood, M. D. Williams, R. H. Garner, and E. J. Cone, "The Crystal and Molecular Structure of 4-Bromo-2,3-carbomethoxyl-2-cyclohepten-1-one," *Acta Cryst.*, B**30**, 2066 (1974).

34. J. L. Atwood, D. C. Hrncir, C. Wong, and W. W. Paudler, "The Structure of a Hydrazino-Bridged[12]Annulene. A 12 $\pi$-monocyclic Antiaromatic Compound," *J. Amer. Chem. Soc.*, **96**, 6132 (1974).

35. J. L. Atwood, D. K. Krass, and W. W. Paudler, "1,2,4-Triazines XIII: The Bond Lengths and Bond Angles of a 1,2,4-Triazine," *J. Heterocyclic Chem.*, **11**, 743 (1974).

36. J. L. Atwood, D. C. Hrncir, and W. R. Newberry, III, "Potassium Methyltri-chloroaluminate, K[CH$_3$AlCl$_3$]," *Cryst. Struct. Comm.*, **3**, 615 (1974).

37. J. L. Atwood and W. A. Sheppard, "The Crystal and Molecular Structure of 4,5-Dicyano-1-imidazolyl(phenyl)bromonium Ylide, C$_{11}$H$_5$N$_4$Br," *Acta Cryst.*, B**31**, 2638 (1975).

38. J. L. Atwood, W. E. Hunter, D. C. Hrncir, E. Samuel, H. Alt, and M. D. Rausch, "Molecular Structures of the Bis($\eta^5$-indenyl)dimethyl-Derivatives of Titanium, Zirconium, and Hafnium," *Inorg. Chem.*, **14**, 1757 (1975).

39. J. L. Atwood and W. R. Newberry, III, "The Crystal Structure of Cesium Azidotrimethylaluminate," *J. Organometal. Chem.*, **87**, 1 (1975).

40. J. L. Atwood, W. E. Hunter, C. Wong, and W. W. Paudler, "The X-ray Crystallographically Determined Confirmation of [2.2](2,5)Furano(2,5)-pyridinophane," *J. Heterocyclic Chem.*, **12**, 433 (1975).

41. J. L. Atwood, K. E. Stone, H. G. Alt, D. C. Hrncir, and M. D. Rausch, "Crystal and Molecular Structure of Titanocene Dicarbonyl, ($\eta^5$-C$_5$H$_5$)$_2$Ti(CO)$_2$," *J. Organometal. Chem.*, **95**, C4 (1975).

42. J. R. Chang, G. L. McPherson, and J. L. Atwood, "The Electron Paramagnetic Resonance Spectra of V(II) and Ni(II) Doped into Crystals of CsCdCl$_3$," *Inorg. Chem.*, **14**, 3079 (1975).

43. R. A. Abramovitch, J. L. Atwood, M. L. Good, and B. A. Lampert, "Crystal

6

Structure and Mössbauer Spectrum of [2]-Ferrocenophanethiazine 1,1-Dioxide," *Inorg. Chem.*, **14**, 3085 (1975).

44. D. H. Miles, U. Kokpol, J. L. Atwood, K. E. Stone, T. A. Bryson, and C. Wilson, "Structure of Sarracenin. An Unusual Diacteal Monoterpene from the Insectivorous Plant *Sarrcenia Flava*," *J. Amer. Chem. Soc.*, **98** 1569 (1976).

45. J. L. Atwood, W. E. Hunter, H. Alt, and M. D. Rausch, "The Molecular Structure of 1,1-Bis($\eta^5$-cyclopentadienyl)2,3,4,5-tetraphenyltitanole and its Hafnium Analogue," *J. Amer. Chem. Soc.*, **98**, 2454 (1976).

46. J. L. Atwood, M. Tsutsui, N. Ely, and A. E. Gebala, "The Crystal and Molecular Structure of Tricyclopentadienylethynyluranium(IV)," *J. Coord. Chem.*, **5**, 209 (1976).

47. I. Bernal, J. L. Atwood, F. Calderazzo, and D. Vitali, "Structural Studies on Organodisulfides as Ligands. I. The Crystal and Molecular Structure of $[\text{Re}_2\text{Br}_2(\text{CO})_6\text{S}_2(\text{C}_6\text{H}_5)_2]$, a Compound Containing Both Disulfide and Bromide Bridges and Capable of Reversible Coordination of an Intact Disulfide Ligand," *Gazz. Chim. Italiana*, **106**, 971 (1976).

48. J. L. Atwood and S. K. Seale, "The Interaction of Aromatic Hydrocarbons with Organometallic Compounds of the Main Group Elements IV. The Preparation and Structure of the Novel Selenide $\text{K}[\text{CH}_3\text{Se}[\text{Al}(\text{CH}_3)_3]_3]\cdot 2\text{C}_6\text{H}_6$," *J. Organometal. Chem.*, **114**, 107 (1976).

49. J. Holton, M. F. Lappert, D. G. H. Ballard, R. Pearce, J. L. Atwood, and W. E. Hunter, "Dimeric-Dimethyl Lanthanide Complexes, a New Class of Electron-Deficient Compounds, and the Crystal and Molecular Structure of $[(\eta^5-\text{C}_5\text{H}_5)_2\text{YbCH}_3]_2$," *J. C. S. Chem. Comm.*, 480 (1976).

50. J. Holton, M. F. Lappert, G. R. Schollary, D. G. H. Ballard, R. Pearce, J. L. Atwood, and W. E. Hunter, "μ-Dialkyl Inner Transition Metal (III) Tetra-alkyl-aluminates. The Crystal and Molecular Structure of $[(\eta^5-\text{C}_5\text{H}_5)_2\text{M}(\text{CH}_3)_2\text{Al}(\text{CH}_3)_2]$ (M = Y or Yb)," *J. C. S. Chem. Comm.*, 425 (1976).

51. K. D. Smith and J. L. Atwood, "Diindenylmagnesium," *Inorg. Syn.*, **16**, 137 (1976).

52. J. L. Atwood and J. D. Atwood, "Liquid Clathrates," *Advan. Chem. Ser.*, **150**, 112 (1976).

7

53. R. A. Abramovitch, I. Shinkai, B. W. Cue, F. A. Ragan, and J. L. Atwood, "A New Ring Transformation of 3-Halo-2-azido-pyridine 1-Oxides. A Novel Synthesis of 1,2-Oxazin-6-ones," *J. Heterocycl. Chem.*, **13**, 415 (1976).

54. M. M. Goodman, J. L. Atwood, R. T. Carlin, W. E. Hunter, and W. W. Paudler, "Tetrazolo[1.5-b]-1,2,4-Triazines: Syntheses and Structure Determination," *J. Org. Chem.*, **41**, 2860 (1976).

55. J. L. Atwood, J. K. Newell, W. E. Hunter, I. Bernal, F. Calderazzo, I. P. Mavani, and D. Vitali, "Synthesis, Crystal and Molecular Structure of μ-Dibromo-μ-tetraphenyldiphosphinebis(tricarbonylrhenium(I)), a Molecule Containing a New Type of Tetraphenyldiphosphane Bridge," *J. C. S. Chem. Comm.*, 441 (1976).

56. R. L. Mahaffey, J. L. Atwood, M. B. Humphrey, and W. W. Paudler, "N-(p-Bromphenyl)[2.2](2,5)pyrrolophane: Synthesis and Self-Condensation," *J. Org. Chem.*, **41**, 2963 (1976).

57. J. L. Atwood and A. L. Shoemaker, "Synthesis and Crystal Structure of the Novel Ferrocenylalane [($\eta^5$-C$_5$H$_5$)Fe($\eta^5$-C$_5$H$_3$)Al$_2$Me$_3$Cl]$_2$," *J. C. S. Chem. Comm.*, 536 (1976).

58. J. L. Atwood, W. E. Hunter, B. A. Lampert, and R. H. Garner, "The Crystal and Molecular Structure of 1-Hydroxy-2,3-dicarbomethoxy-1,3-cycloheptadiene," *J. Cryst. Mol. Struct.*, **6**, 291 (1976).

59. B. Kalyanaraman, J. L. Atwood, and L. D. Kispert, "The Crystal Structure of α-Chloroacetic Acid," *J. C. S. Chem. Comm.*, 715 (1976).

60. B. Kalyanaraman, J. L. Atwood, and L. D. Kispert, "The Crystal Structure of Chlorodifluroacetamide," *J. Cryst. Mol. Struct.*, **6**, 311 (1976).

61. I. Bernal, J. L. Atwood, F. Calderazzo, and D. Vitali, "Structural Studies on Organodisulfides as Metal Ligands. II. The Crystal and Molecular Structure of [Re$_2$Br$_2$(CO)$_6$]S$_2$(CH$_3$)$_2$, a Compound Containing an Intact Dimethyldisulfide Bridge Across the Two Metals," *Israel J. Chem.*, **15**, 153 (1976/77).

62. J. L. Atwood, "Liquid Clathrates," *Rec. Adv. Separation Sci.*, **3**, 195 (1977).

63. J. L. Atwood, W. E. Hunter, and K. D. Crissinger, "The Synthesis and Crystal

A 2280

Structure of Tetramethylammonium Acetatotrimethylaluminate," *J. Organometal. Chem.*, **127**, 403 (1977).

64. D. H. Miles, J. Bhattacharyya, N. Mody, J. L. Atwood, S. Black, and P. A. Hedin, "The Structure of Juncusol. Novel Cytotoxic Dihydrophenanthrene from the Estuarine Marsh Plant *Juncus Roemerianus*," *J. Amer. Chem. Soc.*, **99**, 200 (1977).

65. J. L. Atwood, K. E. Stone, H. G. Alt, D. C. Hrncir, and M. D. Rausch, The Crystal Structure of Dicarbonyldicyclopentadienyltitanium(II), ($\eta^5$-C$_5$H$_5$)$_2$Ti(CO)$_2$," *J. Organometal. Chem.*, **132**, 367 (1977).

66. J. L. Atwood, G. K. Barker, J. Holton, W. E. Hunter, and M. F. Lappert, "Silylmethyl and Related Complexes. V. Metallocene Bis(trimethylsilyl)-methyls and Benzhydryls of Early Transition Metals [M($\eta^5$-C$_5$H$_5$)$_2$R] (M = Ti or V) and [M($\eta^5$-C$_5$H$_5$)$_2$X(R)] (M = Zr or Hf) and the Crystal and Molecular Structures of [M($\eta^5$-C$_5$H$_5$)$_2$(CHPh$_2$)$_2$] (M = Zr or Hf)," *J. Amer. Chem. Soc.*, **99**, 6645 (1977).

67. J. L. Atwood and D. J. Darensbourg, "Intramolecular Hydrogen Bonding Implications of the Lability of the Molybdenum-Piperidine Bond. The Molecular Structure of *cis*-Mo(CO)$_4$[P(OCH$_3$)$_3$]NHC$_5$H$_{10}$," *Inorg. Chem.*, **16**, 2314 (1977).

68. R. Gruning and J. L. Atwood, "The Crystal Structure of N-sodiohexamethyldi- silazane, Na[N{Si(CH$_3$)$_3$}$_2$]," *J. Organometal. Chem.*, **137**, 101 (1977).

69. J. L. Atwood, R. D. Rogers, C. Kutal, and P. Grutsch, "X-ray Crystallographic Characterization of the Single Hydrogen Bridge Attachment of the Tetrahydroborate Group in [(MePh$_2$P)$_3$CuBH$_4$]," *J. C. S. Chem. Comm.*, 593 (1977).

70. J. L. Atwood and J. M. Cummings, "The Crystal Structure of Rubidium Azidotrimethylaluminate," *J. Cryst. Mol. Struct.*, **7**, 257 (1977).

71. B. Kalyanaraman, L. D. Kispert, and J. L. Atwood, "The Disordered Crystal Structure of Bromodifluoroacetamide and Trifluoroacetamide," *Acta Crystallogr.*, B**34**, 1131 (1978).

72. J. L. Atwood, J. K. Newell, W. E. Hunter, I. Bernal, F. Calderazzo, I. P.

9

Mavani, and D. Vitali, "The Crystal and Molecular Structure of μ-Dibromo-μ-tetraphen- yldiphosaphanebis[tricarbonylrhenium(I)]," *J. C. S. Dalton Trans.*, 1189 (1978).

73. J. L. Atwood, R. D. Rogers, W. E. Hunter, J. Holton, R. Pearce, and M. F. Lappert, "Neutral and Anionic Silylmethyl Complexes of the Group 3a and Lanthanoid Metals; the Crystal and Molecular Structure of [Li(thf)][Yb[CH(SiMe$_3$)$_2$]$_3$Cl] (thf = Tetrahydrofuran)," *J. C. S. Chem. Comm.*, 140 (1978).

74. E. Carmona-Guzman, G. Wilkinson, J. L. Atwood, W. E. Hunter, and R. D. Rogers, "Interaction for Bis(trimethylsilylmethyl)magnesium and Molybden-umtetrachloridebis(tetrahydrofuran). The Crystal Structure of Chlorotris(tri-methylsilylmethyl)(trimethylphosphine)molybdenum(IV)," *J. C. S. Chem. Comm.*, 465 (1978).

75. R. D. Rogers, J. L. Atwood, and R. Gruning, "The Crystal Structure of N-Lithiohexamethyldisilazane," *J. Organometal. Chem.*, **157**, 229 (1978).

76. J. L. Atwood, R. D. Rogers, W. E. Hunter, I. Bernal, R. Lukas, and H. Brunner, "X-ray Structure of (C$_{15}$H$_{15}$)W(CO)$_2$: A Compound Containing Three Unusually Bonded Five-Membered Rings," *J. C. S. Chem. Comm.*, 451 (1978).

77. R. D. Rogers, R. V. Bynum, and J. L. Atwood, "The Crystal and Molecular Structures of Tetra(cyclopentadienyl)zirconium," *J. Amer. Chem. Soc.*, **100**, 5238 (1978).

78. R. J. Radel, J. L. Atwood, and W. W. Paudler, "Brominations of some 1,2,4-Triazine 2-Oxides," *J. Org. Chem.*, **43**, 2514 (1978).

79. K. D. Crissinger, R. D. Rogers, and J. L. Atwood, "The Synthesis of M[Al$_2$(CH$_3$)$_6$NO$_3$] (M = K$^+$, Rb$^+$, Cs$^+$, NR$_4$$^+$) and the Crystal Structures of K[Al$_2$(CH$_3$)$_6$NO$_3$] and K[Al(CH$_3$)$_3$NO$_3$]·C$_6$H$_6$," *J. Organometal. Chem.*, **155**, 1 (1978).

80. J. L. Atwood, L. G. Canada, A. N. K. Lau, A. G. Ludwick, and L. M. Ludwick, "Crystal Structure of exo-6-Chloromercury-7-dihydro-exo-7-methoxyaldrin (1,2,3,4,10,10-Hexachloro-exo-6-chloromercurio-1,4,4a,5,6,7,8,8a-octahydro-endo, exo-1, 4:5, 8-dimethano-exo-7-ethoxynaphthalenel)," *J. C. S. Dalton Trans.*, 1573 (1978).

81. J. Mattia, M. B. Humphrey, J. L. Atwood, and M. D. Rausch, "The Syntheses and

10

Molecular Structures of Two Metalloindene Complexes: 1,1-Bis($\eta^5$-cyclopentadienyl)-2,3,-bis-(pentafluorophenyl)benzotitanole and 1,1-Bis($\eta^5$-cyclopentadienyl)-2-trimethylsilyl-3-phenylbenzotitanole," *Inorg. Chem.*, **17**, 3257 (1978).

82. C. Kutal, P. Grutsch, J. L. Atwood, and R. D. Rogers, "Structural Characterization of the Single Hydrogen Bridge Attachment of the Tetrahydroborate Group in Tris-(methyldiphenylphosphine)tetrahydroborate-copper," *Inorg. Chem.*, **17**, 3558 (1978).

83. F. Calderazzo, I. P. Mavani, D. Vitali, I. Bernal, J. K. Korp, and J. L. Atwood, "Studies on Organometallic Compounds with Hetero Multiple Bridges. V. Crystal and Molecular Structure of the Parent Rhenium Complex $Re_2Br_2(CO)_6(thf)_2$ and Products of the Tricarbonylrhenium(I) Derived from It," *J. Organometal. Chem.*, **160**, 207 (1978).

84. J. L. Atwood, H. T. Mayfield, and W. A. Sheppard, "4,5-Dicayno-2-imidazolyl(diethyl)sulfonium Ylide, $(CN)_2C_3N_2S(C_2H_5)_2$," *Cryst. Struct. Comm.*, **7**, 739 (1978).

85. J. Jeffery, M. F. Lappert, N. T. Luong-Thi, J. L. Atwood, and W. E. Hunter, "Bulky Alkyls and Hydridoalkyls of Zirconium(IV): Influence of Steric Constraints Upon (i) Conformation and the Zr-C Rotational Barrier, and (ii) the Zr-C Bond Length. X-ray Crystal and Molecular Structure of [Zr($\eta$-$C_5H_5)_2${CH(SiMe$_3$)$_2$}Ph]," *J. C. S. Chem. Comm.*, 1081 (1978).

86. B. Kalyanaraman, L. D. Kispert, and J. L. Atwood, "Crystal Structure of 2-Chloroacetamide ($\alpha$ Form): A Reinvestigation," *J. Cryst. Mol. Struct.*, **8**, 175 (1978).

87. G. R. Newkome, V. Majestic, F. Fronczek, and J. L. Atwood, "Synthesis and X-ray Structure of N[$(CH_2)_2O(2,6-C_6H_3N)O_2-(CH_2)_2]_3$N: A $D_3$ Macrobicyclic Ligand Capped by Two sp Nitrogen Atoms," *J. Amer. Chem. Soc.*, **101**, 1047 (1979).

88. J. Holton, M. F. Lappert, D. G. H. Ballard, R. Pearce, J. L. Atwood, and W. E. Hunter, "Alkyl-bridged Complexes of the d- and f-block Elements. Part 1. Di-μ-cyclopentadienylmetal (III) Tetra-alkylaluminates [M($\eta$-$C_5H_5)_2R_2$AlR$_2$] (M = Sc, Y, or Ho, with R = Et), and the Crystal and Molecular Structure of [Yb($\eta$-$C_5H_5)_2$Me$_2$AlMe$_2$]," *J. C. S. Dalton Trans.*, 45, (1979).

11

89. J. Holton, M. F. Lappert, D. G. H. Ballard, R. Pearce, J. L. Atwood, and W. E. Hunter, "Alkyl-bridged Complexes of the d- and f-block elements. Part 2. Di-μ-cyclopentadienylmetal (III) Methyls [{M(ηC$_5$H$_5$)$_2$Me}$_2$] (M = Y, Dy, Ho, Er, Tm, or Yb) and the Crystal and Molecular Structures of [{M(η-C$_5$H$_5$)$_2$Me}$_2$] (M = Yb)," *J. C. S. Dalton Trans.*, 54. (1979).

90. J. Korp, I. Bernal, J. L. Atwood, F. Calderazzo, and D. Vitali, "Synthesis, Properties, and Crystal and Molecular Structure of [Re$_2$Br$_2$(CO)$_6$(Se$_2$Ph$_2$)], a Binuclear Rhenium(I) Complex Containing a Diphenyl Diselenide Bridge," *J. C. S. Dalton Trans.*, 1492 (1979).

91. J. D. Korp, I. Bernal, J. L. Atwood, W. E. Hunter, F. Calderazzo, and D. Vitali, "Studies on Organometallic Compounds with Hetero Multiple Bridges. X-ray Crystal and Molecular Structure of Mn$_2$Br$_2$(CO)$_6$P$_2$Ph$_4$, the Product Resulting from Co-ordinative Addition of P$_2$Ph$_4$ to Manganese (I)," *J. C. S. Chem. Comm.*, 576 (1979).

92. J. Holton, M. F. Lappert, D. G. H. Ballard, R. Pearce, J. L. Atwood, and W. E. Hunter, "Kinetically-Stable Lanthanide Metal Alkyls and Bridging Methyls," in "Organometallics of the f-Elements," edited by T. J. Marks and R. D. Fischer, D. Reidel, Boston, 1979, pp. 179-220.

93. J. L. Atwood, R. Shakir, J. T. Malito, M. Herberhold, W. Kremnitz, W. P. E. Bernhagen, and H. G. Alt, "The Preparation and Crystal Structures of Dicarbonylcyclopentadienylnitrosylchromium and Dicarbonylfluoroenyl-nitrosylchromium," *J. Organometal. Chem.*, **165**, 65 (1979).

94. R. Shakir, M. J. Zaworotko, and J. L. Atwood, "The Crystal and Molecular Structure of K[Al$_2$(CH$_3$)$_6$SCN], a Compound which Contains an S,N-Bridging Thiocyanate Ligand," *J. Organometal. Chem.*, **171**, 9 (1979).

95. M. Y. Darensbourg, J. L. Atwood, R. R. Burch, W. E. Hunter, and N. Walker, "Structural and Chemical Characterization of a Phosphine Bound M-H-M Bridged Carbonylate: [NEt$_4$][(μ-H)Mo$_2$(Co)$_9$PPh$_3$]," *J. Amer. Chem. Soc.*, **101**, 2631 (1979).

96. R. D. Rogers, W. J. Cook, and J. L. Atwood, "Ferrocenylalanes 3. The Synthesis and Crystal Structure of (η$^5$-C$_5$H$_5$)Fe[η$^5$-C$_5$H$_4$Al$_2$(CH$_3$)$_4$Cl]," *Inorg. Chem.*, **18**, 279 (1979).

97. W. W. Paudler, R. L. Mahaffey, and J. L. Atwood, "Novel Rearrangement of a

[2.2](2,5)Pyrrolophane," *J. Org. Chem.*, **44**, 2498 (1979).

98. D. J. Sikora, M. D. Rausch, R. D. Rogers, and J. L. Atwood, "The Structure and Reactivity of the First Hafnium Carbonyl, $(\eta^5\text{-}C_5H_5)_2Hf(CO)_2$," *J. Amer. Chem. Soc.*, **102**, 4646 (1979).

99. J. L. Atwood, W. E. Hunter, R. D. Rogers, E. Carmona-Guzman, and G. Wilkinson, "The Crystal Structures of $(\eta\text{-}C_6H_6)MoMe_2(PPhMe_2)_2$ and $(\eta\text{-}C_6H_5Me)MoMe_2(PPhMe_2)_2$," *J. C. S. Dalton Trans.*, 1519 (1979).

100. M. B. Honan, J. L. Atwood, I. Bernal, and W. Herrmann, "The Crystal and Molecular Structure of 1-Bromobenzocymantrene, $(\eta^5\text{-}C_9H_6Br)Mn(CO)_3$. *J. Organometal. Chem.*, **179**, 403 (1979).

101. R. D. Rogers and J. L. Atwood, "The Interaction of Aromatic Hydrocarbons with Organometallic Compounds of the Main Group Elements. VI. The Synthesis and Crystal Structure of Cesium Diiododimethylaluminate p-Xylene Solvate," *J. Cryst. Mol. Struct.*, **9**, 45 (1979).

102. R. Shakir, M. J. Zaworotko, and J. L. Atwood, "The Crystal and Molecular Structure of Cesium Isothiocyanotrimethylaluminate, $Cs[Al(CH_3)_3NCS]$," *J. Cryst. Mol. Struct.*, **9**, 135 (1979).

103. M. J. Zaworotko, J. L. Atwood, and L. Floch, "The Crystal and Molecular Structure of 5-Amino-1,2,3,4-thiatriazole," *J. Cryst. Mol. Struct.*, **9**, 173 (1979).

104. M. J. Zaworotko and J. L. Atwood, "Crystal and Molecular Structure of $Cl_2AlN(C_2H_2)C_2H_4N(CH_3)_2$, a Neutral, Chelated Four-Coordinate Aluminum Compound, which Contains Two Types of Al-N Bond," *Inorg. Chem.*, **19**, 268 (1980).

105. P. H. Daniels, J. L. Wong, J. L. Atwood, L. G. Canada, and R. D. Rogers, "Unreactive 1-Azadiene and Reactive 2-Azadiene in Diels-Alder Reaction of Pentachloroazacyclopentadienes," *J. Org. Chem.*, **45**, 435 (1980).

106. E. Carmona-Guzman, G. Wilkinson, R. D. Rogers, W. E. Hunter, M. J. Zaworotko, and J. L. Atwood, "Synthesis and Crystal Structures of Chloro(trimethylphosphine)tris(trimethylsilylmethyl)molybdenum(IV) and Di-μ-chloro-bis[bis(carbonyl)trimethylphosphine (1-2-η-trimethylsilylmethyl- carbony)molybdenum(II)]," *J. C. S. Dalton Trans.*, 229 (1980).

13

107. J. L. Atwood, W. E. Hunter, E. Carmona-Guzman, and G. Wilkinson, "The Synthesis and Crystal Structure of Hydrido(tetrahydroborato)tetrakis(trimethyl- phosphine)molybdenum(II)," *J. C. S. Dalton Trans.*, 467 (1980).

108. B. Cetinkaya, I. Gumrukcu, M. F. Lappert, J. L. Atwood, and R. Shakir, "Lithium and Sodium 2,6-Di-t-butylphenoxides and the Crystal and Molecular Structure of [Li(OC$_6$H$_2$CH$_3$)-4-Bu$^t$-2,6(OEt$_2$)]$_2$," *J. Amer. Chem. Soc.*, **102**, 2086 (1980).

109. B. Cetinkaya, I. Gumrukcu, M. F. Lappert, J. L. Atwood, R. D. Rogers, and M. J. Zaworotko, "Bivalent Germanium, Tin, and Lead 2,6-Di-t-butylphenoxides and the Crystal and Molecular Structures of M(OC$_6$H$_2$Me-4-Bu$^t$-2,6)$_2$ (M = Ge or Sn)," *J. Amer. Chem. Soc.*, **102**, 2088 (1980).

110. B. Cetinkaya, P. B. Hitchcock, M. F. Lappert, C. Torroni, J. L. Atwood, W. E. Hunter, and M. J. Zaworotko, "Transition-metal Complexes of Two Tautomers of a Bulky Phenoxide, 2,6-Bu$^t$$_2$-4-MeC$_6$H$_2$O(ArO); Preparation and the Crystal and Molecular Structure of a Phenoxytitanium(III) and a Cyclohexadienoneyl- rhodium(I) Complex, [Ti(C$_5$H$_5$-η)$_2$OAr] and [Rh(ArO-η)$_2$OAr] and [Rh(ArO-η$^5$)(PPh$_3$)$_2$]," *J. Organometal. Chem.*, **188**, C31 (1980).

111. R. Shakir, J. L. Atwood, T. S. Janik, and J. D. Atwood, "Synthesis and Crystal Structure of the Novel Hexanuclear Manganese Complex [Mn$_6$(CO)$_9$[OP(OEt)$_2$]$_9$]," *J. Organometal. Chem.*, **190**, C14 (1980).

112. J. T. Malito, R. Shakir, and J. L. Atwood, "Synthesis and Structural Studies of Chromium, Molybdenum and Tungsten Compounds containing Cyclopentadienyl-like Ligands. 3. Dicarbonylnitrosyl(η$^5$-pentamethylcyclo-pentadienyl) Complexes," *J. C. S. Dalton Trans.*, 1253 (1980).

113. R. D. Rogers, R. V. Bynum, and J. L. Atwood, "Synthesis and Structure of (η$^5$-C$_5$H$_5$)$_3$Gd·OC$_4$H$_8$," *J. Organometal. Chem.*, **192**, 65 (1980).

114. D. F. Foust, M. D. Rausch, W. E. Hunter, J. L. Atwood, and E. Samuel, "The Formation and Molecular Structure of Bis (η$^5$-cyclopentadienyl)bis(penta-fluorophenyl)vinylene-vanadium: An Acetylene derivative of Vanadocene," *J. Organometal. Chem.*, **197**, 217 (1980).

14

115. M. D. Rausch, W. P. Hart, J. L. Atwood, and M. J. Zaworotko, "The Formation and Molecular Structure of ($\eta^5$-Nitrocyclopentadienyl)dicarbonylrhodium," *J. Organometal. Chem.*, **197**, 225 (1980).

116. M. Y. Darensbourg, R. R. Burch, J. L. Atwood, and W. E. Hunter, "The $\mu$-H[Mo(CO)$_4$(PMePh$_2$)]$_2$ Anion: An Example of Phosphine Enhancement of Metal-Metal Interaction," *J. Amer. Chem. Soc.*, **102**, 3290 (1980).

117. R. V. Bynum, W. E. Hunter, R. D. Rogers, and J. L. Atwood, "Pyrrolyl Complexes of the Early Transition Metals. 1. Synthesis and Crystal Structure of ($\eta^5$-C$_5$H$_5$)$_2$Zr($\eta^1$-NC$_4$H$_4$)$_2$, ($\eta^5$-C$_5$H$_5$)$_2$Zr($\eta^1$-NC$_4$H$_4$)$_2$, and [Na(THF)$_6$]$_2$[Zr- ($\eta^1$-NC$_4$H$_4$)$_6$]," *Inorg. Chem.*, **19**, 2368 (1980).

118. R. D. Rogers, W. E. Hunter, and J. L. Atwood, "The Nature of the Novel (C$_{15}$H$_{15}$) Ligand in [W(CO)$_2$($\eta^5$-C$_5$H$_5$)($\eta^3$-C$_{15}$H$_{15}$)]," *J. C. S. Dalton Trans.*, 1032 (1980).

119. G. L. McPherson, A. M. McPherson, and J. L. Atwood, "Structures of CsMgBr$_3$, CsCdBr$_3$, CsCdBr$_3$, and CsMgI$_3$-Diamagnetic Linear Chain Lattices, *J. Phys. Chem. Solids*, **41**, 495 (1980).

120. J. A. Paulson, D. A. Krost, G. L. McPherson, R. D. Rogers, and J. L. Atwood, "Structural, Spectroscopic and Theoretical Studies of an Exchange Coupled Manganese(II)-Copper(II) Dimer," *Inorg. Chem.*, **19**, 2519 (1980).

121. R. D. Rogers, L. B. Stone, and J. L. Atwood, "Tetramethylammonium Iodotri- methylaluminate," *Cryst. Struct. Comm.*, **9**, 143 (1980).

122. J. D. Atwood, T. S. Janik, J. L. Atwood, and R. D. Rogers, "Synthesis of Bis(benzene)tetracarbonyldivanadium, (C$_6$H$_6$)$_2$V$_2$(CO)$_4$," *Syn. Reac. Inorg. Met. Org. Chem.*, **10**, 397 (1980).

123. M. F. Lappert, T. R. Martin, J. L. Atwood, and W. E. Hunter, "Metal Complexes Derived from the o-Xylidene Ligand, o-C$_6$H$_4$(CH$_2$)$_2$, and the Crystal and Molecular Structure of the Metallocycle [Zr($\eta$-C$_5$H$_5$)$_2${(CH$_2$)$_2$C$_6$H$_4$-o}]," *J. C. S. Chem. Comm.*, 476 (1980).

124. M. F. Lappert, T. R. Martin, C. R. C. Milne, J. L. Atwood, W. E. Hunter, and

15

R. E. Penttila, "Synthesis and Structure of the Nb$^{IV}$ Metallocycle [M- (η-C$_5$H$_4$SiMe$_3$)$_2${CH$_2$C$_6$H$_4$CH$_2$-o}] (M = Nb, R = Me$_3$Si) and Reductive Cleavage of d Analogues (M = Ti, Zr, or Hf; R = H or Me$_3$Si) by Na[C$_{10}$H$_8$]," *J. Organometal. Chem.*, **192**, C35 (1980).

125. S. R. Stobart, K. R. Dixon, D. T. Eadie, J. L. Atwood, and M. J. Zaworotko, "Transition-Metal Complexes with Pyrazolyl Bridging Ligands Between Very Different Metal Centers," *Angew. Chem. Int. Ed. Engl.*, **19**, 931 (1980).

126. M. F. Lappert, M. J. Slade, J. L. Atwood, and M. J. Zaworotko, "Monomeric, Coloured Germanium(II) and Tin(II) Di-t-Butylamides, and the Crystal and Molecular Structure of Ge[NCMe$_2$(CH$_2$)$_3$CMe$_2$]$_2$," *J. C. S. Chem. Comm.*, 621 (1980).

127. M. D. Rausch, D. J. Sikora, D. C. Hrncir, W. E. Hunter, and J. L. Atwood, "Formation and Molecular Structure of a Novel Organometallic Titanoxane Derived from the Reaction of Dicarbonyltitanocene and Hexafluorobut-2-yne," *Inorg. Chem.*, **19**, 3817 (1980).

128. J. L. Atwood, R. D. Rogers, W. E. Hunter, C. Floriani, G. Fachinetti, and A. Chiesi-Villa, "The Crystal and Molecular Structure of Two Early Transition Metal Dicarbonyldicyclopentadienyl Complexes: (η$^5$-C$_5$H$_5$)$_2$Zr(CO)$_2$ and [(η$^5$-C$_5$H$_5$)$_2$V(CO)$_2$][B(C$_6$H$_5$)$_4$]," *Inorg. Chem.*, **19**, 3812 (1980).

129. M. F. Lappert, P. I. W. Yarrow, J. L. Atwood, R. Shakir, and J. Holton, "Preparation and Properties of Some Bis(cyclopentadienyl)ytterbium(II) Complexes and the X-ray Crystal and Molecular Structure of [Yb- (η-C$_5$H$_4$SiMe$_3$)$_2$(thf)$_2$]," *J. C. S. Chem. Comm.*, 987 (1980).

130. D. Pace, W. E. Hunter, R. Shakir, L. D. Kispert, and J. L. Atwood, "Crystal and Molecular Structure of Dichlorofluoroacetamide," *J. Cryst. Mol. Struct.*, **10**, 115 (1980).

131. E. Carmona, F. Gonzalez, M. L. Poveda, J. L. Atwood, and R. D. Rogers, "Alkyl and Acyl Derivatives of Nickel(II) Containing Tertiary Phosphine Ligands," *J. C. S. Dalton Trans.*, 2108 (1980).

132. D. J. Sikora, M. D. Rausch, R. D. Rogers, and J. L. Atwood, "New Syntheses and Molecular Structures of the Decamethylmetallocene Dicarbonyls, (η$^5$-C$_5$H$_5$)$_2$M(CO)$_2$ (M = Ti, Zr, Hf)," *J. Amer. Chem. Soc.*, **103**, 1265 (1981).

16

133. K. O. Devaney, M. R. Freedman, G. L. McPherson, and J. L. Atwood, "Electron Paramagnetic Resonance Studies of Manganese (II) and Nickel (II) in Three Structural Phases of Rubidium Magnesium Chloride and the Crystal Structure of α-Rubidium Magnesium Chloride," *Inorg. Chem.*, **20**, 140 (1981).

134. M. F. Lappert, P. I. Riley, P. I. W. Yarrow, J. L. Atwood, W. E. Hunter, and M. J. Zaworotko, "Metallocene Derivatives of Early Transition Elements. Part 3. Synthesis, Characterization, Conformation, and Rotational Barriers, Zr-C$_{sp}$3 of the Zirconium (IV) Chlorides [Zr (η-C$_5$H$_4$R)$_2${CH(SiMe$_3$)$_2$}Cl] and the Crystal and Molecular Structures of the t-Butyl and Trimethylsilyl Complexes (R = Me$_3$C of Me$_3$Si)," *J. C. S. Dalton Trans.*, 814 (1981).

135. S. Randle, D. H. Miles, R. Shakir, and J. L. Atwood, "The Structure of Juncunone: A Biogenetically Intriguing Molecule from the Marsh Plant *Juncus roemerianus*," *J. Org. Chem.*, **46**, 2813 (1981).

136. D. J. Sikora, M. D. Rausch, R. D. Rogers, and J. L. Atwood, "The Formation and Molecular Structure of Bis(η$^5$-cyclopentadienyl)bis(trifluorophosphine)- titanium," *J. Amer. Chem. Soc.*, **103**, 982 (1981).

137. W. E. Hunter, J. L. Atwood, G. Fachinetti, and C. Floriani, "The Crystal Structure of 1,1-Bis(η$^5$-cyclopentadienyl)2,3,4,5-tetraphenylzirconole," *J. Organometal. Chem.*, **204**, 67 (1981).

138. R. Shakir and J. L. Atwood, "The Crystal and Molecular Structure of Dicarbonylindenylnitrosylchromium, (η$^5$-C$_9$H$_7$)Cr(CO)$_2$(NO)," *Acta Crystallogr.*, B**37**, 1656 (1981).

139. J. L. Atwood, R. D. Rogers, J. M. Cummings, I. Bernal, F. Calderazzo, and D. Vitali, "Studies on Organometallic Compounds with Hetero Multiple Bridges. VI. Synthesis and Crystal and Molecular Structure of a Diphenylditelluride-Bridged Complex, a Member of a Family of Rhenium(I) Compounds Containing Chalcogens as Donor Atoms," *J. C. S. Dalton Trans.*, 1004 (1981).

140. R. D. Rogers, B. Kalyanaraman, M. S. Dalton, W. Smith, L. D. Kispert, and J. L. Atwood, "Crystal Structure of Bromofluoroacetic Acid: A Chiral Molecule," *J. Cryst. Mol. Struct.*, **11**, 105 (1981).

17

141. F. R. Fronczek, V. K. Majestic, G. R. Newkome, W. E. Hunter, and J. L. Atwood, "The Crystal Structures of a Macrocycle Containing 2,6-Pyridino and Piperazino Subunits, and of the Tetrachlorocobalt(III)ate Salt of its Diprotoned Cation," *J. C. S. Perkin II*, 331 (1981).

142. R. D. Rogers, J. L. Atwood, D. Foust, and M. D. Rausch, "The Crystal Structure of Vanadocene, $(\eta^5\text{-}C_5H_5)_2V$," *J. Cryst. Mol. Struct.*, **11**, 183 (1981).

143. R. D. Rogers, R. V. Bynum, and J. L. Atwood, "The First Authentic Example of a Difference in the Structural Organometallic Chemistry of Zirconium and Hafnium:  The Crystal and Molecular Structure of $(\eta^5\text{-}C_5H_5)_2Hf$ $(\eta^1\text{-}C_5H_5)_2$," *J. Amer. Chem. Soc.*, **103**, 692 (1981).

144. R. D. Rogers, J. L. Atwood, A. Emad, D. J. Sikora, and M. D. Rausch, "The Formation and Molecular Structures of $(\eta^5\text{-}C_5H_5)_3Y\cdot OC_4H_8$ and $(\eta^5\text{-}C_5H_5)_3La\cdot OC_4H_8$," *J. Organometal. Chem.*, **216**, 383 (1981).

145. E. Carmona, F. Gonzales, M. L. Poveda, J. L. Atwood, and R. D. Rogers, "Synthesis and Properties of Dialkyl Complexes of Nickel(II). The Crystal Structure of Bis(trimethylsilylmethyl)bis(pyridine)nickel(II)," *J. C. S. Dalton Trans.*, 777 (1981).

146. D. C. Hrncir, R. D. Rogers, and J. L. Atwood, "New Bonding Mode for a Bridging Dioxygen Ligand:  The Crystal and Molecular Structure of $[K\cdot dibenzo\text{-}18\text{-}crown\text{-}6][Al_2Me_6O_2]\cdot 2C_6H_6$," *J. Amer. Chem. Soc.*, **103**, 4277 (1981).

147. J. L. Atwood, W. E. Hunter, A. H. Cowley, R. A. Jones, and C. A. Stewart, "The Solid State Structures of Bis(cyclopentadienyl)tin, Bis(cyclopentadienyl)lead, and Bis(pentamethylcyclopentadienyl)lead," *J. C. S. Chem. Comm.*, 925 (1981).

148. W. J. Evans, A. L. Wayda, W. E. Hunter, and J. L. Atwood, "Heteroleptic tert-Butyl Lanthanide Complexes:  Synthesis and Structure of Monomeric Bis(cyclopentadienyl)(tert-butyl)lutetium Tetrahydrofuranate," *J. C. S. Chem. Comm.*, 292 (1981).

149. F. Calderazzo, D. Vitali, I. P. Mavani, F. Marchetti, I. Bernal, J. D. Korp, J. L. Atwood, R. D. Rogers, and M. S. Dalton, "Preparation and Properties and Crystal and Molecular Structure of Bis(Sec-Amine) Complexes of Rhenium(I)," *J. C. S. Dalton Trans.*, 2523 (1981).

18

150. M. F. Lappert, S. J. Miles, J. L. Atwood, M. J. Zaworotko, and A. J. Carty, "Oxidative Addition of an Alcohol to the Ge(II) Alkyl Ge[CH(SiMe$_3$)$_2$]$_2$; Molecular Structure of Ge[CH(SiMe$_3$)$_2$]$_2$(H)OEt," *J. Organometal. Chem.*, **212**, C4 (1981).

151. J. L. Atwood, D. C. Hrncir, R. D. Rogers, and J. A. K. Howard, "Novel Linear Al-H-Al Electron-Deficient Bond in Na[(CH$_3$)$_3$Al-H-Al(CH$_3$)$_3$]," *J. Amer. Chem. Soc.*, **103**, 6787 (1981).

152. W. J. Evans, A. L. Wayda, W. E. Hunter, and J. L. Atwood, "Organolanthanoid Activation of Carbon Monoxide: Single and Multiple Insertion of CO into t-Butyl Lanthanoid Bonds; X-ray Crystallographic Identification of a New Bonding Mode for a Bridging Enedione Diolate Ligand Formed By Formal Coupling of Four CO Molecules," *J. C. S. Chem. Comm.*, 706 (1981).

153. W. J. Evans, I. Bloom, W. E. Hunter, and J. L. Atwood, "Synthesis and X-ray Crystal Structure of a Soluble Divalent Organosamarium Complex," *J. Amer. Chem. Soc.*, **103**, 6507 (1981).

154. J. Jeffrey, M. F. Lappert, N. T. Luong-Thi, M. Webb, J. L. Atwood, and W. E. Hunter, "Metallocene Derivatives of Early Transition Metals. Part 4. Chemistry of the Complexes [M($\eta$-C$_5$H$_5$)$_2$RR'][M = Ti, Zr, or Hf; R = CH$_3$M'Me$_3$ (M' = C, Si, Ge or Sn) or CH(SiMe$_3$)$_2$; R' = Cl or alkyl] and the X-ray Structures of [Zr($\eta$-C$_5$H$_5$)$_2$(CH$_2$M'Me$_3$)$_2$] (M' = C or Si)," *J. C. S. Dalton Trans.*, 1593 (1981).

155. J. L. Atwood, W. E. Hunter, A. L. Wayda, and W. J. Evans, "Synthesis and Crystallographic Characterization of a Dimeric Alkynide Bridged Organolanthanide: [(C$_5$H$_5$)$_2$ErC+CC(CH$_3$)$_3$]$_2$," *Inorg. Chem.*, **20**, 4115 (1981).

156. M. F. Lappert, A. Singh, J. L. Atwood, and W. E. Hunter, "Organometallic Complexes of the Group 3A and Lanthanoid Metals Containing MCl$_2$Li Bridging Units; the X-ray Structure of [Nd($\eta$-Cp")$_2$($\mu$-Cl)$_2$Li(thf)$_2$][Cp" = C$_5$H$_3$(SiMe$_3$)$_2$; thf = tetrahydrofuran]," *J. C. S. Chem. Comm.*, 1191 (1981).

157. M. F. Lappert, A. Singh, J. L. Atwood, and W. E. Hunter, "The Use of the Bis(trimethylsilyl)cyclopentadienyl Ligand for Stabilizing Early (f$^0$-f$^3$)

19

Lanthanocene Chlorides; X-ray Structure of [(Pr(η-Cp")$_2$Cl)$_2$] [Cp" = C$_5$H$_3$(SiMe$_3$)$_2$] and of Isoleptic Scandium and Ytterbium Complexes," *J. C. S. Chem. Comm.*, 1190 (1981).

158. W. Liese, K. Dehnicke, R. D. Rogers, R. Shakir, and J. L. Atwood, "A Spectroscopic and Crystallographic Study of the [ReNCl$_4$]$^-$ Ion," *J. C. S. Dalton Trans.*, 1061 (1981).

159. J. L. Atwood, D. C. Hrncir, R. Shakir, M. S. Dalton, R. D. Priester, and R. D. Rogers, "Reaction of Trimethylaluminum with Crown Ethers. The Synthesis and Structure of (Dibenzo-18-crown-6)bis(trimethylaluminum) and of (15-crown-5)tetrakis(trimethylaluminum)," *Organometallics*, **1**, 1021 (1982).

160. M. D. Rausch, D. W. Macomber, W. P. Hart, J. L. Atwood, and R. D. Rogers, "The Formation and Molecular Structure of Acetylcyclopentadienyl-sodium·tetrahydrofuranate," *J. Organometal. Chem.*, **238**, 79 (1982).

161. J. L. Atwood, M. B. Honan, and R. D. Rogers, "Crystal and Molecular Structure of (η$^5$-C$_5$H$_5$)Ta (η$^5$-C$_2$H$_4$)Cl$_2$(PMe$_2$Ph)$_2$, a Crowded Molecule which Exhibits a Distorted η$^5$-Coordination Mode of the Cyclopentadienyl Ligand," *J. Cryst. Spec. Res*, **12**, 205 (1982).

162. M. J. Zaworotko, R. D. Rogers, and J. L. Atwood, "Interaction of Trimethylaluminum and Trimethylgallium with the Acetate Ion. Synthesis and Crystal Structures of [N(CH$_3$)$_4$][Al$_2$(CH$_3$)$_6$CH$_3$COO] and Rb[Ga$_2$(CH$_3$)$_6$CH$_3$COO]," *Organometallics*, **1**, 1179 (1982).

163. M. J. Zaworotko, R. Shakir, J. L. Atwood, V. Sriyunyongwat, S. D. Reynolds, and T. A. Albright, "Synthesis and Structure of Dicarbonyl(η$^5$-methylcyclo-pentadienyl)triphenylphosphinemanganese(I)," *Acta Crystallogr.*, B**38**, 1572 (1982).

164. J. L. Atwood, A. H. Cowley, W. E. Hunter, and S. K. Mehrotra, "The Crystal and Molecular Structure of Sulfamide (t-BuNH)$_2$SO$_2$," *Inorg. Chem.*, **21**, 435 (1982).

165. K. A. Beveridge, G. W. Bushnell, K. R. Dixon, D. T. Eadie, S. R. Stobart, M. J. Zaworotko, and J. L. Atwood, "Pyrazolyl-bridged Iridium Dimers. 1. Accommodation of Both Weak and Strong Metal-Metal Interactions by a Bridging Pyrazolyl Framework in Dissymetric Dimeric Structures," *J. Amer. Chem. Soc.*, **104**, 920 (1982).

166. A. W. Coleman, D. T. Eadie, S. R. Stobart, M. J. Zaworotko, and J. L. Atwood, "Pyrazolyl-bridged Iridium Dimers. 2. Contrasting Modes of Two-Center Oxidative Addition to a Bimetallic System and Reductive Access to the Starting Complex: Three Key Di-iridium Structures Representing Short Non-bonding and Long and Short Bonding Metal-Metal Interactions," *J. Amer. Chem. Soc.*, **104**, 922 (1982).

167. W. J. Evans, J. H. Meadows, A. L. Wayda, W. E. Hunter, and J. L. Atwood, "Organolanthanide Hydride Chemistry. 1. Synthesis and X-ray Crystallographic Characterization of Dimeric Organolanthanide and Organoyttrium Hydride Complexes," *J. Amer. Chem. Soc.*, **104**, 2008 (1982).

168. W. J. Evans, J. H. Meadows, A. L. Wayda, W. E. Hunter, and J. L. Atwood, "Organolanthanide Hydride Chemistry. 2. Synthesis and X-ray Crystallographic Characterization of Trimetallic Organolanthanide Polyhydride Complex," *J. Amer. Chem. Soc.*, **104**, 2015 (1982).

169. D. F. Foust, R. D. Rogers, M. D. Rausch, and J. L. Atwood, "Photo-induced Reactions of $(\eta^5\text{-}C_5H_5)_2MH_3$, $(\eta^5\text{-}C_5H_5)_2M(CO)H$ (M = Nb, Ta), and the Molecular Structure of $(\eta^5\text{-}C_5H_5)_2Ta(CO)H$," *J. Amer. Chem. Soc.*, **104**, 5646 (1982).

170. R. D. Rogers, R. V. Bynum, and J. L. Atwood, "Synthesis and Crystal Structure of $[(\eta^5\text{-}C_5H_5)_2HfO]_3 \cdot C_6H_5Me$," *J. Cryst. Spec. Res.*, **12**, 239 (1982).

171. E. Carmona, J. M. Marin, M. L. Poveda, J. L. Atwood, R. D. Rogers, and G. Wilkinson, "Bis-dinitrogen and Diethylene Complexes of Molybdenum(0)," *Angew. Chem.*, **21**, 441 (1982).

172. J. L. Atwood, A. H. Cowley, W. E. Hunter, and S. K. Mehrotra, "Pyrrolyl Compounds of Main-Group Elements. 1. Synthesis of $(\eta^1\text{-}C_4H_4N)_3As$ and Crystal and Molecular Structures of $(\eta^1\text{-}C_4H_4N)_3As$," *Inorg. Chem.*, **21**, 1354 (1982).

173. M. D. Rausch, B. H. Edwards, J. L. Atwood, and R. D. Rogers, "Formation and Molecular Structure of $(\eta^4\text{-}$Tetraphenylcyclobutadiene)dicarbonylnitrosyl- manganese)," *Organometallics*, **1**, 1567 (1982).

174. R. A. Jones, A. L. Stuart, J. L. Atwood, W. E. Hunter, and R. D. Rogers,

21

"Steric Effects of Phosphido Ligands.  Synthesis and Crystal Structure of Di-tert-butylphosphido-Bridged Dinuclear Metal-Metal Bonded Complexes of Fe(II), Co(I,II), and Ni(I)," *Organometallics,* **1**, 1721 (1982).

175.  R. D. Holmes-Smith, S. R. Stobart, J. L. Atwood, and W. E. Hunter, "Transition-metal Silacyclohexyl Derivatives. Crystal and Molecular Structure of Carbonyl($\eta$-cyclopentadienyl)(1-phenyl-1-silacyclohex-1-yl)(triphenylphosphine)iron(II),"
*J. C. S. Dalton Trans.,* 2461 (1982).

176.  G. Erker, K. Engel, U. Dorf, J. L. Atwood, and W. E. Hunter, "The Reaction of (Butadiene)zirconocene and -hafnocene with Ethylene," *Agnew. Chem. Int. Ed. Engl.,* **21**, 914 (1982).

177.  E. Carmona, J. M. Marin, M. L. Poveda, R. D. Rogers, and J. L. Atwood, "Preparation and Properties of Dinitrogen Complexes of Molybdenum and Tungsten with Trimethylphosphine as Coligand.  III.  Synthesis and Properties of cis-[W(N$_2$)$_2$(PMe$_3$)$_4$], trans-[W(C$_2$H$_4$)$_2$(PMe$_3$)$_4$] and [M(N$_2$)(PMe$_3$)$_5$](M = Mo, W).  The Crystal and Molecular Structure of [Mo(N$_2$)(PMe$_3$)$_5$]," *J. Organometal. Chem.,* **238**, C63 (1982).

178.  W. E. Hunter, D. C. Hrncir, R. V. Bynum, R. A. Penttila, and J. L. Atwood, "The Search for Dimethylzirconocene: Crystal Structures of Dimethylzirconocene, Dimethylhafnocene, Chloromethylzirconocene, and $\mu$-Oxobis(methylzircono- cene)," *Organometallics,* **2**, 750 (1983).

179.  J. L. Atwood, D. C. Hrncir, R. D. Priester, and R. D. Rogers, "Decomposition of High-Oxygen Content Organoaluminum Compounds.  The Formation and Structure of the [Al$_7$O$_6$Me$_{16}$]$^-$ Anion," *Organometallics,* **2**, 985 (1983).

180.  G. Erker, K. Kropp, J. L. Atwood, and W. E. Hunter, "Reactions of Vinylzirconocene Complexes with a Zirconiumhydride-the Unexpected Formation of $\mu$-($\beta$-$\eta^1$:$\alpha$-$\beta$-$\eta^2$-Styryl)-$\mu$-chlorobisbis-Zirconocene Complex," *Organometallics,* **2**, 1555 (1983).

181.  J. L. Atwood, W. E. Hunter, R. A. Jones, and T. C. Wright, "Reversible Metal-metal Bond Cleavage Accompanied by a Geometrical Isomerism. Synthesis and Crystal Structures of Isomers of [Rh($\mu$-$^t$Bu$_2$P)(CO)$_2$]$_2$. Catalysis of Alkene Hydroformylation," *Organometallics,* **2**, 470 (1983).

182.  R. A. Jones, A. L. Stuart, J. L. Atwood, and W. E. Hunter, "Structure of

22

Chlorotristrimethylphosphinecobalt(I), $C_9H_{27}ClCoP_3$," *J. Cryst. Spec. Res.*, **13**, 273 (1983).

183. J. L. Atwood, W. E. Hunter, H.-M. Zhang, M. F. Lappert, and A. Singh, "Synthesis and Characterization of Stable Anionic Structure of $[AsPh_4][Nd\{\eta-C_5H_3(SiMe_3)_2\}_2Cl_2]$." *J. C. S. Chem. Comm.*, 69 (1983).

184. W. J. Evans, I. Bloom, W. E. Hunter, and J. L. Atwood, "Organolanthanide Hydride Chemistry. 3. Reactivity of Low Valent Samarium with Unsaturated Hydrocarbons Leading to a Structurally Characterized Samarium Hydride Complex," *J. Amer. Chem. Soc.*, **105**, 1401 (1983).

185. W. J. Evans, I. Bloom, W. E. Hunter, and J. L. Atwood "Synthesis of Organosamarium Complexes Containing Sm-C and Sm-P Bonds. Crystallographic Characterization of $[(CH_3C_5H_4)_2SmC+CC(CH_3)_3]_2$," *Organometallics*, **2**, 709 (1983).

186. J. L. Atwood, K. R. Dixon, D. T. Eadie, S. R. Stobart, and M. J. Zaworotko, "Crystal and Molecular Structures of Tetrafluoroborate Salts of the *cis*-Chlorobis(triethylphosphine)(3-trifluoromethyl,5-methylpyrazole)platinum (II) and *cis*-Chlorobis(triethylphosphine)(indazole)platinum(II) Cations," *Inorg. Chem.*, **22**, 774 (1983).

187. M. D. Rausch, B. H. Edwards, R. D. Rogers, and J. L. Atwood, "The Formation of Diphenylphosphinocyclopentadienylthallium, and Its Utility in the Synthesis of Heterobimetallic Ti-Mn Complexes: The Molecular Structure of $(\eta^5$-cyclopentdienyl)$(\eta^5$-cyclopentadienyl)$(\eta^5$-diphenylphosphincyclopentadienyl) dichlorotitanium-[P]manganese," *J. Amer. Chem. Soc.*, **105**, 3882 (1983).

188. J. L. Atwood, R. D. Priester, R. D. Rogers, and L. G. Canada, "Reaction of Trimethylaluminum with Crown Ethers. II. The Synthesis and Structure of (Dibenzo-18-crown-6)tris(trimethylaluminum) and of (18-crown-6)tetrakis-(trimethylaluminum)," *J. Incl. Phenomena*, **1**, 61 (1983).

189. E. Carmona, J. M. Marin, M. L. Poveda, J. L. Atwood, and R. D. Rogers, "Preparation and Properties of Dinitrogen Trimethylphosphine Complexes of Molybdenum and Tungsten. 4. Synthesis, Chemical Properties and X-ray Structure of cis-$[Mo(N_2)_2(PMe_3)_4]$. The Crystal and Molecular Structures of trans-$[Mo(C_2H_4)_2(PMe_3)_4]$ and trans, mer-$[Mo(C_2H_4)_2(CO)(PMe_3)_3]$," *J. Amer. Chem. Soc.*, **105**, 3014 (1983).

23

190. E. Carmona, L. Sanchez, M. L. Poveda, J. M. Marin, J. L. Atwood, and R. D. Rogers, "β-C-H Interaction versus Dihaptoacyl Coordination in a Molybdenum Acetyl Complex. X-ray Crystal Structure of [Mo(COCH$_3$)(S$_2$CNMe$_2$)- (CO)(PMe$_3$)$_2$]," *J. C. S. Chem. Comm.*, 161 (1983).

191. R. B. Hallock, O. T Beachley, Jr., W. E. Hunter, and J L. Atwood, "A Re-examination of the Product from the Ga(CH$_2$SiMe$_3$)$_3$ - KH Reaction: KGa(CH$_2$SiMe$_3$)$_3$H," *Inorg. Chem.*, **22**, 3683 (1983).

192. B. H. Edwards, R. D. Rogers, D. J. Sikora, J. L. Atwood, and M. D. Rausch, "Formation, Reactivities, and Molecular Structure of Phosphine Derivatives of Titanocene. Isolation and Characterization of a Titanium Monoolefin π Complex," *J. Amer. Chem. Soc.*, **105**, 416 (1983).

193. M. F. Lappert, M. J. Slade, A. Singh, J. L. Atwood, R. D. Rogers, and R. Shakir, "Structure and Reactivity of Sterically Hindered Lithium Amides and Their Diethyl Etherates; Crystal and Molecular Structures of [LiN(SiMe$_3$)$_2$(OEt$_2$)]$_2$ and [Li(NCMe$_2$CH$_2$CH$_2$CH$_2$CMe$_2$)]$_4$," *J. Amer. Chem. Soc.*, **105**, 302 (1983).

194. W. J. Evans, J. H. Meadows, W. E. Hunter, and J. L. Atwood, "Organolanthanide and Organoyttrium Hydride Chemistry. 4. Reaction of Isocyanides with [(C$_5$H$_4$R)$_2$Yb(THF)]$_2$ to Form a Structurally Characterized N-Alkyl Forminidoyl Complex," *Organometallics*, **2**, 1252 (1983).

195. J. L. Atwood and M. J. Zaworotko, "The Formation and Structure of the Novel Aluminoxane Anion [Me$_2$AlO·AlMe$_3$]$_2$," *J. C. S. Chem. Comm.*, 302 (1983).

196. M. F. Lappert, A. Singh, J. L. Atwood, and W. E. Hunter, "Metallocene(III) Tetrahydroborates of the Group 3a Elements and the X-ray Structure of [Sc(C$_5$H$_3$(SiMe$_3$)$_2$)$_2$(H$_2$)BH$_2$]," *J. C. S. Chem. Comm.*, 206 (1983).

197. R. A. Jones, A. L. Stuart, J. L. Atwood, and W. E. Hunter, "Substitution Reactions of Bis-tertbutylphosphido Complexes of Nickel(I). Crystal Structures of Ni$_2$($^t$Bu$_2$P)$_2$(CO)$_2$(PMe$_3$), (Ni-Ni) and Ni$_2$($^t$Bu$_2$P)$_2$(CO)$_3$, (Ni-Ni)," *Organometallics*, **2**, 874 (1983).

198. J. L. Atwood, I. Bernal, F. Calderazzo, L. G. Canada, R. Poli, R. D. Rogers, C. A. Veracini, and D. Vitali, "Studies on Organometallic Hetero-Multiple-Bridged Molecules. 8. Preparation and Crystal and Molecular Structures of

24

Diphenyl Dichalcogenide Complexes of Manganese (I). Kinetic, Spectroscopic and Equilibrium Data: A Quantitative Assessment of the Solid-State and Solution Properties Within Members of Homogeneous Families of Chalcogenide Low-Valent Metal Complexes," *Inorg. Chem.*, **22**, 1797 (1983).

199. E. Carmona, J. M. Marin, M. L. Poveda, J. L. Atwood, and R. D. Rogers, "Preparation and Properties of Dinitrogentrimethylphosphine Complexes of Molybdenum and Tungsten. II. Synthesis and Crystal Structures of $[MCl(N_2)(PMe_3)_4]$ (M = Mo, W) and trans-$[MoCl_2(PMe_3)_4]$, *Polyhedron*, **2**, 185 (1983).

200. A. H. Cowley, J. E. Kilduff, N. C. Norman, M. Pakulski, J. L. Atwood, and W. E. Hunter, "Electrophilic Additions to Diphosphenes (RP=PR)," *J. Amer. Chem. Soc.*, **105**, 4845 (1983).

201. D. L. Reger, K. A. Belmore, J. L. Atwood, and W. E. Hunter, "Cis Addition of Hydride to $\eta^5$-Ring. Crystal and Molecular Structure of $(\eta^5$-$C_5H_5)FeCO(PPh_3)(E-C(CO_2Et)=C(H)Me)$." *J. Amer. Chem. Soc.*, **105**, 5743 (1983).

202. A. H. Cowley, R. A. Jones, C. A. Stewart, A. L. Stuart, J. L. Atwood, W. E. Hunter, and H.-M. Zhang, "Synthesis and Structure of an $\eta^5$-Phosphaalkene Nickel Complex," *J. Amer. Chem. Soc.*, **105**, 3737 (1983).

203. E. Carmona, F. Gonzalez, M. L. Poveda, J. M. Marin, J. L. Atwood, and R. D. Rogers, "Reaction of cis-$[Mo(N_2)_2(PMe_3)_4]$ with $CO_2$. Synthesis and Characterization of Products of Disproportionation and the X-ray Structure of a Tetrametallic Mixed-Valence $Mo^{II}$-$Mo^V$ Carbonate with a Novel Mode of Carbonate Binding," *J. Amer. Chem. Soc.*, **105**, 3365 (1983).

204. R. A. Jones, M. H. Seeberger, J. L. Atwood, and W. E. Hunter, "Diazasilametallacycles: Crystal and Molecular Structure of $Ti(NBuSiMe_2NBu)Cl_2$," *J. Organometal. Chem.*, **247**, 1 (1983).

205. E. Carmona, J. M. Marin, M. L. Poveda, L. Sanchez, R. D. Rogers, and J. L. Atwood, "Synthesis of Chloro(trimethylphosphine)tris(trimethylsilylmethyl)- tungsten(IV); Synthesis and Molecular Structure of Di-μ-chloro-bis[dicarbonyl-(trimethylphosphine)(1-2-η-trimethylsilylmethyl-carbonyl)tungsten(II)]," *J. Chem. Soc. Dalton Trans.*, 1003 (1983).

25

206. R. D. Rogers and J. L. Atwood, "The Crystal and Molecular Structure of SnBr[N(SiMe$_3$)$_2$]$_3$," *J. Cryst. Spec. Res.*, **13**, 1 (1983).

207. R. A. Jones, N. C. Norman, M. H. Seeberger, J. L. Atwood, and W. E. Hunter, "Synthesis and X-ray Crystal Structures of [M($\mu$-($^t$Bu)(H)P)(PMe$_3$)$_2$]$_2$, M = Rh, Ni, Containing Rh=Rh Double and Ni-Ni Single Bonds, *Organometallics*, **2**, 1629 (1983).

208. W. A. Herrmann, J. Plank, J. L. Hubbard, G. W. Kriechbaum, W. Kalcher, B. Koumbouris, G. Ihl, A. Schafer, M. L. Ziegler, H. Pfisterer, C. Pahl, J. L. Atwood, and R. D. Rogers, "Transition Metal Methylene Complexes. LI. Carbocyclic Carbenes, Carbene Bridges, Small Hydrocarbon Ligands, and Metallacycles: Examples of a General Synthetic Concept," *Z. Naturforsch.*, **38**b, 1392 (1983).

209. J. L. Atwood, D. C. Hrncir, and R. D. Rogers, "The Use of Crown Ethers to Access New M[Al$_2$R$_6$X] Species. Synthesis and Crystal Structure of [K·dibenzo-18-crown-6][Al$_2$Me$_6$Cl]·2C$_6$H$_6$," *J. Incl. Phenom.*, **1**, 199 (1983).

210. R. A. Jones, A. L. Stuart, J. L. Atwood, and W. E. Hunter, "Synthesis of Di-tert-butylphosphido-Bridged Dimers of Cobalt (I) Containing Cobalt-Cobalt Double Bonds. Crystal Structures of [Co($\mu$-t-Bu$_2$P)(CO)$_2$]$_2$ and [Co($\mu$-t-Bu$_2$P)(PMe$_3$)L]$_2$ (L = CO or N$_2$)," *Organometallics*, **2**, 1437 (1983).

211. K. A. Beveridge, G. W. Bushnell, S. R. Stobart, J. L. Atwood, and W. E. Hunter, "Pyrazolyl-Bridged Iridium Dimers. 4. Crystal and Molecular Structures of Bis(cyclooctu-1,5-diene)bis($\mu$-pyrazolyl)diiridium(I), Its Dirhodium(I) Isomorph, and Two Bis(cyclooctu-1,5-diene)diiridium(I) Analogues Incorporating 3.5-Disubstituted $\mu$-Pyrazolyl Ligands," *Organometallics*, **2**, 1447 (1983).

212. J. L. Atwood, D. E. Berry, S. R. Stobart, and M. J. Zaworotko, "Aspects of Organocadmium Chemistry. Part 3. Cyclometallated Alkyls and Aryls of Zn, Cd, and Hg and the Crystal and Molecular Structure of Bis[(o-N,N-dimethylaminomethyl)phenyl]mercury(II)," *Inorg. Chem.*, **22**, 3480 (1983).

213. J. L. Atwood, W. E. Hunter, R. A. Jones, and T. C. Wright, "Synthesis and X-ray Crystal Structure of Tris(bis-tertbutylphosphido)tricarbonyltrirhodium(I)," *Inorg. Chem.*, **22**, 993 (1983).

214. F. Calderazzo, R. Poli, D. Vitali, J. D. Korp, I. Bernal, G. Pelizzi, J. L.

26

Atwood, and W. E. Hunter, "Studies on Organometallic Hetero-Multiple-Bridged (HMB) Molecules. IX. Synthesis and Crystal and Molecular Structure of $Mn_2X_2(CO)_6P_2Ph_4$ (X = Br, I) and $Mn_2Br_2(CO)_6As_2Ph_4$, the Products Arising from Co-ordinative Addition of $P_2Ph_4$ and $As_2Ph_4$ to Manganese(I)." *Gazz. Chim. Ital.*, **113**, 761 (1983).

215. G. Erker, K. Engel, J. L. Atwood, and W. E. Hunter, "The Zirconocene-Induced Coupling of Butadiene with Carbonyl Compounds," *Angew. Chem. Int. Ed. Engl.*, **22**, 494 (1983).

216. R. D. Rogers, R. V. Bynum, and J. L. Atwood, "The Crystal Structure of $LiBr·(CH_3OCH_2CH_2OCH_3)_2$," *J. Cryst. Spec. Res.*, **14**, 29 (1984).

217. R. D. Rogers and J. L. Atwood, "Reaction of $K_2SO_4$ with $AlMe_3$ and the Crystal Structures of $K_2[Al_4Me_{12}SO_4]$ with $K_2[Al_4Me_{12}SO_4]·0.5p$-Xylene," *Organometallics*, **3**, 271 (1984).

218. G. S. Bristow, M. F. Lappert, T. R. Martin, J. L. Atwood, and W. E. Hunter, "Metallocyclopentenes. Part 2. The Preparation of o-Xylidene Derivatives of Ti, Zr, Hf, or Nb; the Crystal and Molecular Structures of $[M(\eta-C_5H_4R)_2(p-(CH_2)_2C_6H_4)]$ (R = H, M = Ti, Zr or Hf; R = $SiMe_3$, M = Nb)," *J. C. S. Dalton*, 399 (1984).

219. R. D. Rogers, R. V. Bynum, and J. L. Atwood, "Synthesis and Crystal Structure of $(\eta^5-C_5H_5)_2Hf(\eta^1-NC_4H_4)_2$," *J. Cryst. Spec. Res.*, **14**, 21 (1984).

220. R. D. Rogers and J. L. Atwood, "The Crystal and Molecular Structure of $[K·DB-18-C-6][AlMe_3NO_3]·3C_6H_6$," *J. Cryst. Spec. Res.*, **14**, 1 (1984).

221. R. A. Jones, B. R. Whittlesey, J. L. Atwood, and W. E. Hunter, "Synthesis and X-ray Crystal Structure of $OsBr_2(CN^tBu)_4·2CH_2Cl_2$," *Polyhedron*, **3**, 385 (1984).

222. R. D. Rogers, J. L. Atwood, T. A. Albright, W. A. Lee, and M. D. Rausch, "The Structure of Biphenylene- and Triphenylene-$Cr(CO)_3$. An Analysis of the Bonding of $Cr(CO)_3$ to Bicyclic Polyenes," *Organometallics*, **3**, 263 (1984).

223. R. D. Rogers, J. C. Baker, and J. L. Atwood, "The Crystal Structure of $[NBu_4][AlI_4]$," *J. Cryst. Spec. Res.*, **14**, 334 (1984).

224. J. L. Atwood, A. D. McMaster, R. D. Rogers, and S. R. Stobart, "Stereochemically Non-rigid Silanes, Germanes, and Stannanes. 12. Crystal and Molecular Structures Tetra($\eta^1$-indenyl) Derivatives of Germanium and Tin: *meso* Diastereoisomers with $S_4$ Symmetry," *Organometallics*, **3**, 1500 (1984).

225. G. Erker, W. Fromberg, J. L. Atwood, and W. E. Hunter, "Hydrozirconation of Nitriles: Proof of a Linear Heteroallene Structure in (Benzylideneamido)-zirconocene Chloride," *Angew. Chem. Int. Ed. Engl.*, **23**, 68 (1984).

226. J. L. Atwood, T. Fjeldberg, M. F. Lappert, N. T. Luong-Thi, R. Shakir, and A. J. Thorne, "Molecular Structures of Bis(trimethylsilylmethyl)lithium (LiR)$_n$, R = [CH(SiMe$_3$)$_2$] in the Vapour (Gas-phase Electron Diffraction: a Monomer, n = 1) and the Crystal (X-ray: a Polymer, n = $\square$)," *J. Chem. Soc. Chem. Commun.*, 1163 (1984).

227. A. H. Cowley, R. A. Jones, J. G. Lasch, N. C. Norman, C. A. Stuart, J. L. Atwood, W. E. Hunter, and H.-M. Zhang, "Synthesis and Structures of Free and Coordinated Phosphaalkenes," *J. Amer. Chem. Soc.*, **106**, 7015 (1984).

228. A. L. Wayda, J. L. Atwood, and W. E. Hunter, "Homoleptic Organolathanoid Hydrocarbyls. The Synthesis and X-ray Crystal Structure of Tris(ortho-N,N-dimethylaminomethylphenyl)lutetium," *Organometallics*, **3**, 939 (1984).

229. E. Carmona, M. Paneque, M. L. Poveda, R. D. Rogers, and J. L. Atwood, "Further Studies on Organonickel Compounds: the Synthesis of some New Alkyl-, Acyl- and Cyclopentadienyl-Derivatives and the Crystal Structure of trans-[Ni(CH$_2$SiMe$_3$)$_2$(PMe$_3$)$_2$]," *Polyhedron*, **3**, 317 (1984).

230. C. M. Means, N. C. Means, S. G. Bott, and J. L. Atwood, "How Short is a Bond of Order Zero? A Close Cs...Cs Contact in the [Cs$_2$(18-crown-6)]$^{2+}$ Cation," *J. Am. Chem. Soc.*, **106**, 7627 (1984).

231. J. L. Atwood, R. D. Rogers, and R. V. Bynum, "Tris(1,2-dimethoxyethane)lithium μ-Chloro-μ-oxo-bis[chloro(pentamethylcyclopentadienyl)(1-pyrrol yl)zirco-nate(IV)] Dimethoxyethane solvate, [Li(C$_4$H$_{10}$O$_2$)$_3$][Zr$_2$Cl$_3$O(C$_4$H$_4$N)$_2$-(C$_{10}$H$_{15}$)$_2$]·C$_4$H$_{10}$O$_2$," *Acta Crystallogr.* C**40**, 1812 (1984).

232. J. L. Atwood, K. A. Beveridge, G. W. Bushnell, K. R. Dixon, D. T. Eadie, S. R.

Stobart, and M. J. Zaworotko, "Pyrazolyl-Bridged Iridium Dimers.  4.  Two Fragment, Two Center Oxidative Addition of Halogens and Methyl Halides to *trans*-Bis(triphenylphosphine)dicarbonyldi(μ-pyrazolato)diiridium(I)." *Inorg. Chem.*, **23**, 4050 (1984).

233.  E. Samuel, R. D. Rogers, and J. L. Atwood, "Synthesis and Crystal Structure of [(η$^5$-C$_9$H$_{11}$)TiCl(μ-O)]$_4$," *J. Cryst. Spec. Res.*, **14**, 573, (1984).

234.  W. J. Evans, J. H. Meadows, W. E. Hunter, and J. L. Atwood, "Organolanthanide and Organoyttrium Hydride Chemistry. 5.  Improved Synthesis of [C$_5$H$_4$R)$_2$YH(THF)]$_2$ Complexes and Their Reactivity With Alkenes, Alkynes, 1,2-Propadiene, Nitriles, and Pyridine, Including Structural Characterization of an Alkylideneamido Product," *J. Amer. Chem. Soc.*, **106**, 1291 (1984).

235.  A. H. Cowley, J. E. Kilduff, J. G. Lasch, S. K. Mehrotra, N. C. Norman, M. Pakulski, B. R. Whittlesey, J. L. Atwood, and W. E. Hunter, "Synthesis and Structures of Compounds Containing Double Bonds Between the Heavier Group VA Elements:  Diphosphenes, Diarsenes, Phosphaarsenes, and Phosphastibenes," *Inorg. Chem.*, **23**, 2582 (1984).

236.  W. A. Herrmann, J. Plank, G. W. Kriechbaum, M. L. Ziegler, H. Pfisterer, J. L. Atwood, and R. D. Rogers, "Komplexchemie reaktiver organischer Verbindungen.  XLVII.  Synthese, Strukturchemie und Druckcarbonylierung von Metallcarben-Komplexen," *J. Organometal. Chem.*, **264**, 327 (1984).

237.  M. D. Rausch, D. F. Foust, R. D. Rogers, and J. L. Atwood, "The Formation and Molecular Structure of Bis(η$^5$-cyclopentadienyl)(2-[(dimethylamino)methyl]- phenyl-C,N)yttrium." *J. Organometal. Chem.*, **265**, 241 (1984).

238.  R. D. Rogers, E. Carmona, A. Galindo, J. L. Atwood, and L. G. Canada, "Trimethylphosphine Complexes of Molybdenum and Tungsten.  The Synthesis and Chemical Properties of MoCl$_4$(PMe$_3$)$_3$ and MoO(acac)$_2$PMe$_3$." *J. Organometal. Chem.*, **277**, 403 (1984).

239.  E. Carmona, L. Sanchez, J. M. Marin, M. L. Poveda, J. L. Atwood, R. D. Priester, and R. D. Rogers, "η$^2$-Acyl Coordination and β-C-H Interaction in Acyl Complexes of Molybdenum.  Crystal and Molecular Structures of Mo(η$^2$-COCH$_2$SiMe$_3$)Cl(CO)(PMe$_3$)$_3$ and

29

Mo(COCH$_3$)(S$_2$CNMe$_2$)(CO)(PMe$_3$)$_2$," *J. Amer. Chem. Soc.*, **106**, 3214 (1984).

240. J. L. Atwood, "Liquid Clathrates," in "Inclusion Compounds," Vol. 1, Eds., J. L. Atwood, J. E. D. Davies, and D. D. MacNicol, Academic Press, London, 1984, pp. 375-405.

241. J. L. Atwood, "New Inclusion Methods for Separations Problems," *Sep. Sci. Tech.*, **19**, 751 (1984).

242. J. L. Atwood, H. Elgamal, G. H. Robinson, S. G. Bott, J. A. Weeks, and W. E. Hunter, "From Crown Ethers to Zeolites:  Reaction of EtAlCl$_2$ with Crown Ethers," *J. Incl. Phenom.*, **2**, 367 (1984).

243. J. L. Atwood, "The Interaction of Alkali Metal Cations with Aromatic Molecules in Complexes of the Type M[AlMe$_3$X]·aromatic, M[Al$_2$Me$_6$X]·aromatic, and Related," *J. Incl. Phenom.*, **3**, 13 (1985).

244. W. J. Evans, I. Bloom, W. E. Hunter, and J. L. Atwood, "Metal Vapor Synthesis of (C$_5$Me$_5$)$_2$Sm(THF)$_2$ and (C$_5$Me$_4$Et)$_2$Sm(THF)$_2$ and Their Reactivity with Organomercurial Reagents.  Synthesis and X-ray Structural Analysis of (C$_5$Me$_5$)$_2$Sm(C$_6$H$_5$)(THF)," *Organometallics*, **4**, 112 (1985).

245. H. Zhang, C. M. Means, N. C. Means, and J. L. Atwood, "Reaction of Trimethylaluminum with Crown Ethers.  IV.  Crystal Structure of (18-Crown-6)Tetrakis(trimethylaluminum)·p-xylene Solvate," *J. Cryst. Spec. Res.*, **15**, 445 (1985).

246. W. J. Evans, J. W. Grate, I. Bloom, W. E. Hunter, and J. L. Atwood, "Reactivity of (C$_5$Me$_5$)$_2$Sm(THF)$_2$ with Oxygen Containing Substrates: Synthesis and X-ray Crystallographic Characterization of an Oxo-bridged Bimetallic Organosamarium Complex, [(C$_5$Me$_5$)$_2$Sm]$_2$(μ-O)," *J. Am. Chem. Soc.*, **107**, 405 (1985).

247. H. D. H. Showalter, E. M. Berman, J. L. Johnson, J. L. Atwood and W. E. Hunter, "A Facile Synthesis of Functionalized 9,10-Anthracenediones via Tosylate and Triflate Phenolic Activation," *Tetrahedron Letters*, **26**, 157 (1985).

248. G. H. Robinson, S. G. Bott, H. Elgamal, W. E. Hunter, and J. L. Atwood, "Reaction of Trimethylaluminum with Crown Ethers.  III.  The Synthesis and Crystal Structure of (12-crown-4)-bis(trimethylaluminum)," *J. Incl. Phenom.*, **3**, 65 (1985).

249. W. J. Evans, T. T. Peterson, M. D. Rausch, W. E. Hunter, and J. L. Atwood, "Synthesis and X-ray Crystallographic Characterization of an Asymmetric Organoyttrium Hallide Dimer: $(C_5Me_5)_2Y[(\mu\text{-Cl})YCl(C_5Me_5)_2]$," *Organometallics*, **4**, 554 (1985).

250. R. B. Hallock, W. E. Hunter, J. L. Atwood, and O. T. Beachley, "Synthesis and Structural Study of $Ga(CH_2SiMe_3)_3$. $Me_2NC_2H_4NMe_2.Ga(CH_2SiMe_3)_3$," *Organometallics*, **4**, 547 (1985).

251. M. J. Zaworotko, C. R. Kerr, and J. L. Atwood, "Reaction of the Phenoxide Ion with Trimethylaluminum. Isolation and Crystal Structure of $[K.dibenzo-18-crown-6][Al_2Me_6OPh]$ and $K[AlMe_3(OPh)_2]$," *Organometallics*, **4**, 238 (1985).

252. W. J. Evans, J. W. Grate, H. W. Choi, I. Bloom, W. E. Hunter, and J. L. Atwood, "Solution Synthesis and Crystallographic Characterization of the Divalent Organosamarium Complexes $[(C_5Me_5)SmI(THF)_2]_2$," *J. Amer. Chem. Soc.*, **107**, 941 (1985).

253. J. H. Medley, F. R. Fronczek, N. Ahmad, M. C. Day, R. D. Rogers, C. R. Kerr, and J. L. Atwood, "The Crystal Structures of $NaAlR_4$, R = Methyl, Ethyl, and n-Propyl," *J. Cryst. Spec. Res.*, **15**, 99 (1985).

254 O. T. Beachley, T. D. Getman, R. U. Kirss, R. B. Hallock, W. E. Hunter, and J. L. Atwood, "Preparation and Properties of Cyclopentadienylgallium(III) Compounds," *Organometallics*, **4**, 751 (1985).

255. A. H. Cowley, S. K. Mehrotra, W. E. Hunter, and J. L. Atwood, "Synthesis and Crystal Structure of the Bis(cyclopentadienyl)gallium Ethoxide Dimer," *Organometallics*, **4**, 1115 (1985).

256. J. L. Atwood, W. E. Hunter, R. D. Rogers, and J. A. Weeks, "Behavior of $M[Al_2Me_6N_3](M = K, Rb, Cs)$ with Aromatic Solvents and the Crystal Structures Two Related Complexes," *J. Incl. Phenom.*, **3**, 113 (1985).

257. W. J. Evans, J. W. Grate, L. A. Hughes, H. Zhang, and J. L. Atwood, "Reductive Homologation of CO to a Ketenecarboxylate by a Low Valent Organolanthanide Complex: Synthesis and X-ray Crystal Structure of $[(C_5Me_5)_4Sm_2(OCCCO_2)(THF)]_2$," *J. Amer. Chem. Soc.*, **107**, 3728 (1985).

A 2303

258. M. J. Zaworotko, R. J. Stamps, M. T. Ledet, H. Zhang, and J. L. Atwood, "Heterocyclophane Complexes of Transition Metals. 1. Synthesis and Crystal Structure of Both the $\eta^5$- and the $\eta^6$-[2.2](2,5)Pyrroloparacyclophanetri- carbonylchromium," *Organometallics*, **4**, 1697 (1985).

259. S. G. Bott, H. Elgamal, and J. L. Atwood, "Seven-Coordinate Aluminum in [AlCl$_2$.benzo-15-crown-5][AlCl$_3$Et]," *J. Amer. Chem. Soc.*, **107**, 1796 (1985).

260. J. L. Atwood, S. G. Bott, C. Eaborn, M. N. El-Kheli, and J. D. Smith, "The Crystal and Molecular Structure of Fluoro(hydroxy){tris(dimethylphenylsilyl)- methyl}borane," *J. Organometal. Chem.*, **294**, 23 (1985).

261. O. T. Beachley, Jr., R. B. Hallock, H. Zhang, and J. L. Atwood, "Synthesis, Characterizations and Crystal and Molecular Structures of Pentamethylcyclopentadienyl Gallium Chloride Compounds, Ga(C$_5$Me$_5$)$_2$Cl and Ga(C$_5$Me$_5$)Cl$_2$," *Organometallics*, **4**, 1675 (1985).

262. S. P. McManus, J. A. Knight, E. J. Meehan, R. A. Abramovitch, M. N. Offor, J. L. Atwood, and W. E. Hunter, "Ferrocenesulfonyl Azide: Structure and Kinetics of Solution Thermolysis," *J. Org. Chem.*, **50**, 2742 (1985).

263. M. J. Wovkulich, J. L. Atwood, L. Canada, and J. D. Atwood, "A Crystallographic Determination of the Influence of the Trans Ligand on the Bonding of Triphenylphosphine. Crystal and Molecular Structures of Cr(CO)$_4$(PPh$_3$)L (L = PBu$_3$, P(OMe)$_3$, and P(OPh)$_3$)," *Organometallics*, **4**, 867 (1985).

264. W. J. Evans, I. Bloom, J. W. Grate, L. A. Hughes, W. E. Hunter, and J. L. Atwood, "Synthesis and Characterization of the Samarium-Cobalt Complexes (C$_5$Me$_5$)$_2$(THF)SmCo(CO)$_4$ and [SmI$_2$(THF)$_5$][Co(CO)$_4$]: X-ray Crystal Structure of a Seven-Coordinate Samarium(III) Cation Complex," *Inorg. Chem.*, **24**, 4620 (1985).

265. D. R. Corbin, J. L. Atwood, and G. D. Stucky, "Hydrogenation of Unsaturated Dicarboxylic Acids by Dicarbonylbis($\eta^5$-cyclopentadienyl)titanium(II) and the Molecular Structure of $\mu$-Acetylenedicarboxylatobis[bis($\eta^5$-methylcyclopenta- dienyl)titanium(III)]," *Inorg. Chem.*, **25**, 98 (1986).

266. R. V. Bynum, H.-M. Zhang, W. E. Hunter, and J. L. Atwood, "Pyrrolyl

32

Complexes of the Early Transition Metals. 3. Preparation and Crystal Structure of $(\eta^5-C_5H_5)_2Zr-(\eta^1-NC_4H_2Me_2)_2$ and $Zr(\eta^1-NC_4H_2Me_2)_4$," *Can. J. Chem.*, **64**, 1304 (1986).

267. G. Erker, U. Dorf, J. L. Atwood, and W. E. Hunter, "The Metallaoxirane Type Structure of $Cp_2ZrCl(CPh_2OCH_3)$ and the Question of Modeling the Chemistry of Alkylidene Units on a Metal Oxide Surface," *J. Amer. Chem. Soc.*, **108**, 2251 (1986).

268. S. G. Bott, A. W. Coleman, and J. L. Atwood, "Preparation and Structure of the First Complex of an Early Transition Metal and a Calixarene, $Calix[6]arene[TiCl_2(\mu-O)TiCl_3]_2$," *J. Chem. Soc., Chem. Commun.*, 610 (1986).

269. S. G. Bott, A. W. Coleman, and J. L. Atwood, "Inclusion of both Cation and Neutral Molecule by a Calixarene. Structure of the [p-tert-Butylmethoxycalix[4]arene·Na·toluene]$^+$ Cation," *J. Amer. Chem. Soc.*, **108**, 1709 (1986).

270. W. J. Evans, L. A. Hughes, D. K. Drummond, H. Zhang, and J. L. Atwood, "Facile Stereospecific Synthesis of a Dihydroxyindenoindene Unit from an Alkyne and CO Via Samarium-mediated CO and CH Activation," *J. Amer. Chem. Soc.*, **108**, 1722 (1986).

271. M. D. Rausch, K. J. Moriarty, J. L. Atwood, J. A. Weeks, W. E. Hunter, and H. G. Brittian, "Synthetic, X-ray Structural and Luminescence Studies on Pentamethylcyclopentadienyl Derivatives of Lanthanum, Cerium and Praseodymium," *Organometallics*, **5**, 1281 (1986).

272. R. A. Jones, T. C. Wright, J. L. Atwood, and W. E. Hunter, "Structure of Bis(m-di-tert-butylphosphido)-bis(dicarbonylrhodium)(Rh-Rh) in P1," *Acta Crystallogr.*, C**42**, 294 (1986).

273. H. Prinz, S. G. Bott, and J. L. Atwood, "Decyclization of Crown Ethers. Ring-opening Reaction of 18-Crown-6 with $ZrCl_4$," *J. Am. Chem. Soc.*, **108**, 2113 (1986).

274. W. J. Evans, J. W. Grate, K. R. Levan, I. Bloom, T. T. Peterson, R. J. Doedens, H. Zhang, and J. L. Atwood, "Synthesis and X-ray Crystal Structure of Bis(pentamethylcyclopentadienyl) Lanthanide and Yttrium Halide Complexes," *Inorg. Chem.*, **25**, 3614 (1986).

275. E. Samuel, J. L. Atwood, and W. E. Hunter, "Cyclization of Phenylpropiolic

33

Acid on Titanocene. Synthesis and Molecular Structure of Bis($\eta^5$-cyclopenta- dienyl)(cynamylato-$C^3$,0)-titanium Phenylpropiolic Acid (1/1), a Novel Titanacycle. Synthesis of Bis(cyclopentadienyl)bis(phenylpropiolato)- titanium," *J. Organometal. Chem.*, **311**, 325 (1986).

276. J. L. Atwood, "Applications of Inclusion in Separation Science," in "Chemical Separations," Ed. J. Navratil and C. J. King, Litarvan, Golden, CO, 1986.

277. S. G. Bott, U. Kynast, and J. L. Atwood, "Reaction of Early Transition Metal Complexes with Macrocycles. II. Synthesis and Structure of $TiCl_3(H_2O)\cdot18$-crown-6, a Compound with a Unique Bidentate Bonding Mode for the 18-crown-6 Molecule," *J. Incl. Phenom.*, **4**, 241 (1986).

278. J. Z. Cayias, E. A. Babaian, D. C. Hrncir, S. G. Bott, and J. L. Atwood, "Crystal Structure of $[Zr(dmpe)(CH_2SiMe_3)_4]$ (dmpe = $PMe_2CH_2CH_2PMe_2$). Evidence in Support of the Postulation for the Presence of an Agostic Hydrogen," *J. Chem. Soc., Dalton Trans.*, 2743 (1986).

279. Y. P. Singh, P. Rupani, A. Singh, A. K. Rai, R. C. Mehrotra, R. D. Rogers, and J. L. Atwood, "Synthesis and IR, UV, NMR ($^1$H and $^{11}$B) and Mass Spectral Studies of Some New β-ketonamine Complexes of Boron: Crystal and Molecular Structure of $OC_6H_4OBOC(R)CHC(R')NR''$ (R = p-$ClC_6H_4$, R' = $C_6H_5$, R'' = $CH_3$)," *Inorg. Chem.*, **25**, 3076 (1986).

280. P. C. Blake, M. F. Lappert, R. G. Taylor, J. L. Atwood, W. E. Hunter, and H. Zhang, "A Complete Series of U(III) Halides, $[(UCp''_2X)_n]$ (X = F, Cl, Br or I; Cp'' = $\eta$-$C_5H_3(SiMe_3)_2$); Single-crystal X-ray Structure Determinations of the Chloride and Bromide (n = 2 for X = μ-Cl⁻ or μ-Br⁻)," *J. Chem. Soc., Chem. Commun.*, 1394 (1986).

281. A. W. Coleman, S. G. Bott, and J. L. Atwood, "Preparation and Structure of (Calix[8]arene Methyl Ether)·2 $CDCl_3$," *J. Incl. Phenom.*, **4**, 247 (1986).

282. P. C. Blake, M. F. Lappert, J. L. Atwood, and H. Zhang, "The Synthesis and Characterisation, Including X-ray Diffraction Study, of $[Th\{\eta$-$C_5H_3(SiMe_3)_2\}_3]$; the First Thorium(III) Crystal Structure," *J. Chem. Soc., Chem. Commun.*, 1148 (1986).

283. W. J. Evans, D. K. Drummond, S. G. Bott, and J. L. Atwood, "Reductive

Distortion of Azobenzene by an Organosamarium(II) Reagent to Form $[(C_5Me_5)_2Sm]_2(C_6H_5)_2N_2$: An X-ray Crystallographic Snapshot of an Agostic Hydrogen Complex on an Ortho Metalation Reaction Coordinate," *Organometallics*, **5**, 2389 (1986).

284. J. W. Chambers, A. J. Baskar, S. G. Bott, J. L. Atwood, and M. D. Rausch, "Formation and Molecular Structures of ($\eta^5$-Pentabenzylcyclopentadienyl)- and ($\eta^5$-Pentaphenylcyclopentadienyl)dicarbonyl Derivatives of Cobalt and Rhodium," *Organometallics*, **5**, 1635 (1986).

285. E. A. Babaian, D. C. Hrncir, S. G. Bott, and J. L. Atwood, "Siloxy-Zirconium Chemistry. I. Reaction of Zr-C σ-Bonds with $R_3SiOH$ and the Crystal Structure of (1,2-dimethoxyethane)-bis(triphenylsiloxy)dichlorozirconium(IV), (DME) $ZrCl_2(OSiPh_3)_2$," *Inorg. Chem.*, **25**, 4818 (1986).

286. D. A. Atwood, S. G. Bott, and J. L. Atwood, "Preparation and Structure of the $[YbCl_2\cdot15$-crown-5$]^+$ Cation, a New Synthetic Intermediate for Organolanthanide Chemistry," *J. Coord. Chem.*, **16**, 93 (1987).

287. W. J. Evans, T. P. Hanusa, J. H. Meadows, W. E. Hunter, and J. L. Atwood, "Synthesis and X-ray Crystal Structure of μ, $\nu^2$-N-Alkylformimidoyl Complexes of Erbium and Yttrium: A Structural Comparison," *Organometallics*, **6**, 295 (1987).

288. D. H. Miles, A. A. de la Cruz, A. M. Ly, D. -S. Lho, E. Gomez, J. A. Weeks, and J. L. Atwood, "Toxicants from Mangrove Plants IV: Ichthyotoxins from the Philippine Plant *Heritiera Littoralis*," *ACS Symposium Series*, **330**, 491 (1987).

289. A. W. Coleman, H. Zhang, S. G. Bott, J. L. Atwood, and P. H. Dixneuf, "Reactivity of the Diphosphine $Ph_2PCH_2PPh_2$ with $[(\eta^6$-p-$CH_3C_6H_4Pr^i)RuCl_2]_2$. Crystal Structures of Ruthenium Complexes Containing Monodentate and Singly-Bridging Diphosphine Ligands," *J. Coord. Chem.*, **16**, 9 (1987).

290. O. T. Beachley, Jr., J. P. Kopasz, H. Zhang, W. E. Hunter, and J. L. Atwood, "Synthesis and Characterization of Amphoteric Ligands Including the Crystal and Molecular Structure of $[(Me_3SiCH_2)_2InPPh_2]_2$," *J. Organometal. Chem.*, **325**, 69 (1987).

35

291. A. W. Coleman, S. G. Bott, and J. L. Atwood, "Reaction of Trimethylaluminum with Calixarenes. I. Synthesis and Structure of [Calix[8]arene Methyl Ether][AlMe$_3$]$_6$·2 Toluene and of [p-tert-Butylcalix[8]arene Methyl Ether][AlMe$_3$]$_6$·4 Benzene," *J. Incl. Phenom.*, **5**, 581 (1987).

292. S. G. Bott, M. Clark, J. S. Thrasher, and J. L. Atwood, "Crystal and Molecular Structure of S-Methyl(pentafluorosulfanyl)thiocarbamate," *J. Cryst. Spec. Res.*, **17**, 187 (1987).

293. G. H. Robinson, W. E. Hunter, S. G. Bott, and J. L. Atwood, "The Interation of Group III Metal Alkyls with Crown Ethers. The Synthesis and Structure of [Ga(CH$_3$)$_3$]$_2$[Dibenzo-18-crown-6] and [Al(CH$_3$)$_3$]$_2$[Dicyclohexano-18-crown-6]," *J. Organomet. Chem.*, **326**, 9 (1987).

294. E. A. Babaian, L. M. Barden, D. C. Hrncir, W. E. Hunter, and J. L. Atwood, "Indium-Based Liquid Clathrates. I. The Preparation of the First Indium Liquid Inclusion Compound and Crystal Structure of its Parent Complex, [K·18-Crown-6]$_2$-[In$_2$I$_3$Cl$_2$(CH$_3$)$_3$]," *J. Incl. Phenom.*, **5**, 605 (1987).

295. M. D. Rausch, K. J. Moriarty, J. L. Atwood, W. E. Hunter, and E. Samuel, "The Formation, Crystal and Molecular Structures of Bis($\eta^5$-indenyl)di-carbonylzirconium," *J. Organomet. Chem.*, **327**, 39 (1987).

296. N. C. Means, C. M. Means, S. G. Bott, and J. L. Atwood, "Interaction of AlCl$_3$ with Tetrahydrofuran. Formation and Crystal Structure of [AlCl$_2$(THF)$_4$][AlCl$_4$]," *Inorg. Chem.*, **26**, 1466 (1987).

297. E. Hey, M. F. Lappert, J. L. Atwood, and S. G. Bott, "Bis(trimethylsilyl)phosphinodithioformates, the P-Analogues of Dithiocarbamates; X-ray Structures of [ZrCp$_2$(Cl)($\eta^2$-S$_2$CPR$_2$)](1a) and [(ZrCp$_2$($\mu$-S))$_2$], a Thermolysis Product of (1a) (Cp = $\eta$-C$_5$H$_5$, R = SiMe$_3$)," *J. Chem. Soc., Chem. Commun.*, 421 (1987).

298. E. Hey, M. F. Lappert, J. L. Atwood, and S. G. Bott, "A Hexaphosphorus Chain as Part of a Dimeric P,P'-containing Ligand; 1,3-Phosphozirconation of White Phosphorus; X-ray Structure of [Zr($\eta$-C$_5$H$_5$)$_2$(O(PR$_2$)PP(PR$_2$)P)] (R = SiMe$_3$)," *J. Chem. Soc., Chem. Commun.*, 597 (1987).

299. W. J. Evans, D. K. Drummond, J. W. Grate, H. Zhang, and J. L. Atwood, "Structural Diversity in Bis(pentamethylcyclopentadienyl) Lanthanide Halide Complexes: X-ray Crystal Structures of [(C$_5$Me$_5$)$_2$SmCl]$_3$ and (C$_5$Me$_5$)$_{10}$Sm$_5$Cl$_5$[Me(OCH$_2$CH$_2$)$_4$OMe]," *J. Amer. Chem. Soc.*, **109**, 3928 (1987).

300. G. H. Robinson, H. Zhang, and J. L. Atwood, "Reaction of Trimethylaluminum with a Macrocyclic Tetradentate Tertiary Amine. Synthesis and Molecular Structure of [Al(CH$_3$)$_3$]$_4$[N-tetramethylcyclam]," *J. Organometal. Chem.*, **331**, 153 (1987).

301. J. L. Atwood, "Inclusion (Clathrate) Compounds," Encyclopedia of Physical Science and Technology, Vol. 6, 583-594 (1987).

302. A. W. Coleman, A. J. Baskar, S. G. Bott, and J. L. Atwood, "Synthesis and Crystal Structure of a Novel Mixed Valence Iron Compound, [($\eta^5$-cyclopentadienyl)($\eta^6$-tetralin)Fe(II)]$_3$[Fe(III)(NCS)$_6$]," *J. Coord. Chem.*, **17**, 339 (1988).

303. S. G. Bott, A. Alvanipour, S. D. Morley, D. A. Atwood, C. M. Means, A. W. Coleman, and J. L. Atwood, "Stabilization of the AlMe$_2^+$ Cation by Crown Ethers," *Angew. Chem. Int. Engl. Ed.*, **26**, 485 (1987).

304. W. J. Evans, R. A. Keyer, H. Zhang, and J. L. Atwood, "Synthesis and X-ray Crystal Structure of [(C$_5$Me$_5$)$_2$Sm]$_2$C$_4$(C$_6$H$_5$)$_2$, a Complex Containing $\eta^2$-Alkyne Coordination to Samarium," *J. Chem. Soc., Chem. Commun.*, 837 (1987).

305. D. Caine, C. J. McCloskey, J. L. Atwood, S. G. Bott, H. Zhang, and D. VanDerveer, "The Synthesis and Base-Induced Methylation Reactions of Cis-7a-Hydroxy-3a-phenylsulfenyl-3z,4,5,6,7,7a-hexahydro-4-indano ne," *J. Org. Chem.*, **52**, 1280 (1987).

306. J. L. Atwood, S. G. Bott, P. B. Hitchcock, C. Eaborn, R. S. Shariffudin, J. D. Smith, and A. C. Sullivan, "The Chemistry of Trichloro(tris(trimethylsilyl)methyl) and Trichloro(tris(dimethylphenyl)silyl) methyl gallates, -indates and -thallates. Crystal and Molecular Structures of [Li(thf)$_2$($\mu$-Cl)$_2$Ga(Cl)C(SiMe$_2$Ph)$_3$]thf, [Li(thf)$_3$-($\mu$-Cl)InCl$_2$C(SiMe$_3$)$_3$] and [(SiMe$_3$)$_3$CIn($\mu$-Cl)($\mu$-Fe(CO)$_4$InC(SiMe$_3$)$_3$]  (thf = tetrahydrofuran)," *J. Chem. Soc., Dalton Trans.*,

747 (1987).

307. G. H. Robinson, H. Zhang, and J. L. Atwood, "Reaction of Trimethylaluminum with Thiacrown Ethers. Crystal and Molecular Structure of [AlMe$_3$]$_4$[14]anesS$_4$," *Organometallics*, **6**, 887 (1987).

308. M. V. Lakshmikantham, M. S. Raasch, M. P. Cava, S. G. Bott, and J. L. Atwood, "Thioquinones. A Reinvestigation of Perkin and Green's Diaminodithio- quinone," *J. Org. Chem.*, **52**, 1875 (1987).

309. J. A. Ewen, L. Haspeslagh, J. L. Atwood, and H. Zhang, "Synthesis, Crystal Structure, and Isospecific Propylene Polymerizations with Ethylenebis(4,5,6,7- tetrahydro-1-indenyl)hafnium(IV) Dichloride," *J. Amer. Chem. Soc.*, **109**, 6544 (1987).

310. G. H. Robinson, S. G. Bott, and J. L. Atwood, "Triethylaluminum-based Ferrocenylalanes. Synthesis and Crystal Structure of [(η-C$_5$H$_5$)Fe (η-C$_5$H$_4$)Al(C$_2$H$_5$)$_4$Cl]," *J. Coord. Chem.*, **16**, 219 (1987).

311. S. G. Bott, A. W. Coleman, and J. L. Atwood, "The Synthesis and Molecular Structure of t-Butylcalix[4]arene Methyl Ether complexed with Aluminum Alkyl Species," *J. Incl. Phenom.*, **6**, 747 (1987).

312. S. G. Bott, H. Prinz, A. Alvanipour, and J. L. Atwood, "Reaction of Early Transition Metals with Macrocycles. III. Synthesis and Structure of 18-Crown-6·MCl$_4$
 (M=Ti, Sn)," *J. Coord. Chem.*, **16**, 303 (1987).

313. M. A. Edelman, M. F. Lappert, J. L. Atwood, and H. Zhang, "The Synthesis and X-ray Structure of a Novel Monocyclopentadienyluranium(IV) Chloride [UCp'''Cl$_2$(THF)(μ-Cl)$_2$Li(THF)$_2$][Cp'''=η-C$_5$H$_2$(SiMe$_3$)$_3$-1,2,4]," *Inorg. Chim. Acta*, **139**, 185 (1987).

314. P. C. Blake, M. F. Lappert, R. G. Taylor, J. L. Atwood, and H. Zhang, "Some Aspects of the Coordination and Organometallic Chemistry of Thorium and Uranium (M$^{III}$, M$^{IV}$, U$^V$) in +3 and +4 Oxidation States," *Inorg. Chim. Acta.*, **139**, 13 (1987).

315. P. C. Stark, M. Huff, E. A. Babaian, L. M. Barden, D. C. Hrncir, S. G. Bott, and J. L. Atwood, "Indium-based Liquid Clathrates. II. Inclusion Compounds Derived from Salts of the Tetrachloroindate Anion, InCl$_4$$^-$ and

the Crystal Structure of [Li-15-Crown-5][In(CH$_3$)$_3$Cl]," *J. Incl. Phenom.*, **6**, 683 (1987).

316. J. L. Atwood, S. G. Bott, A. W. Coleman, K. D. Robinson, S. B. Whetstone, and C. M. Means, "The H$_3$O$^+$ Cation in Aromatic Solvents. Synthesis, Structure and Behavior of [H$_3$O·18-Crown-6][Cl-H-Cl]," *J. Am. Chem. Soc.*, **109**, 8100 (1987).

317. A. M. Arif, D. E. Heaton, R. A. Jones, K. B. Kidd, T. C. Wright, B. R. Whittlesey, J. L. Atwood, W. E. Hunter, and H. Zhang, "Synthesis and Structures of Di- and Tri-nuclear Di-tert-butylphosphido and Di-tert-butylarsenido Complexes of Iridium. X-ray Crystal Structures of [Ir(μ-t-Bu$_2$E)(CO)$_2$]$_2$ (E=P, As), [Ir(tOBu$_2$PH)(CO)]$_2$(μ-H)(μ-t-Bu$_2$P), [Ir(t-Bu$_2$PH)(CO)(μ-H)]$_2$(H)(μ-t-Bu$_2$P) and Ir$_3$(μ-t-Bu$_2$P)$_3$(CO)$_5$," *Inorg. Chem.*, **26**, 4065 (1987).

318. U. Kynast, S. G. Bott, and J. L. Atwood, "Reaction of Early Transition Metal Complexes with Macrocycles. IV. Synthesis and Structure of [PPh$_4$]$_2$[18-Crown-6·(VCl$_4$)$_2$] and 18-Crown-6·VCl$_3$.H$_2$O," *J. Coord. Chem.*, **17**, 53 (1988).

319. A. W. Coleman, S. G. Bott, S. D. Morley, C. M. Means, K. D. Robinson, H. Zhang, and J. L. Atwood, "Novel Layer Structure of Sodium Calix[4]arene Sulphonate Complexes - a Class of Organic Clays?" *Angew. Chem. Int. Ed. Engl.*, **27**, 1361 (1988).

320. W. J. Evans, J. M. Olofson, H. Zhang, and J. L. Atwood, "Synthesis and X-ray Crystal Structure of an Unusual Oligomeric Bis(pentamethylcyclopentadienyl) Halide Complex of Cerium: [(C$_5$Me$_5$)$_2$CeCl$_2$K(THF)]$_n$," *Organometallics*, **7**, 629 (1988).

321. W. J. Evans, M. A. Hozbar, S. G. Bott, G. H. Robinson, and J. L. Atwood, "Utility of Cyclodichlorophosphazane as a NaC$_5$H$_5$ Scavenging Reagent: Synthesis of an Organoyttrium Hydroxide Complex and the X-ray Crystal Structure of the Layered Compound [(C$_5$H$_5$)$_2$Y(μ-OH)$_2$]C$_6$H$_5$C C$_6$H$_5$," *Inorg. Chem.*, **27**, 1990 (1988).

322. S. G. Bott, A. W. Coleman, and J. L. Atwood, "Intercalation of Cationic, Anionic and Molecular Species by Organic Hosts. Preparation and Crystal Structure of [NH$_4$]$_6$[calix[4]arenesulphonate][MeOSO$_3$]·(H$_2$O)$_2$," *J. Amer.*

39

*Chem. Soc.*, **110**, 610 (1988).

323. W. J. Evans, D. K. Drummond, H. Zhang, and J. L. Atwood, "Synthesis and X-ray Crystal Structure of the Divalent [Bis-(trimethylsilyl)amido]samarium Complexes [(Me$_3$Si)$_2$N]$_2$Sm(THF)$_2$ and ([(Me$_3$Si)$_2$N]Sm($\mu$-I)(DME)(THF))$_2$," *Inorg. Chem.*, **27**, 575 (1988).

324. E. Hey, S. G. Bott, and J. L. Atwood, "Synthesis of Bis($\eta$-cyclopentadienyl)-(1,2,3-triphosphanto-P,P)zirconium(IV) and hafnium(IV), [($\eta$-C$_5$H$_5$)M-(PPh-PPh-PPh)] (M=Zr, Hf) and Structure of the Hafnocene Derivative," *Chem. Ber.*, **121**, 561 (1988).

325. J. S. Thrasher, J. B. Nielsen, S. G. Bott, D. J. McClure, S. A. Morris, and J. L. Atwood,"Bis[pentafluorosulfanyl(trifluoromethyl)amino]mercury, Hg[N(CF$_3$)- SF$_5$]$_2$, and Bis[pentafluorotellurium(trifluoromethyl)amino]mercury, Hg[N(CF$_3$)TeF$_5$]$_2$," *Inorg. Chem.*, **27**, 570 (1988).

326. P. J. Cragg, S. G. Bott, and J. L. Atwood, "Lanthanide and Actinide Complexes of Monoaza-15-Crown-5. Syntheses and Crystal Structure of [La(monoaza-15- Crown-5)(NO$_3$)$_3$] and [UO$_2$(NO$_3$)$_2$]$_2$($\mu$-H$_2$O)(monoaza-15-crown-5)," *J. Lanth. Act. Res.* **2**, 265 (1988).

327. G. H. Robinson, E. S. Appel, S. A. Sangokoyo, H. Zhang, and J. L. Atwood, "Synthesis and Molecular Structure of [Al(CH$_3$)]$_2$[15] and N$_4$[Al(CH$_3$)$_3$]$_2$: An Aluminum-Nitrogen Macrocyclic Cage," *J. Coord. Chem.*, **17**, 373 (1988).

328. W. J. Evans, D. K. Drummond, L. R. Chamberlain, R. J. Doedens, S. G. Bott, H. Zhang, and J. L. Atwood, "Synthetic, Structural and Reactivity Studies of the Reduction and CO Derivatization of Azobenzene Mediated by Divalent Lanthanide Complexes," *J. Amer. Chem. Soc.*, **110**, 4983 (1988).

329. W. J. Evans, D. K. Drummond, L. A. Hughes, R. J. Doedens, H. Zhang, and J. L. Atwood, "Variable Coordination Numbers in Crystalline Bis(pentamethylcyclopentadienyl) Samarium Oxide, Iodide, and Alkoxide Complexes," *Polyhedron*, **7**, 1693 (1988).

330. R. Shakir, R. D. Rogers, J. L. Atwood, D. W. Macomber, Y.-P. Wang, and M. D. Rausch, "The Formation and Molecular Structures of Formyl-, Cyano-, and Aminocyclopentadienyldicarbonylnitrosylchromium," *J. Cryst. Spec. Res.*, **18**, 767 (1988).

A 2312

331. A. Alvanipour, H. Zhang, and J. L. Atwood, "Synthesis, Structure, and Solution Behavior of [Na·15-Crown-5][Mn(CO)5]," *J. Organomet. Chem.*, **358**, 295 (1988).

332. P. C. Blake, E. Hey, M. F. Lappert, J. L. Atwood, and H. Zhang, "Bis(trimethylsilyl)phosphido complexes. II. Bis(trimethylsilyl)phosphidobis- (tetrahydrofuran)lithium as a reducing agent; X-ray structure of [UCp"2(μ-Cl)2Li(THF)2][Cp"=η-C5H3(SiMe3)2-1,3; THF=OC4H8]," *J. Organomet. Chem.*, **353**, 307 (1988).

333. J. L. Atwood, M. F. Lappert, R. G. Smith, and H. Zhang, "Four-co-ordinate Lanthanide Metal(III) Chloro(alkyls)s: Synthesis and X-ray Structure of [LaR3(μ-Cl)Li(pmdeta)] [R=CH(SiMe3)2, pmdeta = N,N,N',N'',N''- pentamethyl- diethylenetriamine]," *J. Chem. Soc., Chem. Commun.*, 1308 (1988).

334. E. Hey, M. F. Lappert, J. L. Atwood, and S. G. Bott,    "Insertion of Diphenyl- diazomethane into [ZrCp2(Cl)PR2] (Cp = η-C5H5, R = SiMe3), X-Ray Structures of [ZrCp2(PR2)X] (X = Cl or Me) and [ZrCp2(Cl){N(CPh2)NPR2}]," *Polyhedron*, **7**, 2083 (1988).

335. J. L. Atwood, "Inclusion Compounds in Separation Science: An Overview," in Separation Technology, Eds., N. N. Li and H. Strathmann, Engineering Foundation, New York, 1988, pp. 46-56.

336. J. A. Ewen, L. Haspeslagh, M. J. Elder, J. L. Atwood, H. Zhang, and H. N. Cheng, "Catalysts for Propylene Polymerization," *Transition Metals and Organometallics as Catalysts for Olefin Polymerization,* W. Kaminsky and H. Sinn, Eds., Springer-Verlag, Berlin, 1988, p. 281.

337. P. C. Blake, M. F. Lappert, J. L. Atwood, and H. Zhang, "A Series of Bis(η-cyclopentadienyl)uranium(III) Dichloro-bridged-alkali-metal and Dihalogenobis(η-cyclopentadienyl)uranate(III) Complexes," *J. C. S. Chem. Comm.*, 1436 (1988).

338. A. Antinolo, G. S. Bristow, G. K. Campbell, A. W. Duff, P. B. Hitchcock, R. A. Kamarudin, M. F. Lappert, R. J. Norton, N. Sarjudeen, D. J. W. Winterborn, J. L. Atwood, W. E. Hunter, and H. Zhang, "Synthetic and Structural Studies on Some Organic Compounds of Zirconium," *Polyhedron*, **8**, 1601 (1989).

41

339. J. L. Atwood, A. W. Coleman, H. Zhang, and S. G. Bott, "Organic Clays. Synthesis and Structure of Na$_5$[calix[4]arene sulfonate] ·12 H$_2$O, K$_5$[calix[4]arene sulfonate] ·8 H$_2$O, Rb$_5$[calix[4]arene sulfonate] ·5 H$_2$O, and Cs$_5$[calix[4]arene sulfonate] ·4 H$_2$O," *J. Incl. Phenom.*, **7**, 203 (1989).

340. H. Yoo, H. Zhang, J. L. Atwood, and G. W. Gokel, "A Lariat Ether that Forms a Pseudo-sandwich Complex," *Tetrahderon Lett.*, **30**, 2489 (1989).

341. M. D. Rausch, W. C. Spink, J. L. Atwood, A. J. Baskar, and S. G. Bott "Dimethyl- and Diphenylphosphino-cyclopentadienyl Derivatives of Cobalt, Rhodium and Iridium: The Crystal and Molecular Structure of Dicarbonyl-{n-[η$^5$-Cyclo- pentadienyl)dimethylphosphine-P]}Dirhodium," *Organometallics*, **8**, 2627 (1989).

342. E. Hey, S. B. Wild, S. G. Bott, and J. L. Atwood, "The Synthesis and Crystal Structure of (R*,R*)-(±)-[(η$^5$-C$_5$H$_5$){1,2-C$_6$H$_4$(PMePh)$_2$}Fe(PCl$_3$)Cl.2 MeCN," *Z. Naturforsch.*, **44b**, 615 (1989).

343. A. Nakano, Y. Li, P. Geoffroy, M. Kim, J. L. Atwood, S. G. Bott, L. Echegoyen, and G. W. Gokel, "Cistulynes: Proton NMR and Single Crystal X-ray Evidence for Structure and Cation Encapsulation in a Rigid Molecular Channel Model System," *Tetrahedron Lett.*, 5099 (1989).

344. J. L. Atwood, "Inclusion Compounds," in Ullman's Encyclopedia of Industrial Chemistry, Vol. A14, 119 (1989).

345. J. L. Atwood, S. G. Bott, C. M. Means, A. W. Coleman, H. Zhang, and M. T. May, "Synthesis of Salts of the Hydrogen Dichloride Anion in Aromatic Solvents. II. The Synthesis and Crystal Structure of [K ·18-crown-6]- [Cl-H-Cl], [Mg ·18-crown-6][Cl-H-Cl]$_2$, [H$_3$O$^+$ ·18-crown-6][Cl-H-Cl], and the Related [H$_3$O$^+$ ·18-crown-6][Br-H-Br]," *Inorg. Chem.*, **29**, 467 (1990).

346. F. Hamada, S. G. Bott, G. W. Orr, A. W. Coleman, H. Zhang, and J. L. Atwood, "Thiocalix[4]arenes, I. Synthesis and Structure of Ethylthiocalix[4]arene Methyl Ether and the Related Structure of Bromocalix[4]arene Methyl Ether," *J. Incl. Phenom.*, **9**, 195 (1990).

347. G. M. Gray, N. Takada, M. Jan, H. Zhang, and J. L. Atwood, "Synthesis and Characterization of a Series of trans-[(CO)$_5$MPh$_2$PX(CH$_2$)$_3$M=CHC$_6$H$_4$-o-O]$_2$M' (M = Mo; X = NH or M = Cr, W; X = CH$_2$; M' = Ni, Cu, Zn) Complexes and the X-ray Crystal Structure of trans-

42

$[(CH)_5MoP(OCH_2CMe_2CH_2O)NH(CH_2)_2N= CHC_6H_4-o-O)]_2Cu,"$ *J. Organometal. Chem.*, **381**, 53 (1990).

348. H. Zhang and J. L. Atwood, "Crystal and Molecular Structure of Cyclotriveratrylene," *J. Cryst. Spec. Res.*, **20**, 465 (1990).

349. M. B. Power, A. R. Barron, J. L. Atwood, and S. G. Bott, "π-Face Selectivity of Coordinated Ketones to Nucleophilic Additions: The Importance of Aluminum-Oxygen π-Bonding," *J. Am. Chem. Soc.*, **112**, 3446 (1990).

350. T. Lu, H. K. Yoo, H. Zhang, S. G. Bott, J. L. Atwood, L. Echegoyen, and G. W. Gokel, "Podand-Catalyzed Nucleophilic Aromatic     Substitutions of Anthra- quinones: A Novel Synthetic Approach and a Mechanistic Suggestion from Solid State Data," *J. Org. Chem.*, **55**, 2269 (1990).

351. M. B. Power, A. W. Applett, S. G. Bott, J. L. Atwood, and A. R. Barron, "Aldol Condensation of Ketones Promoted by Sterically Crowded Aryloxide Compounds of Aluminum," *Organometallics*, **9**, 2529 (1990).

352. J. L. Atwood, S. G. Bott, R. A. Jones, and S. U. Koschmieder, "Synthesis and Structure of Cp*BePBu$^t_2$: The First Diorganophosphide Derivative of Beryllium," *J. Chem. Soc., Chem. Commun.*, 692 (1990).

353. R. D. Rogers, J. L. Atwood, M. D. Rausch, and D. W. Macomber, "Crystal Stuctures of ($\eta^5$-C$_5$H$_4$COMe)M(CO)$_3$Me (M = Mo, W)," *J. Cryst. Mol. Struct.*, **20**, 555 (1990).

354. M. J. Zaworotko, J. L. Atwood, and R. D. Priester, "Structure, Conformation and Reactivity of Organotransition Metal π-Complexes. Part 2. X-Ray Crystallographic Characterization of Two Neutral Half-Sandwich Cr(CO)$_3$ Complexes," *J. Coord. Chem.*, **22**, 209 (1990).

355. A. W. Coleman, C. M. Means, S. G. Bott, and J. L. Atwood, "Air-Stable Liquid Clathrates, I. Crystal Structure of [NBu$_4$][Br$_3$] and Reactivity of the [NBu$_4$][Br$_3$]·7 C$_6$H$_6$ Liquid Clathrate," *J. Cryst. Spec. Res.*, **20**, 199, (1990).

356. D. A. Atwood, R. A. Jones, A. H. Cowley, J. L. Atwood, and S. G. Bott, "X-ray Crystal Structure of the Dimethylgallium Azide Polymer and Its Use as a Gallium Nitride Precursor," *J. Organomet. Chem.*, **394**, C6 (1990).

357. J. L. Atwood, "Cation Complexation by Calixarenes," in *Cation Binding by*

43

*Macrocycles*, Eds., G. W. Gokel and Y. Inoue, Dekker, New York, 1990, pp. 581-597.

358. S. G. Bott, A. Alvanipour, and J. L. Atwood, "Stabilization of $H_2O.BF_3$ by Hydrogen-Bonding to 18-Crown-6," *J. Incl. Phenom.* **10**, 153 (1990).

359. M. D. Rausch, W. C. Spink, B. G. Conway, R. D. Rogers, J. L. Atwood, and L. G. Canada, "Synthetic and Structural Studies on ($\eta^5$: $\eta^5$-Fulvalene)bimetallic Compounds Derived from ($\eta^5$: $\eta^5$-Fulvalene)dithallium" *J. Organomet. Chem.*, **383**, 227 (1990).

360. J. L. Atwood and S. G. Bott "Water Soluble Calixarene Salts. A Class of Compounds with Solid-State Structures Resembling those of Clays", in *Calixarenes*, Eds., J. Vicens and V. Böhmer, Kluwer, 1990, pp. 209-221.

361. C. M. Means, S. G. Bott, and J. L. Atwood, "Reduction of Sugars with Aluminum Alkyls. Preparation and Structure of $[AlCl_2(NC_5H_5)(OEt_2)]_2(\mu$-O)- $(\mu$-AlCl.$2NC_5H_5)$," *Polyhedron*, **9**, 309, (1990).

362. M. B. Power, S. G. Bott, D. L. Clark, J. L. Atwood, and A. R. Barron, "The Interaction of Organic Carbonyls with Sterically Crowded Aryloxide Compounds of Aluminum," *Organometallics,* **9**, 3086 (1990).

363. A. H. Cowley, R. A. Jones, M. A. Mardones, J. Ruiz, J. L. Atwood, and S. G. Bott, "Synthesis and Structure of a Diphosphagalletane: A Novel Base-Stabilized $Ga_2P_2$ Ring System," *Angew. Chem. Int. Ed. Engl.*, **29**, 1150 (1990).

364. A. H. Cowley, R. A. Jones, M. A. Mardones, J. Ruiz, J. L. Atwood, and S. G. Bott, "Cleavage of a Phosphorus-Carbon Double Bond and Formation of a Linear Terminal Phosphinidene Complex," *J. Amer. Chem. Soc.*, **112**, 6734 (1990).

365. J. L. Atwood, S. G. Bott, and R. L. Vincent, "Crystal Structure of Dinitrato - tris(pyridine)nickel (II), $Ni(NC_5H_5)_3(NO_3)_2$," *J. Cryst. Spec. Res.*, **20**, 631 (1990).

366. D. H. Miles, J. M. R. del Medeiros, V. Chittawond, C. Swithenbank, Z. Lidert, J. A. Weeks, J. L. Atwood, and P. A. Hedin, "3'-Formyl-2',4',6'-Trihydroxy-5'- methyldihydrochalcone, A Prospective New Agrochemical from Psidium acutangulum," *J. Nat. Products*, **53**, 1548 (1990).

367. A. H. Cowley, R. A. Jones, M. Mardones, S. G. Bott and J. L. Atwood, "An

44

Aluminum - Phosphorus Cubane, a New Aluminum Phosphide Precursor," *Angew. Chem. Int. Ed. Engl.*, **29**, 1409 (1990).

368. F. Hamada, T. Fukugaki, K. Murai, G. W. Orr, and J. L. Atwood, "Liquid-Liquid Extraction of Transition and Alkali Metal Cations by a New Calixarene: Diphenyl Phosphino Calix[4]arene Methyl Ether," *J. Incl. Phenom.*, **10**, 57 (1991).

369. J. L. Atwood, S. G. Bott, K. D. Robinson, E. J. Bishop, and M. T. May, "Preparation and X-ray Structure of [$H_3O^+$·18-Crown-6][$H_5O_2^+$]($Cl^-$)$_2$, a Compound Containing both $H_3O^+$ and $H_5O_2^+$ Crystallized from Aromatic Solution," *J. Cryst. Spec. Res.*, **21**, 458 (1991).

370. E. Hey-Hawkins, M. F. Lappert, J. L. Atwood, and S. G. Bott, "Bis(trimethylsilyl)phosphido Complexes. Part 3. Synthesis Structures and Reactions of [Bis(trimethylsilyl)phosphido]zirconocene(IV) and the X-ray Structure of {AlMe$_2$µ-P(SiMe$_3$)$_2$}$_2$." *J. Chem. Soc., Dalton Trans.*, 939 (1991).

371. M. B. Power, S. G. Bott, E. J. Bishop, K. D. Tierce, J. L. Atwood, and A. R. Barron, "Acylation and Esterification of the Aryloxide Ligand in AlMe(BHT)$_2$" *J. Chem. Soc., Dalton Trans.*, 241 (1991).

372. C. J. Harlan, T. C. Wright, J. L. Atwood, and S. G. Bott, "Hydrazinophosphine Complexes of Iron: Metallocycle Formation via Attack on Coordinated Carbon Monoxide," *Inorg. Chem.*, **30**, 1955 (1991).

373. J. C. Medina, T. T. Goodnow, S. Bott, J. L. Atwood, A. E. Kaifer, and G. W. Gokel, Ferrocenyldimethyl-[2.2]-Cryptand: Solid State Structure of the External Hydrate and Alkali and Alkaline-earth-dependent Electrochemical Behaviour," *J. Chem. Soc., Chem. Commun.*, 290 (1991).

374. R. Alvarez, J. L. Atwood, E. Carmona, P. J. Perez, M. L. Poveda, and R. D. Rogers, "Formation of Carbonyl-Carbonate Complexes of Molybdenum by Reductive Disproportionation of Carbon Dioxide. X-Ray Structure of Mo$_4$(µ$_4$-CO$_3$)(CO)$_2$(O)$_2$(µ$_2$-OH)$_4$ (PMe$_3$)$_6$," *Inorg. Chem.*, **30**, 1493 (1991).

375. J. C. Medina, C. Li, S. G. Bott, J. L. Atwood, and G. W. Gokel, "A Molecular Receptor Based on the Ferrocene System: Selective Complexation Using Atomic Ball-bearings," *J. Am. Chem. Soc.*, **113**, 366 (1991).

376. J. L. Atwood, G. W. Orr, F. Hamada, R. L. Vincent, S. G. Bott, and K. D. Robinson,"Second Sphere Coordination of a Transition Metal Complex by a

45

Calix[4]arene," *J. Am. Chem. Soc.*, **113**, 2760 (1991).

377. J. L. Atwood, F. Hamada, K. D. Robinson, G. W. Orr, and R. L. Vincent, "X-Ray diffraction evidence for aromatic π hydrogen bonding to $H_2O$," *Nature*, **349**, 683 (1991).

378. D. H. Miles, V. Chittawong, D.-S. Lho, A. M. Payne, A. A. de la Cruz, E. D. Gomez, J. A. Weeks, and J. L. Atwood, "Toxicants from Mangrove Plants, VII. Vallapin and Vallapianin, Novel Sesquiterpene Lactones from the Mangrove Plant Heritiera littoralis," *J. Natural Prod.*, **54**, 286 (1991).

379. N. S. Kishore, T. Lu, L. J. Knoll, A. Katoh, D. A. Rudnick, P. P. Mehta, B. Devadas, M. Huhn, J. L. Atwood, S. P. Adams, G. W. Gokel, and J. I. Gordon, "The Substrate Specificity of Saccharomyces cerevisiae Myristoyl-CoA:Protein N-Myristoyltransferase," *J. Biol. Chem.*, **266**, 8835 (1991).

380. J. L. Atwood, S. G. Bott, F. M. Elms, C. Jones, and C. L. Raston, "Tertiary Amine Adducts of Gallane," *Inorg. Chem.*, **30**, 3792 (1991).

381. J. A. Ewen, M. J. Elder, R. L. Jones, L. Haspeslagh, J. L. Atwood, S. G. Bott, and K. Robinson, "Metallocene/Polypropylene Structural Relationships: Implications on Polymerization and Stereochemical Control Mechanisms" *Makromol. Chem., Macromol Symp.*, **48/49**, 253 (1991).

382. E. Carmona, L. Contreras, M. L. Poveda, L. J. Sanchez, J. L. Atwood, and R. D. Rogers," $\eta^2$-Acyl and Methyl complexes of Tungsten. Crystal and Molecular Structures of $W(\eta^2\text{-}COCH_2SiMe_3)Cl(CO)(PMe_3)_3$ and $W(CH_3)(S_2CNMe_2)\text{-}(CO)_2(PMe_3)_2$," *Organometallics*, **10**, 61 (1991).

383. L. M. Clarkson, W. Clegg, D. C. R. Hockless, N. C. Norman, L. J. Farrugia, S. G. Bott, and J. L. Atwood, "Synthetic and Structural Studies on Group 13 Complexes Containing the $M(CO)_3(\eta\text{-}C_5H_5)$ Fragment (M = Cr, Mo); Part 2," *J. Chem. Soc., Dalton Trans.*, 2241 (1991).

384. J. C. W. Chien, G. H. Llinas, M. D. Rausch, J. L. Atwood, and S. G. Bott, Two-State Propagation Mechanism for Propylene Polymerization Catalyzed by "rac[anti-Ethylidene(1-$\eta^5$-tetramethylcyclopentadienyl)(1-$\eta^2$-indenyl)dimethyl- titanium]," *J. Am. Chem. Soc.*, **113**, 8569 (1991).

385. J. L. Atwood, S. G. Bott, C. Jones, and C. L. Raston, "Oligomeric Gallium Amide/Hydride Complexes, $[Ga_2H_2((NPr^iCH_2)_2)_2]$ and

[Ga$_3$H$_5$((NMeCH$_2$)$_2$)$_2$], via Hydromethallation and Metalation," *Inorg. Chem.*, **30**, 4868 (1991).

386. O. F. Schall, K. Robinson, J. L. Atwood, and G. W. Gokel, "Self-Assembling, Alkali-Metal-Complexing Nickel Salicylaldimine Complexes," *J. Am. Chem. Soc.*, **113**, 7434 (1991).

387. J. L. Atwood, F. R. Bennett, F. M. Elms, C. Jones, C. L. Raston, and K. D. Robinson "Tertiary Amine Stabilized Dialane," *J. Amer. Chem. Soc.*, **113**, 8183 (1991).

388. J. L. Atwood, K. D. Robinson, C. Jones, and C. L. Raston "Cationic Aluminum Hydrides: [H$_2$AlL]$^+$[AlH$_4$]$^-$, L = N,N,N,',N",N"'-Penta-methyldiethylene- triamine and N,N',N",N"'-Tetramethylcyclam," *J. Chem. Soc., Chem. Commun.*, 1697 (1991).

389. D. A. Atwood, R. A. Jones, A. H. Cowley, S. G. Bott, and J. L. Atwood, "Primary Amido and Amine Adduct Complexes of Gallium: Synthesis and Structures of [t-Bu$_2$Ga($\mu$-NHPh)]$_2$ and t-Bu$_3$Ga·NH$_2$Ph," *Polyhedron*, **10**, 1897 (1991).

390. A. H. Cowley, R. A. Jones, M. A. Mardones, J. L. Atwood, and S. G. Bott, "A Novel Gallium-Phosphorus Cage Compound," *Angew. Chem. Int. Ed. Engl.*, **30**, 1141 (1991).

391. A. H. Cowley, R. A. Jones, M. A. Mardones, J. L. Atwood, and S. G. Bott, "Reaction of (t-BuGaCl$_2$)$_2$ with Ar'PHLi (Ar' = 2,4,6-t-Bu$_3$C$_6$H$_2$): Preparation of the Chloride-Bridged Dimer (t-BuGa(Cl)P(H)Ar')$_2$," *Heteroatom. Chem.*, **2**, 11 (1991).

392. S. G. Bott, A. Alvanipour, and J. L. Atwood, "Stabilization of Boron Trifluoride Monohydrate by Hydrogen Bonding to 18-Crown-6," *J. Incl. Phenom.*, **10**, 153 (1991).

393. J. L. Atwood, S. G. Bott, and M. T. May, "Synthesis and Crystal Structure of [(ClAl(μ-OH)$_2$AlCl)·18-crown-6][AlCl$_4$]$_2$·8/3 C$_6$H$_5$NO$_2$, a Complex Featuring a Binuclear Aluminum-Containing Cation Threaded through 18-Crown-6," *J. Coord. Chem.*, **23**, 313 (1991).

394. J. A. Ewen, M. J. Elder, C. J. Harlan, R. L. Jones, J. L. Atwood, S. G. Bott, and K. Robinson, "π-Face Selectivity in Syndiospecific Propylene

47

Polymerizations with Zirconium (IV) Monoalkyl Cations," *Polym. Prepr.* (Am. Chem. Soc., Div. Polym. Chem.), **32**, 469 (1991).

395. M. Tsesarskaja, T. P. Cleary, S. R. Miller, J. E. Trafton, S. Bott, J. L. Atwood, and G. W. Gokel, "Tribracchial Lariat Ethers: Syntheses, Binding, and Formation of an Intramolecular Macroring-sidearm Complex in the Absence of Any Cation," *J. Incl. Phenom.*, **12**, 187 (1992).

396. R. K. Juneja, K. D. Robinson, G. W. Orr, R. H. Dubois, K. A. Belmore, and J. L. Atwood, "Inclusion of Multi-ring Compounds by p-tert-Butylcalix[5]arene," *J. Incl. Phenom.*, **13**, 93 (1992).

397. J. L. Atwood, F. R. Bennett, C. Jones, G. A. Koutsantonis, C. L. Raston, and K. D. Robinson, "Polydentate Tertiary Amine Alane Adducts: Monomeric versus Polymeric Species," *J. Chem. Soc., Chem. Commun.*, 541 (1992).

398. J. L. Atwood, D. L. Clark, R. K. Juneja, G. W. Orr, K. D. Robinson, and R. L. Vincent, "Double Partial Cone Conformation for Na8[calix[6]arene sulfonate]·20.5 H$_2$O and Its Parent Acid," *J. Am. Chem. Soc.*, **114**, 7558 (1992).

399. C. J. Harlan, T. C. Wright, S. G. Bott, and J. L. Atwood, "Synthesis and Structure of [CpFe(CO){(Ph$_2$P)$_2$NNMe$_2$}][I]·CH$_2$Cl$_2$," *J. Cryst. Spec. Res.*, **22**, 91 (1992).

400. C. J. Harlan, T. C. Wright, S. G. Bott, and J. L. Atwood, "Synthesis and X-ray Crystal Structure of a Five Coordinate d$^8$ Complex: [Pt((Me$_2$NN)(PMe$_2$)-(PPh$_2$)$_2$Cl][Cl]," *J. Cryst. Spec. Res.*, **22**, 71 (1992).

401. J. L. Atwood, G. W. Orr, N. C. Means, F. Hamada, H. Zhang, S. G. Bott, and K. D. Robinson, "Metal Ion Complexes of Water Soluble Calix[4]arenes," *Inorg. Chem.*, **31**, 603 (1992).

402. J. L. Atwood, G. W. Orr, F. Hamada, S. G. Bott, and K. D. Robinson, "Supramolecular Assemblies of Calix[4]arenes Organized by Weak Forces," *Supramol. Chem.*, **1**, 15 (1992).

403. R. O. C. Hart, S. G. Bott, J. L. Atwood, and S. R. Cooper, "Higher Valent Manganese Chemistry. [Mn(biguanide)$_3$]$^+$, a Structurally Characterized Mn$^{IV}$ Complex with All-Nitrogen Coordination," *J. Chem. Soc., Chem. Commun.*, 894 (1992).

48

404. D. A. Atwood, R. A. Jones, A. H. Cowley, S. G. Bott, and J. L. Atwood, "Primary Amide and Amine Complexes of Gallium and Indium: X-ray Crystal Structures of [Me$_2$Ga($\mu$-NH(Bu))]$_2$, Me$_3$Ga·NH$_2$(Bu) and Me$_3$In·NH$_2$(Bu)," *J. Organomet. Chem.*, **434**, 143 (1992).

405. J. L. Atwood, A. Alvanipour, and H. Zhang, "Synthesis and Structure of ((H$_2$O)·HBF$_4$)$_2$(18-crown-6)," *J. Cryst. Spec. Res.*, **22**, 349 (1992).

406. J. L. Atwood, F. R. Bennett, K. D. Robinson, F. M. Elms, G. A. Koutsantonis, C. L. Raston, and D. J. Young "Gallane/Phosphine Adducts: Air Stable [H$_3$Ga{P(C$_6$H$_{11}$)$_3$}] and Gallane Rich [(H$_3$Ga)$_2${(PMe$_2$CH$_2$)$_2$}]," *Inorg. Chem.*, **31**, 2673 (1992).

407. M. Clark, C. J. Kellen, K. D. Robinson, H. Zhang, Z.-Y. Yang, K. V. Madappat, J. W. Fuller, J. L. Atwood, and J. S. Thrasher "Naked SF$_5^-$ Anion: The Crystal and Molecular Structure of [Cs$^+$·(18-Crown-6)$_2$][SF$_5^-$]," *Eur. J. Solid State Inorg. Chem.*, **29**, 809 (1992).

408. R. H. Wallace, Y. S. Lu, J. C. Liu, and J. L. Atwood, "Synthesis of alpha-Pinene Derived C-2 Symmetrical, Optically-Active 1,2-Diols," *Synlett*, 992 (1992).

409. H. Kim, O. F. Schall, J. Fang, J. E. Trafton, T. Lu, J. L. Atwood, and G. W. Gokel, "Direct Nucleophilic Aromatic Substitution Reactions in the Syntheses of Anthraquinone Derivatives: Chemistry and Binding of Podands, Crown Ethers, and a Cryptand," *J. Phys. Org. Chem.*, **5**, 482 (1992).

410. J. L. Atwood, S. G. Bott, C. Jones, and C. L. Raston, "Aluminum Fused Bis-p-tert-Butylcalix[4]arene: A Double Cone with Two $\pi$-Arene...H-Interactions for Included Methylene Chloride," *J. Chem. Soc., Chem. Commun.*, 1349 (1992).

411. R. Chukwu, A. D. Hunter, B. D. Santarsiero, S. G. Bott, J. L. Atwood, and J. Chassalgnac, "Electrochemical, Spectroscopic, and Structural Studies of Mono- and Bimetallic Complexes of Iron," *Organometallics*, **11**, 589 (1992).

412. D. A. Atwood, A. H. Cowley, R. A. Jones, M. A. Mardones, J. L. Atwood, and S. G. Bott, "Synthesis and Structures of Two Bulky Gallium Chlorides," *J. Coord. Chem.*, **25**, 233 (1992).

413. D. A. Atwood, R. A. Jones, A. H. Cowley, S. G. Bott, and J. L. Atwood,

49

"Structural Characterization of a Dialkylgallium Cation: X-ray Crystal Structure of [Me$_2$Ga(BuNH$_2$)$_2$]Br," *J. Organomet. Chem.*, **425**, C1 (1992).

414.  R. A. Jones, S. U. Koschmieder, J. L. Atwood, and S. G. Bott, "Insertion of LiPEt$_2$ into Poly(dimethylsiloxane) to Give [LiOSiMe$_2$PEt$_2$]$_6$," *J. Chem. Soc., Chem. Commun.*, 726 (1992).

415.  J. L. Atwood, S. D. Christie, M. D. Clerk, D. A. Osmond, K. C. Sturge, and M. J. Zaworotko, "Interaction of Alkylaluminum Reagents with Organotransition Metal Arene Complexes: Net Addition of Alkide, Haloalkide and Dichloromethide to [(arene)$_2$Fe]$^{2+}$ Cations," *Organometallics*, **11**, 337 (1992).

416.  J. L. Atwood, G. W. Orr, F. Hamada, R. L. Vincent, S. G. Bott, and K. D. Robinson, "Calixarenes as Second-Sphere Ligands for Transition Metal Ions," *J. Incl. Phenom.*, **14**, 37 (1992).

417.  D. A. Atwood, A. H. Cowley, R. A. Jones, M. A. Mardones, J. L. Atwood, and S. G. Bott, "Synthesis and Structures of [NMe$_2$($\mu$-NMe$_2$)GaCl]$_2$ and [TMP($\mu$-OEt)GaCl]$_2$ (TMP = 2,6-tetramethylpipyridine)," *J. Coord. Chem.*, **26**, 285 (1992).

418.  C. Balagopalakrishna, M. V. Rajasekharan, S. Bott, J. L. Atwood, and B. L. Ramakrishna, "Synthesis, Crystal Structure, Magnetic Susceptibility, and Single Crystal EPR Studies of Bis(diazafluorenone)dichlorocopper(II): A Novel Cu(NN)$_2$X$_2$ System with an Unusual Distortion," *Inorg. Chem.*, **31**, 2843 (1992).

419.  D. A. Atwood, A. H. Cowley, R. A. Jones, J. L. Atwood, and S. G. Bott, "Synthesis and X-ray Structure of Me$_2$InI(NH$_2$(t-Bu)): The First Structurally Characterized Amine Adduct of a Dialkyl Indium Iodide," *J. Coord. Chem.*, **26**, 293 (1992).

420.  D. A. Atwood, V. O. Atwood, A. H. Cowley, J. L. Atwood, and E. Roman, "Macrocyclic (C$_{22}$H$_{22}$ N$_4$) Complexes of Ge(II), Sn(II), Ga(III), and In(III). Main Group Functionalities in an Unusual Environment," *Inorg. Chem.*, **31**, 3871 (1992).

421.  J. Fang, R. Lu, H. Kim, I. Delgado, P. Geoffroy, J. L. Atwood, and G. W. Gokel, "Alkynes and Polyethylene Glycol Derivatives as Nucleophiles and Catalysts in Substitution  Reactions of 1-Chloroanthraquinones," *J. Org.*

*Chem.*, **56**, 7059 (1992).

422. J. C. W. Chien, G. H. Llinas, M. D. Rausch, Y.-G. Lin, H. H. Winter, J. L. Atwood, and S. G. Bott, "Metallocene Catalysts for Olefin Polymerizations. XXIV. Stereoblock Propylene Polymerization Catalyzed by rac-[anti-Ethylidene(1-$\eta^5$-Tetramethylcyclopentadienyl)(1-$\eta^5$-Indenyl)dimethyltitanium]: A Two-State Propagation," *J. Poly. Sci. A. Poly. Chem.*, **30**, 2601 (1992).

423. J. C. Medina, T. T. Goodnow, M. T. Rojas, J. L. Atwood, B. C. Lynn, A. E. Kaifer, and G. W. Gokel, "Ferrocenyl Iron as a Donor Group for Complexed Silver in Ferrocenyldimethyl[2.2]cryptand: A Redox-Switched Receptor Effective in Water," *J. Am. Chem. Soc.*, **114**, 10583 (1992).

424. J. Li, A. D. Hunter, R. McDonald, B. D. Santarsiero, S. G. Bott, and J. L. Atwood, "$\pi$-Donor Interactions and the Origin of Arene Nonplanarity in Heterobimetallic ($\eta^6$-arene)Cr(CO)$_3$ Complexes Having $\sigma$-Bonded Organometallic Substituents," *Organometallics*, **11**, 3050 (1992).

425. J. L. Atwood, "Inclusion (Clathrate) Compounds," in Encyclopedia of Physical Science and Technology, Vol. 8, 25-36 (1992).

426. F. Hamada, K. D. Robinson, G. W. Orr, and J. L. Atwood, "Alkali Metal Salts of Oxyanions of p-*tert*-Butylcalix[4]arene," *Supramol. Chem.*, **2**, 19 (1993).

427. G. Facey, R. H. Dubois, M. Zakrzewski, C. I. Ratcliffe, J. L. Atwood, and J. A. Ripmeester, "Phase Transition and Dynamic Structure of the Toluene Complex of t-Butylcalix[4]arene," *Supramol. Chem.*, **1**, 199 (1993).

428. D. A. Atwood, A. H. Cowley, P. R. Harris, R. A. Jones, J. L. Atwood, and S. G. Bott, "Cyclic Trimeric Hydroxy, Amido, Phosphido and Arsenido Derivatives of Al and Ga. X-ray Structures of [t-Bu$_2$Ga($\mu$-OH)]$_3$ and [t-Bu$_2$Ga($\mu$-NH$_2$)]$_3$," *Organometallics*, **12**, 24 (1993).

429. J. L. Atwood and G. W. Gokel, "Molecular Recognition," in McGraw-Hill Dictionary of Science, 244-247 (1993).

430. R. M. Metzger, J. L. Atwood, W.-J. Lee, S. M. Rao, R. B. Lal, and B. H. Loo, "Structure of MAP:MNA, a New Nonlinear Optical Crystal," *Acta Crystallogr.*, C**49**, 738 (1993).

431. O. F. Schall, K. Robinson, J. L. Atwood, and G. W. Gokel, "Self-Assembling

Nickel Clusters form Binding Sites for Alkali Metal Cations," *J. Am. Chem. Soc.*, **115**, 5962 (1993).

432. D. Lorcy, K. D. Robinson, Y. Okuda, J. L. Atwood, and M. P. Cava, "Novel Electron Acceptors Derived from Isothianaphthlene," *J. Chem. Soc., Chem. Commun.*, 345 (1993).

433. J. L. Atwood, G. W. Orr, S. G. Bott, and K. D. Robinson, "Supramolecular Complexes of Flexible, Extended Cavity Calix[4]arenes - Structural Characterization of a Molecular Venus's Flytrap," *Angew. Chem. Int. Ed. Engl.*, **32**, 1093 (1993).

434. J. L. Atwood, G. W. Orr, K. D. Robinson, and F. Hamada, "Calixarenes as Enzyme Models," *Supramol. Chem.*, **2**, 309 (1993).

435. F. M. Elms, M. G. Gardiner, G. A. Koutsantonis, C. L. Raston, J. L. Atwood, and K. D. Robinson, "Tertiary Phosphine Adducts of Alane and Gallane," *J. Organomet. Chem.*, **449**, 45 (1993).

436. F. Hamada, G. W. Orr, H. Zhang, and J. L. Atwood, "Crystal Structure of cyanocalix[4]arene methyl ether," *J. Cryst. Spec. Res.*, **23**, 681 (1993).

437. M. V. Lakshmikantham, M. P. Cava, W. H. H. Gunther, P. N. Nugara, K. A. Belmore, J. L. Atwood, and P. Cragg, "Synthesis of 1,2-Ditellurolane Derivatives," *J. Am. Chem. Soc.*, **115**, 885 (1993).

438. J. L. Atwood, G. W. Orr, R. K. Juneja, S. G. Bott, and F. Hamada, "Supramolecular Assemblies Based on Calixarenes," *Pure & Appl. Chem.*, **65**, 1471 (1993).

439. R. K. Juneja, K. D. Robinson, C. P. Johnson, and J. L. Atwood, "Synthesis and Characterization of Rigid, Deep-Cavity Calix[4]arenes," *J. Am. Chem. Soc.*, **115**, 3818 (1993).

440. J. L. Atwood, K. W. Butz, M. G. Gardiner, C. Jones, G. A. Koutsantonis, C. L. Raston, and K. D. Robinson, "Mixed-Donor and Monomeric N-Donor Adducts of Alane," *Inorg. Chem.*, **32**, 3482 (1993).

441. D. A. Atwood, A. H. Cowley, R. D. Hernandez, R. A. Jones, L. L. Rand, S. G. Bott, and J. L. Atwood, "Synthesis and Structural Characterization of a Homoleptic Bismuth Arenethiolate," *Inorg. Chem.*, **32**, 2972 (1993).

442. A. Razavi and J. L. Atwood, "Preparation and Crystal Structures of the

Complexes($\eta^5$-C$_5$H$_4$CPh$_2$-$\eta^5$-C$_{13}$H$_8$)MCl$_2$  (M = Zr, Hf) and the Catalytic Formation of High Molecular Weight High Tacticity Syndiotactic Polypropylene," *J. Organomet. Chem.*, **459**, 117 (1993).

443.  D. A. Atwood, V. O. Atwood, A. H. Cowley, H. R. Gobran, and J. L. Atwood, "Facile Transmetalation Reactions of Macrocyclic (C$_{22}$H$_{22}$N$_4$) Complexes of Germanium(II), Tin(II), and Lead(II)," *Inorg. Chem.*, **32**, 4671 (1993).

444.  A. Razavi and J. L. Atwood, "Isospecific Propylene Polymerization with Unbridged Group 4 Metallocenes," *J. Am. Chem. Soc.*, **115**, 7529 (1993).

445.  R. D. Schluter, A. H. Cowley, D. A. Atwood, R. A. Jones, and J. L. Atwood, "An Alkyl-substituted indium(I) Tetramer," *J. Coord. Chem.*, **30**, 25 (1993).

446.  C. Scordilis-Kelley, K. D. Robinson, K. A. Belmore, J. L. Atwood, and R. T. Carlin, "Evidence for Hydrogen Bonds in 1,2-dimethyl-3-propylimidazolium Chloride and Its Chloroaluminate Molten Salts," *J. Cryst. Spec. Res.*, **23**, 601 (1993).

447.  A. K. Singh, R. K. Juneja, J. L. Atwood, and R. J. Bridges, "Para-sulfonatocalixarenes are Potent Blockers of Colonic Chloride Channels," *Biophys. J.*, **64**, A17 (1993).

448.  A. K. Singh, R. K. Juneja, R. Wang, J. L. Atwood, and R. J. Bridges, "TS-TM-Calix[4]arene:  A Subnanomolar Blocker of ORCC," *Ped. Pulm.*, **9**, 227 (1993).

449.  P. C. Junk and J. L. Atwood, "On the Crystal Structure of Hexathia-18-crown-6," *Supramol. Chem.*, **3**, 241 (1994).

450.  A. Harton, M. K. Nagi, M. M. Glass, P. C. Junk, J. L. Atwood, and J. B. Vincent, "Synthesis and Characterization of Symmetric and Asymmetric Oxo-bridged Trinuclear Chromium Benzoate Complexes:  Crystal and Molecular Structure of [Cr$_3$O(O$_2$CPh)$_6$(py)$_3$]ClO$_4$," *Inorg. Chim. Acta*, **217**, 171 (1994).

451.  J. L. Atwood, G. W. Orr, and K. D. Robinson, "First structural authentication of third-sphere coordination: [p-sulfonatocalix[4]arene]$^{5-}$ as a third-sphere ligand for Eu$^{3+}$," *Supramol Chem.*, **3**, 89 (1994).

452.  J. L. Atwood, S. M. Lawrence, and C. L. Raston, "N,N'-Di-t-Butylethylenediamine/Cl$_n$H$_{3-n}$AlNMe$_3$ Derivatives,"*J. Chem. Soc., Chem.*

A 2325

*Commun.*, 73 (1994).

453. J. L. Atwood, G. A. Koutsantonis, F.-C. Lee, and C. L. Raston, "A Thermally Stable Alane - Secondary Amine Adduct: [H₃Al(2,2,6,6-Tetramethylpiperidine)]," *J. Chem. Soc., Chem. Commun.*, 91 (1994).

454. J. L. Atwood,. F.-C. Lee, C. L. Raston, and K. D. Robinson, "Bimetallic Aluminum and Gallium Derivatives of 1,1,1,5,5,5-Hexafluoropentane-2,4-dione via Selective Metallation/Hydrometallation," *J. Chem. Soc., Dalton Trans.*, 2019 (1994).

455. J. L. Atwood, P. C. Junk, M. T. May, and K. D. Robinson, "Synthesis and X-ray Structure of [H₃O⁺·18-crown-6][Br-Br-Br]; a Compound Containing both H₃O⁺ and a Linear and Symmetrical Br₃⁻ Ion Crystallized from Aromatic Solution,"
*J. Chem. Cryst.*, **24**, 243 (1994).

456. P. C. Junk and J. L. Atwood, "Synthesis and X-ray Structures of [H₃O⁺·18-crown-6]ₙ[MCl₄ⁿ⁻]; (M = Fe, n = 1; M = Co, n = 2); Compounds which Form Liquid Clathrates with Aromatic Solutions," *J. Chem. Cryst.*, **24**, 247 (1994).

457. J. L. Atwood, G. A. Koutsantonis, and C. L. Raston, "High Purity Fullerene-60 via Molecular Recognition," *Nature*, **368**, 229 (1994).

458. J. W. Steed, P. C. Junk, J. L. Atwood, M. J. Barnes, C. L. Raston, and R. S. Burkhalter, "Ball and Socket Nano-Structures: New Supramolecular Chemistry Based on Cyclotriveratrylene," *J. Am. Chem. Soc.*, **116**, 10346 (1994).

459. J. W. Steed, R. K. Juneja, R. S. Burkhalter, and J. L. Atwood, "Synthesis of Cationic Organometallic Calixarene Hosts by Direct Metallation of the Outer Face," *J. Chem. Soc., Chem. Commun.*, 2205 (1994).

460. J. L. Atwood, R. K. Juneja, P. C. Junk, and K. D. Robinson, "Structure of p-tert-Butylcalix[5]arene.Ethyl Acetate. A Polymeric Array of Neighbor-Included Calixarenes," *J. Chem. Cryst.*, **24**, 573 (1994).

461. Z. Hu, J. L. Atwood, and M. P. Cava, "A Simple Route to Sulfur Bridged Annulenes," *J. Org. Chem.*, **59**, 8071 (1994).

462. J. L. Atwood, S. G. Bott, S. Harvey, and P. C. Junk, "Cationic, Neutral, and

Anionic Organoaluminum Species in [AlMe2·18-crown-6·AlMe2X][AlMeX3], (X = Cl, I)," *Organometallics*, **13**, 4151 (1994).

463. D. A. Atwood, V. O. Atwood, A. H. Cowley, R. A. Jones, J. L. Atwood, and S. G. Bott, "Synthesis and Structural Characterization of Homoleptic Gallium Amides," *Inorg. Chem.*, **33**, 3251 (1994).

464. J. W. Steed, R. K. Juneja, and J. L. Atwood, "A Water-Soluble "Bear Trap" Exhibiting Strong Anion Complexation Properties," *Angew. Chem. Int. Ed. Engl.*, **33**, 2456 (1994).

465. J. L. Atwood, S. G. Bott, P. C. Junk, and M. T. May, "Liquid Clathrate Media Containing Transition Metal Halocarbonyl Anions," *J. Organomet. Chem.*, **487**, 7 (1995).

466. H. Zhang, J. W. Steed, and J. L. Atwood, "Inclusion Chemistry of Cyclotetraveratrylene," *Supramol. Chem.*, **4**, 185 (1995).

467. A. Razavi and J. L. Atwood, "Preparation and crystal structure of the complexes ($\eta^5$-C5H3MeCMe2-$\eta^5$-C13H8)MCl2 (M = Zr, Hf). Mechanistic aspects of catalytic formation of a syndio-iso-stereoblock type polypropylene," *J. Organomet. Chem.*, **497**, 105 (1995).

468. P. C. Blake, M. F. Lappert, R. G. Taylor, J. L. Atwood, W. E. Hunter, and H. Zhang, "Synthesis, Spectroscopic Properties, and X-ray Structures of [MCp"2Cl2] [M = Th or U; Cp" = $\eta$-C5H3(SiMe3)2-1,3], [UCp"2X2] (X= Br, I or BH4," *J. Chem. Soc., Dalton Trans.*, 3335 (1995).

469. L. J. Barbour, J. W. Steed, and J. L. Atwood, "Inclusion Chemistry of Cyclotetracatechylene," *J. Chem. Soc., Perkin Trans. 2* , 857 (1995).

470. J. L. Atwood, L. J. Barbour, P. C. Junk, and G. W. Orr, "Structure of the Water Soluble p-Sulfonatocalix[4]arene which Acts as a Receptor for Tetramethylammonium Ions," *Supramol. Chem.*, **5**, 105 (1995).

471. K. T. Holman, M. M. Halihan, J. W. Steed, S. S. Jurisson, and J. L. Atwood, "Hosting a Radioactive Guest: Binding of $^{99}$TcO4⁻ by a Metallated Cyclotriveratrylene," *J. Am. Chem. Soc.*, **117**, 7848 (1995).

472. J. L. Atwood and P. C. Junk, "Synthesis and X-ray Structure of [H5O2⁺·21-Crown-7][WOCl5⁻]; a Complex in Which the 21-Crown-7

Molecule Adopts a Rigid, Bowlic Conformation," *Chem. Comm.*, 1551 (1995).

473.  P. C. Junk, M. T. May, K. D. Robinson, L. MacGillivray, and J. L. Atwood, "Synthesis and X-ray Structure of [H3O+·18-crown-6][I7⁻]:  A New Infinite Saw-Horse Geometry for I7⁻ Crystallized from a Liquid Clathrate Medium," *Inorg. Chem.*, **34**, 5395 (1995).

474.  L. R. MacGillivray and J. L. Atwood, "Proton Induced Chirality:  Proton Complexation in the Chiral Cryptand [222-2H+] Dication Isolated from a Liquid Clathrate Medium," *J. Org. Chem.*, **60**, 4972 (1995).

475.  J. W. Steed, C. P. Johnson, C. L. Barnes, R. K. Juneja, J. L. Atwood, S. Reilly, R. L. Hollis, P. H. Smith, and D. L. Clark, "Supramolecular Chemistry of p-sulfonatocalix[5]arene:  A Water Soluble, Bowl Shaped Host with a Large Molecular Cavity," *J. Am. Chem. Soc.*, **117**, 11426 (1995).

476.  A. Razavi, L. Peters, L. Nafpliotis, K. D. Daw, J. L. Atwood, and U. Thewald, "The Geometry of the Site and Its Relevance for Chain Migration and Stereospecificity," *Macromol. Symp.*, **89**, 345-67 (1995).

477.  A. Razavi, D. Vereecke, L. Petyers, K. D. Daw, L. Nafpliotis, and J. L. Atwood, "Manipulation of the Ligand Structure as an Effective and Versatile Tool for Modification of Active Site Properties in Homogeneous Ziegler-Natta Catalyst Systems," *Ziegler Catal.*, 111-47 (1995).

478.  J. W. Steed, H. Zhang, and J. L. Atwood, "Inclusion Chemistry of Cyclotriveratrylene and Cyclotricatechylene," *Supramol. Chem.*, **7**. 37 (1996).

479.  L. J. Barbour, L. R. MacGillivray, and J. L. Atwood, "Crystal and Molecular Structure of [H3O·18-crown-6]2[ReCl6] Isolated from a Liquid Clathrate Medium," *J. Chem. Cryst.*, **26**, 59 (1996).

480.  J. W. Steed, C. P. Johnson, R. K. Juneja, and J. L. Atwood "Anion Inclusion Within the Cavity of π-Metalated p-tert-butylcalix[5]arene," *Supramol. Chem.*, **6**, 235 (1996).

481.  J. L. Atwood, S. G. Bott, P. C. Junk, and M. T. May, "Anionic Coordination Complexes of Mo and W which Crystallize from Liquid Clathrate Media with Oxonium Ion-Crown Ether Cations," *J. Coord. Chem.*, **37**, 89 (1996).

482.  J. L. Atwood, "An Introduction to the Crystallography of Supramolecular Compounds," in *Crystallography of Supramolecular Compounds*, Eds:  G.

Tsoucaris, J. L. Atwood, and J. Lipkowski, Kluwer, Dordrecht, 1996, pp. 1-6.

483. J. L. Atwood, "Structural Models of Biological Significance from Supramolecular Systems," in *Crystallography of Supramolecular Compounds*, Eds: G. Tsoucaris, J. L. Atwood, and J. Lipkowski, Kluwer, Dordrecht, 1996, pp. 355-365.

484. L. J. Barbour, L. R. MacGillivray, and J. L. Atwood, "Structural Consequences of M-Cl...H-N Hydrogen Bonds in Substituted Pyridinium Salts of the Cobalt(II)tetrachloride Anion Isolated from Liquid Clathrate Media," *Supramol. Chem.*, 7, 167 (1996).

485. L. R. MacGillivray and J. L. Atwood, "Insight into the Mechanism of the Protonation of Cryptand 222 within a Liquid Clathrate Medium: Synthesis and X-ray Crystal Structure of [H$_3$O][222-2H][(CoCl$_3$)$_2$($\mu$-Cl)]," *J. Chem. Soc., Chem. Commun.*, 735 (1996).

486. C. P. Johnson, J. L. Atwood, J. W. Steed, C. B. Bauer, and R. D. Rogers, "Transition Metal Complexes of p-Sulfonatocalix[5]arene," *Inorg. Chem.*, 35, 2602 (1996).

487. L. J. Barbour, A. Damon, G. W. Orr, and J. L. Atwood, "Inclusion of Protonated Organic Species by p-Sulfonatocalix[4]arene anions. Crystal and Molecular Structure of the Inclusion Compounds (Na)$_2$[Cu(H$_2$O)$_4$(p-sulfonatocalix[4]arene)$_2$][Cu(H$_2$O)$_4$(pyridine)$_2$](pyridinium)$_2$·10H$_2$O and Na$_4$(morpholinium)[p-sulfonatocalix[4]arene]·8H$_2$O," *Supramol. Chem.*, 7, 209 (1996).

488. J. L. Atwood, "Diffraction Studies of Supramolecular Compounds," in Physical Supramolecular Chemistry, Eds.: L. Echegoyen and A. Kaifer, Kluwer, Dordrecht, 1996, pp 261-272.

489. J. L. Atwood, P. C. Junk, S. M. Lawrence, and C. L. Raston, "Zinc Dimerization of p-tert-butylcalix[4]arene," *Supramol. Chem.*, 7, 15 (1996).

490. J. L. Atwood, M. G. Gardiner, C. Jones, C. L. Raston, B. W. Skelton, and A. H. White, "Trimethylaluminum and -gallium Derivatives of Calix[4]arenes: Cone (Mono-metallic) or Doubly Flattened Partial Cone (Tetra-metallic) Conformations," *J. Chem. Soc., Chem. Commun.*, 2487 (1996).

491. J. L. Atwood, C. Jones, C. L. Raston, and K. D. Robinson, "The First Structural Characterization of a Five Coordinate Aluminum Trichloride -

57

Bidentate Tertiary Amine Adduct, Trichloro(1,4-dimethylpiperazine)aluminum," *Main Group Chem.*, **1**, 345 (1996).

492. J. L. Atwood, L. J. Barbour, E. S. Dawson, P. C. Junk, and J. Kienzle, "X-ray Structure of the Water Soluble Adeninium p-Sulfonatocalix[4]arene which Displays Cationic and Anionic Bilayers," *Supramol. Chem.*, **7**, 271 (1996).

493. J. L. Atwood, M. J. Barnes, M. G. Gardiner, and C. L. Raston, "Cyclotriveratrylene Polarisation Assisted Aggregation of $C_{60}$," *J. Chem. Soc., Chem. Commun.*, 1449 (1996).

494. C. L. Raston, J. L. Atwood, P. J. Nichols, and I. B. N. Sudria, "Supramolecular Encapsulation of Aggregates of $C_{60}$," *J. Chem. Soc., Chem. Commun.*, 2615 (1996).

495. J. L. Atwood, K. T. Holman, and J. W. Steed, "Laying Traps for Elusive Prey: Recent Advances in the Non-Covalent Binding of Anions," *J. Chem. Soc., Chem. Commun.*, 1401 (1996).

496. L. R. MacGillivray and J. L. Atwood, "Structural Reorganization of the $[222\text{-}2\text{H}]^{2+}$ Dication Through Cation-$\pi$ and Charge-Charge Interactions: Synthesis and Structure of Its $[CoCl_4].0.5\ C_6H_5CH_3$ Salt," *Angew. Chem. Int. Ed. Engl.*, **35**, 1828 (1996).

497. K. T. Holman, M. M. Halihan, S. S. Jurisson, J. L. Atwood, R. S. Burkhalter, A. R. Mitchell, and J. W. Steed, "Inclusion of Neutral and Anionic Guests within the Cavity of $\pi$-Metallated Cyclotriveratrylenes," *J. Am. Chem. Soc.*, **118**, 9567 (1996).

498. A. D. Hunter, R. Chukwu, B. D. Santarsiero, S. G. Bott, and J. L. Atwood, "Synthesis and Characterization of Polyaromatic Azine Derivatives of ($\eta^5$-$C_5H_5$)Fe(CO)$_2$ and ($\eta^5$-$C_9H_7$)Fe(CO)$_2$," *J. Organomet. Chem.*, **526**, 1 (1996).

499. A. Razavi and J. L. Atwood, "Synthesis and Characterization of the Catalytic Isotactic-specific Metallocene $[C_4H_9\text{-}C_5H_3\text{-}C(CH_3)_2\text{-}(C_{13}H_8)ZrCl_2]$. Mechanistic Aspects of the Formation of Isotactic Polypropylene, the Stereoregulative Effect of the Distal Substituent and the Relevance of $C_2$ Symmetry, *J. Organomet. Chem.*, **520**, 115 (1996).

500. J. L. Atwood, P. C. Junk, M. T. May, and K. D. Robinson, "New, Simple Coordination Compounds of Cr, Mo, and W from Liquid Clathrate Media," *J. Coord. Chem.*, **40**, 247 (1996).

501. C. Li, J. C. Medina, E. Abel, J. L. Atwood, and G. W. Gokel, "Neutral Molecule Receptor Systems using Ferrocene's "Atomic Ball Bearing" Character as the Flexible Element," *J. Am. Chem. Soc.*, **119**, 1609 (1997).

502. L. R. MacGillivray and J. L. Atwood, "Molecular Recognition of the Cyclic Water Trimer in the Solid State," *J. Am. Chem. Soc.*, **119**, 2592 (1997).

503. L. R. MacGillivray and J. L. Atwood, "Ether Cleavage of [2.2.2]cryptand: Synthesis and X-ray Crystal Structure of $[NH(CH_2CH_2I)_3][I_5]$," *J. Chem. Cryst.*, **27**, 209 (1997).

504. K. T. Holman, J. W. Steed, and J. L. Atwood, "Intra-cavity Inclusion of $[CpFe^{II}(arene)]^+$ Guests by Cyclotriveratrylene," *Angew. Chem. Int. Ed. Engl.*, **36**, 1736 (1997).

505. L. R. MacGillivray and J. L. Atwood, "Structural Consequences of Competing Noncovalent Forces: the out-out Conformation of the Doubly Protonated [2.2.2]cryptand," *Chem. Commun.*, 477 (1997).

506. L. J. Barbour, G. W. Orr, and J. L. Atwood, "Supramolecular Intercalation of $C_{60}$ into a Calixarene Bilayer - a Well-Ordered Solid-State Structure Dominated by van der Waals Contacts," *Chem. Commun.*, 1439 (1997).

507. M. Staffilani, K. S. B. Hancock, J. W. Steed, K. T. Holman, J. L. Atwood, R. K. Juneja, and R. S. Burkhalter, "Anion Binding within the Cavity of $\pi$-Metalated Calixarenes," *J. Am. Chem. Soc.*, **119**, 6324 (1997).

508. L. R. MacGillivray and J. L. Atwood, "Rational Design of Multi-Component Calix[4]arenes and Control of Their Alignment in the Solid State," *J. Am. Chem. Soc.*, **119**, 6931 (1997).

509. K. T. Holman, J. L. Atwood, and J. W. Steed, "Supramolecular Anion Receptors," in *Advances in Supramolecular Chemistry*, Vol. 4, G. W. Gokel, Ed., JAI Publications, New York, 287 (1997).

510. L. R. MacGillivray and J. L. Atwood, "A Chiral Spherical Molecular Assembly Held Together by 60 Hydrogen Bonds," *Nature*, **389**, 469 (1997).

    *C&EN*, October 6, 1997, p. 12

511. L. R. MacGillivray and J. L. Atwood, "Synthesis and Structure of $(H_2O)(12$-

crown-4)Co(II)(Co(II)Cl3)(μ-Cl) Isolated from a Liquid Clathrate Medium,"
*J. Chem. Cryst.*, **27**, 453 (1997).

512. J. L. Atwood and J. W. Steed, "Structural and Topological Aspects of Anion
Coordination," in *Supramolecular Chemistry of Anions*, A. Bianchi, K.
Bowman-James, E. Garcia-Espana, Eds., Wiley-VCH, New York (1997).

513. J. L. Atwood and P. C. Junk, "Synthesis and X-ray Structure of Oxonium Ion
Complexes of 21-Crown-7 and Dibenzo-30-crown-10," *J. Chem. Soc., Dalton
Trans.*, 4393 (1997).

514. J. L. Atwood and P. C. Junk, "Use of Metal Carbonyls in the Formation of
$H_5O_2^+$ in $[H_5O_2^+ \cdot 15\text{-Crown-5}][MOCl_4(H_2O)^-]$, (M=Mo, W), and a Second
Sphere Coordination Complex in $[mer\text{-}CrCl_3(H_2O)_3 \cdot 15\text{-Crown-5}]$,"
*J. Organomet. Chem.*, **565**, 179 (1998).

515. M. Staffilani, G. Bonvicini, J. W. Steed, K. T. Holman, J. L. Atwood, and M.
R. J. Elsegood, "Bowl vs. Saddle Conformations in Cyclononatriene-based
Anion Binding Hosts," *Organometallics*, **17**, 1732 (1998).

516. J. L. Atwood, L. J. Barbour, C. L. Raston, and I. B. N. Sudria, "Assemblies of
$C_{60}$ and $C_{70}$ in the Molecular Pincer-Like Jaws of Calix[6]arene," *Angew.
Chem. Int. Ed. Engl.*, **37**, 981 (1998).

517. P. C. Andrews, J. L. Atwood, L. J. Barbour, P. J. Nichols, and C. L. Raston,
"Rigid Concave Surfaces:  An Entry to Confinement of Globular Molecules,
" *Chem. Eur. J.,* **4**, 1384 (1998).

518. K. N. Rose, L. J. Barbour, G. W. Orr, and J. L. Atwood, "Self-Assembly of
Carcerand-Like Dimers of Calix[4]resorcinarene Facilitated by Hydrogen
Bonded Solvent Bridges," *Chem. Commun.*, 407 (1998).

519. L. J. Barbour, G. W. Orr, and J. L. Atwood, "Supramolecular Assembly of
Well-Separated, Linear Columns of Closely Spaced $C_{60}$ Molecules
Facilitated by Dipole Induction," *Chem. Commun.*, 1901 (1998).

C&EN, Science/Technology Concentrates, September 14, 1998, p. 28.

520. A. Alvanipour, J. L. Atwood, S. G. Bott, P. C. Junk, U. H. Kynast, and H.
Prinz, "Some Crown Ether Chemistry of Ti, Zr, and Hf Derived from Liquid
Clathrate Media, " *J. Chem. Soc., Dalton Trans.*, 1223 (1998).

521. L. R. MacGillivray, K. T. Holman, and J. L. Atwood, "One-Dimensional Hydrogen Bonded Polymers Based on c-Methylcalix[4]resorcinarene and a Crystal Engineering Design Strategy," *Cryst. Eng.*, **1**, 87 (1998).

522. P. C. Junk and J. L. Atwood, "Hydrogen-bonded Tetramethylethylenediammonium and Triphenylphosphonium Complexes Derived from Liquid Clathrate Media," *J. Coord. Chem.*, 46, 505 (1998).

523. L. R. MacGillivray, R. H. Groeneman, and J. L. Atwood, "Design and Self-Assembly of Cavity-Containing Rectangular Grids," *J. Am. Chem. Soc.*, **120**, 2676 (1998).

524. E. Abel, R. Castro, I. M. McRobbie, L. Barbour, J. L. Atwood, A. E. Kaifer, and G. W. Gokel, "A Redox-Switchable Molecular Receptor Based on Anthraquinone," *Supramol. Chem.*, **9**, 199 (1998).

525. K. T. Holman, G. W. Orr, J. W. Steed, and J. L. Atwood, "Deep Cavity [CpFe(arene)]+-Based Anion Hosts," *Chem. Commun.*, 2109 (1998).

526. P. C. Blake, M. A. Edelman, P. B. Hitchcock, J. Hu, M. F. Lappert, S. Tian, G. Muller, J. L. Atwood, and H. Zhang, "Organometallic Chemistry of the Actinides.   Part 4.  The Chemistry of Some Tris(cyclopentadienyl)actinide Complexes," *J. Organometal. Chem.*, **551**, 261 (1998).

527. J. L. Atwood, L. R. MacGillivray, K. N. Rose, L. J. Barbour, K. T. Holman, and G. W. Orr, "Large Molecular Assemblies Held Together by Non-Covalent Bonds," in *Physical Methods of Characterization of Supramolecular Assemblies*, Ed.: G. Tsoucaris, Dordrecht, 7 (1998).

528. L. J. Barbour, G. W. Orr, and J. L. Atwood, "An Intermolecular $(H_2O)_{10}$ Cluster in a Solid-State Supramolecular Complex," *Nature*, **393**, 671 (1998).

529. R. H. Groeneman, L. R. MacGillivray, and J. L. Atwood, "Aromatic Inclusion within a Neutral Cavity-Containing Rectangular Grid," *Chem. Commun.*, 2735 (1998).

530. L. J. Barbour and J. L. Atwood, "RES2INS:  a Graphical Interface for the SHELX Program Suite," *J. Appl. Cryst.*, **31**, 963 (1998).

531. L. R. MacGillivray, K. T. Holman, and J. L. Atwood, "Multi-Guest Inclusion within One-Dimensional Hydrogen Bonded Polymers Based on C-Methylcalix[4]resorcinarene," *Am. Cryst. Assoc. Trans.*, **33**, 129 (1998).

532. J. L. Atwood, L. J. Barbour, P. J. Nichols, C. L. Raston, and C. A. Sandoval, "Symmetry-Aligned Supramolecular Encapsulation of C60; [C$_{60}$ > (L)$_2$]. L = *p*-Benzylcalix[5]arene or *p*-Benzylhexahomooxacalix[3]arene," *Chem. Eur. J.*, **5**, 990 (1999).

533. L. R. MacGillivray and J. L. Atwood, "Structural Classification and General Principles for the Design of Spherical Molecular Hosts," *Angew. Chem., Int. Ed. Engl.*, **38**, 1018 (1999).

534. R. H. Groeneman, L. R. MacGillivray, and J. L. Atwood, "One-Dimensional Coordination Polymers Based upon Bridging Terephthalate Ions," *Inorg. Chem.*, **38**, 208 (1999).

535. P. C. Andrews, J. L. Atwood, L. J. Barbour, P. D. Croucher, P. J. Nichols, N. O. Smith, B. W. Skelton, A. H. White, and C. L. Raston, "Supramolecular Confinement of C$_{60}$, S$_8$, P$_4$Se$_3$, and Toluene by Metal(II) Macrocyclic Complexes," *J. Chem. Soc., Dalton Trans.*, 2927 (1999).

536. G. W. Orr, L. J. Barbour, and J. L. Atwood, "Controlling Molecular Self-Organization: Formation of Nanometer-Scale Spheres and Tubules," *Science*, **285**, 1049 (1999).

   C&EN, News of the Week, August 16, 1999, p. 5.

   Cover Illustration

537. R. H. Groeneman and J. L. Atwood, "Terephthalate Bridged Coordination Polymers Based Upon Group Two Metals," *Cryst. Eng.*, **2**, 241 (1999).

538. L. R. MacGillivray and J. L. Atwood, "Unique Guest Inclusion within Multi-Component, Extended-Cavity Resorcin[4]arenes," *Chem. Commun.*, 181 (1999).

539. L. R. MacGillivray, J. L. Reid, J. L. Atwood, and J. A. Ripmeester, "Vinyl-Group Alignment Along the Upper Rim of a *Multi*-Component Resorcin[4]arene," *Cryst. Eng.*, **2**, 47 (1999).

540. L. R. MacGillivray and J. L. Atwood, "Discrete and Infinite Host Frameworks Based upon Resorcin[4]arenes by Design," in *Crystal Engineering: From Molecules and Crystals to Materials*, Ed. A. G. Orpen and D. Braga, 407-419, Kluwer, The Netherlands, 1999.

541. L. R. MacGillivray and J. L. Atwood, "Spherical Molecular Containers: From Discovery to Design," in *Adv. Supramol. Chem.*, Vol. 6; Ed.: G. W. Gokel; JAI, 157-183 (1999).

542. J. L. Atwood, "Crystal Engineering Based on Diffraction Studies of Supramolecular Compounds," in *Crystal Engineering*, Ed. K. R. Seddon and M. Zaworotko, 371-381, Kluwer, The Netherlands, 1999.

543. J. L. Atwood, M. J. Hardie, C. L. Raston, and C. A. Sandoval, "Convergent Synthesis of *p*-Benzylcalix[7]arene: Condensation and UHIG of *p*-Benzylcalix[6 or 8]arenes," *Organic Lett.*, **1**, 1523 (1999).

544. J. L. Atwood and P. C. Junk, "Synthesis and X-ray Crystal Structures of Novel Oxonium Ion-12-Crown-4 Complexes Isolated from Liquid Clathrate Media," *J. Coord. Chem.*, **51**, 379 (2000).

545. L. R. MacGillivray and J. L. Atwood, "Hydrogen Bonded Cavities Based upon Resorcin[4]arenes by Design," in *Calixarenes for Separations*; Ed.: G. L. Lumetta, R. D. Rogers, and A. S. Gopalan, ACS, 325-340, 2000.

546. L. R. MacGillivray and J. L. Atwood, "Cavity-Containing Materials Based Upon Resorcin[4]arenes by Discovery and Design," *J. Solid State Chem.*, **152**, 199 (2000).

547. R. A. Groeneman and J. L. Atwood, "Self-Assembly of a Novel One-Dimensional Zig-Zag Coordination Polymer," *Supramol. Chem.*, **11**, 251 (2000).

548. L. R. MacGillivray and J. L. Atwood, "The 'Boat' Conformation of a Resoprcin[4]arene Self-assembles as a 'T-Shaped' Building Block in the Solid State to Form a Linear 1D Hydrogen-Bonded Array," *Supramol. Chem.*, **11**, 293 (2000).

549. L. R. Barbour, G. W. Orr, and J. L. Atwood, "Characterization of a Well Resolved Supramolecular Ice-Like $(H_2O)_{10}$ Cluster in the Solid State," *Chem. Comm.*, 859 (2000).

550. Z. Chen, J. Wang, V. S. Gopalaratnam, B. Orr, and J. L. Atwood, "Thermal Measurement Associated with Material Failure Using Thermochromic Coatings," *Experimental Techniques*, **24**, 29 (2000).

551. J. L. Atwood and P. C. Junk, "Formation and Crystal Structures of Novel Seven-coordinate 15-crown-5 Complexes of Manganese(II), Iron(II) and

63

Cobalt(II)
*Polyhedron*, **19**, 85 (2000).

552. E. Elisabeth, L. J. Barbour, G. W. Orr, K. T. Holman, and J. L. Atwood, "Synthesis and Structure of a One Dimensional Coordination Polymer Based Upon Tetracyanocalix[4]arene in the Cone Conformation," *Supramol. Chem.*, **12**, 317 (2000).

553. M. S. Selvan, M. D. McKinley, R. H. Dubois, and J. L. Atwood, "Liquid-Liquid Equilibria for Toluene plus Heptane + 1-Ethyl-3-methylimidazolium Triiodide and Toluene plus Heptane + 1-Butyl-3-methylimidazolium Triiodide," *J. Chem. Eng. Data*, **45**, 841 (2000).

554. L. R. MacGillivray and J. L. Atwood, "Spherical Molecular Assemblies: A Class of Hosts for the Next Millennium," in *Chemistry for the 21st Century.*; Ed.: E. Keinan and I. Schechter, Wiley-VCH, 130-150, 2001.

555. A. M. Bond, W. Miao, C. L. Raston, T. J. Ness, M. J. Barnes, and J. L. Atwood, "Electrochemical and Structural Studies on Microcrystals of the $(C_{60})_x(CTV)$ Inclusion Complexes (x = 1, 1.5; CTV = Cyclotriveratrylene)," *J. Phys. Chem. B*, **105**, 1687 (2001).

556. R. H. Groeneman and J. L. Atwood, "Controlling Aromatic Inclusion within NonAqueous Copper Iodide Coordination Polymers," *Supramol. Chem.*, **12**, 353 (2001).

557. J. L. Atwood, L. J. Barbour, M. J. Hardie, C. L. Raston, M. N. Statton, and H. R. Webb, "Hetero-bimetallic Cage Molecules: Solvated $Na_2M_2$(p-sulfonatocalix[4]arene)$_2$, M = Y, Eu," *Cryst. Eng. Comm.*, **4**, 1 (2001).

558. J. L. Atwood, L. J. Barbour, M. J. Hardie, and C. L. Raston, "Metal Sulfonatocalixarene Complexes: Bi-layers, Capsules, Spheres, Tubular Arrays and Beyond," *Coord. Chem. Rev.*, **222**, 3 (2001).

559. J. L. Atwood, L. J. Barbour, and A. Jerga, "Hydrogen-Bonded Molecular Capsules are Stable in Polar Media," *Chem. Comm.*, 2376 (2001).

560. J. L. Atwood, L. J. Barbour, M. J. Hardie, E. Lygris, C. L. Raston, and H. R. Webb, "Inclusion Complexes of 18-Crown-6 and ($Na^+$.[2.2.2]cryptand) in [C-Methylcalix[4]resorcinarene-$H_n$], n = 0, 1," *Cryst. Eng. Comm.*, 10 (2001).

561. J. L. Atwood, L. J. Barbour, T. J. Ness, C. L. Raston, and P. L. Raston, "A

64

Well Resolved Ice-Like ($H_2O$)$_8$ Cluster in an Organic Supramolecular Complex," *J. Am. Chem. Soc.*, **123**, 7192 (2001).

562. K. N. Rose, M. J. Hardie, J. L. Atwood, and C. L. Raston, "Oxygen-center Laden $C_{2h}$ Symmetry Resorcin[4]arenes," *J. Supramol. Chem.*, **1**, 35 (2001).

563. L. J. Barbour and J. L. Atwood, "Non-covalent Interactions Exert Extraordinary Influence Over Conformation and Properties of a Well-Known Supramolecular Building Block," *Chem. Comm.*, 2020 (2001).

564. J. L. Atwood, L. J. Barbour, and A. Jerga, "On the Synthesis and Structure of the Very Large Spherical Capsules Derived from Hexamers of Pyrogallol[4]arenes," *J. Supramol. Chem.*, **1**, 131 (2001).

565. L. R. MacGillivray, K. T. Holman, and J. L. Atwood, "Hydrogen Bonds Assist the Organization of Up to 11 Guests within Self-Assembling Cavities of Nanometer Dimensions," *J. Supramol. Chem.*, **1**, 125 (2001).

566. J. L. Atwood, T. Ness, P. J. Nichols, and C. L. Raston, "Confinement of Amino Acids in Tetra-*p*-sulfonated Calix[4]arene Bi-layers," *Cryst. Growth & Design*, **2**, 171 (2002).

567. J. L. Atwood, L. J. Barbour, and C. L. Raston, "Supramolecular Organization of $C_{60}$ into Linear Columns of Five-Fold, Z-Shaped Strands," *Cryst. Growth & Design*, **2**, 3 (2002).

568. J. L. Atwood, L. J. Barbour, and A. Jerga, "Organization of the Interior of Molecular Capsules by Hydrogen Bonding," *Proc. Natl. Acad. Sci.*, **99**, 4837 (2002).

569. J. L. Atwood, L. J. Barbour, and A. Jerga, "Supramolecular Stabilization of $N_2H_7^+$," *J. Am. Chem. Soc.*, **124**, 2122 (2002).

570. J. L. Atwood, L. J. Barbour, and A. Jerga, "Storage of Methane and Freon by Interstitial van der Waals Confinement," *Science*, **296**, 2367 (2002).

*Science Express*, May 9, 2002, www.sciencexpress.org

*C&EN*, July 8, 2002, p. 27

*C&EN*, Chemistry Highlights 2002, December 22, 2003, p. 47

Highlights, *Angew. Chem. Int. Ed. Engl.*, 42, 1686 (2003)

571. J. L. Atwood, L. J. Barbour, S. Dalgarno, C. L. Raston, and H. R. Webb, "Supramolecular Assemblies of *p*-Sulfonatocalix[4]arene with Aquated Trivalent Lanthanide Ions," *Dalton Trans.*, 4351 (2002).

572. J. L. Atwood and A. Szumna, "Hydrogen Bonds Seal Single-Molecule Molecular Capsules," *J. Am. Chem. Soc.*, **124**, 10646 (2002).

573. J. L. Atwood, L. J. Barbour, A. Jerga, and B. L. Schottel, "Guest Transport in a Non-Porous Organic Solid via Dynamic van der Waals Cooperativity," *Science*, **298**, 1000 (2002).

   *Science* Perspectives, J. W. Steed, 298, 976 (2002)

   *C&EN*, November 4, 2002, p. 8

   *C&EN*, Chemistry Highlights 2002, December 22, 2003, p. 47.

574. J. L. Atwood, "Kagome Lattice: A Molecular Toolkit for Magnetism," *Nature Materials,* **1**, 91 (2002).

575. J. L. Atwood, L. J. Barbour, and A. Jerga, "Polymorphism of Pure p-tert-Butylcalix[4]arene: Conclusive Identification of the Phase Obtained by Desolvation," *Chem. Comm.*, 2952 (2002).

576. J. A. Gawenis, K. T. Holman, J. L. Atwood, and S. S. Jurisson, "Extraction of Pertechnetate and Perrhenate from Water with Deep-Cavity [CpFe(arene)]$^{+}$-Derivatized Cyclotriveratrylenes," *Inorg. Chem.*, **41**, 6028 (2002).

577. J. L. Atwood, L. J. Barbour, M. W. Heaven, and C. L. Raston, "Synthesis of 2-Imino-5-phenylimidazolidin-4-one and the Structure of Its Trifluoroacetate Salt," *J. Chem. Cryst.*, **33**, 175 (2003).

578. J. L. Atwood and A. Szumna, "Cation-$\pi$ Interactions in Neutral Resorcin[4]arenes," *J. Supramol. Chem.*, **2**, 421 (2003).

579. J. L. Atwood and L. J. Barbour, "Molecular Graphics: From Science to Art," *Cryst. Growth Des.*, **3**, 3 (2003).

   Cover Illustration (Cover design used for all 2003 issues.)

66

580. Z. Chen, J. L. Atwood, and Y.-W. Mai, "Rate-Dependent Transition from Thermal Softening to Hardening in Elastomers," *J. Applied Mechanics*, **70**, 611 (2003).

581. J. L. Atwood and A. Szumna, "Anion-Sealed Single-Molecule Capsules," *Chem. Comm.*, 940 (2003).

    *C&EN*, News of the Week, April 14, 2003, p. 11.

    *C&EN*, Chemistry Highlights 2003, December 22, 2003, p. 47.

582. J. L. Atwood, L. J. Barbour, M. W. Heaven, and C. L. Raston, "Association and Orientation of $C_{70}$ Complexation with Calix[5]arene," *Chem. Comm.*, 2270 (2003).

583. M. W. Heaven, L. J. Barbour, J. L. Atwood, and C. L. Raston, "Controlling the van der Waals Connectivity of Fullerene $C_{60}$," *Angew. Chem. Int. Ed. Engl.*, **42**, 3254 (2003).

584. J. L. Atwood, L. J. Barbour, and A. Jerga, "A New Class of Material for the Recovery of Hydrogen from Gas Mixtures," *Angew. Chem. Int. Ed. Engl.*, **43**, 2948 (2004).

    *C&EN*, News of the Week, May 31, 2004, p. 7.

    *Science News*, June 12, 2004, pp. 380-381.

585. J. L. Atwood, S. J. Dalgarno, M. J. Hardie, and C. L. Raston, "Hydrogen-Bonded Arrays of a Ytterbium(III) p-sulfonatocalix[6]arene Complex," *New J. Chem.*, **28**, 326 (2004).

586. K. S. Chichak, S. J. Cantrill, A. R. Pease, S.-h. Chiiu, G. W. V. Cave, J. L. Atwood, and J. F. Stoddart, "Molecular Borromean Rings," *Science*, **304**, 1308 (2004).

    *C&EN*, News of the Week, May 31, 2004, p. 5.

    *C&EN*, Chemistry Highlights 2004, December 20, 2004, p. 60-61.

587. S. J. Dalgarno, M. J. Hardie, J. L. Atwood, and C. L. Raston, "Bilayers, Corrugated Bilayers, and Coordination Polymers of *p*-Sulfonatocalix[6]arene,"*Inorg. Chem.*, **43**, 6351 (2004).

588. J. L. Atwood, L. J. Barbour, S. J. Dalgarno, M. J. Hardie, C. L. Raston, and H. R. Webb, "Toward Mimicking Viral Geometry with Metal-Organic Systems," *J. Am. Chem. Soc.*, **126**, 13170 (2004).

589. G. W. V. Cave, J. Antesberger, L. J. Barbour, R. M. McKinlay, and J. L. Atwood, "Inner Core Structure Responds to Communication between nanocapsule Walls," *Angew. Chem. Int. Ed. Engl.*, **43**, 5263 (2004).

Cover illustration

*C&EN*, Science & Technology, January 3, 2005, 30-32

590. G. W. V. Cave, M. C. Ferrarelli, and J. L. Atwood, "A Supramolecular Approach to Deepening the Pyrogallol[4]arene Cavity: Nano-Cups," *Chem. Comm.*, 2787 (2005).

591. J. L. Atwood, L. J. Barbour, P. K. Thallapally, and T. B. Wirsig, "A Crystalline Organic Substrate Absorbs Methane under STP Conditions," *Chem. Comm.*, 51 (2005).

*Materials Research Society Bulletin*, 30, 2005, 154-155

592. S. J. Dalgarno, M. J. Hardie, J. L. Atwood, J. E. Warren, and C. L. Raston, "A Complex 3-D 'wavy brick wall' Coordination Polymer Based on p-Sulfonatocalix[8]arene," *New. J. Chem.*, **29**, 649 (2005).

593. J. Antesberger, G. W. V. Cave, M. C. Ferrarelli, M. W. Heaven, C. L. Raston, and J. L. Atwood, "Solvent-free, direct synthesis of supramolecular nano-capsules," *Chem. Comm.*, 892 (2005).

594. G. O. Lloyd, J. L. Atwood, and L. J. Barbour, "Water-assisted self-assembly of harmonic single and triple helices in a polymeric coordination complex," *Chem. Comm.*, 1845 (2005).

595. J. L. Atwood, S. J. Dalgarno, M. J. Hardie, and C. L. Raston, "Selective single crystal complexation of L- or D-leucine by *p*-sulfonatocalix[6]arene," *Chem. Comm.*, 337 (2005).

596. J. L. Atwood, G. W. V. Cave, and R. M. McKinlay, "A Supramolecular Blueprint Approach to Metal-Coordinated Capsules," *PNAS*, **102**, 5944 (2005).

68

597. P. K. Thallapally, G. O. Lloyd, T. B. Wirsig, M. W. Bredenkamp, J. L. Atwood, and L. J. Barbour, "Organic Crystals Absorb Hydrogen Gas under Mild Conditions,"*Chem. Comm.*, 5272 (2005).

598. P. K. Thallapally, G. O. Lloyd, J. L. Atwood, and L. J. Barbour, "Diffusion of Water in a Nonporous Hydrophobic Crystal," *Angew. Chem. Int. Ed. Engl.*, 44, 3848 (2005).

   Editors' Choice, *Science*, **308**, 1521 (2005).

599. R. M. McKinlay, P. K. Thallapally, G. W. V. Cave, and J. L. Atwood, "Hydrogen Bonded Supramolecular Assemblies as Robust Templates in the Synthesis of Large Metal-Coordinated Capsules," *Angew. Chem. Int. Ed. Engl.*, **44**, 2 (2005).

600. P. K. Thallapally, T. B. Wirsig, L. J. Barbour, and J. L. Atwood, "Crystal Engineering of Non-porous Organic Solids for Methane Sorption," *Chem. Comm.*, 4420 (2005).

601. S. J. Dalgarno, D. B. Bassil, S. A. Tucker, and J. L. Atwood, "Fluorescent Probe Molecules Report Ordered Inner Phase of Nano-Capsules in Solution," *Science*, **309**, 2037 (2005).

602. S. J. Dalgarno, J. L. Atwood, and C. L. Raston, "Host-Guest Complexes with *p*-Sulfonatocalix[4,5]arenes, Charged crown Ethers and Lanthanides: Factors Affecting Molecular Capsule Formation," *Cryst. Growth Des.*, **6**, 174 (2006).

603. S. J. Dalgarno, G. W. V. Cave, and J. L. Atwood, "Toward the Isolation of Functional Organic Nano-tubes," *Angew. Chem. Int. Ed. Engl.*, **45**, 570 (2006).

604. P. K. Thallapally, L. Dobrzanska, T. R. Gingrich, T. B. Wirsig, L. J. Barbour, and J. L. Atwood, "Acetylene Absorption and Binding in a Nonporous Crystal Lattice," *Angew. Chem. Int. Ed. Engl.*, **45**, 6506 (2006).

605. M. W. Heaven, G. W. V. Cave, R. M. McKinlay, J. Antesberger, S. J. Dalgarno, P. K. Thallapally, and J. L Atwood, "Hydrogen Bonded Hexamers Self-Assemble as Spherical and Tubular Superstructures on the Sub-Micron Scale," *Angew. Chem. Int. Ed. Engl.*, **45**, 6221 (2006).

606. S. J. Dalgarno, J. L. Atwood, and C. L. Raston, "Sulfonatocalixarenes: Molecular Capsule and 'Russian Doll' Arrays to Structures Mimicking Viral

69

Geometry,"
*Chem. Comm.*, 4567 (2006).

607. S. J. Dalgarno, N. P. Power, J. Antesberger, R. M. McKinlay, and J. L. Atwood, "Synthesis and Structural Characterisation of Lower Rim Halogenated Pyrogallol[4]arenes: Bi-layers and Hexameric Nano-capsules," *Chem. Comm.*, 3803 (2006).

608. S. J. Dalgarno, D. B. Bassil, S. A. Tucker, and J. L. Atwood, "Cocrystallization and Encapsulation of a Fluorophore with Hexameric Pyrogallol[4]arene Nano-capsules: Structural and Fluorescence Studies," *Angew. Chem. Int. Ed. Engl.*, **45**, 7019 (2006).

609. P. K. Thallapally, S. J. Dalgarno, and J. L. Atwood, "Frustrated Organic Solids Display Unexpected Gas Sorption," *J. Amer. Chem. Soc.*, **128**, 15060 (2006).

   *C&EN*, News of the Week, November 13, 2006, 14

610. R. M. McKinlay and J. L. Atwood, "Hexameric C-alkylpyrogallol[4]arene Molecular Capsules Sustained by Metal-ion Coordination and Hydrogen Bonds," *Chem. Comm.*, 2956 (2006).

611. P. K. Thallapally and J. L. Atwood, "Sorption of Nitrogen Oxides (NOx's) in a Nonporous Crystal Lattice," *Chem. Comm.*, 1521 (2007).

612. S. J. Dalgarno, J. L. Atwood, and C. L. Raston, "Synthesis and Structural Characterisation of Two Polynuclear Hafnium (IV) Complexes," *Inorg. Chim. Acta*, **360**, 1344 (2007).

613. P. K. Thallapally, K. A. Kirby, and J. L. Atwood, "Comparison of Porous and Nonporous Materials for Gas Storage," *New J. Chem.*, **31**, 629 (2007).

614. S. J. Dalgarno, P. K. Thallapally, L. J. Barbour, and J. L. Atwood, "Engineering Void Space in Organic van der Waals Crystals: Calixarenes Lead the Way", *Chem. Soc. Rev.*, **36**, 236 (2007).

615. N. P. Power, S. J. Dalgarno, and J. L. Atwood, "Robust and Stable Pyrogallol[4]arene Molecular Capsules Facilitated via an Octanuclear Zinc Coordination Belt," *New J. Chem.*, **31**,17 (2007).

616. S. J. Dalgarno, J. L. Atwood, and C. L. Raston, "Structural Versatility in Praseodymium Complexes of *p*-Sulfonatocalix[4]arene," *Cryst. Growth Des.*,

70

in press.

617. R. M. McKinlay and J. L. Atwood, "Hydrogen-Bonded Hexameric Nanotoroidal Assembly," *Angew. Chem. Int. Ed. Engl.*, **46**, 2394 (2007).

618. R. M. McKinlay, S. J. Dalgarno, P. J. Nichols, S. Papadopoulos, J. L. Atwood, and C. L. Raston, "Icosahedral Galloxane Clusters," *Chem. Comm.*, 2393 (2007).

619. S. J. Dalgarno, N. P. Power, J. E. Warren, and J. L. Atwood, "Instantaneous Formation of Metal-Organic Nano-Capsules Gives New Insight into the Self-Assembly Process," *PNAS*, submitted.

620. S. J. Dalgarno, N. P. Power, and J. L. Atwood, "Ionic Dimeric Pyrogallol[4]arene Capsules," *Chem. Comm.*, 3447 (2007).

621. T. E. Clark, M. Makha, A. N. Sobolev, S. J. Dalgarno, J. L. Atwood, and C. L. Raston, "Structural Diversity of Methyl-Substituted Inclusion Complexes of Calix[5]arene," *Cryst. Growth Des.*, in press.

622. P. K. Thallapally, B. P. McGrail, H. T. Schaef, S. J. Dalgarno, J. Tian, and J. L. Atwood, "Gas-Induced Transformation and Expansion of a 'Non-Porous' Organic Solid," *Nature Mat.*, submitted.

623. P. K. Thallapally, B. P. McGrail, J. L. Atwood, C. Gaeta, C. Tedesco, and P. Neri, "Carbon Dioxide Capture in a Self-Assembled Organic Nanochannel," *Chem. Mat.*,19, 3355 (2007).

624. S. J. Dalgarno, J. Antesberger, R. M. McKinlay, and J. L. Atwood, "Water as a Building Block in Solid-State Acetonitrile-Pyrogallol[4]arene Assemblies: Structural Investigations," *Chem. Eur. J.*, in press.

625. D. B. Bassil, S. J. Dalgarno, G. W. V. Cave, J. L. Atwood, and S. A. Tucker, "Spectroscopic Investigations of ADMA Encapsulated in Pyrogallol[4]arene Nanocapsules," *J. Phys. Chem.*, accepted.

626. S. J. Dalgarno, N. P. Power, and J. L. Atwood, "Metallo-Supramolecular Capsules," *Coord. Chem. Rev.*, submitted.

627. S. J. Dalgarno, T. Szabo, A. Siavosh-Haghighi, C. Deakyne, J. E. Adams, and J. L. Atwood, "Exploring the Limits of Encapsulation within Hexameric Pyrogallol[4]arene Nano-Capsules," *J. Am. Chem. Soc.*, submitted.

628. S. J. Dalgarno, J. L. Atwood, and C. L. Raston, "Structural Diversity in Lanthanide Diaza-Crown Ether Complexes of *p*-sulfonatocalix[4 or 5]arenes: 'Molecular Capsule' versus 'Alternative Bi-Layer' Arrays," *Dalton Trans.*, submitted.

629. R. M. McKinlay, P. K. Thallapally, and J. L. Atwood, "Guest Induced Formation of C-alkylpyrogallol[4]arene Nanotubules," *Chem. Comm.*, submitted.

630. N. P. Power, S. J. Dalgarno, and J. L. Atwood, "Guest and Ligand Behavior in Zinc-Seamed Pyrogallol[4]arene Molecular Capsules," *Angew. Chem. Int. Ed. Engl.*, in press.

631. S. J. Dalgarno, N. P. Power, and J. L. Atwood, "Organic Nanocapsules," *Organic Nanostructures*, Ed. J. W. Steed and J. L. Atwood, Wiley, in press.

632. J. L. Daschbach, P. K. Thallapally, J. L. Atwood, B. P. McGrail, and L. X. Dang, "Free Energies of $CO_2/H_2$ Capture by p-tert-Butylcalix[4]arene:  A Molecular Dynamics Study," *J. Chem. Phys.*, in press.

A 2344

# PATENTS

1.  "Liquid Clathrates"
    U. S. Patent 4,024,170 (1977).

2.  "Coal Liquefaction Using Liquid Clathrates"
    U. S. Patent 4,321,127 (1982).

3.  "Multidentate Macromolecular Complex Salt Clathrates"
    U. S. Patent 4,496,744 (1985).

4.  "Calixarene Chloride-Channel Blockers"
    with R. J. Bridges, R. K. Juneja, and A. K. Singh,
    U. S. Patent 5,489,612 (1996).

5.  "Separation of Fullerenes by Complexation"
    with C. L. Raston, U. S. Patent 5,711,927 (1998).

6.  "Substantially Spherical Molecular and Ionic Assemblies"
    with L. R. MacGillivray, U. S. Patent 7,169,957 (2007).

7.  "Formation of Nanometer-Scale Structures"
    with G. W. Orr and L. J. Barbour, U. S. Patent 6,495,669 (2002).

8.  "Hexameric Complexes and Their Preparation"
    U. S. Patent 7,014,868 (2006).

9.  "Self-Assembled Calixarene Based Guest-Host Assemblies for Guest Storage by
    van der Waals Confinement"
    with L. J. Barbour and A. Jerga
    U. S. Patent 7,132,571 (2006).

10. "Calixarene-Based Guest-Host Assemblies for Guest Storage and Transfer,"
    with L. J. Barbour and A. Jerga
    U. S. Patent 7,217,846 (2007).

73

**A 2345**

11.  "Material for the Recovery of Hydrogen from Gas Mixtures"
     with L. J. Barbour and A. Jerga
     filed April 19, 2004.

# *CURRICULUM VITAE*
## MANSOOR M. AMIJI, RPh, PhD

### CONTACT INFORMATION

*Office:*                                           *Residence:*

Department of Pharmaceutical Sciences               195 Richie Road
School of Pharmacy                                  Attleboro, Massachusetts 02703
Bouve College of Health Sciences                    Voice #: (508) 222-3034
Northeastern University                             Cell #: (617) 839-9679
110 Mugar Life Sciences Building
360 Huntington Avenue
Boston, Massachusetts 02115
Voice #: (617) 373-3137
Fax #: (617) 373-8886
E-mail: m.amiji@neu.edu

### PERSONAL INFORMATION

Date of Birth:          February 23, 1964
Place of Birth:         Zanzibar, Tanzania
Citizenship:            United States of America
Marital Status:         Married
Spouse:                 Tusneem Virani-Amiji (Registered Pharmacist)
Children:               Zahra (DOB: 10/25/96), Anisa (DOB: 12/5/99), and
                        Salima (DOB: 7/15/01)

### EDUCATION AND TRAINING

September, 1984 - June, 1988: Undergraduate Student in the College of Pharmacy and Allied Health Professions, Northeastern University, Boston, Massachusetts.

September, 1986 - May, 1988: Undergraduate Honors Student Research Project Entitled *"Preparation and Characterization of Doxorubicin-Dextran Conjugates"*

June, 1988: B.S. in Pharmacy (*magna cum laude*).

August, 1988 - July, 1992: Graduate Student in the Department of Industrial and Physical Pharmacy, School of Pharmacy, Purdue University, West Lafayette, Indiana.

August, 1988 - June, 1989: Teaching Assistant in the Department of Industrial and Physical Pharmacy.

July, 1989 - June, 1992: Research Assistant in the Department of Industrial and Physical Pharmacy.

Case No. 06-438-GMS
**DX-474**

July, 1989 - June, 1992: Doctoral Dissertation Research Entitled *"Surface Modification of Biomaterials with Water-Soluble Polymers: A Steric Repulsion Approach"* - Major Advisor: Professor Kinam Park.

July, 1992: Ph.D. in Pharmaceutics/Biomaterial Science.

## PROFESSIONAL AND ACADEMIC POSITIONS

August, 1992 - December, 1992: Senior Research Scientist, Columbia Research Laboratories, Madison, WI. (Due to financial concerns, the company closed its Research and Development unit in December of 1992).

January, 1993 - June, 1999: Assistant Professor, Department of Pharmaceutical Sciences, School of Pharmacy, Northeastern University, Boston, Massachusetts.

July, 1999 - April, 2006: Associate Professor (with tenure), Department of Pharmaceutical Sciences, School of Pharmacy, Northeastern University, Boston, Massachusetts.

June, 2000 - December, 2000: Visiting Research Scholar. Department of Chemical Engineering, Massachusetts Institute of Technology, Cambridge, Massachusetts. (Sabbatical leave appointment in Professor Robert Langer's laboratory).

May, 2006 - Present: Full Professor, Department of Pharmaceutical Sciences, School of Pharmacy, Northeastern University, Boston, Massachusetts.

## ADMINISTRATIVE POSITIONS

July, 1995 – Present: Pharmaceutics Section Leader, Department of Pharmaceutical Sciences, School of Pharmacy at Northeastern University, Boston, Massachusetts.

September, 2002 – June, 2004: Education and Outreach Coordinator, Molecular Biotechnology Initiative at Northeastern University, Boston, Massachusetts.

July 2003 – Present: Co-Director, Nanomedicine Education and Research Consortium (NERC) at Northeastern University, Boston, Massachusetts.

July, 2005 – Present: Associate Department Chairman, Department of Pharmaceutical Sciences, School of Pharmacy at Northeastern University, Boston, Massachusetts.

## RESEARCH INTERESTS

The primary focus of research in my laboratory is on the development of biocompatible materials from natural and synthetic polymers, target-specific drug and gene delivery systems for cancer and infectious diseases, and nanotechnology applications for medical diagnosis, imaging, and therapy. Specific projects that we are currently pursuing include:

- Synthesis of novel polymeric materials for medical and pharmaceutical applications.

- Surface modification of cationic polymers by the complexation-interpenetration method to develop biocompatible materials.

- Preparation and characterization of polymeric membranes and microcapsules with controlled permeability properties for medical and pharmaceutical applications.

- Target-specific drug delivery systems for gastro-intestinal tract infections.

- Delivery of DNA to mucosal surfaces for gene therapy and vaccination.

- Bioadhesive microspheres formulations of protein and peptide drugs for sustained intranasal delivery.

- Localized delivery of cytotoxic and antiangiogenic drugs for solid tumors in novel biodegradable polymeric nanoparticles.

- Intracellular delivery systems for drugs and genes using target-specific, long-circulating, biodegradable polymeric nanoparticles.

- Multifunctional therapeutic strategies to overcome multidrug resistance in tumors.

- Novel oil-in-water nanoemulsion formulations for drug delivery through the gastrointestinal tract and across the blood-brain barrier.

- Intranasal administration of liposomes and nanoemulsions to enhance brain delivery of proteins and genes.

- Functionalized metal nanoparticles - including gold and iron-gold alloys and core-shell nanostructures - for biosensing, imaging, and targeted therapeutic applications.

## PUBLICATIONS

*Books:*

**Amiji, M.M.** and Sandmann, B.J. (Eds.). *Applied Physical Pharmacy.* McGraw-Hill Medical Publishing Division. New York, NY. 2002.

**Amiji, M.M.** (Ed.) *Polymeric Gene Delivery: Principles and Applications.* CRC Press, LLC (a subsidiary of Taylor and Francis). Boca Raton, FL. 2004.

**Amiji, M.M.** (Ed.). *Nanotechnology for Cancer Therapy.* CRC Press, LLC (a subsidiary of Taylor and Francis). Boca Raton, FL. 2007.

*Book Chapters:*

**Amiji, M.** and Park, K. Surface modification of polymeric biomaterials with poly(ethylene oxide): a steric repulsion approach. In Shalaby, S.W., Ikada, Y., Langer, R., and Williams, J. (eds.) *Polymers of Biological and Biomedical Significance.* American Chemical Society Symposium Series Publication, Volume 540. American Chemical Society, Washington, DC. 1994, pp 135-146.

**Amiji, M.** and Park, K. Surface modification of polymeric biomaterials with poly(ethylene oxide), albumin, and heparin for reduced thrombogenicity. In Cooper, S.L., Bamford, C.H., and Tsuruta, T. (eds.) *Polymer Biomaterials: In Solution, as Interfaces, and as Solids.* VSP, The Netherlands. 1995, pp 535-552.

**Amiji, M.,** Kamath, K., and Park, K. Albumin-modified biomaterial surfaces for reduced thrombogenicity. In Wise, D.L., Altobelli, D.E., Grasser, J.D., Shwartz, E.R., Trantolo, D.J., and Yaszemski, M. (eds.) *Encyclopedic Handbook of Biomaterials and Bioengineering - Part B Applications. Volume II.* Marcel Dekker, Inc., New York, NY. 1995, pp 1057-1070.

**Amiji, M.M.** Surface modification of chitosan to improve blood compatibility. In Pandalai, S.G. (ed.). *Recent Research Developments in Polymer Science, Volume III.* Transworld Research Network, Trivandrum, India. 1999, pp 31-39.

Hejazi, R. and **Amiji, M.** Chitosan-based delivery systems: physicochemical properties and pharmaceutical applications. In Dumitriu, S. (ed.). *Polymeric Biomaterials. Second Edition, Revised and Expanded.* Marcel Dekker, Inc., New York, NY. 2001, Chapter 10, pp 213-238.

Kaul, G. and **Amiji, M.** Polymeric gene delivery systems. In. Wise, D.L., Hasirci, V., Lewandrowski, K.-U., Yaszemski, M.J., Altobelli, D.W., and Trantolo, D.J. (eds.). *Tissue Engineering and Novel Delivery Systems.* Marcel Dekker, Inc., New York, NY. 2004, Chapter 16, pp 333-367.

Kommareddy, S. and **Amiji, M.** Targeted drug delivery to tumor cells using colloidal carriers. In Lu, D.R. and Oie, S. (eds.). *Cellular Drug Delivery: Principles and Practice.* Humana Press, Inc., Totowa, NJ. 2004, Chapter 10, pp 181-215.

Kaul, G. and **Amiji, M.M.** Protein nanospheres for gene delivery. In Amiji, M.M. (ed.) *Polymeric Gene Delivery: Principles and Applications.* CRC Press, LLC. Boca Raton, FL. 2004, Chapter 27, pp. 429-447.

Kommareddy, S., Shenoy, D.B., and **Amiji, M.M.** Gelatin nanoparticles and their biofunctionalization. In Kumar, C. (ed). *Nanotechnologies for the Life Sciences, Volume 2: Biological and Pharmaceutical Nanomaterials.* Wiley-VCH, Berlin, Germany. 2005, Chapter 11, pp. 330-353.

Bhavsar, M.D., Shenoy, D.B., and **Amiji, M.M.** Nanoparticles for delivery in the gastrointestinal tract. In Torchilin, V.P. (ed). *Nanoparticulates as Drug Carriers.* Imperial College Press, London, United Kingdom, 2006, Chapter 26, pp 609-648.

Shenoy, D.B. and **Amiji, M.M.** An overview of condensing and non-condensing polymeric systems for gene delivery. In Friedmann, T. and Rossi, J (eds.). *Gene Transfer: Delivery and Expression of DNA and RNA – A Laboratory Manual.* Cold Spring Harbor Laboratory Press, Cold Spring Harbor, NY. 2007, Chapter 34, pp 395-403.

Kommareddy, S. and **Amiji, M.M.** Protein nanospheres for gene delivery: preparation and *in vitro* transfection studies with gelatin nanoparticles. In Friedmann, T. and Rossi, J. (eds.). *Gene Transfer: Delivery and Expression of DNA and RNA – A Laboratory Manual.* Cold Spring Harbor Laboratory Press, Cold Spring Harbor, NY. 2007, Chapter 52, pp 527-540.

Kommareddy, S., Shenoy, D.B., and **Amiji, M.M.** Long-circulating polymeric nanocarriers for drug and gene delivery in cancer. In Amiji, M.M. (ed). *Nanotechnology for Cancer Therapy.* CRC Press, Boca Raton, FL. 2007, Chapter 13, pp 231-242.

Tiwari, S.B. and **Amiji, M.M.** Nanoemulsions for tumor targeted drug delivery. In Amiji, M.M. (ed.). *Nanotechnology for Cancer Therapy*. CRC Press, Boca Raton, FL. 2007, Chapter 35, pp 723-739.

Shahiwala, A., Vyas, T.K., and **Amiji, M.M.** Nanotechnology for targeted delivery of drugs and genes. In Nalwa, H.S. (ed.). *Encyclopedia of Nanoscience and Nanotechnology*, 2nd Edition, American Scientific Publishers, New York, NY. (In press).

Iftemia, N., **Amiji, M.M.,** and Iftemia, I. and Nanotechnology applications in cancer diagnosis and therapy. In Yih, T.C. and Talpasanu, I. (eds.). *Micro and Nano Manipulations for Biomedical Applications*. Springer Publishing, New York, NY (In press).

Magadala, P., van Vlerken, L.E. Shahiwala, A., and **Amiji, M.M.** Multi-functional polymeric nanosystems for tumor-targeted delivery. In Torchilin, V.P. (ed.). *Multifunctional Pharmaceutical Nanocarriers*. Springer Publishing, New York, NY (In preparation).

Devalapally H., Nagesha, D., Sridhar, S., and **Amiji, M.** Multi-functional magnetic nanosystems for tumor imaging, targeted delivery, and thermal therapy. In Torchilin, V.P. (ed.). *Multifunctional Pharmaceutical Nanocarriers*. Springer Publishing, New York, NY (In preparation).

## *Peer-Reviewed Articles:*

**Amiji, M.,** Park, H., and Park, K. Study on the prevention of surface-induced platelet activation by albumin coating. *Journal of Biomaterials  Science, Polymer Edition* **3:** 375-388 (1992).

**Amiji, M.** and Park, K. Prevention of protein adsorption and platelet adhesion on surfaces by PEO/PPO/PEO triblock copolymers. *Biomaterials*  **13:** 682-692 (1992).

**Amiji, M.** and Park, K. Surface modification by radiation-induced grafting of PEO/PPO/PEO triblock copolymers. *Journal of Colloid and Interface Science* **155:** 251-255 (1993).

**Amiji, M.** and Park, K. Surface modification of polymeric biomaterials with poly(ethylene oxide), albumin, and heparin for reduced thrombogenicity. *Journal of Biomaterials Science, Polymer Edition* **4:** 217-234 (1993).

Knuth, K., **Amiji, M.,** and Robinson, J.R. Hydrogel delivery system for vaginal and oral applications: formulation and biological considerations. *Advances in Drug Delivery Reviews* **11:** 137-167 (1993).

**Amiji, M.** and K. Park. Analysis on the surface adsorption of PEO/PPO/PEO triblock copolymers by radiolabelling and fluorescence techniques. *Journal of Applied Polymer Science* **52:** 539-544 (1994).

**Amiji, M.M.** Permeability and blood compatibility properties of chitosan-poly(ethylene oxide) blend membranes for hemodialysis. *Biomaterials* **16:** 593-599 (1995).

**Amiji, M.M.** Pyrene fluorescence study of chitosan self-association in aqueous solution. *Carbohydrate Polymers* **26:** 211-213 (1995).

**Amiji, M.,** Shah, E., and Boroujerdi, M. Photophysical characterization of insulin denaturation and aggregation at hydrophobic interfaces. *Drug Development and Industrial Pharmacy* **21:** 1661-1669 (1995).

Patel, V.R. and **Amiji, M.M.** pH-sensitive swelling and drug release properties of chitosan-poly(ethylene oxide) semi-interpenetrating polymer network. In R. Ottenbrite, S. Huang, and K. Park (eds.) *Hydrogels and Biodegradable Polymers for Bioapplications.* American Chemical Society Symposium Series Publication. Volume 627. American Chemical Society, Washington, DC. 1996, pp 209-220.

Patel, V.R. and **Amiji, M.M.** Preparation and characterization of freeze-dried chitosan-poly(ethylene oxide) hydrogels for site-specific antibiotic delivery in the stomach. *Pharmaceutical Research* **13:** 588-593 (1996).

**Amiji, M.M.** Surface modification of chitosan membranes by complexation-interpenetration of anionic polysaccharides for improved blood compatibility in hemodialysis. *Journal of Biomaterials Science, Polymer Edition* **8:** 281-298 (1996).

**Amiji, M.,** Tailor, R., Ly, M., and Goreham, J. Gelatin-poly(ethylene oxide) semi-interpenetrating polymer network with pH-sensitive swelling and enzyme-degradable properties for oral drug delivery. *Drug Development and Industrial Pharmacy* **23:** 575-582 (1997).

**Amiji, M.M.** Synthesis of anionic poly(ethylene glycol) derivative for chitosan surface modification in blood-contacting applications. *Carbohydrate Polymers* **32:** 193-199 (1997).

**Amiji, M.M.** Platelet adhesion and activation on an amphoteric chitosan derivative bearing sulfonate groups. *Colloids and Surfaces. Part B: Biointerfaces* **10:** 263-271 (1998).

Qaqish, R.B. and **Amiji, M.M.** Synthesis of fluorescent chitosan derivative and its application for the study of chitosan-mucin interactions. *Carbohydrate Polymers* **38:** 99-107 (1999).

Shah, S., Qaqish, R., Patel, V., and **Amiji. M.** Evaluation of the factors influencing stomach-specific delivery of antibacterial agents for *Helicobacter pylori* infection. *Journal of Pharmacy and Pharmacology* **51:** 667-672 (1999).

Anderson, D., Nguyen, T., and **Amiji, M.** Chitosan-Pluronic® physical interpenetrating network: membrane fabrication and protein permeability studies. In M. El-Nokaly and H. Soini (eds.). *Polysaccharides in Pharmaceutical and Cosmetic Applications.* American Chemical Society Symposium Series Publication, Volume 737. American Chemical Society, Washington, DC 1999, pp 178-186.

McQueen, C., Silvia, A., Lai, P.K., and **Amiji, M.** Surface and blood interaction properties of poly(ethylene oxide)-modified chitosan microspheres. *S.T.P Pharma Sciences.* [Year 2000 thematic issue on *"Chitosan in Drug Delivery Systems"*] **10:** 95-100 (2000).

Anderson, D., Nguyen, T., Lai, P.K., and **Amiji, M.** Evaluation of the permeability and blood-compatibility properties of membranes formed by physical interpenetration of chitosan with PEO/PPO/PEO triblock copolymers. *Journal of Applied Polymer Science* **80:** 1274-1284 (2001).

Anderson, D. and **Amiji, M.** Preparation and evaluation of sustained drug release from Pluronic® polyol rectal suppositories. *International Journal of Pharmaceutical Compounding* 5: 234-237 (2001).

Lynn, D.M., **Amiji, M.M.,** and Langer, R. pH-responsive biodegradable polymer microspheres: rapid release of encapsulated material within the range of intracellular pH *Angewandte Chemie, International Edition.* **40(9):** 1707-1710 (2001).

**Amiji, M.M.,** Lai, P.-K., Shenoy, D.B., and Rao, M. Intratumoral administration of paclitaxel in an *in situ* gelling poloxamer 407 formulation. *Pharmaceutical Development and Technology.* 7(2): 195-202 (2002).

Hejazi, R. and **Amiji, M.** Stomach-specific anti-*H. pylori* therapy. I: Preparation and characterization of tetracycline-loaded chitosan microspheres. *International Journal of Pharmaceutics* **235(1-2):** 87-94 (2002).

Nsereko, S. and **Amiji, M.** Localized delivery of paclitaxel in solid tumors from biodegradable chitin microparticle formulations. *Biomaterials* **23(13):** 2723-2731 (2002).

Kaul, G. and **Amiji, M.** Long-circulating poly(ethylene glycol)-modified gelatin nanoparticles for intracellular delivery. *Pharmaceutical Research* **19 (7):** 1062-1068 (2002).

Kaul, G., Potineni, A., Lynn, D.M., Langer, R., and **Amiji, M.M.** Surface-modified polymeric nanoparticles for tumor-targeted delivery. *surFACTS – Official Newsletter of Surfaces in Biomaterials Foundation.* 7(2): 1-6 (2002).

Chawla, J.S. and **Amiji, M.M.** Biodegradable poly(epsilon-caprolactone) nanoparticles for tumor-targeted delivery of tamoxifen. *International Journal of Pharmaceutics* 249 **(1-2):** 127-138 (2002).

Taqieddin, E., Lee, C., and **Amiji, M.** Perm-selective chitosan-alginate hybrid microcapsules for enzyme immobilization technology. *Pharmaceutical Engineers – Journal of the International Society of Pharmaceutical Engineers.* **22 (6):** 112-114 (2002).

Potineni, A., Lynn, D.M., Langer, R., and **Amiji, M.M.** Poly(ethylene oxide)-modified poly(beta-amino ester) nanoparticles as pH-sensitive biodegradable system for paclitaxel delivery. *Journal of Controlled Release.* **86:** 223-234 (2003).

Chawla, J.S. and **Amiji, M.M.** Cellular uptake and concentrations of tamoxifen upon administration in poly(epsilon-caprolactone) nanoparticles. *AAPS PharmSci* **5 (1):** Article 3 (2003). (available online at http://www.pharmsci.org).

Hejazi, R. and **Amiji, M.** Chitosan-based gastrointestinal delivery systems *Journal of Controlled Release.* **89:** 151-165 (2003). – Invited review.

Hejazi, R. and **Amiji, M.** Stomach-specific anti-*H. pylori* therapy. II: Gastric residence studies of tetracycline-loaded chitosan microspheres in gerbils. *Pharmaceutical Development and Technology.* **8:** 253-262 (2003).

Kaul, G., Lee-Parsons, C., and **Amiji, M.** Poly(ethylene glycol)-modified gelatin nanoparticles for intracellular delivery. *Pharmaceutical Engineers – Journal of the International Society of Pharmaceutical Engineers.* **23 (5):** 108-114 (2003).

Taqieddin, E. and **Amiji, M.** Enzyme immobilization in novel alginate-chitosan core-shell microcapsules. *Biomaterials* **25 (10):** 1937-1945 (2004).

Hejazi, R. and **Amiji, M.** Stomach-specific anti-*H. pylori* therapy. III: Effect of chitosan microsphere crosslinking on the gastric residence and local tetracycline concentrations in fasted gerbils. *International Journal of Pharmaceutics* **272 (1-2):** 99-108 (2004).

Thatte, H.S., Zagarins, S.E., **Amiji, M.M.,** and Khuri, S.F. Poly(N-acetyl-glucosamine)-mediated red blood cell interactions. *Journal of Trauma – Injury Infection and Critical Care.* **57(1):** Supplement: S7-S12 (2004).

Kaul, G. and **Amiji, M.** Biodistribution and targeting potential of poly(ethylene glycol) modified gelatin nanoparticles in subcutaneous murine tumor model. *Journal of Drug Targeting* **12(9-10):** 585-591 (2004).

Kaul, G. and **Amiji, M.** Cellular interactions and *in vitro* DNA transfection studies with poly(ethylene glycol)-modified gelatin nanoparticles. *Journal of Pharmaceutical Sciences* **94 (1):** 184-198 (2005).

Shenoy, D.B. and **Amiji, M.M.** Poly(ethylene oxide)-modified poly(epsilon-caprolactone) nanoparticles for targeted tamoxifen delivery in breast cancer. *International Journal of Pharmaceutics* **293:** 261-270 (2005).

Kaul, G. and **Amiji, M.** Tumor-targeted delivery of plasmid DNA using poly(ethylene glycol)-modified gelatin nanoparticles: *In vitro* and *in vivo* studies. *Pharmaceutical Research* **22(6):** 951-961 (2005).

Shenoy, D., Little, S., Langer, R., and **Amiji, M.** Poly(ethylene oxide)-modified poly(beta-amino ester) nanoparticles as a pH-sensitive system for tumor-targeted delivery of hydrophobic drugs: Part I. *In vitro* evaluations. *Molecular Pharmaceutics,* **2(5):** 357 -366 (2005).

Kommareddy, S. and **Amiji. M.** Preparation and evaluation of thiol-modified gelatin nanoparticles for intracellular DNA delivery in response to glutathione. *Bioconjugate Chemistry* **16 (6):**1423-1432 (2005).

Shenoy, D., Little, S., Langer, R., and **Amiji, M.** Poly(ethylene oxide)-modified poly(beta-amino ester) nanoparticles as a pH-sensitive system for tumor-targeted delivery of hydrophobic drugs: Part II. *In vivo* biodistribution and tumor localization studies. *Pharmaceutical Research* **22(12):** 2107-2114 (2005).

Kommareddy, S., Tiwari, S., and **Amiji, M.M.** Long-circulating nanovectors for tumor-specific gene delivery. *Technology in Cancer Research and Treatment.* **4(6):** 615-625 (2005). (Special issue on Nanotechnology in Cancer Detection and Treatment).

Li, J., Crasto, C.F., Weinberg, J.S., **Amiji, M.,** Shenoy, D., Sridhar, S., Bubbley, G.J., and Jones, G.B. An approach to heterobifunctional poly(ethylene glycol) bioconjugates. *Bioorganic and Medicinal Chemistry Letters,* **15:** 5558-5561 (2005).

Bhavsar, M.D., Tiwari, S.B., and **Amiji, M.M.** Formulation optimization for the nanoparticles-in-microsphere hybrid oral delivery system using factorial design. *Journal of Controlled Release*, **110(2):** 422-430 (2006). [One of 25 most cited paper in the Journal of Controlled Release website, http://top25.sciencedirect.com/index.php?cat_id=7&subject_area_id=20&journal_id=01683659].

Shenoy, D., Fu, W., Li, J., Crasto, C., Jones, G., Dimarzio, C., Sridhar, S., and **Amiji, M.** Surface functionalization of gold nanoparticles using hetero-bifunctional poly(ethylene glycol) spacer for intracellular tracking and delivery. *International Journal of Nanomedicine* **1(1):** 51-57 (2006).

van Vlerken, L.E. and **Amiji, M.M.** Multifunctional polymeric nanoparticles for tumor-targeted drug delivery. *Expert Opinion on Drug Delivery* **3(2):** 205-216 (2006).

Tiwari, S.B. and **Amiji, M.M.** A review of nanocarrier-based CNS delivery systems. *Current Drug Delivery* **3:** 219-232 (2006). Invited review.

Tiwari, S.B. and **Amiji, M.M.** Improved oral delivery of paclitaxel following administration in nanoemulsion formulations. *Journal of Nanoscience and Nanotechnology,* **6(9-10):** 3215-3221 (2006). (Special issue on *"Nanotechnology in Advanced Drug Delivery"*).

**Amiji, M.M.** Engineered nanosystems for targeted delivery of drugs and genes - *Drug Delivery 2006*, Touch Briefings 2006. (http://www.touchbriefings.com/cdps/cditem.cfm?cid=5&nid=1859). Invited review.

Vyas, T., Shah, L., and **Amiji, M.** Nanoparticulate drug carriers for delivery of HIV/AIDS therapy to viral reservoir sites. *Expert Opinion on Drug Delivery,* **3(5):** 613-628 (2006).

Shah, L.K. and **Amiji, M.M.** Intracellular delivery of saquinavir in biodegradable polymeric nanoparticles for HIV/AIDS. *Pharmaceutical Research,* **23(11):** 2638-2645 (2006).

Tiwari, S.B., Tan, Y.-M., and **Amiji, M.M.** Preparation and *in vitro* characterization of multifunctional nanoemulsions for simultaneous MR imaging and targeted drug delivery. *Journal of Biomedical Nanotechnology* **2:** 217–224 (2006).

Vyas, T., Tiwari, S, and **Amiji, M.** Formulation and physiological factors influencing CNS delivery upon intranasal administration. *Critical Reviews in Therapeutic Drug Carrier Systems* **23(4):** 319-347 (2006).

**Amiji, M.,** Vyas, T., and Shah, L. Role of nanotechnology in the treatment of HIV/AIDS: potential to overcome viral reservoir challenge. *Discovery Medicine,* **6(34):** 157-162 (2006) – Invited review.

Devalapally, H., Shenoy, D., Little, S., Langer, R., and **Amiji, M.** Poly(ethylene oxide)-modified poly(beta-amino ester) nanoparticles as a pH-sensitive system for tumor-targeted delivery of hydrophobic drugs: Part III. Therapeutic efficacy and safety studies in ovarian cancer xenograft model. *Cancer Chemotherapy and Pharmacology,* **59 (4):** 477-484 (2007).

**Amiji, M.M.** Tetracycline-containing chitosan microspheres for localized treatment of *Helicobacter pylori* infection. *Cellulose,* **14:** 3-14 (2007) (Invited review for "Special Issue on Polysaccharides in Drug Delivery").

Kommareddy, S. and **Amiji, M.** Biodistribution and pharmacokinetic analysis of long-circulating thiolated gelatin nanoparticles following systemic administration in breast cancer-bearing mice. *Journal of Pharmaceutical Sciences,* **96(2):** 397-407 (2007).

Shahiwala, A., Vyas, T.K., and **Amiji, M.M.** Nanocarriers for systemic and mucosal vaccine delivery. *Recent Patents on Drug Delivery and Formulation,* **1(1):** 1-9 (2007*).* Invited review.

Kommareddy, S. and **Amiji, M.** Poly(ethylene glycol)-modified thiolated gelatin nanoparticles for glutathione-responsive intracellular DNA delivery. *Nanomedicine: Nanotechnology, Biology and Medicine* **3(1):** 32-42 (2007).

Kommareddy, S. and **Amiji, M.** Antiangiogenic gene therapy with systemically-administered *sFlt-1* plasmid DNA in engineered gelatin-based nanovectors. *Cancer Gene Therapy,* **14(5):** 488-498 (2007).

van Vlerken, L, Vyas, T., and **Amiji, M.M.** Poly(ethylene glycol)-modified polymeric nanocarriers for tumor-targeted and intracellular delivery. *Pharmaceutical Research,* (Published online, 2007) DOI: 10.1007/s11095-007-9284-6. Invited expert review.

Devalapally, H., Chakilam, A., and **Amiji, M.** The role of nanotechnology in pharmaceutical product development. *Journal of Pharmaceutical Sciences,* (In press) - Invited expert review.

van Vlerken, L., Zhenfeng, D., Seiden, M., and **Amiji, M.** Modulation of intracellular ceramide with polymeric nanoparticles to overcome multi-drug resistance in cancer. *Cancer Research.* (In press).

Bhavsar, M.B. and **Amiji, M.M.** Gastrointestinal distribution and *in vivo* gene transfection studies with nanoparticles-in-microsphere oral system (NiMOS). *Journal of Controlled Release,* (In press).

Shahiwala, A. and **Amiji, M.M.** Nanotechnology-based delivery systems in HIV/AIDS therapy. *Future Medicine – Future HIV Therapy,* (In press) - Invited review.

Brito, L. and **Amiji, M.** A review of nanoparticulate carriers for the treatment of coronary restenosis. *International Journal of Nanomedicine,* (In press) – Invited review.

van Vlerken, L.E. and **Amiji, M.M.** A multifunctional polymeric nanoparticle strategy for modulation of drug resistance in cancer. *Pharmaceutical Engineers – Journal of the International Society of Pharmaceutical Engineers.* (In press).

Bhavsar, M.B. and **Amiji, M.M.** Polymeric nano- and microparticle technologies for oral gene therapy. *Expert Opinion on Drug Delivery* (In press).

Devalapally, H., Zhenfeng, D., Seiden, M., and **Amiji, M.** Paclitaxel and ceramide co-administration in polymeric nanoparticulate delivery system to overcome multidrug resistance in ovarian cancer. *International Journal of Cancer,* (In press).

Ye, G., Nam, N-H., Kumar, A., Saleh, A., Shenoy, D.B., **Amiji, M.M.,** Lin, X., Sun, G., and Parang, K. Synthesis and evaluatuions of tripodal peptide analogues for cellular delivery of phosphopeptides. *Journal of Medicinal Chemistry,* (In press).

Desai, A., Vyas, T., and **Amiji, M.** Cytotoxicity and apoptosis enhancement in brain tumor cells upon co-administration of paclitaxel and ceramide in novel nanoemulsion formulations. *Pharmaceutical Research*, (Submitted).

Shahiwala, A., and **Amiji, M.M.** Enhanced mucosal and systemic immune response with squalane oil-containing multiple emulsions upon intranasal and oral administration in mice. *Vaccine,* (Submitted).

Vyas, T.K., Shahiwala, A., and **Amiji, M.M.,** Improved oral bioavailability and brain transport of saquinavir upon administration in nanoemulsion formulations. *International Journal of Pharmaceutics*, (Submitted).

Bhavsar, M.D. and **Amiji, M.M.** Development of novel biodegradable polymeric nanoparticles-in-microsphere formulation for local plasmid DNA delivery in the gastrointestinal tract. *AAPS PharmSciTech,* (Submitted).

*Conference Abstracts:*

Bapat, N., **Amiji, M.,** and Boroujerdi, M. Adsorption isotherms of doxorubicin on oxidized dextran. *Pharmaceutical Research* **5**: S-143 (1988).

Park, H., **Amiji, M.,** and Park, K. Mucoadhesive hydrogels effective at neutral pH. *Proceedings of the International Symposium on the Controlled Release of Bioactive Materials* **16**: 217-218 (1989).

Park, K., Mao, F.W., **Amiji, M.,** and Park, H. The minimum amount of biologically active fibrinogen necessary for surface-induced platelet activation. *Transactions of the Society for Biomaterials* **13**: 137 (1990).

Park, K. and **Amiji, M.** Mechanism of surface passivation by albumin. *Proceedings of the Cardiovascular Science and Technology Conference: Basic and Applied* **5**: 245-247 (1990).

**Amiji, M.** and Park, K. Mechanism study on the prevention of surface-induced platelet activation by adsorbed albumin. *Transactions of the Surfaces in Biomaterials '91 Symposium* **1**: 1-5 (1991).

**Amiji, M.,** Park, H., and Park, K. Prevention of protein adsorption and platelet adhesion by steric repulsion. *Transactions of the Society for Biomaterials* **14**: 41 (1991).

**Amiji, M.** and Park, K. Surface passivating effect of PEO/PPO/PEO triblock copolymers. *Polymer Preprints* **33**: 501-502 (1992).

**Amiji, M.** and Park. K. Analysis on the surface adsorption of PEO/PPO/PEO triblock copolymers. *Proceedings of the American Chemical Society: Division of Polymeric Materials, Science, and Engineering* **67**: 211 (1992).

**Amiji, M.** and Park, K. Prevention of protein adsorption on surfaces by PEO/PPO/PEO triblock copolymers. *Pharmaceutical Research* **9**: S-115 (1992).

**Amiji, M.** and Park, K. Adsorption behavior of PEO/PPO/PEO triblock copolymers on DDS-glass. *Transactions of the Society for Biomaterials* **17**: 137 (1994).

**Amiji, M.M.** and Patel, V.R. Development of poly(ethylene oxide)-chitosan blend membranes for hemodialysis. *Transactions of the Society for Biomaterials* **17**: 108 (1994).

**Amiji, M.M.** and Patel, V.R. Chitosan-poly(ethylene oxide) semi-IPN as a pH-sensitive drug delivery system. *Polymer Preprints* **35**: 403-404 (1994).

**Amiji, M.** Shah, E. and Boroujerdi, M. Pyrene fluorescence study of insulin denaturation and aggregation at hydrophobic interfaces. *Pharmaceutical Research* **11**: S-81(1994).

**Amiji, M.M.** and Patel, V.R. Chitosan-poly(ethylene oxide) hydrogels for pH-sensitive oral drug delivery. *Proceedings of the International Symposium on the Controlled Release of Bioactive Materials.* **22**: 330-331 (1995).

**Amiji, M.M.** and Patel, V.R. Site-specific oral delivery of antibiotics using pH-sensitive hydrogels. *Proceedings of the American Chemical Society's Conference on Formulations and Drug Delivery* **1**: 38 (1995).

**Amiji, M.M.** Surface modification of chitosan hemodialysis membranes with anionic polysaccharides. *Transactions of the Fifth World Biomaterials Congress.* **1**: 879 (1996).

**Amiji, M.M.** Modification of chitosan membrane surfaces by the complexation-interpenetration of anionic polysaccharides. *Transactions of the Surfaces in Biomaterials '96 Symposium* **6**: 108-112 (1996).

**Amiji, M.M.** Chitosan surface modification with anionic poly(ethylene glycol) derivative for improved blood compatibility. *Proceedings of the First International Symposium on Advanced Biomaterials* **1**: 73 (1997).

Qaqish, R.B., Patel, V.R., and **Amiji, M.M.** The role of gastric pH and mucin permeability on localized antibiotic delivery for *H. pylori* infection. *Pharmaceutical Research* **14**: S-707 (1997).

Shah, S., Qaqish, R., and **Amiji, M.** Mucoadhesive chitosan microspheres for stomach-specific antibiotic delivery. *Pharmaceutical Research* **14**: S-711 (1997).

**Amiji, M.M.** Surface modification of chitosan by polyelectrolyte complexation-interpenetration to improve biocompatibility. *Pharmaceutical Research* **14**: S-151 (1997).

McQueen, C., Silvia, A., Lai, P.K., and **Amiji, M.** Surface modification of chitosan microspheres to improve biocompatibility. *Transactions of the Society for Biomaterials.* **22**: 239 (1999).

Lai, P.K., Nguyen, T., and **Amiji, M.** Novel thermogelling paclitaxel formulation for localized delivery. *Transactions of the Society for Biomaterials.* **22**: 321 (1999).

Nguyen, T., Lai, P.K., Anderson, D., and **Amiji, M.** Membranes formed by physical interpenetration of chitosan with PEO/PPO/PEO triblock copolymers. *Proceedings of the International Symposium on the Controlled Release of Bioactive Materials* **26**: 320 (1999).

Hejazi, R. and **Amiji, M.** Preparation and characterization of cross-linked chitosan microspheres for delivery of tetracycline locally in the stomach. *AAPS PharmSci Supplement* **2**: (2000).

Mak, K.D., Nip, C.S., and **Amiji, M.** Permselective membranes prepared by physical interpenetration of chitosan with PEO/PPO/PEO triblock copolymers. *Proceedings of the American Association of Pharmaceutical Scientists – Pharmaceutical Congress of the Americas.* **1**: 114 (2001).

**Amiji, M.,** Lai, P.K., Shenoy, D., and Rao, M. Intratumoral administration of paclitaxel in a thermogelling Pluronic® F-127 formulation. *Proceedings of the American Association of Pharmaceutical Scientists – Pharmaceutical Congress of the Americas.* **1**: 129 (2001).

Nsereko, S., and **Amiji, M.M.** Biodegradable chitin-paclitaxel microparticle formulations for localized drug delivery. *Proceedings of the American Association of Pharmaceutical Scientists – Pharmaceutical Congress of the Americas.* **1**: 129 (2001).

Chawla, J.S. and **Amiji, M.M.** Poly(epsilon-caprolactone) nanoparticles for intracellular delivery of tamoxifen. *AAPS PharmSci Supplement* **3**: (2001).

Taqieddin, E. and **Amiji, M.** Perm-selective alginate-chitosan hybrid microcapsules for enzyme immobilization. *AAPS PharmSci Supplement* **3**: (2001).

Gupta, M., Williams, D.A., Jambhekar, S.S., **Amiji, M.M.,** and Bhargava, H.N. Design and *in vitro* evaluation of colon specific delivery system for budesonide, a novel glucocorticoid. *AAPS PharmSci Supplement* **3**: (2001).

Kaul, G. and **Amiji, M.** Cellular uptake, trafficking, and DNA transfection studies with poly(ethylene glycol)-modified gelatin nanoparticles. *AAPS PharmSci Supplement* **4**: (2002).

Shenoy, D.B., Chawla, J.S., and **Amiji, M.M.** Polymeric nanoparticles for targeted and controlled tamoxifen delivery in breast cancer: *in-vitro* and *in-vivo* investigations. *AAPS PharmSci Supplement* **6**: (2004).

Kommareddy, S. and **Amiji, M.M.** Preparation of thiolated gelatin nanoparticles for rapid intracellular delivery in response to glutathione. *AAPS PharmSci Supplement* **6**: (2004).

Kaul, G. and **Amiji, M.M.** Biodistribution and targeting potential of poly(ethylene glycol)-modified gelatin nanoparticles in tumor-bearing mice. *AAPS PharmSci Supplement* **6**: (2004).

Bhavsar. M. and **Amiji, M.M.** Nanoparticles-in-microsphere hybrid systems for oral DNA vaccine delivery. *AAPS PharmSci Supplement* **6**: (2004).

Fu, W., Shenoy, D., Li, J., Crasto, C., Jones, G., Dimarzio, C., Sridhar, S., and **Amiji, M.** Biomedical applications of gold nanoparticles functionalized using hetero-bifunctional poly(ethylene glycol) spacer. *Materials Research Society Symposium Proceedings (Nanoscale Materials Science in Biology and Medicine),* **845**: 223-228 (2005).

Kaul, G. and **Amiji, M.** Biodistribution and tumor-targeting potential of poly(ethylene glycol)-modified gelatin nanoparticles. *Materials Research Society Symposium Proceedings, (Nanoscale Materials Science in Biology and Medicine),* **845:** 229-235 (2005).

Shenoy, D.B., Chawla, J.S., and **Amiji, M.M.** Biodegradable polymeric nanoparticles for tumor-selective tamoxifen delivery: In vitro and In vivo studies. *Materials Research Society Symposium Proceedings (Nanoscale Materials Science in Biology and Medicine),* **845:** 369-373 (2005).

Fu, W., Saini, G., Shenoy, D., Nagesha, D., **Amiji, M.,** and Sridhar, S. Gold and iron-gold nanoparticles for intracellular tracking and in vivo medical applications. *Proceedings of the American Physical Society Meeting* (2005).

Fu, W., Shenoy, D., Li, J., Crasto, C., Jones, G., Dimarzio, C., Sridhar, S., and **Amiji, M.** Hetero-bifunctional poly(ethylene glycol) modified gold nanoparticles as an intracellular tracking and delivery agent. *Proceedings of the NSTI Nanotech 2005, NSTI Nanotechnology Conference and Trade Show*, Anaheim, CA, May 8-12, (2005).

Saini, G., Shenoy, D., Nagesha, D. K., Kautz, R., Sridhar, S., **Amiji, M.** Superparamagnetic iron oxide-gold core-shell nanoparticles for biomedical applications. *Proceedings of the NSTI Nanotech 2005, NSTI Nanotechnology Conference and Trade Show*, Anaheim, CA, May 8-12, (2005).

Bhavsar, M., Tiwari, S., and **Amiji, M.** Formulation optimization for the nanoparticles-in-microsphere hybrid oral delivery system using factorial design. *The AAPS Journal*, **7:** No. S2, Abstract W4128 (2005).

Kommareddy, S. and **Amiji, M.** Formulation development and *in vivo* biodistribution studies of poly(ethylene glycol)-modified thiolated gelatin nanoparticles. *The AAPS Journal,* **7: S2**, Abstract W5088 (2005).

Tiwari, S., Shenoy, D., and **Amiji, M.** Novel nanoemulsions for improved oral delivery of hydrophobic drugs. *The AAPS Journal,* **7: S2,** Abstract M1184 (2005).

Tiwari, S., Song, Y.-H., Kamath, K., Barry, J., and Amiji, M. Application of statistical factorial design for the preparation of poly(styrene-*b*-isobutylene-*b*-styrene) triblock copolymer microspheres. *The AAPS Journal,* **7: S2,** Abstract R6151 (2005).

Sridhar, S., **Amiji, M.,** Shenoy, D., Nagesha, D., Weissig, V., Fu, W. Nanomedicine: a new paradigm in diagnosis and therapy. *Proceedings of SPIE-The International Society for Optical Engineering* **6008:** 247-254 (2005).

van Vlerken, L.E., Shenoy, D., Duan, Z., Seiden, M., Mehta, S., and **Amiji, M.M.** Modulation of intracellular ceramide using polymeric nanoparticles to overcome multidrug resistance in tumor cells. *Transactions of the Society for Biomaterials,* (2006).

Bhavsar, M.D., Tiwari, S.B, and **Amiji, M.M.** Development of the nanoparticles-in-microsphere hybrid formulations for oral delivery of plasmid DNA. *Transactions of the Society for Biomaterials,* (2006).

Tiwari, S.B. and **Amiji, M.M.** Novel nanoemulsions for improved oral delivery of hydrophobic drugs. *Transactions of the Society for Biomaterials*, (2006).

van Vlerken, L.E., Shenoy, D., Duan, Z., Seiden, M., Mehta, S., and **Amiji, M.M.** Modulation of intracellular ceramide using polymeric nanoparticles to overcome multidrug resistance in tumor cells. *Proceedings of the NSTI Nanotech 2006, NSTI Nanotechnology Conference and Trade Show*, Boston, MA May 8-12, (2006).

Bhavsar, M.D., Tiwari, S.B, and **Amiji, M.M.** Formulation optimization for the nanoparticles-in-microsphere hybrid oral delivery systems using factorial design. *Proceedings of the NSTI Nanotech 2006, NSTI Nanotechnology Conference and Trade Show*, Boston, MA May 8-12, (2006).

Tiwari, S.B., Shenoy, D.B., and **Amiji, M.M.** Novel nanoemulsions for improved oral delivery of poorly soluble drugs. *Proceedings of the NSTI Nanotech 2006, NSTI Nanotechnology Conference and Trade Show*, Boston, MA May 8-12, (2006).

Kommareddy, S. and **Amiji, M.M.** Characterization and in vivo biodistribution studies with poly(ethylene glycol)-modified thiolated gelatin nanoparticles. *Proceedings of the NSTI Nanotech 2006, NSTI Nanotechnology Conference and Trade Show*, Boston, MA May 8-12, (2006).

**Amiji, M.M.** Nanotechnology for drug delivery: an overview. *Proceedings of the NSTI Nanotech 2006, NSTI Nanotechnology Conference and Trade Show*, Boston, MA May 8-12, (2006).

Tiwari, S.B., Song, Y.-H., Kamath, K., Barry, J., and **Amiji, M.** Poly(styrene-*b*-isobutylene-*b*-styrene) triblock copolymer microspheres for sustained release drug delivery. *Proceedings of the International Symposium on the Controlled Release of Bioactive Materials* **33:** (2006).

**Amiji, M.** Devalapally, H.K., van Vlerken, L., Duan, Z., Seiden, M. Multifunctional nanosystems to overcome drug resistance in cancer. *Proceedings of the First National Cancer Institute's Alliance in Nanotechnology Meeting.* San Diego, CA October 24-26, pp 17 (2006).

van Vlerken, L.E., Little, S., Duan, Z., Seiden, M., Langer, R., and **Amiji, M.** Modulation of multidrug resistance in cancer with polymer blend nanoparticles. *Proceedings of the First National Cancer Institute's Alliance in Nanotechnology Meeting.* San Diego, CA October 24-26, pp 30 (2006).

Migliore, M., Vyas, T.K., Campbell, R.C., **Amiji, M.M.,** and Waszczak, B.L. Brain delivery of proteins by the intranasal route of administration using cationic liposomes. *Proceedings of the Society of Neuroscience Meeting, Atlanta,* GA (2006).

Devalapally, H.K., Shenoy, D.B., Little, S., Langer, R., and **Amiji, M.M.** Tumor-targeted delivery of hydrophobic drugs in pH-sensitive poly(ethylene oxide)-modified poly(beta-amino ester) nanoparticles. *The AAPS Journal*, **8:** S2, (2006).

Desai, A., Vyas, T.K., and **Amiji, M.M.** Development and characterization of nanoemulsion formulations containing multimodal therapeutics for brain tumor. *The AAPS Journal*, **8:** S2, (2006).

Shah, L.K., Gamsiz, E.D., Carrier, R.L., and **Amiji, M.M.** Biodegradable polymeric nanoparticles for intracellular saquinavir delivery in HIV/AIDS. *The AAPS Journal,* **8:** S2, (2006).

Bhavsar, M.D. and **Amiji, M.M.** Oral plasmid DNA administration and transfection using nanoparticles-in-microsphere formulations. *The AAPS Journal,* **8:** S2, (2006).

van Vlerken, L.E., Little, S., Duan, Z., Seiden, M., Langer, R., and **Amiji, M.** Modulation of multidrug resistance in cancer with polymer blend nanoparticles. *The AAPS Journal,* **8:** S2, (2006).

Kommareddy, S. and **Amiji, M.M.** Tumor-targeted sFlt-1 gene delivery using long-circulating thiolated gelatin nanoparticles. *The AAPS Journal,* **8:** S2, (2006).

Vyas, T.K. and **Amiji, M.M.** Improved oral delivery of saquinavir in nanoemulsion formulations for HIV/AIDS. *The AAPS Journal,* **8:** S2, (2006).

**Amiji, M.M.** Nanotechnology for targeted drug and gene delivery. *Nanomedicine,* **2(4):** 299-300 (2006).

**Amiji, M.M.** Nanotechnology in cancer diagnosis, imaging, and therapy. *Proceedings of the American College of Veterinary Pathologists 57th Annual Meeting and the American Society for Veterinary Clinical Pathology 41st Annual Meeting,* pp 4-7 *(2006).*

## INTRAMURAL AND EXTRAMURAL RESEARCH FUNDING

### *Funded Grant Applications:*

*Source:* National Institutes of Health, Biomedical Research Support Grant
*Title:* Prevention of Protein Adsorption on Poly(Ethylene Oxide)-Modified Surfaces
*Amount:* $2,000 (total).
*Duration:* June, 1993 - May, 1994
*Role:* Principal Investigator

*Source:* Northeastern University, 1995 Research and Scholarship Development Fund
*Title:* Development of Blood-Compatible Hemodialysis Membranes from Chitosan
*Amount:* $10,000 (total)
*Duration:* July, 1995 - December, 1996 (with 6-months no-cost extension)
*Role:* Principal Investigator

*Source:* Bristol-Myers Squibb Pharmaceutical Research Institute, Kenilworth, NJ.
*Title:* Development of Novel Thermogelling System for Localized Delivery of Taxol®
*Amout:* $8,000 (total)
*Duration:* July, 1996 - June, 1997
*Role:* Principal Investigator.

*Source:* Roche Laboratories, Inc., Nutley, NJ.
*Title:* HPLC Assay Development for Mycophenolic Acid and Mycophenolic Acid Glucuronide
*Amount:* $10,000 (total)

*Duration:* July 1996 - December, 1996
*Role:* Co-Principal Investigator (PI: Prof. Rafaat Seifeldin, Department of Pharmacy Practice, Northeastern University)

*Source:* Northeastern University, Honors Program Research Funds
*Title:* Undergraduate Honors Students Research Initiatives
*Amount:* $5,000.
*Duration:* July 1997 - June 1999.
*Role:* Principal Investigator.

*Source:* Pharmaceutical Research and Manufacturers of America Foundation, Undergraduate Pharmaceutics Research Fellowship. (On behalf of Ms. Phung-Kim Lai, B.S. student in the class of 1999).
*Title:* Novel Thermogelling Paclitaxel Formulation for Intra-Tumoral Delivery
*Amount:* $5,000 (total)
*Duration:* January, 1999 - December, 1999
*Role:* Principal Investigator.

*Source:* Northeastern University, 1999 Research and Scholarship Development Fund
*Title:* Stomach-Specific Antibiotic Delivery for *H. pylori* Infection
*Amount:* $10,000 (total)
*Duration:* July, 1999 - June, 2000
*Role:* Principal Investigator

*Source:* EOS Pharmaceuticals Corporation, Woburn, MA (through National Institutes of Health, Small Business Innovation Research Program, Phase I Grant)
*Title:* Stomach-Specific Anti-*H. pylori* Therapy
*Amount:* $50,000 (total, ~ 45% of the total SBIR funding)
*Duration:* July, 2000 – June, 2001
*Role:* Principal Investigator

*Source:* American Association of Pharmaceutical Scientists and American Foundation for Pharmaceutical Education, 2000-2001 "Gateway" Research Scholar Program. (On behalf of Mr. Chi-Sing Nip, Pharm.D. student, Class of 2001)
*Title:* Perm-selective Membranes from Chitosan for Extracorporeal Removal of ? -2-Microglobulin                     .
*Amount:* $5,000 (total)
*Duration:* July, 2000 – June, 2001
*Role:* Principal Investigator

*Source:* Braintree Laboratories, Inc., Braintree, MA
*Title:* Analysis of Phosphate Binding to Cationic Polymers
*Amount:* $31,000 (total)
*Duration:* December, 2000 – June, 2001
*Role:* Principal Investigator

*Source:* Pharmaceutical Research and Manufacturers of America Foundation, Undergraduate Pharmaceutics Research Fellowship. (On behalf of Ms. Erica J. Waugh, Pharm.D. student in the class of 2002)

*Title:* Novel Biodegradable Long-Circulating Nanoparticles for Tumor-Selective Drug Delivery
*Amount:* $5,000 (total)
*Duration:* January, 2001 – December, 2001
*Role:* Principal Investigator

*Source:* Braintree Laboratories, Inc., Braintree, MA
*Title:* Chitosan-Iron Complexes as Polymeric Phosphate Binders
*Amount:* $15,000 (total)
*Duration:* January, 2002 – June, 2002
*Role:* Principal Investigator

*Source:* Northeastern University, Undergraduate Research Fund. (On behalf of Ms. Nikita Mody, Pharm.D. student in the class of 2004)
*Title:* Tumor-Selective Gene Delivery Systems
*Amount:* $3,000 (total)
*Duration:* January, 2002 – June, 2002
*Role:* Principal Investigator

Source: Northeastern University, 2002 Research and Scholarship Development Fund
*Title:* Immobilized Enzyme System for Detection and Detoxification of Chemical Warfare Agents
*Amount:* $5,006 (total)
*Duration:* July, 2002 - June, 2003
*Role:* Principal Investigator

*Source:* Alfred P. Sloan Foundation, New York, NY
*Title:* Multi-Track Professional Masters Degree Program in Biotechnology
*Amount:* $75,000 (total)
*Duration:* July, 2002 – June 2004 (with one year no-cost extension)
*Role:* Co-Investigator (PI: Prof. William Detrich, Department of Biology, Northeastern University).

*Source:* Boston Scientific Corporation. Watertown, MA
*Title:* Drug Interactions with Poly(Vinyl Alcohol) Embolic Microspheres: Part I
*Amount:* $33,256 (total)
*Duration:* February, 2003 – December, 2003
*Role:* Principal Investigator

*Source:* National Cancer Institute, National Institutes of Health (R01-CA95522-01A2, Priority Score 241, 18.1[th] Percentile)
*Title:* Long-Circulating Tumor-Selective DNA Delivery Systems
*Amount:* $744,100 (total)
*Duration:* July, 2003 – June, 2007* (with one-year no-cost extension)
*Role:* Principal Investigator

Source: National Science Foundation, Major Research Instrumentation Grant (MRI-0320638)
*Title:* Acquisition of Scanning Electron Microscope for Nanoscience and Biotechnology
*Amount:* $477,846 (total)

*Duration:* July, 2003 – June, 2004
*Role:* Co-Investigator (PI: Prof. Donald Heiman, Department of Physics, Northeastern University)

*Source:* Roger Williams Medical Center, Providence, RI. Subcontract of the Department of Defense Grant DAMD17-03-0716
*Title:* Drug Encapsulation in Poly(Epsilon-Caprolactone) Nanoparticles
*Amount:* $20,119 (total)
*Duration:* October, 2003 – September, 2005 (with one year no-cost extension)
*Role:* Principal Investigator

*Source:* Boston Scientific Corporation. Watertown, MA
*Title:* Drug Interactions with Poly(Vinyl Alcohol) Embolic Microspheres: Part II
*Amount:* $44,865 (total)
*Duration:* February, 2004 – December, 2004
*Role:* Principal Investigator

*Source:* American Foundation for Pharmaceutical Education, Undergraduate Gateway Research Scholarship. (On Behalf of Ms. Stephanie Whalen, Pharm.D. Class of 2006)
*Title:* Novel Gold Nanoparticle Sensor for Non-invasive Glucose Measurements
*Amount:* $5,000 (total)
*Duration:* June, 2004 – December, 2004
*Role:* Principal Investigator

*Source:* Boston Scientific Corporation, Natick, MA
*Title:* Preparation and Characterization of Drug-Loaded SIBS Copolymer Microsphere Formulations
*Amount:* $100,019 (total)
*Duration:* October, 2004 – December, 2005 (with no-cost extension)
*Role:* Principal Investigator

*Source:* American Foundation for Pharmaceutical Education, Undergraduate Gateway Research Scholarship. (On Behalf of Mr. Zeu Hong Tzeng, PharmD Class of 2007)
Title: Thiolated Gelatin Nanoparticles for Intracellular siRNA Delivery
*Amount:* $5,000 (total)
Duration: July, 2005 – June, 2006
Role: Principal Investigator

*Source:* Novavax, Inc., Malvern, PA.
*Title:* Nanocarrier Formulation Optimization Studies
*Amount:* $60,543 (total)
*Duration:* May, 2005 – December, 2005
*Role:* Principal Investigator

Source: Northeastern University, 2005 Research and Scholarship Fund
*Title:* Functionalized Gold Nanoparticles as Novel Mitochondria-Targeted Vectors
*Amount:* $15,000 (total)
*Duration:* July, 2005 – June, 2006

*Role:* Co-Investigator (PI: Prof. Volkmar Weissig, Department of Pharmaceutical Sciences, Northeastern University)

*Source:* Transport Pharmaceuticals, Inc., Framingham, MA
*Title:* Evaluation of Formulation Properties Used in Iontophoretic Drug Delivery Device
*Amount:* $58,875 (total)
*Duration:* August, 2005 – July, 2006
*Role:* Principal Investigator

*Source:* National Cancer Institute/National Science Foundation, Interdisciplinary Graduate Education and Training (IGERT) Grant
*Title:* IGERT-Nanomedical Science and Technology
*Amount:* $3,320,168 (total)
*Duration:* October, 2005 – September, 2010
*Role:* Co-Investigator (PI: Prof. Srinivas Sridhar, The Nanomedicine Education and Research Consortium, Northeastern University)

*Source:* National Institutes of Health. NCI Nanotechnology for Cancer Alliance's RFA "Cancer Nanotechnology Platform Partnership Grant" program (1R01-CA119617-01, Priority Score 190)
*Title:* Nanotherapeutic Strategy for Multidrug Resistant Tumors
*Amount:* $1,529,399 (total)
*Duration:* October, 2005 – September, 2009
*Role:* Principle Investigator

*Source:* Boston Scientific Corporation. Malborough, MA
*Title:* Drug Interactions with Poly(Vinyl Alcohol) Embolic Microspheres: Part III
*Amount:* $125,208 (total)
*Duration:* March, 2006 – February, 2007
*Role:* Principal Investigator

*Source:* National Cancer Institute, Nanotechnology Characterization Laboratory
*Title:* Multifunctional Nanoemulsions for Brain Tumor Imaging and Therapy
*Amount:* Undisclosed (complete preclinical characterization studies)
*Duration:* May, 2006 – December, 2007
*Role:* Principal Investigator

*Source:* Transport Pharmaceuticals, Inc., Framingham, MA
*Title:* Evaluation of Formulation Properties Used in Iontophoretic Drug Delivery Device: Part II
*Amount:* $72,952 (total)
*Duration:* August, 2006 – July, 2007
*Role:* Principal Investigator

***Pending Grant Applications:***

Source: National Science Foundation, Major Research Instrumentation Grant (MRI-0320638)
*Title:* MRI: Acquisition of Transmission Electron Microscope for Research and Training in Nanoscience and Technology

*Amount:* $1,431,691 (total)
*Submitted:* January, 2007
*Role:* Co-Investigator (PI: Prof. Sanjeev Mukerjee, Department of Chemistry and Chemical Biology, Northeastern University).

*Source:* National Institutes of Health, R21 Proposal in Response to PA "NIH Exploratory/Developmental Research Grant Program" (PA-03-107)
*Title:* Nanoparticle-Based Antimicrobial Photochemotherapy in Biofilms
*Amount:* $150,170 (Sub-contract total)
*Re-Submitted:* February, 2007
*Role:* Principal Investigator on NU Subcontract (PI: Dr. Nikos Soukos, Forsyth Institute, Boston, MA)

*Source:* National Institutes of Health, R21 Proposal in Response to RFA "NINDS Exploratory/Developmental Projects in Translational Research" (PAR-05-157).
*Title:* Intranasal Liposomal Gene Delivery to the Brain
*Amount:* $431,750 (total)
*Submitted:* February, 2007
*Role:* Principal Investigator.

*Source:* National Institutes of Health R01 Proposal in response to RFA "Nanoscience and Nanotechnology in Biology and Medicine" program
*Title:* Oral Gene Therapy with NiMOS for Inflammatory Bowel Disease
*Amount:* $1,570,000 (total)
*Submitted:* February, 2007
*Role:* Principle Investigator

*Source:* National Institutes of Health R01 Proposal in response to RFA "Nanoscience and Nanotechnology in Biology and Medicine" program (First review score 251, 31st percentile).
*Title:* Engineered Nanovectors for Pancreatic Cancer Gene Therapy
*Amount:* $1,543,780 (total)
*Re-Submitted:* June, 2007
*Role:* Principle Investigator

*Source:* National Institutes of Health, R21 Proposal in Response to RFA "Therapeutics Delivery for Neurodegenerative Diseases" (RFA-EY-07-001).
*Title:* Intranasal Delivery of GDNF for Parkinson's Disease
*Amount:* $431,750 (total)
*Re-Submitted:* June, 2007
*Role:* Co-Investigator (PI: Prof. Barbara Waszczak, Department of Pharmaceutical Sciences, Northeastern University)

## PATENTS AND INVENTION DISCLOSURES

**Amiji, M.M.** *"Biocompatible Articles and Method of Making Same".* United States Patent Number 5,885,609. Issued: March 1999.

**Amiji, M.M.** *"Drug Delivery Using pH-Sensitive Semi-Interpenetrating Network Hydrogels"*. United States Patent Number 5,904,927. Issued: May 1999.

Langer, R.S., Lynn, D.M., Putnam, D., **Amiji, M.M.,** and Anderson, D.G. *"Biodegradable Poly(Beta-Amino Esters) and Uses Thereof"*. United States Patent Number 6,998,115. Issued: February, 2006.

Langer, R.S., Lynn, D.M., Putnam, D., **Amiji, M.M.,** and Anderson, D.G. *"Biodegradable Poly(Beta-Amino Esters) and Uses Thereof"*. European Patent Application. (Serial number 019775410-2115-US0131270, Filed: October, 2001).

**Amiji, M.M.** and Taqieddin, E.S. *"Hybrid Immobilized Catalytic System with Controlled Permeability"* United States Patent Application Pending (Filed: January, 2003).

**Amiji, M.M.,** Shenoy, D.B., and van Vlerken, L.E. *"Nanoparticulate Delivery Systems for Treating Multi-drug Resistance"*. United States Patent Application Pending (Filed: April, 2006).

**Amiji, M.M.** and Tiwari, S.K. *"Novel Nanoemulsion Formulations"* United States Patent Application Pending (Filed: November, 2006).

Song, Y.-H., **Amiji, M.M.,** and Tiwari, S.B. *"Methods to Prevent SIBS Microsphere Aggregation During Solvent Evaporation Processing"*. Invention disclosed to Boston Scientific Corporation, Natick, MA, April, 2005.

Song, Y.-H., **Amiji, M.M.,** and Tiwari, S.B. *"Practical Methods to Control the SIBS Microsphere Size"*. Invention disclosed to Boston Scientific Corporation, Natick, MA, April, 2005.

Song, Y.-H., **Amiji, M.M.,** and Tiwari, S.B. *"A Method of Improving Surface Smoothness of the SIBS Microsphere"*. Invention disclosed to Boston Scientific Corporation, Natick, MA, April, 2005.

**Amiji, M.M.** *"Polymer Complexed Silver Nanoparticles"*. Invention disclosed to Northeastern University. December 2004.

**Amiji, M.M.** and Shenoy, D.B. *"Poly(ethylene oxide)-Modified Nanoparticles for Targeted Drug Delivery"*. Invention disclosed to Northeastern University. January, 2005.

**Amiji, M.M.,** Tiwari, S.K., and Bhavsar, M.B. *"Novel Bioadhesive Microsphere Delivery Systems"* Invention disclosed to Northeastern University. August, 2005.

## PRESENTATIONS

American Association of Pharmaceutical Scientists Annual Meeting, Orlando, FL. Poster presentation entitled *"Adsorption Isotherms of Doxorubicin on Oxidized Dextran"*. November, 1988.

Controlled Release Society Annual Meeting, San Francisco, CA. Podium presentation entitled *"Mucoadhesive Hydrogels Effective at Neutral pH"*. March, 1989.

Society for Biomaterials Annual Meeting, Santa Fe, NM. Podium presentation entitled *"The Minimum Amount of Biologically Active Fibrinogen Necessary for Surface-Induced Platelet Activation"*. April, 1989.

NIH Conference on Cardiovascular Science and Technology, Bethesda, MD. Podium presentation entitled *"Mechanism of Surface Passivation by Albumin"*. May 1990.

Surfaces in Biomaterials Foundation First Annual Meeting, Minneapolis, MN. Podium presentation entitled *"Mechanism Study on the Prevention of Surface-Induced Platelet Activation by Adsorbed Albumin"*. March, 1991.

Society for Biomaterials Annual Meeting, Scotsdale, AZ. Podium presentation entitled *"Prevention of Protein Adsorption and Platelet Adhesion by Steric Repulsion*. May, 1991.

American Chemical Society National Meeting, Washington, DC. Podium presentation entitled *"Surface Passivating Effect of PEO/PPO/PEO Triblock Copolymers"*. August, 1992.

American Chemical Society National Meeting, Washington, DC. Podium presentation entitled *"Analysis on the Surface Adsorption of PEO/PPO/PEO Triblock Copolymers"*. August, 1992.

American Association of Pharmaceutical Scientists Annual Meeting, San Antonio, TX. Podium presentation entitled *"Prevention of Protein Adsorption on Surfaces by PEO/PPO/PEO Triblock Copolymers"*. November, 1992.

Society for Biomaterials Annual Meeting, Boston, MA. *"Adsorption Behavior of PEO/PPO/PEO Triblock Copolymers on DDS-Glass"*. April, 1994.

Society for Biomaterials Annual Meeting, Boston, MA. Podium presentation entitled *"Development of Poly(ethylene oxide)-Chitosan Blend Membranes for Hemodialysis"*. April, 1994.

American Chemical Society Annual Meeting, Washington, DC, Podium presentation entitled *"Chitosan-Poly(ethylene oxide) Semi-IPN as a pH-Sensitive Drug Delivery System"*. August, 1994.

American Association of Pharmaceutical Scientists Annual Meeting, Orlando, FL. Podium presentation entitled *"Pyrene Fluorescence Study of Insulin Denaturation and Aggregation at Hydrophobic Interfaces"*. November, 1994.

Controlled Release Society Annual Meeting, Seattle, WA. Poster presentation entitled *"Chitosan-Poly(Ethylene Oxide) Hydrogels for pH-Sensitive Oral Drug Delivery"*. August, 1995.

American Chemical Society's Conference on Formulations and Drug Delivery, Boston, MA. Podium presentation entitled *"Site-specific Oral Delivery of Antibiotics Using pH-Sensitive Hydrogels"*. October, 1995.

American Association of Pharmaceutical Scientists, Eastern Regional Meeting, New Brunswick, NJ. Poster presentation entitled *"Site-Specific Delivery of Antibiotics for the Treatment of Helicobacter pylori Infection in Peptic Ulcer Disease"*. June, 1995.

Fifth World Biomaterials Congress, Toronto, Ontario, Canada. Podium presentation entitled *"Surface Modification of Chitosan Hemodialysis Membranes with Anionic Polysaccharides"*. June, 1996.

Surfaces in Biomaterials '96 Symposium, Chandler, AZ. Poster presentation entitled *"Modification of Chitosan Membrane Surfaces by Complexation-Interpenetration of Anionic Polysaccharides"* September, 1996.

Nineteenth Annual Undergraduate Research Seminar, Morgantown, WV. Poster presentation entitled *"Factors Influencing Stomach-Specific Antibiotic Delivery for H. pylori Infection"*. October, 1997.

First International Symposium on Advanced Biomaterials, Montréal, Quebec, Canada. Podium presentation entitled *"Chitosan Surface Modification with Anionic Poly(Ethylene Glycol) Derivative for Improved Blood Compatibility."* October, 1997.

American Association of Pharmaceutical Scientists Annual Meeting, Boston, MA. Poster presentation entitled *"The Role of Gastric pH and Mucin Permeability on Localized Antibiotic Delivery for H. pylori Infection"*. November, 1997.

American Association of Pharmaceutical Scientists Annual Meeting, Boston, MA. Poster presentation entitled *"Mucoadhesive Chitosan Microspheres for Stomach-Specific Antibiotic Delivery"*. November, 1997.

American Association of Pharmaceutical Scientists Annual Meeting, Boston, MA. Poster presentation entitled *"Surface Modification of Chitosan by Polyelectrolyte Complexation-Interpenetration to Improve Biocompatibility"*. November, 1997.

Society for Biomaterials Annual Meeting, Providence, RI. Podium presentation entitled *"Novel Thermogelling Paclitaxel Formulation for Localized Delivery"*. May, 1999.

Society for Biomaterials Annual Meeting, Providence, RI. Podium presentation entitled *"Surface Modification of Chitosan Microspheres to Improve Biocompatibility"*. May, 1999.

Controlled Release Society Annual Meeting, Boston, MA. Poster presentation entitled *"Membranes Formed by Physical Interpenetration of Chitosan with PEO/PPO/PEO Triblock Copolymers"*. June, 1999.

American Association of Pharmaceutical Sciences Annual Meeting. Indianapolis, IN. Poster presentation entitled *"Preparation and Characterization of Cross-linked Chitosan Microspheres for Delivery of Tetracycline Locally in the Stomach"*. November, 2000.

American Association of Pharmaceutical Sciences, Pharmaceutical Congress of the Americas, Orlando, FL. Poster presentation entitled *"Intratumoral Administration of Paclitaxel in a Thermogelling Pluronic® F-127 Formulation"*. March, 2001.

American Association of Pharmaceutical Sciences, Pharmaceutical Congress of the Americas, Orlando, FL. Poster presentation entitled *"Biodegradable Chitin-Paclitaxel Microparticle Formulations for Localized Drug Delivery"*. March, 2001.

American Association of Pharmaceutical Scientists, Pharmaceutical Congress of the Americas, Orlando, FL. Poster presentation entitled *"Permselective Membranes Prepared by Physical Interpenetration of Chitosan with PEO/PPO/PEO Triblock Copolymers"*. March, 2001.

American Association of Pharmaceutical Scientists, Northeast Regional Discussion Group Annual Meeting, Rocky Hill, CT. Poster presentation entitled *"Poly(epsilon-caprolactone) Nanoparticles for Intracellular Delivery of Tamoxifen"*. April, 2001.

American Association of Pharmaceutical Scientists, Northeast Regional Discussion Group Annual Meeting, Rocky Hill, CT. Poster presentation entitled *"Poly(Ethylene Glycol)-Modified Gelatin Nanoparticles as Long-Circulating Intracellular Delivery Vehicle"*. April, 2001.

American Association of Pharmaceutical Scientists Annual Meeting, Denver, CO. Poster presentation entitled *"Poly(epsilon-caprolactone) Nanoparticles for Intracellular Delivery of Tamoxifen"*. October, 2001.

American Association of Pharmaceutical Scientists Annual Meeting, Denver, CO. Poster presentation entitled *"Perm-Selective Alginate-Chitosan Hybrid Microcapsules for Enzyme Immobilization"*. October, 2001.

American Association of Pharmaceutical Scientists, Northeast Regional Discussion Group Annual Meeting, Rocky Hill, CT. Poster presentation entitled *"Long-Circulating, pH-Sensitive Poly(beta-amino ester) Nanoparticles for Tumor-Selective Paclitaxel Delivery"*. April, 2002.

American Association of Pharmaceutical Scientists Annual Meeting, Toronto, Ontario, Canada. Poster presentation entitled *"Cellular Uptake, Trafficking, and DNA Transfection Studies with Poly(ethylene glycol)-Modified Gelatin Nanoparticles"*. November, 2002.

American Association of Pharmaceutical Scientists, Northeast Regional Discussion Group Annual Meeting, Rocky Hill, CT. Poster presentation entitled *"In Vitro Evaluation of DNA Delivery to Tumor Cells Using Poly(ethylene glycol)-Modified Gelatin Nanoparticles"*. April, 2003.

American Association of Pharmaceutical Scientists, Northeast Regional Discussion Group Annual Meeting, Rocky Hill, CT. Poster presentation entitled *"Effect of Chemical Crosslinking of Chitosan Microspheres on Gastric Residence and Local Tetracycline Concentrations in Fasted Gerbils for Local Treatment of H. pylori Infection"*. April, 2003.

American Association of Pharmaceutical Scientists, Northeast Regional Discussion Group Annual Meeting, Rocky Hill, CT. Poster presentation entitled *"Chitosan Stabilized Colloidal Gold Complexes: Cationic Probes for Intracellular DNA Trafficking and Delivery"*. April, 2003.

American Association of Pharmaceutical Scientists, Northeast Regional Discussion Group Annual Meeting, Rocky Hill, CT. Poster presentation entitled *"Plasmid DNA Encapsulation in a Hybrid Nanoparticles-in-Microsphere System for Oral Delivery"*. April, 2004.

American Association of Pharmaceutical Scientists, Northeast Regional Discussion Group Annual Meeting, Rocky Hill, CT. Poster presentation entitled *"Preparation of Thiolated Gelatin Nanoparticles for Rapid Intracellular Delivery in Response to Glutathione"*. April, 2004.

American Association of Pharmaceutical Scientists, Northeast Regional Discussion Group Annual Meeting, Rocky Hill, CT. Poster presentation entitled *"Polymeric Nanoparticles for Targeted and Controlled Tamoxifen Delivery in Breast Cancer: In Vitro and In Vivo Investigations"*. April, 2004.

American Association of Pharmaceutical Scientists, Northeast Regional Discussion Group Annual Meeting, Rocky Hill, CT. Poster presentation entitled *"Biodistribution and Targeting Potential of Poly(ethylene glycol)-Modified Gelatin Nanoparticles in Tumor-Bearing Mice"*. April, 2004.

American Association of Pharmaceutical Scientists Annual Meeting, Baltimore, MD. Poster presentation entitled *"Polymeric Nanoparticles for Targeted and Controlled Tamoxifen Delivery in Breast Cancer: In-vitro and In-vivo Investigations"*. November, 2004.

American Association of Pharmaceutical Scientists Annual Meeting, Baltimore, MD. Poster presentation entitled *"Preparation of Thiolated Gelatin Nanoparticles for Rapid Intracellular Delivery in Response to Glutathione"*. November, 2004.

American Association of Pharmaceutical Scientists Annual Meeting, Baltimore, MD. Poster presentation entitled *"Biodistribution and Targeting Potential of Poly(ethylene glycol)-Modified Gelatin Nanoparticles in Tumor-Bearing Mice"*. November, 2004.

American Association of Pharmaceutical Scientists Annual Meeting, Baltimore, MD. Poster presentation entitled *"Nanoparticles-in-Microsphere Hybrid Systems for Oral DNA Vaccine Delivery"*. November, 2004.

Materials Research Society Fall National Meeting, Boston, MA. *"Biomedical Applications of Gold Nanoparticles Functionalized Using Hetero-Bifunctional Poly(ethylene glycol) Spacer"*. December, 2004.

Materials Research Society Fall National Meeting, Boston, MA. *"Biodegradable Polymeric Nanoparticles for Tumor-Selective Tamoxifen Delivery: In Vitro and In Vivo Studies"*. December, 2004.

Materials Research Society Fall National Meeting, Boston, MA. *"Biodistribution and Tumor-Targeting Potential of Poly(ethylene glycol)-Modified Gelatin Nanoparticles"*. December, 2004.

American Association of Pharmaceutical Scientists, Northeast Regional Discussion Group Annual Meeting, Rocky Hill, CT. Poster presentation entitled *"Polymeric Nanoparticles for Targeted and Controlled Tamoxifen Delivery in Breast Cancer: In-Vitro and In-Vivo Investigations"*. April, 2005.

American Association of Pharmaceutical Scientists, Northeast Regional Discussion Group Annual Meeting, Rocky Hill, CT. Poster presentation entitled *"Plasmid DNA Encapsulation in a Hybrid Nanoparticles-in-Microsphere System for Oral Delivery"*. April, 2005.

American Association of Pharmaceutical Scientists, Northeast Regional Discussion Group Annual Meeting, Rocky Hill, CT. Poster presentation entitled *"Improved Oral Delivery of Hydrophobic Drugs with Novel Nanoemulsion Formulations"* April, 2005.

Nano Science and Technology Institute's Nano2005 Conference and Trade Show, Anaheim, CA. *"Biomedical Applications of Gold Nanoparticles Functionalized Using Hetero-bifunctional Poly(ethylene glycol) Spacer"*. May, 2005.

Nano Science and Technology Institute's Nano2005 Conference and Trade Show, Anaheim, CA.. *"Super-paramagnetic Iron Oxide-Gold Core-Shell Nanoparticles for Biomedical Applications"*. May, 2005.

American Association of Pharmaceutical Scientists Annual Meeting, Nashville, TN. Poster presentation entitled *"Formulation Optimization for the Nanoparticles-In-Microsphere Hybrid Oral Delivery System Using Factorial Design"*. November, 2005.

American Association of Pharmaceutical Scientists Annual Meeting, Nashville, TN. Poster presentation entitled *"Formulation Development and In Vivo Biodistribution Studies of Poly(ethylene glycol)-Modified Thiolated Gelatin Nanoparticles"*. November, 2005.

American Association of Pharmaceutical Scientists Annual Meeting, Nashville, TN. Poster presentation entitled *"Novel Nanoemulsions for Improved Oral Delivery of Hydrophobic Drugs"*. November, 2005.

American Association of Pharmaceutical Scientists Annual Meeting, Nashville, TN. Poster presentation entitled *"Nanoemulsion Formulations for Improved CNS Drug Delivery"*. November, 2005.

American Association of Pharmaceutical Scientists Annual Meeting, Nashville, TN. Poster presentation entitled *"Application of Statistical Factorial Design for the Preparation of Poly(styrene-b-isobutylene-b-styrene) Triblock Copolymer Microspheres"*. November, 2005.

American Association of Pharmaceutical Scientists, Northeast Regional Discussion Group Annual Meeting, Rocky Hill, CT. Poster presentation entitled *"Intracellular Delivery of Saquinavir in Biodegradable Polymeric Nanoparticles for HIV/AIDS"* April, 2006.

American Association of Pharmaceutical Scientists, Northeast Regional Discussion Group Annual Meeting, Rocky Hill, CT. Poster presentation entitled *"Improved Oral Delivery of Saquinavir in Nanoemulsion Formulations for HIV/AIDS"*. April, 2006.

American Association of Pharmaceutical Scientists, Northeast Regional Discussion Group Annual Meeting, Rocky Hill, CT. Poster presentation entitled *"Development, Characterization and Transfection of the Plasmid DNA Encapsulated in Nanoparticles-in-Microsphere Formulations for Oral Delivery"*. April, 2006.

American Association of Pharmaceutical Scientists, Northeast Regional Discussion Group Annual Meeting, Rocky Hill, CT. Poster presentation entitled *"Tumor-Targeted Delivery of Hydrophobic Drugs in pH-Sensitive Poly(ethylene oxide)-Modified Poly(beta-amino ester) Nanoparticles"*. April, 2006.

Society for Biomaterials Annual Meeting, Pittsburgh, PA. Podium presentation entitled *"Modulation of Intracellular Ceramide Using Polymeric Nanoparticles to Overcome Multidrug Resistance in Tumor Cells"*. April, 2006.

Society for Biomaterials Annual Meeting, Pittsburgh, PA. Poster presentation entitled *"Development of the Nanoparticles-in-Microsphere Hybrid Formulations for Oral Delivery of Plasmid DNA"*. April, 2006.

Society for Biomaterials Annual Meeting, Pittsburgh, PA. Poster presentation entitled *"Novel Nanoemulsions for Improved Oral Delivery of Hydrophobic Drugs"*. April, 2006.

Nano Science and Technology Institute's Nano2006 Conference and Trade Show, Boston, MA. Podium presentation entitled *"Modulation of Intracellular Ceramide Using Polymeric Nanoparticles to Overcome Multidrug Resistance in Tumor Cells"*. May, 2006.

Nano Science and Technology Institute's Nano2006 Conference and Trade Show, Boston, MA. Poster presentation entitled *"Formulation Optimization for the Nanoparticles-in-Microsphere Hybrid Oral Delivery Systems Using Factorial Design"*. May, 2006.

Nano Science and Technology Institute's Nano2006 Conference and Trade Show, Boston, MA. Poster presentation entitled *"Novel Nanoemulsions for Improved Oral Delivery of Poorly Soluble Drugs"*. May, 2006.

Nano Science and Technology Institute's Nano2006 Conference and Trade Show, Boston, MA. Poster presentation entitled *"Characterization and In Vivo Biodistribution Studies with Poly(ethylene glycol)-Modified Thiolated Gelatin Nanoparticles"*. May, 2006.

Controlled Release Society Annual Meeting, Vienna, Austria. Poster presentation entitled *"Poly(Styrene-b-Isobutylene-b-Styrene) Triblock Copolymer Microspheres for Sustained Release Drug Delivery"*. July, 2006.

Society of Neuroscience 2006 Annual Meeting, Atlanta, GA. Poster presentation entitled *"Brain Delivery of Proteins by the Intranasal Route of Administration Using Cationic Liposomes"*. October, 2006

The First National Cancer Institute's Alliance in Nanotechnology Principal Investigator Meeting. San Diego, CA. Poster presentation entitled *"Multifunctional Nanosystems to Overcome Drug Resistance in Cancer"*. October, 2006.

The First National Cancer Institute's Alliance in Nanotechnology Principal Investigator Meeting. San Diego, CA. Poster presentation entitled *"Modulation of Multidrug Resistance in Cancer with Polymer Blend Nanoparticles"*. October, 2006.

American Association of Pharmaceutical Scientists Annual Meeting, San Antonio, TX. Poster presentation entitled *"Tumor-Targeted Delivery of Hydrophobic Drugs in pH-Sensitive Poly(ethylene oxide)-Modified Poly(beta-amino ester) Nanoparticles"*. November, 2006.

American Association of Pharmaceutical Scientists Annual Meeting, San Antonio, TX. Poster presentation entitled *"Development and Characterization of Nanoemulsion Formulations Containing Multimodal Therapeutics for Brain Tumor"*. November, 2006.

American Association of Pharmaceutical Scientists Annual Meeting, San Antonio, TX. Poster presentation entitled *"Biodegradable Polymeric Nanoparticles for Intracellular Saquinavir Delivery in HIV/AIDS"*. November, 2006.

American Association of Pharmaceutical Scientists Annual Meeting, San Antonio, TX. Poster presentation entitled *"Oral Plasmid DNA Administration and Transfection Using Nanoparticles-in-Microsphere Formulations"*. November, 2006.

American Association of Pharmaceutical Scientists Annual Meeting, San Antonio, TX. Poster presentation entitled *"Modulation of Multidrug Resistance in Cancer with Polymer Blend Nanoparticles"*. November, 2006.

American Association of Pharmaceutical Scientists Annual Meeting, San Antonio, TX. Poster presentation entitled *"Tumor-Targeted sFlt-1 Gene Delivery Using Long-Circulating Thiolated Gelatin Nanoparticles"*. November, 2006.

American Association of Pharmaceutical Scientists Annual Meeting, San Antonio, TX. Poster presentation entitled *"Improved Oral Delivery of Saquinavir in Nanoemulsion Formulations for HIV/AIDS"*. November, 2006.

### Invited Presentations:

Massachusetts College of Pharmacy and Allied Health. Division of Pharmaceutical Sciences. Boston, Massachusetts. *"Formulation of Controlled Release Dosage Forms"*. May, 1996.

Advanced Magnetics, Inc., Cambridge, Massachusetts. *"Poly(ethylene glycol)-Modified Biomaterial Surfaces"*. January, 1998.

Innovative Imaging Systems, Inc., North Billerica, Massachusetts. *"Polymers for Controlled Drug Delivery Systems"*. August, 1998.

Kuwait University, Faculty of Pharmacy, Safat, Kuwait. *"Medical and Pharmaceutical Applications of Chitosan"*. February, 1999.

Tufts University, Department of Chemical Engineering and Bioengineering and Center for Biotechnology Engineering. Medford, Massachusetts. *"Chitosan-Based Biomaterials and Drug Delivery Systems"*. March, 2000.

Massachusetts Institute of Technology, Department of Chemical Engineering, Cambridge, Massachusetts. *"Polymeric Site-Specific Drug Delivery Systems"*. September, 2000.

Zycos, Inc., Lexington, Massachusetts. *"Cationic Interpenetrating Network Hydrogels for DNA Delivery"*. December, 2000.

Northeastern University, Department of Pharmaceutical Sciences, Boston, MA. *"Novel Biodegradable pH-Responsive Polymers for Intracellular Delivery"*. March, 2001.

Northeastern University, School of Pharmacy, Boston, MA. *"Polymeric Delivery Systems for Drugs and Genes"*. March, 2002.

Cambridge Scientific, Inc., Cambridge, MA. *"Polymeric Drug and Gene Delivery Systems"*. March, 2002.

Marine Polymer Technologies, Inc., Topsfield, MA. *"Chitosan-Based Biomaterials and Drug Delivery Systems"*. April, 2002.

Northeastern University, Biotechnology Academic Steering Committee, Boston, MA. *"Polymeric Biomaterials and Drug Delivery Systems"*. January, 2003.

Northeastern University, Department of Biology, Boston, MA. *"Polymeric Biomaterials and Delivery Systems"*. April, 2003.

Northeastern University, Technology Transfer and Biotechnology Symposium, Boston, MA. *"Polymeric Biomaterials and Drug Delivery Systems"*. April, 2003.

Catalyst Oncology, Inc., Providence, RI. *"Tumor-Targeted Polymeric Nanoparticle Delivery Systems"* December, 2003.

Archemix, Inc., Cambridge, MA. *"Nanotechnology for Drug Delivery"*. May, 2004.

Novartis Institute for Biomedical Research, Cambridge, MA. *"Polymeric Technologies for Delivery of Drugs and Genes"*. August, 2004.

University of Massachusetts at Lowell, Lowell, MA. *"Polymer-Based Technologies for Targeted Delivery of Drugs and Genes"*. February, 2005.

Spherics, Inc., Lincoln, RI. *"Polymeric Delivery Systems for Drugs and Genes"*. April, 2005.

Northeastern University, Department of 2005 Pharmaceutical Sciences Research Showcase, Boston, MA. *"Nanotechnology for Tumor-Targeted Delivery of Drugs and Genes"*. May, 2005.

Nano Science and Technology Institute's Nano2005 Conference and Trade Show, Anaheim, CA. *"Nanotechnology for Medical Diagnosis, Imaging, and Therapy – a Tutorial"*. May, 2005.

Nano Science and Technology Institute's Nano2005 Conference and Trade Show, Anaheim, CA. *"Tumor Targeted Nanocarriers for Drug and Gene Delivery"*. May, 2005.

Pfizer Central Research, Groton, CT. *"Polymeric Biomaterials and Targeted Delivery Systems"*. September, 2005.

Universidad Metropolitana (UMET), Department of Science and Technology, National Science Foundation Sponsored XIV Undergraduate Research Symposium. San Juan, PR. *"Nanotechnology for Medical Imaging and Therapy"*. September, 2005.

Strategic Research Institute, Inc., Cambridge, MA. Nanomedicine: Commercialization of Drug Discovery, Delivery, and Diagnostics Conference. *"Nanotechnology for Targeted Delivery of Drugs and Genes"*. October, 2005.

Nano Science and Technology Institute's Tutorial, Washington, DC *"Nanotechnology for Cancer Therapeutics – A Tutorial"* October, 2005.

National Institute of Standards and Technology, Gaithersburg, MD. *"Nanotechnology for Cancer Imaging and Therapy"* December, 2005.

Alkermes, Inc., Cambridge, MA. *"Multi-Functional Nanotechnology for Imaging and Therapy"*. April, 2006.

Nano Science and Technology Institute's Tutorial, Washington, DC *"Nanotechnology for Cancer Therapeutics – A Tutorial"* May, 2006.

Nano Science and Technology Institute's Nano2006 Conference and Trade Show, Boston, MA. *"Nanotechnology in Drug Delivery: An Overview"*. May, 2006.

2006 Cancer Nanotechnology Conference, Paris, France. *"Nanotechnology for Tumor-Targeted Drug and Gene Delivery"*. May, 2006.

Northeastern University, Department of 2006 Pharmaceutical Sciences Research Showcase, Boston, MA. *"Multi-functional Nanosystems for Drug Delivery and Imaging"*. May, 2006.

National Cancer Institute, Center for Cancer Research, Nanobiology "Think Tank" Meeting, Frederick, MD. *"Multi-functional Nanosystems to Overcome Drug Resistance in Cancer"*. June, 2006.

Microfluidics, Inc., Newton, MA. *"Nanotechnology for Targeted Delivery of Drugs and Genes"*. June, 2006.

Wyeth Pharmaceuticals, Inc., Andover, MA. *"Nanotechnology and the Promise of Molecular Medicine"*. July, 2006.

Emory University, School of Medicine, Department of Ophthamology, Atlanta, GA. *"Nanotechnology for Targeted Delivery of Drugs and Genes"*. July, 2006.

New Jersey Center for Biomaterials, Rutgers – the States University of New Jersey, Piscataway, NJ. *"Polymers for Tumor-Targeted Delivery and Modulation of Multidrug Resistance"*. August, 2006.

Accelrys Nanobiotechnology Seminar Series, Cambridge, MA. *"Nanotechnology for Targeted Delivery of Drugs and Genes"*. August, 2006.

Swiss House of Advanced Research and Education (SHARE), Consulate of Switzerland, Boston, MA. *"Nanotechnology for Medical Diagnosis and Treatment"*. September, 2006.

American Academy of Nanomedicine 2nd Annual Meeting, Washington, DC. *"Nanotechnology for Targeted Drug and Gene Delivery"*. September, 2006.

Epic Therapeutics, Inc., Norwoord, MA. *"Nanotechnology for Targeted Delivery of Drugs and Genes"*. September, 2006.

12th Samsung International Symposium on Molecular Medicine, Seoul, Korea. *"Multi-functional Nanosystems for Tumor-Targeted Drug and Gene Delivery"*. September, 2006.

Nanotechnology 2006 Conference, Rensselaer Polytechnic Institute, Troy, NY. *Multi-functional Nanosystems for Targeted Drug and Gene Delivery"*. September, 2006.

Missouri Nanotechnology Alliance – 3rd Annual Meeting, Columbia, MO. *"Multi-functional Nanosystems for Tumor-Targeted Drug and Gene Delivery"*. October, 2006.

Cambridge Healthtech Institute's Targeted Nanodelivery Conference, Baltimore, MD. *"Multi-functional Nanosystems to Overcome Drug Resistance in Cancer"*. October, 2006.

Oncogene Science – A Bayer Healthcare Company, Cambridge, MA *"Nanomedicine: Realizing the Potential for Early Cancer Diagnosis and Molecular Therapy"*. October, 2006.

Northeastern University, Department of Chemistry and Chemical Biology, Boston, MA. *"Multi-functional Nanosystems for Imaging and Drug Delivery"*. November, 2006.

New Jersey Center for Biomaterials – 2nd Annual , Rutger's - The State University of New Jersey, New Brunswick, NJ. *"Multi-functional Nanosystems for Drug and Gene Delivery"*. November, 2006.

American College of Veterinary Pathologists and American Society for Veterinary Clinical Pathology Annual Meeting, Tucson, AZ. *"Nanotechnology for Medical Imaging and Therapy"*. December, 2006.

National Institutes of Health, National Cancer Institute's, Drug Development and Therapeutics Committee, Bethesda, MD. *"Multifunctional Nanosystems to Overcome Drug Resistance in Cancer"*. January, 2007.

Millennium Pharmaceuticals, Inc., Cambridge, MA. *"Nanotechnology Applications in Translational Oncology"*. January, 2007.

Harvard-MIT Health Science and Technology Program, MIT, Cambridge, MA. *"Nanotechnology Applications in Cancer Therapy"*. February, 2007.

New Jersey Center for Biomaterials, Rutger's - The State University of New Jersey, New Brunswick, NJ. *"Polymer Libraries for Tumor-Targeted Delivery and Modulation of Multidrug Resistance"*. March, 2007.

Strategic Research Institute's 2nd Annual Nanomedicine Conference, Washington, DC. *"Nanotechnology for Tumor-Targeted Delivery of Drugs and Genes"*. March, 2007.

Materials Research Society, 2007 Spring Meeting, San Francisco, CA. *"Pre-Clinical In Vivo Efficacy and Safety Studies – a Tutorial"*. April, 2007.

Materials Research Society, 2007 Spring Meeting, San Francisco, CA. *"Multifunctional Nanosystems for Targeted Drug and Gene Delivery"*. April, 2007.

American Association of Pharmaceutical Scientists, Northeast Regional Discussion Group Annual Meeting, Rocky Hill, CT. *"Micro- and Nanotechnology for Oral Drug and Gene Delivery"*. April, 2007.

Genzyme Pharmaceuticals, Inc. – Drug and Biomaterials R&D, Waltham, MA. *"Nanotechnology Applications in Translational Oncology"*. April, 2007.

Vertex Pharmaceuticals, Inc., Cambridge, MA. *"Nanotechnology Applications in Translational Oncology"*. April, 2007.

Dartmouth College, Thayer School of Engineering, Hanover, NH. *"Cancer Nanomedicine: Potential for Targeted Delivery and Molecular Medicine"*. May, 2007.

2007 Association for Research in Vision and Ophthalmology Annual Meeting, Fort Lauderdale, FL. *"Nanotechnology in Advanced Drug Delivery: An Overview"*. May, 2007.

2007 Biotechnology Industry Organization Annual Conference, Cancer Nanotechnology for Early Diagnosis and Therapy Symposium, Boston, MA. *"Multifunctional Nanosystems for Tumor-Targeted Drug and Gene Delivery"*. May, 2007.

## PROFESSIONAL CONSULTANCY

*GelTex Pharmaceuticals, Inc. (now Genzyme, Inc.)., Waltham, MA.* A medium sized pharmaceutical company that is marketing non-absorbable polymeric materials as therapeutic agents. I have consulted on pharmaceutical product development with GelTex's polymeric materials from May 1997 to June 2000.

*FzioMed, Inc., San Luis Obispo, CA.* A start-up medical device company intending to market polymeric materials to prevent post-surgical adhesions and thrombus formation. I have consulted on improving blood compatibility of the polymeric materials developed by FzioMed from October 1996 to April 1999.

*EOS Pharmaceutical Corporation, Natick, MA.* A start-up contract formulation company with domestic and international clients. I have consulted EOS Pharmaceuticals on novel bioadhesive polymeric materials for drug delivery from June 1997 to September 2001.

*Biopolymer Technologies International, Inc., Westborough, MA.* A start-up biotechnology company specializing in the development of polymer-based therapeutics and nutraceuticals. I have been a consultant for Biopolymer Technologies International from December 1997 to July 1999.

*Braintree Laboratories, Inc., Braintree, MA.* A medium sized pharmaceutical company developing various products, including phosphate binders, poly(ethylene glycol)-based laxatives, and gastric lavage agents. I have consulted for Braintree Laboratories from September 1999 to June 2003.

*Catalyst Oncology, Inc., Providence, RI.* A biotechnology start-up company, supported by the Slater Foundation, to develop novel target-specific anticancer drugs. I have been consulting Catalyst Oncology on anticancer drug delivery issues from December 2003 to December 2004.

*Cytogel, Inc., Stonington, CT.* Cytogel is a small pharmaceutical company focusing on hydrogel drug delivery technologies. I have been consulting Cytogel on their hydrogel delivery platforms from September, 2004 to April 2005.

*Marine Polymer Technologies, Inc., Burlington, MA.* A medium sized biotechnology/medical device company developing poly(acetyl-D-glucosamine)-based products. I have been consulting Marine Polymer on drug formulation and delivery technologies from September 2002 to March 2006.

*LifeScan, Inc., Milpitas, CA.* LifeScan is a Johnson and Johnson subsidiary developing diagnostic systems for diabetes. I have been consulting LifeScan on their diabetes monitories technologies from August, 2005 to May 2006.

*Boston Scientific Corporation, Malborough, MA.* A large-cap medical device company that manufacturers drug-coated stents, catheters, and embolic microspheres. I have been consulting Boston Scientific on drug delivery technologies from October, 2003 to September, 2006.

*Novavax, Inc., Columbia, MD.* A medium-sized pharmaceutical company that focuses on women's healthcare market. I have been consulting Novavax on their micellar nanoparticle and other delivery platforms from February, 2004 to present.

*The Round Table Group (RTG), Washington, DC.* RTG provides expert witness, intellectual consulting, and professional presentation services to many diverse groups of clients. I serve as a consultant in the area of pharmaceutical product development and biomaterial science and applications since February, 2004 to present.

*Grayhead Associates, Wellesley, MA.* Grayhead Associates is an international management consulting firm that assists its clients to capitalize on their technological resources and entrepreneurial spirit. I have been consulting Greyhead Associates on biomedical nanotechnology and drug development technologies from October, 2005 to present.

*Zydus Research Centre, Ahmedabad, India.* Zydus is a medium-sized pharmaceutical company in India developing many different drug formulations for local and international market. I have been providing intellectual consulting on development of novel drug delivery systems from November 2005 to present.

*BioCure, Inc., Norcross, GA.* BioCure is a medium-sized biomedical device company developing polymer nanotechnology for imaging and drug delivery applications. I have been consulting BioCure on their nanotechnology research portfolio from August 2006 to present.

Morrison and Foerster, LLP, San Jose, CA. Morroson and Foerster is a large law firm that provides professional litigation services in patent infringement lawsuits. I serve as an expert witness on pharmaceutical, medical device, and nanomedicine related patent infringement lawsuits. I have been consulting Morrison and Foester from May, 2007 to present.

**TEACHING EXPERIENCES**

**Courses Previously Taught (1993 – 2003)**

## Pharm.D. Program:

*Pharmaceutical Calculations (PCT 1240, 4 QH):* Basic prescription interpretation and calculations for second year pharmacy students.

*Dosage Forms (PMD 1323, 4 QH):* Theoretical course on pharmaceutical product development, characterization, and quality control issues taught to the third year pharmacy students.

*Dosage Forms Laboratory (PCT 1300, 2 QH):* A complementary laboratory course for Dosage Forms on prescription compounding skills.

*Physical Pharmacy (PMD 1400, 4 QH):* Theoretical course on the physicochemical properties of the drug product and their influence on development of pharmaceutical formulations and delivery.

*Physical Pharmacy Laboratory (PCT 1320, 2 QH):* A complementary laboratory course to Physical Pharmacy on analytical and experimental methods for testing of pharmaceutical products for quality control.

*Biopharmaceutics and Pharmacokinetics (PMD 1410, 4 QH):* Introduction to biopharmaceutics and pharmacokinetic principles, application of compartmental and non-compartmental modeling for analysis of data, and interpretation of pharmacokinetic data in clinical pharmacy practice.

## Graduate Program:

*Advanced Physical Pharmacy (PCT 3200, 2 QH):* A graduate level physical pharmacy course that with emphasis on physicochemical characterization of drug products.

*Advanced Drug Delivery Systems (PCT 3300, 3 QH):* A graduate level course on formulation and evaluation of advanced drug delivery systems including polymeric systems, liposomes, micelles, protein and peptide delivery, and DNA delivery systems.

## Courses Currently Teaching (2003 – Present)

### Doctor of Pharmacy Program:

*Pharmaceutics II (PSC U412, 4 SH):* Theoretical course on the physicochemical properties of the drug product and their influence on development of pharmaceutical formulations and delivery offered under the semester calendar (for 16 weeks). I coordinate and teach 100% of this course to 4th year students. Approximate class size is about 130-150 students each year.

*Directed Study (PSC U921, 4 SH):* An elective course for professional pharmacy students interested in performing research under a faculty advisor.

### Graduate Program in Pharmaceutical Sciences:

*Drug Design, Evaluation, and Development (PSC G210, 2 SH):* A graduate level comprehensive course on drug discovery, development, and evaluation from an industrial perspective. I coordinate and teach about 60% of the course to approximately 30-40 MS and PhD students in the Fall semester each year.

*Pharmaceutical Science Internship (PSC G401, 1 SH):* Coordinator of industrial internship opportunities for graduate students in Pharmaceutical Science. Each year in the Summer, I assist 3-5 MS and PhD students in securing an internship position and evaluating their progress.

### *Interdisciplinary Graduate Programs:*

*Introduction to Biotechnology (INT G120, 2 SH):* An interdisciplinary graduate course offered to students in the Professional MS program in Biotechnology in the Fall semester each year. I provide 10% effort to this course.

*Introduction to Nanomedicine Science and Technology (INT G270, 2 SH):* An interdisciplinary graduate course offered under the Nanomedicine Science and Technology IGERT program in the Fall semester of each year. I provide 20% effort to this course.

*Nanosystems Design for Biomedical Applications (INT G370, 2 SH):* An interdisciplinary graduate course offered under the Nanomedicine Science and Technology IGERT program in the Spring semester of each year. I provide 20% effort to this course.

*Topics in Nanomedicine (INT G371, 2 SH):* An interdisciplinary graduate course offered under the Nanomedicine Science and Technology IGERT program in the Fall semester of each year. I coordinate this course and provide 60% of the lectures.

## TEACHING-RELATED ACCOMPLISHMENTS

*Interdisciplinary Doctoral Program in Nanomedicine:* With support from the National Science Foundation and the National Cancer Institute Interdisciplinary Graduate Education, Research and Training (IGERT) program, I am involved in the development and implementation of the Nanomedicine Science and Technology doctoral program. The program will admit interdisciplinary fellows who will take didactic courses, participate in internship opportunity, and carry out dissertation project in nanomedicine-related project. The program started in Fall, 2005.

*Multi-Track Professional Masters Degree Program in Biotechnology.* With the support of the Alfred P. Sloan Foundation, I have worked with faculty members from the Biology and Chemical Engineering Departments at Northeastern University to develop and implement an interdisciplinary Professional MS degree program in Biotechnology with tracks in Molecular Biotechnology, Pharmaceutical Biotechnology, and Engineering Biotechnology. The program started in the Fall of 2003.

*Physical Pharmacy Textbook:* In collaboration with Professor Beverly Sandmann of Butler University, I have authored *"Applied Physical Pharmacy"* textbook specifically geared to pharmacy students and practitioners. The book contains physical chemical concepts in drug product design with examples that are relevant to practice. The textbook was published in November 2002.

*Problem-Based Undergraduate Pharmaceutics Textbook.* In collaboration with other pharmaceutics faculty members across the U.S. and Canada, I have authored cases for a textbook entitled *"Cases in Pharmaceutics for Problem-Based Learning and Problem Solving"* edited by Wendy C. Duncan-Hewitt and David L. Mount of the University of Toronto, Canada.

*Pharmaceutics Laboratory Exercises Database and CD-ROM:* I have contributed eight pharmaceutics laboratory exercises to the database and CD-ROM initative of David L. Mount and others.

*Pharmaceutics Instructional Materials on World-Wide Web.* With funding from the Dean's "Excellence in Teaching" initiative, I have developed pharmaceutics instructional materials on the Internet. These pages can be accessed through the World-Wide Web at "http://www.pharmsci.neu.edu/Courses/courses.html".

*Computer-Aided Pharmaceutics Instruction.* I am involved in various aspects of promoting and developing computer aids and tutorial programs for undergraduate pharmaceutics courses. In addition, I strongly advocate the use of pharmacy resources that are available on the Internet.

*NABPLEX Review:* In the Spring quarter of every year, I provide an extensive review of Calculations, Physical Pharmacy, and Dosage Forms to the senior students who are planning to take the National Board of Pharmacy Licensing Examination (NABPLEX). In addition, I also provide a review of compounding skills to those students taking their NABPLEX exam in states that have a wet-lab section (e.g., New York, Maryland, Wisconsin, etc.).

## RESEARCH ADVISING

### *Research Scientists/Post-Doctoral Associates:*

| | | |
|---|---|---|
| Curtis F. Crasto, PhD | Post-Doctoral Associate | July, 2002 – May, 2004, under the Nanomedicine Consortium |
| Dinesh B. Shenoy, PhD | Research Associate | June, 2003 – Dec, 2005 |
| Sandipkumar Tiwari, PhD | Post-Doctoral Associate | August, 2004 – June, 2006 |
| Tushar K. Vyas, PhD | Post-Doctoral Associate | Dec, 2005 – Dec, 2006 |
| Dattatri Nagesha, PhD | Post-Doctoral Associate | July, 2004 – Present, under the Nanomedicine Consortium |
| Harikrishna Devalapally, PhD | Post-Doctoral Associate | November, 2005 – Present |
| Aliasghar Shahiwala, PhD | Post-Doctoral Associate | August, 2006 - Present |

### *Master's Students:*

Mr. Vijaykumar R. Patel          M.S. in Biomedical Sciences – Pharmaceutics Specialization
                                 (Graduated, September 1995).

   Thesis Title: *Chitosan-Poly(Ethylene Oxide) Semi-Interpenetrating Polymer Network as a pH-Sensitive Drug Delivery System.*

Ms. Amira Ahmed                  M.S. in Biomedical Sciences – Pharmaceutics Specialization
                                 (Graduated, September 1997).

Report Title: *Novel Drug Delivery Systems for the Treatment of H. pylori Infection.*

Ms. Sweta Shah                          M.S. in Biomedical Sciences – Pharmaceutics Specialization
                                        (Graduated, September 1999).

  Report Title: *Stomach-Specific Antibiotic Therapy for H. pylori Infection.*

Ms. Sarah Nsereko                       M.S. in Biomedical Sciences – Pharmaceutics Specialization
                                        (Graduated, June 2001).

  Thesis Title: *Chitin Microparticles for Localized Delivery of Paclitaxel: In Vitro and In Vivo Studies.*

Mr. Jugminder S. Chawla                 M.S. in Biomedical Sciences – Pharmaceutics Specialization
                                        (Graduated, April 2002).

  Thesis Title: *Poly(Epsilon-Caprolactone) Nanoparticles for Tumor-Targeted Delivery of Tamoxifen: In Vitro Studies.*

Mr. Ehab Taqieddin                      M.S. in Biomedical Sciences – Pharmaceutics Specialization
                                        (Graduated, April 2002).

  Thesis Title: *Enzymes Immobilization in Perm-selective Chitosan-Alginate Hybrid Microcapsules.*

Ms. Anupama Potineni                    M.S. in Biomedical Sciences – Pharmaceutics Specialization
                                        (Graduated, April 2002).

  Report Title: *Poly(Ethylene Oxide)-Modified Poly(Beta-Amino Ester) Nanoparticles: Long-Circulating pH Sensitive Biodegradable System for Paclitaxel Delivery.*

Mr. Srinivasan Namala                   M.S. in Biomedical Sciences – Pharmaceutics Specialization
                                        (Graduated, June 2003).

  Report Title: *Iontophoresis: A Tool to Enhance Transdermal Drug Delivery*

Ms. Pallavi Devurkar  M.S. in Biomedical Sciences – Pharmaceutics Specialization
                                        (Graduated, June 2003).

  Report Title: *In Vitro Evaluation of Chitosan Microspheres for Stomach-Specific Drug Delivery*

Ms. Lilian van Vlerken                  M.S. in Pharmaceutical Sciences – Pharmaceutics Specialization
                                        (Graduated, April 2005; matriculated into the PhD program)

  Report Title: *Combination Therapy of Ceramide and Paclitaxel Delivered in Poly(Ethylene Oxide)-Modified Poly(Epsilon-Caprolactone) Nanoparticles as a Potential Strategy for Overcoming Tumor Multidrug Resistance*

Mr. Gurinder S. Saini  M.S. in Interdisciplinary Studies – Materials Science Specialization
                                        (Co-Advisor, under the Nanomedicine Consortium)
                                        (Graduated, January 2006)

  Thesis Title: *Preparation and Characterization of Superparamagnetic Iron Oxide-Gold Core-Shell Nanoparticles for Biomedical Applications*

Ms. Lipa Shah                    M.S. in Pharmaceutical Sciences – Pharmaceutics Specialization
                                 (Graduated, December 2006)

  Thesis Title: *Biodegradable Polymeric Nanoparticles for Intracellular Saquinavir Delivery in HIV/AIDS*

Ms. Ankita Desai                 M.S. in Biotechnology – Pharmaceutical Science Track
                                 (Graduated, December 2006)

  Report Title: *Multi-functional Nanoemulsion Formulations for Brain Tumor Therapy*

Ms. Jasneet Oberai               M.S. in Pharmaceutical Sciences – Pharmaceutics Specialization
                                 (Graduated, May 2007)

  Report Title: *Novel Nanoemulsions with Temperature-Responsive Drug Delivery*

Ms. Sunita Yadav                 M.S. in Pharmaceutical Sciences – Pharmaceutics Specialization

  Thesis Title: *Multifunctional Nanotherapeutic Strategy for MDR-1 Gene Silencing and Chemotherapy Administration to Overcome Multidrug Resistance in Cancer*

Ms. Dipti Deshpande              M.S. in Pharmaceutical Sciences – Pharmaceutics Specialization

  Thesis Title: *Biodegradable Nanoparticle System for Intracellular Administration of Paclitaxel and Ceramide in Coronary Restenosis*

Ms. Shraddha Babaria             M.S. in Biotechnology – Pharmaceutical Science Track

  Report Title: *Nanosystems for Intranasal Gene Delivery to the Brain*

Mr. Shardool Jain                M.S. in Pharmaceutical Sciences – Pharmaceutics Specialization

  Thesis Title: *Oral Gene Delivery Using Crosslinked Alginate Microparticles*

Ms. Sindhura Ganga               M.S. in Pharmaceutical Sciences – Pharmaceutics Specialization

  Thesis Title: *Nanoemulsion System for Combination Curcumin and Paclitaxel Delivery in Human Glioblastoma Cells*

Ms. Sunaina Pai                  M.S. in Pharmaceutical Sciences – Pharmaceutics Specialization

  Thesis Title: *Multifunctional Nanosystems for Survivin Gene Silencing and Apoptosis in Pancreatic Cancer*

### Doctoral Students:

Mr. Radi Hejazi                  Ph.D. in Pharmaceutics
                                 (Graduated, May 2003)

  Thesis Title: *Stomach-Specific Delivery of Tetracycline-Chitosan Microspheres for the Treatment of Helicobacter pylori Infection.*

Ms. Goldie Kaul                  Ph.D. in Pharmaceutics

(Graduated, August 2004)

Thesis Title: *Long-Circulating Poly(Ethylene Glycol)-Modified Gelatin Nanoparticles for Tumor-Targeted Gene Delivery.*

Ms. Sushma Kommareddy            Ph.D. in Pharmaceutics
                                 (Graduated, May 2006)

Thesis Title: *Gelatin-Based Nanoparticulate Vectors for Tumor-Targeted Therapeutic Gene Delivery*

Mr. Mayank Bhavsar               Ph.D. in Pharmaceutics

Thesis Title: *Oral Gene Therapy for Inflammatory Bowel Disease Using Nanoparticles-in-Microsphere Hybrid Delivery System*

Ms. Lilian van Vlerken           Ph.D. in Pharmaceutics/Nanomedicine

Thesis Title: *Multi-functional Polymeric Nanoparticles for Tumor-Targeted Delivery and Modulation of Drug Resistance*

Mr. Luis Brito       Ph.D. in Pharmaceutics/Nanomedicine

Thesis Title: *Targeted eNOS Gene Delivery Using Gelatin-Based Nanovectors for Coronary Restenosis*

Ms. Padmaja Magadala             Ph.D. in Pharmaceutics/Nanomedicine

Thesis Title: *HER2/neu Receptor-Targeted Gelatin-Based Nanovectors for Pancreatic Cancer Gene Therapy*

### Membership in Graduate Student's Thesis Advisory Committees:

| | |
|---|---|
| Mr. Mukur Gupta | M.S. in Industrial Pharmacy, Massachusetts College of Pharmacy and Health Sciences (Graduated, June 2001). |
| | Ph.D. in Industrial Pharmacy, Massachusetts College of Pharmacy and Health Sciences (Graduated, February, 2004) |
| Mr. Anurag Singhal | M.S. in Pharmaceutics (Graduated, June 2002) |
| Ms. Prachi Parulkar | M.S. in Pharmaceutics (Graduated, August 2004) |
| Mr. Jayesh Vora | Ph.D. in Pharmaceutics (Graduated, June 1994) |
| Ms. Kamelia Behnia | Ph.D. in Pharmaceutics (Graduated, September 1996) |
| Mr. Daniel J. Magiera, III | Ph.D. in Biomedical Sciences (Graduated, June 1997) |
| Ms. Sandhya Ramanathan | Ph.D. in Pharmaceutics (Graduated, September 1997) |
| Ms. Imran Vural | Ph.D. in Biomedical Sciences (Graduated, June 1998) |
| Ms. Sujata Vaidyanathan | Ph.D. in Pharmaceutics (Graduated, September 1998) |
| Mr. Ramin Darvari | Ph.D. in Pharmaceutics (Graduated, December 2001) |
| Mr. Ram Rammohan | Ph.D. in Biomedical Sciences (Graduated, June 2002) |
| Mr. Jose DaSilva | Ph.D. in Biomedical Sciences (Graduated, June 2002) |
| Mr. Srinivas Chakilam | Ph.D. in Pharmaceutics (Graduated, December 2004) |
| Ms. D. Ece Gamsiz | Ph.D. in Chemical Engineering |

| Ms. Suman Dandamudi | Ph.D. in Pharmaceutics |
| Mr. Sarathi Vijay Bodapatti | Ph.D. in Pharmaceutics |
| Ms. Paula Lampton | Ph.D. in Biology/Nanomedicine |
| Ms. Heather Brodkin | Ph.D. in Chemistry/Nanomedicine |
| Ms. Mattia Migliore | Ph.D. in Pharmacology/Nanomedicine |

## *Research Advising to Pharmacy Honors Students:*

Mr. Man-Hon (Johny) Lam (B.S., Class of 1994)

Mr. Joseph M. Goreham (B.S., Class of 1995)

Mr. Peter B. Ng (B.S., Class of 1995)

Ms. Rakhee H. Tailor (B.S., Class of 1995)

Ms. Mai-Ki Ly (B.S., Class of 1995)

Mr. Ketankumar Patel (B.S., Class of 1996)

Ms. Susanne Verrico (B.S., Class of 1996)

Ms. Laurie Galvin (B.S., Class of 1996)

Ms. Fiona Duncan (B.S., Class of 1997)

Ms. Ekata V. Shah (Pharm.D., Class of 1997)
- Recipient of Dean's Undergraduate Research Achievement Award, April 1995

Ms. Rina Qaqish (Pharm.D., Class of 1997)

Ms. Gity Roostai-Mills (B.S., Class of 1998)

Ms. Roula Qaqish (Pharm.D., Class of 1998)
- Recipient of Dean's Undergraduate Research Achievement Award, April 1996
- Currently Assistant Professor of Clinical Pharmacy, St. Louis College of Pharmacy, St. Louis, MO

Ms. Phung-Kim Lai (B.S., Class of 1999)
- Recipient of Dean's Undergraduate Research Achievement Award, April 1996
- Recipient of the PhRMA Foundation's Undergraduate Research Fellowship, January 1999

Ms. Tragiang Nguyen (B.S., Class of 1999)

Ms. Trinh Tran (B.S., Class of 1999)

Ms. Bich-Thuy Tran (B.S., Class of 1999)

Mr. Chad McQueen (Pharm.D., Class of 2000)
- Recipient of Dean's Undergraduate Research Achievement Award, April 1999

Ms. Angela L. Silvia (Pharm.D., Class of 2000)
- Recipient of Dean's Undergraduate Research Achievement Award, April 1999

Mr. Kristian Jackson (B.S., Class of 2000)
- Recipient of the University of Connecticut Research Fellowship, June 1998

Mr. Pulin Patel (B.S., Class of 2000)
- Pursued graduate studies in Pharmaceutical Chemistry at the Univ. of Kansas, Lawrence, KS

Mr. Derick Anderson (Pharm.D., Class of 2001)
- Recipient of Dean's Undergraduate Research Achievement Award, April 2000

Ms. Kwai-Dzy Mak (Pharm.D., Class of 2001)

Mr. Chi-Sing Nip (Pharm.D., Class of 2001)
- Recipient of the AAPS-AFPE "Gateway" Research Scholarship, June 2000

Ms. Erica J. Waugh (Pharm.D., Class of 2002)

       - Recipient of the PhRMA Foundation's Undergraduate Research Fellowship, January 2001
       - Recipient of Dean's Undergraduate Research Achievement Award, April 2002

Ms. Nikita Mody (Pharm.D., Class of 2004)
       - Recipient of Northeastern University's Undergraduate Research Award, January 2002
       - Recipient of Dean's Undergraduate Research Achievement Award, April 2003

Ms. Stephanie Whalen (Pharm.D., Class of 2006)
       - Recipient of the AFPE "Gateway" Research Scholarship, June 2004
       - Recipient of Northeastern University's Undergraduate Research Award, November 2004

Ms. Sarah Rogers (Pharm.D., Class of 2008)
       - Recipient of Northeastern University's Undergraduate Research Award, November 2004

Mr. Zeu Hong Tzeng (Pharm.D., Class of 2007)
       - Recipient of the AFPE "Gateway" Research Scholarship, July 2005
       - Recipient of Northeastern University's Undergraduate Research Award, January 2007

Ms. Michelle Drown (Pharm.D., Class of 2009)
       - Recipient of Northeastern University's Undergraduate Research Award, August 2005

Ms. Erin Curran (Pharm.D., Class of 2007)
Ms. Christina Guerra (Pharm.D., Class of 2010)

## *High School Summer Research Interns:*

Ms. Phung-Kim Lai (Summer, 1994)
Ms. Luoisy Raymond (Summer, 1995)
Mr. Bao-Tuan Nguyen (Summer, 1995)
Mr. Kong-Jie Kah (Summer, 1997)
       - Through Research Science Institute, Center for Excellence in Education, McLean, VA

Mr. Jeremy L. England (Summer, 1998)
       - Research Science Institute, Center for Excellence in Education, McLean, VA
       - Semi-Finalist in 1999 Intel High School Talent Search Competition

Ms. Iris Wei (Summer, 1999)
       - Research Science Institute, Center for Excellence in Education, McLean, VA
       - Semi-Finalist in the 2000 Intel High School Talent Search Competition

Mr. Brad M. Rosen (Summer, 2000)
       - Research Science Institute, Center for Excellence in Education, McLean, VA
       - Semi-Finalist in the 2001 Intel High School Talent Search Competition

Ms. Natalie Karabel (Summer, 2001)
       - Research Science Institute, Center for Excellence in Education, McLean, VA

Ms. Feng Tu (Summer, 2002)
       - Research Science Institute, Center for Excellence in Education, McLean, VA
       - Semi-Finalist in the 2002 Siemens-Westinghouse High School Talent Search Competition

Ms. Maria Elena DeObaldia (Summer, 2003)
       - Research Science Institute, Center for Excellence in Education, McLean, VA
       - Winner of 2004 USA TODAY's All-USA High School Academic First Team

Ms. Joline Fan (Summer, 2004)
       - Research Science Institute, Center for Excellence in Education, McLean, VA
       - Finalist in the 2004 Siemens-Westinghouse High School Talent Search Competition

Mr. Harold Au (Summer, 2004)
- Research Science Institute, Center for Excellence in Education, McLean, VA
- Gold Award Winner at the 2005 Singapore Science and Engineering Fair.
- Award Winner at the 2005 Shanghai Science Expo, Shanghai, China.

Ms. Yi-Meng (Sally) Tan (Summer, 2005)
- Research Science Institute, Center for Excellence in Education, McLean, VA
- Semi-Finalist in the 2005 Siemens-Westinghouse High School Talent Search Competition

Ms. Thilini Ariyawansa (Summer, 2006)
- Research Science Institute, Center for Excellence in Education, McLean, VA

Ms. Elizabeth Lawler (Summer, 2006)
- Young Scholars Program, Center for STEM Education, Northeastern University, Boston, MA

Ms. Lili Ge (Summer, 2006)
- Young Scholars Program, Center for STEM Education, Northeastern University, Boston, MA

## SERVICE

### *Professional:*

- Membership in Professional and Scientific Societies:

   - American Association of Colleges of Pharmacy (1993-Present).
      Member of the Council of Faculties.
      Member of the Laboratory Instructors Discussion Group.
      Member of the Electronic-Aided Instructional Delivery Discussion Group.

   - American Association of Pharmaceutical Scientists (1987-Present).
      Member of the Polymers in Drug Delivery Special Interest Group.

   - Controlled Release Society (1993-Present).
      Member of Polymeric Biomaterial Discussion Group.

   - Society for Biomaterials (1989-Present).
      Member of the Task Force on the Impact of Biomaterials on Graduate Education.
      Member of the Polymeric Materials Special Interest Group.

   - Surfaces in Biomaterials Foundation (1995-Present).

- Grant Reviewer:

   - National Institutes of Health
      National Heart, Lung, and Blood Diseases Institute (NHLBI) 2004 Program of Excellence in Nanotechnology – Special Emphasis Panel [ZHL1-CSR-K (F1)(R)].
      Center for Scientific Review (CSR) November 2004 Gene and Drug Delivery (GDD) Study Section – SBIR/STTR Programs Special Emphasis Panel [ZRG1-BST-Z (10)].
      National Institute of Allergy and Infectious Diseases (NIAID) 2005 Challenge Grants: Biodefense Product Development – Special Emphasis Panel [ZA11-TS-M (M5)(R)].
      Center for Scientific Review (CSR) July 2005 Gene and Drug Delivery (GDD) Study Section Meeting – Temporary Member.
      National Heart, Lung, and Blood Diseases Institute (NHLBI) October 2005 – Special Review Committee for P01 Program Proposals.
      Center for Scientific Review (CSR), November 2005 Gene and Drug Delivery (GDD) Study Section – SBIR/STTR Programs Special Emphasis Panel [ZRG1 BST-Z 10(B)].
      National Cancer Institute (NCI), March 2006 - Ruth L. Kirschstein NRSA Fellowships (F32/F33) in Cancer Nanotechnology Research (RFA-CA-06-010) Special Emphasis Panel [ZCA1 RTRB-Z(M1)(R)].

Center for Scientific Review (CSR), April, 2006 Gene and Drug Delivery (GDD) Study Section – SBIR/STTR Programs Special Emphasis Panel [ZRG1 BST-Z (10) (B)].

National Heart, Lung, and Blood Diseases Institute (NHLBI) May, 2006 – Special Review Committee for P01 Program Proposals.

Center for Scientific Review, June, 2006 – Special Emphasis Panel on Proposals in Response to RFA "Biology of RNA Interference" [2006/10 ZRG1 BST-Z (52) (R)].

Center for Scientific Review, March, 2007 – Special Emphasis Panel on Proposals in Response to RFA "Small Business: Orthopedics" [ZRG1 MOSS (10)].

- United States Department of Agriculture.
  Investigator initiated proposals.
  SBIR/STTR proposals.

- United States Army Medical Research and Material Command

- American Chemical Society.
  Petroleum Research Funds

- Georgia Cancer Coalition Grant Program

- University of Missouri Intramural Grant Program

- University of Kansas Intramural Grant Program

- Medical Research Council of United Kingdom

- Singapore Science and Engineering Research Council (SERC) – an Agency of Science, Technology and Research Singapore (A*STAR).

- Membership in Journal Editorial Board:

  - Expert Opinion on Drug Delivery
  - Recent Patents on Drug Delivery and Formulations
  - The Open Drug Delivery Journal
  - Drug Design, Development and Therapy
  - Journal of Nano Education

- Reviewer for Scientific Journals (partial listing):

  - Biomacromolecules
  - Biomaterials
  - Cancer Chemotherapy and Pharmacology
  - European Polymer Journal
  - European Journal of Pharmaceutics and Biopharmaceutics
  - European Journal of Pharmaceutical Sciences
  - Gene Therapy
  - International Journal of Cancer
  - International Journal of Pharmaceutics
  - International Journal of Pharmaceutical Compounding
  - Journal of the American Chemical Society
  - Journal of Biomaterial Science, Polymer Edition
  - Journal of Controlled Release

- Journal of Liposome Research
- Journal of Pharmacy and Pharmacology
- Journal of Pharmaceutical Sciences
- Life Sciences
- Pharmaceutical Research
- Polymer International
- Science
- STP Pharma Sciences

- Participation in Short Courses (1990 - Present):

  - Scanning Probe Microscopy Seminar and Workshop. Woburn, MA.
  - Particle Technology Seminar and Workshop. Natick, MA.
  - Application of HTML for Developing Instructional Materials. Boston, MA.
  - Absolute Macromolecular Characterization with Light Scattering. Boston, MA.
  - Scientific and Engineering Applications of Macintosh® Computers. Boston, MA.
  - Surface Characterization of Biomedical Materials. Phoenix, AZ.
  - Hydrogels in Medicine and Pharmacy. Indianapolis, IN.

- American Association of Pharmaceutical Scientists (AAPS), Northeast Regional Discussion Group Planning Committee Member (2001-2005).

- Organizer of the National Cancer Institute/Nano Science and Technology Institute Special Symposium on *"Nanotechnology for Cancer Prevention, Diagnosis, and Treatment"* (2005-Present).

- Scientific Committee Member and Session Chair of the *"Cancer Nanotech Conference: Detecting and Treating Cancer"*. Paris, France. (2006-Present).

- Registered Pharmacist in Massachusetts since 1988 (license #: 20415).

*University:*

- Faculty Delegate to the United States Pharmacopeia (USP) Convention (2003-Present).

- Faculty Advisor - Beta Tau Chapter, Rho Chi Pharmaceutical Honor Society (1993-1999).

- Webmaster - Department of Pharmaceutical Sciences Web Site (1995-2000).

- Coordinator of the American Association of Pharmaceutical Scientists, Visiting Scientist Program (1993-1999).

- Participation in Pharmacy Continuing Education Programs.
  - *Helicobacter pylori* and Peptic Ulcer Disease
  - Advanced Drug Delivery Systems: A Primer for Pharmacists
  - Nano-Medicines: Realizing the Potential of Targeted and Molecular Therapies in Cancer

- Participation in Pharmacy Open Houses and Student Orientations.

- Participation in Pharmacy Alumni Activities.

- Pharmacy Student's Academic Advising/Portfolio Reviewer.

- Committee Assignments:

  *University:*

  - Senate Library Advisory Committee (2001-Present).
  - University Patent Committee (2002-Present).
  - Biotechnology Academic Steering Committee (2002-Present).
  - Academic Computing Advisory Committee (2004-Present).
  - Education Technology Faculty Advisory Committee (2004-Present)
  - Senate Committee for Evaluation of Dean of Nursing (2004-2006).
  - Senate Committee for Evaluation of Dean of Libraries (2003-2004).
  - Executive Committee of the Molecular Biotechnology Initiative (2002-2004).
  - Senate Committee for Department of Pharm. Practice Chair Search (2001-2002).
  - Senate Committee for Department of Pharm. Sciences Chair Search (1996-1997).
  - University Instructional Technology Task Force (2000-2001).

  *Bouvé College:*

  - Bouve Administrative Committee (2005 – Present)
  - George D. Behrakis Endowed Professor Search Committee (2002-2004).
  - College Technology Committee (1998-2000).
  - College Diversity Committee, (1994-1995).
  - College Computer Advisory Committee, (1995-1998).
  - Graduate Education and Research Task Force (1998-1999).
  - Graduate Committee for Biomedical Sciences Program (1998-2000).

  *School of Pharmacy:*

  - Pharmacy Steering Committee (2001-2004, 2005-Present).
  - Pharmacy Transfer Students Admission Committee, (1994-2001, 2003-Present).
  - Graduate Committee of the School of Pharmacy (2002-2006).
  - Pharmacy Curriculum Committee (1998-2002).
  - Pharmacy Re-Accreditation/Self-Study Committee, (1995-1996).
  - Pharmacy Honors and Awards Committee, (1994-2001).
  - Pharmacy Progression Requirements Committee, (1996-2000).
  - Pharmacy Laboratory Renovation Committee (1997-1999).
  - Doctor of Pharmacy Tracking Admission Committee (1998-2000).
  - Doctor of Pharmacy Curriculum Working Group (1996-1999)*.

  *Departmental of Pharmaceutical Sciences:*

  - BS in Pharm. Biotech. Program Evaluation Committee (2001-2003).

- Merit Review Committee, (1994-1996, 1997-2000, 2002-2003).
- Dept. Faculty Search Committees, (1994-1996, 1998-1999, 2002-2003*).
- Pharmaceutical Sciences Workload Policy Committee (2005 – Present*)
* Chair.

## *Community:*

- Provide Math and Science Tutoring to High School Students.
- Discuss Pharmacy as a Career Choice to High School Students and Parents.
- Counseling Drug Therapy to Neighbors and Friends in the Community.

## HONORS AND AWARDS

- NSTI Fellow Award for Outstanding Contributions towards the Advancement in Nanotechnology, Microtechnology, and Biotechnology, 2006.
- Cited in Academic Pharmaceutical Scientists Who's Who, 2004.
- Eurand Award for Outstanding Research in Oral Drug Delivery, Third Prize, 2003.
- Special Faculty Recognition Award from Doctor of Pharmacy Students, Class of 1999.
- Recipient of Rho Chi Advisor Appreciation Award, 1997, 1998, & 1999.
- Recipient of Dean's Excellence in Teaching Award, 1996.
- Cited in Who's Who in Science and Engineering, 1996
- Member of Sigma Xi - The Scientific Research Society, 1996
- Member of Rho Chi - Pharmaceutical Honor Society, 1987.
- Recipient of Dean's Undergraduate Research Achievement Award, 1987.
- Recipient of Burroughs Wellcome Academic Scholarship, 1987.
- Recipient of Dean Leroy Keagle Memorial Scholarship, 1986.

# PAGES A 2394- 2404

## REDACTED IN THEIR ENTIRETY

```
             IN THE UNITED STATES DISTRICT COURT

            IN AND FOR THE DISTRICT OF DELAWARE

                       -   -   -

ELAN PHARMA INTERNATIONAL    :      Civil Action
LIMITED,
                             :

            Plaintiff,       :

                             :
      v.                     :

                             :
ABRAXIS BIOSCIENCE INC.,     :

                             :
            Defendant.       :      No. 06-438-GMS

                       -   -   -
                 Wilmington, Delaware
                 Monday, June 2, 2008
                      9:30 a.m.
                 FIRST DAY OF TRIAL
                       -   -   -

BEFORE:  HONORABLE GREGORY M. SLEET, Chief Judge,
.                                and a Jury

APPEARANCES:

         JOHN G. DAY, ESQ.
         Ashby & Geddes
              -and-
         STEPHEN SCHEVE, ESQ.,
         LINDA M. GLOVER, ESQ., and
         JEFFREY SULLIVAN, ESQ.
         Baker Botts LLP
         (Houston, TX)
              -and-
         GREGORY BOKAR, ESQ.
         Counsel - Elan Drug Delivery

                         Counsel for Plaintiff
```

Page 6

1    THE COURT: Fair enough. Mr. Jacobs, let me get
2 you to focus a little more sharply on -- let me first make
3 the observation and get you to react to Mr. Scheve's last
4 comment, which I think is not unfair, insofar as my
5 application of the rules. And it does seem that this may be
6 beyond the allotted numbers.
7    MR. JACOBS: Your Honor, that is why I focused
8 on what had happened over the last couple of weeks. Elan
9 has told the Court several times, and then retracted that it
10 has no case on infringement. I think what we are trying to
11 do, as we work our way through what In re: Seagate means,
12 is figure out how we are going try patent cases, keep them
13 focused on the issues of infringement and not on peripheral
14 issues.
15    Let me give you an example of a peripheral
16 issue. There is some guilt by association claims that Elan
17 is going to make about one of the members of our scientific
18 advisory board, who had an association with Elan 15 years
19 ago, 12 years ago, something like that. So we are going to
20 be swatting down in the context of an infringement case
21 about whether Abraxane infringes the claims of the '363
22 patent and whether those claims are valid. We are going to
23 be swatting down these side issues, in the guise of this
24 willfulness or copying claim.
25    So what we think -- I guess I am arguing to the

Page 7

1 Court, in light of the representations that Elan has made,
2 in light of In re: Seagate and what it sayings says, let's
3 look at that threshold question. How can they possibly make
4 a showing of objective of recklessness, which is what
5 Seagate requires.
6    Then, as to --
7    THE COURT: Understanding that, I guess what
8 Mr. Scieve is asking of me, and challenging you in this
9 regard, okay, applying the Court's practice and rules, those
10 rules along with the Federal Rules of Civil Procedure,
11 aren't they adequate to the task that you, I think
12 appropriately, described is before us? What is it that I
13 must do today before we empanel this jury? Mr. Scheve, I
14 think, suggested what Abraxis is trying to do is enlist the
15 Court's assistance in crushing its case, unfairly,
16 essentially.
17    MR. JACOBS: We are definitely enlisting the
18 Court's assistance. And we would love to crush their case.
19 If I can put those two together I will have succeeded. Mr.
20 Scheve is, of course, right in the sense that we are
21 appealing to the Court on the basis that Elan in phone calls
22 and briefs over the last two weeks essentially, Your Honor,
23 that they should be dismissing their case. They left
24 themselves a little wiggle room. And we are trying to apply
25 that to Seagate. Your Honor, we represented to the Court we

Page 8

1 try to follow your procedures. So if you think this is out
2 of order, I understand that.
3    THE COURT: I will take a look. NASCAR is in
4 town, so the jury will be a little more delayed than they
5 normally would; I think we are told by about 15 additional
6 minutes. Hopefully that is all it is. Because, as you
7 know, many of our jurors come from the lower two-thirds,
8 downstate, below the canal. They will be running into that
9 traffic this morning. I will have a chance to just take a
10 look through this. If I feel it appropriate to address it
11 in earnest, I will give you, Mr. Scheve, an opportunity to
12 respond to it.
13    I take it that at least some of what is
14 contained in this submission, Mr. Jacobs, goes to Mr.
15 Scheve's opening?
16    MR. JACOBS: Yes, Your Honor. That is why we
17 raised it now. That is what triggered it was seeing their
18 slides. In a technical sense, we are objecting to portions
19 of his opening statement, and this is in support of that
20 motion.
21    THE COURT: Let me ask you this: Let's assume
22 for the moment that I were unwilling to address this right
23 now. Have counsel had a chance to discuss, have the parties
24 had a chance to discuss the opening issues, the opening
25 statements?

Page 9

1    MR. JACOBS: We have identified to each other
2 observations we have with each other's slides. There was a
3 meet-and-confer last night about some slides that would be
4 reflected in the opening.
5    I think both sides have a lot of issues with
6 each other's opening. Whether we can possibly get to those
7 very small issues, I have no idea.
8    THE COURT: Assuming I were to hold this matter
9 in abeyance and/or reject the request, the motion, as it
10 were, can we use the time productively to discuss -- of
11 course, that assumes willfulness is here. You have to
12 contend with it.
13    MR. JACOBS: Let me go to one of those, Your
14 Honor. Another high-level effect of the structure of the
15 opening issue that we did address recently, that is our
16 Court order from last week, and that we believe Elan's case
17 is going to depart from.
18    That is the question of their basic infringement
19 theory and the testimony that Dr. Munson will give on that.
20    Now, we have a slide from them, from their
21 opening, that says, essentially, they are going to go back
22 to Dr. Munson's original report. The problem with that
23 report, Your Honor, is that it doesn't adhere to the Court's
24 claim construction, as the Court clarified that construction
25 in the Court's order.

3  (Pages 6 to 9)

A 2406

                IN THE UNITED STATES DISTRICT COURT

                IN AND FOR THE DISTRICT OF DELAWARE

                          -  -  -

ELAN PHARMA INTERNATIONAL    :     Civil Action
LIMITED,
                             :
            Plaintiff,       :
                             :
      v.                     :
                             :
ABRAXIS BIOSCIENCE INC.,     :
                             :
            Defendant.       :     No. 06-438-GMS

                          -  -  -
                   Wilmington, Delaware
                  Tuesday, June 3, 2008
                       8:43 a.m.
                   SECOND DAY OF TRIAL
                          -  -  -

BEFORE:  HONORABLE GREGORY M. SLEET, Chief Judge,
                                  and a Jury

APPEARANCES:

         JOHN G. DAY, ESQ.
         Ashby & Geddes
              -and-
         STEPHEN SCHEVE, ESQ.,
         LINDA M. GLOVER, ESQ.,
         JEFFREY SULLIVAN, ESQ.,
         ROBERT RIDDLE, ESQ., and
         PAUL FEHLNER, ESQ.
         Baker Botts LLP
         (Houston, TX)
              -and-
         GREGORY BOKAR, ESQ.
         Counsel - Elan Drug Delivery

                         Counsel for Plaintiff

G. Liversidge - direct

Page 302

1  to make formulations involving this milling, ball mill
2  grinding method that's described here?
3  A.   We use a ball mill grinding method. But the chamber
4  would have a lot more grinding media in it. You don't get
5  this stuff, the tear, this shattering thing in there.
6        If you got that, you would have, first of all,
7  the product coming out of that mill would have loads of
8  contamination from the grinding media. That wouldn't be
9  safe. Everything that we make meets the requirements of the
10  regulatory authorities.
11  Q.   First off, is the milling process that you use, is it
12  only half full of these grinding media?
13        MR. WALTERS: Objection. Vague as to time. Are
14  we talking about today or at the time of the patent?
15        THE COURT: Could you be more specific?
16        MR. SCHEVE: Certainly, sir.
17  BY MR. SCHEVE:
18  Q.   In terms of the processes that you used at any point
19  in time, did you use a grinding or milling apparatus where
20  it had only half full of particles?
21        MR. WALTERS: Objection. Relevance as to more
22  recent grinding techniques.
23        THE COURT: Overruled.
24        THE WITNESS: We actually described some of
25  these, they are sometimes referred to as sand mills or

Page 303

1  high-energy mills. In some of the examples in the patents,
2  we teach how you use these. And you can take a look at some
3  of them. You can see by the volumes we put in at the
4  grinding media, it is almost totally filled up with the
5  grinding media.
6  BY MR. SCHEVE:
7  Q.   What happens when the mill is working? Is it smashing
8  or pulverizing or sheering? What's the nature of how it
9  works?
10  A.   There is a little bit of smashing. But most of the
11  force used to reduce to critical size is sheer induced.
12  Q.   With regard to the products that are being marketed
13  that contain the NanoCrystal technology, has the FDA ever
14  come back and concluded or communicated to you that there
15  has been some sort of contamination problem?
16  A.   No. We provided them with all of our data. We
17  measure impurities, because every pharmaceutical has
18  impurities in it. You set limits on them. And we measure
19  those. We report them to the agency.
20        In fact, and I can't identify which company for
21  confidential reasons, but we used to have a specification on
22  the levels, the low levels of media that could be in a
23  product. And we could never detect them.
24        After a certain amount of time of doing the
25  manufacturing, the FDA agreed with us, you can just drop

Page 304

1  that test, from having to test for that material in the
2  product because you never detected it.
3  Q.   You mentioned to the jury that there are examples.
4  Could you explain to the jury what purpose the examples
5  within your patent provide?
6  A.   Well, to help someone to learn how to use and utilize
7  our invention, you put in there some examples and they say,
8  Put X grams of this, Y grams of that, and mix it for certain
9  amounts of time. So we give them specific details on how to
10  reproduce those examples.
11  Q.   How many different examples are reflected in your
12  patent of embodiments of your invention?
13  A.   In the '363, I will take a quick look through it,
14  there is 23.
15  Q.   Now, I want to point you, sir, to some specific
16  language of the patent that talks about crystallinity and
17  distinguishing language with regard to amorphous. Do you
18  see that language, sir? It's found in Column 2 of Exhibit
19  '081.
20  A.   Okay, yeah.
21  Q.   Now, so that the jury understands, does your
22  technology deal with crystalline nanoparticles?
23  A.   It encompasses crystalline, yes.
24  Q.   Did it distinguish itself from a particular type of
25  material?

Page 305

1  A.   Yes.
2  Q.   Is this the language that states what you distinguish
3  yourself from?
4  A.   Yeah. We were distinguishing ourselves from a pure
5  amorphous phase.
6  Q.   Now, the language is, Crystalline phase differs from
7  amorphous phase, this is language that wasn't highlighted
8  yesterday for the jury, which results from conventional
9  solvent precipitation.
10        In fact, does the patent actually refer to
11  another specific patent that describes the solvent
12  precipitation process that you distinguish your product
13  from?
14  A.   Yes, it does.
15  Q.   I would like, then, to have you explain to the jury
16  what the concept of solvent precipitation is.
17  A.   It would have been easier with a little thing.
18        Basically, you will take the drug and you
19  dissolve it -- this is poorly water soluble so you are not
20  dissolving it in water. You will dissolve it in a solvent.
21  And this solvent has properties in the fact that when you
22  add the solvent to water, it can disperse, or the technical
23  term is miscible. That means it goes in there.
24        A good example might be, you know antifreeze,
25  propylene glycol, that can be a solvent. But when you add

```
                   IN THE UNITED STATES DISTRICT COURT

                   IN AND FOR THE DISTRICT OF DELAWARE

                             -   -   -

ELAN PHARMA INTERNATIONAL    :     Civil Action
LIMITED,                     :
                             :
          Plaintiff,         :
                             :
     v.                      :
                             :
ABRAXIS BIOSCIENCE INC.,     :
                             :
          Defendant.         :     No. 06-438-GMS
                             -   -   -
                      Wilmington, Delaware
                    Wednesday, June 4, 2008
                          8:30 a.m.
                     THIRD DAY OF TRIAL
                             -   -   -

BEFORE:  HONORABLE GREGORY M. SLEET, Chief Judge,
                                     and a Jury

APPEARANCES:

          JOHN G. DAY, ESQ.
          Ashby & Geddes
               -and-
          STEPHEN SCHEVE, ESQ.,
          LINDA M. GLOVER, ESQ.,
          JEFFREY SULLIVAN, ESQ.,
          ROBERT RIDDLE, ESQ., and
          PAUL FEHLNER, ESQ.
          Baker Botts LLP
          (Houston, TX)
               -and-
          GREGORY BOKAR, ESQ.
          Counsel - Elan Drug Delivery

                         Counsel for Plaintiff
```

Desai - depo.

| Page 627 | Page 629 |
|---|---|

Page 627

1   "Answer: Probably not less than 200.
2   "Question: Okay. And what is your position or
3   Abraxis's position on the average effective particle size of
4   the nanoparticles in Abraxane?
5   "Answer: We don't use the term average
6   effective particle size. The term we use is the mean
7   particle size. And that's about 130 nanometers.
8   "Question: Is there a chemical bonding between
9   the human albumin and the particle, paclitaxel?
10  "Answer: No, there is no chemical bond between
11  the albumin and the paclitaxel.
12  "Question: Is it true, sir, that the protein
13  molecules of HSA are adsorbed onto the surface of the
14  paclitaxel nanoparticle?
15  "Answer: Yes.
16  "Question: Powder. And did Abraxis ever apply
17  nuclear magnetic resonance spectroscopy to nanoparticles
18  derived after centrifugation?
19  "Answer: Not that I remember.
20  "Question: So after separating the
21  nanoparticles from free HSA using centrifugation, did
22  Abraxis ever do any test to test the crystallinity of the
23  pelleted material or the nanoparticles?
24  "Answer: No.
25  "Question: When you -- when Abraxis represented

Page 628

1   to the agency that the nanoparticles were 82 percent
2   paclitaxel and 18 percent HSA --
3   "Answer: Correct.
4   "Question: -- did you believe, sir, that the
5   centrifugation did not affect the integrity of that relative
6   ratio of constituents in the nanoparticle?
7   "Answer: Yes. We wouldn't expect it to affect
8   the amount of the components.
9   "Question: Did Abraxis represent to the FDA
10  that the nanoparticles of paclitaxel and HSA adsorbed onto
11  the surface were amorphous without ever doing an x-ray
12  diffraction or solid-state NMR testing on the nanoparticles
13  after they were separated from free HSA following
14  centrifugation?
15  "Answer: Yes, correct.
16  "Question: Has any of that data been sent to
17  the FDA and its review staff for review?
18  "Answer: Any of the cross-linking data?
19  "Question: Correct.
20  "Answer: No.
21  "Question: Has any of it been subjected to
22  review by the Center for Drug Research within the FDA?
23  "Answer: No, it's not been sent to the FDA.
24  "Question: Have any of the formulation
25  scientists at the FDA been apprised of these tests and those

Page 629

1   results?
2   "Answer: It's not been sent to the FDA."
3   THE COURT: All right. Ladies and gentlemen,
4   it's up to you, do you want to take your full hour? Or we
5   can take 45 minutes.
6   Full hour. Okay, we are going to take a full
7   hour.
8   (Jury leaves courtroom at 1:20 p.m.)
9   (Luncheon recess taken.)
10  THE COURT: All right. Mr. Jacobs.
11  MR. JACOBS: Yes, I apologize for being the one
12  raising issues, Your Honor.
13  MR. JACOBS: Munson will be up this afternoon.
14  You will recall that we prevailed on the second supplemental
15  Munson report.
16  THE COURT: Firstly, I am assuming you are
17  withdrawing this motion with regard to Dr. Manning.
18  MR. JACOBS: It is moot.
19  THE COURT: Go ahead.
20  MR. JACOBS: On Munson we have confirmed we have
21  an outstanding dispute. The differences between Munson's
22  original report, in which he mentions there is crystallinity
23  in the entire Abraxane fraction that he measures and doesn't
24  get down to the particle level, and on the slide which we
25  are seeing now is eight percent of the particles are

Page 630

1   crystalline. And the particle-based theory in essence is
2   what was struck when the second supplemental Munson report
3   was struck. We believe they should not be able to offer
4   that testimony.
5   MR. SCHEVE: I will start off by saying, Your
6   Honor, you addressed the specific issue when you denied
7   their motion in limine. But I have got the report here, and
8   I am happy to show it to you, where I am going to follow the
9   original report and everything is here. This is nothing but
10  a rehash of your previous ruling on the motion.
11  THE COURT: Why isn't this a rehash?
12  MR. JACOBS: Because in the motion in limine we
13  wished to strike Munson altogether.
14  THE COURT: Regardless, I ruled in some way on
15  that motion. Why isn't this a rehash?
16  MR. JACOBS: The motion in limine was a motion
17  to strike Munson in its entirety. The motion the other day
18  that you granted in our favor was a motion to strike
19  Munson's second supplemental report. That was the report he
20  issued after the claim construction clarification in which
21  he shifted from mostly to entirely, and went from a
22  percentage of everything he is measuring, rolled up in a
23  ball, so eight percent crystallinity in this thing I am
24  measuring.
25  THE COURT: Is it the supplemental, Mr. Scheve,

Desai - depo.

Page 631

1  that you have in your hands?
2       MR. SCHEVE: It's the original.
3       MR. JACOBS: It is not there, Your Honor.
4       THE COURT: That is the issue.
5       (The following took place at sidebar.)
6       MR. JACOBS: This is a slide that we are
7  objecting to, Your Honor, that they have sent over. It says
8  eight percent of all particles are crystalline. So eight
9  percent --
10      THE COURT: In Abraxane.
11      MR. JACOBS: Yes. And there is no such opinion
12 here.
13      THE COURT: You are referring to a demonstrative
14 exhibit of plaintiff's. Right?
15      MR. JACOBS: Correct.
16      MR. SCHEVE: The original report, which
17 describes samples of particles, it went on to explain how
18 they were obtained and the procedures are described therein.
19 One method is what is called the freeze-drying or
20 lyophilization method. The other one is the air-drying
21 method. And he went on then to describe it. We get to this
22 paragraph over here.
23      THE COURT: Paragraph 124.
24      MR. SCHEVE: The sample prepared using the
25 lyophilization method. Again, the sample is samples of

Page 632

1  particles, lyophilization. The actual area of the
2  crystalline form represented by the peak is eight percent.
3  The air-dried, which is the next slide, he says, seven
4  percent. And then his end opinion is found in Paragraphs
5  27G and H where he says it is my opinion that Abraxane
6  contains particles consisting essentially of, as construed
7  by the Court, and here are the two constructions from your
8  original construction in August of '07.
9       THE COURT: You are aware of this report?
10      MR. JACOBS: Absolutely.
11      THE COURT: What is the complaint?
12      MR. JACOBS: The complaint, Your Honor, is that,
13 his opinion on whether particles are crystalline, is that
14 there is a range. And the bottom line is that samples that
15 are on average, such as those discussed above, include
16 individual particles that are mostly crystalline. That's as
17 far as he went.
18      Here is what he is saying, that there are eight
19 percent of all particles that are crystalline.
20      Having reread this for the third time, if he
21 will acknowledge on cross-examination that he doesn't know
22 whether eight percent of all particles are entirely
23 crystalline, if we can get that out of him without opening
24 the door to the whole entirely crystalline report, then this
25 can be made clear. Otherwise, it is very ambiguous to the

Page 633

1  jury that he is not testifying to entire crystallinity.
2       THE COURT: You would certainly be able to
3  cross-examine him in that regard. What is it that you think
4  we can do to prevent a Pandora's Box from opening?
5       MR. JACOBS: That is the problem. It is proving
6  the negative. You did not testify to the following.
7  Without, then, oh, well, they opened the door.
8       THE COURT: Let me get you to react first off to
9  Mr. Scheve's citation, I forget which paragraph, to the line
10 where it does, the demonstrative appears to quote from the
11 line out of the report.
12      MR. JACOBS: All he is saying is the area for
13 the crystalline form represented by the peak is eight
14 percent. I have no problem with him testifying to that.
15      THE COURT: Okay.
16      MR. SCHEVE: That's what the chart says.
17      MR. JACOBS: No. The chart says eight percent
18 of the particles are crystalline.
19      MR. SCHEVE: This, he is going to say, are
20 particles with amorphous medicament, particles with
21 crystalline medicament, and that this number is eight
22 percent.
23      MR. JACOBS: I have no problem with him saying
24 what he put in his report, that the actual area of the form
25 is eight percent.

Page 634

1       THE COURT: It seems to me that you are
2  agreeing, essentially. Maybe you are reading the
3  demonstrative differently?
4       MR. JACOBS: Perhaps, yes.
5       MR. SCHEVE: I think he would prefer that the
6  opinion not come into the case, which is again rehashing the
7  amendment issue.
8       MR. JACOBS: No. I have no problem --
9       THE COURT: With the statement in Paragraph 24.
10      MR. JACOBS: Yes. For purposes of this
11 discussion.
12      THE COURT: Your concern is that this
13 demonstrative doesn't say, doesn't repeat the words in 24,
14 or could be interpreted differently.
15      MR. JACOBS: Exactly.
16      THE COURT: Mr. Scheve seems to have the doctor
17 interpret the demonstrative differently from that which is
18 written, or argue to the jury, I am assuming?
19      MR. SCHEVE: I was simply going to ask him, when
20 you did this, sir, did you find crystals? Yes. Of the
21 total amount of paclitaxel, how much was crystalline? He is
22 going to say eight percent. Or the particles, because he
23 separated the particles. You can't say eight percent of the
24 total because the only thing he tested was particles. And
25 eight percent of that, of all particles, were crystalline.

Desai - depo.

## Page 635

1 That's what he says.
2 MR. JACOBS: We are getting granular here. This
3 is what the fight is about. So forgive me. He is saying --
4 the way I read this, the way I think he is trying to have it
5 interpreted, he is saying out of a hundred particles, eight
6 percent of those particles are, quote, crystalline, within
7 the meaning of the claims. The Court said, in order for
8 particles to infringe, the paclitaxel in those particles
9 must be entirely crystalline.
10 THE COURT: Yes.
11 MR. JACOBS: By changing the words subtly, he is
12 trying to imply that this testimony meets the entire
13 limitation.
14 MR. SCHEVE: Which is really, I think, the major
15 misunderstanding, Your Honor. Please don't shoot me.
16 Our case is that within this product, there are
17 particles that are completely crystalline. He wants to be
18 able to argue, wait a minute, every one of them has got to
19 be crystalline, which is clearly not the law. If I have a
20 car and I put two bolts in it that infringe a patent, I have
21 infringed.
22 All I am saying is, my case has been since day
23 one, they have done tests, they have found crystallinity.
24 And he will offer the opinion in Paragraph 27, this product
25 contains particles that meet the claim limitation of your

## Page 636

1 August order.
2 And what is happening here is a basic
3 misunderstanding of what the claim construction is. I have
4 read your claims a lot of times. I have a journalism
5 background. I am not very smart. I understood Your Honor
6 to say, Mr. Scheve, if you put up evidence, if you don't put
7 something in the record that says particles which are, maybe
8 it's ten, 50, or a trillion, but if it contains particles
9 where the medicament is entirely crystalline, I have met
10 your claim limitation. He wants to be able to argue, I got
11 to be all crystalline. I have never said we could prove
12 that. This test shows that there is eight percent
13 crystallinity, only of the particles. That is all he
14 tested. They separated the free, got the particles, put
15 them in the NMR. Eight percent of all those particles is
16 crystalline. That is what he is saying. I am going to
17 am going to simply ask, sir, do you have an opinion, to a
18 reasonable degree of scientific certainty, whether that has
19 a formulation that has eight percent of particles
20 crystalline. And he will say yes, and I will sit down.
21 MR. JACOBS: The issue here is not about what
22 Mr. Scheve said. Let's suppose there were a hundred
23 particles and each of the particles was eight percent
24 crystalline. This allows for that that possibility.
25 THE COURT: Paragraph 24.

## Page 637

1 MR. JACOBS: Yes. Allows for, we read Paragraph
2 24 saying he doesn't know whether it's all concentrated in
3 some subset of particles or spread out.
4 THE COURT: I think the safe way to handle this,
5 because as District Judges often do, we shoot from the hip a
6 little bit, is keep you to the ruling, keep the
7 demonstrative out. Let him testify -- Mr. Jacobs isn't
8 objecting, nor do I --
9 MR. SCHEVE: If I take that line out?
10 MR. JACOBS: I have no problem with the picture.
11 MR. SCHEVE: How about putting the word eight
12 percent.
13 MR. JACOBS: I have no problem with eight
14 percent, exactly, no problem at all.
15 THE COURT: That is fine with me.
16 MR. SCHEVE: I will do it right now.
17 (End of sidebar conference.)
18 MR. SCHEVE: I would be speaking from a position
19 of lack of knowledge one way or the other here.
20 THE COURT: We were going to play videotapes.
21 MR. SCHEVE: We were planning to go right ahead
22 with Dr. Manning.
23 MR. JACOBS: You told me you were putting on
24 Salvaraj.
25 MR. SCHEVE: We are prepared to do either.

## Page 638

1 MR. JACOBS: These demonstratives, we would
2 submit, should not go to the jury.
3 THE COURT: Fine. Have you two discussed that?
4 Counsel, I am going to tell the jury when they
5 come out that we are going to start at 9:30 tomorrow. I
6 have a Judges' meeting in the morning.
7 MR. SCHEVE: We are ready to go, Judge.
8 THE COURT: Okay. Ms. Walker.
9 (Jury enters courtroom at 2:42.)
10 THE COURT: All right, ladies and gentlemen.
11 Please take your seats. Permit me to apologize on behalf of
12 the parties and the Court. Sometimes it does come to pass,
13 as you know from our trips to sidebar, that we need to have
14 a discussion about a legal issue. Sometimes those
15 discussions can be rather extended. That's what happened
16 here. So you got a little more time than you bargained for.
17 But we are ready to go. Okay.
18 MR. SCHEVE: May I proceed, Your Honor?
19 THE COURT: Yes, Mr. Scheve, please.
20 MR. SCHEVE: At this time, Plaintiff, Elan,
21 would call Dr. Eric Munson to the stand.
22 ...ERIC MUNSON, having been duly sworn as a
23 witness, was examined and testified as follows ...
24 THE COURT: Mr. Scheve, proceed.
25 MR. SCHEVE: Thank you, Your Honor.

Page 954

                IN THE UNITED STATES DISTRICT COURT

                IN AND FOR THE DISTRICT OF DELAWARE

                        -   -   -

ELAN PHARMA INTERNATIONAL    :    Civil Action
LIMITED,                     :
                             :
          Plaintiff,         :
                             :
     v.                      :
                             :
ABRAXIS BIOSCIENCE INC.,     :
                             :
          Defendant.         :    No. 06-438-GMS

                        -   -   -
                   Wilmington, Delaware
                   Friday, June 6, 2008
                      8:45 a.m.
                   FIFTH DAY OF TRIAL
                        -   -   -

BEFORE:  HONORABLE GREGORY M. SLEET, Chief Judge,
                                 and a Jury

APPEARANCES:

        JOHN G. DAY, ESQ.
        Ashby & Geddes
            -and-
        STEPHEN SCHEVE, ESQ.,
        LINDA M. GLOVER, ESQ.,
        JEFFREY SULLIVAN, ESQ.,
        ROBERT RIDDLE, ESQ., and
        PAUL FEHLNER, ESQ.
        Baker Botts LLP
        (Houston, TX)
            -and-
        GREGORY BOKAR, ESQ.
        Counsel - Elan Drug Delivery

                    Counsel for Plaintiff

Page 1035

1    MR. JACOBS: We call Dr. Jerry Atwood.
2    ...JERRY LEE ATWOOD, having been duly sworn as a
3 witness, was examined and testified as follows ...
4         DIRECT EXAMINATION
5 BY MR. JACOBS:
6 Q.   Dr. Atwood, now that you are seated in front of the
7 microphone, could you please introduce yourself to the jury?
8 A.   Yes.  Good morning.  My name is Jerry Atwood.  I am a
9 professor of chemistry and head of the chemistry department
10 at the University of Missouri in Columbia, Missouri.
11 Q.   What exactly is your position at the University of
12 Missouri, Dr. Atwood?
13 A.   My position is actually in terms of curator,
14 professor, that is the title that is given by our governing
15 board, which is the board of curators, which is given to few
16 people at the university.
17 Q.   How many people at the university are curators
18 professors?
19 A.   I think probably 12 to 15 on campus.
20 Q.   Out of a faculty of how many?
21 A.   Probably 900 or something like that.
22 Q.   Mr. Broyles, can we put DX-472 up on the screen,
23 please.
24      Doctor, what is DX-472?
25 A.   DX-472 is my resume or my CV.

Page 1036

1 Q.   It's a multi-page document, is it not, Dr. Atwood?
2 A.   It is.  The first page we were looking at is the
3 summary of the CV.
4 Q.   If you need to, Dr. Atwood, we have the exhibits up on
5 the screen in the binder in front of you, so feel free to
6 look at your binder.
7 A.   That would be fine, Mr. Jacobs.  But would you happen
8 to have a pointer?
9 Q.   I would?
10      THE COURT:  Please.
11      THE WITNESS:  Thank you very much.
12 BY MR. JACOBS:
13 Q.   Just spend a minute, Dr. Atwood, walking us through
14 your professional carrier?
15 A.   I started my professional carrier at the University of
16 Alabama.  I was there 26 years.  I moved from assistant
17 professor up through the university research professor,
18 which was the highest title given at the University of
19 Alabama.
20      I then went effectively back home to Missouri.
21 And I have been there in my current position for 14 years.
22 Q.   Do you teach at the university?
23 A.   Yes, I did.
24 Q.   What do you teach sir?
25 A.   I teach everything from first year chemistry through

Page 1037

1 to graduate courses.
2 Q.   Do you do research?
3 A.   Yes, I do.  One of my main functions is to do
4 research.
5 Q.   What is the focus of your research, sir?
6 A.   My research is generally in two areas.  Supramolecular
7 chemistry, we call it, which is a way of starting from
8 molecules and building large structures.  It is a little
9 like a brick mason.  You start with bricks and you build
10 large structures.  We are trying to learn the fundamental
11 principles upon which my processes, for example, are based.
12      The second area is crystallography.
13 Q.   What is crystallography, sir?
14 A.   Crystallography is the study generally of the way the
15 x-rays diffract from solid material, either crystalline or
16 amorphous material.
17 Q.   Dr. Atwood, I have brought a couple of books with me
18 today.  Can you just identify what this book is about,
19 Supramolecular Chemistry by D. Atwood.
20 A.   Supramolecular Chemistry is the basic text for
21 supramolecular chemistry.  We published that in 2000.  We
22 have a second edition which has just gone to press in the
23 last couple of months.
24      The second edition, showing the impact of
25 nanotechnology on supramolecular chemistry, for example, the

Page 1038

1 second edition is comprised of 15 chapters.  The 15th
2 chapter is titled Nanochemistry.
3 Q.   I brought along Organic Nanostructures by Atwood and
4 Steed.  What is that about?
5 A.   This is an edited volume that my colleague from
6 England, John Steed, and I put together a year and a half
7 ago.  It just came out in February of this year.  In this
8 volume, we are talking about the way that nanotechnology,
9 particularly with regard to organic solids, the way this is
10 impacting industry, basic science, at many different levels.
11 Q.   Are you currently writing peer-review articles, sir?
12 A.   Yes.  I do 12 to 20 peer-reviewed articles per year.
13 Q.   Could you explain what "peer-reviewed" means?
14 A.   In a peer-reviewed article, either myself or some of
15 my graduate students or post-docs or undergraduate students
16 go into the lab and we carry out some experiments.  And we
17 use the scientific method to try to learn fundamental things
18 about nature.
19      If we make a good discovery, we write this up
20 for a journal, a scientific journal.
21      The paper is then submitted to the editor of the
22 scientific journal.  The editor then, with the aid of
23 referees, makes a decision about whether the paper is
24 acceptable or not.
25 Q.   Do you also serve in that kind of reviewing or

Atwood - direct

| Page 1043 | Page 1045 |
|---|---|
| 1  molecules and other small molecules of interest.<br>2  Q.   Dr. Atwood, when we asked you to get involved in this<br>3  lawsuit, what was one of the first things you did?<br>4  A.   Well, the first thing I did was, I read the '363 and<br>5  the '025 patents.<br>6  Q.   Could we have DDO15 on the screen, please.<br>7          What does this slide represent, Dr. Atwood?<br>8  A.   This particular slide has three separate quotations<br>9  from the '363 patent.  And highlighted is the word<br>10  "crystalline."<br>11  Q.   When you read the '363 patent, looking at it from the<br>12  technical perspective, what did you understand the '363<br>13  patent to be conveying about crystallinity and amorphousness<br>14  and the particles that were being described?<br>15  A.   It's very clear that the '363 patent, as it says in<br>16  the third bullet point, the anticancer agent present in one<br>17  or more discrete crystalline phases, and by "crystalline"<br>18  phases," that just means a crystalline solid, so the<br>19  anticancer agent of the invention was present in one or more<br>20  discrete crystalline phases.<br>21          Continuing on with the third bullet point, the<br>22  crystalline phase differs from an amorphous, i.e.,<br>23  non-crystalline phase.  So there was a clear differentiation<br>24  in the '363 between crystalline and amorphous materials.<br>25  Q.   When you read through the '363 patent, did you read | 1          THE COURT:  Sustained.<br>2          MR. JACOBS:  Can I re-ask the question from a<br>3  technical perspective?<br>4          THE COURT:  Yes.<br>5  BY MR. JACOBS:<br>6  Q.   Sticking to the scientific information that is<br>7  conveyed in the specifications of those patents, what did<br>8  you understand, from the scientific perspective, the<br>9  distinction that was being drawn there between crystalline<br>10  and amorphous substances?<br>11  A.   Yes, first of all, I wasn't meaning to construe the<br>12  claims.<br>13          THE COURT:  That's not a problem.<br>14          THE WITNESS:  I am familiar with that term.  I<br>15  was meaning to give my technical interpretation of what the<br>16  '363 patent and the '684 patents were doing.<br>17          They are contrasting crystalline versus<br>18  amorphous, and clearly covering, as the invention,<br>19  crystalline materials.<br>20  BY MR. JACOBS:<br>21  Q.   Dr. Atwood, let's take a look at a slide to try and<br>22  illustrate this difference to the jury.  What is represented<br>23  here on this slide?<br>24  A.   On the slide, in the left section, under the heading<br>25  "Crystalline," we have a well-ordered array of red and blue |

| Page 1044 | Page 1046 |
|---|---|
| 1  other related documents?<br>2  A.   I did.  I particularly read the '684 patent, which has<br>3  been described here as the mother of the '363 patent.<br>4  Q.   Did you review the so-called file history for the<br>5  patents?<br>6  A.   Yes, I did.  I reviewed all the documents that were<br>7  submitted while trying to gain issue of these patents.<br>8  Q.   Looking at the totality of that, what did you<br>9  understand, from the technical perspective, the applicants<br>10  for those patents, we will call them "Elan" for short, what<br>11  did you understand Elan to be conveying about the<br>12  distinction between crystalline and amorphous substances?<br>13  A.   They were very clear that crystalline is different<br>14  from amorphous.  And they are very clear in the '684 and the<br>15  '363 patents that the patents are covering crystalline, not<br>16  amorphous materials.<br>17  Q.   Again, just from a scientific perspective, did you see<br>18  any indication that they were talking about nanoparticles<br>19  with small bits of crystalline material in the particles?<br>20  A.   No, not at all.  The patents are very clear that<br>21  patents relate to crystalline, not amorphous material.<br>22          MR. SCHEVE:  Your Honor, this gets into claim<br>23  construction.  I object.  Your Honor construed the claims.<br>24  He is now asking him what the patents mean.  That is beyond<br>25  the -- | 1  balls.  It's clear that this represents high order.  And as<br>2  I understand, crystalline is defined as long-restraining<br>3  order, order that stretches over a long distance in<br>4  crystalline salt.<br>5  Q.   On the right side, sir?<br>6  A.   On the right side, under the heading "Amorphous," is<br>7  what I would term sort of a random array of red and blue<br>8  balls.  There is no regular order to this.<br>9  Q.   What are we looking at in this model?  Are we looking<br>10  at Micron sizes, millimeter sizes?<br>11  A.   This is just a model.  If I had to relate this to<br>12  paclitaxel, for example, I would say that probably a red and<br>13  blue would be a paclitaxel, so that on the crystalline,<br>14  you could see that those are arranged in a very systematic<br>15  and orderly fashion; whereas, the red and the blue on the<br>16  right-hand side under "Amorphous" are arranged very much in<br>17  a random fashion.<br>18  Q.   What are we looking at?  Are we looking at very small,<br>19  tiny things, or larger things?  What is the scale here?<br>20  A.   What we are looking at here would be, if a red and a<br>21  blue dot combined was a paclitaxel molecule, we would be<br>22  looking at about two nanometer sections.<br>23  Q.   Compare that with the size that we have heard in this<br>24  trial of the particles in Abraxane?<br>25  A.   Yes.  Abraxane is about 130 nanometers in diameter. |

24  (Pages 1043 to 1046)

Atwood - direct

Page 1067

1    (End of sidebar conference.)
2    THE WITNESS:  May I hear the question again?
3    BY MR. JACOBS:
4    Q.  Did you analyze the question whether DSC is
5    potentially useful in this matter for determining the
6    question of crystallinity in the paclitaxel in the
7    nanoparticles in Abraxane?
8    A.  Yes. There is two issues --
9    MR. SCHEVE:  Objection, Your Honor. This is
10   beyond the scope of his report.
11   THE COURT:  Do you want to rephrase the question
12   consistent with our discussion, Mr. Jacobs?
13   BY MR. JACOBS:
14   Q.  What is DSC, Dr. Atwood?
15   A.  DSC stands for differential scanning chemistry. It is
16   a big term, but it measures the heat flow into a sample.
17   Q.  Can potentially DSC provide useful characterization?
18   A.  DSC can provide useful characterization in terms of
19   crystallinity.
20   MR. SCHEVE:  Your Honor, I object. That is not
21   in his report.
22   MR. JACOBS:  I will withdraw it, Your Honor.
23   MR. SCHEVE:  May the answer be stricken?
24   THE COURT:  Yes. Ladies and gentlemen, I will
25   direct you to disregard the doctor's answer.

Page 1068

1    BY MR. JACOBS:
2    Q.  Did you review Abraxis's New Drug Application?
3    A.  I did.
4    Q.  Did you review it to determine, to look at the various
5    analytical techniques that were described there?
6    A.  Yes, I did.
7    Q.  Did you review the New Drug Application section on
8    DSC?
9    A.  I did.
10   Q.  Did Abraxis there represent that DSC was being used to
11   characterize the amorphous or crystalline nature of the
12   paclitaxel in the nanoparticles in Abraxane?
13   A.  No, it did not. It used DSC for a completely
14   different purpose.
15   Q.  Let's talk about another technique, which is SEM and
16   TEM. What is TEM and what is SEM?
17   A.  SEM and TEM are variants on what is referred to as
18   electron microscopy. If we use the normal sort of
19   microscope that we see in the lab, this can go down to, it
20   can magnify materials that are quite small. But it can't
21   begin to approach the nano region. So one has to use
22   something which is more powerful.
23   Q.  Let's take a look at some pictures, Dr. Atwood.
24   Can you tell us what these are?
25   A.  Yes. On the left, we have a scanning electron

Page 1069

1    microscope, which does an SEM test. On the right, we have a
2    transmission electron microscope, or TEM.
3    What we see here is, for example, if you look at
4    the TEM, you can see the binocular piece, this is where one
5    would look if one wanted to visualize what was happening
6    with the eye. Normally, this will be recorded on film or
7    something like that or on a computer disk.
8    But, you know, this representation makes it look
9    like it's a really big microscope, which it is.
10   Q.  Dr. Atwood, let's take a look at some pictures. Can
11   you explain what is represented by these photographs drawn
12   from DX-239 and JX-5?
13   A.  Yes. DX-239 is Elan's crystalline nanotaxol. As we
14   see here, the scale is such that we are looking at a few
15   hundred nanometer size. But we see that these, to me, look
16   sort of like needle-like crystals. They have a definite
17   shape associated with them.
18   Whereas on the right, we are looking at
19   Abraxane, the paclitaxel or the particles in Abraxane. And
20   what we see here is no definite shape other than this sort
21   of mushy, ill-defined round shape, characteristic of an
22   amorphous material.
23   So on the left is what an electron microscope
24   will provide one with a crystalline material. On the right
25   is what the electron microscope will provide one with an

Page 1070

1    amorphous material.
2    Q.  On the left side of this slide, what is the scale of
3    the photograph?
4    A.  The scale looks to me like it's provided right here.
5    I think these dots show two microns or 2000 nanometers.
6    Q.  So looking at this, can you take a guess -- not a
7    guess -- can you tell us what you think the size of the
8    nano-taxol particles is?
9    A.  What we see going across here, if we go halfway
10   across, that would be a thousand nanometers. That would be
11   500 nanometers. So I am sweeping out with my -- a couple of
12   divisions, probably about 400 nanometers. So it looks to me
13   like the particles that we have, some are quite long. Some
14   are close to a thousand nanometers long.
15   But the diameter of most of them, of these
16   needle-like crystals, the diameter of most of them is
17   probably of the order of a hundred nanometers, something
18   like that.
19   Q.  If you look at these, at the Abraxis photograph on the
20   right, what information does this give you about whether the
21   paclitaxel in those nanoparticles is crystalline or
22   amorphous?
23   A.  This gives us information that the particles
24   themselves have the appearance of amorphous. There is no
25   appearance of crystalline.

30  (Pages 1067 to 1070)

A 2416

Atwood - direct

| Page 1071 | Page 1073 |
|---|---|

**Page 1071**

1     I should add that if we take a crystalline
2 material, such as we see on the left, and if we put a
3 surface layer of modifier on that, which these particles
4 probably have, the crystallinity of the interior, these
5 hundred to 200 nanometer particles, the paclitaxel
6 crystalline interior, generally enforces a shape on the
7 surface modifier.
8     So this could look a little bit like, if we are
9 getting a Christmas present, and it's a rectangular box,
10 even though it's got wrapping paper on the outside which is
11 not of any particular shape, it's molded by virtue of being
12 associated with the box, so that it has the shape of the box
13 that's contained underneath.
14 Q.  Dr. Atwood, let's take a look at the photograph that
15 Dr. Berkland discussed.  This is taken from DX-40, an
16 Abraxis lab notebook.
17     Dr. Berkland said he saw suggestion of
18 crystallinity there.  What is your opinion on what Dr.
19 Berkland said?
20 A.  I have looked at this micrograph before.
21     MR. SCHEVE:  Your Honor, in fairness, this is a
22 photocopy.  Dr. Berkland's was taken from the actual images.
23 So this is not the image that Dr. Berkland referenced.  I
24 would object to the characterization that this is the image
25 that Dr. Berkland dealt with.

**Page 1072**

1     THE COURT:  Fair enough.  Fair enough.
2     MR. JACOBS:  So agreed.
3     THE COURT:  All right.
4     THE WITNESS:  I see no evidence of crystallinity
5 here.
6     By the way, the idea of angularity, this is
7 not -- this is an attribute of crystallinity.  But
8 crystallinity is more than that.  If you remember, on the
9 previous slide, on the left-hand panel, if you go back to
10 that one, so on the left-hand side we see angularity, we see
11 straight lines.  But more than that, we see what appears to
12 be needle-like crystals.
13     So we are not just seeing one straight line with
14 a lot of fuzzy blob off the other side.  We are not just
15 seeing one sort of angle with a lot fuzziness on the other
16 side.
17     We are seeing a crystal, which has a regular
18 shape.  It has what we call a morphology, a shape associated
19 with it.
20     So if we go back to the -- this particular panel
21 here, are we seeing angularity?  I don't know.  There are
22 some lines that look somewhat straight.  But overall, the
23 impression I get is that this is not something of high
24 order.
25     I don't see a morphology that I would associate

**Page 1073**

1 with crystallinity.
2 Q.  That word "morphology," Dr. Atwood, could you explain
3 that, please?
4 A.  Morphology just means shape.  It's just a scientific
5 term.  I think it probably came originally out of biology.
6 It just means shape.
7 Q.  Dr. Atwood, at any time in this lawsuit, have you seen
8 any TEM or SEM photographs generated by Elan scrutinizing
9 Abraxane?
10 A.  I don't recall seeing any from Elan scrutinizing
11 Abraxane.
12 Q.  Dr. Atwood, let's turn now to the topic of ssNMR.  At
13 some point in this litigation, did you review ssNMR data and
14 information generated by Elan's experts?
15 A.  Yes, I did.
16 Q.  Why don't we walk through your understanding of what
17 Elan did.  And let's describe that for the jury.
18     So we have on the left, Dr. Atwood, the label
19 "Crystalline Control" and on the right "Amorphous Control."
20     What is depicted here?
21 A.  What is depicted on the left is crystalline
22 paclitaxel, solid state NMR pattern, a spectrum for
23 crystalline paclitaxel.  I believe this came from
24 Dr. Munson's work.  We have on the right so-called amorphous
25 control, and this was amorphous paclitaxel, which Dr. Munson

**Page 1074**

1 used in his solid state NMR work.  In fact, I think these
2 are spectra from Dr. Munson.
3 Q.  Earlier on, you analyzed the question of the
4 suitability of ssNMR for analyzing the question in this
5 lawsuit.  Correct?
6 A.  Yes, I did.
7 Q.  Can you explain to the jury your views on the overall
8 suitability of ssNMR for the context here?
9 A.  SsNMR, it is a subsidiary technique.  It's a secondary
10 technique.  It's a technique that can provide information.
11 In fact, I think Dr. Munson's studies do provide information
12 about the crystallinity or, in fact, lack of crystallinity.
13 But it's not the first technique.  The first technique one
14 would use is x-ray powder diffraction.
15 Q.  Is ssNMR referred to as the gold standard for testing
16 crystallinity or amorphousness in nanoparticulate
17 substances?
18 A.  No, it's not.
19 Q.  Have you ever seen any sort of representation to that
20 effect?
21 A.  No, I have not.
22 Q.  Now, what did Dr. Munson actually test when he did see
23 ssNMR work?
24 A.  In Dr. Munson's initial report, there were six tests.
25 He tested two different crystalline controls.  He tested an

A 2417

Page 1630

                    IN THE UNITED STATES DISTRICT COURT

                    IN AND FOR THE DISTRICT OF DELAWARE

                              -   -   -

ELAN PHARMA INTERNATIONAL    :      Civil Action
LIMITED,
                             :
          Plaintiff,         :
                             :
     v.                      :
                             :
ABRAXIS BIOSCIENCE INC.,     :
                             :
          Defendant.         :      No. 06-438-GMS
                              -   -   -
                    Wilmington, Delaware
                    Wednesday, June 11, 2008
                         9:40 a.m.
                    EIGHTH DAY OF TRIAL
                              -   -   -

BEFORE: HONORABLE GREGORY M. SLEET, Chief Judge,
                                and a Jury

APPEARANCES:

          JOHN G. DAY, ESQ.
          Ashby & Geddes
               -and-
          STEPHEN SCHEVE, ESQ.,
          LINDA M. GLOVER, ESQ.,
          JEFFREY SULLIVAN, ESQ.,
          LISA A. CHIARINI, ESQ.,
          ROBERT RIDDLE, ESQ., and
          PAUL FEHLNER, ESQ.
          Baker Botts LLP
          (Houston, TX)
               -and-
          GREGORY BOKAR, ESQ.
          Counsel - Elan Drug Delivery

                    Counsel for Plaintiff

Page 1647

1  it has windows.
2      (Recess taken.)
3      (The following took place at sidebar.)
4      THE COURT:  Ms. Walker reports that it's going
5  to be about another hour.  I don't understand that.  But it
6  is what it is.
7      So I am going to have Ms. Walker advise the
8  jury, we have ordered their lunch, we have their orders, we
9  haven't placed it yet.  We will have it delivered at 11:30.
10 I am going to tell the jury in the meantime they can go
11 about whatever they want to do and come back at about
12 11:30, and hopefully we will be ready to instruct them by
13 noon.
14     So you, ladies and gentlemen, should get some
15 food, because we are going to go straight through after
16 that.
17     MR. SCHEVE:  Your Honor, just so I am perfectly
18 clear and don't inject any error into my closing, when you
19 said that contributory and inducing was out, is that out
20 both on the literal and DOE.
21     THE COURT:  Yes.  Let me also remind you my
22 preference, and I know the appellate courts prefer this as
23 well, I know that counsel are loathe to interrupt during
24 closing speeches.  I prefer you do, so that we can correct
25 any error that you perceive to be injected into the case

Page 1648

1  improper closing and if necessary I can give a curative
2  instruction at that time.
3      I don't know how you practice, Mr. Jacobs,
4  Mr. Scheve.
5      MR. SCHEVE:  I am real loathe to do something
6  that the jury would get upset about.
7      THE COURT:  I will leave it to you.  Judges
8  don't want to micromanage these kinds of cases.
9      MR. SCHEVE:  Would you prefer we ask for a
10 sidebar?
11     THE COURT:  Yes; Judge, may we see you at
12 sidebar.
13     MR. JACOBS:  If we can get a sense of ground
14 rules.  Is it okay to put the instructions on the Elmo and
15 walk the jury through them?
16     THE COURT:  I have no difficulty with that.
17     This is what I will have already told the jury.
18 This is one of the reasons I instruct first.  There is no
19 issue about what the jury has been told is the law.
20     MR. JACOBS:  Otherwise, of course, it's
21 argument, and we can argue from the evidence.
22     THE COURT:  Absolutely.  To the extent there is
23 some passing in the night, as we alluded to earlier, it may
24 happen.  We will do the best we can.  It is an imperfect
25 system, but for the most part, it works.

Page 1649

1      (End of sidebar conference.)
2      (Recess taken.)
3      THE COURT:  All right.  Take your seats.  I
4  understand there is one more issue.  Mr. Scheve, what is it?
5      MR. SCHEVE:  Your Honor, I raised with
6  Mr. Jacobs, Your Honor granted the motion on the damages
7  theory.  I suggested to him that it seemed to me the only
8  question, then, for the jury, if there is a jury question,
9  is where between six and eight percent.  Mr. Jacobs thought
10 that maybe the ruling was different than that and suggested
11 that we speak with you about that.
12     THE COURT:  I think what I intended to convey in
13 my ruling was that there is evidence from only one side on
14 the issue of damages.
15     MR. JACOBS:  Your Honor, when you came out and
16 said -- there are two things here, what did I agree to and,
17 two, what is your ruling.
18     When you came out and asked me if I agreed that
19 there is only one theory of damages, I said, yes, there is
20 only one theory.
21     THE COURT:  There is only one set of numbers.
22     MR. JACOBS:  Well, I think the jury doesn't have
23 to accept because, for example, he was cross-examined on
24 this, the jury doesn't have to accept the Elan
25 quantification of the reasonable royalty.  For example, if

Page 1650

1  the jury were to discredit Dr. Jarosz' testimony --
2      THE COURT:  They would be free to do that.
3      MR. JACOBS:  -- because he decided that a
4  hundred percent of the value was associated with the Elan
5  patents --
6      THE COURT:  They could do that.
7      MR. JACOBS:  Then they could go well below six
8  or eight percent.  So that the jury still has a jury
9  question as to amount.  I agree that there is only one
10 theory of damages.
11     THE COURT:  Mr. Scheve?
12     MR. SCHEVE:  I would only suggest, Your Honor,
13 if he is going to argue that there ought to be some
14 different combination of numbers or percentages, there has
15 been no affirmative evidence by Abraxis and, therefore, they
16 would be arguing from something that is not in the record.
17 So rather than disrupt his closing, I thought it would be
18 appropriate to raise that.
19     THE COURT:  Well, I guess Mr. Jacobs is arguing
20 that he was able to achieve certain responses to questions
21 asked during cross, and that those answers, as evidence,
22 would support an argument of some type.  I am just
23 hypothesizing.
24     Would you disagree that if a witness in response
25 to a question, albeit posed on cross, the question resulted

6  (Pages 1647 to 1650)

Page 1651

1  in the adducement of evidence, that that would not be
2  appropriate?
3      MR. SCHEVE: Certainly, the jury is free, Your
4  Honor, with any witness to disregard their testimony. But
5  if in any sort of alternative, you ought to come with three
6  percent for this reason and that reason, there is no
7  evidence in this record upon which to suggest a different
8  theory.
9      THE COURT: Let's talk about that then.
10     Mr. Jacobs.
11     MR. JACOBS: Two points. First, they put in
12 Mr. Musika's calculation of one percent. I think I can cut
13 through this, Your Honor. I don't intend to argue in my
14 closing for an alternative quantification of damages.
15     MR. SCHEVE: I think we have resolved the
16 dispute, Judge.
17     THE COURT: That's great.
18     Ms. Walker, you can bring the jury back.
19     Mr. Sullivan, compliments to you in getting
20 these in shape.
21     MR. SULLIVAN: Thank you, Your Honor. And.
22 Mrs. Walters as well.
23     (Jury enters courtroom at 12:27 p.m.)
24     THE COURT: Ladies and gentlemen, please take
25 your seats. The time has arrived, and the Court on behalf

Page 1652

1  of the parties wishes to extend its gratitude to you for
2  your patience.
3      These are best estimates sometimes we make with
4  regard to time. Please believe me, that was our best
5  estimate, 10:00. I apologize for any inconvenience, and
6  there has been a tremendous inconvenience. Jury service is
7  a, I guess, probably by some called an inconvenience. It is
8  a duty. We deeply appreciate your assiduous attention to
9  your duty and your indulgence.
10     You each have a copy of the instructions and the
11 verdict form.
12     Ladies and gentlemen, now it's time for me to
13 instruct you about the law that you must follow in deciding
14 this case.
15     If you read along, you are free to do that, but
16 it is probably just as easy for you to just watch me or to
17 listen. But feel free, if you are more comfortable reading
18 along. You may see from time to time a small deviation from
19 the literal language, as just now, of the instructions, but
20 hopefully I will not deviate in any material aspect.
21     I will start by reminding you about your duties
22 as jurors and instructions you heard at the beginning of the
23 case. I will then explain the positions of the parties and
24 the law that you will apply in this case.
25     Last, I will explain the rules that you must

Page 1653

1  follow during your deliberations in the jury room, and the
2  possible verdicts that you return.
3      I expect that both sides are going to talk about
4  the verdict form that you have been provided. I am
5  probably, therefore, not going to spend a lot of time on
6  that. I think it is pretty self-explanatory, in any event.
7      Please listen carefully to everything that I
8  have to say.
9      Ladies and gentlemen, remember your duties as
10 jurors, as I explained them to you at the beginning of the
11 case. You must decide what the facts are from the evidence
12 you saw and heard here in this courtroom. Nothing I have
13 said or will say should influence your determination of the
14 facts in any way. Do not guess or speculate and do not be
15 influenced in any way by any personal feeling of sympathy
16 for, or prejudice against, either side in this case. All
17 parties are entitled to the same fair and impartial
18 consideration.
19     You must take the principles of law that I will
20 now explain to you and apply them to the facts in reaching
21 your verdict, the facts that you find.
22     You are bound by the oath you took to follow my
23 instructions, even if you personally disagree with them.
24 All of my instructions are important, including the ones
25 that I from time to time gave you during the course of the

Page 1654

1  trial, and the preliminary instructions. You should
2  consider them together as a whole.
3      I will not repeat my earlier instructions about
4  evidence and how to weigh and consider it. You have copies
5  of these instructions. Again, you may feel free to
6  reference them as you need to.
7      Perform these duties fairly. Do not let any
8  bias, sympathy, or prejudice that you may feel toward one
9  side or the other influence your decision in any way.
10     As you know, this is a civil case in which the
11 plaintiff, Elan, is accusing the defendant, Abraxis, of
12 patent infringement. Elan alleges that Abraxis has
13 infringed the asserted claims of the '363 patent. Elan has
14 the burden of proving its allegations of patent infringement
15 and its alleged damages by what is known as a preponderance
16 of the evidence. That means Elan must produce evidence
17 that, when considered in light of all the facts, leads you
18 to believe that what Elan claims is more likely true than
19 not.
20     To put it differently, if you were to put Elan's
21 and Abraxis's evidence on opposite sides of a scale, the
22 evidence supporting Elan's claims would have to make the
23 scales tip somewhat to its side.
24     Elan also alleges that Abraxis's alleged
25 infringement was willful. Elan must prove its claim of

7  (Pages 1651 to 1654)