# YOUNG CONAWAY STARGATT & TAYLOR, LLP

| | | | | |
|---|---|---|---|---|
| BEN T. CASTLE | ROBERT S. BRADY | THE BRANDYWINE BUILDING | JOSEPH M. BARRY | KAREN E. KELLER |
| SHELDON N. SANDLER | JOEL A. WAITE | 1000 WEST STREET, 17TH FLOOR | RYAN M. BARTLEY | JENNIFER M. KINKUS |
| RICHARD A. LEVINE | BRENT C. SHAFFER | WILMINGTON, DELAWARE 19801 | SEAN M. BEACH | SARA BETH A. REYBURN KOHUT |
| RICHARD A. ZAPPA | DANIEL P. JOHNSON | | DONALD J. BOWMAN, JR. | EDWARD J. KOSMOWSKI |
| FREDERICK W. IOBST | CRAIG D. GREAR | P.O. BOX 391 | MICHELE SHERRETTA BUDICAK | EVANGELOS KOSTOULAS |
| RICHARD H. MORSE | TIMOTHY JAY HOUSEAL | WILMINGTON, DELAWARE 19899-0391 | JEFFREY T. CASTELLANO | JOHN C. KUFFEL |
| DAVID C. MCBRIDE | MARTIN S. LESSNER | | DOUGLAS T. COATS (MD ONLY) | TIMOTHY E. LENGKEEK |
| JOSEPH M. NICHOLSON | PAULINE K. MORGAN | (302) 571-6600 | KARA HAMMOND COYLE | ANDREW A. LUNDGREN |
| CRAIG A. KARSNITZ | C. BARR FLINN | (800) 253-2234 (DE ONLY) | KRISTEN SALVATORE DEPALMA | MATTHEW B. LUNN |
| BARRY M. WILLOUGHBY | NATALIE WOLF | FAX: (302) 571-1253 | MARGARET M. DIBIANCA | ADRIA B. MARTINELLI |
| ANTHONY G. FLYNN | LISA B. GOODMAN | | MARY F. DUGAN | KATHALEEN MCCORMICK |
| JEROME K. GROSSMAN | JOHN W. SHAW | 110 WEST PINE STREET | ERIN EDWARDS | TAMMY L. MERCER |
| EUGENE A. DIPRINZIO | JAMES P. HUGHES, JR. | P.O. BOX 594 | KENNETH J. ENOS | MARIBETH L. MINELLA |
| JAMES L. PATTON, JR. | EDWIN J. HARRON | GEORGETOWN, DELAWARE 19947 | KERRIANNE MARIE FAY | MICHAEL S. NEIBURG |
| ROBERT L. THOMAS | MICHAEL R. NESTOR | (302) 856-3571 | JAMES J. GALLAGHER | (PA & NJ ONLY) |
| WILLIAM D. JOHNSTON | ROLIN P. BISSELL | (800) 255-2234 (DE ONLY) | WILLIAM E. GAMGORT | JENNIFER R. NOEL |
| TIMOTHY J. SNYDER | SCOTT A. HOLT | FAX: (302) 856-9338 | SEAN T. GREECHER | ADAM W. POFF |
| BRUCE L. SILVERSTEIN | JOHN T. DORSEY | | NATHAN D. GROW | ROBERT F. POPPITI, JR. |
| WILLIAM W. BOWSER | M. BLAKE CLEARY | WWW.YOUNGCONAWAY.COM | MEGAN C. HANEY | CHERYL A. SANTANIELLO |
| LARRY J. TARABICOS | CHRISTIAN DOUGLAS WRIGHT | | STEPHANIE L. HANSEN | MICHAEL P. STAFFORD |
| RICHARD A. DILIBERTO, JR. | DANIELLE GIBBS | DIRECT DIAL: 302-571-5029 | JAMES L. HIGGINS | RICHARD J. THOMAS |
| MELANIE K. SHARP | JOHN J. PASCHETTO | DIRECT FAX: 302-576-3402 | PATRICK A. JACKSON | MARGARET B. WHITEMAN |
| CASSANDRA F. ROBERTS | NORMAN M. POWELL | enorman@ycst.com | DAWN M. JONES | SHARON M. ZIEG |
| RICHARD J.A. POPPER | ELENA C. NORMAN | | | |
| TERESA A. CHEEK | EDMON L. MORTON | | SPECIAL COUNSEL | SENIOR COUNSEL |
| NEILLI MULLEN WALSH | JOHN E. TRACEY | | JOHN D. MCLAUGHLIN, JR. | CURTIS J. CROWTHER |
| JANET Z. CHARLTON | | | KAREN L. PASCALE | |
| | | | SETH J. REIDENBERG | OF COUNSEL |
| | | | PATRICIA A. WIDDOSS | BRUCE M. STARGATT |
| | | | | STUART B. YOUNG |
| | | | | EDWARD B. MAXWELL, 2ND |
| | | | | JOSY W. INGERSOLL |

October 7, 2008

**BY CM/ECF AND HAND DELIVERY**

The Honorable Gregory M. Sleet
U.S. District Court District of Delaware
844 N. King Street, Lockbox 19
Wilmington, DE 19801

      Re:   *Elan Pharma International Limited v. Abraxis BioScience, Inc.*
             Case No. 06-438-GMS

Dear Chief Judge Sleet:

      In connection with Abraxis's pending motion for judgment of non-infringement (D.I. 633), we write under LR 7.1.2(b) to bring to the Court's attention a recent decision by the Court of Appeals for the Federal Circuit: *Lucent Techs., Inc. v. Gateway, Inc.*, Nos. 2007-1546, -1580, 2008 U.S. App. Lexis 20319 (Fed. Cir. Sept. 25, 2008), a copy of which is attached.

      This decision supports that Abraxis is entitled to judgment because Plaintiff failed to offer substantial evidence of infringement, as described in our opening (D.I. 642) and reply

YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Honorable Gregory M. Sleet
October 7, 2008
Page 2

(D.I. 681) briefs at pages 1-5 and 1-4, respectively. *See id.*, at *30-33.

Respectfully submitted,

Elena C. Norman (No. 4780)

ECN:mm
Enclosure


cc: Clerk of Court (by CM/ECF)
    John G. Day, Esq. (by CM/ECF and hand delivery)
    Steven J. Balick, Esq. (by CM/ECF and hand delivery)
    Stephen Scheve, Esq. (by electronic mail)
    Michael A. Jacobs, Esq. (by electronic mail)
    Emily A. Evans, Esq. (by electronic mail)