## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ELAN PHARMA INTERNATIONAL LIMITED, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C. A. No. 06-438-GMS |
| ABRAXIS BIOSCIENCE, INC., | ) ) ) | |
| Defendant. | ) | |

### STIPULATION AND ORDER OF DISMISSAL

IT IS HEREBY STIPULATED and agreed, subject to the approval and order of the

Court, that all claims between plaintiff Elan Pharma International Limited and defendant Abraxis

Bioscience, Inc., including claims and counterclaims in the above action, are dismissed with

prejudice. Neither party admits liability. Plaintiff and defendant each shall bear its own costs,

attorneys' fees, and expenses.

| | |
|---|---|
| ASHBY & GEDDES | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| | |
| */s/ John G. Day* | */s/ Karen E. Keller* |
| John G. Day (I.D. #2403) | Elena C. Norman (I.D. #4780) |
| Lauren E. Maguire (I.D. #4261) | Karen E. Keller (I.D. #4489) |
| 500 Delaware Avenue, 8th Floor | The Brandywine Building, 17th Floor |
| P.O. Box 1150 | 1000 West Street |
| Wilmington, Delaware  19899-1150 | P.O. Box 391 |
| (302) 654-1888 | Wilmington, DE  19899-0391 |
| jday@ashby-geddes.com | (302) 571-6600 |
| lmaguire@ashby-geddes.com | enorman@ycst.com |
| | kkeller@ycst.com |
| | |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |
| *Elan Pharma International Limited* | *Abraxis Bioscience, Inc.* |

SO ORDERED this _____ day of _____, 2011.

_____
CHIEF JUDGE